AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-00223-MSS-MRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DIRECTOR STEVEN DETTELBACH
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
   _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by certified mail in accordance with Rule (4)(i), with copy sent to U.S. attorney's office as well. Sent 2/18/2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/18/2023

Server's signature

MATTHEW LAROSIERE, ESQ
Printed name and title

1762 WINDWORD WAY, SANIBEL, FL
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-00223-MSS-MRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BUREAU OF ALCOHOL, TOBACCO, FIREARMS.
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)*              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
    on *(date)*                              ; or

☐ I returned the summons unexecuted because                                         ; or

☒ Other *(specify)*: SERVED BY CERTIFIED MAIL IN ACCORDANCE WITH RULE (4)(i), with copy to U.S. ATTORNEY'S OFFICE AS WELL. SENT 2/18/2023.

My fees are $            for travel and $            for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/18/2023

Server's signature

MATTHEW LAROSIERE, ESQ
Printed name and title

1762 WINDWARD WAY, SANIBEL, FL
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-00223-MSS-MRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED SATES DEPT. OF JUSTICE
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served by certified mail in accordance with Rule (4)(i), with copy to U.S. attorney's office as well. SENT 2/18/2023

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/18/2023

_____
Server's signature

MATTHEW LAROSIERE, ESQ
Printed name and title

1762 WINDWARD WAY, SANIBEL, FL
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-00223-MSS-MRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATTORNEY GENERAL MERRICK GARLAND
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served by certified mail in accordance with Rule 4(i), with a copy sent to the U.S. attorney's office as well. SENT 2/18/2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/18/2023

*Server's signature*

MATTHEW LAROSIERE, ESQ
*Printed name and title*

1762 WINDWARD WAY, SANIBEL, FL
*Server's address*

Additional information regarding attempted service, etc:



