IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSIAH COLON *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

Case No. 8:23-cv-223

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move for an extension of time to file their response to Plaintiffs' Complaint, ECF No. 1, for which the current deadline is April 24, 2023. *See* Fed. R. Civ. P. 12(a)(2). Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request.

Plaintiff commenced this action on February 1, 2023, challenging a rule promulgated by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023). ECF No. 1. The U.S. Attorney's Office was served with Plaintiffs' Complaint on February 23, 2023.

Defendants respectfully request that the Court extend their deadline to

respond to Plaintiffs' Complaint 30 days until May 24, 2023. Good cause exists for this extension: since the publication of the Rule, individuals, manufacturers, and advocacy groups have brought eight different cases in jurisdictions across the country, and plaintiffs in seven of those cases filed motions for preliminary relief. Counsel for Defendants have been working diligently to brief the various motions for preliminary relief and coordinate responses with agency stakeholders, and require additional time to respond to Plaintiffs' Complaint in this action. This is Defendants' first request for extension. Defendants appreciate the Court's consideration.

Dated: April 21, 2023      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On April 21, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/ Taylor Pitz*
                                        TAYLOR PITZ
                                        Trial Attorney