IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | Case No. 8:23-cv-223 |

**JOINT MOTION FOR EXTENSION OF TIME
TO SUBMIT CASE MANAGEMENT REPORT**

The parties respectfully move for an extension of the deadline to submit a joint case management report, as required under Local Rule 3.02(b)(3), for which the current deadline is May 4, 2023.

Plaintiffs commenced this action on February 1, 2023, challenging a rule promulgated by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023). ECF No. 1. On February 3, 2023, the Court issued an order notifying the parties that Local Rule 3.02(a)(2) requires parties in every civil proceeding to file a case management report. *See* ECF No. 4. The U.S. Attorney's Office was served with Plaintiffs' Complaint on February 23,

Case 8:23-cv-00223-MSS-NHA Document 16 Filed 05/02/23 Page 2 of 3 PageID 62

2023.

Since then, the parties have conferred, and Defendants filed a consent motion for extension of time to respond to Plaintiffs' Complaint. *See* ECF No. 14. Defendants intend to file a motion to dismiss pursuant to Federal Rule of Civil Procedure Rule 12. The parties respectfully submit that the Court's resolution of the motion to dismiss will (at a minimum) significantly impact the scope of this litigation and, in turn, the parties' estimates of the time they will need for any pretrial matters. The Court's resolution of this prospective motion may also moot certain scheduling disputes that could otherwise arise between the parties.

The parties therefore respectfully request that the Court extend the deadline for the parties to file a joint case management plan until 21 days after the Court resolves Defendants' motion to dismiss. The parties appreciate the Court's consideration.

Dated: May 2, 2023        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)

        FAITH E. LOWRY (TX Bar No. 24099560)
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Phone: (202) 305-5200
        Email: taylor.n.pitz@usdoj.gov

        *Attorneys for Defendants*

DATED: May 2, 2023

        **ZERMAY-LAROSIERE**

        /s/Zachary Z. Zermay__
        Zachary Z. Zermay, Esq.
        Florida Bar №: 1002905
        1762 Windward Way
        Sanibel, FL 33957
        Email: zach@zermaylaw.com
        Telephone: 239-699-3107
        *Attorney for Plaintiff*