IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223 |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE MOTION EXCEEDING TWENTY-FIVE PAGES

Defendants respectfully move for leave to file a motion to dismiss exceeding the page limit set forth in the Local Rules. L.R. 3.01(a). Defendants request a 20-page extension to allow Defendants to file a 45-page motion. Defendants have conferred with Plaintiffs, and Plaintiffs do not oppose this request.

Plaintiffs commenced this action on February 1, 2023, challenging a rule promulgated by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"), as well as the constitutionality of the National Firearms Act ("NFA"). ECF No. 1.

Defendants' request for an extension of the page limit is supported by good cause. Plaintiffs' Complaint asserts 7 claims challenging a 98-page final agency rule.

Defendants intend to move to dismiss most of Plaintiffs' claims; however, given the number, complexity, novelty of the issues presented by Plaintiffs' claims, and the sweeping relief that is requested—the invalidation of the entire Rule and the NFA—Defendants submit that the standard 25-page motion provided for under the Local Rules is insufficient. Defendants request an additional 20 pages to fully address the merits of the issues before the Court and to provide sufficient background on the Rule and its place in the statutory framework. For point of comparison, Defendants have filed 7 oppositions to motions for preliminary injunction in related cases challenging the same Rule; in each of those cases, Defendants' briefing typically required 45-pages with over 10 pages of background.

Accordingly, Defendants respectfully request that the Court grant Defendants a 20-page extension of the page limit, such that Defendants will be permitted to file a motion to dismiss up to 45 pages in length.

Dated: May 19, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice

        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Phone: (202) 305-5200
        Email: taylor.n.pitz@usdoj.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On May 19, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Taylor Pitz*
        TAYLOR PITZ
        Trial Attorney