## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| JOSIAH COLON *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 8:23-cv-223 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| *Defendants*. | |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendants respectfully move for a seven-day extension of time to respond to Plaintiffs' Motion for Preliminary Injunction ("PI Motion"). ECF No. 21. Pursuant to Local Rule 6.02(c), Defendants' response is currently due Wednesday May 31, 2023. Defendants request that they be permitted to file a response on or before June 7, 2023. Defendants have conferred with Plaintiffs, and Plaintiffs consented to this extension.

Defendants' request is supported by good cause. Plaintiffs filed this action nearly four months ago, on February 1, 2023, challenging a rule published on January 31, 2023 by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"). Defendants submit that expedited briefing is unwarranted,

considering the passage of time between the issuance of the Rule and the filing of the motion for a preliminary injunction; instead, the ordinary fourteen-day response time provided under Local Rule 3.01(c) is appropriate. Further, although the Local Rules provide that a party moving for a preliminary injunction "must notify each affected party as soon as practical," L.R. 6.02(b), Defendants received no advance notice that Plaintiffs would be moving for preliminary relief, and they require additional time to formulate their response.

Thus, Defendants request that they be permitted to file a response to Plaintiffs' Motion for Preliminary Injunction on or before June 7, 2023.


Dated: May 26, 2023        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
MICHAEL DREZNER (VA Bar No. 83836)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On May 26, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 */s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice