## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| **CASE NO.:** 8:23-cv-223-MSS-MRM | **DATE**: June 8, 2023 |
| **TITLE**: Colon et al v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al. | |
| **TIME**: 9:38 A.M. – 10:29 A.M. | **TOTAL**: 52 Minutes |
| **Courtroom Deputy**: Charmaine A. Black<br>**Court Reporter**: David Collier | |
| **Counsel for Plaintiffs**: Matthew Larosiere | |
| **Counsel for Defendants**: Taylor Pitz and Michael Drezner | |

### *CLERK'S MINUTES: PROCEEDINGS OF STATUS CONFERENCE*

Court called to session.

Attorneys for both parties are identified for the record and appear by Zoom videoconference.

Plaintiffs' Motion for Preliminary Injunction (Dkt. 21) was filed on May 24, 2023.

Defendants' Partial Motion to Dismiss (Dkt. 22) was filed on May 24, 2023.

Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 26) was filed last evening, on June 7, 2023.

The Court inquires as to the Plaintiffs' status and their level of compliance.

Mr. Larosiere addresses the Court.

Ms. Pitz addresses the Court.

Discussions are held.

Plaintiffs' counsel shall file a supplement to the Motion for Preliminary Injunction along with attestations by Plaintiffs by close of business next Thursday. Any response filed by Defendants

is due no later than one (1) week from the file date of Plaintiffs' supplemental motion, and such response shall not exceed seven (7) pages in length.

The Court will set an in-person Preliminary Injunction Hearing by separate notice.

Court is adjourned.