UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSIAH COLON, BRANDON KLING, ERIC MELE, WILLIAM MARTIN and 2ND AMENDMENT ARMORY,

    Plaintiffs,

v.                                        Case No: 8:23-cv-223-MSS-MRM

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN DETTELBACH, UNITED STATES DEPARTMENT OF JUSTICE and MERRICK B. GARLAND,

    Defendants.

_____

**ORDER**

THIS CAUSE comes before the Court for consideration of Plaintiffs' Motion for Preliminary Injunction. (Dkt. 21) Upon consideration of the foregoing and the Parties' representations at the Status Conference on June 8, 2023, the Court hereby **ORDERS** as follows:

1. Plaintiffs are **DIRECTED** to file an attestation detailing their efforts at compliance with Final Rule 2021R-08F, 88 Fed. Reg. 6478 (Jan. 31, 2023), **no later than Thursday, June 15, 2023.**

2. Defendants shall have until **June 22, 2023** to respond to Plaintiffs' attestations in a memorandum that does not exceed seven pages in length.

- 1 -

3. This case is set for a hearing on Plaintiffs' Motion for Preliminary Injunction on **Thursday, July 13, 2023, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A at 10:00 AM** before United States District Judge Mary S. Scriven. The Court has set aside **two (2) hours** for this hearing.

4. The Parties shall file exhibit lists and witness lists (if any live witnesses will be called at the hearing) on or before **July 6, 2023 at 12:00 PM.**

5. **NO PARTY MAY DESTROY ANY EVIDENCE RELEVANT TO THIS CASE OR THAT MAY LEAD TO RELEVANT EVIDENCE IN THIS CASE DURING THE PENDENCY OF THIS LITIGATION.**

6. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida this 12th day of June 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party