UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE №: 8:23-cv-223

JOSIAH COLON, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

_____/

**AFFIDAVITS OF JOSIAH COLON, BRANDON KLING, & ERIC MELE**

## AFFIDAVIT OF BRANDON KLING

June 15, 2023

I am Brandon Kling, a natural person. I have in my own possession, the two AR-style pistols described in the complaint. Because, to my knowledge, I was covered by an injunction due to my membership in a gun rights group, I have made no modifications to the firearms since the filing of the instant lawsuit.

Under penalty of perjury, I affirm the foregoing statement to be true.

_____
Brandon Kling (Jun 15, 2023 17:33 EDT)

BRANDON KLING

# AFFIDAVIT OF JOSIAH COLON

June 15, 2023

I am Josiah Colon, a natural person. I have in my own possession, the Palmetto State Armory AK-P GF3 described in the complaint. In part because I believe I may be covered by an injunction due to my membership in Second Amendment Foundation, I have made no modifications to the firearm since the filing of the instant lawsuit.

Under penalty of perjury, I affirm the foregoing statement to be true.

_Josiah Colon_
Josiah Colon (Jun 15, 2023 14:26 EDT)

JOSIAH COLON

## AFFIDAVIT OF ERIC MELE

June 15, 2023

I am Eric Mele, a natural person. I have in my own possession, the AR-style pistol described in the complaint. Since the filing of this lawsuit, in part because I believe to be covered by an injunction due to my membership in Second Amendment Foundation, I removed, but still retain, the stabilizing brace from the pistol described in the lawsuit.

Under penalty of perjury, I affirm the foregoing statement to be true.

_____
Eric Mele (Jun 15, 2023 13:39 EDT)

ERIC MELE

DATED: June 15, 2023

| | |
|---|---|
| _____ | _____ |
| Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Zermay-Larosiere | Zermay-Larosiere |
| 1762 Windward Way | 1762 Windward Way |
| Sanibel, FL 33957 | Sanibel, FL 33957 |
| Email: info@zermaylaw.com | Email: zach@zermaylaw.com |
| Telephone: 305-767-3529 | Telephone: 305-767-3529 |
| *Lead Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 15, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.