UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE №: 8:23-cv-223

JOSIAH COLON, *et al.*,

        *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

        *Defendants*.

_____/

## STATEMENT OF COUNSEL AS TO TED WILLIAM MARTIN AND 2ND AMENDMENT ARMORY AND AFFIDAVIT

In compliance with this Court's order of June 13, 2023 (ECF 31) Counsel for Plaintiffs respectfully submit the following statement and affidavit:

Counsel has received the affidavit of Plaintiff Ted William Martin in his individual capacity and in his capacity as the owner of 2nd Amendment Armory. It is attached to this filing. To the understanding of counsel, Plaintiffs Martin and Second Amendment Armory no longer have firearms in inventory with attached stabilizing braces. They, however, are unaware of the status of compliance of any of their customers which may have purchased stabilizing braces or firearms with attached stabilizing braces prior to the complained-of conduct, and thus those customers may be imperiled by the actions of Defendants.

1

Respectfully Submitted,

DATED: June 21, 2023

_____
Matthew Larosiere, Esq.
Zermay-Larosiere
1762 Windward Way
Sanibel, FL 33957
Email: info@zermaylaw.com
Telephone: 305-767-3529
*Lead Counsel for Plaintiffs*

_____
Zachary Z. Zermay, Esq.
Zermay-Larosiere
1762 Windward Way
Sanibel, FL 33957
Email: zach@zermaylaw.com
Telephone: 305-767-3529
*Counsel for Plaintiffs*

## AFFIDAVIT OF TED WILLIAM MARTIN & 2ND AMENDMENT ARMORY

June 15, 2023

I am Ted William Martin, a natural person and owner of 2nd Amendment Armory. I have in my own possession, and in the shop's possession, stabilizing braces. Prior to June 1, 2023, I removed the braces from the firearms in our possession.

Under penalty of perjury, I affirm the foregoing statement to be true.

*2nd Amendment Armory 3CAGuys*
2nd Amendment Armory 3CAGuys (Jun 15, 2023 13:42 EDT)

TED WILLIAM MARTIN
Owner, 2nd Amendment Armory

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.