IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223 |

**DEFENDANTS' CONSENT MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
AND TO CONSOLIDATE FILINGS**

Pursuant to Local Rule 3.01(d), Defendants respectfully seek leave to file a Reply in support of their Motion to Dismiss, ECF No. 22, and to consolidate that brief with Defendants' response to Plaintiffs' attestations, ECF No. 28, to be due on June 30, 2023.

There is good cause to support this request. First, Plaintiffs have now submitted two sets of attestations, which vary in terms of content and import as to Plaintiffs' alleged standing and irreparable harm. These new facts are most appropriately addressed in the context of Defendants' Motion to Dismiss, and a reply brief would provide such an opportunity.

Second, Defendants intend to respond to new arguments and issues in

1

Plaintiffs' Opposition, ECF No. 29, that were not raised in the Complaint. Among other things, Defendants wish to respond to Plaintiffs' arguments that: (1) a motion to dismiss cannot dispose of Plaintiffs' claims addressing "constitutional questions," *id*. at 2, (2) Defendants are effectively seeking *Chevron* deference, *id*. at 6, (3) ATF failed to make any "findings" or "analysis" to justify the Final Rule at issue, *id*. at 7, (4) the Second Amendment protects possession of dangerous and unusual weapons, *id*. at 10, and (5) certain testimony by the Director of ATF indicates that the Rule is vague, *id*. at 12.

Accordingly, Defendants respectfully request leave to file a reply brief, consolidated with their response to Plaintiffs' attestations, on or before June 30, 2023. Plaintiffs have consented to this request.

Dated: June 23, 2023       Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael Drezner*
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*

**LOCAL RULE 3.01(g) CERTIFICATION**

Defendants certify that they conferred with Plaintiffs through counsel, via email, and Plaintiffs consented to the instant motion.

> */s/ Michael Drezner*
> MICHAEL DREZNER
> Trial Attorney
> U.S. Department of Justice

**CERTIFICATE OF SERVICE**

On June 23, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

> */s/ Michael Drezner*
> MICHAEL DREZNER
> Trial Attorney
> U.S. Department of Justice