UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| CASE NO.  8:23-cv-223-MSS-MRM | DATE:  July 13, 2023 |
|---|---|
| Colon et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et. al ||
| TIME:  10:02 AM – 11:36AM | TOTAL:  1hr 34 mins |
| Courtroom Deputy: Derek Young | |
| Court Reporter:  David Walker-Collier | |
| Counsel for Plaintiff:  Matthew Larosiere ||
| Counsel for Defendant:  Taylor Pitz, Michael Drenzer ||

### CLERK'S MINUTES: MOTION HEARING

Court called to session and Counsel identified for the record.

The court addresses (Doc. 21) Motion for Preliminary Injunction with counsel.

The court instructs Mr. Martin to file an affidavit under oath whether he is a member of the Second Amendment Foundation within five calendar days.

The court takes counsels argument under advisement and will issue an order accordingly.