UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE №: 8:23-cv-223

JOSIAH COLON, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

_____/

## **AFFIDAVIT OF TED WILLIAM MARTIN**

# AFFIDAVIT OF TED WILLIAM MARTIN

July 14, 2023

I am Ted William Martin, a natural person and owner of 2nd Amendment Armory. I am not a member of Second Amendment Foundation.

Under penalty of perjury, I affirm the foregoing statement to be true.

_(signed)_

TED WILLIAM MARTIN
Owner, 2nd Amendment Armory

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.