UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSIAH COLON, BRANDON KLING, ERIC MELE, WILLIAM MARTIN and 2ND AMENDMENT ARMORY,

    Plaintiffs,

v().   Case No: 8:23-cv-223-MSS-MRM

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN DETTELBACH, UNITED STATES DEPARTMENT OF JUSTICE and MERRICK B. GARLAND,

    Defendants.

_____

### ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiffs' Motion for Preliminary Injunction. (Dkt. 21) Upon consideration of the foregoing and the Parties' representations at the Hearing on July 13, 2023, the Court hereby **ORDERS** as follows:

1. Defendants are **DIRECTED** to file on or before August 7, 2023 a memorandum, not exceeding ten (10) pages, to address whether the corporate Plaintiff, 2ND AMENDMENT ARMORY, has standing to assert the Second Amendment claim raised in this action.

2. Plaintiffs should be prepared to file a response, not exceeding ten (10) pages, **on or before August 14, 2023**.

3. Plaintiffs' Motion for Preliminary Injunction, (Dkt. 21), is otherwise taken under advisement.

**DONE** and **ORDERED** in Tampa, Florida this 27th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party