IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | Case No. 8:23-cv-223 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Defendants respectfully notify the Court of recent decisions relevant to the claims presented in this case.

Yesterday, the United States District Court for the Northern District of Texas issued a 42-page decision in *Second Amendment Foundation, Inc. v. Bureau of Alcohol Tobacco Firearms and Explosives*, No. 3:21-cv-116-B, 2023 WL 7490149 (N.D. Tex. Nov. 13, 2023). In that opinion, the court denied the plaintiffs' motion to preliminarily enjoin the Bureau of Alcohol, Tobacco, Firearms and Explosives' enforcement of the same rule challenged in this litigation, *Factoring Criteria for Firearms With Attached "Stabilizing Braces*," 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"). The Court held that the plaintiffs had not "established a likelihood of success on the merits of any of their claims," "met their burden to show they likely face irreparable harm from the Final

1

Rule," or "established that the harms they face without a preliminary injunction outweigh the interests of the public." 2023 WL 7490149 at *20.

Additionally, Defendants notify the Court of the Fifth Circuit's decision in *Mock v. Garland*, 75 F.4th 563 (5th Cir. 2023) (holding plaintiffs likely to succeed on logical outgrowth claim but remanding for consideration of remaining preliminary injunction factors), and the district court decisions in *Mock v. Garland*, No. 4:23-cv-95-O, 2023 WL 6457920 (N.D. Tex. Oct. 2, 2023) (granting preliminary injunction as to plaintiffs); *Texas Gun Rights v. ATF*, No. 4:23-cv-578-O (N.D. Tex. Oct. 4, 2023), ECF No. 36 (similar); *Texas v. ATF*, No. 6:23-cv-14, 2023 WL 7116844 (S.D. Tex. Oct. 27, 2023) (similar); *Britto v. ATF*, No. 2:23-cv-19-Z (N.D. Tex. Nov. 8, 2023), ECF No. 68 (staying rule).

Dated: November 14, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On November 14, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Taylor Pitz*
                                            TAYLOR PITZ
                                            Trial Attorney
                                            U.S. Department of Justice