IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 8:23-cv-223 |

**CONSENT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 2.02, Michael Drezner hereby requests leave to withdraw as counsel for Defendants in this action, as he will be leaving the Department of Justice effective January 17, 2025.

Undersigned counsel certifies that Defendants and Plaintiffs consent to this withdrawal and Defendants will remain represented by counsel of record Taylor Pitz and Jody Lowenstein.

1

Dated: January 15, 2025                Respectfully submitted,

/s/ *Michael Drezner*
MICHAEL DREZNER (VA Bar No. 83836)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorney for Defendants*

## LOCAL RULE 3.01(g) CERTIFICATION

Defendants certify that they conferred with Plaintiffs through counsel, via email, and Plaintiffs consented to the instant motion.

                                          */s/ Michael Drezner*
                                          MICHAEL DREZNER
                                          Trial Attorney
                                          U.S. Department of Justice

## CERTIFICATE OF SERVICE

On January 15, 2025 I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          */s/ Michael Drezner*
                                          MICHAEL DREZNER
                                          Trial Attorney
                                          U.S. Department of Justice