IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

**JOINT STATUS REPORT**

Pursuant to a December 13, 2024 Order, the Court stayed this case pending the Eleventh Circuit's resolution of *Colon, et al. v. ATF, et al.*, No. 24-10897 (11th Cir.), stating that it would reopen this matter when the mandate issues from the Eleventh Circuit. In compliance with that Order, the parties hereby provide a status report updating the Court on developments in the Eleventh Circuit appeal.

As noted in Defendants' Motion for Extension, ECF No. 52, the appeal in this case has been fully briefed, and the Eleventh Circuit had tentatively scheduled argument for the week of March 3, 2025.

Defendants moved to postpone the March argument and to hold the case in abeyance pending the Attorney General's review of the challenged rulemaking. Plaintiffs opposed the motion. The Eleventh Circuit granted Defendants' motion in

part, denied it in part, and postponed the argument until the week of May 12, 2025. *Colon,* No. 24-10897, ECF No. 37 (11th Cir.).

Dated: March 14, 2024                              Respectfully submitted,

*/s/ Matthew Larosiere*                           YAAKOV M. ROTH
The Law Office of Matthew Larosiere   Acting Assistant Attorney General
6964 Houlton Circle
Lake Worth, FL 33467                              ANDREW WARDEN
Email: larosieremm@gmail.com           Assistant Branch Director
Telephone: 561-452-7575

*/s/ Taylor Pitz*
*Lead Counsel for Plaintiffs*                       TAYLOR PITZ (CA Bar No. 332080)
                                                              JODY D. LOWENSTEIN (MT Bar
                                                              No. 55816869)
                                                              Trial Attorneys
                                                              U.S. Department of Justice
                                                              Civil Division, Federal Programs
                                                              Branch
                                                              1100 L Street NW
                                                              Washington, DC 20005
                                                              Phone: (202) 305-5200
                                                              Email: Taylor.N.Pitz@usdoj.gov

                                                              *Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

On March 14, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/ Taylor Pitz*
                                        TAYLOR PITZ
                                        Trial Attorney
                                        U.S. Department of Justice