IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

## JOINT STATUS REPORT

Pursuant to a December 13, 2024 Order, the Court stayed this case pending the Eleventh Circuit's resolution of *Colon, et al. v. ATF, et al.*, No. 24-10897 (11th Cir.), stating that it would reopen this matter when the mandate issues from the Eleventh Circuit. In compliance with that Order, the parties hereby provide a status report updating the Court on developments in the Eleventh Circuit appeal.

As noted in the parties' most recent status report, Joint Status Report, ECF No. 56, the appeal in this case is fully briefed, and the Eleventh Circuit postponed argument until the week of May 12, 2025. On March 20, 2025, the Eleventh Circuit rescheduled argument again until the week of July 28, 2025. *Colon*, No. 24-10897, ECF No. 43 (11th Cir.).

1

Dated: May 13, 2025                 Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*