IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSIAH COLON, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,

    *Defendants*.

Case No. 8:23-cv-223-MSS-MRM

## JOINT STATUS REPORT

Pursuant to a December 13, 2024 Order, the Court stayed this case pending the Eleventh Circuit's resolution of *Colon, et al. v. ATF, et al.*, No. 24-10897 (11th Cir.), stating that it would reopen this matter when the mandate issues from the Eleventh Circuit. In compliance with that Order, the parties hereby provide a status report updating the Court on developments in the Eleventh Circuit appeal.

The appeal in this case is fully briefed, and the Eleventh Circuit has scheduled argument for August 1, 2025. *Colon*, No. 24-10897, ECF No. 48 (11th Cir.).

Dated: July 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

1

ANDREW WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

/s/ Matthew Larosiere (with permission)
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*