# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

## JOINT STATUS REPORT

Pursuant to a December 13, 2024 Order, the Court stayed this case pending the Eleventh Circuit's resolution of *Colon, et al. v. ATF, et al.*, No. 24-10897 (11th Cir.), stating that it would reopen this matter when the mandate issues from the Eleventh Circuit. Order, ECF No. 53. On August 20, 2025, the Eleventh Circuit granted the parties' stipulation to dismiss that appeal. Order of USCA, ECF No. 59. On August 22, 2025, the Court ordered the parties to file a notice within fourteen (14) days advising the Court of the status of this case and advising the Court how the parties wish to proceed. Order, ECF No. 60.

The parties have conferred, and Plaintiffs intend to proceed with this action. Plaintiffs previously filed a motion for partial summary judgment. *See* Pls.' Mot. For Partial Summ. J., ECF No. 51. Defendants intend to respond to that motion, cross-

move for summary judgment on Plaintiffs' Second Amendment claim, and move to dismiss as moot Plaintiffs' Administrative Procedure Act claim challenging the now-vacated final rule, *Factoring Criteria for Firearms with Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023). Defendants request that they provide their response in thirty (30) days from today's date, on October 3, 2025. Plaintiffs do not oppose this request.

Dated: September 5, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*