IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

## **JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2025 Order, ECF No. 62, the parties provide the following status report.

The parties have conferred, and believe that this case may be resolved on the papers of cross-motions for summary judgment. Plaintiffs intend to file an updated motion for summary judgment, and Defendants intend to cross-move for summary judgment. Accordingly, the parties jointly request that the Court enter the following briefing schedule:

- Plaintiffs' motion for summary judgment shall be filed October 3, 2025;
- Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment shall be filed November 3, 2025;
- Plaintiffs' combined opposition and reply shall be filed November 24, 2025; and

1

- Defendants' reply shall be filed December 15, 2025.

Dated: September 25, 2025         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*

2