## AFFIDAVIT OF ERIC DAVID MELE

October 1, 2025

I am Eric Mele, a natural person. I have in my own possession, the AR-style pistol described in the complaint. I also have in my own possession, several lawfully acquired AR-pattern rifles, as well as upper and lower receivers for those rifles.

In my affidavit of August 9, 2024, I indicated that in my time depending on the AR-style pistol described in the complaint for lawful purposes such as target shooting and self-defense, it had begun to show signs of wear, and that I wanted to install an AR-15 rifle lower receiver and buttstock to ensure it stays operable.

Since then, the lower part of the AR-style pistol described in the complaint has broken. The back of it has cracked off, leaving the operating mechanism exposed and unusable. I am presently unable to use the firearm.

I would like to install the buttstock and lower receiver from one of my AR-15 rifles so I could regain use of the firearm, as its compact size is what made it most useful to me for purposes of keeping in my service vehicle, for defense, target shooting, and other lawful use. However, if I did so, I believe that I would face prosecution for having an unregistered short barreled rifle. Alternatively, if I registered it, I believe my ability to depend on it when

1

traveling interstate, to allow my friends and family members to use it, and to otherwise dispose of it would be hindered by the expense and rigors of NFA compliance.

Additionally, The ATF and DOJ have stated in litigation that brace-equipped pistols are subject to the NFA even absent the Final Rule. This reinforces my belief that repairing and/or configuring my firearm would expose me to felony liability.

But for the above, I would configure the firearm described in the complaint with a short barrel and buttstock.

Under penalty of perjury, I affirm the foregoing statement to be true.

*[signature]*

ERIC DAVID MELE