IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

**CONSENT MOTION FOR STAY OF SUMMARY JUDGMENT BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to the Court's September 15, 2025 Order, ECF No. 62, the parties submitted a status report proposing a briefing schedule for cross-motions for summary judgment, Joint Status Report, ECF No. 63. In line with that schedule, Plaintiffs filed a motion for summary judgment on October 3, 2025. *See* Pls.' Mot. for Summ. J., ECF No. 64. Under the parties' proposed schedule, Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment is due on November 3, 2025. *See* ECF No. 63. For the following reasons, however, Defendants hereby move for a stay of the summary judgment briefing schedule.

1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies,

1

including Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the parties' summary judgment briefing deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current briefing deadlines for the parties be extended 14 days.

5. Opposing counsel has authorized counsel for the Government to state that they consent to this relief.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the summary judgment briefing deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 24, 2025              Respectfully submitted,

                                                BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

3