IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| JOSIAH COLON, *et al.*, | |
|---|---|
| *Plaintiffs*, | |
| v. | Case No. 8:23-cv-223 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | |
| *Defendants*. | |

APPENDIX IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

Table of Appendix

| | Bates Stamps | Exhibit | Description | Brief Citation |
|---|---|---|---|---|
| **Vol. 1** | ATF001–ATF014 | DEX1 | 4 W. Blackstone, *Commentaries on the Laws of England* 148-149 (1769) | P. 17 |
| | ATF015–ATF018 | DEX2 | 2 Edw. 3, c. 3 (1328) (Eng.) | P. 17 |
| | ATF019–ATF022 | DEX3 | 4 William Blackstone, Commentaries on the Laws of England 148-49 (10th ed. 1787) | P. 17 |
| | ATF023–ATF030 | DEX4 | 1 Richard Burn, *The Justice of the Peace, and Parish Officer* 13-14 (2d ed. 1756) | P. 18 |
| | ATF031–ATF039 | DEX5 | 1 William Hawkins, *A Treatise of the Pleas of the Crown* 135 (1716) | P. 18 |

| | | | |
|---|---|---|---|
| ATF040–ATF042 | DEX6 | An Act Against Wearing Swords, &c., ch. 9, in Aaron Leaming & Jacob Spicer, *Grants, Concessions, and Original Constitutions of the Province of New Jersey* 289-90 (2d ed. 1881) | P. 18 |
| ATF043–ATF049 | DEX7 | Act of Dec. 21, 1771, ch. DXL, § 10, 1771 N.J. Laws 346 | P. 19 |
| ATF050–ATF052 | DEX8 | Joseph Greenleaf, *An Abridgment of Burn's Justice of the Peace and Parish Officer* 12-13 (1773) (Mass.) | P. 18 n.2 |
| ATF053–ATF058 | DEX9 | William Waller Hening, *The New Virginia Justice* 18 (1795) (Va.) | P. 18 n.2 |
| ATF059–ATF067 | DEX10 | Eliphalet Ladd, *Burn's Abridgement, Or The American Justice* 22-24 (2d ed. 1792) (N.H.) | P. 18 n.2 |
| ATF068–ATF075 | DEX11 | James Parker, *Conductor Generalis* 12 (1764) (N.J.) | P. 18 n.2 |
| ATF076–ATF079 | DEX12 | James Parker, *Conductor Generalis* 12 (Robert Hodge printing 1788) (N.Y.) | P. 18 n.2 |
| ATF080–ATF086 | DEX13 | James Parker, *Conductor Generalis* 11 (Robert Campbell printing 1792) (Pa.) | P. 18 n.2 |
| ATF087–ATF090 | DEX14 | Act of Apr. 7, 1849, ch. 278, § 2, 1849 N.Y. Laws 404 | P. 19 n.3 |
| ATF091–ATF094 | DEX15 | Act of Dec. 25, 1837, § 1, 1837 Ga. Laws 90 | P. 19 n.3 |
| ATF095–ATF101 | DEX16 | Act of May 14, 1917, ch. 145, § 2, 1917 Cal. Stat. 221 | P. 19 n.3 |
| ATF102–ATF106 | DEX17 | Act of Apr. 16, 1881, § 1, 1881 Ill. Laws 73 | P. 19 n.3 |
| ATF107–ATF110 | DEX18 | Act of Mar. 27, 1879, ch. 186, § 1, 1879 Tenn. Pub. Acts 231, 231 | P. 19 n.4 |

|  | ATF111–ATF114 | DEX19 | Act of Feb. 16, 1875, § 1, 1874-1875 Ark. Acts 156, 156 (1875) | P. 19 n.4 |
|---|---|---|---|---|
|  | ATF115–ATF117 | DEX20 | Act of Mar. 2, 1631, Act LVI, 1631 Va. Acts, p. 175 | P. 20, 21 n.5 |
|  | ATF118–ATF120 | DEX21 | *Records of the Colony of Rhode Island and Providence Plantations, In New England*, 2:196 (Bartlett, ed., Providence: A. Crawford Greene and Brother vol. 2, 1857) | P. 21 n.5 |
|  | ATF121–ATF140 | DEX22 | "An Act for the better regulating of the Militia of this Province," 1747, McCord, Statutes at Large, 9:647 | P. 21 n.5 |
|  | ATF141–ATF157 | DEX23 | Act of Jan. 8, 1781, ch. XII, § 13, 1781 N.J. Laws, p. 43 | P. 21 n.5 |
|  | ATF158–ATF166 | DEX24 | 1775–1776 Mass. Acts 18 | P. 21 n.6 |
|  | ATF167–ATF177 | DEX25 | Act of Apr. 3, 1778, ch. 33, 1778 N.Y. Laws, p. 65 | P. 21 n.6 |
| **Vol. 2** | ATF178–ATF184 | DEX26 | Laws of the Commonwealth of Mass. from Nov. 28, 1780, to Feb. 28, 1807, p. 105–106 (1807) | P. 21 n.7 |
|  | ATF185–ATF186 | DEX27 | Laws of the State of Maine, p. 546 (1830) | P. 21 n.7 |
|  | ATF187–ATF188 | DEX28 | Ill. Stat. Ann. Crim. ch. 38, ¶ 54 (1885) | P. 21 |
|  | ATF189–ATF190 | DEX29 | Act of July 13, 1892, ch. 159, § 5, 27 Stat. 116, 117 | P. 21, 22 |
|  | ATF191–ATF194 | DEX30 | Colonial Laws of Mass. Reprint. from the Ed. of 1672, p. 126 (1890) | P. 22 n.8 |
|  | ATF195–ATF199 | DEX31 | 2 General Laws of Mass. from the Adoption of the Constitution to Feb. 1822, p. 199 (1823) | P. 22 n.8 |

| | | | | |
|---|---|---|---|---|
| | ATF200–ATF201 | DEX32 | 15 The Public Records of the Colony of Conn., p. 191 (1890) | P. 22 n.8 |
| | ATF202–ATF206 | DEX33 | Laws of the State of N.H; with the Constitutions of the U.S. and of the State Prefixed, p. 277 (1830) | P. 22 n.8 |
| | ATF207–ATF211 | DEX34 | Act of Dec. 20, 1820, § 3, 1820 Ala. Acts, p. 10 | P. 23 n.9 |
| | ATF212–ATF216 | DEX35 | Act of Feb. 10, 1852, No. 1, § 1, 1851–1852 Ala. Laws, p. 3 | P. 23 n.9 |
| | ATF217–ATF255 | DEX36 | Act of Feb. 19, 1867, No. 260, § 10, 1866–1867 Ala. Laws, p. 263 | P. 23 n.9 |
| | ATF256–ATF260 | DEX37 | Ala. Rev. Code § 434(10) (Joseph Abram Walker comp., Birmingham, Reid & Screws, State Printers 1867) | P. 23 n.9 |
| | ATF261–ATF262 | DEX38 | Act of Feb. 10, 1838, No. 24, § 1, 1838 Fla. Acts, p. 36 | P. 23 n.10 |
| | ATF263–ATF264 | DEX39 | Miss. Code ch. 8, art. 16, § 1 (1848) (effective Feb. 4, 1844) | P. 23 n.11 |
| | ATF265–ATF268 | DEX40 | Act of Feb. 21, 1867, ch. 317, § 2, 1867 Miss. Laws, p. 412 | P. 23 n.11 |
| | ATF269–ATF271 | DEX41 | Act of Feb. 7, 1867, ch. 244, § 1, 1867 Miss. Laws, p. 327 | P. 23 n.11 |
| | ATF272–ATF280 | DEX42 | Act of Jan. 28, 1851, ch. 121, § 5, 1850–1851 N.C. Sess. Laws, p. 242–43 | P. 23 n.12 |
| | ATF281–ATF315 | DEX43 | Revenue, ch. 34, § 23(4), 1856–1857 N.C. Sess. Laws, p. 34 | P. 23 n.12 |
| | ATF316–ATF353 | DEX44 | Revenue, ch. 25, § 27(15), 1858–1859 N.C. Sess. Laws, p. 35 | P. 23 n.12 |

| | | | | |
|---|---|---|---|---|
| Vol. 3 | ATF354–ATF375 | DEX45 | Act of Feb. 26, 1867, sec. 1, schedule A, class 3, § 14, 1866–67 N.C. Sess. Laws, p. 103 | P. 23 n.12 |
| | ATF376–ATF378 | DEX46 | Act of Dec. 7, 1866, No. 41, § 1, Ga. Laws, p. 27–28 | P. 23 n.13 |
| | ATF379–ATF382 | DEX47 | Ala. Code § 494(15) (Wade Keyes, et al., comps., Montgomery, Barrett & Brown 1877) | P. 24 n.14 |
| | ATF383–ATF390 | DEX48 | Act of Dec. 9, 1882, No. 18, § 2(18), 1882 Ga. Laws, p. 37 | P. 24 n.14 |
| | ATF391–ATF401 | DEX49 | Act of Apr. 16, 1883, § 24, 80 Ohio Laws, p. 134 | P. 24 n.14 |
| | ATF402–ATF411 | DEX50 | Act of Mar. 13, 1883, ch. 49, § 153, 1883 Cal. Stat., p. 156 | P. 24 n.14 |
| | ATF412–ATF416 | DEX51 | Act of Feb. 17, 1885, No. 337, sec. 2, 1884–85 Ala. Laws, p. 604 | P. 24 n.14 |
| | ATF417–ATF425 | DEX52 | Act of Dec. 22, 1884, No. 52, § 2(18), 1884–85 Ga. Laws, p. 23 | P. 24 n.14 |
| | ATF426–ATF434 | DEX53 | Act of Dec. 11, 1886, No. 4, sec. 5, § 17, 1886–87 Ala. Laws, p. 36 | P. 24 n.14 |
| | ATF435–ATF445 | DEX54 | General Tax Act for 1887 and 1888, § 2(18), 1886 Ga. Laws, p. 17 | P. 24 n.14 |
| | ATF446–ATF451 | DEX55 | Act of Feb. 28, 1887, No. 221, sec. 2, 1888–89 Ala. Laws, p. 533 | P. 24 n.14 |
| | ATF452–ATF460 | DEX56 | Ala. Code § 629(28) (1887) | P. 24 n.14 |
| | ATF461–ATF487 | DEX57 | Act of Dec. 12, 1888, No. 190, § 21(25), 1888–89 Ala. Laws, p. 200 | P. 24 n.14 |
| | ATF488–ATF499 | DEX58 | General Tax Act for 1889 and 1890, No. 123, § 2(17), 1888 Ga. Laws, p. 22 | P. 24 n.14 |

| | | | |
|---|---|---|---|
| ATF500–ATF511 | DEX59 | Act of Mar. 9, 1891, ch. 327, § 44, 1891 N.C. Sess. Laws, Priv. Laws, p. 1423 | P. 24 n.14 |
| ATF512–ATF515 | DEX60 | S.C. Rev. Stat. § 490 (1894) | P. 24 n.14 |
| ATF516–ATF518 | DEX61 | Act of Mar. 28, 1889, sec. 1, 86 Ohio Laws, p. 164 | P. 24 n.14 |
| ATF519–ATF521 | DEX62 | St. Paul, Minn., Ordinances no. 895, § 2 (1889) | P. 24 n.14 |
| ATF522–ATF524 | DEX63 | 1795 Mass. Acts 436 | P. 24 |

Dated: November 28, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

6

## CERTIFICATE OF SERVICE

On November 28, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Taylor Pitz
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice