# DEX1

ATF001



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
William Blackstone. Commentaries on the Laws of England (1765-1979).

**ALWD 7th ed.**
William Blackstone. Commentaries on the Laws of England (1769).

**APA 7th ed.**
Blackstone, W. (1769). Commentaries on the Laws of England. Buffalo, N.Y. William S. Hein & Co, 1992. Originally published: Oxford, Clarendon Press.

**Chicago 17th ed.**
Blackstone William. Commentaries on the Laws of England. Buffalo, N.Y. : William S. Hein & Co, 1992. Originally published: Oxford, Clarendon Press.

**McGill Guide 10th ed.**
William Blackstone, Commentaries on the Ls of Engl&, (Buffalo, N.Y. : William S. Hein & Co, 1992. Originally published: Oxford: Clarendon Press, 1765-1979)

**AGLC 4th ed.**
William Blackstone, Commentaries on the Laws of England (Clarendon Press., 1769

**MLA 9th ed.**
Blackstone, William. Commentaries on the Laws of England. Buffalo, N.Y. : William S. Hein & Co, 1992. Originally published: Oxford, Clarendon Press. HeinOnline.

**OSCOLA 4th ed.**
Blackstone, William. Commentaries on the Laws of England. Buffalo, N.Y. : William S. Hein & Co, 1992. Originally published: Oxford, Clarendon Press.

**Date Downloaded:** Mon Nov 24 10:21:47 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.beal/blakston0004&id=150

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

## CHAPTER THE ELEVENTH.

## OF OFFENCES AGAINST THE PUBLIC PEACE.

WE are next to confider offences againft the public *peace*; the confervation of which is intrufted to the king and his officers, in the manner and for the reafons which were formerly mentioned at large[a]. Thefe offences are either fuch as are an actual breach of the peace; or conftructively fo, by tending to make others break it. Both of thefe fpecies are alfo either felonious, or not felonious. The felonious breaches of the peace are ftrained up to that degree of malignity by virtue of feveral modern ftatutes: and, particularly,

1. THE *riotous affembling* of *twelve* perfons, or more, and not difperfing upon proclamation. This was firft made high treafon by ftatute 3 & 4 Edw.VI. c.5. when the king was a minor, and a change in religion to be effected: but that ftatute was repealed by ftatute 1 Mar. c. 1. among the other treafons created fince the 25 Edw. III; though the prohibition was in fubftance re-enacted, with an inferior degree of punifhment, by ftatute 1 Mar. ft. 2. c. 12. which made the fame offence a fingle felony. Thefe ftatutes fpecified and particularized the nature of the riots they were meant to fupprefs; as, for example, fuch as were fet on foot with intention to offer violence to the privy council, or to change the laws of the kingdom, or for certain other fpecific purpofes: in which cafes, if the perfons were

[a] Vol. I. pag. 117. 268. 350.

com-

commanded by proclamation to disperse, and they did not, it was by the statute of Mary made felony, but within the benefit of clergy; and also the act indemnified the peace officers and their assistants, if they killed any of the mob in endeavouring to suppress such riot. This was thought a necessary security in that sanguinary reign, when popery was intended to be re-established, which was like to produce great discontents: but at first it was made only for a year, and was afterwards continued for that queen's life. And, by statute 1 Eliz. c. 16. when a reformation in religion was to be once more attempted, it was revived and continued duting her life also; and then expired. From the accession of James the first to the death of queen Anne, it was never once thought expedient to revive it: but, in the first year of George the first, it was judged necessary, in order to support the execution of the act of settlement, to renew it, and at one stroke to make it perpetual, with large additions. For, whereas the former acts expressly defined and specified what should be accounted a riot, the statute 1 Geo. I. c. 5. enacts, generally, that if any twelve persons are unlawfully assembled to the disturbance of the peace, and any one justice of the peace, sheriff, under-sheriff, or mayor of a town, shall think proper to command them by proclamation to disperse, if they contemn his orders and continue together for one hour afterwards, such contempt shall be felony without benefit of clergy. And farther, if the reading of the proclamation be by force opposed, or the reader be in any manner wilfully hindered from the reading of it, such opposers and hinderers are felons, without benefit of clergy: and all persons to whom such proclamation *ought to have been made*, and knowing of such hindrance, and not dispersing, are felons, without benefit of clergy. There is the like indemnifying clause, in case any of the mob be unfortunately killed in the endeavour to disperse them; being copied from the act of queen Mary. And, by a subsequent clause of the new act, if any persons, so riotously assembled, begin even before proclamation to pull down any church, chapel, meeting-house, dwelling-house, or out-houses, they shall be felons without benefit of clergy.

2. BY

2. BY ſtatute 1 Hen.VII. c. 7. *unlawful hunting* in any legal foreſt, park, or warren, not being the king's property, *by night*, or with *painted faces*, was declared to be ſingle felony. But now by the ſtatute 9 Geo. I. c. 22. to appear armed in any open place by day, or night, with faces blacked or otherwiſe *diſguiſed*, or (being ſo diſguiſed) to hunt, wound, kill, or ſteal any deer, to rob a warren, or to ſteal fiſh, is felony without benefit of clergy. I mention this offence in this place, not on account of the damage thereby done to private property, but of the manner in which that damage is committed; namely, with the face blacked or with other diſguiſe, to the breach of the public peace and the terror of his majeſty's ſubjects.

3. ALSO by the ſame ſtatute 9 Geo. I. c. 22. amended by ſtatute 27 Geo. II. c. 15. knowingly to ſend any *letter* without a name, or with a fictitious name, *demanding* money, veniſon, or any other valuable thing, or *threatening* (without any demand) to kill, or fire the houſe of, any perſon, is made felony, without benefit of clergy. This offence was formerly high treaſon, by the ſtatute 8 Hen.V. c. 6.

4. TO pull down or deſtroy any *turnpike-gate*, or fence thereunto belonging, by the ſtatute 1 Geo. II. c. 19. is puniſhed with public whipping, and three months impriſonment; and to deſtroy the toll-houſes, or any *ſluice or lock* on a navigable river, is made felony to be puniſhed with tranſportation for ſeven years. By the ſtatute 5 Geo. II. c. 33. the offence of deſtroying turnpike-gates or fences, is made felony alſo, with tranſportation for ſeven years. And, laſtly, by ſtatute 8 Geo. II. c. 20. the offences of deſtroying both turnpikes upon roads, and ſluices upon rivers, are made felony, without benefit of clergy; and may be tried as well in an adjacent county, as that wherein the fact is committed. The remaining offences againſt the public peace are merely miſdemeſnors, and no felonies: as,

5. AF-

5. AFFRAYS (from *affraier*, to terrify) are the fighting of two or more perſons in ſome public place, to the terror of his majeſty's ſubjects: for, if the fighting be in private, it is no *affray* but an *aſſault*[b]. Affrays may be ſuppreſſed by any private perſon preſent, who is juſtifiable in endeavouring to part the combatants, whatever conſequence may enſue[c]. But more eſpecially the conſtable, or other ſimilar officer, however denominated, is bound to keep the peace; and to that purpoſe may break open doors to ſuppreſs an affray, or apprehend the affrayers; and may either carry them before a juſtice, or impriſon them by his own authority for a convenient ſpace till the heat is over; and may then perhaps alſo make them find ſureties for the peace[d]. The puniſhment of common affrays is by fine and impriſonment; the meaſure of which muſt be regulated by the circumſtances of the caſe: for, where there is any material aggravation, the puniſhment proportionably increaſes. As where two perſons coolly and deliberately engage in a duel: this being attended with an apparent intention and danger of murder, and being a high contempt of the juſtice of the nation, is a ſtrong aggravation of the affray, though no miſchief has actually enſued[e]. Another aggravation is, when thereby the officers of juſtice are diſturbed in the due execution of their office: or where a reſpect to the particular place ought to reſtrain and regulate men's behaviour, more than in common ones; as in the king's court, and the like. And upon the ſame account alſo all affrays in a church or church-yard are eſteemed very heinous offences, as being indignities to him to whoſe ſervice thoſe places are conſecrated. Therefore mere quarrelſome words, which are neither an affray nor an offence in any other place, are penal here. For it is enacted by ſtatute 5 & 6 Edw. VI. c. 4. that if any perſon ſhall, by words only, quarrel, chide, or brawl, in a church or church-yard, the ordinary ſhall ſuſpend him, if a layman, *ab ingreſſu eccleſiae*; and, if a clerk in orders,

[b] 1 Hawk. P. C. 134.
[c] *Ibid.* 136.
[d] *Ibid.* 137.
[e] *Ibid.* 138.

from

from the miniſtration of his office during pleaſure. And, if any perſon in ſuch church or church-yard proceeds to ſmite or lay violent hands upon another, he ſhall be excommunicated *ipſo facto*; or if he ſtrikes him with a weapon, or draws any weapon with intent to ſtrike, he ſhall beſides excommunication (being convicted by a jury) have one of his ears cut off; or, having no ears, be branded with the letter F in his cheek. *Two* perſons may be guilty of an affray: but,

6. RIOTS, *routs*, and *unlawful aſſemblies* muſt have *three* perſons at leaſt to conſtitute them. An *unlawful aſſembly* is when three, or more, do aſſemble themſelves together to do an unlawful act, as to pull down incloſures, to deſtroy a warren or the game therein; and part without doing it, or making any motion towards it[f]. A *rout* is where three or more meet to do an unlawful act upon a common quarrel, as forcibly breaking down fences upon a right claimed of common, or of way; and make ſome advances towards it[g]. A *riot* is where three or more actually do an unlawful act of violence, either with or without a common cauſe or quarrel[h]: as if they beat a man; or hunt and kill game in another's park, chaſe, warren, or liberty; or do any other unlawful act with force and violence; or even do a lawful act, as removing a nuſance, in a violent and tumultuous manner. The puniſhment of unlawful aſſemblies, if to the number of twelve, we have juſt now ſeen may be capital, according to the circumſtances that attend it; but, from the number of three to eleven, is by fine and impriſonment only. The ſame is the caſe in riots and routs by the common law; to which the pillory in very enormous caſes has been ſometimes ſuperadded[i]. And by the ſtatute 13 Hen. IV. c. 7. any two juſtices, together with the ſheriff or under-ſheriff of the county, may come with the *poſſe comitatus*, if need be, and ſuppreſs any ſuch riot, aſſembly, or rout, arreſt the rioters, and record upon the ſpot the nature and circumſtances of the whole tranſaction;

[f] 3 Inſt. 176.

[g] Bro. *Abr. t. Riot.* 4. 5.

[h] 3 Inſt. 176.

[i] 1 Hawk. P. C. 159.

which

which record alone ſhall be a ſufficient conviction of the offenders. In the interpretation of which ſtatute it hath been holden, that all perſons, noblemen and others, except women, clergymen, perſons decrepit, and infants under fifteen, are bound to attend the juſtices in ſuppreſſing a riot, upon pain of fine and impriſonment; and that any battery, wounding, or killing the rioters, that may happen in ſuppreſſing the riot, is juſtifiable [j]. So that our antient law, previous to the modern riot act, ſeems pretty well to have guarded againſt any violent breach of the public peace; eſpecially as any riotous aſſembly on a public or general account, as to redreſs grievances or pull down all incloſures, and alſo reſiſting the king's forces if ſent to keep the peace, may amount to overt acts of high treaſon, by levying war againſt the king.

7. NEARLY related to this head of riots is the offence of *tumultuous petitioning*; which was carried to an enormous height in the times preceding the grand rebellion. Wherefore by ſtatute 13 Car. II. ſt. 1. c. 5. it is enacted, that not more than twenty names ſhall be ſigned to any petition to the king or either houſe of parliament, for any alteration of matters eſtabliſhed by law in church or ſtate; unleſs the contents thereof be previouſly approved, in the country, by three juſtices, or the majority of the grand jury at the aſſiſes or quarter ſeſſions; and, in London, by the lord mayor, aldermen, and common council [k]: and that no petition ſhall be delivered by a company of more than ten perſons: on pain in either caſe of incurring a penalty not exceeding 100 *l*, and three months impriſonment.

8. AN eighth offence againſt the public peace is that of a *forcible entry* or *detainer*; which is committed by violently taking or keeping poſſeſſion, with menaces, force, and arms, of lands and tenements, without the authority of law. This was for-

j 1 Hal. P. C. 495. 1 Hawk. P. C. 161.

k This may be one reaſon (among others) why the corporation of London has, ſince the reſtoration, uſually taken the lead in petitions to parliament for the alteration of any eſtabliſhed law.

merly allowable to every perſon diſſeiſed, or turned out of poſſeſſion, unleſs his entry was taken away or barred by his own neglect, or other circumſtances; which were explained more at large in a former volume[l]. But this being found very prejudicial to the public peace, it was thought neceſſary by ſeveral ſtatutes to reſtrain all perſons from the uſe of ſuch violent methods, even of doing themſelves juſtice; and much more if they have no juſtice in their claim[m]. So that the entry now allowed by law is a peaceable one; that forbidden is ſuch as is carried on and maintained with force, with violence, and unuſual weapons. By the ſtatute 5 Ric. II. ſt. 1. c. 8. all forcible entries are puniſhed with impriſonment and ranſom at the king's will. And by the ſeveral ſtatutes of 15 Ric. II. c. 2. 8 Hen. VI. c. 9. 31 Eliz. c. 11. and 21 Jac. I. c. 15. upon any forcible entry, or forcible detainer after peaceable entry, into any lands, or benefices of the church, one or more juſtices of the peace, taking ſufficient power of the county, may go to the place, and there record the force upon his own view, as in caſe of riots; and upon ſuch conviction may commit the offender to gaol, till he makes fine and ranſom to the king. And moreover the juſtice or juſtices have power to ſummon a jury, to try the forcible entry or detainer complained of: and, if the ſame be found by that jury, then beſides the fine on the offender, the juſtices ſhall make reſtitution by the ſheriff of the poſſeſſion, without inquiring into the merits of the title; for the force is the only thing to be tried, puniſhed, and remedied by them: and the ſame may be done by indictment at the general ſeſſions. But this proviſion does not extend to ſuch as endeavour to maintain poſſeſſion by force, where they themſelves, or their anceſtors, have been in the peaceable enjoyment of the lands and tenements, for three years immediately preceding.

9. THE offence of *riding* or *going armed*, with dangerous or unuſual weapons, is a crime againſt the public peace, by terrifying the good people of the land; and is particularly prohibited by

[l] See Vol. III. pag. 174, &c.

[m] 1 Hawk. P. C. 141.

by the ſtatute of Northampton, 2 Edw. III. c. 3. upon pain of forfeiture of the arms, and impriſonment during the king's pleaſure: in like manner as, by the laws of Solon, every Athenian was finable who walked about the city in armour [n].

10. SPREADING *falſe news,* to make diſcord between the king and nobility, or concerning any great man of the realm, is puniſhed by common law [o] with fine and impriſonment; which is confirmed by ſtatutes Weſtm. 1. 3 Edw. I. c. 34. 2 Ric. II. ſt. 1. c. 5. and 12 Ric. II. c. 11.

11. FALSE and *pretended prophecies,* with intent to diſturb the peace, are equally unlawful, and more penal; as they raiſe enthuſiaſtic jealouſies in the people, and terrify them with imaginary fears. They are therefore puniſhed by our law, upon the ſame principle that ſpreading of public news of any kind, without communicating it firſt to the magiſtrate, was prohibited by the antient Gauls [p]. Such falſe and pretended prophecies were puniſhed capitally by ſtatute 1 Edw. VI. c. 12. which was repealed in the reign of queen Mary. And now by the ſtatute 5 Eliz. c. 15. the penalty for the firſt offence is a fine of 100 *l*, and one year's impriſonment; for the ſecond, forfeiture of all goods and chattels, and impriſonment during life.

12. BESIDES actual breaches of the peace, any thing that tends to provoke or excite others to break it, is an offence of the ſame denomination. Therefore *challenges to fight,* either by word or letter, or to be the bearer of ſuch challenge, are puniſhable by fine and impriſonment, according to the circumſtances of the offence [q]. If this challenge ariſes on account of any mo-

[n] Pott. Antiqu. b. 1. c. 26.

[o] 2 Inſt. 226. 3 Inſt. 198.

[p] "*Habent legibus ſanctum, ſi quis quid de* "*republica a finitimis rumore aut fama acceperit,* "*uti ad magiſtratum deferat, neve cum alio* "*communicet: quod ſaepe homines temerarios* "*atque imperitos falſis rumoribus terreri, et* "*ad facinus impelli, et de ſummis rebus conſi-* "*lium capere, cognitum eſt.*" Caeſ. *de bell. Gall. lib.* 6. *cap.* 19.

[q] 1 Hawk. P. C. 135. 138.

ney

ney won at gaming, or if any aſſault or affray happen upon ſuch account, the offender, by ſtatute 9 Ann. c. 14. ſhall forfeit all his goods to the crown, and ſuffer two years impriſonment.

13. OF a nature very ſimilar to challenges are *libels, libelli famoſi*, which, taken in their largeſt and moſt extenſive ſenſe, ſignify any writings, pictures, or the like, of an immoral or illegal tendency; but, in the ſenſe under which we are now to conſider them, are malicious defamations of any perſon, and eſpecially a magiſtrate, made public by either printing, writing, ſigns, or pictures, in order to provoke him to wrath, or expoſe him to public hatred, contempt, and ridicule[r]. The direct tendency of theſe libels is the breach of the public peace, by ſtirring up the objects of them to revenge, and perhaps to bloodſhed. The communication of a libel to any one perſon is a publication in the eye of the law[s]: and therefore the ſending an abuſive private letter to a man is as much a libel as if it were openly printed, for it equally tends to a breach of the peace[t]. For the ſame reaſon it is immaterial with reſpect to the eſſence of a libel, whether the matter of it be true or falſe[u]; ſince the provocation, and not the falſity, is the thing to be puniſhed criminally: though, doubtleſs, the falſhood of it may aggravate it's guilt, and enhance it's puniſhment. In a civil action, we may remember, a libel muſt appear to be falſe, as well as ſcandalous[w]; for, if the charge be true, the plaintiff has received no private injury, and has no ground to demand a compenſation for himſelf, whatever offence it may be againſt the public peace: and therefore, upon a civil action, the truth of the accuſation may be pleaded in bar of the ſuit. But, in a criminal proſecution, the tendency which all libels have to create animoſities, and to diſturb the public peace, is the ſole conſideration of the law. And therefore, in ſuch proſecutions, the

r 1 Hawk. P. C. 193.

s Moor. 813.

t 2 Brownl. 151. 12 Rep. 35. Hob. 215. Poph. 139. 1 Hawk. P. C. 195.

u Moor. 627. 5 Rep. 125. 11 Mod. 99.

w See Vol. III. pag. 125.

the only facts to be considered are, first, the making or publishing of the book or writing; and secondly, whether the matter be criminal: and, if both these points are against the defendant, the offence against the public is complete. The punishment of such libellers, for either making, repeating, printing, or publishing the libel, is fine, and such corporal punishment as the court in their discretion shall inflict; regarding the quantity of the offence, and the quality of the offender[x]. By the law of the twelve tables at Rome, libels, which affected the reputation of another, were made a capital offence: but, before the reign of Augustus, the punishment became corporal only[y]. Under the emperor Valentinian[z] it was again made capital, not only to write, but to publish, or even to omit destroying them. Our law, in this and many other respects, corresponds rather with the middle age of Roman jurisprudence, when liberty, learning, and humanity, were in their full vigour, than with the cruel edicts that were established in the dark and tyrannical ages of the antient *decemviri*, or the later emperors.

IN this, and the other instances which we have lately considered, where blasphemous, immoral, treasonable, schismatical, seditious, or scandalous libels are punished by the English law, some with a greater, others with a less degree of severity; the *liberty of the press*, properly understood, is by no means infringed or violated. The liberty of the press is indeed essential to the nature of a free state: but this consists in laying no *previous* restraints upon publications, and not in freedom from censure for criminal matter when published. Every freeman has an undoubted right to lay what sentiments he pleases before the public: to forbid this, is to destroy the freedom of the

x 1 Hawk. P. C. 196.

y ——————— *Quinetiam lex*
*Poenaque lata, malo quae nollet carmine quenquam*
*Describi:* —— *vertere modum formidine* fustis. Hor. *ad Aug.* 152.

z *Cod.* 9. 36.

press:

prefs: but if he publifhes what is improper, mifchievous, or illegal, he muft take the confequence of his own temerity. To fubject the prefs to the reftrictive power of a licenfer, as was formerly done, both before and fince the revolution[a], is to fubject all freedom of fentiment to the prejudices of one man, and make him the arbitrary and infallible judge of all controverted points in learning, religion, and government. But to punifh (as the law does at prefent) any dangerous or offenfive writings, which, when publifhed, fhall on a fair and impartial trial be adjudged of a pernicious tendency, is neceffary for the prefervation of peace and good order, of government and religion, the only folid foundations of civil liberty. Thus the will of individuals is ftill left free; the abufe only of that free will is the object of legal punifhment. Neither is any reftraint hereby laid upon freedom of thought or enquiry: liberty of private fentiment is ftill left; the diffeminating, or making public, of bad fentiments, deftructive of the ends of fociety, is the crime which fociety corrects. A man (fays a fine writer on this fubject) may be allowed to keep poifons in his clofet, but not publicly to vend them as cordials. And to this we may

[a] The art of printing, foon after it's introduction, was looked upon (as well in England as in other countries) as merely a matter of ftate, and fubject to the coercion of the crown. It was therefore regulated with us by the king's proclamations, prohibitions, charters of privilege and of licence, and finally by the decrees of the court of ftarchamber; which limited the number of printers, and of preffes which each fhould employ, and prohibited new publications unlefs previoufly approved by proper licenfers. On the demolition of this odious jurifdiction in 1641, the long parliament of Charles I, after their rupture with that prince, affumed the fame powers as the ftarchamber exercifed with refpect to the licenfing of books; and in 1643, 1647, 1649, and 1652, (Scobell. i. 44, 134. ii. 88, 230.) iffued their ordinances for that purpofe, founded principally on the ftarchamber decree of 1637. In 1662 was paffed the ftatute 13 & 14 Car. II. c. 33. which (with fome few alterations) was copied from the parliamentary ordinances. This act expired in 1679, but was revived by ftatute 1 Jac. II. c. 17. and continued till 1692. It was then continued for two years longer by ftatute 4 W. & M. c. 24. but, though frequent attempts were made by the government to revive it, in the fubfequent part of that reign, (Com. Journ. 11 Feb. 1694. 26 Nov. 1695. 22 Oct. 1696. 9 Feb. 1697. 31 Jan. 1698.) yet the parliament refifted it fo ftrongly, that it finally expired, and the prefs became properly free, in 1694; and has ever fince fo continued.

add,

add, that the only plauſible argument heretofore uſed for reſtraining the juſt freedom of the preſs, "that it was neceſſary "to prevent the daily abuſe of it," will entirely loſe it's force, when it is ſhewn (by a ſeaſonable exertion of the laws) that the preſs cannot be abuſed to any bad purpoſe, without incurring a ſuitable puniſhment: whereas it never can be uſed to any good one, when under the control of an inſpector. So true will it be found, that to cenſure the licentiouſneſs, is to maintain the liberty, of the preſs.

DEX2

ATF015

# STATUTES OF KING EDWARD THE THIRD.

## Anno 1° EDWARDI III. A.D.1326-7.

### Statuta f'ca apud Westm̄ in P'liamento R. Edwardi T'cii post Conquestore anno r. sui p'mo.

STATUTES made at WESTMINSTER;
In the Parliament of K. EDWARD, THE THIRD, after the Conqueror;
In THE FIRST YEAR of his Reign.

*Ex magno Rot. Stat. in Turr. Lond. m. 29.*

COME Hugh le Despens le piere & Hugh le Despens le fiuz nadgares, a la suite Thomas adonqes Counte de Lancastr & de Leycestr, Seneschal Dengletre, p cõmune assent & agard des piers & du poeple du roialme, & p lassent du Roi Edward piere nre Seign' le Roi qore est, come treitres & enemys du Roi & du poeple feussent exilez, desheritez, & banutz hors du roialme pur tous jours; puys apres, mesmes ceux Hugh & Hugh, p malveis conseil q le dit Roi avoit pusde luy adonqes, saunz assent des piers & du poeple revindrent en dit roialme; & eux & autres abetterent le dit Roi Edward ap'sure le dit Counte de Lancastre & autres graunz & gentz du poeple du roialme, en quele pursuite le dit Counte de Lancastr & autrs grauntz & gentz du poeple du roialme voluntrivement furent mortz, & desheritez, & ascuns utlagez banuz & desheritez, & ascuns deshetez & emprisonez, & ascuns reintz & deshetez; & apres tieux mauveistez les ditz Hugh & Hugh, Mestre Robt de Baldok, Esmon jadis Counte Darundell acrocherent a eux roial poer, en tieu manere q le dit Roi Edward rien ne fist, ne ne voleit faire, forsq ceo q les ditz Hugh & Hugh, Robt, Esmon Counte Darundell, luy conseilerent, ne fust ceo ja si g'nt tort; duraunt quele acrochement p durte & p force countre volunte des gentz de la tre, ils purchacerent tres p fyns levz en la Court le dit Roi Edward & en autre manere. Et come apres la mort le dit Counte de Lancastr & des autrs g'untz, nre Seign' le Roi qore est, & ma dame Isabele Roine Dengletre sa miere, de la volunte le dit Roi Edward, & p cõmun conseil du roialme, alassent es pties de France de pcurer bien de pees entre les deux roialmes de Fraunce & Dengletre,

STATUTE THE FIRST.

*Recital of the Usurpations of the two Spensers, &c. and of their Destruction by means of the present King and his Mother.*
*See Statutes 15 Edw. II.*

WHEREAS Hugh Spenser the Father, and Hugh Spenser the Son, late at the Suit of Thomas then Earl of Lancaster and Leicester, and Steward of England, by the common assent and award of the Peers and Commons of the Realm, and by the Assent of King Edward Father to our Sovereign Lord the King that now is, as Traitors and Enemies of the King and of his Realm, were exiled, disherited, and banished out of the Realm for ever; and afterward, the same Hugh and Hugh, by evil council which the King had [taken of them,[1]] without the Assent of the Peers and Commons of the Realm, came again into the Realm; and they, with other, procured the said King to pursue the said Earl of Lancaster, and other great men and people of this Realm, in which pursuit, the said Earl of Lancaster, and other great men and people of the Realm were [willingly dead [2]] and disherited, and some outlawed, banished, and disherited, and some disherited and imprisoned, and some ransomed and disherited; and after such Mischief, the said Hugh and Hugh, Master Robert Baldocke, and Edmond late Earl of Arundel usurped to them the Royal Power, so that the King nothing did nor would do, but as the said Hugh, and Hugh, Robert, and Edmond Earl of Arundel did counsel him, were it never so great wrong; during which Usurpation, by duress and force against the will of the [Commons,[3]] they purchased Lands as well by Fines levied in the Court of the said King Edward, as otherwise: And Whereas after the death of the said Earl of Lancaster, and of other great men, our Sovereign Lord the King that now is, and Dame Isabel, Queen of England, his Mother, by the King's will and Common Counsel of the Realm, went over into France, to treat a Peace between the two Realms of England

[1] *then near him* [2] *wilfully put to death.*

[3] People of the Land *MS. Tr.* ?.

escritz de venir au Roi a force & armes, en chescun temps qils furent maundez, sur peine de vie & de membre, & de q'nt qil p'roient forfaire; p force des queux escritz plusours de la ?re ount este di?sement destrutz; Le Roi eyaunt regard q̃ tieux escritz furent faitz a deshonour du Roi, desicome chescun feust tenu de faire au Roi come a seign' lige ceo q̃ a luy appendoit sanz escrit, Voet q̃ tieuz escritz desormes ne soient faitz; et q̃ ceux q̃ sont faitz, p la veue de Chanceller & Tresorer, soient monstrez au Roi; & le Roi fra dampner ceux q̃ sont faitz contre droit & reson.

Itm pur la pees meultz garder & meyntener, le Roi veot qen chescun Countee q̃ bones gentz & loialx, queux ne sont mye meyntenours de malveis baretz en pays, soient assignez a la garde de la pees.

Itm le Roi comaunde q̃ les viscontes & Baillifs des franchises, & toutz autrs q̃ pnent enditementz a lor tourns, ou aillioura ou enditementz ?rount faitz, preignent tieux enditementz p roule endente dount Lune ptie demeorge ?s les enditours, & lautre ptie de?s cely qi prendra Lenqueste, issint q̃ les enditementz ne soient beseleez come avant ces houres ount este, & issint q̃ un de lenqueste peut monstrer lune ptie de lendenture a la Justice q'nt il vendra p' la deli?aunce faire.

Memorand qd ista duo statuta ꝑcedencia missa fuerunt in Hibñ in forma patenti, cum quodam bñ inferi⁹ seqñ.

themselves by Writing, to come to the King with Force and Arms, whensoever they should be sent for, upon Pain of Life and Limb, and to forfeit all that ever they might forfeit; by virtue of which Writings divers of this Land have been often destroyed: The King, considering that such Writings were made to the King's dishonour, sithence that every Man is bound to do to the King, as to his Liege Lord, all that pertaineth to him without any manner of Writing, Willeth, that from henceforth no such Writing be made; and that such as be made, by the sight of the Chancellor and Treasurer, shall be shewed to the King; and the King shall cause all such as be made against Right and Reason to be cancelled.

*None shall be bound by Writing to come with Arms to the King.*

ITEM, For the better keeping and maintenance of the Peace, the King will, that in every County good Men and lawful, which be [no Maintainers of Evil, or Barretors [1]] in the Country, shall be assigned to keep the Peace.

*XVI. Keepers of the Peace in each County.*

ITEM, The King commandeth, That the Sheriffs and Bailiffs of Franchises, and all other that do take Indictments in their Turns, or elsewhere, where Indictments ought to be made, shall take such Indictment by Roll indented, whereof the one Part shall remain with the Indictors, and the other Part with him that taketh the Inquest; so that the Indictments shall not be imbezilled as they have been in times past; and so that one of the Inquest may shew the one part of the Indenture to the Justices, when they come to make Deliverance.

*XVII. Indictments shall be taken by Indenture.*

[1] No Maintainers of cursed Barretors *MS. Tr.* 2.

Be it Remembered, that the two preceding Statutes were sent into Ireland in form of Letters Patent, with a certain Writ hereunder following.[1]

[1] See Memorandum at the End of Stat. 5 Edw. III.

# Anno 2° EDWARDI, III. A.D. 1328.

## Statutū editū apud Norh't', anno r. R. E. t'cii post conquestū sc'do.

## STATUTE made at NORTHAMPTON;

## In the Second Year of the Reign of K. EDWARD the Third after the Conquest.

*Ex magno Rot. Stat. in Turr. Lond. m. 28.*

Nre seign' le Roi Edward, le tierz a?s le conqueste, a son plement tenuz a Norht as trois semeins de Pasch, Lan de son regne secund, desiraunt q̃ la pees de sa ?re, & les leis & estatuz avant ces heures ordenez & usez, soient gardez & meintenuz en touz poyntz, Al hon' de dieu & de seinte eglise, & a cōe pfit du poeple, p assent des Prelatz, Countes & Barons & autres g'ntz, & tote la cōe du roialme, au dit plement somons, ordena & establit en meisme le plement les choses southescrites en la forme q̃ sensuit.

En primes q̃ la g'nte Chartre & la Chartre de la foreste soient tenuz en touz pointz.

Ensement p' ceo q̃ meffesours ont este esbauditz de ce q̃ chartres de pdoun ont este si leg?ment g'ntees avant ces heures, des homicides, robies, felonies & autres trespas countre la pees; acorde est & establi q̃ tiels chartres ne soient mes g'ntees fors qen cas ou le Roi le poet faire p son ?ment, cest assavoir en cas ou home tue autre soi defendant, ou p infortune: Et auxint ont este esbauditz de ceo q̃ Justiceries as deli?ances des gaoles, & a oier & ?miner, ont estez g'ntees as gentz pcurez countre forme de lestatut fait en temps le Roi Edward, ael

OUR Lord King Edward, the Third after the Conquest, at his Parliament holden at Northampton, at the three weeks of Easter, in the second year of his Reign, desiring that the Peace of his Land, and his Laws and Statutes, ordained and used before this Time, may be kept and maintained in all Points; to the Honour of God and of Holy Church, and to the common Profit of the People, by Assent of the Prelates, Earls, Barons, and other great Men, and all the Commonalty summoned to the same Parliament, hath ordained and established in the said Parliament these Things underwritten, in Form following.

FIRST, That the Great Charter, and the Charter of the Forest, be observed in all Points.

*I. The Charters.*

ITEM, Whereas Offenders have been greatly encouraged, because [the [1]] Charters of Pardon have been so easily granted in times past, of Manslaughters, Robberies, Felonies, and other Trespasses against the Peace; It is ordained and enacted, That such Charter shall not be granted, but only where the King may do it by his Oath, that is to say, where a Man slayeth another in his own defence, or by Misfortune: And also they have been encouraged, because that [[2] the Justices of Gaol-delivery, and of Oyer and Terminer, have been procured by great Men [2]] against the Form of the Statute made in the xxvij year of the reign of King Edward,

*II. Pardons for Felony.*

[1] that

[2] *Commissions of Gaol Delivery and of Oier and Terminer have been granted to Persons procured*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 18 of 177 PageID 670

*27 Ed. I. c. 3.*

Grandfather to our Lord the King that now is, wherein is contained, that Justices assigned to take Assises, if they be Laymen, shall make Deliverance; and if the one be a Clerk, and the other a Layman, that the Lay Judge, with another of the Country associate to him, shall deliver the Gaols: Wherefore it is enacted, That such [Justices [1]] shall not be made against the Form of the said Statute; and that the Assises, Attaints, and Certifications be taken before the Justices commonly assigned, which should be good Men and lawful, having Knowledge of the Law, and none other, after the Form of another Statute made in the Time of the said [King Edward the First; [2]] and that the Oyers and Terminers shall not be granted but before Justices of the one Bench or the other, or the Justices Errants, and that for great [hurt,] or horrible Trespasses, and of the King's special Grace, after the Form of the Statute thereof ordained in Time of the said Grandfather, and none otherwise.

Justices of Assise and Gaol-delivery.

Oyers and Terminers.

nre Seignr le Roi qore est, en quele est contenuz q̃ les Justices as assises ꝑndre assignez sils soient lais, facent les deliṽances; et si lun soit clerc, & lautre lais, q̃ le dit lais, associe a lui un autre du pais, facent la deliṽance des gaols; p qoi acorde est & establi, q̃ tiels Justiceries ne soient mes gⁿntees countre la forme du dit estatut, & q̃ les assises, atteintes, & c̃tifications soient p'ses devant les Justices cōmunement assignez, q̃ soient bones gentz & loialx & conissantz de la lei, & nemie autres; solonc la forme dun autre statut fait en temps meisme le ael; et q̃ les oiers & ṫminers ne soient grantees forsq, - - - - devant les Justices de lun Baunk & de lautre, ou les Justices errantz; & ce pr led & orrible trespas, & de lespeciale gⁿce le Roi, solonc forme de statut de ce ordene en temps meisme le ael; & nemie autrement.

III. Riding or going armed in Affray of the Peace.

ITEM, It is enacted, That no Man great nor small, of what Condition soever he be, except the King's Servants in his presence, and his Ministers in executing of the King's Precepts, or of their Office, and such as be in their Company assisting them, and also [upon a Cry made for Arms to keep the Peace, and the same in such places where such Acts happen, [3]] be so hardy to come before the King's Justices, or other of the King's Ministers doing their office, with force and arms, nor bring no force in affray of the peace, nor to go nor ride armed by night nor by day, in Fairs, Markets, nor in the presence of the Justices or other Ministers, nor in no part elsewhere, upon pain to forfeit their Armour to the King, and their Bodies to Prison at the King's pleasure. And that the King's Justices in their presence, Sheriffs, and other Ministers ([4]) in their Bailiwicks, Lords of Franchises, and their Bailiffs in the same, and Mayors and Bailiffs of Cities and Boroughs, within the same Cities and Boroughs, and Borough-Holders, Constables, and Wardens of the Peace within their Wards, shall have Power to execute this Act. And that the Justices assigned, at their coming down into the Country, shall have Power to enquire how such Officers and Lords have exercised their Offices in this Case, and to punish them whom they find that have not done that which pertained to their Office.

Ensement acorde est & establi, q̃ nul, gⁿnt ne petit de quele condicion qil soit, sauve les ṡjantz le Roi en la ꝑsence le Roi, & les Ministres le Roi, enfesantz execucion des mandementz le Roi, ou de lour office, & ceux qi sont en lour compaignies, eidantz as ditz ministres, & auxint au cri de fait darmes de pees, & ce en lieux ou tielx faitz se ferront, soit si hardi de venir devant les Justices le Roi, ou autres Ministres le Roi enfesant lour office, a force & armes; ne force mesner en affrai de la pees, ne de chivaucher ne daler arme, ne de nuit ne de jour, en faires, marchees, nen ꝑsence des Justices, ne dautres Ministres, ne nule part aillours, sur peine de ꝑdre lour armures au Roi & de lour corps a la prisone a la volunte le Roi. Et q̃ Justices le Roi en lour ꝑsences, viscountes & autres Ministres le Roi en lour baillies, seign's des fraunchises & lour baillifs en yceles, & Meire & Baillifs des Citees & Burghs deinz meismes les Citees & Burghs, Burghaldres, conestables, & gardeins de la pees deinz lour gardes, eient poair affaire execucion de cest acord. Et q̃ les Justices assignez, a lour venu en pais, eient poair denquere coment tielx Ministres & seign's ont use lour office en ce, & de punir ceux qils troṽont, qi nount mie fait ce q̃ a lour office appent.

IV. The Statute of Lincoln, 9 Edw. II. concerning Sheriffs, &c. confirmed.

ITEM, Because the Peace cannot be well kept without good Ministers, as Sheriffs, Bailiffs, and Hundreders, which ought to do Execution as well of the King's Privities as of other Things touching our Lord the King and his People; It is ordained and established, That the Statute made in the time of King Edward, Father to the King that now is, at Lincoln, containing that Sheriffs, Hundreders, and Bailiffs shall be of such People as have Lands in the same Shires or Bailiwicks, shall be observed in all Points after the Form thereof; and that Sheriffs and Bailiffs of Fee shall cause their Counties and Bailiwicks to be kept by such as have Lands therein.

Et p'ce q̃ la pees ne poet mie estre bien garde sauntz bons ministres, come Viscountes, Baillifs, & Hundreders qi deivent faire execucion, auxibien des p'vetez le Roi come dautres choses tochantes le Roi & son poeple, acorde est & establi q̃ lestatut fait en temps le Roi Edward, piere le Roi qore est, a Nicole, contenant q̃ Viscontes, Hundreders & Baillifs soient des gentz eantz ṫres en meismes les Countez, ou baillies, soit garde en touz pointz solonc la forme dycel, & auxint q̃ les Viscountes & Baillifs de fee, facent garder meismes lour Countez & Baillies p gentz eantz ṫres en yceles.

V. The Statute Westminster the Second, 13 Edw. I. chapter 39, concerning the Delivery of Writs to the Sheriff, confirmed.

ITEM, Where it was ordained by the Statute of Westminster the Second, that they which will deliver their Writs to the Sheriff, shall deliver them in the full County, or in the Rere County, and that the Sheriff or under Sheriff shall thereupon make a Bill; It is accorded and established, that at what Time or Place in the County a Man doth deliver any Writ to the Sheriff or to the Under-Sheriff, that they shall receive the same Writs, and make a Bill, after the form contained in the same Statute, without taking any Thing therefore; and if they refuse to make a Bill, others that be present shall set to their Seals; and if the Sheriff or Under-Sheriff do not return the said Writs, they shall be punished after the form contained in the same Statute; and also the Justices of Assises shall have power to enquire thereof at every Man's Complaint, and to award Damages, as having respect to the Delay, and to the loss and peril that might happen

Ensement la ou ordine est, p statut de Westmonsṫ le secund, q̃ ceux q̃ liṽer volent lour briefs as viscountes, les liṽent en plein Counte, ou en rerecounte, & q̃ visconte ou southvisconte facent sur ce bille; acorde est & establi q̃ a quele heure ou a queu lieu deinz le Counte home livre a viscountes, ou a southviscontes, briefs, qils les resceivent & facent bille en la forme contenue en le dit estatut, & ce sanz rien ꝑndre; et sils refusent de faire bille, mettent autres lour sealx qi ṡront ꝑsentz; et si le Viscounte ou le Southviscounte ne retorne mie les briefs, soient puniz solonc la forme contenue en le dit estatut; & jadumeins eient les Justices as assises ꝑndre assignez poair denquer de ce a chescuny pleinte & de agarder damages, eant regard au delai, & a les ptes & ꝑils qi p'ront avenir.

[1] *Commissions*

[2] *Grandfather*

[3] *upon a Proclamation of Deeds of Arms in time of Peace, and that in Places where such Deeds are to be done,*—See Lib. Rub. Scac. Westm̃. fo. 122 b. a Writ reciting a Grant of K. Richard I. "qd Torneam̃ta sint in Angl in v. placias: Inṫ Sarr̃ & Wiltoñ: Inṫ Warrewich & Kenelingworth: Inṫ Stanford & Warneford: Inṫ Brakele & Mixebr̃: Inṫ Blie & Tykehill. Ita qd pax ṫre nr̃e nō infringet', n' potestas Justiciaria minorabit' Nec de forestis nr̃is dāpnū inferet'."

[4] *of the King*

DEX3

ATF019



# COMMENTARIES

ON THE

# LAWS

OF

# ENGLAND.

BOOK THE FOURTH.

BY

SIR WILLIAM BLACKSTONE, KNT.

ONE OF THE JUSTICES OF HIS MAJESTY'S COURT OF COMMON PLEAS.

THE TENTH EDITION,
WITH THE LAST CORRECTIONS OF THE AUTHOR;
*ADDITIONS BY RICHARD BURN, LL.D.*
AND CONTINUED TO THE PRESENT TIME,
BY JOHN WILLIAMS, ESQ.

LONDON:
PRINTED FOR A. STRAHAN; T. CADELL, IN THE STRAND;
AND D. PRINCE, OXFORD.
MDCCLXXXVII.

Generated through HathiTrust on 2025-11-24 15:13 GMT
https://hdl.handle.net/2027/nyp.33433008577300 / Public Domain, Google-digitized

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

ATF020

be delivered by a company of more than ten perſons: on pain in either caſe of incurring a penalty not exceeding 100 *l*, and three months impriſonment.

8. AN eighth offence againſt the public peace is that of a *forcible entry* or *detainer*; which is committed by violently taking or keeping poſſeſſion of lands and tenements, with menaces, force, and arms, and without the authority of law. This was formerly allowable to every perſon diſſeiſed, or turned out of poſſeſſion, unleſs his entry was taken away or barred by his own neglect, or other circumſtances; which were explained more at large in a former volume[l]. But this being found very prejudicial to the public peace, it was thought neceſſary by ſeveral ſtatutes to reſtrain all perſons from the uſe of ſuch violent methods, even of doing themſelves juſtice; and much more if they have no juſtice in their claim[m]. So that the entry now allowed by law is a peaceable one; that forbidden is ſuch as is carried on and maintained with force, with violence, and unuſual weapons. By the ſtatute 5 Ric. II. ſt. 1. c. 8. all forcible entries are puniſhed with impriſonment and ranſom at the king's will. And by the ſeveral ſtatutes of 15 Ric. II. c. 2. 8 Hen. VI. c. 9. 31 Eliz. c. 11. and 21 Jac. I. c. 15. upon any forcible entry, or forcible detainer after peaceable entry, into any lands, or benefices of the church, one or more juſtices of the peace, taking ſufficient power of the county, may go to the place, and there record the force upon his own view, as in caſe of riots; and upon ſuch conviction may commit the offender to gaol, till he makes fine and ranſom to the king. And moreover the juſtice or juſtices have power to ſummon a jury, to try the forcible entry or detainer complained of: and, if the ſame be found by that jury, then, beſides the fine on the offender, the juſtices ſhall make reſtitution by the ſheriff of the poſſeſſion, without inquiring into the merits of the title; for the force is the only thing to be tried, puniſhed, and remedied by them: and the ſame may be done by indictment at the general ſeſſions. But this proviſion does not extend to ſuch as endeavour to maintain poſſeſſion by force, where they them-

[l] See Vol. III, pag. 174, &c.

[m] 1 Hawk. P. C. 141.

ſelves,

Generated through HathiTrust on 2025-11-28 20:54 GMT / https://hdl.handle.net/2027/nyp.33433008577300 / Public Domain, Google-digitized

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 22 674

ſelves, or their anceſtors, have been in the peaceable enjoyment of the lands and tenements, for three years immediately preceding [n].

9. THE offence of *riding* or *going armed*, with dangerous or unuſual weapons, is a crime againſt the public peace, by terrifying the good people of the land; and is particularly prohibited by the ſtatute of Northampton, 2 Edw. III. c. 3. upon pain of forfeiture of the arms, and impriſonment during the king's pleaſure: in like manner as, by the laws of Solon, every Athenian was finable who walked about the city in armour [o].

10. SPREADING *falſe news*, to make diſcord between the king and nobility, or concerning any great man of the realm, is puniſhable by common law [p] with fine and impriſonment; which is confirmed by ſtatutes Weſtm. 1. 3 Edw. I. c. 34. 2 Ric. II. ſt. 1. c. 5. and 12 Ric. II. c. 11.

11. FALSE and *pretended prophecies*, with intent to diſturb the peace, are equally unlawful, and more penal; as they raiſe enthuſiaſtic jealouſies in the people, and terrify them with imaginary fears. They are therefore puniſhed by our law, upon the ſame principle that ſpreading of public news of any kind, without communicating it firſt to the magiſtrate, was prohibited by the antient Gauls [q]. Such falſe and pretended prophecies were puniſhed capitally by ſtatute 1 Edw. VI. c. 12. which was repealed in the reign of queen Mary. And now by the ſtatute 5 Eliz. c. 15. the penalty for the firſt offence is a fine of ten pounds and one year's impriſonment; for the ſecond, forfeiture of all goods and chattels, and impriſonment during life.

n Holding over by force, where the tenant's title was under a leaſe, now expired, is ſaid to be a forcible detainer. (Cro. Jac. 199.)

o Pott. Antiq. b. 1. c. 26.

p 2 Inſt. 226. 3 Inſt. 198.

q "*Habent legibus ſanctum, ſi quis* "*quid de republica a finitimis rumore aut* "*fama acceperit, uti ad magiſtratum de-* "*ferat, neve cum alio communicet: quod* "*ſaepe homines temerarios atque imperitos* "*falſis rumoribus terreri, et ad facinus im-* "*pelli, et de ſummis rebus conſilium capere,* "*cognitum eſt.*" Caeſ. *de bell. Gall. lib.* 6. *cap* 19.

Generated through HathiTrust on 2025-11-28 20:55 GMT / https://hdl.handle.net/2027/nyp.33433008577300 / Public Domain, Google-digitized

Digitized by Google Original from NEW YORK PUBLIC LIBRARY

ATF022

# DEX4

ATF023

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 24 of 177 PageID 676

THE

# JUSTICE of the PEACE,

AND

# PARISH OFFICER.

By RICHARD BURN, CLERK;

One of His MAJESTY's Juftices of the Peace for the County of WESTMORLAND.

The Second Edition, with the STATUTES and adjudged CASES continued to the prefent Time.

In TWO VOLUMES.

VOL. I.

In the SAVOY:

Printed by HENRY LINTOT, Law-Printer to the King's Moft Excellent Majefty; for A. MILLAR, in the Strand.

MDCCLVI.

ATF024

TO

Sir JAMES LOWTHER,

OF

LOWTHER, Baronet,

THIS BOOK is humbly dedicated,

By the author,

RI. BURN.

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 26 of 177 PageID 678

town or hamlet, it is said to be safest to name him of the town or hamlet. 2 *Haw.* 189, 190.

*Of the which they were, or be*] The addition of the estate, degree, or mistery, ought to be as the defendant was of at the day of the indictment brought, and not *late* of such a degree or mistery; but it is a good addition to name the defendant *late* of such a town or place, because men do often remove their habitation. 2 *Inst.* 670.

*Shall be void*] This being a judgment in law, is interpreted to be made void by a writ of error, or by the plea of the party coming in upon a *capias utlagatum*; for tho' the statute saith they shall be void, yet they are but voidable by a writ of error or plea. 2 *Inst.* 670.

*By the exception of the party*] But if the defendant appeareth upon process, and plead, taking no advantage thereof by exception, he hath lost the benefit hereof: But it seemeth that the bare appearance of the party, without plea, doth not salve the want of a good addition. 2 *Haw.* 190.

## Advertisement. See Stamps.

---

# Affray.

*I. What is an affray.*

*II. How far it may be suppressed by a private person.*

*III. How far by a constable.*

*IV. How far by a justice of the peace.*

*V. Punishment of an affray.*

### *I. What is an affray.*

1. AN *affray is a publick offence to the terror of the king's subjects, and is an* English *word, and so called, because it affrighteth and maketh men afraid.* 3 Inst. 158.

2. From whence it seemeth clearly to follow, that there may be an *assault*, which will not amount to an *affray*; as where it happens in a private place, out of the hearing or seeing of any, except the parties concerned, in which case it cannot be said to be to the terror of the people. 1 *Haw.* 134.

3. Also it is said, that no quarrelsome or threatning words whatsoever, shall amount to an affray; and that no one can justify laying his hands on those who shall barely quarrel with angry words, without coming to blows; yet it seemeth, that the constable may, at the request of the party threatned, carry the person who threatens to beat him, before a justise in order to find sureties. 1 *Haw.* 135.

4. Also,

4. Alſo, it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the meſſenger of ſuch a challenge; or even barely to endeavour to provoke another to ſend a challenge, or to fight; as by diſperſing letters to that purpoſe, full of reflections, and inſinuating a deſire to fight. 1 *Haw.* 135.

5. But altho' no bare words, in the judgment of law, carry in them ſo much terror as to amount to an affray, yet it ſeems certain, that in ſome caſes there may be an affray, where there is no actual violence; as where a man arms himſelf with dangerous and unuſual weapons, in ſuch a manner as will naturally cauſe a terror to the people; which is ſaid to have been always an offence at the common law, and is ſtrictly prohibited by ſtatute: For by 2 *Ed.* 3. *c.* 3. it is enacted, that *no man of what condition ſoever, except the king's ſervants in his preſence, and his miniſters in executing their office, and ſuch as be in their company aſſiſting them, and alſo upon a cry made for arms to keep the peace, ſhall come before the king's juſtices, or other of the king's miniſters doing their office, with force and arms, nor bring any force in affray of peace, nor go nor ride armed, by night or day, in fairs or markets, or in the preſence of the king's juſtices, or other miniſters, or elſewhere; upon pain to forfeit their armour to the king, and their bodies to priſon at the king's pleaſure. And the king's juſtices in their preſence, ſheriffs and other miniſters in their bailiwicks, lords of franchiſes and their bailiffs in the ſame, and mayors and bailiffs of cities and boroughs within the ſame, and borough holders, conſtables, and wardens of the peace within their wards, ſhall have power to execute this act. And the judges of aſſize may puniſh ſuch officers as have not done their duty herein.*

*Upon a cry made for arms to keep the peace*] It is holden upon theſe words of exception, that no perſon is within the intention of this ſtatute, who arms himſelf to ſuppreſs dangerous rioters, rebels, or enemies, and endeavours to ſuppreſs or reſiſt ſuch diſturbers of the peace and quiet of the realm. 1 *Haw.* 136.

*In affray of peace*] *En effrayer de la pees*; Lord *Coke* has it *pais*, of the country, or the people; and ſo, he obſerves, that the writ grounded upon this ſtatute ſaith, In quorundam *de populo* terrorem; and therefore the printed book, *in affray of peace*, ought to be amended. 3 *Inſt.* 158.

And it is holden upon theſe words, that no wearing of arms is within the meaning of this ſtatute, unleſs it be accompanied with ſuch circumſtances as are apt to terrify the people; from whence it ſeems clearly to follow, that perſons of quality are in no danger of offending againſt this ſtatute, by wearing common weapons, or having their uſual number of attendants with them, for their ornament or defence, in ſuch places, and upon ſuch occaſions, in which it is the common faſhion to make uſe of them, without cauſing the leaſt ſuſpicion of an intention to commit any act of violence, or diſturbance of the peace. 1 *Haw.* 136.

*Nor to go nor ride armed*] It is holden, that a man cannot excuſe the wearing ſuch armour in publick, by alledging that ſuch a one threatned him, and that he wears it for the ſafety of his perſon from his aſſault; but it hath been reſolved, that no one ſhall incur the penalty of the ſaid ſtatute for aſſembling his neighbours and friends in his own houſe, againſt thoſe who threaten to do him any violence therein, becauſe a man's houſe is his caſtle. 1 *Haw.* 136.

*Their bodies to priſon*] The ſtatute of 20 *R.* 2. *c.* 1. adds a fine likewiſe.

*Wardens of the peace*] It is holden, that any juſtice of the peace, or other perſon who is impowered to execute this ſtatute, may proceed thereon *ex officio*; and if he find any perſon in arms, contrary to the form of the ſtatute, he may ſeize the arms, and commit the offender to priſon; and that he ought alſo to make a record of the whole proceeding, and certify the ſame into the exchequer. 1 *Haw.* 135.

## *II. How far it may be ſuppreſſed by a private perſon.*

1. It ſeems agreed, that any one who ſees others fighting, may lawfully part them, and alſo ſtay them till the heat be over, and then deliver them to the conſtable to be carried before a juſtice, to find ſureties for the peace. 1 *Haw.* 136.

2. And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he ſhall have his remedy by law againſt them; and if the affrayers receive hurt, by the endeavouring only to part them, the ſtanders-by may juſtify the ſame, and the affrayers have no remedy by law. 3 *Inſt.* 158.

3. But if either of the parties be ſlain, or wounded, or ſo ſtricken that he falleth down for dead; in that caſe the ſtanders-by ought to apprehend the party ſo ſlaying, wounding, or ſtriking, or to endeavour the ſame by hue and cry; or elſe for his eſcape they ſhall be fined and impriſoned. 3 *Inſt.* 158.

## *III. How far by a conſtable.*

1. It ſeems agreed, that a conſtable is not only impowered, as all private perſons are, to part an affray which happens in his preſence; but is alſo bound at his peril to uſe his beſt endeavours to this purpoſe; and not only to do his utmoſt himſelf, but alſo to demand the aſſiſtance of others, which if they refuſe to give him, they are puniſhable with fine and impriſonment. 1 *Haw.* 137.

2. And it is ſaid, that if a conſtable ſee perſons either actually engaged in an affray, as by ſtriking or offering to ſtrike, or drawing their weapons, or the like; or upon the very point of entering upon an affray, as where one ſhall threaten to kill, wound, or beat another, he may either carry the offender before a juſtice, to find ſureties for the peace, or he may impriſon him of his own authority for a reaſonable time, till the heat ſhall be over, and alſo afterwards detain him till he find ſuch ſurety by obligation: But

But it seems, that he has no power to imprison such an offender in any other manner, or for any other purpose; for he cannot justify the committing an affrayer to gaol, till he shall be punished for his offence: And it is said, that he ought not to lay hands on those, who barely contend with hot words, without any threats of personal hurt; and that all which he can do in such case, is to command them under pain of imprisonment to avoid fighting. 1 *Haw.* 137.

3. But he is so far intrusted with a power over all actual affrays, that tho' he himself is a sufferer by them, and therefore liable to be objected against, as likely to be partial in his own cause, yet he may suppress them; and therefore, if an assault be made upon him, he may not only defend himself, but also imprison the offender, in the same manner as if he were no way a party. 1 *Haw.* 137.

4. And if an affray be in an house, the constable may break open the doors to preserve the peace; and if affrayers fly to an house, and he follow with fresh suit, he may break open the doors to take them. 1 *Haw.* 137.

5. But it is said, that a constable hath no power to arrest a man for an affray done out of his own view, without a warrant from a justice, unless a felony were done, or likely to be done; for it is the proper business of a constable to preserve the peace, and not to punish the breach of it. 1 *Haw.* 137.

## *IV. How far by a justice of the peace.*

There is no doubt, but that he may and must do all such things to that purpose, which a private man or constable are either enabled or required by the law to do: But it is said, that he cannot without a warrant authorize the arrest of any person for an affray out of his own view; yet it seems clear, that in such case he may make his warrant to bring the offender before him, in order to compel him to find sureties for the peace. 1 *Haw.* 137.

## *V. Punishment of an affray.*

All affrays in general are punishable by fine and imprisonment. 1 *Haw.* 138.

And they are inquirable in the leet, as common nusances. 3 *Inst.* 158.

## Warrant to apprehend affrayers.

Westmorland. { To the constable of——

WHEREAS A. I. *of——yeoman, hath this day made oath before me* J. P. *esquire, one of his majesty's justices of the peace for the said county, that on the——day of——in the——year of the reign of——*A. O. *of——yeoman, and* B. O. *of——yeoman, at——in the said county, in a tumultuous manner*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 30 of 177 PageID 682

ner made an affray, wherein the person of the said A. I. was beaten and abused by them the said A. O. and B. O. without any lawful or sufficient provocation given to them, or to either of them, by him the said A. I. These are therefore to command you forthwith to apprehend the said A. O. and B. O. and bring them before me, or some other of his said majesty's justices of the peace for the said county, to answer the premisses, and to find sureties as well for their personal appearance at the next general quarter-sessions of the peace to be holden for the said county, then and there to answer to an indictment to be preferred against them by the said A. I. for the said offence, as also for their keeping the peace in the mean time, towards his said majesty and all his liege people, and especially towards him the said A. I. Hereof fail not, as you will answer the contrary at your peril. Given under my hand and seal at —— in the said county, the —— day of, &c.

## Indictment for an affray.

THE jurors for our lord the king, upon their oath present, that A. O. of —— in the county of —— taylor, and B. O. of —— in the said county, blacksmith, with force and arms, on the —— day of —— in the —— year of the reign of our sovereign lord George the second, by the grace of god, of Great Britain, France, and Ireland, king, defender of the faith, and so forth, at —— aforesaid in the county aforesaid, being arrayed and unlawfully assembled together in a warlike manner, did make an affray, to the terror and disturbance of divers of the subjects of our said sovereign lord the king then and there being, and to the evil example of all other the subjects of our said sovereign lord the king, and against the peace of our said lord the king, his crown and dignity.

Alamodes. See Silks.

Ale and Beer. See Excise.

ATF030

DEX5

ATF031


heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
William Hawkins. Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads (1716-1726).

**ALWD 7th ed.**
William Hawkins. Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads (1716).

**APA 7th ed.**
Hawkins, W. (1716). Treatise of the Pleas of the Crown: Or System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads. London, Printed by Eliz. Nutt for J. Walthoe.

**Chicago 17th ed.**
Hawkins William. Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads. London, Printed by Eliz. Nutt for J. Walthoe.

**McGill Guide 10th ed.**
William Hawkins, Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads, (London: Printed by Eliz. Nutt for J. Walthoe, 1716-1726)

**AGLC 4th ed.**
William Hawkins, Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads (Printed by Eliz. Nutt for J. Walthoe., 1716

**MLA 9th ed.**
Hawkins, William. Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads. London, Printed by Eliz. Nutt for J. Walthoe. HeinOnline.

**OSCOLA 4th ed.**
Hawkins, William. Treatise of the Pleas of the Crown: Or a System of the Principal Matters Relating to That Subject, Digested under Their Proper Heads. London, Printed by Eliz. Nutt for J. Walthoe.

**Date Downloaded:**    Mon Nov 24 10:31:58 2025

**Source:**    https://heinonline.org/HOL/Page?handle=hein.beal/tpleascrw0001&id=148

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

1 Keb. 921. 40 Ed. 3. 40. a. 42 Ed. 3. 7. a. 45 Ed 3. 24. b. 25. a. 22 Aff. 60. 2 R. A. 545. Pl. 1, 2, 3, 4, 5, 6, 7, 8. 22 Aff. Pl. 11. Pult. 3. Lamb. 126.

one's Fift at him, or by any other fuch like Act done in an angry threatening Manner; and from hence it clearly follows, That one charged with an Affault and Battery, may be found guilty of the former, and yet acquitted of the later. But notwithftanding the many ancient Opinions to the contrary, it feems agreed at this Day, that no Words whatfoever can amount to an Affault.

*Sect.* 2. As to the fecond Point, *viz.* What fhall be faid to be a Battery, It feems that any Injury whatfoever, be it never fo fmall, being actually done to the Perfon of a Man, in an angry, or revengeful, or rude, or infolent, Manner, as by Spitting in his Face, or any Way touching him in Anger, or violently juftling him out of the Way, are Batteries in the Eye of the Law: But it is faid to be no Battery to lay one's Hand gently on another whom an Officer has a Warrant to arreft, and to tell the Officer that this is the Man he wants.

6 Mod. 149, 172.

2 R. A. 546. Pl 1, 2.

*Sect.* 3. As to the third Point, *viz.* In what Cafes an Affault and Battery may be juftified, this is fo fully fet forth already in the Chapter of *Surety of the Peace*, that there feems to be no need of any farther Confideration thereof in this Place; and therefore I fhall only add, That where a Man in his own Defence beats another who firft affaults him, *&c.* he may take an Advantage thereof upon an Indictment, as well as upon an Action; but with this Difference, that in the firft Cafe he may give it in Evidence upon the Plea of Not guilty, and in the later he muft plead it fpecially.

6 Mod. 172.

*Sect.* 4. As to the fourth Point, *viz.* How unlawful Affaults and Batteries are punifhed, there is no doubt but that the Wrong doer is Subject, both to an Action at the Suit of the Party, wherein he fhall render Damages, *&c.* and alfo to an Indictment at the Suit of the King, wherein he fhall be fined according to the Heinoufnefs of the Offence.

---

# CHAP. LXIII.

## *Of Affrays.*

IN treating of Affrays, I fhall confider,

1. What fhall be faid to be an Affray.
2. How far it may be fuppreffed by a private Perfon.
3. How far by a Conftable.
4. How far by a Juftice of Peace.
5. In what Manner the feveral Kinds of Affrays may be punifhed.

3 Inft. 158. Dalt. ca. 8.

*Sect.* 1. As to the firft Point, it is faid, That the word Affray is derived from the *French* word *Effraier*, to terrify, and that in a legal Senfe it is taken for a publick Offence, to the Terror of the People, from whence it feems clearly to follow, That there may be an Affault which will not amount to an Affray; as where it happens in a private Place, out of the hearing or feeing of any, except the Parties concerned; in which Cafe it cannot be faid to be to the Terror of the People; and for this

Lamb. 125, 126.

this Caufe fuch a private Affault feems not to be inquirable in a Court-Leet, as all Affrays certainly are, as being common Nufances.

4 H. 6. 10. a. 8 Ed. 4. 5. b.

*Sect.* 2. Alfo it is faid, That no quarrelfome or threatening Words whatfoever fhall amount to an Affray; and that no one can juftify laying his Hands on thofe who fhall barely quarrel with angry Words, without coming to blows; yet it feemeth, That the Conftable may, at the Requeft of the Party threatened, carry the Perfon who threatens to beat him before a Juftice of Peace, in Order to find Sureties.

H. P. C. 135. 23 E. 4. 45. b. Dal. ch. 8. Lamb Conftable 14.

*Sect.* 3. Alfo it is certain, That it is a very high Offence to challenge another, either by Word or Letter, to fight a Duel, or to be the Meffenger of fuch a Challenge, or even barely to endeavour to provoke another to fend a Challenge, or to fight, as by difperfing Letters to that purpofe, full of Reflections, and infinuating a Defire to fight, *&c.*

Poph. 158. 3 Inft. 158. 1 Sid. 186. 1 Keb. 694. Hob. 120, 215. 2 Rol. Ab. 78.

*Sect.* 4. But granting that no bare Words, in the Judgment of Law, carry in them fo much Terror as to amount to an Affray; yet it feems certain, That in fome Cafes there may be an Affray where there is no actual Violence; as where a Man arms himfelf with dangerous and unufual Weapons, in fuch a Manner as will naturally caufe a Terror to the People, which is faid to have been always an Offence at Common Law, and is ftrictly prohibited by many Statutes: For by 2 *Ed.* 3. 3. it is enacted, *That no Man, great nor fmall, of what Condition foever he be, except the King's Servants, in his Prefence, and his Minifters in executing of the King's Precepts, or of their Office, and fuch as be in their Company affifting them, and alfo upon a Cry made for Arms to keep the Peace, and the fame in fuch Places where fuch Acts happen, be fo hardy to come before the King's Juftices, or other of the King's Minifters doing their Office, with Force and Arms, nor bring no Force in Affray of Peace, nor to go nor ride armed by Night nor by Day, in Fairs, Markets, nor in the Prefence of the Juftices or other Minifters, nor in no part elfewhere, upon pain to forfeit their Armour to the King, and their Bodies to prifon, at the King's Pleafure. And that the King's Juftices in their Prefence, Sheriffs, and other Minifters in their Bailiwicks, Lords of Franchifes, and their Bailiffs in the fame, and Mayors and Bailiffs of Cities and Boroughs, within the fame Cities and Boroughs, and Borough-holders, Conftables and Wardens of the Peace within their Wards, fhall have Power to execute this Act: And that the Juftices affigned, at their coming down into the Country, fhall have Power to enquire how fuch Officers and Lords have exercifed their Offices in this Cafe, and to punifh them whom they find, that have not done that which pertained to their Office*; and this Statute is farther enforced by 7 *Rich.* 2. 13. and 20 *Rich.* 2. 1.

Lamb. 126. 3 Inft. 160. 76 D. 2 Rol. Ab. 78. Pl 4. H. P. C. 137.

And in the Expofition of it, the following Points have been holden:

*Sect.* 5. I. That any Juftice of Peace, or other Perfon, who is impowered to execute this Statute, may proceed thereon, either *ex Officio*, or by Force of a Writ out of Chancery formed upon the Statute, and that if he find any Perfon in Arms contrary to the Form of the Statute, he may feize the Arms, and commit the Offender to Prifon; and that he ought alfo to make a Record of his whole Proceeding, and certify the fame into the Chancery, where he proceeds by Force of the faid Writ, or into the Exchequer, where he proceeds *ex Officio.*

F. N. B. 249. 3 Inft. 161. Dal. ch. 22. Lamb. 168, &c. Dalif. 23. 2 Bulf. 330.

*Sect.* 6. II. That where a Juftice of Peace, *&c.* proceeds upon the faid Writ, he may not only imprifon thofe whom he fhall find offending againft the Statute in his own View, but alfo thofe who fhall be found by an Inqueft taken before him, to have offended in fuch Manner in his Abfence; and I do not fee why he may not do the fame where he proceeds *ex Officio*; for feeing the faid Writ hath no other Foundation but the

Cro. El. 294. Con. Lamb. 170.

the said Statute, and is the most authentick Explication thereof, it seemeth that the Rules therein prescribed, should be the best Direction for all Proceedings upon that Statute.

Cro. El. 294.

*Sect.* 7. III. That the Under-Sheriff may execute the said Writ, being directed to the Sheriff, if it name him only by the Name of his Office, and not by his proper Name, and do not expresly command him to act in his proper Person.

24 Ed. 33. a. b. 21 H. 7. 39. a. 3 Inst. 161, 162. Con. 2. Rol. 78. d. 21 H. 7. 39. a. 3 Inst. 162.

*Sect.* 8. That a Man cannot excuse the wearing such Armour in Publick, by alledging that such a one threatened him, and that he wears it for the Safety of his Person from his Assault; but it hath been resolved, That no one shall incur the Penalty of the said Statute for assembling his Neighbours and Friends in his own House, against those who threaten to do him any Violence therein, because a Man's House is as his Castle.

3 Mod. 117, 118. 2 Bulst. 330.

*Sect.* 9. V. That no wearing of Arms is within the meaning of this Statute, unless it be accompanied with such Circumstances as are apt to terrify the People; from whence it seems clearly to follow, That Persons of Quality are in no Danger of Offending against this Statute by wearing common Weapons, or having their usual Number of Attendants with them, for their Ornament or Defence, in such Places, and upon such Occasions, in which it is the common Fashion to make use of them, without causing the least Suspicion of an Intention to commit any Act of Violence or Disturbance of the Peace. And from the same Ground it also follows, That Persons armed with privy Coats of Mail to the Intent to defend themselves against their Adversaries, are not within the Meaning of this Statute, because they do nothing *in terrorem Populi.*

Crom. 64. a.

*Sect.* 10. VI. That no Person is within the Intention of the said Statute, who arms himself to suppress Rioters, Rebels, or Enemies, and endeavours to suppress or resist such Disturbers of the Peace or Quiet of the Realm; for Persons who so arm themselves, seem to be exempted out of the general Words of the said Statute, by that Part of the Exception in the beginning thereof, which seems to allow all Persons to arm themselves upon a Cry made for Arms to keep the Peace, in such Places where such Acts happen.

Poph. 121, 122.

Lamb 131. 3 Inst. 158. H. P. C. 131. 2 Inst. 52. 22 E. 4 44. b. Dalt. cap. 8. Lamb 131.

*Sect.* 11. As to the second Point, *viz.* How far an Affray may be suppressed by a private Person, it seems agreed, That any one who sees others fighting, may lawfully part them, and also stay them till the Heat be over, and then deliver them to the Constable, who may imprison them till they find Surety for the Peace; also it is said, That any private Person may stop those whom he shall see coming to join either Party; and from hence it seems clearly to follow, That if a Man receive a Hurt from either Party in thus endeavouring to preserve the Peace, he shall have his Remedy by an Action against him; also upon the same Ground it seems equally reasonable, That if he unavoidably happen to hurt either Party, in thus doing what the Law both allows and commends, he may well justify it, inasmuch as he is no Way in Fault; and the Damage done to the other, was occasioned by a laudable Intention to do him a Kindness.

3 Inst. 138. Con. Lamb. 131. Dalt. cap. 8.

Lamb 131. Dalt. cap. 8. 3 Inst. 158. Bro. Faux Imprisonment 35, 44. H P. C. 135. 10 H. 7. 20. 2 Inst. 52.

*Sect.* 12. However it seems clear, That if either Party be dangerously wounded in such an Affray, and a Stander-by, endeavouring to arrest the other, be not able to take him without hurting, or even wounding him, yet he is no Way liable to be punished for the same, inasmuch as he is bound under Pain of Fine and Imprisonment, to arrest such an Offender, and either detain him till it appear whether the Party will live or die, or carry him before a Justice of Peace, by whom he either is to be bailed or committed, *&c.*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 36 of 177 PageID 688

*Sect.* 13. As to the third Point, *viz.* How far an Affray may be ſuppreſſed by a Conſtable; it ſeems agreed, That a Conſtable is not only impower'd, as all private Perſons are, to part an Affray which happens in his Preſence, but is alſo bound at his Peril to uſe his beſt Endeavours to this Purpoſe, and not only to do his utmoſt himſelf, but alſo to demand the Aſſiſtance of others, which if they refuſe to give him, they are puniſhable with Fine and Impriſonment.

3 Inſt. 158. H. P. C. 135. Lamb. 132, 133. Dalt. cap. 8. 3 H. 7. 10. b.

*Sect.* 14. And it is ſaid, That if a Conſtable ſee Perſons either actually engaged in an Affray, as by Striking, or offering to ſtrike, or drawing their Weapons, *&c.* or upon the very Point of entering upon an Affray, as where one ſhall threaten to kill, wound, or beat another, he may either carry the Offender before a Juſtice of Peace, to the End that ſuch Juſtice may compel him to find Sureties for the Peace, *&c.* or he may impriſon him of his own Authority for a reaſonable Time, till the Heat ſhall be over, and alſo afterwards detain him till he find ſuch Surety by Obligation: But it ſeems, That he has no Power to impriſon ſuch an Offender in any other manner, or for any other Purpoſe; for he cannot juſtify the committing an Affrayer to Gaol till he ſhall be puniſhed for his Offence: And it is ſaid, That he ought not to lay Hands on thoſe, who barely contend with hot Words, without any Threats of perſonal Hurt, and that all which he can do in ſuch a Caſe, is to command them under Pain of Impriſonment to avoid Fighting.

Lamb 132, 133. Dalt. ca. 1, 8. H. P. C. 136. Dalt. cap 1, 8. Bro. Surety, 23. 36. Moore 284. Pl. 436. 3 H. 4. 9. a. 22 Ed 4. 35. b. 10 Ed. 4 18. 5 H. 7. 6. a. Savil. 97, 98.

*Sect.* 15. But he is ſo far intruſted with a Power over all actual Affrays, that though he himſelf is a Sufferer by them, and therefore liable to be objected againſt, as likely to be partial in his own Cauſe, yet he may ſuppreſs them; and therefore, if an Aſſault be made upon him, he may not only defend himſelf, but alſo impriſon the Offender, in the ſame manner as if he were no way a Party.

5 H. 7. 6. a. H. P. C. 136. 1 Rol. Re. 238. 2 Bulſt. 329.

*Sect.* 16. And if an Affray be in a Houſe, the Conſtable may break open the Doors to preſerve the Peace; and if the Affrayers fly to a Houſe, and he follow with freſh Suit, he may break open the Doors to take them.

13 Ed. 4. 9. a. 7 Ed. 3. 12. b. Dalt. cap. 8, 67. Lamb 133, 134.

*Sect.* 17. But it is ſaid, That a Conſtable hath no Power to arreſt a Man for an Affray done out of his own View, without a Warrant from a Juſtice of Peace, unleſs a Felony were done or likely to be done; for it is the proper Buſineſs of a Conſtable to preſerve the Peace, not to puniſh the Breach of it; nor does it follow from his having Power to compel thoſe to find Sureties who break the Peace in his Preſence, that he has the ſame Power over thoſe who break it in his Abſence, inaſmuch as in ſuch Caſe it is moſt proper to be done by thoſe who may examine the whole Circumſtances of the Matter upon Oath, which a Conſtable cannot do; yet it is ſaid, That he may carry thoſe before a Juſtice of Peace, who were arreſted by ſuch as were preſent at an Affray, and delivered by them into his Hands.

H. P. C. 135. Cro. El. 375. Owen 105. H. P. C. 136. H. P. C. 92. Lamb, 131. Dalt. cap. 8.

*Sect.* 18. As to the fourth Point, *viz.* In what manner an Affray may be ſuppreſſed by a Juſtice of Peace; there is no doubt, but that he may and muſt do all ſuch Things to that Purpoſe, which a private Man or Conſtable, are either enabled, or required by the Law to do: But it is ſaid, That he cannot without a Warrant authorize the Arreſt of any Perſon for an Affray out of his View; yet it ſeems clear, that in ſuch Caſe he may make his Warrant to bring the Offender before him, in order to compel him to find Sureties for the Peace.

H. P. C. 136. Dalt. cap. 8. Bro. falſe Impriſonment 6. 12, 33. 14 H. 8. 7. Moore 468. Pl. 551.

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 37 of 177 PageID 689

*Sect.* 19. Alſo it ſeems, That a Juſtice of Peace has a greater Power over one who hath dangerouſly wounded another in an Affray, than either a private Perſon or a Conſtable; for there does not ſeem to be any good Authority, that theſe have any Power at all to take Sureties of ſuch an Offender: but it ſeems certain, That a Juſtice of Peace has a diſcretionary Power either to commit him or to bail him, till the Year and Day be paſt; but it is ſaid, that he ought to be very cautious how he takes Bail, if the Wound be dangerous; for that if the Party die, and the Offender appear not, he is in Danger of being ſeverely fined, if he ſhall appear upon the whole Circumſtances of the Caſe to have been too favourable.

*See* 38 Ed. 3. 6. b. 7. a. 22 Aſſ. 56. 5 Mod. 84. H. P. C. 36. Dalt. cap. 8. Poph. 153.

*Sect.* 20. As to the fifth Point, *viz.* In what manner the ſeveral kinds of Affrays are to be puniſhed, it ſufficiently appears from the foregoing Part of this Chapter, how ſuch Affrays as are accompanied with Force and Arms, are to be dealt with upon the Statute of *Northampton*; and therefore I ſhall only examine in this Place, what Penalties other Affrays are liable unto, as to which it is to be obſerved, That all Affrays in general are puniſhable by Fine and Impriſonment, the Meaſure of which is to be regulated by the Diſcretion of the Judges according to the Circumſtances of the Caſe, which very much vary the Nature of this Crime, and in ſome Caſes make it ſo inconſiderable as ſcarce to deſerve to be taken Notice of; and in others, make it an Offence of a very heinous Nature, as in the following Inſtances:

1. In Reſpect of the dangerous Tendency thereof.
2. In Reſpect of the Perſons againſt whom it is committed.
3. In Reſpect of the Place wherein it happens.

*Sect.* 21. And firſt, An Affray may receive an Aggravation from the dangerous Tendency thereof, as where Perſons cooly and deliberately engage in a Duel, which cannot but be attended with the apparent Danger of Murder, and is not only an open Defiance of the Law, but carries with it a direct Contempt of the Juſtice of the Nation, as putting Men under a Neceſſity of righting themſelves; upon which Conſiderations, Perſons convicted of barely ſending a Challenge, have been adjudged to pay a Fine of one hundred Pounds, and to be impriſoned for one Month without Bail, and alſo to make a publick Acknowledgment of their Offence, and to be bound to their good Behaviour.

Poph. 153. 3 Inſt. 158. 1 Sid. 186. 1 Keb. 694. Moore 563, Pl. 763.

*Sect.* 22. Secondly, An Affray may receive another Aggravation from the Perſons againſt whom it is committed; as where the Officers of Juſtice are violently diſturbed in the due Execution of their Office, as by the Reſcous of a Perſon legally arreſted, or the bare Attempt to make ſuch a Reſcous; for all the Miniſters of the Law are under its more immediate Protection.

*Sect.* 23. Thirdly, An Affray may receive a farther Aggravation from the Place wherein it is committed, and upon this Reſpect all Affrays in the King's Courts are ſo ſeverely puniſhed, as hath been ſhewn already in Chapter 21, and upon the ſame Account alſo, all Affrays in a Church or Church-yard, have been always eſteemed very heinous Offences, as being great Indignities to the Divine Majeſty, to whoſe Worſhip and Service ſuch Places are immediately dedicated. And upon this Conſideration, all irreverent Behaviour in theſe Places hath been eſteemed ſo criminal by the Makers of our Laws, that they have not only ſeverely puniſhed ſuch Diſturbances in them which are puniſhable where-ever they happen, as all actual Affrays, *&c.* but alſo ſuch, which if they happen elſewhere, are

12 Co. 101. 1 Keb. 290, 491. 1 Mod. 186.

ATF037

are not puniſhable at all; as bare quarrelſome Words, and even ſuch which would be commendable if done in another Place; as Arreſts by Vertue of legal Proceſs: But for the better Underſtanding hereof, I ſhall conſider the ſeveral Statutes made for this Purpoſe.

*Sect.* 24. And firſt, It is enacted by 5 and 6 *Ed.* 6. 4. *That if any Perſon whatſoever, ſhall by Words only quarrel, chide, or brawl, in any Church or Church-yard, that then it ſhall be lawful unto the Ordinary of the Place where the ſame Offence ſhall be done, and proved by two lawful Witneſſes, to ſuſpend every Perſon ſo offending; that is to ſay, if he be a Layman,* ab ingreſſu Eccleſiæ, *and if he be a Clerk, from the Miniſtration of his Office, for ſo long Time as the ſame Ordinary ſhall by his Diſcretion think meet and convenient, according to the Fault.*

*Sect.* 25. And it is farther enacted by the ſaid Statute, *That if any Perſon ſhall ſmite or lay any violent Hands upon any other, either in any Church or Church-yard; that then,* ipſo Facto, *every Perſon ſo offending ſhall be deemed excommunicate, and be excluded from the Fellowſhip and Company of Chriſt's Congregation.*

*Sect.* 26. And it is alſo farther enacted by the ſaid Statute, *That if any Perſon ſhall maliciouſly ſtrike any Perſon with any Weapon in any Church or Church-yard, or ſhall draw any Weapon in any Church or Church-yard, to the Intent to ſtrike another with the ſame Weapon; that then every Perſon ſo offending, and thereof being convicted by Verdict of twelve Men, or by his own Confeſſion, or by two lawful Witneſſes, before the Juſtices of Aſſize, Juſtices of Oyer and Terminer, or Juſtices of Peace in their Seſſions, by Force of this Act, ſhall be adjudged by the ſame Juſtices before whom ſuch Perſon ſhall be convicted, to have one of his Ears cut off,* &c. *and beſides that every ſuch Perſon to be, and ſtand* ipſo Facto *excommunicated, as aforeſaid.*

And in the Expoſition hereof it hath been holden:

*Sect.* 27. I. That notwithſtanding the Words of the Statute be expreſſed, That he who ſmites another in the Church, *&c.* ſhall, *ipſo Facto*, be deemed excommunicate; yet there ought either to be a precedent Conviction at Law, which muſt be tranſmitted to the Ordinary, or elſe the Excommunication muſt be declared in the Spiritual Court upon a proper Proof of the Offence there; for it is implied in every Penal Law, that no one ſhall incur the Penalty thereof, till he be found guilty upon a lawful Trial; alſo it muſt be intended in the Conſtruction of this Statute, That the Excommunication ought to appear judicially, for otherwiſe there could be no Abſolution.

Dyer 275. Pl. 48. Cro. Ja. 462. 1 Vent. 146. Lit. 149. Hett. 86. Cro. El. 919.

*Sect.* 27. II. That he who ſtrikes another in a Church, *&c.* can no way excuſe himſelf, by ſhewing that the other aſſaulted him.

Cro. Ja. 367.

*Sect.* 28. III. That Church-wardens, or perhaps private Perſons, who whip Boys for playing in the Church, or pull off the Hats of thoſe who obſtinately refuſe to take them off themſelves, or gently lay their Hands on thoſe who diſturb the Performance of any Part of divine Service, and turn them out of the Church, are not within the meaning of the Statute.

1 Saund. 13, 14. 1 Sid. 301. 3 Keb. 124. 1 Mod. 168.

*Sect.* 29. Alſo it is enacted by 1 *Ma.* Seſſ. 2. cap. 3. *That if any Perſon or Perſons, of their own Power and Authority, ſhall willingly and of Purpoſe by open and overt Word, Fact, Act, or Deed, maliciouſly or contemptuouſly moleſt, let, diſturb, vex or trouble, or by any other unlawful Ways and Means, diſquiet, or miſuſe, any Preacher who ſhall be licenced, allowed, or authorized to preach by the Queen's Highneſs, or by any Archbiſhop, or Biſhop of this Realm, or by any other lawful Ordinary, or by any of the Univerſities of* Oxford *and* Cambridge, *or otherwiſe lawfully authorized or charged, by Reaſon of his or their Cure, Benefice,*

*fice, or other Spiritual Promotion or Charge, in any of his, or their open Sermon,* &c. *or if any Person or Persons shall maliciously, willingly, or of purpose, molest, let, disturb, vex, disquiet, or otherwise trouble any Parson, Vicar, Parish-Priest, or Curate, or any lawful Priest, preparing, saying, doing, singing, ministring or celebrating the Mass, or other such divine Service, Sacraments, or Sacramentals, as was most commonly frequented and used in the last Year of the Reign of the late Sovereign Lord King* Henry *the eight, or that at any Time hereafter should be allowed, set forth, or authorized by the Queen's Majesty; or if any Person or Persons shall unlawfully, contemptuously, or maliciously, of their own Power or authority, pull down, deface, spoil, or otherwise break any Altar or Altars, or any Crucifix, or Cross, in any Church, Chapel, or Church-yard; every such Offender and Offenders, his or their Aiders, Procurers, or Abettors, may be apprehended by any Constable, or Church-warden of the Place where such Offence shall be committed, or by any other Officer or Person then being present at the Time of the said Offence; and being so apprehended, shall be brought before some Justice of Peace by whom they shall be committed forthwith, and within six Days the Matter shall be examined by the same, together with some other Justices; and on Proof by two Witnesses or Confession, the Offender shall be committed for three Months, and also till the next Quarter-Sessions, where if they repent, they shall be discharged upon giving Sureties for their good Behaviour for a Year, and if they do not repent they shall be committed till they do.*

2 Jon. 159. Con. Aleyn 50. 2 Bulst. 51.

*Sect.* 30. It hath been resolved, That the Disturbance of a Minister in saying the present Common Prayer is within this Statute; for the express mention of such Divine Service, as should afterwards be authorized by Queen *Mary*, doth implicitly include such also as should be authorized by her Successors; for since the King never dies, a Prerogative given generally to one, goes of Course to others.

*Sect.* 31. Also it is enacted by 1 *Will.* and *Mar.* 18. Par. 19. *That if any Person shall willingly and of Purpose, maliciously or contemptuously come into any Cathedral or Parish Church, Chapel, or other Congregation permitted by the said Act, and disquiet or disturb the same, or misuse any Preacher or Teacher, such Persons, upon Proof before any Justice of Peace, by two or more sufficient Witnesses, shall find two Sureties to be bound by Recognizance in the penal Sum of fifty Pounds, and on Default of such Sureties shall be committed to Prison, there to remain till the next General or Quarter-Sessions, and upon Conviction of the said Offence at the said General or Quarter-Sessions, shall suffer the Pain and Penalty of twenty Pounds.*

---

## CHAP. LXIV.

### *Of Forcible Entries and Detainers.*

Lamb. 135. Dalt. cap. 76. Crom. 70.a.b.

*Sect.* 1. IT seems that at the Common Law a Man disseised of any Lands, or Tenements, (if he could not prevail by fair Means,) might lawfully regain the Possession thereof by Force, unless he were put to a Necessity of bringing his Action, by having neglected to re-enter in due Time: And it seems certain, That even at this Day, he who is wrongfully dispossessed of his Goods, may justify the re-taking of them by Force from the Wrong-doer, if he refuse to re-deliver them; for the Violence which happens through the Resistance of the wrongful Possessor,

Kellw. 92. Yelv. 172.

# DEX6

ATF040

ny persons as they shall think fit, not exceeding seven, to make orders from time to time, such as may be suitable and beneficial for every town, village, hamlet, or neighbourhood, for preventing all harms by swine, in town, meadows, pastures and gardens, in any respect, and to impose penalties according to their best discretions.

Chap. VIII.

## An Act appointing some new Commissioners of the Highways.

WHEREAS there was an act made in the year 1682, for the county of Monmouth, to enable Col. Lewis Morris, John Bound, and Joseph Parker, to lay out highways, passages, ferry's, and making bridges and such like; there being three of those persons disenabled for the true performance of the said services, *be it therefore enacted* by the Governor, Council and Deputies now met and assembled, and by the authority of the same, that John Frogmerton, John Slocame, and Nicholas Brown, in the stead and room of Col. Lewis Morris, John Bound, and Joseph Parker, be made capable and hereby invested with the same power to all intents and purposes in the said premises, as the aforesaid Col. Lewis Morris, John Bound, and Joseph Parker, were by the said acts.

Chap. IX.

## An Act against wearing Swords, &c.

WHEREAS there hath been great complaint by the inhabitants of this Province, that several persons wearing swords, daggers, pistols, dirks, stilladoes, skeines, or any other unusual or unlawful weapons, by reason of which several persons in this Province, receive great abuses, and put in great fear and quarrels, and challenges made, to the great abuse of the inhabitants of this Province. *Be it therefore enacted* by the Governor, and Council, and Deputies now met in General Assembly, and by authority of the same, that no person or persons within this Province, presume to send any challenge in writing, by word of mouth,

or message, to any person to fight, upon pain of being imprisoned during the space of six months, without bail or mainprize, and forfeit ten pounds; and whosoever shall except of such challenge, and not discover the same to the Governor, or some publick officer of the peace, shall forfeit the sum of ten pounds ; the one moiety of the said forfeiture to be paid unto the Treasurer for the time being, for the public use of the Province, and the other moiety to such person or persons as shall discover the same, and make proof thereof in any court of record within this Province, to be recovered by the usual action of debt, in any of the said courts. *And be it further enacted* by the authority aforesaid, that no person or persons after publication hereof, shall presume privately to wear any pocket pistol, skeines, stilladers, daggers or dirks, or other unusual or unlawful weapons within this Province, upon penalty for the first offence five pounds, and to be committed by any justice of the peace, his warrant before whom proof thereof shall be made, who is hereby authorized to enquire of and proceed in the same, and keep in custody till he hath paid the said five pounds, one half to the public treasury for the use of this Province, and the other half to the informer: And if such person shall again offend against this law, he shall be in like manner committed (upon proof thereof before any justice of the peace) to the common gaol, there to remain till the next sessions, and upon conviction thereof by verdict of twelve men, shall receive judgment to be in prison six month, and pay ten pounds for the use aforesaid. *And be it further enacted* by the authority aforesaid, that no planter shall ride or go armed with sword, pistol, or dagger, upon the penalty of five pounds, to be levied as aforesaid, excepting all officers, civil and military, and soldiers while in actual service, as also all strangers, travelling upon their lawful occasions thro' this Province, behaving themselves peaceably.

DEX7



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
1763-1775 343 .

**ALWD 7th ed.**
, , 1763-1775 343 .

**Chicago 17th ed.**
"," New Jersey - 20th-22nd Assemblies : 343-347

**AGLC 4th ed.**
'' New Jersey - 20th-22nd Assemblies 343

**OSCOLA 4th ed.**
'' 1763-1775 343

**Date Downloaded:** Mon Nov 24 10:33:43 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.ssl/ssnj0357&id=98

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

# At a GENERAL ASSEMBLY held at Burlington from the Twentieth Day of November to the Twenty-first Day of December 1771, in the Twelfth Year of the Reign of King George the Third, the following Laws were passed.

## SESSION THE FOURTH.

### CHAP. DXXXIX.

*An* ACT *to continue and amend an Act, entitled, An* Act *for better settling and regulating the* Militia *of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions.**

Passed Dec. 21, 1771.

Preamble.

WHEREAS the Act passed in the Nineteenth Year of the Reign of our late Sovereign Lord King *George* the Second, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions,* will expire at the End of this Session of Assembly ;

Limitation.

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Assembly, and it is hereby Enacted by the Authority of the same,* That the said Act, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions,** shall be, and hereby is continued, and every Article and Clause therein contained shall be and remain in full Force, from the Publication hereof, to the first Day of *May* which will be in the Year of our Lord One Thousand Seven Hundred and Seventy-seven, and from thence to the End of the next Session of the General Assembly of this Colony, and no longer.

Commissioned Officers not to be chosen Constables.

2. AND WHEREAS it has been a Custom of late, in some of the Counties of this Colony, to choose the Militia Officers Constables ; for preventing the same for the Future, BE IT ENACTED *by the Authority aforesaid,* That, during the Continuance of this Act, it shall not be lawful for any Court of General Quarter-Sessions of the Peace, or for any of the Inhabitants of this Colony, at their annual Town-meetings, to appoint or choose any commissioned Officer, while in Commission, to be a Constable ; any Law, Usage or Custom to the contrary notwithstanding.

### CHAP. DXL.

*An* ACT *for the Preservation of* Deer *and other Game, and to prevent trespassing with Guns.*

Passed Dec. 21, 1771.

Preamble.

WHEREAS the Laws heretofore passed in this Colony for the Preservation of Deer and other Game, and to prevent trespass-ing

* Chap. CC.

ing with Guns, Traps and Dogs, have, by Experience, been found insufficient to anſwer the ſalutary Purpoſes thereby intended ; Therefore,

No Perſon to carry a Gun on Lands not his own, except, *&c.*

*Sect.* 1. BE IT ENACTED *by the Governor, Council and General Aſſembly of this Colony of* New-Jerſey, *and it is hereby Enacted by the Authority of the ſame*, That if any Perſon or Perſons ſhall preſume, at any Time after the Publication hereof, to carry any Gun on any Lands not his own, and for which the Owner pays Taxes, or is in his lawful Poſſeſſion, unleſs he hath Licenſe or Permiſſion in Writing from the Owner or Owners or legal Poſſeſſor, every ſuch Perſon ſo offending, and convicted thereof, either upon the View of any Juſtice of the Peace within this Colony, or by the Oath or Affirmation of one or more Witneſſes, before any Juſtice of the Peace of either of the Counties, Cities or Towns-corporate of this Colony, in which the Offender or Offenders may be taken or reſide, he, ſhe or they, ſhall, for every ſuch Offence, forfeit and pay to the Owner of the Soil, or his Tenant in Poſſeſſion, the Sum of *Forty Shillings*, with Coſts of Suit ; which Forfeiture ſhall and may be ſued for and recovered by the Owner of the Soil, or Tenant in Poſſeſſion, before any Juſtice of the Peace in this Colony, for the Uſe of ſuch Owner or Tenant in Poſſeſſion.

Penalty.

No Perſon to drive Deer or other Game, except, *&c.*

2. AND BE IT ENACTED *by the Authority aforeſaid*, That if any Perſon ſhall preſume, at any Time after the Publication of this Act, to hunt or watch for Deer with a Gun, or ſet in any Dog or Dogs to drive Deer, or any other Game, on any Lands not his own, and for which the Owner or Poſſeſſor pays Taxes, or is in his lawful Poſſeſſion, unleſs he hath Licenſe or Permiſſion in Writing from ſuch Owner or Owners or legal Poſſeſſor ; every ſuch Perſon ſo offending, and being convicted thereof in Manner aforeſaid, ſhall, for every ſuch Offence, forfeit and pay to the Owner of the Soil, or Tenant in Poſſeſſion, the Sum of *Forty Shillings*, with Coſts of Suit ; provided, that nothing herein contained ſhall be conſtrued to extend to prevent any Perſon carrying a Gun upon the King's Highway in this Colony.

Penalty.

Penalty on Non-Reſidents.

3. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That if the Perſon or Perſons offending againſt this Act be Non-Reſidents of this Colony, he or they ſhall forfeit and pay for every ſuch Offence *Five Pounds*, and ſhall forfeit his or their Gun or Guns to any Perſon or Perſons who ſhall inform and proſecute the ſame to Effect, before any Juſtice of the Peace in any County of this Colony, wherein the Offender or Offenders may be taken or apprehended.

Penalty for killing, *&c.* Deer out of Seaſon.

4. AND BE IT ENACTED *by the Authority aforeſaid*, That if any Perſon or Perſons ſhall kill, deſtroy, hunt or take any Doe, Buck, Fawn, or any Sort of Deer whatſoever, at any other Time or Seaſon, except only between the firſt Day of *September* and the firſt Day of *January* yearly and every Year, he, ſhe or they ſo offending, ſhall forfeit and pay the Sum of *Forty Shillings* for each and every Offence ; to be ſued for, recovered and applied as hereafter is directed.

What ſhall be Evidence of ſuch Killing, *&c.*

5. AND, for the better and more effectual convicting of Offenders againſt this Act, BE IT ENACTED *by the Authority aforeſaid*, That any and every Perſon or Perſons in whoſe Cuſtody ſhall be found, or who ſhall

Digitized from Best Copy Available

shall expose to Sale, any green Deerskins, or fresh Venison killed at any Time after the first Day of *January*, and before the first Day of *September* aforesaid, and shall be thereof convicted by the Oath or Affirmation of one or more credible Witnesses, shall be deemed guilty of offending against this Act, and be subjected to the Penalties of killing Deer out of Season.

6. AND WHEREAS great Numbers of idle and disorderly Persons make a Practice of hunting on the waste and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Loss of their Labour, BE IT THEREFORE ENACTED *by the Authority aforesaid*, That, from and after the first Day of *January* next, no Person or Persons whatsoever (except such Persons as are by the Laws of this Colony qualified to vote for Representatives in General Assembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) shall, on any Pretence whatever, hunt on the waste and unimproved Lands in this Colony; and if any Person or Persons, not qualified as aforesaid, shall presume to hunt as aforesaid, he or they so offending shall forfeit and pay, for every such Offence, the Sum of *Twenty Shillings*; to be recovered by Action of Debt, with Costs, by any Person who shall sue for the same; to be applied one Half to the Prosecutor, and the other Half to the Use of the Poor of the Township or Precinct where the Fact was committed.

Who may hunt on unimproved Lands.

Penalty on Offenders.

7. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons within this Colony shall set any Trap or other Device whatsoever, larger than what is usually and commonly set for Foxes and Muskrats, such Person, setting such Trap or other Device, shall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, shall suffer three Months Imprisonment, and shall also be liable to make good all Damages any Person shall sustain by setting such Trap or other Device, and the Owner of such Trap or other Device, or Person to whom it was lent, shall be esteemed the Setter thereof, unless it shall be proved, on Oath or Affirmation, what other Person set the same, or that such Trap or other Device was lost by said Owner or Person to whom it was lent, and absolutely out of his Power; and if the Setter of the Trap or other Device be a Slave, and it be his own voluntary Act, he shall (unless the Master or Mistress shall pay the Fine) in Lieu of such Fine, be publickly whipped with thirty Lashes, and committed till the Costs are paid; and that the said Trap or other Device shall be broken and destroyed in the View and Presence of the Justice of the Peace before whom they are brought: And if any Person or Persons shall have Possession of, or there shall be found in his or their House, any Trap or Traps, Device or Devices whatsoever, for taking of Deer, such Person or Persons shall be subjected to the same Penalty as if he or they were convicted of setting such Trap or Traps, or other Device.

Penalty on setting Traps, *&c.*

Penalty on a Slave setting such Trap, *&c.*

Penalty on keeping such Trap, *&c.*

8. AND, for encouraging the Destruction of such Traps and Devices, BE IT ENACTED *by the Authority aforesaid*, That if any Person shall seize any Trap or other Device for the taking Deer, and shall carry such Trap or other Device to any Magistrate of the County where such Trap or Device was seized, such Person shall be entitled to an

Reward for seizing a Trap, *&c.*

Digitized from Best Copy Available

an Order from the ſaid Magiſtrate to the Collector of ſuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raiſed for the Uſe of the County; which Sums ſhall be allowed to ſuch Collector on the Settlement of his Accounts.

Penalty on a Smith making or mending ſuch Trap, *&c.*

9. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That every Smith or other Artificer, who ſhall hereafter make or mend any ſuch Trap or other Device aforeſaid, he ſhall forfeit and pay the Sum of *Forty Shillings*; and the Perſon carrying ſuch Trap or other Device to the Artificer aforeſaid, ſhall forfeit and pay the Sum of *Twenty Shillings*. And every Perſon who ſhall bring into this Colony any ſuch Trap or Device as aforeſaid ſhall forfeit and pay the Sum of *Forty Shillings*. And if the Perſon who ſhall carry the ſame to the Smith or Artificer ſhall be ſo poor as that he ſhall not be able to pay the Forfeiture aforeſaid, he ſhall be committed to the common Gaol, until he ſhall prove who is Owner of ſuch Trap or Device, or who delivered the ſame to him; and in ſuch Caſe the Forfeiture aforeſaid ſhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of ſuch Trap or Device, or the Perſon who delivered the ſame to the Pauper, and the Trap or Device ſhall be forfeited and deſtroyed.

Penalty on bringing ſuch Trap, &c. into the Colony.

Penalty for ſetting loaded Guns.

10. AND WHEREAS a moſt dangerous Method of ſetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforeſaid*, That if any Perſon or Perſons within this Colony ſhall preſume to ſet any loaded Gun in ſuch Manner as that the ſame ſhall be intended to go off or diſcharge itſelf, or be diſcharged by any String, Rope, or other Contrivance, ſuch Perſon or Perſons ſhall forfeit and pay the Sum of *Six Pounds*; and on Non-payment thereof ſhall be committed to the common Gaol of the County for ſix Months.

Application of Penalties.

11. AND BE IT FURTHER ENACTED *by the Authority aforeſaid*, That the Fines and Forfeitures in this Act expreſſed, and not particularly appropriated, ſhall be paid, one Half to the Proſecutor, and the other Half to and for the Uſe of the Poor of the Town, Precinct or Diſtrict, where the Offence is committed; and that the Execution of this Act, and every Part thereof, ſhall be within the Cognizance and Juriſdiction of any one Magiſtrate or Juſtice of the Peace, without any Reference to the Act for Trial of ſmall Cauſes in this Colony.

Juriſdiction given to one Magiſtrate.

This Act not to affect Parks.

12. AND BE IT ENACTED, That nothing in this Law ſhall be conſtrued to extend to reſtrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

Penalty on Magiſtrate neglecting his Duty.

13. AND BE IT ALSO ENACTED *by the Authority aforeſaid*, That if any Juſtice of the Peace or other Magiſtrate, within this Province, ſhall have Information of any Perſons offending againſt this Act, in killing Deer out of Seaſon, ſetting and making Traps, Non-Reſidents killing Deer, and Perſons ſetting of Guns, and ſhall not proſecute the ſame to Effect within two Months after ſuch Information, he ſhall forfeit and pay the Sum or Sums to which the Offender againſt this Act would have been liable.

14. AND

Digitized from Best Copy Available

14. AND BE IT ENACTED *by the Authority aforesaid*, That the Justices at every Quarter-Sessions of the Peace shall cause this Act to be publickly read; and give in Charge to the Grand-Jury to particularly inquire and present all Persons for killing Deer out of Season, setting or making Traps, and all Non-Residents killing, destroying, hunting and taking any Sort of Deer, and all Persons setting of Guns; and, upon Conviction for either of the said Offences, the said Justices shall set and impose the Fines and Penalties herein before-mentioned, with Costs of Suit.

This Act to be published and executed.

15. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons whatsoever, whether the Accused or Accuser, Plaintiff or Defendant, shall think themselves aggrieved by any of the Judgments given by the said Justices or other Magistrates, for any Suit commenced by Virtue of this Act; then it shall and may be lawful for such Person or Persons to appeal, on giving sufficient Security for the Forfeitures and Costs, to the next Court of General Quarter-Sessions, held for such County where such Judgment shall be given; which Court is hereby empowered to hear and determine all and every such Appeal or Appeals.

Appeal given to next Sessions.

16. AND BE IT ENACTED *by the Authority aforesaid*, That if any Person or Persons, within this Colony, shall, after the Publication of this Act, watch with a Gun, on any uninclosed Land within two Hundred Yards of any Road or Path, in the Night Time, whether the said Road is laid out by Law or not, or shall stand or station him or themselves upon or within two Hundred Yards of any Road as aforesaid, for shooting at Deer driven by Dogs, he or they so offending, shall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every such Offence; to be recovered by Action of Debt, or Presentment of the Grand-Jury as aforesaid, and pay all Damages.

Penalty for watching in the Night near a Road.

17. PROVIDED ALWAYS, That the sixth Section of this Act shall not be construed to affect any Native *Indian*; and that nothing in this Act shall be construed to prevent the Inhabitants of *Essex*, *Bergen*, *Morris* and *Sussex*, from making, having in their Houses, or setting Traps of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beasts, Deer only excepted.

Not to affect *Indians*, nor *Essex*, *Bergen*, *Morris* or *Sussex*.

18. AND BE IT FURTHER ENACTED *by the Authority aforesaid*, That all former Laws made in this Colony for the Preservation of Deer and other Game, and to prevent trespassing with Guns, and regulating the Size of Traps, shall be, and they are hereby repealed.

Repeal of Former Laws.

## CHAP. DXLI.

### *An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the said River.*

Passed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great Importance to Trade and Commerce; AND WHEREAS the River *Delaware*

Preamble.

# DEX8

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 51 of 177 PageID 703

2. From whence it ſeemeth clearly to follow, that there may be an *aſſault*, which will not amount to an affray; as where it happens in a private place, out of the hearing or ſeeing of any, except the parties concerned, in which caſe it cannot be ſaid to be to the terror of the people. 1 Haw. 134.

3. Alſo it is ſaid, that no quarrelſome or threatning words whatſoever, ſhall amount to an affray; and that no one can juſtify laying his hands on thoſe who ſhall barely quarrel with angry words, without coming to blows; yet it ſeemeth, that the conſtable may, at the requeſt of the party threatned, carry the perſon who threatens to beat him, before a juſtice in order to find ſureties. 1 Haw. 135.

4. Alſo, it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the meſſenger of ſuch a challenge; or even barely to endeavour to provoke another to ſend a challenge, or to fight; as by diſperſing letters to that purpoſe, full of reflections, and inſinuating a deſire to fight. 1 Haw. 135.

5. But although no bare words, in the judgment of law, carry in them ſo much terror as to amount to an affray, yet it ſeems certain, that in ſome caſes there may be an affray, where there is no actual violence; as where a man arms himſelf with dangerous and unuſual weapons, in ſuch a manner as will naturally cauſe a terror to the people; which is ſaid to have been always an offence at the common law, and is ſtrictly prohibited by ſtatute: For by 2 *Ed.* 3. *c.* 3. it is enacted, that *no man of what condition ſoever, except the king's ſervants in his preſence, and his miniſters in executing their office, and ſuch as be in their company aſſiſting them, and alſo, upon a cry made for arms to keep the peace, ſhall come before the king's juſtices, or other of the king's miniſters during their office, with force and arms, nor bring any force in affray of peace, nor go nor ride armed, by night or day, in fairs or markets, or in the preſence of the king's juſtices, or other miniſters, or elſewhere; upon pain to forfeit their armour to the king, and their bodies to priſon at the king's pleaſure. And the king's juſtices in their preſence, ſheriffs and other miniſters in their bailiwicks, lords of franchiſes and their bailiffs in the ſame, and mayors and bailiffs of cities and boroughs within the ſame, and borough-holders, conſtables and wardens of the peace within their wards, ſhall have power to execute this act. And the judges of aſſize may puniſh ſuch officers as have not done their duty herein.*

*Upon a cry made for arms to keep the peace*] It is holden upon theſe words of exception, that no perſon is within the intention of this ſtatute, who arms himſelf to ſuppreſs dangerous rioters, rebels, or enemies, and endeavours to ſuppreſs or reſiſt ſuch diſturbers of the peace and quiet of the realm. 1 Haw. 136.

*In affray of peace*] *En effrayer de la pees*; Lord *Coke* has it *pais*, of the country, or the people; and ſo, he obſerves, that the writ grounded upon this ſtatute faith, In quorundam *de populo* terrorem; and therefore the printed book, in *affray of peace*, ought to be amended. 3 *Inſt.* 158.

And it is holden upon theſe words, that no wearing of arms is within the meaning of this ſtatute, unleſs it be accompanied with ſuch circumſtances as are apt to terrify the people; from whence it ſeems clearly to follow, that perſons of quality are in no danger of offending againſt this ſtatute, by wearing common weapons, or having their uſual number of attendants with them, for their ornament or defence, in ſuch places, and upon ſuch occaſions, in which it is the common faſhion to make uſe of them, without cauſing the leaſt ſuſpicion of an intention to commit any act of violence, or diſturbance of the peace. 1 Haw. 136.

*Nor to go nor to ride armed*] It is holden, that a man cannot excuſe the wearing ſuch armour in publick, by alledging that ſuch a one threatned him, and that he

he wears it for the ſafety of his perſon from his aſſault; but it hath been reſolved, that no one ſhall incur the penalty of the ſaid ſtatute for aſſembling his neighbours and friends in his own houſe againſt thoſe who threaten to do him any violence therein, becauſe a man's houſe is his caſtle. 1 Haw. 136.

*Their bodies to priſon*]. The ſtatute of 20 *R.* 2. *c.* 1. adds a fine likewiſe.

*Wardens of the peace*] It is holden that any juſtice of the peace, or other perſon who is impowered to execute this ſtatute, may proceed thereon *ex officio*; and if he find any perſon in arms, contrary to the form of the ſtatute, he may ſeize the arms and commit the offender to priſon; and that he ought alſo to make a record of the whole proceeding, and certify the ſame into the exchequer. 1 Haw. 135.

## II. *How far it may be ſuppreſſed by a private perſon.*

1. It ſeems agreed, that any one who ſees others fighting, may lawfully part them, and alſo ſtay them till the heat be over, and then deliver them to the conſtable to be carried before a juſtice, to find ſureties for the peace. 1 Haw. 16.

2. And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he ſhall have his remedy by law againſt them; and if affrayers receive any hurt, by the endeavouring only to part them, the ſtanders by may juſtify the ſame, and the affrayers have no remedy by law. 3 *Inſt.* 158.

3. But if either of the parties be ſlain, or wounded, or be ſo ſtricken that he falleth down for dead; in that caſe the ſtanders by ought to apprehend the party ſo ſlaying, wounding, or ſtriking, or to endeavour the ſame by hue and cry; or elſe by his eſcape, they ſhall be fined and impriſoned. 3 *Inſt.* 158.

## III. *How far by a conſtable.*

1. It ſeems agreed, that a conſtable is not only impowered, as all private perſons are, to part an affray which happens in his preſence; but is alſo bound at his peril to uſe his beſt endeavours to this purpoſe; and not only to do his utmoſt himſelf, but alſo to demand the aſſiſtance of others, which if they refuſe to give him, they are puniſhable with fine and impriſonment. 1 Haw. 137.

2. And it is ſaid, that if a conſtable ſee perſons either actually engaged in an affray, as by ſtriking or offering to ſtrike, or drawing their weapon or the like; or upon the very point of entering upon an affray, as where one ſhall threaten to kill, wound, or beat another, he may either carry the offender before a juſtice, to find ſureties for the peace, or he may impriſon him of his own authority for a reaſonable time, till the heat ſhall be over, and alſo afterwards detain him till he find ſuch ſurety by obligation. But it ſeems that he has no power to impriſon ſuch an offender in any other manner, or for any other purpoſe; for he cannot juſtify the committing an affrayer to gaol, till he ſhall be puniſhed for his offence: And it is ſaid, that he ought not to lay hands on thoſe who barely contend with hot words, without any threats of perſonal hurt; and that all which he can do in ſuch caſe, is to command them under pain of impriſonment to avoid fighting. 1 Haw. 137.

3. But he is ſo far intruſted with a power over all actual affrays, that though he himſelf is a ſufferer by them, and therefore liable to be objected againſt, as likely

DEX9

ATF053



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
William Waller Hening. New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia (1795).

**ALWD 7th ed.**
William Waller Hening. New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia (1795).

**APA 7th ed.**
Hening, W. (1795). New Virginia Justice, Comprising the Office and Authority of Justice of the Peace, in the Commonwealth of Virginia. Richmond, T. Nicolson.

**Chicago 17th ed.**
Hening William Waller. New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia. Richmond, T. Nicolson.

**McGill Guide 10th ed.**
William Waller Hening, New Virginia Justice, Comprising the Office & Authority of a Justice of the Peace, in the Commonwealth of Virginia, (Richmond: T. Nicolson, 1795)

**AGLC 4th ed.**
William Waller Hening, New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia (T. Nicolson., 1795

**MLA 9th ed.**
Hening, William Waller. New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia. Richmond, T. Nicolson. HeinOnline.

**OSCOLA 4th ed.**
Hening, William Waller. New Virginia Justice, Comprising the Office and Authority of a Justice of the Peace, in the Commonwealth of Virginia. Richmond, T. Nicolson.

**Date Downloaded:**    Mon Nov 24 10:43:46 2025

**Source:**    https://heinonline.org/HOL/Page?handle=hein.beal/nevajus0001&id=37

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

# THE NEW VIRGINIA JUSTICE,

## ACCESSORY.

I. *Of accessories in general.*
II. *Of accessories before the fact.*
III. *Of accessories after the fact.*
IV. *How they are to be proceeded against.*
V. *Precedents of indictments against accessories.*

### I. Of Accessories in general.

1 AN ACCESSORY *is he who is not the chief actor in the offence nor present at its performance, but is someway concerned therein either before or after the fact committed.* 4. Blacks. 35.

2 In high treason there are no accessories, but all are principals: the same acts that make a man accessory in felony, making him a principal in high treason, upon account of the heinousness of the crime. *Ibid.*

3 In petit treason, murder, and felonies with or without benefit of clergy, there may be accessories: except only in those offences, which by judgment of law are sudden and unpremeditated, as man-slaughter and the like; which therefore cannot have any accessories *before* the fact. 4 *Blacks.* 36.

4 In petit larceny, and in all crimes under the degree of felony, there are no accessories either *before* or *after* the fact; but all persons concerned therein, if guilty at all, are principals: the same rule holding with regard to the highest and lowest offences, though upon different reasons. In treason all are principals, *on account of the heinousness of the crime*; in trespass all are principals, because the law, *which doth not regard trifles*, does not descend to distinguish the different shades of guilt in petty misdemeanors. 4 *Blacks.* 36.

5 It is a maxim, *that an accessory follows the nature of his principal*: and therefore an accessory cannot be guilty of a higher crime than his principal; being only punished, as a partaker of his guilt. So that if a servant instigates a stranger to kill his master, this being murder in a stranger as principal, of course the servant is accessory only to the crime of murder; though, had

00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 56
708

*I. What is an affray.* 22—24.
*II. How far it may be suppressed by a private person.* 24.
*III. How far by a constable.* 24—26.
*IV. How far by a justice of the peace.* 26.
*V. Punishment of an affray.* 26.
*VI. Precedents of warrants, indictments &c. against affrayers.* 26—32.

## *I. What is an* AFFRAY.

1. AN affray is a public offence to the terror of the commonwealth's citizens; so called (according to lord Coke) because it affrighteth and maketh men afraid. 3 *Inst.* 158.

2. From whence it seemeth evidently to follow, that there may be an *assault*, which will not amount to an *affray*; as where it happens in a private place, out of the hearing or seeing of any, except the parties concerned; in which case it cannot be said to be to the terror of the people. 1. *Hawk.* 134.

3. Also it is said that no quarrelsome or threatening words whatsoever shall amount to an affray; and that no one can justify laying his hands on those who shall barely quarrel with angry words, without coming to blows; yet it seemeth, that the constable may, at the request of either party threatened, carry the person who threatens to beat him, before a justice in order to find sureties. 1. *Hawk* 135.

4. Also, it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the messenger of such a challenge; or even barely to endeavour to procure another to send a challenge, or to fight; as by dispersing letters to that purpose; full of reflections, and insinuating a desire to fight. 1. *Hawk.* 135.

5. But altho' no bare words, in the judgment of law, carry in them so much terror as to amount to an affray, yet it seems certain, that in some cases there may be an affray, where there is no actual violence; as where a man arms himself with dangerous and unusual weapons, in such a manner as will naturally cause a terror to the people; which is said always to have been an offence at the common law, and is strictly prohibited by statute: For by the act of Assembly (V. l. p. 33) it is enacted, 'That no man, great nor small, of what condition soever he be, 'except the ministers of justice, in executing the precepts of the 'courts of justice, or in executing of their office, and such as be

'in

ATF056

'in their company assisting them, be so hardy as, come before 'the justices of any court, or either of their ministers of justice, 'doing their office, with force and arms, on pain, to forfeit 'their armour to the commonwealth, and their bodies to prison, 'at the pleasure of a court; nor go nor ride armed by night 'nor by day, in fares or markets, or in other places, in ter-'ror of the country, upon pain of being arrested and com-'mitted to prison by any justice on his own view, or proof by 'others, there to abide for so long a time as a jury, to be sworn 'for that purpose by the said justice, shall direct, and in like 'manner to forfeit his armour to the commonwealth; but no 'person shall be imprisoned for such offence by a longer space 'of time than one month.'

It hath been holden upon the statute of 2. Edw. 3. c. 3. from which the above act is nearly copied, that no person is within the intention of the law who arms himself to suppress dangerous rioters, enemies &c. and disturbers of the peace of the common-wealth. 1. *Hawk.* 136.

Nor unless such wearing be accompanied with such circum-stances as are apt to terrify the people; from whence it seems clearly to follow, that the wearing of common weapons, or hav-ing the usual number of attendants, merely for ornament or de-fence, where it is customary to make use of them, will not sub-ject a person to the penalties of this act. 1 *Hawk* 136.

It is holden, that a man cannot excuse the wearing such ar-mour in public, by alledging that such a one threatened him, and that he wears it for the safety of his person from such assault; but it hath been resolved, that no one shall incur the penalty of the statute for assembling his neighbours and friends in his own house, against those who threaten to do him any violence there-in, because a man's house is his castle. 1 *Hawk.* 136.

It is holden that any justice of the peace, or other person em-powered to execute this act, may proceed thereon *ex officio*; and if he find any person in arms contrary to the form of the statute, he may seize the arms, and commit the offender to prison; and that he ought also to make a record of the whole proceeding, and certify the same to the next county court. 1 *Hawk.* 136.

But, in exercising this office, the act of Assembly of Virgi-nia materially differs from the act of Parliament of 2. Edw. 3. and is certainly a very great improvement on it; being more favourable to liberty. There, the duration of the imprisonment is unlimited, but here it cannot exist, by law, for a longer space of time than one month, nor even that length of time, unless sanctioned by the verdict of a jury. It appears then, that as soon as a Justice of the Peace has apprehended an offender against the

the latter part of this act, either from his own view, or proof by others; he should issue his warrant directing a jury to be summoned, to determine what length of time (less than one month) the party should be imprisoned. (See the warrant precedent VII.)

*II. How far it may be suppressed by a private person.*

It seems agreed, that any one who sees others fighting, may lawfully part them, and also stay them till the heat be over, and then deliver them to the constable to be carried before a Justice, to find sureties for the peace. 1 *Hawk.* 136.

And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he shall have his remedy by law against them; and if the affrayers receive hurt, by endeavouring only to part them, the standers by may justify the same, and the affrayers have no remedy by law. 3 *Inst.* 158

But if either of the parties be slain, or wounded, or so stricken that he falleth down for dead; in that case the standers by ought to apprehend the party so slaying, wounding, or stricking, or so endeavouring the same by hue and cry; or else for his escape they shall be fined and imprisoned 3. *Inst.* 158.

*III. How far by a* CONSTABLE.

The power of a constable, as a peace officer, is derived from the common law of England; and altho' as a part of the common law, the doctrine relating to that subject, is entitled to a place in this work, yet few instances, I believe, have occured, in this state, where the same latitude of power as exercised in England, has beeen attempted. *For more of the power and duty of constable see title* 'Constable.'

It seems agreed, that a constable is not only impowered, as all private persons are, to part an affray which happens in his presence, but is also bound at his peril to use his best endeavours to effect this purpose; and not only to do his best endeavours himself, but also to demand the assistance of others, which if they refuse to give him, they are punishable with fine and imprisonment. 1 *Hawk:* 137.

And it is said, that if a constable see persons either actually engaged in an affray, as by striking or offering to stike, or drawing their weapons, or the like; or upon the very point of entering upon an affray, as where one shall threaten to kill, wound, or beat another, he may either carry the offender before a justice, to find sureties for the peace, or he may imprison him of his own authority for a reasonable time, till the heat shall be over, and also afterwards detain him 'till he find such surety by obligation: But it seems, that he has no power to imprison such an offender

# DEX10

ATF059

5639.10

75986

Mr Geo. Quackenbush

Jany 1/66

PUBLIC LIBRARY
OF THE
CITY OF BOSTON

TO THE HONOURABLE,

THE JUSTICES OF THE PEACE,

*In the ſtate of* NEWHAMPSHIRE,

*In the Commonwealth of* MASSACHUSETTS,

AND

*In the ſtate of* VERMONT;

*The following work,*

*Containing the* DUTY, *and* PRACTICE,

*Of their very* EXTENSIVE OFFICE,

*Is humbly inſcribed,*

*By their obedient ſervant,*

ELIPHALET LADD.

* * * * * * *

* * * * *

* * *

*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 62 of 177 PageID 714

*Shall be void*] This being a judgment in law, is interpreted to be made void by a writ of error, or by the plea of the party coming in upon a *capias utlagatum*; for although the ſtatute ſaith they ſhall be void, yet they are but voidable by a writ of error or plea. 2 *Inſt.* 670.

*By the exception of the party*] But if the defendant appeareth upon proceſs, and plead, taking no advantage thereof by exception, he hath loſt the benifit hereof: But it ſeemeth that the bare appearance of the party, without plea, doth not ſalve the want of a good addition. 2 Haw. 190.

---

## AFFRAY.

*I. What is an affray.*
*II. How far it may be ſuppreſſed by a private perſon.*
*III. How far by a conſtable.*
*IV. How far by a juſtice of the peace.*
*V. Puniſhment of an affray.*

### *I. What is an affray.*

1 AN *affray is a publick offence to the terror of the king's ſubjects, and is an* Engliſh *word, and ſo called, becauſe it affrighteth and maketh men afraid.* 3 Inſt. 158.

2. From whence it ſeemeth clearly to follow, that there may be an *aſſault*, which will not amount to an affray; as where it happens in a private place, out of the hearing or ſeeing of any, except the parties concerned, in which caſe it cannot be ſaid to be to the terror of the people. 1 Haw. 134.

3. Alſo it is ſaid, that no quarrelſome or threatning words whatſoever, ſhall amount to an affray; and that no one can juſtify, laying his hands on thoſe who ſhall barely

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 63 of 177 PageID 715

barely quarrel with angry words, without coming to blows; yet it seemeth, that the constable may, at the request of the party threatned, carry the person who threatens to beat him, before a justice in order to find sureties. 1 Haw. 135.

4. Also it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the messenger of such a challenge; or even barely to endeavour to provoke another to send a challenge, or to fight; as by dispersing letters to that purpose full of reflections, and insinuating a desire to fight. 1 Haw. 135.

5. But although no bare words, in the judgment of law, carry in them so much terror as to amount to an affray, yet it seems certain, that in some cases there may be an affray, where there is no actual violence; as where a man arms himself with dangerous and unusual weapons, in such a manner as will naturally cause a terror to the people; which is said to have been always an offence at the common law, and is strictly prohibited by statute: For by 2 *Ed.* 3. *c.* 3. it is enacted, that *no man of what condition soever, except the king's servants in his presence, and his ministers in executing their office, and such as be in their company assisting them, and also upon a cry made for arms to keep the peace, shall come before the king's justices, or other of the king's ministers during their office, with force and arms, nor bring any force in affray of peace, nor go nor ride armed, by night or day, in fairs or markets, or in the presence of the king's justices, or other ministers, or elsewhere; upon pain to forfeit their armour to the king, and their bodies to prison at the king's pleasure. And the king's justices in their presence, sheriffs and other ministers in their bailiwicks, lords of franchises and their bailiffs in the same, and mayors and bailiffs of cities and boroughs within the*

*same*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 64 of 177 PageID 716

*ſame, and borough-holders, conſtables and wardens of the peace within their wards, ſhall have power to execute this act. And the judges of aſſize may puniſh ſuch officers as have not done their duty herein.*

*Upon a cry made for arms to keep the peace*] It is holden upon theſe words of exception, that no perſon is within the intention of this ſtatute, who arms himſelf to ſuppreſs dangerous rioters, rebels, or enemies, and endeavours to ſuppreſs or reſiſt ſuch diſturbers of the peace and quiet of the realm. 1 Haw. 136.

*In affray of peace*] *En effrayer de la pees*; Lord *Coke* has it *pais*, of the country, or the people; and ſo he obſerves, that the writ grounded upon this ſtatute ſaith, In quorundam *de populo* terrorem; and therefore the printed book, in *affray of peace*, ought to be amended. 3. *Inſt.* 158.

And it is holden upon theſe words, that no wearing of arms is within the meaning of this ſtatute, unleſs it be accompanied with ſuch circumſtances as are apt to terrify the people; from whence it ſeems clearly to follow, that perſons of quality are in no danger of offending againſt this ſtatute, by wearing common weapons, or having their uſual number of attendants with them, for their ornament or defence, in ſuch places, and upon ſuch occaſions, in which it is the common faſhion to make uſe of them, without cauſing the leaſt ſuſpicion of an intention to commit any act of violence, or diſturbance of the peace. 1 Haw. 136.

*Nor to go nor to ride armed*] It is holden, that a man cannot excuſe the wearing ſuch armour in publick, by alledging that ſuch a one threatned him, and that he wears it for the ſafety of his perſon from his aſſault; but it hath been reſolved, that no one ſhall incur the penalty of the ſaid ſtatute for aſſembling his neighbours and

friends

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 65 of 177 PageID 717

friends in his own houfe againft thofe who threaten to do him any violence therein, becaufe a man's houfe is his caftle. 1 Haw. 136.

*Their bodies to prifon*] The ftatute of 20 *R.* 2. *c.* 1. adds a fine likewife.

*Wardens of the peace*] It is holden, that any juftice of the peace, or other perfon who is impowered to execute this ftatute, may proceed thereon *ex officio*; and if he find any perfon in arms, contrary to the form of the ftatute, he may feize the arms and commit the offender to prifon; and that he ought alfo to make a record of the whole proceeding, and certify the fame into the exchequer. 1 Haw. 135.

*II. How far it may be fuppreffed by a private perfon.*

1. It feems agreed, that any one who fees others fighting, may lawfully part them, and alfo ftay them till the heat be over, and then deliver them to the conftable to be carried before a juftice, to find fureties for the peace. 1 Haw. 16.

2. And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he fhall have his remedy by law againft them; and if affrayers receive any hurt, by the endeavouring only to part them, the ftanders by may juftify the fame, and the affrayers have no remedy by law. 3 *Inft.* 158.

3. But if either of the parties be flain, or wounded, or be fo ftricken that he falleth down for dead; in that cafe the ftanders by ought to apprehend the party fo flaying, wounding, or ftriking or to endeavour the fame by hue and cry; or elfe by his efcape, they fhall be fined and imprifoned. 3 *Inft.* 158.

*III. How far by a conftable.*

1.

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 66 of 177 PageID 718

1. It ſeems agreed, that a conſtable is not only impowered, as all private perſons are to part an affray which happens in his preſence; but is alſo bound at his peril to uſe his beſt endeavours to this purpoſe; and not only to do his utmoſt himſelf, but alſo to demand the aſſiſtance of others, which if they refuſe to give him they are puniſhable with fine and impriſonment. 1 Haw. 137.

2. And it is ſaid, that if a conſtable ſee perſons either actually engaged in an affray, as by ſtriking or offering to ſtrike, or drawing their weapon or the like; or upon the very point of entering upon an affray. as where one ſhall threaten to kill, wound, or beat another, he may either carry the offender before a juſtice, to find ſureties for the peace, or he may impriſon him of his own authority for a reaſonable time, till the heat ſhall be over, and alſo afterwards detain him till he find ſuch ſurety by obligation. But it ſeems that he has no power to impriſon ſuch an offender in any other manner, or for any other purpoſe; for he cannot juſtify the committing an affrayer to gaol, till he ſhall be puniſhed for his offence: And it is ſaid, that he ought not to lay hands on thoſe who barely contend with hot words, without any threats of perſonal hurt; and that all which he can do in ſuch caſe, is to command them under pain of impriſonment to avoid fighting. 1 Haw. 137.

3. But he is ſo far intruſted with a power over all actual affrays, that though he himſelf is a ſufferer by them and therefore liable to be objected againſt, as likely to be partial in his own cauſe, yet he may ſuppreſs them; and therefore, if an aſſault be made upon him, he may not only defend himſelf, but alſo impriſon the offender, in the ſame manner as if he were no way a party. 1 Haw. 137.

4. And if an affray be in an houſe, the conſtable may

break

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 67 of 177 PageID 719

break open the doors to preserve the peace; and if affrayers fly to an house, and he follow with fresh suit, he may break open the doors to take them. 1. Haw. 137.

5. But it is said, that a constable hath no power to arrest a man for an affray done out of his own view, without a warrant from a justice, unless a felony were done, or likely to be done; for it is the proper business of a constable to preserve the peace, and not to punish the breach of it. 1 *Haw.* 137.

### IV. *How far by a justice of the peace.*

There is no doubt, but that a justice of the peace may and must do all such things to the aforesaid purpose, which a private man or constable are either enabled or required by the law to do; But it is said, that he cannot without a warrant authorize the arrest of any person for an affray out of his own view; yet it seems clear, that in such case he may make his warrant to bring the offender before him, in order to compel him to find sureties for the peace. 1 *Haw.* 137.

### V. *Punishment of an affray.*

All affrays in general are punishable by fine and imprisonment. 1 *Haw.* 138.

And they are inquirable in the leet, as common nuisances. 3 *Inst.* 158.

---

## INNS.

I. *Innkeepers obliged to receive guests.*
II. *Detaining goods for the reckning.*

III.

ATF067

# DEX11

ATF068



6975
698
Library of
Dei
Sub Numine
Viget
Princeton University.
PRINCETONIANA FUND.

Generated through HathiTrust on 2025-11-26 21:35 GMT
https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized

Original from
PRINCETON UNIVERSITY

# *Conductor Generalis:*

OR, THE

## OFFICE, DUTY AND AUTHORITY OF JUSTICES OF THE PEACE,

HIGH-SHERIFFS, UNDER-SHERIFFS, CORONERS, CONSTABLES, GAOLERS, JURY-MEN, AND OVERSEERS OF THE POOR.

AS ALSO

THE OFFICE OF CLERKS OF ASSIZE, AND OF THE PEACE, *&c.*

---

Compiled chiefly from BURN'S Justice, and the several other Books on those Subjects, as far as they extend and can be adapted to these *American* Colonies.

By JAMES PARKER, One of his Majesty's Justices of the Peace for *Middlesex* County, in NEW-JERSEY.

*The whole Alphabetically digested under the several Titles; with a* TABLE *directing to the ready finding out the proper Matter under those Titles.*

---

*To which is added,*

A Treatise on the Law of Descents in Fee-Simple: By WILLIAM BLACKSTONE, Esq; Barrister at Law, Vinerian Professor of the Laws of ENGLAND: With several choice Maxims in Law, *&c.*

---

WOODBRIDGE, *in* NEW-JERSEY:
Printed and Sold by *James Parker*: Sold also by *John Holt*, near the Exchange, in NEW-YORK.
M.DCC.LXIV.

BIBL. PRINCETON
Generated through HathiTrust on 2025-11-26 21:36 GMT
https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized
Digitized by Google
Original from PRINCETON UNIVERSITY

0223-MSS-NHA Document 69-2 Filed 11/28/25 Page 71
723

case to name the defendant generally of either such towns, without adding any thing to distinguish it from the other. 2 *Haw.* 189.

If the defendant live in a hamlet of a town, it is said to be in the election of the party to name him either of the hamlet or of the town. 2 *Haw.* 189.

But the addition of a parish, if there be two or more towns in it, is not good; but if there be but one town, the addition of parish is good. 2 *Inst.* 669.

The addition of the place of habitation of a wife, is sufficiently shewn, by shewing that of the husband; because it shall be intended that the wife lives where the husband does. 2 *Haw.* 190.

*Or places*] If the defendant lives in a place known by a special name, and lying out of any town or hamlet, he may be well named of such place; but if he live in any place known within a town or hamlet, it is said to be the safest to name him of the town or hamlet. 2 *Haw.* 189, 190.

*Of the which they were, or be*] The addition of the estate, degree, or mistery, ought to be as the defendant was of at the day of the indictment brought, and not *late* of such a degree or mistery; but it is a good addition to name the defendant *late* of such a town or place, because men do often remove their habitation. 2 *Inst.* 670.

*Shall be void*] This being a judgment in law, is interpreted to be made void by a writ of error, or by the plea of the party coming in upon a *capias utlagatum*; for tho' the statute saith they shall be void, yet they are but voidable by a writ of error or plea. 2 *Inst.* 670.

*By the exception of the party*] But if the defendant appeareth upon process, and plead, taking no advantage thereof by exception, he hath lost the benefit hereof: But it seemeth that the bare appearance of the party, without plea, doth not salve the want of a good addition. 2 *Haw.* 190.

---

# AFFRAY.

*I. What is an affray.*
*II. How far it may be suppressed by a private person.*
*III. How far by a constable.*
*IV. How far by a justice of the peace.*
*V. Punishment of an affray.*

## *I. What is an affray.*

AN *affray is a publick offence to the terror of the king's subjects, and is an* English *word, and so called, because it affrighteth and maketh men afraid.* 3 Inst. 158.

From

Generated through HathiTrust on 2025-11-26 21:36 GMT / https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized
Digitized by Google
Original from PRINCETON UNIVERSITY
ATF071

From whence it feemeth clearly to follow, that there may be an *affault*, which will not amount to an *affray*; as where it happens in a private place, out of the hearing or feeing of any, except the parties concerned, in which cafe it cannot be faid to be to the terror of the people. 1 *Haw.* 134.

Alfo it is faid, that no quarrelfome or threatning words whatfoever, fhall amount to an affray; and that no one can juftify laying his hands on thofe who fhall barely quarrel with angry words, without coming to blows; yet it feemeth, that the conftable may, at the requeft of the party threatned, carry the perfon who threatens to beat him, before a juftice in order to find fureties. 1 *Haw.* 135.

Alfo, it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the meffenger of fuch a challenge; or even barely to endeavour to provoke another to fend a challenge, or to fight; as by difperfing letters to that purpofe, full of reflections, and infinuating a defire to fight. 1 *Haw.* 135.

But altho' no bare words, in the judgment of law, carry in them fo much terror as to amount to an affray, yet it feems certain, that in fome cafes there may be an affray, where there is no actual violence; as where a man arms himfelf with dangerous and unufual weapons, in fuch a manner as will naturally caufe a terror to the people; which is faid to have been always an offence at the common law, and is ftrictly prohibited by ftatute: For by 2 *Ed.* 3. *c.* 3. it is enacted, that *no man of what condition foever, except the king's fervants in his prefence, and his minifters in executing their office, and fuch as be in their company affifting them, and alfo upon a cry made for arms to keep the peace, fhall come before the king's juftices, or other of the king's minifters doing their office, with force and arms, nor bring any force in affray of peace, nor go nor ride armed, by night or day, in fairs or markets, or in the prefence of the king's juftices, or other minifters, or elfewhere; upon pain to forfeit their armour to the king, and their bodies to prifon at the king's pleafure. And the king's juftices in their prefence, fheriffs and other minifters in their bailiwicks, lords of franchifes and their bailiffs in the fame, and mayors and bailiffs of cities and boroughs within the fame, and borough-holders, conftables and wardens of the peace within their wards, fhall have power to execute this act. And the judges of affize may punifh fuch officers as have not done their duty herein.*

*Upon a cry made for arms to keep the peace*] It is holden upon thefe words of exception, that no perfon is within the intention of this ftatute, who arms himfelf to fupprefs dangerous rioters, rebels, or enemies, and endeavours to fupprefs or refift fuch difturbers of the peace and quiet of the realm. 1 *Haw.* 136.

*In affray of peace*] *En effrayer de la pees*; Lord *Coke* has it *pais*, of the country, or the people; and fo, he obferves, that the writ grounded upon this ftatute faith, In quorundam *de populo* terrorem; and therefore the printed book, *in affray of peace*, ought to be amended. 3 *Inft.* 158.

And

Generated through HathiTrust on 2025-11-26 21:37 GMT / https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized

Digitized by Google

Original from PRINCETON UNIVERSITY

And it is holden upon thefe words, that no wearing of arms is within the meaning of this ftatute, unlefs it be accompanied with fuch circumftances as are apt to terrify the people; from whence it feems clearly to follow, that perfons of quality are in no danger of offending againft this ftatute, by wearing common weapons, or having their ufual number of attendants with them, for their ornament or defence, in fuch places, and upon fuch occafions, in which it is the common fafhion to make ufe of them, without caufing the leaft fufpicion of an intention to commit any act of violence, or difturbance of the peace. 1 *Haw.* 136.

*Nor to go nor ride armed*] It is holden, that a man cannot excufe the wearing fuch armour in publick, by alledging that fuch a one threatned him, and that he wears it for the fafety of his perfon from his affault; but it hath been refolved, that no one fhall incur the penalty of the faid ftatute for affembling his neighbours and friends in his own houfe, againft thofe who threaten to do him any violence therein, becaufe a man's houfe is his caftle. 1 *Haw.* 136.

*Their bodies to prifon*] The ftatue of 20 *R.* 2. *c.* 1. adds a fine likewife.

*Wardens of the peace*] It is holden that any juftice of the peace, or other perfon who is impowered to execute this ftatute, may proceed thereon *ex officio*; and if he find any perfon in arms, contrary to the form of the ftatute, he may feize the arms, and commit the offender to prifon; and that he ought alfo to make a record of the whole proceeding, and certify the fame into the exchequer. 1 *Haw.* 135.

## *II. How far it may be fuppreffed by a private perfon.*

It feems agreed, that any one who fees others fighting, may lawfully part them, and alfo ftay them till the heat be over, and then deliver them to the conftable to be carried before a juftice, to find fureties for the peace. 1 *Haw.* 136.

And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he fhall have his remedy by law againft them; and if the affrayers receive hurt, by the endeavouring only to part them, the ftanders by may juftify the fame, and the affrayers have no remedy by law. 3 *Inft.* 158.

But if either of the parties be flain, or wounded, or fo ftricken that he falleth down for dead; in that cafe the ftanders-by ought to apprehend the party fo flaying, wounding, or ftriking, or to endeavour the fame by hue and cry; or elfe for his efcape they fhall be fined and imprifoned. 3 *Inft.* 158.

## *III. How far by a conftable.*

It feems agreed, that a conftable is not only impowered, as all private perfons are, to part an affray which happens in his prefence; but

Generated through HathiTrust on 2025-11-26 21:37 GMT https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized
Digitized by Google
Original from PRINCETON UNIVERSITY

but is alſo bound at his peril to uſe his beſt endeavours to this purpoſe; and not only to do his utmoſt himſelf, but alſo to demand the aſſiſtance of others, which if they refuſe to give him, they are puniſhable with fine and impriſonment. 1 *Haw.* 137.

And it is ſaid, that if a conſtable ſee perſons either actually engaged in an affray, as by ſtriking or offering to ſtrike, or drawing their weapons, or the like; or upon the very point of entering upon an affray, as where one ſhall threaten to kill, wound, or beat another, he may either carry the offender before a juſtice, to find ſureties for the peace, or he may impriſon him of his own authority for a reaſonable time, till the heat ſhall be over, and alſo afterwards detain him till he find ſuch ſurety by obligation: But it ſeems, that he has no power to impriſon ſuch an offender in any other manner, or for any other purpoſe; for he cannot juſtify the committing an affrayer to gaol, till he ſhall be puniſhed for his offence: And it is ſaid, that he ought not to lay hands on thoſe, who barely contend with hot words, without any threats of perſonal hurt; and that all which he can do in ſuch caſe, is to command them under pain of impriſonment to avoid fighting. 1 *Haw.* 137.

But he is ſo far intruſted with a power over all actual affrays, that tho' he himſelf is a ſufferer by them, and therefore liable to be objected againſt, as likely to be partial in his own cauſe, yet he may ſuppreſs them; and therefore, if an aſſault be made upon him, he may not only defend himſelf, but alſo impriſon the offender, in the ſame manner as if he were no way a party. 1 *Haw.* 137.

And if an affray be in an houſe, the conſtable may break open the doors to preſerve the peace; and if affrayers fly to an houſe, and he follow with freſh ſuit, he may break open the doors to take them. 1 *Haw.* 137.

But it is ſaid, that a conſtable hath no power to arreſt a man for an affray done out of his own view, without a warrant from a juſtice, unleſs a felony were done, or likely to be done; for it is the proper buſineſs of a conſtable to preſerve the peace, and not to puniſh the breach of it. 1 *Haw.* 137.

### *IV. How far by a juſtice of the peace.*

There is no doubt, but that he may and muſt do all ſuch things to that purpoſe, which a private man or conſtable are either enabled or required by the law to do: But it is ſaid, that he cannot without a warrant authorize the arreſt of any perſon for an affray out of his own view; yet it ſeems clear, that in ſuch caſe he may make his warrant to bring the offender before him, in order to compel him to find ſureties for the peace. 1 *Haw.* 137.

### *V. Puniſhment of an affray.*

All affrayers in general are puniſhable by fine and impriſonment. 1 *Haw.* 138.

And

Generated through HathiTrust on 2025-11-26 21:37 GMT https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized

Digitized by Google Original from PRINCETON UNIVERSITY

And they are inquirable in the leet, as common nuſances. 3 *Inſt.* 158.

## Warrant to apprehend affrayers.

New-York, Ulſter County. } To any conſtable of the ſaid county.

WHEREAS A. I. *of---------yeoman, hath this day made oath before me* J. P. *eſquire, one of his majeſty's juſtices of the peace for the ſaid county, that on the---------day of---------in the-------year of the reign of-----------* A. O. *of---------yeoman, and* B. O. *of--------yeoman, at--------in the ſaid county, in a tumultuous manner made an affray, wherein the perſon of the ſaid* A. I. *was beaten and abuſed by them the ſaid* A. O. *and* B. O. *without any lawful or ſufficient provocation given to them, or either of them, by him the ſaid* A. I. *Theſe are therefore to command you forthwith to apprehend the ſaid* A. O. *and* B. O. *and bring them before me, or ſome other of his ſaid majeſty's juſtices of the peace for the ſaid county, to anſwer the premiſſes, and to find ſureties as well for their perſonal appearance at the next general quarter-ſeſſions of the peace to be holden for the ſaid county, then and there to anſwer to an indictment to be preferred againſt them by the ſaid* A. I. *for the ſaid offence, as alſo for their keeping the peace in the mean time, towards his ſaid majeſty and all his liege people, and eſpecially towards him the ſaid* A. I. *Hereof fail not, as you will anſwer the contrary at your peril. Given under my hand and ſeal at--------in the ſaid county, the--------day of* &c.

---

# ALE-HOUSES.

ALE-HOUSES and inns, were allowed for the benefit of travellers, who have certain privileges whilſt they are in their journies, and are in a more peculiar manner protected by law; 'tis for this reaſon that the inn-keeper ſhall anſwer for thoſe things which are ſtolen *infra hoſpitium,* though not delivered to him to keep, and though he was not acquainted that the gueſt brought the goods to the inn; for it ſhall be intended to be through his negligence, or occaſioned by the fault of him or his ſervants. So if he puts a horſe to paſture without the direction of his gueſt, and the horſe is ſtolen, he muſt make ſatisfaction.

But if a neighbour who is not a traveller, lodges in an inn, and loſeth his goods, or if the gueſt is robbed by his own ſervant in the inn, or by any one who came thither with him, or by leaving his goods in one room when the inn-keeper deſired to leave them in another, in ſuch caſes he ſhall not be anſwerable.

If one who keeps a common inn, refuſe either to receive a traveller as a gueſt into his houſe, or to find him victuals or lodging, upon

Generated through HathiTrust on 2025-11-26 21:38 GMT https://hdl.handle.net/2027/njp.32101037492392 / Public Domain, Google-digitized

Digitized by Google

Original from PRINCETON UNIVERSITY

# DEX12

ATF076



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
Richard Burn; James Parker. Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c. (1788).

**ALWD 7th ed.**
Richard Burn & James Parker. Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c. (1788).

**APA 7th ed.**
Burn, R. (1788). Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c.. New-York, Printed by John Patterson, for Robert Hodge.

**Chicago 17th ed.**
Burn Richard; Parker, James. Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c.. New-York, Printed by John Patterson, for Robert Hodge.

**McGill Guide 10th ed.**
Richard Burn & James Parker, Conductor Generalis: Or, the Office, Duty & Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, & Overseers of the Poor. As Also, the Office of Clerks of Assize, & of the Peace, &c., (New-York: Printed by John Patterson, for Robert Hodge, 1788)

**AGLC 4th ed.**
Richard Burn; James Parker, Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c. (Printed by John Patterson, for Robert Hodge., 1788

**MLA 9th ed.**
Burn, Richard, and James Parker. Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c.. New-York, Printed by John Patterson, for

**Date Downloaded:** Mon Nov 24 11:06:40 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.beal/condugena0001&id=28

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*



heinonline.org | holsupport@wshein.com

**CITATIONS:**

Robert Hodge. HeinOnline.

**OSCOLA 4th ed.**
Burn, Richard; Parker, James. Conductor Generalis: Or, the Office, Duty and Authority of Justices of the Peace, High-Sheriffs, Under-Sheriffs, Coroners, Constables, Gaolers, Jury-Men, and Overseers of the Poor. As Also, the Office of Clerks of Assize, and of the Peace, &c.. New-York, Printed by John Patterson, for Robert Hodge.

**Date Downloaded:** Mon Nov 24 11:06:40 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.beal/condugena0001&id=28

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

the wearing fuch armour in public, by alledging that fuch a one threatened him, and that he wears it for the fafety of his perfon from his affault; but it hath been refolved, that no one fhall incur the penalty of the faid ftatue for affembling his neighbours and friends in his own houfe, againft thofe who threaten to do him any violence therein, becaufe a man's houfe is his caftle. 1 *Haw.* 136.

*Their bodies to prifon*] The ftatute of 20 *R.* 2. *c.* 1. adds a fine likewife.

*Wardens of the peace*] It is holden that any juftice of the peace, or other perfon who is impowered to execute this ftatute, may proceed thereon *ex officio*; and if he find any perfon in arms, contrary to the form of the ftatute, he may feize the arms, and commit the offender to prifon; and that he ought alfo to make a record of the whole proceeding, and certify the fame into the exchequer. 1 *Haw.* 135.

## II. *How far it may be fuppreffed by a private perfon.*

It feems agreed, that any one who fees others fighting, may lawfully part them, and alfo ftay them till the heat be over, and then deliver them to the conftable to be carried before a juftice, to find fureties for the peace. 1 *Haw.* 136.

And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he fhall have his remedy by law againft them; and if the affrayers receive hurt, by the endeavouring only to part them, the ftanders by may juftify the fame, and the affrayers have no remedy by law. 3 *Inft.* 158.

But if either of the parties be flain, or wounded, or fo ftricken that he falleth down for dead; in that cafe the ftanders-by ought to apprehend the party fo flaying, wounding, or ftriking, or to endeavour the fame by hue and cry; or elfe for his efcape they fhall be fined and imprifoned. 3 *Inft.* 158.

## III. *How far by a conftable.*

It feems agreed, that a conftable is not only impowered, as all private perfons are, to part an affray which happens in his prefence, but is alfo bound at his peril to ufe his beft endeavours to this purpofe; and not only to do his utmoft himfelf, but alfo to demand the affiftance of others, which if they refufe to give him, they are punifhable with fine and imprifonment. 1 *Haw.* 137.

And it is faid, that if a conftable fee perfons either actually engaged in an affray, as by ftriking or offering to ftrike, or drawing their weapons, or the like; or upon the very point of entering upon an affray, as where one fhall threaten to kill, wound, or beat another, he may either carry the offender before a juftice, to find fureties for the peace, or he may imprifon him of his own authority for a reafonable time, till the heat fhall be over, and alfo afterwards detain him till he find fuch furety by obligation: But it feems, that he has no power to imprifon fuch an offender in any other manner, or for any

# DEX13

ATF080

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 81 of 177 PageID 733

# THE CONDUCTOR GENERALIS:

OR, THE

## OFFICE, DUTY AND AUTHORITY

OF

## JUSTICES OF THE PEACE,

HIGH-SHERIFFS, UNDER-SHERIFFS, CORONERS, CONSTABLES, GAOLERS, JURY-MEN, AND OVERSEERS OF THE POOR.

AS ALSO, Charles Marsh 1798

## THE OFFICE OF CLERKS OF ASSIZE, AND OF THE PEACE, &c.

---

Compiled chiefly from BURN's Juſtice, and the ſeveral other Books, on thoſe Subjects, by JAMES PARKER, late one of the Juſtices of the Peace for *Middleſex* County, in NEW-JERSEY; and now reviſed and adapted to the UNITED STATES of AMERICA.

BY A GENTLEMAN OF THE LAW.

The whole Alphabetically digeſted under the ſeveral Titles; with a TABLE directing to the ready finding out the proper Matter under thoſe Titles.

---

TO WHICH ARE ADDED,

The EXCISE and MILITIA LAWS of the UNITED STATES; and the ACTS called the TEN POUND ACT of the STATES of PENNSYLVANIA and NEW-YORK.

---

PHILADELPHIA:

PRINTED FOR ROBERT CAMPBELL.

1792.

ATF081

Law
Office 7a
americana
"Conductor"

3744 95
28
L.L.

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 83 of 177 PageID 735

# AFFRAY.

I. *What is an affray.*
II. *How far it may be ſuppreſſed by a private perſon.*
III. *How far by a conſtable.*
IV. *How far by a juſtice of the peace.*
V. *Puniſhment of an affray.*

## I. *What is an affray.*

AN *affray is a public offence to the terror of the king's ſubjects, and is an* Engliſh *word, and ſo called, becauſe it affrighteth and maketh men afraid.* 3 Inſt. 158.

From whence it ſeemeth clearly to follow, that there may be an *aſſault*, which will not amount to an *affray*; as where it happens in a private place, out of the hearing or ſeeing of any, except the parties concerned, in which caſe it cannot be ſaid to be to the terror of the people. 1 *Haw.* 134.

Alſo it is ſaid, that no quarrelſome or threatning words whatſoever, ſhall amount to an affray; and that no one can juſtify laying his hands on thoſe who ſhall barely quarrel with angry words, without coming to blows; yet it ſeemeth, that the conſtable may, at the requeſt of the party threatened, carry the perſon who threatens to beat him, before a juſtice, in order to find ſureties. 1 *Haw.* 135.

Alſo it is certain, that it is a very high offence to challenge another, either by word or letter, to fight a duel, or to be the meſſenger of ſuch a challenge; or even barely to endeavour to provoke another to ſend a challenge, or to fight; as by diſperſing letters to that purpoſe, full of reflections, and inſinuating a deſire to fight. 1 *Haw.* 235.

But altho' no bare words, in the judgment of law, carry in them ſo much terror as to amount to an affray, yet it ſeems certain, that in ſome caſes there may be an affray, where there is no actual violence; as where a man arms himſelf with dangerous and unuſual weapons, in ſuch a manner as will naturally cauſe a terror to the people; which is ſaid to have been always an offence to the common law, and is ſtrictly prohibited by ſtatute: For by 2 *Ed.* 3. *c.* 3. it is enacted, that *no man of what condition ſoever, except the king's ſervants in his preſence, and his miniſters in executing their office, and ſuch as be in their company aſſiſting them, and alſo upon a cry made for arms to keep the peace, ſhall come before the king's juſtices, or other of the king's miniſters doing their office, with force and arms, nor bring any force in affray of peace, nor go, nor ride armed, by night or day, in fairs or markets, or in the preſence of the king's juſtices, or other miniſters, or elſewhere; upon pain to forfeit their armour to the king, and their bodies to priſon at the king's pleaſure. And the king's juſtices in their preſence, ſheriffs, and other miniſters in their bailiwicks, lords of franchiſes and their bailiffs in the ſame, and mayors and bailiffs of cities and boroughs within*

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 84 of 177 PageID 736

*the ſame, and borough-holders, conſtables and wardens of the peace within their wards, ſhall have power to execute this act. And the judges of aſſize may puniſh ſuch officers as have not done their duty herein.*

*Upon a cry made for arms to keep the peace.*] It is holden upon theſe words of exception, that no perſon is within the intention of this ſtatute, who arms himſelf to ſuppreſs dangerous rioters, rebels, or enemies, and endeavours to ſuppreſs or reſiſt ſuch diſturbers of the peace and quiet of the realm. 1 *Haw.* 136.

*In affray of peace.*] *En effrayer de la pees;* Lord *Coke* has it *pais*, of the county, or the people; and ſo, he obſerves, that the writ grounded upon this ſtatute ſaith, In quorundam *de populo* terrorem; and therefore the printed book, *in affray of peace*, ought to be amended. 3 *Inſt.* 158.

And it is holden upon theſe words, that no wearing of arms is within the meaning of this ſtatute, unleſs it be accompanied with ſuch circumſtances as are apt to terrify the people; from whence it ſeems clearly to follow, that perſons of quality are in no danger of offending againſt this ſtatute, by wearing common weapons, or having their uſual number of attendants with them, for their ornament or defence, in ſuch places, and upon ſuch occaſions, in which it is the common faſhion to make uſe of them, without cauſing the leaſt ſuſpicion of an intention to commit any act of violence, or diſturbance of the peace. 1 *Haw.* 136.

*Nor to go nor ride armed.*] It is holden, that a man cannot excuſe the wearing ſuch armour in public, by alledging that ſuch a one threatned him, and that he wears it for the ſafety of his perſon from his aſſault; but it hath been reſolved, that no one ſhall incur the penalty of the ſaid ſtatute for aſſembling his neighbours and friends in his own houſe, againſt thoſe who threaten to do him any violence therein, becauſe a man's houſe is his caſtle. 1 *Haw.* 136.

*Their bodies to priſon.*] The ſtatute of 20 *R.* 2. *c.* 1. adds a fine likewiſe.

*Wardens of the peace.*] It is holden that any juſtice of the peace, or other perſon who is impowered to execute this ſtatute, may proceed thereon *ex officio;* and if he find any perſon in arms, contrary to the form of the ſtatute, he may ſeize the arms, and commit the offender to priſon; and that he ought alſo to make a record of the whole proceeding, and certify the ſame into the exchequer. 1 *Haw.* 135.

## II. *How far it may be ſuppreſſed by a private perſon.*

It ſeems agreed, that any one who ſees others fighting, may lawfully part them, and alſo ſtay them till the heat be over, and then deliver them to the conſtable to be carried before a juſtice, to find ſureties for the peace. 1 *Haw.* 136.

And the law doth encourage him hereunto; for if he receives any harm by the affrayers, he ſhall have his remedy by law againſt them; and if the affrayers receive hurt, by the endeavouring only to part them, the ſtanders-by may juſtify the ſame, and the affrayers have no remedy by law. 3 *Inſt.* 158.

ATF084

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 85 of 177 PageID 737

But if either of the parties be ſlain, or wounded, or ſo ſtricken that he falleth down for dead; in that caſe the ſtanders-by ought to apprehend the party ſo ſlaying, wounding, or ſtriking, or to endeavour the ſame by hue and cry; or elſe for his eſcape they ſhall be fined and impriſoned. 3 *Inſt.* 158.

## III. *How far by a conſtable.*

It ſeems agreed, that a conſtable is not only impowered, as all private perſons are, to part an affray which happens in his preſence; but is alſo bound at his peril to uſe his beſt endeavours to this purpoſe; and not only to do his utmoſt himſelf, but alſo to demand the aſſiſtance of others, which if they refuſe to give him, they are puniſhable with fine and impriſonment. 1 *Haw.* 137.

And it is ſaid, that if a conſtable ſee perſons either actually engaged in an affray, as by ſtriking or offering to ſtrike, or drawing their weapons, or the like; or upon the very point of entering upon an affray, as where one ſhall threaten to kill, wound, or beat another, he may either carry the offender before a juſtice, to find ſureties for the peace, or he may impriſon him of his own authority for a reaſonable time, till the heat ſhall be over, and alſo afterwards detain him till he find ſuch ſurety by obligation: But it ſeems, that he has no power to impriſon ſuch an offender in any other manner, or for any other purpoſe; for he cannot juſtify the committing an affrayer to gaol, till he ſhall be puniſhed for his offence: And it is ſaid, that he ought not to lay hands on thoſe, who barely contend with hot words, without any threats of perſonal hurt; and that all which he can do in ſuch caſe, is to command them under pain of impriſonment to avoid fighting. 1 *Haw.* 137.

But he is ſo far intruſted with a power over all actual affrays, that tho' he himſelf is a ſufferer by them, and therefore liable to be objected againſt, as likely to be partial in his own cauſe, yet he may ſuppreſs them; and therefore, if an aſſault be made upon him, he may not only defend himſelf, but alſo impriſon the offender, in the ſame manner as if he were no way a party. 1 *Haw.* 137.

And if an affray be in an houſe, the conſtable may break open the doors to preſerve the peace; and if affrayers fly to an houſe, and he follow with freſh ſuit, he may break open the doors to take them. 1 *Haw.* 137.

But it is ſaid, that a conſtable hath no power to arreſt a man for an affray done out of his own view, without a warrant from a juſtice, unleſs a felony were done, or likely to be done; for it is the proper buſineſs of a conſtable to preſerve the peace, and not to puniſh the breach of it. 1 *Haw.* 137.

## IV. *How far by a juſtice of the peace.*

There is no doubt, but that he may and muſt do all ſuch things to that purpoſe, which a private man or conſtable are either enabled or required by the law to do: But it is ſaid, that he cannot without a warrant authorize the arreſt of any perſon for an affray out of his

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 86 of 177 PageID 738

own view; yet it feems clear, that in fuch cafe he may make his warrant to bring the offender before him, in order to compel him to find fureties for the peace. 1 *Haw.* 137.

## V. *Punifhment of an affray.*

All affrayers in general are punifhable by fine and imprifonment. 1 *Haw.* 138.

And they are inquirable in the leet, as common nuifances. 3 *Inft.* 158.

## Warrant to apprehend affrayers.

State of New-York, Ulfter County. } To any conftable of the faid county.

WHEREAS A. I. *of———yeoman, hath this day made oath before me* J. P. *efquire, one of the juftices of the peace for the faid county, that on the——day of——in the——year of the Independence of the* United States of America, A. O. *of——yeoman, and* B.O. *of——yeoman, at——in the faid county, in a tumultuous manner made an affray, wherein the perfon of the faid* A. I. *was beaten and abufed by them the faid* A. O. *and* B. O. *without any lawful or fufficient provocation given to them, or either of them, by him the faid* A. I. *Thefe are therefore to command you forthwith to apprehend the faid* A. O. *and* B. O. *and bring them before me, or fome other of the juftices of the peace for the faid county, to anfwer the premiffes, and to find fureties as well for their perfonal appearance at the next general quarter-feffions of the peace to be holden for the faid county, then and there to anfwer to an indictment to be prefered againft them by the faid* A. I. *for the faid offence, as alfo for their keeping the peace in the mean time, towards the good people of the faid ftate, and efpecially towards him the faid* A. I. *Hereof fail not, as you will anfwer the contrary at your peril. Given under my hand and feal, at———in the faid county, the———day of, &c.*

---

# ALE-HOUSES.

ALE-HOUSES and inns, were allowed for the benefit of travellers, who have certain privileges whilft they are in their journies, and are in a more peculiar manner protected by law; 'tis for this reafon that the inn-keeper fhall anfwer for thofe things which are ftolen *infra hofpitium*, though not delivered to him to keep, and though he was not acquainted that the gueft brought the goods to the inn; for it fhall be intended to be through his negligence, or occafioned by the fault of him or his fervants. So if he puts a horfe to pafture without the direction of his gueft, and the horfe is ftolen, he muft make fatisfaction.

But if a neighbour who is not a traveller, lodges in an inn, and lofeth his goods, or if the gueft is robbed by his own fervant in the inn, or by any one who came thither with him, or by leaving his goods in one room when the inn-keeper defired to leave them in another, in fuch cafes he fhall not be anfwerable.

# DEX14

ATF087

 heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
1849 403 .

**ALWD 7th ed.**
, , 1849 403 .

**Chicago 17th ed.**
"," New York - 72nd Legislature : 403-404

**AGLC 4th ed.**
'' New York - 72nd Legislature 403

**OSCOLA 4th ed.**
'' 1849 403

**Date Downloaded:** Mon Nov 24 10:34:58 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.ssl/ssny0446&id=409

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

York, which is or may be designated by the common council of the city of New-York, by resolution or ordinance as the lamp district, to be collected according to law and applied towards the expense of lighting such parts of the city last mentioned; and also the further sum of one hundred and eighty-seven thousand one hundred and seventy-five dollars, by tax on the estates real and personal of the freeholders and inhabitants of and situated within the said city and county, to be collected according to law and applied towards defraying the deficiency in taxation in said city and county for the year one thousand eight hundred and forty-eight.

Deficiency in taxes of 1848 $187,-185.

§ 2. This act shall take effect immediately.

# Chap. 277.

AN ACT *authorising the board of supervisors of Columbia county to purchase a piece of land.*

Passed April 7, 1849.

*The People of the State of New-York, represented in Senate and Assembly, do enact as follows:*

§ 1. The board of supervisors of the county of Columbia are hereby authorised and empowered to purchase and hold as a part of the county poor-house farm, a lot of land containing some four or five acres lying adjacent to said farm, and now owned by the heirs at law of John Macy, deceased, any law to the contrary notwithstanding.

A lot may be purchased.

§ 2. This act shall take effect immediately.

# Chap. 278.

AN ACT *to prevent the manufacture, use and sale of slung shot.*

Passed April 7, 1849.

*The People of the State of New-York, represented in Senate and Assembly, do enact as follows:*

§ 1. Any person who shall, within this state, hereafter manufacture or cause to be manufactured, or sell, or expose, or keep for sale or gift, or part with any instrument or weapon of the kind usually known as slung shot, or of any similar kinds shall be liable to indictment for misdemeanor, and on conviction, shall be punished by fine of not less than two hundred and fifty, nor over five hundred dollars, or by imprisonment in a county jail for not less than six months, nor over two years.

Punishment for making or selling slung shot.

Indictment for felony.

§ 2. Any person who shall, within this state, hereafter carry, or be found in the possession of, or use, or attempt to use, as against any other person, any instrument or weapon of the kind usually known as slung shot or of any similar kind, shall be liable to indictment for felony, and on conviction shall be punished by imprisonment in a state's prison for a term not less than one, nor more than five years.

---

# Chap. 279.

AN ACT *making an appropriation to the Buffalo Hospital of the sisters of charity.*

Passed April 7, 1849, "three-fifths being present."

*The People of the State of New-York, represented in Senate and Assembly, do enact as follows:*

Appropriation of $9000.

§ 1. The sum of nine thousand dollars is hereby appropriated to the Buffalo hospital of the sisters of charity, to be paid out of the general fund as follows: five thousand dollars thereof on the first day of July, in the year one thousand eight hundred and forty nine, and four thousand dollars thereof on the first day of March, in the year one thousand eight hundred and fifty.

Money to be paid.

§ 2. The treasurer shall pay on the warrant of the comptroller the sums above specified in the manner and for the purpose provided by this act, to the officers of the said, "Buffalo Hospital of the sisters of charity" to be expended and used as hereinafter provided, and said officers shall make a report under oath to the legislature showing the expenditure thereof.

How to be applied.

§ 3. The above mentioned sum of five thousand dollars shall be applied and expended by the said "The Buffalo Hospital of the sisters of charity," in finishing, enlarging, repairing and furnishing the buildings and making the necessary and proper erections for the use of the said "The Buffalo Hospital of the sisters of charity."

Residue how to be used.

§ 4. The residue of said sum of nine thousand dollars hereby appropriated shall be used and appropriated by the said "Buffalo Hospital of the sisters of charity," in supporting and sustaining the Hospital institution established and conducted by such corporation.

§ 5. This act shall take effect immediately.

# DEX15

ATF091





DATE DOWNLOADED: Sun Nov 12 22:53:44 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 3 .

ALWD 7th ed.
, , 1837 3 .

Chicago 17th ed.
"," Georgia - Annual Session : 3-288

AGLC 4th ed.
" Georgia - Annual Session 3

OSCOLA 4th ed.
" 1837 3 Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

# DEADLY WEAPONS.

AN ACT to guard and protect the citizens of this State, against the unwarrantable and too prevalent use of deadly weapons.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passage of this act, it shall not be lawful for any merchant, or vender of wares or merchandize in this State, or any other person or persons whatsoever, to sell, or offer to sell, or to keep, or have about their person or elsewhere, any of the hereinafter described weapons, to wit: Bowie, or any other kind of knives, manufactured and sold for the purpose of wearing, or carrying the same as arms of offence or defence, pistols, dirks, sword canes, spears, &c., shall also be contemplated in this act, save such pistols as are known and used, as horseman's pistols, &c.

SEC. 2. *And be it further enacted by the authority aforesaid,* That any person or persons within the limits of this State, violating the provisions of this act, except as hereafter excepted, shall, for each and every such offence, be deemed guilty of a high misdemeanor, and upon trial and conviction thereof, shall be fined, in a sum not exceeding five hundred dollars for the first offence, nor less than one hundred dollars at the direction of the Court; and upon a second conviction, and every after conviction of a like offence, in a sum not to exceed one thousand dollars, nor less than five hundred dollars, at the discretion of the Court.

SEC. 3. *And be it further enacted by the authority aforesaid,* That it shall be the duty of all civil officers, to be vigilent in carrying the provisions of this act into full effect, as well also as Grand Jurors, to make presentments of each and every offence under this act, which shall come under their knowledge.

SEC. 4. *And be it further enacted by the authority aforesaid,* That all fines and forfeitures arising under this act, shall be paid into the county Treasury, to be appropriated to county purposes: *Provided, nevertheless,* that the provisions of this act shall not extend to Sheriffs, Deputy Sheriffs, Marshals, Constables, Overseers or Patrols, in actual discharge of their respective duties, but not otherwise: *Provided, also,* that no person or persons, shall be found guilty of violating the before recited act, who shall openly wear, externally, Bowie Knives, Dirks, Tooth Picks, Spears, and which shall be exposed plainly to view: *And provided, nevertheless,* that the provisions of this act shall not extend to prevent venders, or any oth-

er persons who now own and have for sale, any of the aforesaid weapons, before the first day of March next.

SEC. 5. *And be it further enacted by the authority aforesaid,* That all laws and parts of laws militating against this act, be, and the same are, hereby repealed.

JOSEPH DAY,
Speaker of the House of Representatives,

ROBERT M. ECHOLS,
President of the Senate.

Assented to, 25th December, 1837.
GEORGE R. GILMER, Governor.

---

## DEEDS.

AN ACT to admit certain Deeds to be recorded and read in evidence; and also, to prescribe the effect of certain other Deeds.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all Deeds for lands which may have been recorded upon the usual proof of execution, but not recorded within the time prescribed by the laws of this State, shall be admitted in evidence, without further proof; and when the originals are lost or destroyed, and that being made judicially known to the Court, copies of the same may be introduced and read in evidence, on any trial before any Court of law or equity, in this State.

SEC. 2. *And be it further enacted by the authority aforesaid,* That all Deeds executed, according to the laws of this State, but not yet recorded, may nevertheless be recorded within twelve months from the passage of this act, upon the usual proof of their execution; and when so recorded, the same or copies thereof, when the originals are shown to be lost or destroyed, may be read in evidence without further proof.

SEC. 3. *And be it further enacted by the authority aforesaid,* That all Deeds conveying lands hereafter executed upon being attested or proved in the manner required by the laws of this State, shall be admitted to record, at any time, and after being recorded, shall be received in evidence in any Court of Law or Equity, without further proof of the execution thereof.

SEC. 4. *And be it further enacted by the authority aforesaid,* That in all cases where two or more Deeds shall hereafter be executed by the same person or persons, conveying the same

# DEX16

ATF095




DATE DOWNLOADED: Sun Nov 12 21:04:09 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1917 221 .

ALWD 7th ed.
, , 1917 221 .

Chicago 17th ed.
"," California - 42nd Session : 221-225

AGLC 4th ed.
" California - 42nd Session 221

OSCOLA 4th ed.
" 1917 221 Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

## CHAPTER 145.

*An act relating to and regulating the carrying, possession, sale or other disposition of firearms capable of being concealed upon the person; prohibiting the possession, carrying, manufacturing and sale of certain other dangerous weapons and the giving, transferring and disposition thereof to other persons within this state; providing for the registering of the sales of firearms; prohibiting the carrying or possession of concealed weapons in municipal corporations; providing for the destruction of certain dangerous weapons as nuisances and making it a felony to use or attempt to use certain dangerous weapons against another.*

[Approved May 4, 1917. In effect July 27, 1917.]

*The people of the State of California do enact as follows:*

SECTION 1. Every person who manufactures or causes to be manufactured, or leases, or keeps for sale, or offers, or gives, or otherwise disposes of any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, or metal knuckles, a dirk or dagger, to any person within this state is guilty of a misdemeanor, and if he has been previously convicted of a crime made punishable by this section, he is guilty of a felony.

Manufacture, etc., of certain dangerous weapons misdemeanor.

SEC. 2. Every person who possesses any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, bomb or bombshells, or who carries a dirk or a dagger, is guilty of a misdemeanor, and if he has been convicted previously of any felony or of a crime made punishable by this act, he is guilty of a felony.

Possession of certain dangerous weapons misdemeanor.

SEC. 3. Every person who carries in any city, city and county, town or municipal corporation of this state any pistol, revolver, or other firearm concealed upon his person, without having a license to carry such firearm as hereinafter provided in section six of this act, shall be guilty of a misdemeanor, and if he has been convicted previously of any felony, or of any crime made punishable by this act, he is guilty of a felony.

Carrying firearms without license misdemeanor.

SEC. 4. The unlawful possessing or carrying of any of the instruments, weapons or firearms enumerated in section one to section three inclusive of this act, by any person other than those authorized and empowered to carry or possess the same as hereinafter provided, is a nuisance, and such instruments, weapons or firearms are hereby declared to be nuisances, and when any of said articles shall be taken from the possession of any person the same shall be surrendered to the magistrate before whom said person shall be taken, except that in any city, city and county, town or other municipal corporation the same shall be surrendered to the head of the

Unlawful possession of weapon, etc., nuisance.

Surrender of weapons, etc.

police force, or police department thereof. The officers to whom the same may be so surrendered, except upon certificate of a judge of a court of record, or of the district attorney of any county that the preservation thereof is necessary or proper to the ends of justice, shall proceed at such time or times as he deems proper, and at least once in each year to destroy or cause to be destroyed such instruments, weapons or other firearms in such manner and to such extent that the same shall be and become wholly and entirely ineffective and useless for the purpose for which it was manufactured.

Destruction of weapons, etc.

Attempted use of weapons felony.

SEC. 5. Any person who attempts to use, or who with intent to use the same unlawfully against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, or any loaded pistol, revolver or other firearm, or any instrument or weapon commonly known as a blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, bomb, or bombshell or any other dangerous or deadly instrument or weapon, is guilty of a felony. The carrying or possession of any of the weapons specified in this section, by any person while committing, or attempting or threatening to commit a felony, or breach of the peace, or any act of violence against the person or property of another, shall be presumptive evidence of carrying or possessing such weapon with intent to use the same in violation of this section.

License to carry concealed firearm.

SEC. 6. It shall be lawful for the board of police commissioners, chief of police, city marshal, town marshal, or other head of the police department of any city, city and county, town, or other municipal corporation of this state, upon proof before said board, chief, marshal or head, that the person applying therefor is of good moral character, and that good cause exists for the issuance thereof, to issue to such person a license to carry concealed a pistol, revolver or other firearm; *provided, however,* that the application to carry concealed such firearm shall be filed in writing and shall state the name and residence of the applicant, the nature of applicant's occupation, the business address of applicant, the nature of the weapon sought to be carried and the reason for the filing of the application to carry the same.

Register of sales of firearms.

SEC. 7. Every person in the business of selling, leasing or otherwise transferring a pistol, revolver or other firearm, of a size capable of being concealed upon the person, whether such seller, leasor or transferrer is a retail dealer, pawnbroker or otherwise, except as hereinafter provided, shall keep a register in which shall be entered the time of sale, the date of sale, the name of the salesman making the sale, the place where sold, the make, model, manufacturer's number, caliber or other marks of identification on such pistol, revolver or other firearm. Such register shall be prepared by and obtained from the state printer and shall be furnished by the state printer to said dealers on application at a cost of three dollars per one hundred leaves in duplicate and shall be in the form hereinafter provided. The purchaser of any firearm, capable of being

concealed upon the person shall sign, and the dealer shall require him to sign his name and affix his address to said register in duplicate and the salesman shall affix his signature in duplicate as a witness to the signatures of the purchaser. Any person signing a fictitious name or address is guilty of a misdemeanor. The duplicate sheet of such register shall on the evening of the day of sale, be placed in the mail, postage prepaid and properly addressed to the board of police commissioners, chief of police, city marshal, town marshal or other head of the police department of the city, city and county, town or other municipal corporation wherein the sale was made; *provided,* that where the sale is made in a district where there is no municipal police department, said duplicate sheet shall be mailed to the county clerk of the county wherein the sale is made. A violation of any of the provisions of this section by any person engaged in the business of selling, leasing or otherwise transferring such firearms is a misdemeanor. This section shall not apply to wholesale dealers in their business intercourse with retail dealers, nor to wholesale or retail dealers in the regular or ordinary transportation of unloaded firearms as merchandise by mail, express or other mode of shipment, to points outside of the city, city and county, town or municipal corporation wherein they are situated. The register provided for in this act shall be substantially in the following form:

Duplicate sheet mailed to police.

Violation misdemeanor.

Form of register.

Series No. ------
Sheet No. ------

ORIGINAL.

Dealers' Record of Sale of Revolver or Pistol.
State of California.

Notice to dealers: This original is for your files. If spoiled in making out, do not destroy. Keep in books. Fill out in duplicate.

Carbon duplicate must be mailed on the evening of the day of sale, to head of police commissioners, chief of police, city marshal, town marshal or other head of the police department of the municipal corporations wherein the sale is made, or to the county clerk of your county if the sale is made in a district where there is no municipal police department. Violation of this law is a misdemeanor. Use carbon paper for duplicate. Use indelible pencil.

Sold by ------------------- Salesman ---------------
City, town or township ----------------------------------
Description of arm (state whether revolver or pistol) ---------
Maker ------------------ number -------- caliber --------
Name of purchaser ---------------------- age ------ years.
Permanent residence (state name of city, town or township, street and number of dwelling) -------------------------
Height ----- feet ----- inches. Occupation ---------------
Color --------- skin -------- eyes --------- hair ---------

If traveling or in locality temporarily, give local address-----
-----------------------------------------------------
Signature of purchaser --------------------------------
(Signing a fictitious name or address is a misdemeanor.) (To be signed in duplicate.)
Witness ---------------------, salesman.
(To be signed in duplicate.)

Series No. ------
Sheet No. ------

DUPLICATE.

Dealers' Record of Sale of Revolver or Pistol.
State of California.

Notice to dealers: This carbon duplicate must be mailed on the evening of the day of sale as set forth in the original of this register page. Violation of this law is a misdemeanor.
Sold by -------------------- Salesman ---------------
City, town or township -----------------------------------
Description of arm (state whether revolver or pistol) --------
Maker ------------------ number -------- caliber --------
Name of purchaser ---------------------- age ------ years.
Permanent address (state name of city, town or township, street and number of dwelling) -------------------------
-----------------------------------------------------
Height ----- feet ----- inches. Occupation ---------------
Color --------- skin -------- eyes --------- hair ---------
If traveling or in locality temporarily, give local address-----
-----------------------------------------------------
Signature of purchaser -----------------------------------
(Signing a fictitious name or address is a misdemeanor.) (To be signed in duplicate.)
Witness ---------------------, salesman.
(To be signed in duplicate.)

Exceptions.

SEC. 8. Nothing in this act shall be construed to apply to sheriffs, constables, marshals, policemen or other duly appointed peace officers, nor to any person summoned by any such officers to assist in making arrest or preserving the peace while said person so summoned is actually engaged in assisting such officer; nor to duly authorized military or civil organizations while parading nor to the members thereof when going to and from the places of meeting of their respective organizations; nor to the possession or transportation by any merchant of unloaded firearms as merchandise; nor to bona fide members of any club or organization now existing or hereinafter organized, for the purpose of practicing shooting at targets upon established target ranges, whether public or private, while such members are using any of the firearms referred to in this act upon or in such target ranges, or while going to and from such ranges.

Constitutionality.

SEC. 9. If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional

such decision shall not affect the validity of the remaining portions of this act. The legislature hereby declares that it would have passed this act and each section, subsection, sentence, clause and phrase thereof, irrespective of the fact that any one or more other sections, subsections, sentences, clauses or phrases be declared unconstitutional.

---

## CHAPTER 146.

*An act amending an act entitled "An act to provide for the incorporation and organization and management of county water districts and to provide for the acquisition of water rights or the construction thereby of water works, and for the acquisition of all property necessary therefor, and also to provide for the distribution and sale of water by said districts," approved June 10, 1913, by adding thereto a new section to be numbered twenty-eight, providing for the exclusion from any county water district formed under said act of territory not served by such county water district.*

[Approved May 4, 1917. In effect July 27, 1917.]

*The people of the State of California do enact as follows:*

SECTION 1. An act approved June 10, 1913, and entitled "An act to provide for the incorporation and organization and management of county water districts and to provide for the acquisition of water rights or the construction thereby of water works, and for the acquisition of all property necessary therefor, and also to provide for the distribution and sale of water by said districts," is hereby amended by adding to said act a section numbered twenty-eight, reading as follows:

Stats. 1913, p. 1049.

Sec. 28. Any territory, included within any county water district formed under the provisions of this act, and not benefited in any manner by such district, or its continued inclusion therein, may be excluded therefrom by order of the board of directors of such district upon the verified petition of the owner or owners in fee of lands whose assessed value, with improvements, is in excess of one-half of the assessed value of all the lands, with improvements, held in private ownership in such territory. Said petition shall describe the territory sought to be excluded and shall set forth that such territory is not benefited in any manner by said county water district or its continued inclusion therein, and shall pray that such territory may be excluded and taken from said district. Such petition shall be filed with the secretary of the water district and shall be accompanied by a deposit with such secretary of the sum of one hundred dollars, to meet the expenses of advertising and other costs incident to the proceedings for the

Exclusion of territory.

Petition.

Contents.

# DEX17



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
1881 1 .

**ALWD 7th ed.**
, , 1881 1 .

**Chicago 17th ed.**
"," Illinois - 32nd General Assembly, 1st Session : 1-158

**AGLC 4th ed.**
" Illinois - 32nd General Assembly, 1st Session 1

**OSCOLA 4th ed.**
" 1881 1

**Date Downloaded:** Mon Nov 24 11:33:20 2025

**Source:** https://heinonline.org/HOL/Page?handle=hein.ssl/ssil0240&id=9

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

# PUBLIC LAWS OF ILLINOIS.

## ADMINISTRATION OF ESTATES.

### ADMINISTRATORS AND EXECUTORS.

§ 1. Administrators' and executors' bonds. In force July 1, 1881.

AN ACT *to amend sections seven (7) and twenty-three (23) of an act entitled "An act in regard to the administration of estates," approved April 1, 1872, in force July 1, 1872.*

SECTION 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That sections seven (7) and twenty-three (23) of an act entitled "An act in regard to the administration of estates," in force July 1, 1872, be and the same are hereby amended so as to read as follows, to-wit:

"§ 7. All executors hereafter appointed, unless the testator shall otherwise direct in the will, and all administrators with the will annexed, shall, before entering upon their duties, enter into bond with good and sufficient security, to be approved by the county court, and in counties having a probate court, by the probate court, in a sum double the value of the personal estate, and payable to the People of the State of Illinois, for the use of the parties interested, in the following form, to-wit:

"Know all men by these presents, that we, A. B, C. D, and E. F, of the county of ........, and state of Illinois, are held and firmly bound unto the People of the State of Illinois, in the penal sum of ...... dollars, current money of the United States, which payment, well and truly to be made and performed, we and each of us bind ourselves, our heirs, executors and administrators, jointly, severally and firmly by these presents.

Witness our hands and seals this .......... day of .......... A. D. 18...

"The condition of the above obligation is such, that if the above bounden A B, executor of the last will and testament of G H, deceased, (or administrator with the will annexed of G H, deceased, as the case may be) do make, or cause to be made, a true and perfect inventory of all and singular the goods and chattels, rights and credits, lands, tenements and hereditaments, and the rents and profits issuing out of the same, of the said deceased, which have or shall come to the hands, possession or knowledge of the said A B, or into the possession of any other person for him, and the same so made do exhibit in the county court (or probate court) for said county of .........., as required by law, and also make and render a fair and just account of his actings and doings as such executor (or administrator) to said court, when thereunto lawfully required, and do well and truly fulfill the duties enjoined on him in and by the said will, and shall, moreover, pay and deliver to the persons entitled thereto, all the legacies and bequests contained in said will, so far as the estate of the said testator will thereunto extend, according to the value thereof, and as the law shall charge him, and shall, in general, do all other acts which may, from time to time, be required of him by law, then this obligation to be void; otherwise to remain in full force and virtue.

# CRIMINAL CODE.

## DEADLY WEAPONS.

### REGULATES TRAFFIC AND PREVENTS SALE TO MINORS.

§ 1. Forbids possession or sale of slung-shots or knuckles—penalty.
§ 2. Forbids sale, loan or gift to minors, of fire-arms or other deadly weapons—penalty.
§ 3. Provides for registry of sales by dealers in deadly weapons—Form of register—penalty for failure to keep same.
§ 4. Penalty for carrying deadly weapons or display of same.
§ 5. Fines and penalties—how recovered—Increased penalty for second offense.
§ 6. Exempts sheriffs, coroners, constables, policemen or peace officers from provisions of this act.
§ 7. Repealing clause for acts in conflict.

In force July 1, 1881.

AN ACT *to regulate the traffic in deadly weapons, and to prevent the sale of them to minors.*

SECTION 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That whoever shall have in his possession, or sell, give or loan, hire or barter, or whoever shall offer to sell, give, loan, hire or barter, to any person within this state, any slung-shot or metallic knuckles, or other deadly weapon of like character, or any person in whose possession such weapons shall be found, shall be guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than ten dollars ($10) nor more than two hundred dollars ($200).

§ 2. Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25) nor more than two hundred dollars ($200).

§ 3. All persons dealing in deadly weapons, hereinbefore mentioned, at retail within this state shall keep a register of all such weapons sold or given away by them. Such register shall contain the date of the sale or gift, the name and age of the person to whom the weapon is sold or given, the price of the said weapon, and the purpose for which it is purchased or obtained. The said register shall be in the following form:

| No. of weapon. | To whom sold or given. | Age of purchaser. | Kind and description of weapon. | For what purpose purchased or obtained. | Price of weapon. |
|---|---|---|---|---|---|
| | | | | | |

Said register shall be kept open for the inspection of the public, and all persons who may wish to examine the same may do so at all reasonable times during business hours. A failure to keep such register, or to allow an examination of the same, or to record

therein any sale or gift of a deadly weapon, or the keeping of a false register, shall be a misdemeanor, and shall subject the offender to a fine of not less than twenty-five dollars ($25) nor more than two hundred dollars ($200).

§ 4. Whoever shall carry a concealed weapon upon or about his person of the character in this act specified, or razor as a weapon, or whoever, in a threatening or boisterous manner, shall display or flourish any deadly weapon, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25) nor more than two hundred dollars ($200).

§ 5. All fines and penalties specified in this act may be recovered by information, complaint or indictment, or other appropriate remedy, in any court of competent jurisdiction; and, when recovered, shall be paid into the county treasury of the county where the conviction is had, and become a part of the current revenue of the county; or the said fines and penalties may be recovered by *qui tam* action, one-half to be paid to the informer, and the other half to be paid into the county treasury, as aforesaid. For a second violation of any of the provisions of this act the offender shall be fined in double the amount herein specified, or may be committed to the county jail for any term not exceeding twenty days, in the discretion of the court.

§ 6. Section four (4) of this act shall not apply to sheriffs, coroners, constables, policemen or other peace officers, while engaged in the discharge of their official duties, or to any person summoned by any of such officers to assist in making arrest, or preserving the peace, while such person so summoned is engaged in assisting such officer.

§ 7. All acts and parts of acts in conflict with this act are hereby repealed.

APPROVED April 16, 1881.

---

## PENALTY FOR ADULTERATION OF BUTTER AND CHEESE.

| | |
|---|---|
| § 1. Manufacture of imitations or adulteration of butter and cheese prohibited—Penalty. | § 2. Repealing clause. In force July 1, 1881. |

AN ACT *to prevent the adulteration of butter and cheese, or the sale or disposal of the same, or the manufacture or sale of any article as a substitute for butter or cheese, or any article to be used as butter and cheese.*

SECTION 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That whoever manufactures out of any oleaginous substances, or any compound of the same other than that produced from unadulterated milk, or cream from the same,

# DEX18



DATE DOWNLOADED: Wed Nov 15 03:43:58 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1879 231 .

ALWD 7th ed.
, , 1879 231 .

Chicago 17th ed.
"," Tennessee - 41st General Assembly, 1st Session : 231-232

AGLC 4th ed.
" Tennessee - 41st General Assembly, 1st Session 231

OSCOLA 4th ed.
" 1879 231 Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

## CHAPTER CLXXXVI.

AN ACT to amend the Criminal Laws of this State upon the subject of carrying concealed weapons, and amend Section 4759 of the Code.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee*, That the Act of 1871, Chapter 90, be and is hereby amended, that hereafter it shall not be lawful for any person to carry, publicly or privately, any dirk, razor concealed about his person, sword cane, spanish stilletto, belt or pocket pistol, revolver, or any kind of pistol, except the army or navy pistol, usually used in warfare, which shall be carried openly in the hand, or loaded cane, slung-shot, brass knucks; and any person guilty of a violation of this Act shall be subject to presentment or indictment, and on conviction shall be fined fifty dollars, and imprisoned in the County jail of the County where the offense was committed, the imprisonment only in the discretion of the Court; *Provided*, the defendant shall give good and sufficient security for all the costs, fine, and any jail fees that may accrue by virtue of the imprisonment of the defendant.

Offence and penalty.

Proviso.

SEC. 2. *Be it further enacted*, That nothing in this Act be so construed as to operate as a pardon for any offense heretofore committed, but persons indicted or presented for carrying dangerous weapons under the law now in force, shall be tried under said laws, and punished as therein required.

SEC. 3. *Be it further enacted*, That the provisions of this Act shall not apply to any person employed in the army, navy, or marine service of the United States, or to any officer or policeman while *bona fide* engaged in his official duties in the execution of process, or while searching for or engaged in arresting criminals, nor to persons who may have been summoned by such officers or policeman in the discharge of their said duties, and in arresting criminals and transporting and turning them over to the proper authorities; and, *Provided, further*, that said persons who may be employed in the army, navy or marine service, as aforesaid, shall only carry such pistols as are prescribed by the army and navy regulations.

Soldiers and Police excepted.

SEC. 4. *Be it further enacted*, That all laws and parts

of laws that come in conflict with the provisions of this Act be and the same are hereby repealed; *Provided*, that any person convicted of an offense under this Act shall not be deprived of the right of voting or holding office.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*

J. R. NEAL,
*Speaker of the Senate.*

Approved, March 27, 1879.

ALBERT S. MARKS,
*Governor.*

---

## CHAPTER CLXXXVII.

AN ACT to amend an Act approved March 6th, 1873, entitled, "An Act to establish and maintain a uniform system of Public Schools."

Study of Agriculture enjoined

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That Section 31 of the Act approved March 6th, 1873, entitled "An Act to establish and maintain a uniform system of Public Schools," be so amended as to add to the curriculum of studies prescribed therein, the study of the elementary principles of Agriculture.

Superintendent Public Instruction and Commissioner Agriculture to design book.

SEC. 2. *Be it further enacted,* That the Superintendent of Public Instruction of this State, and Commissioner of Agriculture shall be constituted a Commission to procure the preparation of, or the designature of, a work on the "Elementary Principles of Agriculture," which shall be taught in the Public Schools of the State, as are the other studies prescribed in the 21st Section of the Public School Law; *Provided,* no monies are to be paid by the State or out of the school fund for the preparation of the necessary book.

Passed March 26, 1879.

H. P. FOWLKES,
*Speaker of the House of Representatives.*

J. R. NEAL,
*Speaker of the Senate.*

Approved March 27, 1879.

ALBERT S. MARKS,
*Governor.*

# DEX19

ATF111




DATE DOWNLOADED: Sun Nov 12 20:59:19 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1874-1875 1 .

ALWD 7th ed.
, , 1874-1875 1 .

Chicago 17th ed.
"," Arkansas - 20th General Assembly, Regular Session : 1-255

AGLC 4th ed.
'' Arkansas - 20th General Assembly, Regular Session 1

OSCOLA 4th ed.
'' 1874-1875 1 Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

AN ACT entitled an act to prohibit the carrying of side-arms, and other deadly weapons.

SECTION
1. Penalty for carrying weapons; exceptions to same.
2. Disposal of fines collected under this act.
3. Penalty of Justices of the Peace for non-observance of this act.
4. Penalty on other officers.
5. Conflicting laws repealed and this act in force ninety days after passage.

*Be it enacted by the General Assembly of the State of Arkansas:*

SECTION 1. That any person who shall wear or carry any pistol of any kind whatever, or any dirk, butcher or bowie knife, or a sword or a spear in a cane, brass or metal knucks, or razor, as a weapon, shall be adjudged guilty of a misdemeanor, and upon conviction thereof, in the county in which said offense shall have been committed, shall be fined in any sum not less than twenty-five nor more than one hundred dollars, to be recovered by presentment or indictment in the Circuit Court, or before any Justice of the Peace of the county wherein such offense shall have been committed; *Provided*, That nothing herein contained shall be so construed as to prohibit any person wearing or carrying any weapon aforesaid on his own premises, or to prohibit persons traveling through the country, carrying such weapons while on a journey with their baggage, or to prohibit any officer of the law wearing *or carrying such weapons when engaged in the discharge of his official duties, or any person summoned by any such officer to assist in the execution of any legal process, or any private person legally authorized to execute any legal process to him directed. [ *156 ]

SEC. 2. That the fines collected by any officer, under and by virtue of this act, shall be immediately paid into the county treasury by the officer collecting the same, and he shall take from the Treasurer duplicate receipts therefor, one of which he shall file in the Clerk's office of his county; and the County Treasurer shall hold the fines collected and paid over as aforesaid as part and parcel of the school fund of his county, and shall be responsible on his official bond for the safe-keeping and disbursement of the same.

SEC. 3. That any Justice of the Peace in this State, who, from his own knowledge or from legal information received, knows, or has reasonable grounds to believe, any person guilty of the offense in section one, of this act described, and shall fail or refuse to proceed against such person, shall be adjudged guilty of a nonfeasance in office, and upon conviction thereof shall be fined in any sum not less than twenty-five nor more than three hundred dollars, to be recovered by presentment or indictment in the Circuit Court of the county wherein such offense shall have been committed, and shall moreover be removed from office.

SEC. 4. That any Sheriff, Coroner, Constable, or any police officer, of any city in this State, who may have personal knowledge of the commission of the offense, in the first section of this act described, and shall fail or refuse to arrest such offender and bring him to trial, shall be adjudged guilty of a nonfeasance in office, and upon conviction thereof, shall be punished as provided for Justices of the Peace in the foregoing section of this act.

SEC. 5. That all laws and parts of laws in conflict with this act are hereby repealed, and that this act take effect and be in force ninety days after its passage.

Approved February 16, 1875.

---

[ *157 ] *"AN ACT to encourage Mining and Manufacturing in the State of Arkansas."

PREAMBLE.

SECTION
1. What capital may be exempt from taxation; limit; how old corporations may receive benefit of act.
2. Statement required by persons wishing to avail themselves of provisions of act; duty of Assessor.
3. Proceedings when Assessor believes property is not really exempt under act.
4. Act in force from passage.

WHEREAS, The Constitution of the State of Arkansas, article ten, section three, provides that the General Assembly may, by general law, exempt from taxation for a term of seven years from the ratification of said Constitution, the capital invested in any and all kinds of mining and manufacturing business in this State, under such regulations and restrictions as may be prescribed by law; therefore,

*Be it enacted by the General Assembly of the State of Arkansas:*

SECTION 1. All capital which is or may hereafter be invested and exclusively used in the manufacture of cotton and woolen goods, yarn, farming implements, tanneries, cotton seed oil, in mining and smelting furnaces, shall be exempt from taxation for a period of seven years from and after the thirtieth day of October, eighteen hundred and seventy-four, the date of the ratification of said Constitution; *Provided*, That the capital invested in such manufacturing establishments shall exceed two thousand dollars ($2,000); and, *Provided further*, That no person, corporation or company having prior to the passage of this act, invested capital in any such manufacturing enterprise in this State shall be entitled to the exemption herein provided for, unless the capital stock so invested shall be increased twenty-five per centum of its value, as determined by the last annual assessment.

SEC. 2. All persons desiring to avail themselves of the provisions of this act shall annually, at the time provided

# DEX20

ATF115

## ACT LI.

To go armed to church.

ALL men that are fittinge to beare armes, shall bringe their peices to the church uppon payne of every effence, yf the mayster allow not thereof to pay 2 lb. of tobacco, to be disposed by the church-wardens, who shall levy it by distresse, and the servants to be punished.

## ACT LII.

Obedience to superiors.

NOE person within this colony uppon rumour of supposed change and alteration shall presume to be disobedient to the present government, nor servants to their private officers, maysters and overseers, at their uttermost perills.

## ACT LIII.*

Adjoining plantations to assist, upon alarms.

THE ioyninge plantations, to assisst the fronteires or their neighbours, uppon alarmns, the default to be severelie censured, and false alarmns punished.

## ACT LIV.

No hides to be exported.

*IT is ordered*, That no cowe hides, oxe hides, bull hides, goate skynes, deer skynes, or other hides, or skynes whatsoever, be sent or carryed out of this colony uppon forfeiture of thrice the value, whereof the one halfe to the informer, and the other halfe to publique uses.

## ACT LV.

Terms of the quarterly courts at James City.

*IT is established and appoynted*, That the fowre quarter corts shall be held at James-Citty yearlie, as followeth, vizt. uppon the first day of September, the first day of December, the first of March, and the first day of June.

## ACT LVI.

Commanders to exercise their men at stated

*IT is ordered and appoynted*, That the comanders of all the severall plantations, doe upon holy days exercise the men under his comand, and that the coman-

* There is no act numbered LIII in the manuscript

ders yearlie doe likewise uppon the first day of December, take a muster of theire men, togeather with the women and children, and theire ages, countryes, and towns, where they were borne, with the shipps they came in, and the yeare of the Lord, as also of armes and munition, corne, cattle, hoggs, goates, barques, boates, gardens, and orchards, and yf they shall make default, to be censured by the Governor and Counsell.

periods—and also take a census of the inhabitants.

## ACT LVII.

*The third of March*, 1631.

*IT is agreed uppon by the Grand Assembly*, That Capt. *Samuel Mathewes*, when he hath finished, and perfected, the worke at the ffort at Poynt Comfort, shall give notice to the comissioners for that purpose, that they may viewe the worke.

Fort at Point Comfort.

## ACT LVIII.

*IT is further agreed*, That Capt. *Samuel Mathewes*, shall leave 6 sufficient men thereon for a guard, and that he shall receive satisfaction for them, of the country, until such tyme as it can be otherwise provided for.

Guard at Point Comfort.

## ACT LIX.

THAT the inhabitants about the corporation of James Citty, with the ayde of the Burgisses thereof, shall with all convenient speed that may be, remove the carriadges for the ordinance, into some dry place to preserve them for the decayinge of the weather, or otherwise.

Carriages for ordinance.

## ACT LX.

*IT is thought fitt*, That no boates be permitted to goe and trade to Canida, that be not of the burden of ten tunnes, and have a flush deake, or fitted with a gratinge and a trapaulinge.

Size and construction of boats to trade to Canada

# DEX21

1667. Whereas, the Governor and Councill of the towne of Newport being mett the 29th of the first month, 1667, to take care that the place with respect to the serving of the King's interest and oure owne might bee putt in a suitable posture of deffence against a common adversary, as also that other defects which might prove hazzardous to the same might be forthwith supplyed, but could not at that time come to such mature results therein, as a matter of such concernment doth require, the said Governor and Councill being mett this 28th of the 3d month, 1667, to resume the former debate, after serious consideration and advice, have resulted and concluded as followeth :

Rate.

1. ffirst, that our Honoured Gouernour and Deputie Gouernour be desired to make enquiry where the obstruction lies that the former rate, made for the paying for our Charter as it relates to the towne of Newport, is not yett levied, and to hasten the levying and taking thereof, itt lying as a block in our way to our further proceedings.

Amunition.

2. That Lieut. Joseph Torrey, and Ensigne John Bliss Constable Carr, and the Clarke of the band be required forthwith to goe from house to house throughout the towne of Newport, the villages and precincts thereof, and to take a precise and exact account of all the armes, amunition and weapons of warr each person is furnished with, or hath in his house to spare to others, and in what condition with regard to service the same is in : and itt to returne unto the Gouernor. And also to call vpon such as have deffects, that they may be supplyed in the place forthwith, under the penaltie the law hath provided, to repaire to such persons as may supply them.

Repair arms.

3. That the Honoured Gouernour bee desired to give forth his warrant to Capt. Rich. Morrise, Geo. Halsey, John Audly, Emanuell Wooly, Henry Stevens, Gabriell Hick, and others that are skilled therein, to charge them vnder the penaltie the law hath provided, to sett against all excuses, and forthwith require all such armes, and

Bartlett, John Russell. Records Of The Colony Of Rhode Island And Providence Plantations, In New England. Vol. 2, A. Crawford Greene And Brother, 1857. The Making of Modern Law: Primary Sources, link.gale.com/apps/doc/DT0103439491/MMLP?u=gtown_law&sid=SERVICE_ID&xid=81cf14e3&pg=198. Accessed 15 Feb. 2023.

# DEX22

AN ACT FOR THE BETTER REGULATING THE MILITIA OF THIS PROVINCE, AND FOR REPEALING THE FORMER ACTS FOR REGULATING THE MILITIA; AND FOR REPEALING AN ACT ENTITLED "AN ACT FOR THE FURTHER SECURITY AND BETTER DEFENCE OF THIS PROVINCE.

No. 748.

WHEREAS, the safety and defence of this Province, next to the blessing of almighty God, and the defence of our most gracious Sovereign, chiefly depends on the knowledge and use of arms and good discipline; we humbly pray his most sacred Majesty that it may be enacted, and

Governor to organize the Militia.

I. *Be it enacted*, by his Excellency James Glen, Esquire, Governor-in-chief and Captain General in and over his Majesty's Province of South Carolina, by and with the advice and consent of his Majesty's Honorable Council, and the Assembly of this Province, and by the authority of the same, That it shall and may be lawful to and for the Governor, Lieutenant-Governor or President of this Province, who now is or shall hereafter be appointed or commissioned by his Majesty, his heirs or successors, to assemble and call together all male persons in this Province, from the age of sixteen to sixty years, within the several towns, counties, parishes and places in this Province, at such times, and arm and array them in such manner, as is hereafter expressed and declared, and to form them into companies, troops and regiments; and in case of insurrection, rebellion or invasion, them to lead, conduct and employ, or cause to be led, conducted and employed, as well within the said several counties, towns, parishes and places where such persons reside, as into any other counties or places within this Province, for suppressing all such insurrections and rebellions, and repelling such invasions, as may happen to be. And that the said Governor, Lieutenant-Governor or President for the time being, shall have full power and authority, from time to time, to constitute, appoint and give commissions to such persons as they shall think fit, to be Colonels, Majors, Adjutants, Captains and other commission officers of the said persons so to be armed, arrayed and weaponed.

II. *And be it further enacted* by the authority aforesaid, That in every county within this Province, there shall be formed one or more regiment or regiments, and within every parish within the respective counties, one or more company or companies; which said regiment or regiments, company or companies, shall consist of such number of men as the Governor, Lieutenant-Governor or President of this Province for the time being, shall in his discretion think fit.

Regiments and companies.

III. *And be it further enacted* by the authority aforesaid, That the several field officers who shall be in commission, or the majority of them, in each respective regiment, are hereby fully authorized and empowered to settle and ascertain the districts and divisions of the companies in each parish, under their command, if they shall think it necessary to divide the inhabitants of any parish into more companies than one. *Provided*, that such divisions be agreeable to the directions and regulations prescribed by this Act.

How to be divided.

IV. *And be it further enacted* by the authority aforesaid, That it shall and may be lawful to and for the Colonel, or in his absence, the next field officer of every regiment formed or to be formed in this Province, on any days and times when any three or more of the companies of the militia shall be assembled to be trained, mustered or exercised within six miles of one another, to cause such companies to assemble together at some convenient place within the district of such regiment to which such companies

Battalion musters.

shall respectively belong, and there to train and exercise such companies in battalions, in such manner and form as such Colonel or other field officer shall think fit; anything in this Act to the contrary notwithstanding; excepting all companies upon any Islands along the sea coast in this Province.

Fines of captains, &c., for neglect.

V. *And be it further enacted* by the authority aforesaid, That every captain or other inferior commissioned officer of any company within this Province, who shall refuse or neglect to conduct or lead his company, or to attend the same, to the place of rendezvous of any general muster hereby appointed, or to the exercising of the companies in battalion, according to the directions of this Act, every such captain and other inferior commissioned officer of such company, who shall so refuse or neglect as aforesaid, shall, for every such offence, forfeit and pay the sum of twenty-five pounds, current money; and the said offences shall be heard, tried and determined, and the said fines levied, in the same way and manner as other offences of captains or other commanding officers of companies, by this Act are directed to be tried, heard, determined and levied.

Company musters.

VI. *And be it further enacted* by the authority aforesaid, That it shall be lawful for every captain or other commanding officer of the several companies in this Province, to assemble, muster, train and exercise their respective companies, or any of them, for ordinary musters, at any time or times throughout the year, giving notice of such muster by beat of drum, or in such other expeditious manner as such captain or other commanding officer shall think fit; anything in any former law, usage or custom, to the contrary in any wise notwithstanding. *Provided always*, that it shall not be lawful to assemble any of the said companies for ordinary musters, above six times in one year. *Provided also*, and it is hereby declared, that no person or persons whatsoever shall be compelled or obliged, at any general muster, to go out of the county where such person resides, nor at ordinary musters to go out of the parish where he dwells, nor to remain at the place where such general or ordinary musters shall be appointed, above one day, except in time of actual rebellion, insurrection or invasion, or other cases hereinafter particularly mentioned and provided; nor shall this Act, nor anything herein contained, be deemed, construed or taken to extend to the giving or declaring any power for transporting or sending any of his Majesty's subjects in this Province, or any way compelling them, to march out of this Province, otherwise than by the laws of this Province ought to be done.

Captains to enrol and summon the inhabitants.

VII. *And be it further enacted* by the authority aforesaid, That the captains of the several and respective companies in each county in this Province, shall severally and respectively, enter, enlist and enroll all the names of all the male inhabitants of this Province, from the age of sixteen to sixty years, within their several and respective parishes and divisions, and shall cause the several persons so elected to be duly summoned to appear at the times and places appointed for ordinary musters in each several and respective parish or division; and the publishing the muster days as aforesaid, shall be deemed a sufficient summons within the intent of this Act, to oblige the persons liable to appear at such musters; and the persons whose names shall be so entered, enlisted and enrolled, shall be deemed and held to be enlisted in and to belong to the company of that parish or division in which they are or shall be so enlisted and enrolled, and shall be obliged to appear at musters and on all other occasions, and to be subject to the directions of this Act without any farther or other notice whatsoever.

VIII. *And be it further enacted* by the authority aforesaid, That every person liable to appear and bear arms at any muster, exercise or training hereby appointed, pursuant to the directions of this Act, shall constantly keep in his house, or at his usual place of residence, and bring with him to such muster, exercise or training, one gun or musket, fit for service, a cover for his lock, one cartridge box, with at least twelve cartridges, filled with good gun powder and ball, a horn or flask, filled with at least a quarter of a pound of gun powder, and shot pouch, with bullets proportionable to the gun powder, one girdle or belt, one ball of wax sticking to the end of his cartridge box, to defend his arms in rain, one worm and picker, four spare flints, a bayonet, sword or hatchet; of the fitness and sufficiency of which arms, every commanding officer of the company to which such person belongs is hereby declared to be the judge.

Arms.

IX. *And be it further enacted* by the authority aforesaid, That in case any person liable to appear and bear arms at muster as aforesaid, shall neglect or refuse to appear completely armed and furnished as aforesaid, at any general muster of the regiment, to which the company in which he is entered and enlisted shall belong, every such person shall forfeit and pay a sum not exceeding five pounds, current money; and in case any such person shall neglect or refuse to appear in manner aforesaid, completely armed and furnished as aforesaid, at any ordinary muster, every such person shall forfeit and pay a sum not exceeding three pounds, current money; which said several penalties shall be recovered, applied and disposed of as is hereinafter directed.

Penalty for not being armed.

X. *And be it further enacted* by the authority aforesaid, That it shall and may be lawful for the commission officers of any of the companies of this Province, six times in the year, and not oftener, to take to their assistance, if they think fit, the sergeants of such companies, and at any convenient time of the day, to repair to the place or places of residence of any person or persons, as well those persons who are obliged to appear on alarms, as to other persons liable to bear arms, and entered and enlisted in any such company, and to demand a sight of the arms, ammunition, furniture and accoutrements aforesaid; and in case any person shall refuse or neglect to produce any such arms, furniture, ammunition and accoutrements, or to suffer the same to be viewed and inspected, or if, when produced, the said officers shall find the same defective, it shall and may be lawful for the said officers to fine every person offending herein, in any sum not exceeding three pounds, current money, and to proceed against him or them for levying the same in all respects after the same manner as is directed for proceeding against persons who do not appear at ordinary musters.

Inspection of arms.

XI. And *whereas*, it may be convenient and necessary, on some particular and special occasions, to assemble the said companies at other times than are usually fixed for ordinary musters. *It is therefore further enacted and declared*, That whenever any of the said companies shall be assembled or mustered on any particular or special occasion, such assembling and mustering shall be esteemed and accounted as a muster day, and one of the six times on which the said companies are obliged to muster in one year. And *provided also*, that the said general muster of any of the said companies, according to the directions of this Act, shall be esteemed and accounted as and for one other of the six times on which the said companies are obliged to muster in any one year; anything in this Act to the

Special musters.

contrary notwithstanding. *Provided, always*, that no company or companies in this Province be assembled on such special and particular occasions, without the order, command or direction of the Governor, Lieutenant-Governor or President of this Province for the time being. *Provided also*, that this clause shall not be construed to hinder the assembling of any of the said companies or parts thereof, for suppressing insurrections, pirates, sea rovers or fugitive slaves.

Troops of horse.

XII. And *whereas*, it may very much contribute to the safety and welfare of this Province, to have a troop or troops of horse in readiness, and on particular and extraordinary occasions, which troop have heretofore usually attended the Governors of this Province, as the service of the country has required. *Be it further enacted* by the authority aforesaid, That the Governor, Lieutenant-Governor or President of this Province for the time being, shall be, and he is and they are hereby, authorized and empowered, from amongst the inhabitants of this Province who have sufficient substance to undergo the charge, and will voluntarily enter and enlist, to form a troop or troops of horse, not exceeding in the whole the number of two hundred men, and to appoint and commission proper officers to command such troop or troops, and to muster, train and exercise the said troop or troops, not less than four times in a year, at Charlestown, or such other place as the Governor, Lieutenant-Governor or President of this Province shall direct and appoint.

XIII. *And be it further enacted* by the authority aforesaid, That every person who shall enlist in the said troop or troops so to be formed, shall provide himself with a good and able horse, (his own property,) fourteen hands in height at least, and with such clothes, arms, ammunition and furniture, as the Colonel of such troop for the time being shall direct and appoint; and every person so enlisted in the said troop or troops, shall be excused and exempted from all service whatsoever in any other regiment, troop or company whatsoever, (the patrol duty excepted;) *provided*, no person whatsoever shall be admitted to enlist in the said troop or troops, unless he shall be first approved by the Colonel of the said troop or troops; and every person so enlisted shall obtain a certificate from the Colonel of the said troop or troops, specifying the time of his enlisting in the said troop or troops, which certificate the person so enlisted shall produce to the captain or commanding officer of the company of such parish or division where the person so enlisted shall live and reside; and until the person so enlisted shall have produced and shewn such certificate, he shall be liable and subject to all the penalties and forfeitures inflicted by this Act for not keeping arms, or not appearing at the musters, trainings and exercises directed by this Act. And the person so enlisted shall not be discharged from the same without giving three months notice, in writing, to the Colonel or other commanding officer of the said troop or troops, of his intent to be discharged, and shall produce a certificate, at the end of the said three months, to such commanding officer, that he is enlisted in the foot company of the parish or division where he resides; and upon such notice given and certificate produced, he shall be discharged from the said troop to which he belongs, and not otherwise.

XIV. *And be it further enacted* by the authority aforesaid, That in the time of any actual rebellion, insurrection or invasion, the said troop or troops shall attend the Governor, Lieutenant-Governor or President of this Province for the time being, in any part of this Province where the Governor, Lieutenant-Governor or President shall go or be in person; and in

such times of rebellion, insurrection or invasion, shall march, ride, or go to any place within this Province where the said Governor, Lieutenant-Governor or President for the time being, shall judge their service shall or may be required ; and shall, on all other occasions, attend the said Governor, Lieutenant-Governor or President, upon notice given in the public newspapers, or by being personally summoned by any person appointed for that purpose by the Colonel or other commanding officer of the troop or troops ; and if any person enlisted in the said troops, or either of them, shall neglect or refuse to appear at the days and times appointed for muster, or upon due summon on other occasions, on such horses, and with such clothes, arms and other accoutrements as the Colonel of the said troops shall direct and appoint as aforesaid, every such person shall forfeit a sum not exceeding five pounds, current money, to be applied, recovered and disposed as is hereinafter directed.

Who exempt from muster

XV. *And be it further enacted* by the authority aforesaid, That every able male person, from the age of sixteen to sixty years, who has once resided, and shall be within this Province for the space of three months, slaves excepted, is hereby declared to be liable to bear arms in the regiments, troops or companies in this Province, or some or one of them, according to the directions of this Act, except the several persons hereinafter particularly mentioned, who shall be excused and exempted from appearing at general and ordinary musters, at such times and in such manner as is hereafter mentioned and provided, that is to say:—all those persons who are or have been members of his Majesty's council, and their officers for the time being, the members of Assembly for the time being, and their officers, the chief justice and justices of the court of common pleas, the attornies of the said court, the clerk of the crown and peace, the provost marshal, the master and register of the high court of chancery for the time being, the judge of vice admiralty, the officers of his Majesty's customs, the surveyor-general of his Majesty's lands in this Province, the clergy, the public treasurer, powder receiver, comptroller, waiters, and commissary for the time being, his Majesty's justices of the peace, who shall actually qualify themselves and act as such, and no other, all non-commissioned colonels, lieutenant-colonels, majors and captains, in the several regiments, who have borne their several commissions for the space of ten years, or who shall have borne such commission, or any or all of them, successively, for the space of ten years in the whole, the pilots, and one person to attend each boat, and one white man to attend each ferry in this Province, and all white servants residing and employed without the limits of the parish of Saint Philip, Charlestown. *Provided*, that all the persons aforesaid, the members of his Majesty's honorable council, and of the Assembly and their officers, and the pilots and ferrymen only excepted, shall, in the time of rebellion, insurrection or actual invasion, attend under the proper colours of the company in the district in which such person shall actually live or reside, completely armed and furnished, as in this Act is directed for the foot soldiers, or shall attend the Governor, Lieutenant-Governor or President for the time being, with horse and arms, in the same manner as the troopers are hereinbefore directed, on pain of forfeiting the sum of one hundred pounds, current money.

XVI. *And be it further enacted* by the authority aforesaid, That every master or other person who hath the power over, government or command of, any white apprentice or man servant, who shall be employed within the

Apprentices and servants, to be armed by their masters.

limits of Saint Philip's, Charlestown, shall, at his or their own proper costs and charges, furnish and provide every such apprentice or man servant, during his servitude, with the arms and furniture directed by this Act; and every master and other person as aforesaid shall constantly keep such arms and furniture as aforesaid, for every such apprentice or servant, and shall send him or them so completely armed and furnished as aforesaid, to all musters, trainings and exercise, directed by this Act; and in case such apprentice or servant shall not appear, or his arms and furniture shall be found deficient, the master or such other person as aforesaid, having the government of such apprentice or servant, shall, on default made in any of the premises, be subject to the same forfeitures and penalties as are inflicted on other persons made liable by this Act to appear and bear arms at exercises, musters and trainings. *Provided, always*, that if any such servant as aforesaid, who shall be duly furnished and provided as is hereinbefore directed, and shall be sent to muster by the master or other person under whose government such servant shall be, shall, of his own accord, and contrary to the will and without the consent of the master or such other person as aforesaid, neglect or refuse to appear at any muster, training or exercise appointed by this Act, the master or other person under whose government such servant may be, shall be liable to the penalties by this Act inflicted for the default of such servant; and every such servant so offending as aforesaid, shall be obliged to serve the said master two weeks for every penalty so paid by his master or other person as aforesaid; and if any servant shall embezzle, sell or make away with the arms so to be provided for him as aforesaid, he shall be liable to make his master, or other person under whose government such servant may be, full satisfaction.

XVII. *And be it further enacted* by the authority aforesaid, That every servant within the said limits of Saint Philip's, Charlestown, who shall be freed or discharged from his service, shall be allowed six months time after such discharge, to provide himself with the arms and furniture by this Act directed and required, and until the said six months shall be expired, shall be freed and exempted from the mulcts or penalties inflicted by this Act.

No process to be served on persons mustering.

XVIII. *And be it further enacted* by the authority aforesaid, That no civil officer whatsoever shall, on any pretence, execute any process, unless for treason, felony or breach of the peace, on any person whatsoever, at any muster or other time when such person shall be obliged to bear arms in pursuance of the direction of this Act, nor in going to or returning from any muster or place of rendezvous, or within twenty-four hours after such person shall be discharged from appearing in the regiment, company or troop to which he shall belong, under the penalty of twenty pounds, current money; and the service of such process on any such person, is hereby declared to be absolutely void, to all intents and purposes whatsoever; and all arms and furniture which are by this Act required to be provided by any person whatsoever, shall not be liable to be seized, distrained or taken in execution, for any cause, matter or thing whatsoever; and in case any person shall seize, levy or distrain upon any such arms or furniture, contrary to this Act, every such person shall forfeit the sum of twenty pounds, current money; to be sued for and recovered as is hereafter directed.

XIX. *And be it further enacted* by the authority aforesaid, That in case any person who shall be obliged to bear arms, whilst the regiment,

troop or company to which he shall belong shall be under arms or in array, shall neglect or refuse to fire his gun, not exceeding six times each muster day, or shall wilfully neglect or refuse to do his duty, or to obey the other lawful commands of his officer, the majority of the officers of the troop or company to which such person belongs, if the offence shall be committed in a single troop or company, or any two field officers of the regiment to which such person shall belong, if the offence shall be committed in a regiment, shall have full power and authority to inflict on the person so offending, any pecuniary mulct, not exceeding five pounds, current money; and in case any person shall be disobedient or raise any mutiny or sedition in such regiment, troop, or company, under arms in array, such person shall be liable to a fine not exceeding ten pounds; and the said officers, respectively, over and besides such pecuniary mulct, may imprison or confine the offender, until such time as the regiment, troop or company to which the offender shall belong, shall be discharged from bearing arms on the occasion for which they shall be assembled. And in case such offender shall be a servant, and shall not, forthwith, pay such fine imposed as is last above said, the said officers, respectively, may inflict corporal punishment on such servant, by whipping, not exceeding twenty lashes.

Penalty for disobedience of orders, &c.

XX. *And be it further enacted* by the authority aforesaid, That in case any person obliged by this Act to bear arms, shall remove from one county, parish, division or place, to any other county, parish, division or place, it shall be lawful for the captain or commanding officer of the company to which such person last belonged, to levy the penalty inflcted by this Act for non-appearance at musters, or for not having or being provided with sufficient arms and furniture, in the same manner as if such person had not removed from the county, parish, division or place to which he belonged, until such time as the person so removing shall produce a certificate from the colonel or commanding officer of the troop, or from the captain or commanding officer of the company, of the parish or division into which such person shall remove, that such person is entered, enlisted and enrolled in the company of such captain or commanding officer of the parish or division to which such person is removed.

Persons removing from one district to another.

XXI. And *whereas*, to repel the invasion of any public enemy, and to suppress any dangerous insurrection or rebellion, it may be absolutely necessary to assemble and raise the greatest part of the militia of this Province. *Be it therefore enacted* by the authority aforesaid, That if the Governor, Lieutenant-Governor or President of this Province for the time being, shall receive advice from any person or persons in authority under his Majesty, his heirs or successors, or other credible person or persons in foreign parts, or if he shall receive any information, upon oath, from any credible person or persons within this Province, that any foreign enemy or armed force shall suddenly intend to invade this Province, or if any dangerous insurrection or rebellion shall be actually raised within this Province, which cannot be suppressed by one single company, it shall and may be lawful for the said Governor, Lieutenant-Governor or President for the time being, by and with the advice and consent of the Majority of his Majesty's Council for the time being, in this Province, to raise and assemble such and so many of the regiments, troops and companies by this Act directed to be formed, as the said Governor, Lieutenant-Governor or President, by and with the advice and consent aforesaid, shall think sufficient and able to suppress and repel such invasion, rebellion or insurrection, as may happen or be; and

In case of invasion the militia, how to be assembled.

for the more effectual execution thereof, it shall and may be lawful for the said Governor, Lieutenant-Governor or President of this Province for the time being, by and with the advice and consent aforesaid, to make and publish, or cause to be made and published, an alarm, throughout the whole Province, by firing six guns, two at a time, at three minutes distance, or by orders and expresses to the field officers, or other officers of the militia, to raise their several and respective regiments, troops or companies, or such part of them as shall be ordered and directed, to march and rendezvous at such proper times and places within this Province, as the said Governor, Lieutenant-Governor or President for the time being, shall think fit. And the said alarm shall be carried on throughout the whole Province by all the commissioned officers in the militia, by firing three small arms at convenient intervals, from place to place, and by speedy raising of their several companies, and taking all other proper and effectual measures to give notice of the motion of the enemy, and forwarding, with the utmost expedition, all necessary information to the Governor, Lieutenant-Governor or President for the time being, and by putting in execution all such orders as they shall receive from their respective superior officers.

Alarms.

XXII. *And be it further enacted* by the authority aforesaid, That an alarm shall be made by any commissioned militia officer, by firing three small arms, on sight of any enemy, or on information of any enemy appearing or mischief done by an enemy, from any white man of credit who hath seen the same, of the credit of which informer the said officer shall be a judge; and every alarm shall be carried on by all persons hearing or having knowledge of the same, by firing three small arms, distinctly, as usual; and the said officer who hath fired the alarm shall raise the company of which he is an officer, by beat of drum, or by ordering men to warn their next neighbors, till the company can be got together; and also, the commanding officer of the said company shall, with all convenient speed, dispatch two expresses, one to the Governor, Lieutenant-Governor or President for the time being, and the other to the next field officer of the regiment to which the said company belongs, with an account of the cause of the alarm so made; upon which notice, the said field officer shall have power to raise any number of men of the regiment he belongs to, to march to the assistance of the inhabitants of this Province who are in danger.

Penalty for neglect in time of alarm.

XXIII. *And be it further enacted* by the authority aforesaid, That if any person whatsoever, who by this Act is liable to bear arms, shall, in time of such alarms, neglect or refuse to use his uttermost means and endeavors to convey and communicate the said alarm or notice of the enemy's approach, every such person shall forfeit and pay the sum of fifty pounds, current money. And in case any such person, after he hath notice of an alarm, does not, forthwith, repair completely armed and accoutred as aforesaid, with all convenient speed, to the place where the regiment, troop or company to which he shall belong shall be appointed to rendezvous, every such person shall forfeit one hundred pounds, current money; and in case the company or troop to which such person shall belong, shall actually engage and fight with the enemy before such person shall appear in the said regiment, troop or company, in every such case, the person not appearing as aforesaid, shall forfeit two hundred pounds, current money.

XXIV. And *whereas*, several parts of this Province, lying on the sea coasts, are exposed to the depredations of pirates and sea rovers; and many inland places are in danger of incursions from Indians, and are frequently infested with fugitive and revolted slaves, whose sudden attempts

may prove fatal to many of his Majesty's subjects, before notice can be given to his Majesty's Governor; therefore, for the more effectual preventing, repelling and suppressing such sort of mischiefs, *Be it enacted* by the authority aforesaid, That it shall and may be lawful for every commissioned officer in the militia, when occasion shall require, to assemble, arm and raise any number of men belonging to their respective companies, for which they shall be commissioned and appointed, and if need be, to give notice and call to their aid the officers and men of any adjacent company, to disperse, suppress, kill, destroy, apprehend, take or subdue, any pirate, sea rover, Indian or other enemy, who shall, in a hostile manner, hurt, or attempt to hurt, any of his Majesty's subjects, in their persons or possessions, or any company of slaves who shall be met together, or who shall be lurking in any suspected places where they may do mischief, or who shall have absented themselves from the service of their owners; and in case any person whatsoever, who by this Act is liable to bear arms, shall neglect or refuse to appear, upon notice given by any commissioned officer of the troop or company to which such person belongs, or appearing, shall not attend and obey the said officer, completely armed and furnished, according to the directions of this Act, every such person, for every such neglect or refusal, shall forfeit the sum of ten pounds, current money.

Pirates, Indians, &c. how to be repelled.

XXV. And *whereas*, in time of invasion, if the militia of the whole Province were to be assembled, great dangers might arise from the insurrections or other wicked attempts of slaves; for the prevention thereof, *Be it further enacted* by the authority aforesaid, That in time of invasion or insurrection, and when it shall be found necessary to march the several regiments, troops or companies, or any of them, out of their proper counties, parishes or divisions, one fourth part, at least, of every company in this Province, shall stay and remain in the respective parishes and divisions to which they belong, and shall be formed into patrols, under the command of such officers as the commissioned officers of the company shall direct and appoint, until the Governor, Lieutenant-Governor or President, shall commission and appoint a commander or officer for each of such patrols, under whose command, respectively, they shall continue, until the rest of the company shall return to their habitations, and shall be discharged from bearing arms. And the patrol so formed shall be obliged to be on constant duty, and to ride, and patrol, and guard the plantations, and to keep the slaves within their several parishes and divisions, in good order; and shall place proper guards, watches and centinels, at proper and convenient places, to give notice of danger, or for the more speedy conveying advices and intelligence to the Governor, Lieutenant-Governor or President of this Province, or any army which shall be raised and assembled by his command. And in case any person or persons whatever, who shall stay and remain as aforesaid, in any of the parishes or divisions to which he or they may belong, shall neglect or refuse to ride patrol, or to watch, stand centinel, or keep guard, or do any other duty hereby enjoined or required, or shall refuse to obey the lawful commands of any person who shall be appointed to command such patrol, every person so offending shall forfeit any sum not exceeding one hundred pounds, current money.

Patrols.

XXVI. And that no unequal burthen may be laid on the inhabitants of this Province, *Be it further enacted* by the authority aforesaid, That in all times of invasion, rebellion or insurrection, when any person shall receive orders to march out of their county, parish or division, the captain or other commanding officer who shall be present, shall cause the names of all the

Lists of names to be drawn.

persons who are entered, enlisted and enrolled in the muster roll of such company, (officers excepted,) to be wrote down on small scrolls of paper, which shall be folded up and put into a hat, and shall be shaken together, and the clerk or sergeant of the said company shall draw out of the hat the names of so many persons as will not exceed three-fourth parts of the said company; and the persons whose names shall be so drawn, shall be obliged to march according to such orders as shall be given by the Governor, Lieutenant-Governor or President, and according to the directions of this Act; and the rest, whose names shall be left in the hat, shall stay in their respective parishes and divisions, and shall do the duty of the patrol hereby directed to be performed. *Provided, always*, that no officer of any company shall be excused from marching with the company for which he is appointed, unless by particular orders from the Governor, Lieutenant-Governor or President it shall be directed otherwise; in which case such officer so directed to stay, shall be the commanding officer of that part of the company which shall be so left in their several districts. *Provided also*, that if any person whose name shall be drawn as aforesaid, and who shall thereby be obliged to march out of his parish or division, can provide an able man (to be approved by the majority of the officers of the company to which such person belongs,) completely armed and furnished according to the directions of this Act, every such person shall be permitted and at liberty so to do; and upon producing and sending out such able man in his stead, shall be excused from going out or marching in person. *Provided also*, that the person who provides and sends another person in his stead, shall be still obliged to serve in the patrol to be formed according to the directions of this Act, and shall be subject to all the penalties and forfeitures by this Act inflicted on such as shall be guilty of disobedience, or shall neglect or refuse to ride in such patrol; anything herein contained to the contrary thereof in any wise notwithstanding.

Power of impressment.

XXVII. *And be it further enacted* by the authority aforesaid, That in the time of any alarm made upon any insurrection, rebellion or invasion, all field officers and captains of every company be, and they are hereby, empowered, by themselves, or their warrant to any inferior officer or soldier, to impress any provisions, horses, boats, canoes, pettiaugers and vessels with their furniture, or whatever other things they shall want or have need of for the service of this Province. *Provided always*, that all provisions, horses, boats, canoes, pettiaugers and vessels, and whatever other things impressed as aforesaid, by the proper officer hereby impowered, be by the said officer brought before three or more indifferent persons, being freeholders, and having judgment in the respective things so impressed and brought before them, to be appraised and valued before it be disposed of for the service of this Province; and that when the same shall be so valued and appraised, the said officer do give a receipt under his hand for the same, to the owner thereof, if he conveniently can; and the commanding officer or captain of each company do cause his or their clerk or clerks to enter the same in a book to be kept for that purpose; and that the said appraisers shall appraise and ascertain any loss or damage that may happen to befal the said effects so impressed for the service aforesaid, or allow a competent hire for the same, when retured to the said owners, as the case shall require, and the same to be given under the hands of the appraisers, to the owner or owners thereof, directed to the public treasurer, who is hereby ordered to pay the same; and also, that such commanding officer or captain of each company, after such alarm shall be

over, and before his or their company or companies shall be discharged, do order so many men as he or they shall think fit, to carry such horses, boats, canoes, petiaugers and vessels, or whatever other things they shall have impressed, to the respective owners from whom they were taken, the owners giving their receipt upon the re-delivery of the same; and the said commanding officer or captain of each company, and each and every of them, are hereby empowered to draw an order on the public treasurer, payable to the persons aforesaid, for so much money as he or they shall think the said persons, for carrying home any of the things hereinbefore mentioned, deserve; and the public treasurer is hereby ordered to pay the same.

XXVIII. *And be it further enacted* by the authority aforesaid, That the commanding officer or captain of each company do lodge in some convenient and secure place, for the public use, all the provisions and ammunition impressed by him or them, or by virtue of his or their warrant or order, and that shall remain unexpended after an alarm, and that he take a particular account thereof.

XXIX. *And be it further enacted* by the authority aforesaid, That if any officer of the militia, or other person whatsoever, who by this Act shall be obliged to bear arms, shall knowingly or wilfully, in time of rebellion, insurrection or invasion, offend in anything against this Act, or shall neglect or refuse to do, execute or perform any act, matter or thing which by this Act is required, directed, prescribed or enjôined by him or them to be done, executed or performed, for which no particular penalty is hereby inflicted, then every such person so offending, neglecting or refusing as aforesaid, shall incur, forfeit and pay the several mulcts, penalties and forfeitures following, that is to say:—if such person so offending, refusing or neglecting as aforesaid, shall be a commissioned officer of the militia, above the degree of a captain, the several persons hereby empowered to hear and determine offences committed against this Act, shall and may, and they are hereby authorized and empowered to, inflict on such person a pecuniary mulct or fine, not exceeding the sum of five hundred pounds, current money; and in case the person offending shall be a captain, or any inferior commissioned officer under the degree of a captain in the militia, a pecuniary mulct or fine shall be inflicted as aforesaid, not exceeding the sum of three hundred pounds, current money; and if any non-commissioned officer of the respective troops or companies, or any private person who is obliged to bear arms, shall offend as aforesaid in any thing against this Act, there shall be inflicted as aforesaid a mulct or fine not exceeding the sum of one hundred pounds, current money; but if the person so offending shall be an indented servant, and hath no goods to be levied on, and shall neglect or refuse to pay the mulct or fine which shall be inflicted as aforesaid, for the space of ten days, he shall receive corporal punishment, not exceeding forty lashes, with a whip or switch, on the bare back.

*Fines for offences against this Act.*

XXX. *And be it further enacted* by the authority aforesaid, That the captains of each company shall have power to appoint any two persons within their respective companies, who are obliged to appear at common musters, as they shall think fit, to be sergeants of the said companies, who shall be obliged to act and continue such for the term of one year; and if any person, after he is so appointed, shall refuse or neglect to act and perform their duty as sergeant in the said companies, respectively, the person so refusing to take the office upon him, or neglecting his duty

*Sergeants.*

afterwards, shall, for every offence, forfeit the sum of ten pounds, current money; to be recovered and levied as other fines in this Act are directed. *Provided, always*, that no person shall be subject to such fine for not taking the said office upon him more than once in seven years.

Offenders, how to be tried.

XXXI. *And be it further enacted* by the authority aforesaid, That all offences against this Act shall be examined, heard, tried, adjudged and determined, in manner following, that is to say:—all offences committed by any field officer, shall be heard, tried and determined by the Governor of this Province for the time being, and the majority of his Majesty's Honorable Council, residing in the Province; and all offences committed by any captain or inferior commissioned officer, shall be heard, tried and determined by a majority of the field officers of the regiment or troop to which such captain or inferior officer shall belong; and all offences committed by any non-commissioned officer, or private person who is by this Act obliged to bear arms, shall be heard, tried, adjudged and determined before the majority of the commissioned officers of the troop or company to which such person shall belong, at such time or times as the said officers shall think fit to assemble and meet together; and the said commissioned officers of the said troop or company, or a majority of them, shall proceed against such offender and offenders so summoned, in the most expeditious and summary way, without observing formalities of law, only examining into the truth of the case by the examination of witnesses, upon oath, and such other evidences as can be speedily had; and upon conviction of any offender, the said Governor and Council, or field officers, or commissioned officers, respectively, are fully authorized and empowered to levy the mulcts or penalties inflicted, by warrant of distress, and sale of the offender's goods, returning the overplus, if any there be; but in case the offender shall refuse to produce goods, then, by warrant, to commit the offenders to the common goal in Charlestown; which warrant shall be in the words following, that is to say:

SOUTH CAROLINA,

*By ——— commission officers of the ——— company of foot in ——— parish, commanded by ———.*

TO THE SERGEANTS OF THE SAID COMPANY, AND TO THE KEEPER OF THE COMMON GOAL IN CHARLESTOWN.

*Whereas*, A B, a person enlisted and liable to bear arms in the said company for ———, it is by us duly adjudged that he, the said A B, has forfeited, for the offence aforesaid, the sum of ———, current money, which sum the said A B has neglected to pay by the space of ten days next after the adjudication. These are, therefore, in his Majesty's name, to charge and command you, and each of you, forthwith to apprehend the body of the said A B, and him safely convey to the common goal in Charlestown, and that you deliver him to the keeper of the said goal, together with this warrant, commanding you, the said keeper, to receive the body of the said A B, and detain him in your custody, without bail or mainprize, until he shall pay and discharge the fine aforesaid, together with all costs and expenses attending the execution hereof, and the charge of his detainer in custody—hereof fail not.

If the warrant be against the goods of offenders, &c., then after the within recital of the procedure, say:

These are, therefore, in his Majesty's name, to command and require you, and each of you, that you levy and cause to be made, of the goods and chattels of the said A B. the said sum of ———, and the same goods you

expose to sale, and sell at public outcry, first giving three days notice of such sale; and out of the monies therefrom arising, you are first to deduct and keep the said sum of ———, and all reasonable charges and expenses, and the overplus, if any there be, you shall return or tender to the said A B; and this shall be your warrant.

And in case it shall so happen, that if any person or persons against whose body such warrant shall be granted as aforesaid, shall be refractory, and refuse to give obedience thereunto, the marshals or sergeants aforesaid, or other person or persons to whom such warrant shall be directed, are hereby empowered, by forcible means, to compel such offender to the common goal, and all the charges and expenses which shall attend the execution of the warrant of commitment aforesaid, shall be taxed and ascertained by any justice of the peace in Charlestown, who is hereby required to do the same without fee or reward; and such taxation shall be delivered to the keeper of the said goal, together with the said warrant, and such offender shall remain in prison, without bail or mainprize, until the said fine or mulct, and the charges and expenses so taxed, shall be fully paid and satisfied.

Form of summons.

XXXII. And *whereas*, it has been heretofore found difficult personally to summon defaulters in the parish of St. Philip, Charlestown. *Be it therefore enacted* by the authority aforesaid, That the sergeants of the several companies in the said parish only, shall leave the following notice at the respective places of abode of such offenders, and the same shall be deemed, to all intents and purposes, equal to a personal service.

"You, A B, are hereby summoned to be and appear before the commissioned officers of the company in which you are enrolled, commanded by ———, on ——— next, at the house of ———, to shew cause, if any you have, why you should not be fined; (here insert the offence,) of this fail not, at your peril."

Fines, how to be applied.

XXXIII. *And be it further enacted* by the authority aforesaid, That all fines of the common men for non-appearance at general musters, shall be paid and applied to the use of the respective sergeants of the companies in which any neglect of appearance at general musters shall happen; and also all other fines, mulcts, penalties and forfeitures which shall be inflicted, levied or recovered, by virtue of this Act, shall be applied and disposed as follows, that is to say:—all fines and penalties, not exceeding three pounds, current money, in the foot service, shall be paid and applied to the use of the sergeants; and all fines not exceeding five pounds, current money, incurred by any person in the troop or troops, to the marshal of the respective company or troop to which the person on whom the fine or fines shall be inflicted doth belong; and all fines and penalties exceeding the said sum of three pounds and five pounds, current money, respectively, shall be and enure to the use of his Majesty, to be applied to the maintaining and keeping in repair the public arms of this Province, to be paid in to the public treasurer, to be issued by the direction of the General Assembly.

Warrants, how to be executed.

XXXIV. *And be it further enacted* by the authority aforesaid, That the marshal of each respective troop for the time being, shall be, and is hereby, authorized and required to execute, or cause execution to be done, of all warrants, orders and receipts which shall be issued by the Governor and his Majesty's Council, for the recovering the penalties, mulcts and forfeitures inflicted by this Act; and the marshal of each respective troop, and the sergeant or sergeants of the respective companies, shall respec-

tively, execute, or cause execution to be done, of all other warrants and precepts issued for the purposes aforesaid. *Provided, nevertheless*, that no execution against the body or goods of any offender, shall be issued till such person against whom the adjudication as aforesaid shall be made, have refused or neglected to pay their respective fines as aforesaid, by the space of ten days next after such adjudication; anything hereinbefore contained to the contrary notwithstanding.

Penalty for not executing warrant.

XXXV. *And be it further enacted* by the authority aforesaid, That in case any person who shall be duly nominated and appointed marshal of a troop, or sergeant of a company, shall, after notice of such nomination or appointment, refuse or neglect to execute any warrant or precept issued in pursuance of the direction of this Act, and to him or them directed, for the space of twenty days after the receipt of the same, the said marshal or sergeant shall, respectively, forfeit for each offence, the sum of ten pounds, current money, to be recovered and disposed of as aforesaid.

Extra-parochial persons, where to muster.

XXXVI. *And be it further enacted* by the authority aforesaid, That in case any male person who has been in this Province for the space of three months, shall settle himself and reside in any extra parochial place, or any part of the Province where the bounds of the counties or parishes are not certainly known or ascertained, every such person shall be entered, enlisted and enrolled in the company of the parish or division which is nearest to the residence or habitation of such person, and such person shall be deemed and adjudged as belonging to such nearest company, to all intents and purposes whatsoever.

List of slaves to be made,

XXXVII. And *whereas*, it hath been found by experience that several negroes and other slaves have, in times of war, behaved themselves with great faithfulness and courage, in repelling the attacks of his Majesty's enemies, in their descents on this Province, and have thereby demonstrated, that trust and confidence may in some instances be reposed in them. And *whereas*, it is necessary that the male slaves in this Province should be rendered as serviceable as possible in times of war or the invasion of a foreign enemy: for the better effecting thereof, *Be it further enacted*, by the authority aforesaid, That every master, mistress, owner, manager, attorney or trustee of or for any slaves in this Province, shall, within six months next after the passing of this Act, return to the captain or commanding officer of the respective companies of the militia, in whose beat or precinct such slaves do live or reside or are commonly used or employed, a true and faithful list in writing, of all the male slaves of such person, or which are under their care or management, from the age of sixteen to the age of sixty years, and shall therein specify the names, ages and country of such slaves respectively, according to the best of the knowledge and belief of the person returning the same as aforesaid; and to the end that the number of able male slaves may be constantly known, the said list shall be renewed and returned as aforesaid, by the respective persons as aforesaid, once in every year, on the first muster day after the twenty-fifth day of March; and such lists shall be returned by the respective captains to their respective Colonels, and by them to the Governor, Lieutenant Governor or President, within two months after the same shall be given to the said captains respectively.

And the most faithful to be enlisted,

XXXVIII. *And be it further enacted* by the authority aforesaid, That the Governor, Lieutenant Governor or President of his Majesty's Council in this Province for the time being, be, and they are hereby, authorized and empowered to direct and order the several captains of the companies of the militia of this Province, from time to time, to enlist in their respective

companies, such and so many of the said male slaves so to be returned to them as aforesaid, and which shall be recommended to such captains by the respective owners or managers of such slaves to be most faithful and fit for service, as the said Governor, Lieutenant Governor or President, by and with the advice of his Majesty's honorable Council for the time being, shall in their discretion think necessary for the service and defence of this Province. *Provided, always*, That the said number of slaves so to be enlisted in the several companies without the limits of the parish of St. Philip, Charlestown, do not exceed in the whole the number of one third of the white men in each respective company; and that the number of slaves so to be enlisted in the companies within the limits of the said parish of St. Philip, Charlestown, do not exceed one half part of the number of slaves returned within the said parish, proportioned as aforesaid.

XXXIX. *And be it further enacted* by the authority aforesaid, That the said slaves so to be enlisted as aforesaid, shall be incorporated into the respective companies in which they are enlisted, and shall be taken as part thereof, and shall in time of general alarm and actual invasion of this Province, and not otherwise, be armed by the respective owners or managers of such slaves, with one sufficient gun, one hatchet, powder-horn and shot-pouch, with ammunition of powder and bullets for twenty rounds, and six spare flints, and shall be sent by their respective owners or managers to the place of rendezvous of the respective companies in which they are enlisted; and which said slaves shall be then and there commanded and directed for the service of this Province, by the captain or other commanding officer of the company, during all such times as the said companies shall be upon actual duty or continue under arms; and instead of a pecuniary fining, such slaves, for breach or neglect of duty, shall be subject to such corporal punishment for their offences during such time, as the majority of the commissioned officers of the respective companies shall think fit to inflict, not extending to loss of life or member.

And to serve in time of invasion, &c.

XL. And *whereas*, it will be extremely difficult, if not impossible, so to proportion the number of the said slaves to be enlisted as aforesaid, on every particular owner of slaves in this Province, so as to make the same an equal burthen on all the owners: And *whereas*, it is not just that any of the members of the community should bear more than their true proportion of the hazard or expence in the defence of this Province; therefore, for the more equal settling the same, *Be it further enacted* by the authority aforesaid, That the several owners of the said slaves so to be enlisted as aforesaid, shall be paid out of the public treasury of this Province, for the time such slaves shall be in the public service of this Province as aforesaid, after the rate of seven shillings and six pence per day for each slave. And in case it shall so happen that any slave so enlisted as aforesaid shall be killed in the service of this Province, the owner of such slave shall be paid the full value of such slave, out of the public treasury of this Province; and in case any slave in the service aforesaid shall be only maimed and disabled, the owner shall be likewise paid out of the public treasury the full value of his loss sustained thereby; and to the intent that such valuation may be justly and indifferently set and made between the public and the owner of the slave, the same shall be made by any three freeholders in this Province, the one to be named by the captain or other commanding officer of the company in which such slave is enlisted, another by the owner or manager of such slave, and the third by the joint nomination of the two

Their pay.

first freeholders named as aforesaid, and the valuation to be set or fixed by any two of the said three freeholders, and certified under their hands, shall be determinate and conclusive between the public and the respective owners.

Reward for meritorious conduct in battle.

XLI. And *whereas*, it is necessary that all due and fitting encouragement should be given to such poor and indigent free men and servants, and also to slaves, who shall behave themselves manfully in fight against the enemy in defence of this Province; *Be it further enacted* by the authority aforesaid, That every poor free man or white servant, who shall boldly and cheerfully oppose the common enemy, and shall in fight happen to be maimed or disabled from labour, every such poor free man or servant, upon obtaining a certificate thereof from the majority of the field officers of the regiment or troop to which such person belongs, under their hands and seals, shall from thenceforth be entitled unto, and shall yearly and every year receive out of the public treasury of this Province, during the life or abode of such person in this Province, the sum of twelve pounds proclamation money; but if such free man so maimed and disabled, shall be a married man, then he shall be entitled to and receive out of the public treasury, during his life and abode in this Province, the sum of eighteen pounds, proclamation money, yearly; and if it shall so happen that any poor free man that is a married man as aforesaid, or hath any child or children under the age of twelve years, shall so happen to lose his life in the service aforesaid, that then the widow of such poor free man shall thenceforth during her widowhood and residence in this Province, or the children of such poor free man, (where there is no widow) under the age aforesaid, until they attain the said age, shall be entitled to and receive out of the public treasury of this Province, the sum of twelve pounds, proclamation money, yearly; and the field-officers and any two captains in the regiment to which such person belongs, associating themselves together, and certifying the same under their hands, are hereby declared to be proper judges of the poverty or indigence of every person so maimed and disabled, or killed, so as to entitle them or their widows and children, respectively, to the respective bounties or allowances as aforesaid; and every white servant in the said companies, and also every negro or other slave so enlisted as aforesaid, who shall actually engage the enemy in times of invasion of this Province, and shall couragously behave themselves in battle, so as to kill any one of the enemy, or take a prisoner alive, or shall take any of their colours, every such white servant and slave shall, upon due proof thereof, either by certificate of a field officer, or captain of any company, under his hand, who shall happen personally to see the action, or shall be informed thereof by the oaths of two creditable white persons, shall be, and he is hereby declared to be, from thenceforth free and absolutely discharged from all slavery and service whatsoever; and the owner or owners of such white servant and slaves so declared to be free, shall be satisfied for the full value of such white servants and slaves out of the public treasury of this Province, such valuation to be made and set in the same manner as is herein before directed for the valuation of slaves killed in the service; but in case any such enlisted slaves shall manfully behave themselves in fight with the enemy, but shall not have such success as to kill or take any enemy or any of their colours, but who shall yet remarkably behave him or themselves in the engagement so as to deserve public notice, every such slave, upon obtaining a certificate thereof, under the hand of any field

officer, who shall certify such action, either from their own personal knowledge, or upon the oaths of any two creditable white servants, shall be entitled to and receive from the public treasurer, yearly, and every year, a livery coat and pair of breeches made of good red negro cloth, turned up with blue, and a black hat and a pair of black shoes, and shall that day in every year during their lives on which such action shall be performed, be freed and exempted from all personal labor and service to their owner or manager.

XLII. And to the intent that the encouragements herein before mentioned to be given to poor free men, servants and slaves, to behave themselves faithfully and courageously in the service of this Province, in times of war or invasion, may be more publicly known, *Be it further enacted* by the authority aforesaid, That the clauses in this Act relating to such encouragement, together with this clause, shall be publicly read by the respective captains of each company of the militia of this Province, at the head of their companies, on the next muster day of their respective companies, after the twenty-fifth day of December next after the passing of this Act; and every captain that shall neglect to publish the same as aforesaid, shall forfeit and pay the sum of ten pounds, current money, to be recovered by the church wardens of the respective parishes where such omission shall be made, by warrant under the hand and seal of any justice of the peace in the said parishes, and such forfeiture shall be applied by the said church wardens respectively to the use of the poor of the parish in which such offence is committed.

XLIII. *And be it further enacted* by the authority aforesaid, That every master, mistress, owner, manager, attorney or trustee of or for any slave or slaves as aforesaid, who shall refuse or neglect to make out and give in, and from time to time to renew, a list of their several male slaves, as aforesaid is directed, every such owner and manager shall, for every such refusal or neglect, forfeit and pay any sum not exceeding twenty pounds, current money; and every such owner or manager, residing where such slaves are employed, who shall refuse or neglect to send or bring his said slaves that shall be enlisted in the militia as aforesaid, at all times of alarm and invasion, to the place of rendezvous of the respective companies in which such slaves shall be so enlisted, after such owner or manager hath had notice of such slaves being enlisted in the said companies, from the captains of such companies, every such owner and manager shall respectively, for every such refusal or neglect, for every such slave so enlisted, forfeit and pay the sum of one hundred pounds, current money; which said forfeitures shall be recovered by a warrant under the hands of a majority of the field-officers of the regiment to which such persons belong, and be paid and applied to such uses as the General Assembly shall direct and appoint.

Penalty on owner of slaves for neglect.

XLIV. And *whereas*, there hath been lately erected and put into good order, for the better defence of the said Province, two batteries or bastions, the one called Broughton's battery, on the White Point, at the South end of Charlestown, in the said Province, and the other Craven's bastion, at the North end of the said town, on which several cannon have been mounted. And *whereas*, it is necessary that two master-gunners be appointed for the same, to take care of the cannon and other warlike stores that are and may be lodged in the said batteries, respectively, that the same may be always in order and readiness, upon all occasions. *Be it further enacted* by the authority aforesaid, That one master gunner for each of

Gunners to be appointed.

the said batteries, shall be nominated and appointed by the Governor, Lieutenant-Governor or President for the time being, who shall constantly live and reside in the said batteries, respectively, and have the use of the houses therein erected, and shall be obliged, for the salaries or allowances to be from time to time provided by the General Assembly of this Province, to observe and perform the duties of master gunners, respectively, of the said batteries, and shall be, and are hereby, obliged to take care of and keep in good order all the warlike stores in the said batteries, respectively, in such sort and manner as the same at all times may be fit and ready for service, upon pain of forfeiting their pay, which shall be due at any time when any neglect or omission of their duties shall be known or discovered. And *whereas*, the captain or master gunner of Granville's bastion, who will also have under his care and direction the cannon mounted and to be mounted on the Curtain Line, on the Bay of Charlestown, the said captain or master gunner of Granville's bastion and the Curtain Line aforesaid, shall have an allowance or salary of two hundred pounds, current money, per annum, and shall be held and obliged to take care and keep in good order, at all times, fit and ready for service, all the warlike stores in Granville's bastion aforesaid, and on the said Curtain Line, or that shall be necessary to be employed in the use of the cannon there, upon pain of forfeiting his pay for every omission or neglect aforesaid;

Fortifications to be inspected.

XLV. And to the end that this part of this Act may be more particularly observed, *Be it further enacted* by the authority aforesaid, That the commissioners of the fortifications for the time being, or a majority of them, are hereby authorized and empowered, from time to time, and at all such times as they shall think fitting, to repair to and view the cannon and other warlike stores kept in or for the use of the said batteries and bastions, and curtain line, respectively, and to inspect and see whether the same are kept in such good and sufficient order, according to the true intent and meaning of this Act, as they ought to be, and upon any omission or neglect of duty of the said master gunners, respectively, to certify the same under their hands, to the Governor, Lieutenant-Governor or President for the time being, in order to such master gunners being removed from their respective trusts and employments; and from the date of such certificates, the salaries of such master gunners, respectively, shall be stopped.

Certain companies to be exercised in the use of cannon.

XLVI. And that the inhabitants of St. Philip, Charlestown, and James Island, may be the better trained and exercised in the use of great guns, *Be it enacted* by the authority aforesaid, That the several companies of the regiment of St. Philip, Charlestown, and James Island company, respectively, shall, once in every six months, on a muster day, by their respective officers, be trained and exercised in the use of the cannon or great guns; the regiment of Charlestown in the said batteries, respectively, and James Island company at fort Johnston; and the several men in or belonging to the said companies, respectively, as well on such training and exercising days as at all other times when the said companies shall be lawfully commanded to rendezvous at such batteries and at fort Johnston, shall be, and they are hereby obliged to be, obedient to all the lawful commands of their respective officers therein, upon pain of incurring the same penalties as are by this Act inflicted in other cases for breach or neglect of duty when such companies are under arms.

XLVII. *And be it further enacted* by the authority aforesaid, That if any person or persons whatsoever shall be sued, impleaded, molested or

prosecuted for any matter, cause or thing whatsoever, done or executed, or caused to be done and executed, by virtue of or in pursuance of this Act, and all and every person or persons who shall or may, by the command, or in aid or assistance of any person who shall do or execute, or cause to be done and executed, any matter or thing, by virtue of or in pursuance of this Act, shall and may plead the general issue, and give this Act and the special matter in evidence; and in case the plaintiff or prosecutor shall suffer a discontinuance, enter a *noli prosequi*, suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit, for which any court in this Province where such prosecution shall be brought, are hereby fully authorized and empowered to give judgment and award execution accordingly.

General issue may be pleaded.

XLVIII. *And be it further enacted* by the authority aforesaid, That one Act of the General Assembly of this Province, entitled "An Act for the better regulating the militia," passed the eleventh day of March, one thousand seven hundred and thirty-seven; and one other Act, entitled "An additional and explanatory Act to an Act for the better regulating the militia of this Province," passed the third day of April, one thousand seven hundred and thirty-nine; and one other Act, entitled "An Act for the further security and better defence of this Province," passed the eighteenth day of September, one thousand seven hundred and thirty-eight, be, and they and every of them are hereby, repealed, annulled and made void, to all intents and purposes whatsoever; anything in the said Acts, or either of them, or in any other Act, contained, notwithstanding.

Former Acts repealed.

XLIX. *And be it further enacted* by the authority aforesaid, That this Act shall be and continue in force for and during the space of five years, and from thence to the end of the next sessions of the General Assembly, and no longer.

HENRY MIDDLETON, *Speaker.*

*In the Council Chamber, the* 13*th day of June*, 1747.

*Assented to:* JAMES GLEN.

Continued by Act of 1753 for two years; and revived and continued for five years by Act of 1759. Expired.

# DEX23

ATF141

557

In the County of *Gloucester*, *Bodo Otto*, jun. Esquire.
In the County of *Salem*, the Reverend *William Schenck*.
In the County of *Cape-May*, *Henry-Young Townsend*, Esquire.
In the County of *Hunterdon*, *Nathaniel Hunt*, Esquire.
In the County of *Morris*, Colonel *Ellis Cook*.
In the County of *Cumberland*, *Joel Fithian*, Esquire.
In the County of *Sussex*, *Edward Dunlap*.

Vacancies, how to be supplied.

And the said Agents shall keep their Offices open until the first Day of *December* next ensuing, and no longer; and in case any of the Persons aforesaid shall neglect or refuse to accept the Appointment, or remove out of the County after the Acceptance thereof, or by Death or by Disability should be rendered incapable of exercising the Office aforesaid, it shall and may be lawful for the Representatives of the County, or a Majority of them, wherein such Vacancy shall happen, as soon as convenient after their Knowledge thereof, to supply the Vacancy, and report their Appointment to the Treasurer as soon as possible; and the Person so appointed shall be vested with the same Powers, perform the like Duties, and be entitled to equal Rewards with those appointed to that Service in this Act, as though he had been named therein.

Certificates to be payable in three years, and bear an Interest of *Seven per Cent.*

5. AND BE IT FURTHER ENACTED, That the Certificates for Money borrowed on the Faith of this State, as pledged in and by Virtue of this Act, shall be given payable in three Years from their Date, bearing an Interest of *Seven per Centum per Annum*, and that the said Certificates shall not be subjected to the Imposition of any Tax or Taxes. And each and every of the Agents acting by Virtue of this Act, shall be entitled to retain in their Hands *One per Centum* for their Trouble, on all Money they may borrow and pay, agreeably to the Directions of this Act.

*Passed at* Trenton, January 8, 1781.

---

## CHAP. XIII.

*An* ACT *for the regulating, training, and arraying of the Militia, and for providing more effectually for the Defence and Security of the State.*

A Supplem Act 765. 6 Vol. 234.

Preamble.

WHEREAS the several Laws heretofore made for the Government of the Militia, and for the Purpose of directing the internal Force of the State to the Preservation and Safety of the same, have been found inadequate to these important Purposes, and have become, from their Number and Diversity, difficult to be understood and executed; Therefore,

Militia, how to be divided.

*Sect.* 1. BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same*, That from and after the Publication of this Act, the Militia of this State shall be divided into three Brigades, as follows: The Militia of the Counties of *Bergen*, *Essex*, *Morris*, *Sussex*, and of those Parts of the Counties of *Middlesex* and *Somerset* lying on the Northern and Eastern Side of *Raritan* River, and of the South Branch of the same, shall compose the upper Brigade; the Militia of the Counties of *Monmouth*, *Hunterdon* and *Burlington*, and

558

and of thoſe Parts of the Counties of *Middleſex* and *Somerſet* lying on the Southern and Weſtern Side of the ſaid River *Raritan*, and of the South Branch of the ſame, ſhall compoſe the middle Brigade; and the Militia of the Counties of *Glouceſter*, *Salem*, *Cape-May* and *Cumberland*, ſhall compoſe the lower Brigade.

Brigades, by whom to be commanded.

2. AND BE IT FURTHER ENACTED, That each Brigade ſhall be commanded by a Brigadier or Colonel Commandant, who ſhall be the eldeſt Colonel, and if there is no Colonel, the eldeſt Lieutenant-Colonel of the Regiments which compoſe the Brigade, to be determined by the Date of their ſeveral Commiſſions; which Brigadiers, Colonels, or Lieutenant-Colonels Commandant, ſhall be empowered to appoint a Major of Brigade, to rank as Major of the Militia, and receive Pay on the Certificate of his Brigadier, Colonel or Lieutenant-Colonel Commandant.

Regiments, how to be officered.

3. AND BE IT FURTHER ENACTED, That each Regiment or Battalion ſhall be officered with one Lieutenant-Colonel (except where a Colonel is already appointed) and one Major; and alſo with an Adjutant, who ſhall be taken from the Line, and rank as Firſt Lieutenant, and when in Service be entitled to the Pay and Rations of a Captain; one Quartermaſter, who ſhall alſo be taken from the Line, rank with Lieutenants, and receive like Pay and Rations when in Service; and when Circumſtances will admit, a Surgeon; which Regimental Staff-Officers ſhall be appointed by the Field Officers or a Majority of them; and the Commanding Officer of each Regiment or Battalion ſhall appoint a Sergeant-Major. PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commiſſioned in any Regiment or Battalion both ſhall be continued, but Vacancies happening in the Office of Second Major, ſhall not hereafter be ſupplied.

Proviſo.

Treaſurer to be appointed to each Regiment.

4. AND BE IT FURTHER ENACTED, That the Field Officers of each Regiment or Battalion within this State, in Conjunction with the commiſſioned Officers of the ſeveral Companies of their reſpective Regiments or Battalions, ſhall, immediately after the Publication of this Act, appoint one reputable Freeholder, not a Military Officer, within the Diſtrict of their Regiment or Battalion, to act as Treaſurer to the ſame; who, on Notification of his Appointment, ſhall repair to ſome Juſtice of the Peace and take an Oath for the due Performance of his Office, whoſe Duty it ſhall be to receive all the Monies ariſing from the Fines and Forfeitures directed to be raiſed or impoſed by Virtue of this Act, and not otherwiſe diſpoſed of, and to pay ſuch Draughts as may be made from Time to Time by the Commanding Officer of the Regiment or Battalion, or of the ſeveral Companies which compoſe the Regiment or Battalion to which he belongs. PROVIDED NEVERTHELESS, That the County of *Monmouth* ſhall, on Account of its preſent Circumſtances, have one common Treaſurer to the three Regiments within the ſame, to be appointed by a Majority of the Officers of the ſaid Regiments jointly, whoſe Duties, Powers, and Compenſation ſhall be the ſame in all Caſes reſpecting the ſaid three Regiments with thoſe of the Treaſurer of any particular Regiment appointed as aforeſaid, excepting that he ſhall not diſcharge the Draught of either of the Commanding Officers of the ſaid Regiments to any other Amount than in Proportion to the uſual Numbers who turn out from the ſaid Regiments reſpectively,

Proviſo.

559

refpectively, in the Military Service of their Country, a Return of which Numbers fhall be by the Officers appointing the Treafurer as aforefaid, the faid Treafurer from Time to Time, as Occafion may require.

5. AND BE IT ENACTED, That the Regimental Treafurer for the Time being, fhall keep proper and diftinct Accounts of the Monies arifing from the Fines and Forfeitures of the Field and Staff-Officers, and of the Officers and Privates of each Company which compofe the Regiment, entered feparately in a Book kept by him for that Purpofe, keeping proper Vouchers for all Sums of Money he may pay out on the Draughts of the Officers aforefaid, and render an Account of the Monies received and paid out as aforefaid every fix Months, to the Board of Officers appointed for that Purpofe; and the faid Treafurer fhall be entitled to *One per Centum* for all Monies he may receive or pay out.

Regimental Treafurers to keep and render Accounts.

Wages.

6. AND BE IT ENACTED, That the Field and other commiffioned Officers of each Regiment or Battalion are hereby conftituted a Board, vefted with full Authority to examine and adjuft the Accounts of the Regimental Treafurer, and are hereby required to meet once in fix Months for that Purpofe, at fome Time and Place, of which all Parties fhall be timely notified; and in cafe of Mal-practice, Embezzlement, or any fufficient Default, the faid Board of Officers are required to difplace the faid Treafurer and appoint another in his Room; which Succeffor in Office is hereby authorized and empowered to profecute the Defaulter for any Sum or Sums of Money remaining in his Hands belonging to the Regiment, in any Court where the fame may be cognizable, with Cofts of Suit.

Field and Commiffion Officers, a Board to examine Accounts

7. AND BE IT FURTHER ENACTED, That each Company fhall be officered with a Captain, a Lieutenant, and an Enfign, and alfo with four Sergeants and four Corporals, to be elected by the Companies refpectively; and the commiffioned Officers fhall appoint for the fame a Drummer and a Fifer; and in cafe of any Vacancy or Vacancies happening amongft the commiffioned Officers of any Company, the Captain or Commanding Officer of the fame fhall, within thirty Days thereafter, call his Company together, and the Officers and Privates, when met, fhall appoint a Clerk to manage the Election, and certify the fame when made, and by Plurality of Voices elect fuch Officer or Officers as may be wanting; and in cafe no commiffioned Officer fhould remain in any Company, the Commanding Officer of the Regiment or Battalion fhall in the fame Time, by Advertifements fet up in at leaft three of the moft publick Places within the Bounds of the faid Company, call them together for the Purpofe aforefaid, and himfelf attend to direct and regulate the Election. PROVIDED ALWAYS, That where two Lieutenants have been heretofore appointed and commiffioned in any Company, both fhall be continued, but Vacancies happening in the Office of Second Lieutenant fhall not hereafter be fupplied.

Companies, how to be officered, and

Vacancies fupplied.

Provifo.

8. AND BE IT FURTHER ENACTED, That all Vacancies happening among the non-commiffioned Officers of any Company fhall be fupplied as often as neceffary by fuch Company when affembled for training, and if the Company refufe to choofe fuch non-commiffioned Officers, they fhall be appointed by the commiffioned Officers of the Company; and if any Perfon refufe to act as a Sergeant, Corporal, Drummer

Vacancies in the non-commiffioned Officers, *&c.* and Penalty for refufing to act as one.

560 ...

mer or Fifer, when duly elected or appointed for that Purpose, he shall be fined the Sum of *Three Pounds*, to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That no Person shall be fined more than once in the Space of a Year for refusing to serve in any Office to which he may be elected or appointed.

Proviso.

Officers, how commissioned, &c.

9. AND BE IT FURTHER ENACTED, That the said Brigade, Field, and other commissioned Officers and Staff-Officers respectively, shall be commissioned by the Governor or Commander in Chief for the Time being, upon Certificates of their due Election or Appointment from those who elect or appoint them respectively, or by their Order; and the non-commissioned Officers of Companies shall act under Warrants from the Captain or Commanding Officer of the Company to which they belong. PROVIDED ALWAYS, That every Officer elected as aforesaid, previous to his receiving his Commission, shall take and subscribe the Oaths of Abjuration and Allegiance, as prescribed in an Act, intitled, *An Act for the Security of the Government of* New-Jersey, passed the nineteenth Day of *September*, One Thousand Seven Hundred and Seventy-six, before some Person authorized to administer the same, which shall be certified by the same Persons, and in the same Certificate with his Election into Office; and if any Person elected or appointed an Officer as aforesaid shall neglect to take the Oaths aforesaid within thirty Days after his said Election or Appointment, his Office shall be deemed vacant, and a new Choice be made.

To take the Oaths.

Qu. who is authorized

Captains to keep Lists.

10. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company shall keep a true and perfect List or Roll of all effective Men between the Ages of sixteen and fifty Years, residing within the District of such Company. PROVIDED ALWAYS, That the Delegates representing this State in the Congress of the United States, the Members of the Legislative-Council and General Assembly, the Judges and Justices of the Supreme and Inferior Courts, the Judge of the Court of Admiralty, the Attorney-General, the Secretary, the Treasurer, the Auditor of Accounts, the Clerks of the Council and General Assembly, the Clerks of the Courts of Record, the Governor's private Secretary, the Superintendant of Purchases, the County Contractors, Postmasters, Ministers of the Gospel of every Denomination, the President, the Professors and Tutors of Colleges, Sheriffs, Coroners, one Constable for each Township, to be determined by the Court of Quarter Sessions of the County, two Ferrymen for each publick Ferry on the *Delaware* below the Falls at *Trenton*, and one for every other publick Ferry in this State, Slaves, and every Person exempted by any particular Law of this State, shall not be borne on any such Lists or Rolls, or be subject to Military Duty.

Exemptions.

Arms and Accoutrements to be procured by each Man.

11. AND BE IT ENACTED, That every Person enrolled as aforesaid shall constantly keep himself furnished with a good Musket well fitted with a Bayonet, a Worm, a Cartridge-Box, twenty-three Rounds of Cartridges sized to his Musket, a Priming-Wire, Brush, six Flints, a Knapsack and Canteen, under the Forfeiture of *Seven Shillings and Sixpence* for Want of a Musket, and *One Shilling* for Want of any other of the aforesaid Articles, whenever called out to Training or Service; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Person be furnished as aforesaid with a good Rifle-Gun,

Penalty on Neglect.

Proviso.

Gun, the Apparatus neceſſary for the ſame, and a Tomahawk, it ſhall be accepted in Lieu of the Muſket and the Bayonet and other Articles belonging thereto.

12. AND BE IT ENACTED, That each Perſon enrolled as aforeſaid, ſhall alſo keep at his Place of Abode one Pound of good merchantable Gunpowder and three Pounds of Ball ſized to his Muſket or Rifle, and for Want of either ſhall forfeit the Sum of *Three Shillings*, to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if any Perſon enrolled as aforeſaid ſhall, by a Majority of the commiſſioned Officers of the Company to which he may belong, be deemed and adjudged unable to purchaſe the Arms, Accoutrements, and Ammunition above ſpecified, he ſhall be exempted from the Forfeiture for any Deficiency therein until he can procure them, or they are provided for him.

Ammunition to be kept by each Man.

Proviſo.

13. AND BE IT FURTHER ENACTED, That the Captain or Commanding Officer of each Company ſhall, once in every four Months, order a Sergeant to call at the Place of Abode of each Perſon enrolled as aforeſaid, for the Purpoſe of examining the State of his Arms, Accoutrements, and Ammunition, of which the Sergeant ſhall make exact report to the Officer iſſuing the Orders, and if the Captain ſhall neglect his Duty herein he ſhall forfeit *Six Pounds*; and if any Sergeant ſhall neglect his Duty in this Reſpect he ſhall forfeit and pay for each Offence the Sum of *Three Pounds*, to be recovered and applied as herein after is directed; and for this Service he ſhall receive the Sum of *Three Shillings and Nine-pence* for each Day he ſhall be neceſſarily engaged therein, to be paid by the Treaſurer of the Regiment, on an Order from the Captain or Commanding Officer of the Company, certifying the Number of Days the Sergeant was on the Duty, the Treaſurer taking the Sergeant's Receipt on the Back of the Order for the ſame.

Sergeants to examine and report State of Arms, &c.

Penalty for Neglect.

Wages for this Service.

14. AND BE IT FURTHER ENACTED, That each Company ſhall aſſemble, properly armed and accoutred, not later than ten o'Clock in the Forenoon of the firſt *Monday* in the Months of *April* and *September* every Year, at ſuch Place as the Commanding Officer of the Company ſhall appoint, and there ſpend the Remainder of the Day in Training and Exerciſe, and that the Penalty in caſe of Abſence ſhall be as follows: On a Captain, *Three Pounds*; on a Lieutenant or Enſign, *Forty Shillings*; on a non-commiſſioned Officer or Private, any Sum not under *Five Shillings* nor more than *Forty Shillings*; and in due Proportion for attending later than the Hour above limited.

Days of muſtering in Companies.

Penalty in caſe of Abſence.

15. AND BE IT FURTHER ENACTED, That each Regiment or Battalion ſhall aſſemble, properly armed and accoutred, twice in a Year, *videlicet*, On the firſt *Monday* in *June* and *November*, at ſuch Hour and Place as the Field Officers, or a Majority of them, ſhall appoint, for the Purpoſe of Training and Exerciſe; and the Colonel or Commanding Officer, after parading his Regiment or Battalion, ſhall require from the Captain or Commanding Officer of each Company a Return of the commiſſioned and non-commiſſioned Officers and Privates of his Company, and a State of their Arms, Accoutrements, and Ammunition; and if the Captain or Commanding Officers of Companies ſhall neglect or refuſe to make ſuch Return, they ſhall forfeit for each Neglect or Refuſal

Days of Regimental Muſters.

Returns of Companies to be required and made.

5623

Forfeitures.

Refusal the Sum of *Six Pounds;* and the Penalty in case of Absence on the Day of Regimental Training or Review shall be as follows: on a Colonel or Lieutenant-Colonel Commandant, *Ten Pounds*; on a Lieutenant-Colonel, *Eight Pounds;* on a Major, *Six Pounds;* on a Captain or Adjutant, *Five Pounds;* on a Lieutenant, Quartermaster, or Ensign, *Three Pounds;* on non-commissioned Officers and Privates, any Sum not less than *Ten Shillings* nor more than *Three Pounds;* and in due Proportion for attending later than the Hour specified in the Order for Meeting; to be recovered and applied as herein after is directed. PROVIDED ALWAYS, That if the local Situation of the Companies composing any Regiment or Battalion be such as may render it inconvenient to assemble the Whole at the same Time and Place, it shall and may be lawful for the Field Officers, or a Majority of them, to assemble such Regiment or Battalion by Parts, at different Times, and in different Places, each Part being assembled twice in a Year.

Proviso.

Returns of Regiments to be made and when, and Penalties for Neglect.

16. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion shall make Returns of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *July* and *December*, yearly, and every Year, to the Brigadier or Commanding Officer of the Brigade to which such Regiment may belong, under the Penalty of *Twenty Pounds*, and shall also make Return in the said Months, of the State of the Magazines of Arms, Accoutrements and Ammunition belonging to his Regiment or Battalion, to the Keeper of the Magazine or Commissary of Military Stores of the State for the Time being, under the Penalty of *Twenty Pounds;* and the Brigadier or Commanding Officer of each Brigade shall make Return of his Brigade to the Major-General, in the Months of *January* and *August*, every Year, under the Penalty of *Twenty-five Pounds;* and the Major-General shall make Returns to the Governor or Commander in Chief of the State, in the Months of *February* and *September*, every Year, under the Penalty of *Fifty Pounds* for each Default: Which several Penalties shall be recovered from the Officer whose Duty it was to make the Return, by a Justice of the Peace of the County where the Offender may reside, at the Instance of the Officer to whom the Returns in the above Cases are directed to be made, and paid to the Treasurer of the Regiment within the Bounds of which the Offender may reside.

Of Brigades.

Of the Whole of the Militia.

Officers or Privates misbehaving on Parade, how to be punished.

17. AND BE IT FURTHER ENACTED, That if any Field or other commissioned Officer, or Staff-Officer, at any Regimental Review or Company Training, or on any other Occasion, when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, shall misbehave or demean himself in an unofficer like Manner, he shall for such Offence be cashiered or punished by Fine, at the Discretion of a Brigade or Regimental Court-Martial, as the Case may require, in any Sum not exceeding *Ten Pounds;* and if any non-commissioned Officer or Private shall on any Occasion of parading the Company to which he may belong, appear with his Arms and Accoutrements in an unfit Condition, be found drunk, disobey Orders, or shall use any abusive Language to his Officers, or any of them, or shall engage in or promote Quarrels among his Fellow-Soldiers, he shall be punished by Fine in any Sum not under *Five Shillings* nor above *Three Pounds*, or be disarmed and put under Guard, by Order of the Commanding Officer present, until the Company is dismissed.

18. AND

563

18. AND BE IT FURTHER ENACTED, That if the Colonel or Commanding Officer of any Regiment or Battalion, ſhall neglect or refuſe to give Orders for aſſembling his Regiment or Battalion, on any neceſſary Call of the Militia into actual Service, at the Direction of his Brigadier, Colonel or Lieutenant-Colonel Commandant of the Brigade, he ſhall be caſhiered or puniſhed by Fine, at the Diſcretion of a Brigade Court-Martial, in any Sum not exceeding *Fifty Pounds*, to be recovered and applied as herein after is directed; and if the Captain or Commanding Officer of any Company ſhall, on any Occaſion where it may be neceſſary as aforeſaid, neglect or refuſe to give Orders for aſſembling his Company, at the Direction of the Colonel or Commanding Officer of the Regiment or Battalion to which ſuch Company belongs, he ſhall be caſhiered or puniſhed by Fine, at the Diſcretion of a Regimental Court-Martial, in any Sum not exceeding *Thirty Pounds*, to be recovered and applied as herein after is directed; and if any Sergeant or Corporal ſhall neglect or refuſe to warn the Company to which he may belong, on any Occaſion when it may be neceſſary, agreeably to the Orders of the Captain or Commanding Officer thereof, he ſhall be ſubject to be fined in any Sum not exceeding *Five Pounds*, to be recovered and applied as herein after is directed; and every non-commiſſioned Officer whilſt engaged in warning the Company to which he belongs, ſhall receive *Three Shillings and Nine-pence* by the Day, for the Time he may be neceſſarily engaged in ſaid Service.

Diſobedience of Orders for aſſembling Militia, how to be puniſhed

Wages for warning the Company.

19. AND BE IT ENACTED, That the Captain or Commanding Officer of each Company ſhall at all Times keep a true Liſt of his Company, divided into eight Claſſes, as nearly equal as poſſible, and reckoned from one to eight numerically, allotting to each Claſs a Sergeant or a Corporal, which Claſſes ſhall perform Duty in Rotation; a Copy of which Liſt, divided into Claſſes, the Captain or Commanding Officer of the Company is required to tranſmit to the Commanding Officer of the Regiment or Battalion, on any Occaſion of making a Return of his Company.

Companies to be claſſed.

20. AND BE IT FURTHER ENACTED, That where it is not already done, the Colonel or Commanding Officer of each Regiment or Battalion ſhall immediately call the Officers of the ſeveral Companies in his Regiment or Battalion together, and determine the Tour of Duty of the Captains, Lieutenants and Enſigns diſtinctly, and on any Call of the Militia into Service, the Commanding Officer of the Regiment or Battalion ſhall order out the Officers in juſt Rotation, proportioned to the Number of Privates who may appear to march into Service; and the Brigadier or Commanding Officer of the Brigade ſhall determine the Tour of Duty of the Field Officers, and when Occaſion requires, ſhall order them into Service accordingly.

Tour of Duty of the Officers to be determined.

21. AND BE IT ENACTED *by the Authority aforeſaid*, That it ſhall and may be lawful for the Governor or Commander in Chief for the Time being, with the Conſent of the Legiſlature when Sitting, and during their Receſs with the Advice and Conſent of the Privy Council, on Requiſition of the Congreſs of the United States, or upon Application of the Commander in Chief of the Army of the United States, or of any General Officer commanding a Diviſion or Detachment thereof, or of the Executive Power of any of the adjoining States, or on any

Not more than Half the Militia to be ordered out of the State at the ſame Time.

M Emergency

App.034

564

Emergency that may make the ſame neceſſary, to order into actual Service into any of the adjoining States, ſuch and ſo many of the Claſſes of the Militia as may be neceſſary, not exceeding four at any one Time, to be drawn alike from the ſeveral Companies of ſuch Regiments or Battalions as are to furniſh the Detachment, to be officered accordingly.

Governor may order out Half the Militia as Guards.

22. AND BE IT FURTHER ENACTED, That it ſhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out, ſtation and continue by Reliefs, as a Defence to the State, within the ſame, ſuch and ſo many Claſſes as may be at any Time neceſſary, not exceeding four, to be arrayed and officered as aforeſaid. PROVIDED ALWAYS, That where not more than Half the Militia are called out and embodied, no Detachment ſhall be continued in Service more than one Month at the ſame Time.

Proviſo.

Governor may order out the whole Militia in caſe of Invaſion, &c.

23. AND BE IT FURTHER ENACTED, That in caſe of ſudden Invaſion, Inſurrection, Sedition or Alarm by the Enemy or their Adherents, it ſhall and may be lawful for the Governor or Commander in Chief for the Time being, to call out and array the Whole of the Militia, or ſuch or ſo many entire Regiments or Battalions ſituate near to the Place where the ſame may be required, as he may think neceſſary to repel the Invaſion, and to reſtore the Peace of the State.

In caſe of Invaſion, &c. Officers of Regiments and Companies to aſſemble them.

24. AND BE IT ENACTED, That it ſhall and may be lawful for the Captain or Commanding Officer of any Company, and he is hereby required and commanded to aſſemble his Company in every ſuch Caſe, and oppoſe the Invaders or Inſurgents, without waiting for Orders from the Commanding Officer of the Regiment or Battalion to which ſuch Company belongs, and for the Colonel or Commanding Officer of any Regiment or Battalion to aſſemble his Regiment or Battalion for the ſame Purpoſe, without waiting for Orders from his ſuperior Officer. PROVIDED ALWAYS, That every Officer ſo acting without Orders, ſhall make Report to his Commanding Officer of his Proceedings in due Form, as ſoon as poſſible.

Verbal Notice ſufficient.

25. AND BE IT FURTHER ENACTED, That in all Caſes where Notice is required to be given to the Militia by this Act, verbal Notice given to the Party himſelf or left at his uſual Place of Abode, with any white Perſon of Years of Diſcretion belonging to the Family, by any commiſſioned or non-commiſſioned Officer of the Company, ſhall be deemed legal and ſufficient.

Alarm ſufficient Notice in ſome Caſes.

26. AND BE IT FURTHER ENACTED, That where any Company ſhall be under the Neceſſity, on any ſudden Alarm, to retire before the Enemy, and it may be dangerous or impracticable for the Captain or Commanding Officer of ſuch Company to give regular and proper Notice to the Perſons belonging to ſuch Company to appear or march againſt the Enemy or their Adherents, then and in that Caſe ſuch Alarm ſhall, without any other Notice, be ſufficient Warning, and Delinquents ſhall be liable to Puniſhment accordingly.

Officers refuſing to march, how to be puniſhed

27. AND BE IT ENACTED, That if any Field or other commiſſioned Officer, or Staff-Officer ſhall neglect or refuſe to ſerve in his proper Tour

568

Tour of Duty, when a Part only of the Militia is called, or to march immediately with his Regiment, Battalion or Company, when the Whole is called, he ſhall for each Default be tried by a Brigade or Regimental Court-Martial, as the Caſe may require; and if convicted, ſhall be caſhiered and rendered incapable of holding any Military Office for one Year, or ſhall be puniſhed by Fine in any Sum not leſs than *Ten* nor more than *Fifty Pounds*: And if any non-commiſſioned Officer or Private ſhall neglect or refuſe to ſerve in his Tour, or find a ſufficient Subſtitue to ſerve in his Stead, to be approved by the Captain or Commanding Officer of the Company, or ſhall neglect or refuſe to render Perſonal Service when the Whole of the Militia are called, he ſhall for each Default be fined not leſs than *Five* nor more than *Thirty Pounds*.

Non-commiſſion Officers and Privates.

28. AND BE IT FURTHER ENACTED, That if any commiſſioned or non-commiſſioned Officer or Private ſhall at any Time when the Whole or any Detachment of the Militia are called out upon Duty, or before the Expiration of his Tour or the Diſcharge of his Regiment or Company, leave his Regiment or Company without a Furlough obtained of his ſuperior Officer, if a commiſſioned Officer, be tried by a Court-Martial, and be caſhiered and fined at their Diſcretion, in any Sum not exceeding *Fifty Pounds*; and every non-commiſſioned Officer or Private ſo offending ſhall, for every ſuch Offence, forfeit all the Pay or other Reward which may be due to him at the Time of his Deſertion, and moreover ſhall be fined in any Sum not exceeding *Fifty Pounds*; and the Commanding Officer of ſuch Detachment is hereby ſtrictly required and enjoined to make Return of ſuch Officer or Private as aforeſaid, to the Commanding Officer of the Regiment, Battalion or Company to which he may reſpectively belong, who is likewiſe required to proceed againſt him accordingly.

Officers or Privates departing from Duty without Furlough, how to be puniſhed.

29. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures herein before directed or impoſed for the Aſſeſſment, Recovery or Application of which no ſpecial Proviſion is made, ſhall be aſſeſſed by the Officers, and recovered and applied in Manner herein after directed; and all Officers empowered to aſſeſs Fines and Forfeitures, are likewiſe empowered to adjudge of and admit reaſonable Excuſes, in Diſcharge of the Whole or a Part thereof, always having ſtrict Regard to the Rank, Condition or Eſtate of the Offender or Delinquent, and the Circumſtances of the Offence.

Fines, how to be aſſeſſed.

Reaſonable Excuſes to be admitted.

30. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion ſhall hear and decide upon the Reaſons aſſigned by any other Field Officer thereof puniſhable by Fine, provided ſuch Reaſons be offered within ten Days; and the Field Officers of each Regiment or Battalion, or a Majority of them, ſhall meet at ſome more convenient Time, not exceeding fifteen Days after any Regimental Training or Review, or after a Call of the Whole or any Part of ſuch Regiment or Battalion into actual Service, if it may be neceſſary, of the Time and Place of which Meeting timely Notice ſhall be given to the Parties concerned, by the Direction of the Colonel or Commanding Officer, and ſhall then and there decide upon the Excuſes of the Captains or Commanding Officers of Companies, and Staff-Officers; and the Captain or Commanding Officer of each Company ſhall hear and determine upon the Reaſons offered by any Subaltern

How Excuſes are to be decided upon.

tern



tern Officer thereof for Default, punifhable by Fine, provided fuch Reafons be given within ten Days; and the commiffioned Officers of each Company, or a Majority of them, fhall meet at fome convenient Time, not exceeding fifteen Days after any Regimental or Company Training, or any Call of a Part or the Whole thereof into actual Service; of the Time and Place of which Meeting due and feafonable Notice fhall be given by Advertifements fet up in at leaft three of the moft publick Places within the Bounds of the Company, ten Days before fuch Meeting, or otherwife as the Commanding Officer may think beft, and fhall then and there hear and decide upon the Excufes of non-commiffioned Officers and Privates. PROVIDED ALWAYS, That if by any unforefeen Circumftances, the Duties herein required cannot be performed within the Times limited, the fame fhall be performed as foon thereafter as Circumftances will admit.

Provifo.

Fines, how to be recovered.

31. AND BE IT FURTHER ENACTED, That when any Fine or Forfeiture is incurred by any Field Officer, other than the Commanding Officer of the Regiment, Staff-Officers, Captains or Commanding Officers of Companies by Virtue of this Act, it fhall be recovered by a Warrant from the Colonel or Commanding Officer of the Regiment to which they refpectively belong, directed to his Sergeant-Major; and that when any Fines or Forfeitures are incurred by any Subaltern, non-commiffioned Officer or Private, by Virtue of this Act, they fhall be recovered by Warrant from the Captain or Commanding Officer of the Company to which they may belong, directed to a Sergeant or Corporal of the faid Company; which Fines and Forfeitures, in cafe of non-Payment on the firft Demand, fhall be made by Diftrefs and Sale of the Goods and Chattels of the Offender or Offenders; and where no Goods can be found whereon to levy, that then and in fuch Cafe the faid Sergeant or Corporal fhall deliver the Delinquent or Delinquents to the Sheriff of the County, or to his Gaol-Keeper, who are hereby required to receive and keep in clofe Cuftody the faid Delinquent or Delinquents, until the Fines or Forfeitures be fully fatisfied; and the faid Sergeant-Major, Sergeant or Corporal refpectively, fhall receive for each Perfon fpecified in the Warrant, on the Recovery of their refpective Fines and Forfeitures, the Sum of *Three Shillings and Nine-pence*, to be paid out of the Money arifing from the Fines, if under the Direction of the twenty-feventh and twenty-eighth Sections of this Act; if otherwife, by the Treafurer of the Regiment, on an Order from the Commanding Officer of the Regiment or Company, as Occafion may be, who is hereby required to difcharge the fame, and take their Receipts therefor.

Fees of levying.

What Goods to be levied upon.

32. AND BE IT FURTHER ENACTED, That on any Occafion where Diftrefs may be made for any Fine or Forfeiture in Virtue of this Act, on the Goods and Chattels of any Perfon or Perfons delinquent as aforefaid, the Sergeant or Corporal officiating in fuch Cafe, fhall levy on fuch Goods as may be pointed out by the Delinquent, or as the faid Officer may judge can be beft fpared, and fo much only as may be fufficient to make the Amount of the faid Fine, as nearly as may be, and fhall, previous to the Sale, give at leaft five Days Notice thereof, by Advertifements fet up in three of the moft publick Places within the Bounds of the Company.

Notice of Sale to be given.

33. AND BE IT ENACTED, That the Fines and Forfeitures of the Colonel

Colonel or Commanding Officer of any Regiment or Battalion, ſhall be demanded and recovered by any Juſtice of the Peace of the County in which he may reſide, at the Inſtance of any commiſſioned Officer of the Regiment or Battalion; which Fine, when recovered, ſhall be paid, after deducting Coſts by the ſaid Juſtice, to the Treaſurer of the Regiment.

Fines on Commanding Officers, by whom to be recovered.

34. AND BE IT ENACTED, That the Fines and Forfeitures of Minors, living with their Parents, and others having the proper Care and Charge of them, and thoſe of Apprentices and Servants, ſhall be paid by their reſpective Parents, Guardians, Maſters or Miſtreſſes, or levied on their Goods and Chattels.

Fines on Minors, *&c.* by whom to be paid.

35. AND BE IT ENACTED, That no Diſtreſs ſhall be levied on the Arms, Accoutrements or Ammunition of any non-commiſſioned Officer or Private, unleſs he ſhall be poſſeſſed of more than are neceſſary for his own Uſe and Equipment.

Diſtreſs not to be levied on Arms, unleſs, *&c.*

36. AND WHEREAS Complaints have been made that too much Rigour and Severity have been uſed heretofore, in carrying the Militia Law of this State into Execution, and that in ſome Inſtances reaſonable Excuſes have not been properly attended to, whereby many of the good Citizens of this State have been greatly oppreſſed: BE IT THEREFORE ENACTED *by the Authority aforeſaid*, That the ſeveral Officers empowered by this Act to hear and decide upon the Excuſes of any Delinquent, do, and they are hereby required and enjoined to attend to every juſt Complaint or Excuſe, ariſing from Inability of Body or Inſanity of Mind; and where no Excuſes are exhibited, owing to Scruples of Conſcience, they are likewiſe required to make every reaſonable Enquiry of the Caſes of thoſe who might otherwiſe apply for Exemption or Relief, and in every Inſtance where ſuch Matters are committed to their Deciſion, to act ſo that Juſtice and not Severity may characterize thoſe who execute the Laws; and if any Doubt ſhould ariſe reſpecting the Health or Validity of any Perſon, the Officers who are to judge of the ſame, are hereby authorized to call to their Aſſiſtance ſome ſkilful Phyſician or Surgeon, as the Caſe may require, whoſe Judgment, certified on Oath, ſhall be concluſive.

Excuſes to be attended to.

37. AND BE IT FURTHER ENACTED, That on the Day of each Regimental Training or Review, the Colonel or Commanding Officer of each Regiment or Battalion ſhall nominate two Juſtices of the Peace, reſiding within the Bounds of ſuch Regiment or Battalion, who, together with any one of the Field Officers of the ſame, ſhall conſtitute a Court for hearing and determining upon Appeals of ſuch Perſons as think themſelves aggrieved by any Fines or Forfeitures impoſed as aforeſaid, to continue till the next Regimental Training, and ſhall fix the Times of their Meeting, which ſhall be ſufficiently advertiſed through the Diſtrict of the Regiment or Battalion; and the ſaid Court, or any two of them, ſhall have Power to moderate or remit any Fine or Forfeiture for juſt and equitable Reaſons, and a Certificate from them, or any two of them, ſhall enable the Appellant to receive from the Treaſurer of the Regiment the Sums ſo remitted. PROVIDED ALWAYS, That no Appeal be allowed unleſs the Money be firſt paid.

Court of Appeals to moderate Fines.

Proviſo.

Doubts refpecting Age, how to be obviated.

38. AND BE IT ENACTED, That in all Cafes of Doubt refpecting the Age of any Perfon enrolled, or intended to be enrolled in the Militia, the Party queftioned fhall prove his Age to the Satisfaction of the Officers of the Company within the Bounds of which he may refide, or a Majority of them.

Perfons removing, to apply for a Difcharge, &c.

39. AND BE IT FURTHER ENACTED, That every Perfon enrolled as herein before directed, intending to remove from the Company to which he may belong, into the Bounds of another within this State, fhall, previous to fuch Removal, apply to the Captain or Commanding Officer of the Company from which he is about to remove, who fhall give him a Difcharge and Certificate, fpecifying the Time when and how long he was laft in Service; which Certificate he fhall produce to the Captain or Commanding Officer of the Company into the Bounds of which he fhall fo remove, within ten Days after fuch his Removal, and enrol himfelf accordingly; and if any Perfon fhall neglect to apply for fuch Difcharge and Certificate, and to produce it and enrol himfelf as aforefaid, he fhall forfeit and pay any Sum not exceeding *Five Pounds*, to be recovered by the Captain or Commanding Officer of the Company within the Bounds of which he may remove, in the fame Manner and to be applied to the fame Ufes as other Military Fines; and every Perfon who may be enrolled agreeably to the Defcription of this Act, removing from any of the neighbouring States into this State, fhall, within ten Days after his coming within the Bounds of any Company into which he may remove, be enrolled by the Captain or Commanding Officer thereof.

Members of Courts-Martial, &c. their Pay.

40. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for Officers who may from Time to Time be fummoned to attend as Members of Courts-Martial for the Trial of any Offender in Virtue of this Act, to receive Pay and Allowance for Rations, agreeably to their Rank when in actual Service; and all Perfons attending on the fame as Evidences, fhall be entitled to receive the fame Pay and Allowance for Rations as Privates whilft in actual Service, to be paid on a Certificate from the Prefident of the Court-Martial, fpecifying the Number of Days they attended, by the Treafurer of the Regiment within the Bounds of which the Offender may refide.

Commanding Officers to adminifter Oaths.

41. AND BE IT FURTHER ENACTED, That the Commanding Officer of each Regiment, Battalion or Company within this State, is hereby authorized and empowered to adminifter an Oath or Affirmation on any neceffary Occafion, in the Execution of this Act.

Civil Procefs, when not to be ferved.

42. AND BE IT FURTHER ENACTED, That no civil Procefs fhall be ferved on any non-commiffioned Officer or Private at any Regimental Review or Company Training, or on his Way to or from the fame.

Ferriage.

43. AND BE IT FURTHER ENACTED, That no Officer or Private fhall on the Way to or from the Place of any Regimental Review or Company Training, be obliged to pay more than one-third the ufual Rate of Ferriage, or be charged any Toll for paffing any Toll-Bridge; and if any Ferryman or Keeper of any Toll-Bridge fhall prefume to refufe a Paffage, or make Demand contrary to the Direction of this Act, he fhall for each Offence forfeit and pay the Sum of *Three Pounds*,

to



to be recovered by any Perſon who will ſue for the ſame, one Half to the Proſecutor, the other Half to be paid by the Juſtice to the County Collector, for the Uſe of the State.

44. AND BE IT FURTHER ENACTED, That all Fines and Forfeitures impoſed by this Act, except thoſe incurred under the Direction of the twenty-ſeventh and twenty-eighth Sections of the ſame, or particularly diſpoſed of by the Section under the Direction of which they may be incurred, ſhall be paid immediately after the Recovery thereof into the Hands of the Treaſurer of the Regiment by the Officer by whoſe Warrant they were recovered, taking his Receipt for the ſame: And the Commanding Officer of each Regiment, Battalion or Company, is hereby required to keep an exact Account of all the Fines recovered by him from the Officers or Privates of his Regiment, Battalion or Company, and paid to the Treaſurer aforeſaid, in a Book kept for that Purpoſe, which may be produced as a Check on any future Settlement with the Treaſurer.

Fines to be paid to the Treaſurer.

45. AND BE IT FURTHER ENACTED, That one Half of the Monies ariſing from the Fines and Forfeitures incurred under the Direction of the twenty-ſeventh and twenty-eighth Sections of this Act, and recovered from the non-commiſſioned Officers and Privates of any Company of the Militia, after deducting the Coſts of collecting the ſame, ſhall be equally divided and diſtributed by the Commanding Officer of the Company amongſt the non-commiſſioned Officers and Privates of his Company who may have turned out in the Defence of their Country, taking their Receipts reſpectively for the ſame, and the other Half ſhall be paid into the Treaſury of the Regiment; and one Half of the Fines and Forfeitures of any Subaltern Officer incurred or recovered as aforeſaid, ſhall in like Manner be diſtributed among the Subaltern Officers of the Company who have performed the Duty required, and the other Half ſhall be paid into the Treaſury of the Regiment; and the Fines and Forfeitures of Field Officers and Captains ſhall be paid by the Commanding Officer of the Regiment or Battalion, after deducting the Coſts on collecting the ſame, into the Hands of the Treaſurer of the Regiment, taking his Receipt therefor.

And how appropriated.

46. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion may, and he hereby is authorized and empowered to draw from the Treaſury of his Regiment or Battalion, ſuch Sum or Sums of Money as he may from Time to Time find neceſſary for the Purpoſe of furniſhing the ſeveral Companies compoſing the ſame with Arms, Accoutrements, Ammunition, Drums and Fifes, and for inſtructing Drummers and Fifers, ſo that the whole Amount of the Sums ſo drawn ſhall not at any Time exceed one Half the Amount of the Fines and Forfeitures which have been levied within his ſaid Regiment or Battalion; for which Sums the ſaid Commanding Officer ſhall give his Receipt to the ſaid Treaſurer, and remain accountable to the Board of Officers for the Diſburſement of the ſame.

Who to draw Money for Arms, *&c.*

47. AND BE IT ENACTED *by the Authority aforeſaid*, That the Militia of this State, when in actual Service, ſhall be ſubject to the Rules and Articles of War eſtabliſhed for the Government of the regular Troops of the United States. PROVIDED ALWAYS, That the Militia ſhall

Militia ſubject to the Articles of War.



ſhall be tried by Courts-Martial compoſed of their own Officers only; and, PROVIDED ALSO, That the Pains and Penalties inflicted by any Court-Martial ſhall not extend to the taking of Life or Limb, or to any Corporal Puniſhment, unleſs in the Caſes following; *That is to ſay*, Any Officer or Private who ſhall hold a treacherous Correſpondence with, or give Intelligence to the Enemy, or who ſhall miſbehave before the Enemy in Time of Action, or ſhall deſert to them, or ſhamefully abandon any Poſt, or who ſhall ſpeak Words inducing others to offend in any of theſe Inſtances, ſhall, on due Conviction, ſuffer Death, or ſuch other Puniſhment as a Court-Martial ſhall direct.

Proviſo.

Pay and Rations.

48. AND BE IT ENACTED, That the Militia whilſt in Service ſhall be entitled to the ſame Pay and Rations as the regular Forces of the United States; the ſaid Pay to be drawn from the Paymaſter appointed for the County to which they belong, on Payrolls made out on Oath by the Officer commanding the Company or Detachment on Duty.

Penalty on Officers neglecting to pay Monies ariſing from Fines to the Treaſurer.

49. AND WHEREAS it appears that many Officers both Civil and Military, who have collected the Fines and Forfeitures of the Militia heretofore, have been remiſs in paying the ſame into the Hands of the County Collectors as heretofore directed; BE IT ENACTED, That it ſhall and may be lawful for every Officer, Civil and Military, and they are hereby ſtrictly required and enjoined to pay any Sums of Money ariſing from the Fines and Forfeitures of the Militia as aforeſaid, and that may yet remain in their Hands, to the Treaſurer of the Regiment or Battalion from which the ſame was collected, under the Penalty of *Fifty Pounds*, to be recovered by the ſaid Treaſurer; one Half of which he ſhall receive for himſelf, and the other Half for the Uſe of the Regiment or Battalion to which he belongs; and the ſaid Treaſurer is hereby authorized and required to make ſtrict Enquiry where any ſuch Fines and Forfeitures have been kept back, and on proper and ſufficient Proof of the Fact, to proſecute the ſaid Officer or Officers for any Sum which may appear to remain in his or their Hands, together with the Amount of the Penalty above-mentioned, in any Court where the ſame may be cognizable, with Coſts of Suit.

Account of Purchaſes, &c. of Arms, to be rendered to the Commiſſary of Military Stores.

50. AND BE IT FURTHER ENACTED, That *Elias Woodruff*, Commiſſary of Military Stores, or the Commiſſary of Military Stores for the Time being of this State, do, and he is hereby authorized and required to call upon all Perſons within the ſame who have heretofore been appointed to purchaſe Fire-Arms, Accoutrements, and Ammunition, or who have been entruſted with any Fire-Arms belonging to the State, to render an Account of their Purchaſes and Diſpoſal thereof; and the Commanding Officer of each Regiment, Battalion or Company, and all other Perſons whatſoever who have been entruſted with publick Arms and Accoutrements for the Uſe of the Militia of this State, are hereby required and enjoined to make a Return of the ſame to the ſaid Commiſſary of Military Stores without Delay, that a true State of the publick Magazine may be known.

To whom Application is to be made for Ammunition, &c.

51. AND BE IT FURTHER ENACTED, That the Colonel or Commanding Officer of each Regiment or Battalion in this State ſhall be, and he is hereby authorized and empowered as often as the ſame may be neceſſary, to apply in Perſon or by Order in Writing under his Hand,

571

Hand, to the Commiſſary of Military Stores of the State for a Supply of Ammunition for his Regiment or Battalion, and to agree with ſome ſuitable Perſon to convey the ſame from the Magazine for that Purpoſe, the reaſonable Expences of which Conveyance ſhall be paid by the Treaſurer of this State, on an Order and Certificate from the ſaid Commanding Officer to the ſaid Treaſurer; and the Commanding Officer of each Regiment or Battalion ſhall deliver out to the Commanding Officers of Companies the Ammunition ſo obtained in due Proportion to the Number of Men in each Company.

52. AND BE IT FURTHER ENACTED, That the Troops of Horſe-Militia already formed within this State ſhall be completed and kept up, and that in Addition thereto another Company or Troop of Horſe be immediately raiſed and formed in the Townſhips of *Woodbridge* and *Piſcataway*; and it ſhall and may be lawful for ſuch of the Inhabitants of the ſaid Townſhips as are willing and deſirous to be embodied and enrolled into the ſaid Troop or Company, to aſſemble and meet together at a Time and Place to be for that Purpoſe appointed by the Colonel or Commanding Officer of the Regiment of Foot-Militia to which they at preſent belong, and then and there by Plurality of Voices to elect one Captain, one Lieutenant, and one Cornet; who upon due Certification of ſuch Election, and their having taken the Oaths of Abjuration and Allegiance as herein before directed in the ninth Section of this Act, ſhall be commiſſioned by the Governor or Commander in Chief for the Time being; and the ſaid Inhabitants when ſo met ſhall alſo at the ſame Time elect four Sergeants and a Trumpeter.

Militia Troops of Horſe to be completed and kept up.

Additional Troop.

53. AND BE IT ENACTED, That the Eſtabliſhment of each Troop of Horſe ſhall be a Captain, a Lieutenant, a Cornet, four Sergeants, a Trumpeter, and twenty-nine Privates; and that the Officers ſhall hold the ſame Rank reſpectively with the Officers of the Foot-Militia having like Command.

Eſtabliſhment of a Troop of Horſe.

54. AND BE IT FURTHER ENACTED, That each non-commiſſioned Officer and Private of every Troop of Horſe ſhall at all Times keep himſelf provided with a good Horſe, a Saddle properly furniſhed with a Pair of Piſtols and Holſters, a Cartridge-Box with twelve Rounds of Cartridges ſized to his Piſtols, a Broad-Sword and Belt, a Cloak which will cover all the Arms and Accoutrements, with ſuch other Articles of Armour and Furniture made in like Form and Manner as are uſual and accuſtomed in the Equipment of Cavalry, and ſhall alſo keep at his Place of Abode one Pound of good merchantable Gun-Powder and three Pounds of Ball ſized to his Piſtols, under the Penalty of forfeiting *Six Pounds* for Want of a Horſe, *Thirty Shillings* for Want of the Saddle and Bridle, *Twenty Shillings* for the Want of Piſtols or a Broad-Sword, and *Five Shillings* for the Want of any other neceſſary Article whenever called out to Training or Service.

How to be accoutred.

Penalties.

55. AND BE IT FURTHER ENACTED, That each Troop of Horſe ſhall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer of ſuch Troop may reſide, and ſhall aſſemble for Training and Exerciſe, and in caſe of Alarm or other Exigency, with ſuch Regiment or Battalion, and in all other Reſpects,

Horſe to be under the Orders of the Commanding Officer of the Regiment.



except as is before ſpecified and declared, ſhall be under the ſame Regulations with the Foot Militia.

Artillery Companies to be completed and kept up.

56. AND BE IT FURTHER ENACTED, That the Companies of Artillery already formed agreeably to Law in the ſeveral Parts of the State ſhall be completed and kept up, and their Eſtabliſhment of Officers and Privates, and alſo their Equipment, ſhall be conformable to the Eſtabliſhment and Equipment of Artillery-Companies in the regular Forces of the United States; and the Officers ſhall hold the ſame Rank reſpectively with the Officers of the other Militia having like Command; and moreover, the Fines and Forfeitures inflicted on the Officers and Privates for any Default ſhall be recovered and diſpoſed of in like Manner as thoſe inflicted on the regimented Militia.

To be under the Orders of the Commanding Officer of the Regiment.

57. AND BE IT FURTHER ENACTED, That each Company of Artillery ſhall be under the Command and Direction of the Colonel or Commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or Commanding Officer may reſide, and ſhall aſſemble with the ſame as is herein before directed with Reſpect to the Troops of Horſe, and in all other Reſpects ſhall be under the ſame Regulations with the Companies of the other Militia, as far as Circumſtances will admit.

Who may not enter himſelf of a Troop of Horſe, &c.

58. AND BE IT FURTHER ENACTED, That no Minor, Apprentice, or Servant ſhall be allowed to enter himſelf into any Troop of Horſe or Company of Artillery without the Conſent of thoſe under whoſe Government, Care or Direction, ſuch Minor, Apprentice, or Servant may be; and generally no Perſon who is not able to provide himſelf with the Furniture and Equipment of a Horſeman ſhall be allowed to enter himſelf into any ſuch Troop.

Allowance for Rations.

59. AND BE IT FURTHER ENACTED, That the Troops of Horſe belonging to the Militia of this State, when in actual Service, if at any Time they ſhould be ſo ſituated as to make it impracticable to draw Rations or Forage for their Horſes, ſhall be entitled to receive *One Shilling and Three-pence* per Day in Lieu of Rations or Forage for each Horſe; and if any of the Militia of this State, when in actual Service, ſhould be ſo ſituated as to make it impracticable to draw Rations, they ſhall receive the Sum of *One Shilling and Three-pence* per Day for each Ration they may be entitled to reſpectively, to be paid by the Paymaſter of the County to which they may belong, on a Return made out and certified on Oath by the Officer commanding the Company or Detachment on Duty, containing a Liſt of the Mens' Names, the Time they were on Duty, and Number of Rations each was entitled to.

Repealing Clauſe. 170.

60. AND BE IT FURTHER ENACTED, That the Act, intitled, *An* Act *for regulating, training, and arraying of the Militia,* paſſed the fourteenth Day of *April,* One Thouſand Seven Hundred and Seventy-eight, except the repealing Clauſe therein, and the ſeveral ſupplemental Acts thereto, be, and they hereby are repealed.

*Paſſed at* Trenton, January 8, 1781.

CHAP.

# DEX24

# ACTS AND LAWS,

Passed by the Great and General Court or Assembly of the Colony of the *Massachusetts-Bay* in *New-England* : Begun and held at *Watertown*, in the County of *Middlesex*, on Wednesday the Nineteenth Day of *July*, Anno Domini, 1775. And from thence continued by Adjournments to Wednesday the Twenty-ninth Day of *November* following, and then met.

CHAP. I.

An Act for forming and regulating the Militia within the Colony of the *Massachusetts-Bay*, in *New-England*, and for repealing all the Laws heretofore made for that Purpose.

Preamble.

*WHEREAS it is not only the Interest, but the Duty of all Nations to defend their Lives, Liberties and Properties in that Land which the Supreme Ruler of the Universe has bestowed on them, against the unlawful Attacks and Depredations of all Enemies whatever ; especially those who are moved by a Spirit of Avarice or Despotism :*

*And whereas the Honorable American Congress have recommended to the United Colonies to put the Militia into a proper State for the Defence of* America :

*And whereas the Laws now in Force, respecting the Regulation of the Militia, have been found insufficient for the Purposes aforesaid :*

Repealing Clause.

1. *It is therefore enacted by the Council, and House of Representatives in General Court assembled, and by the Authority of the same,* That the several Laws, and the several Paragraphs and Clauses of all and every the Laws of this Colony, enforcing, or any Ways relating to the Regulation of the Militia, be, and hereby are repealed, and declared null and void.

The Training Band.

*And be it further enacted by the Authority aforesaid,* That that Part of the Militia of this Colony, commonly called the Training-Band, shall be constituted of all the able-bodied Male Persons therein, from sixteen Years old to fifty, excepting Members of the American Congress, Members of the Council, and of the House of Representatives for the Time being, the Secretary of the Colony, all Civil Officers that have been, or shall be appointed by the General Court, or either Branch of it, Officers and Students of Harvard-College, Ministers of the Gospel, Elders and Deacons of Churches, Church-Wardens, Grammar School-Masters, Masters of Arts, the Denomination of Christians called Quakers, Select-Men for the Time being, those who have by Commission under any Government or Congress, or by Election in Pursuance of the Vote of any Congress of the Continent, or of this, or any other Colony, held the Post of a Subaltern, or higher Officer, Persons while actually employed as Masters of Vessels of more than thirty Tons Burthen, other than Fishing Vessels, and Vessels coasting in this Colony, and to and from this Colony to the other New-England Governments, Constables, and Deputy-Sheriffs, Negroes, Indians and Mulatoes, and shall be under the Command of such Officers as shall be chosen, impowered and commissionated over them, as is by this Act provided ; and the Select-Men, or the major Part of them of each Town, shall be, and hereby are impowered by

Persons excepted.

E Writing

Digitized from Best Copy Available

Writing under their Hands, to excuse from Time to Time such Physicians, Surgeons, Ferrymen and Millers in their respective Towns, from common and ordinary Trainings, as they shall judge it necessary to excuse: And the Council aforesaid shall from Time to Time, as may appear to them necessary, divide the Militia of each County into Regiments, and alter and divide such Regiments from Time to Time, as they shall judge expedient, after having taken the Opinion, during any Session of the General Court, of such Members of the House as belong to the County where the Division or Alteration is to be made, and as shall be present at the Time of such Consultation.

The Council to divide the Militia from Time to Time

2. *And be it further enacted by the Authority aforesaid*, That there shall be chosen by Ballot from Time to Time, as may be necessary, by either the Council, or House of Representatives of this Colony, with a Negative always resting in either House of Assembly, Three Major-Generals, to rank and command as first, second and third, over the whole Militia thereof; which Major-Generals when so chosen and concurred, shall be commissionated to said Office by the major Part of the Council aforesaid, and the Rank of each of said Generals shall be expressed in his Commission, and said first Major-General, and each of the other Major-Generals shall at all Times have Power in the Absence of their Superior (and not having Orders to the contrary) to draw forth the said Militia, or any Part of them, as the said Generals, or the first in Rank of them present shall judge expedient and necessary for the immediate Defence of this, or any of the United Colonies of America: And the Officers and Soldiers of said Militia, shall pay entire Obedience to their Commands accordingly, under the Penalties hereafter provided in this Act. *Provided always*, That the said Generals and all other Officers of said Militia, shall at all Times be under the Command of the major Part of the Council, and shall in drawing forth, or retaining in Service the said Militia, or any Part of them, be subject to such Orders and Instructions, as they may receive from the said major Part of the Council; unless when the said Militia, or any Part of them, shall be without the Limits of this Colony, they should receive Orders from the House of Representatives for the Time being, to return; and whenever the said Militia, or any Part of them, shall be without the Limits of this Colony, the said House of Representatives shall have full Power and Authority to give Orders for their Return; to which Orders the said Militia, and all the Officers thereof, are hereby required to yield strict Obedience, any Orders to the contrary notwithstanding.

Three Major-Generals to be chosen by Ballot of either House.

Their Power.

To be under the command of the Council.

3. *And be it further enacted by the Authority aforesaid*, That the Council or House of Representatives, shall from Time to Time as may be necessary, by Ballot, choose one good and able Brigadier in each County in this Colony, where there shall be more than one Regiment (and where there is but one Regiment in a County, the Council shall join such Regiment to the Militia of any other County as they shall see fit) and such Persons so chosen and concurred, shall be commissionated by the major Part of the Council, in which Commission the Rank of each Brigadier shall be expressed: And the said Brigadiers shall have the same Command over their respective Brigades, as the first Major-General has over the Militia of the whole Colony; and when two or more of said Brigades, or any Number of said Militia shall be together embodied upon any Alarm, the first Officer in Rank who shall be present, shall have the chief Command of the whole.

One Brigadier General to be chosen in each County, in the same Manner.

His Power.

4. *And be it further enacted by the Authority aforesaid*, That there shall be chosen, appointed and commissionated, (as is provided and directed by, this Act for the Choice and Appointment of General Officers) over such Regiment in this Colony, one Colonel, one Lieutenant-Colonel, and two Majors; And the said Field Officers so appointed and commissionated, or the major Part of them, shall forthwith divide and set off the respective Regiments into Companies, as they shall judge expedient, to consist as near as conveniently can be, of sixty-eight Privates, exclusive of those of the Alarm List, and to determine the Rank of each and every Company. *Provided nevertheless*, That no Soldier shall be obliged,

Col. Lt. Col. & two Majors to be chosen in the same Manner.

Digitized from Best Copy Available

obliged, without his Consent, to join a Company belonging to any Town in which he has not his usual Place of Abode, unless where there shall not be Privates enough to make a Company of thirty Soldiers, including Officers; in which Case, as also where there are any Persons belonging to a Place not incorporated, they shall be joined to such Company as the Field Officers of the Regiments within which they are, shall see fit. And the Inhabitants of every Town now in, or that shall be in the Continental Army, shall be deemed to belong to, and be a Part of the Companies in their respective Towns, and excused from Duty in the Militia, whilst they continue Part of the Army aforesaid; and each Company, when so formed and set off, shall, together with those of the Alarm List, within the Limits of the same, by Ballot, in the Presence of one of their Field Officers, who shall cause them to be duly notified for that Purpose, and shall preside as Moderator, choose one Captain, and two Lieutenants; which Choice shall immediately be certified to the Secretary by said Field-Officers; and the major Part of the Council thereupon, unless some material Objection against such Choice for any corrupt Practice or Irregularity, shall be made at or before the Time of receiving said Certificates, shall commissionate such Persons pursuant to their Election. And all the said Officers, when so commissionated by the Council, shall in the Absence of their Superiors, have the same Power in ordering, directing and marching their Regiments and Companies, as the first Major-General has over the whole of said Militia: And the Colonel, or commanding Officer of each Regiment, shall as soon as the Captains in his Regiment are commissionated, give them respectively under his Hand in Writing, the Limits of their respective Companies, their alarm Posts, and the Manner of mustering their Companies on all Occasions.

Persons in the Cont'l. Army to be considered as belonging to the Militia.

Each Company to choose their own Capt and two Lieut's, who are to be commissionated by the major Part of the Council.

5. *And be it further enacted by the Authority aforesaid*, That the Field-Officers of each and every Regiment, or the major Part of them, shall recommend to the General Court a good able and skilful Person for Adjutant of their Regiment; and if either House shall by Ballot, elect such Person for that Office, then the major Part of the said Council, shall, when concurred, commissionate him thereto. And in all Cases determinable by Field-Officers of the several Regiments, where there shall be the four Field-Officers of any particular Regiment present; and they shall be equally divided in their Opinions respecting such Matter—the Determination shall be according to the Opinion of the first Colonel.

An Adjutant to be recommended by the Field Officers of each Regiment, & chosen by Ballot of either House, & commission'd by the major Part of the Council.

6. *And be it further Enacted*, That each Company, including the Alarm List, shall be called together by their Captain, or commanding Officer, as soon as may be, for the Purpose of choosing one Clerk, four Serjeants, four Corporals, one Drummer, and one Fifer; and when it shall appear to the Commission Officers of any Company, that either of said Non-commissioned Officers shall neglect his Duty, they may remove and dismiss him from his Office, and call upon their Company, including the Alarm List, to choose another in the Room of such Delinquent; and if the said Company, being called together for that Purpose, shall at any Time neglect, or refuse immediately to proceed to the Choice of one, or more Non-commissioned Officer or Officers, so ordered to be chosen—the Commission Officers of such Company, or the major Part of them, shall by Warrant under their Hands in Writing, appoint said Non-commissioned Officer or Officers, which the said Company shall have refused to choose as aforesaid.

Non-commission'd Officers to be chosen by the Company.

7. *And be it further enacted by the Authority aforesaid*, That each and every Officer, and private Soldier of said Militia, not under the Controul of Parents, Masters, or Guardians, and being of sufficient Ability therefor, in the Judgment of the Select-Men of the Town wherein he has his usual Place of Abode, shall equip himself, and be constantly provided with a good Fire-Arm, with a Steel or Iron Ramrod, and a Spring to retain the same, a Worm, Priming Wire and Brush, and a Bayonet fitted to his Gun, a Scabbard and Belt therefor, and a Cutting Sword, or a Tomahawk or Hatchet, a Pouch containing a Cartridge Box, that will hold fifteen Rounds of Cartridges at least, a Hundred Buck Shot, a Jack-Knife and Tow

Articles of Equipments.

Digitized from Best Copy Available

Tow for Wadding, six Flints, one Pound of Powder, forty Leaden-Balls fitted to his Gun, a Knapsack and Blanket, a Canteen or Wooden Bottle sufficient to hold one Quart. And all Parents, Masters and Guardians, shall furnish and equip those of the Militia which are under their Care and Command, with the Arms, Equipments, and Accoutrements aforesaid: And where the Selectmen of any Town shall adjudge any Person belonging to the Militia of their Town unable to equip, and arm himself as aforesaid, such Selectmen shall in Writing under their Hands certify the same to the Captain or commanding Officer in whose Company such Person may be, and shall at the Expence of such Town provide for, furnish, arm and equip such Person with such Arms and Equipments; which Arms so provided by such Selectmen, shall be the Property of the Town at whose Expence they shall be provided; and if any Non-commissioned Officer or Soldier, shall embezzle or destroy the same, he shall be punished at the Discretion of the Justice, or Court before whom he may be convicted thereof, by paying double the Value of the Arms or Accoutrements so wilfully destroyed or embezzled; and on Default thereof, to be publicly whipped not exceeding twenty Stripes: And the Selectmen of each and every Town shall provide at the Expence of the Colony, and deposit and keep in some safe Place for the Use of the Militia upon an Alarm — one sixteenth Part so many Spades, or Iron Shovels with Handles, and fitted for Service, as there are Rateable Polls in their Town; one half as many narrow Axes as Spades and Iron Shovels, and as many Pick-Axes, as narrow Axes, all fitted for Service, and at the Cost and Charge of their respective Towns; one Drum, and one Fife for each Company therein. And the Freeholders and Inhabitants of each and every Town in this Colony, qualified by Law to vote in Town-Meetings, are hereby impowered at a Meeting regularly warned for that Purpose, to raise Money by Tax on the Polls and Estates of the Inhabitants of their Towns, to defrey all Charges arising on said Towns in Consequence of this Act.

*Poor Persons to be equipt at the Expence of their Town.*

*Penalties for Embezzlement of such Equipments.*

8. *And be it further enacted by the Authority aforesaid*, That each and every Commission Officer of said Militia, who shall not within one Month next after receiving his Commission, provide for, arm and equip himself with such Arms and Accoutrements, as is by this Act directed, shall by Order of a Court Martial appointed, as by this Act is provided, be removed from his Office. And every commissioned Officer, who shall be deposed from his Office in the Militia for Neglect of Duty, or other Misdemeanor, as by this Act is provided, shall receive no Benefit from any Commission, which he shall be thus incapacitated to execute to exempt him from Military Duty.

*Penalty for Commission Officers neglecting to equip themselves.*

9. *And be it further enacted*, That the Clerk of each and every Company of said Militia, shall once every six Months after the Time of his Choice or Appointment, take an exact List of his Company, and of each Man's Equipments respectively, and present the same to the Captain or commanding Officer thereof; a Copy whereof the Captain or commanding Officer of said Company, shall immediately deliver to the Colonel or commanding Officer of the Regiment he belongs to; and the Colonel shall, without Delay, return the Number therein contained to the Brigadier, and the Brigadier shall as soon as may be, return the same to the first Major-General, and he shall forthwith return the same to the Council.

*A Return of all the Equipments to be made every six Months.*

10. *And be it further enacted by the Authority aforesaid*, That every Brigadier shall review each Regiment of his Brigade *twice* a Year, and oftner if the Council shall order it, and on Default thereof, shall be liable to be removed from his Office: And when the Captain or commanding Officer of any Company of such Militia shall choose to call his Company together, or shall be ordered by his superior Officer to do it, to examine their Arms, or instruct them in the Exercises, which from Time to Time shall by the General Court be ordered for them, he shall notify and warn them of the Time and Place of Meeting, in such Manner as his Colonel shall appoint therefor; and each and every Company shall be mustered eight Times a Year at least, including their Regimental-Musters.

*Each Brigadier to review his Brigade twice a Year.*

*Each Company to be mustered 8 Times a Year.*

11. *And*

Digitized from Best Copy Available

Penalty for Colonels neglecting to call their Regiments together.

11. *And be it further enacted*, That if the commanding Officer of any Regiment, ſhall neglect to call his Regiment together at ſuch Time and Place, and in ſuch Manner as his Brigadier ſhall order, and be thereof convicted before a Court Martial appointed, as is in this Act provided, he ſhall be liable to be removed from his Office; and if any Captain or Subaltern, ſhall prove diſobedient on a Training or Muſtering-Day, or ſhall not draw out the Company he commands, being ordered by his ſuperior Officer thereto, he ſhall be liable to be removed from his Office by a Court Martial appointed, as by this Act is provided: And when any Commiſſion Officer ſhall be removed from his Office as aforeſaid, he ſhall be held incapable of holding any Military Office in ſaid Militia, for the Space of three Years next after Sentence declared againſt him; and when any Captain or Subaltern ſhall be removed from his Office as aforeſaid, the commanding Officer of the Company wherein ſuch incapacitated Perſon uſed laſt to command, ſhall call the Company together, including the Alarm Liſt, and direct them in the Preſence of one of the Field Officers of the Regiment, who ſhall preſide as Moderator, to chooſe ſome other Perſon in his Room, and the Perſon ſo choſen, on his Choice being certified, as is in this Act provided for the Choice of Captains and Subalterns, ſhall by the Council be commiſſionated accordingly. And if the ſaid Company at any Time ſhall neglect or refuſe to chooſe one or more Commiſſion Officer or Officers for the ſame, after being called together for that Purpoſe, as is directed by this Act, the Field Officers, or the major Part of them, ſhall recommend to the Council ſuch Perſon or Perſons within the Limits of ſaid Company, as they ſhall think moſt capable of the ſaid Office. And the Council ſhall commiſſionate them in the ſame Manner as if they had been choſen by the Company; and if any Non-commiſſioned Officer or private Soldier, being duly notified of the Time and Place appointed for the Company to which he belongs, to meet on a Training or Muſter-Day, ſhall unneceſſarily neglect to appear with ſuch of the aforeſaid Arms, Accoutrements and Equipments, as he ſhall be poſſeſſed of, being ordered by his Officer to bring the ſame, ſhall pay a Fine not exceeding the Sum of *twenty Shillings*, nor leſs than *five Shillings*, or if he ſhall be Diſobedient, or Diſorderly on a Training, or Muſter Day, he ſhall Pay a Fine not exceeding the Sum of *twenty*, nor leſs than *one Shilling*; and all Fines and Forfeitures of Money, ariſing by Breach of this Act for Diſobedience or Failure of Appearance on a Training Day, ſhall be recovered by Complaint before a Juſtice of the Peace, by the Clerk of the Company to which the Delinquent belongs, an Appeal being allowed to either Party, to the Inferior Court of Common Pleas, as in other Actions: And if on ſuch Complaint, Judgment ſhall be given in Favor of ſuch Clerk, he ſhall have his legal Coſt allowed him. *Provided nevertheleſs*, That when any Non-commiſſioned Officer or Soldier, ſhall neglect to appear as aforeſaid on a Training or Muſter Day, and ſhall within fifteen Days next after ſuch Training or Muſter, make his Application to the Officers of ſaid Company, or the major Part of them, and pay ſuch Fine as they ſhall order, not exceeding *twenty*, nor leſs than *five Shillings*, or ſhall obtain their Excuſe, and preſent a Certificate of the ſame under their Hands to the Clerk, it ſhall be a Bar to any further Action or Complaint againſt him for ſuch Offence.

Penalty for non commiſſioned Officers and Soldiers neglecting to appear equipt.

The mode of recovering Fines & Forfeitures ariſing by breach of this Act.

The Militia to be under ſuch Laws as ſhall be provided by the General Court.

12. *And be it further enacted by the Authority aforeſaid*, That the ſaid Militia, as well Officers as private Soldiers, when drawn out, or ordered to be drawn out on an Alarm for the immediate Defence of this, or any other of the United Colonies of *America*, ſhall from Time to Time be under ſuch Laws or Articles of War and Regulations, as ſhall be provided by the General Court.

All the Generals to be amenable to and triable before the Council for all Crimes & Mildemeanors in their Office

13. *And be it further enacted*, That the Major-Generals and Brigadiers of ſaid Militia, ſhall be amenable to, and triable before the Council of the Colony, for all Crimes and Miſdemeanors in their Office, and for Treachery, Cowardice, Fraud, or Neglect of Duty, and lawleſs Exerciſe of Power, ſhall be liable to be removed from their Offices reſpectively. And if any Field Officer ſhall be

F guilty

Digitized from Best Copy Available

Field Officers to be tried for Breach of Duty before a Court Martial of Field Officers.

guilty of any Misdemeanor, or Breach of Duty in Violation of this Act; the Brigadier, to whose Brigade he belongs, shall appoint a Court Martial, consisting of a Majority of the Field Officers of the same Brigade, to try him: And when any Captain, Adjutant or Subaltern, shall be guilty of Breach of Duty, or Misdemeanors against this Act, the Colonel, or commanding Officer of the Regiment he belongs to, shall order a Court Martial, to consist of a Majority of the commissioned Officers of the same Regiment, who live nighest to the Delinquent, to try him; which Court Martial shall respectively have full Power, for Treachery, Cowardice, Fraud, Failure of Duty, or wanton Exercise of Power, to remove from his Office such Commission Officer or Officers.

Captains and Subalterns by a Court Martial of commissioned Officers.

14. *And whereas Bribery and Corruption has been the Destruction of many great and oppulent Nations, and therefore every Species thereof should be discountenanced by a virtuous and patriotic People: And whereas on treating the Election of Officers has a manifest Tendency to injure a free People, and does on Training Days, in a great Measure, subvert the Design of calling the Militia together:*

Penalty for Bribery.

*It is therefore enacted by the Authority aforesaid,* That if any Officer, on any Training or other Muster Days, shall give, or provide any Treat of Victuals or Drink, for the Company he commands, directly or indirectly, he shall be liable to be removed from his Office, by a Court Martial, as by this Act is provided for other Offences.

Penalty for firing Guns unnecessarily on Training Days.

15. *And be it further enacted,* That no Soldier, or Non commissioned Officer, shall unnecessarily discharge or fire his Gun on a Training or Muster Day, without the express Order or Licence of his Superior Officer, under such Penalty, as is herein provided for Disobedience, or disorderly Behaviour on such Days.

Commanding Officer to Affirm the Sentence of Courts Martial.

16. *Be it further enacted,* That no Sentence of any Court Martial shall be put in Execution, without being affirmed by the Officer who shall have appointed the same.

17. *And whereas by the first Section of this Act, certain Orders of Men are exempt from common and ordinary Trainings: And whereas the present Situation of this Colony calls loudly for the Aid of all its Inhabitants; and many of those Persons who are by said Section so exempted, and others not included in that Part of the Militia, called the Training Band, are able and willing to fight in Defence of their Country:*

Who constitute the Alarm List.

*It is therefore enacted by the Authority aforesaid,* That all the Male Persons from sixteen Years of Age to sixty-five, not included in that Part of the Militia called the Training Band, and exempted by the first Section of this Act, from common and ordinary Training, shall constitute an Alarm List in the Colony; excepting Members of the Council, of the House of Representatives, and American Congress, for the Time being, the Secretary of the Colony, Ministers of the Gospel, the Denomination of Christians called Quakers, Selectmen for the Time being, and Negroes, Indians and Molatoes; and if of sufficient Ability, in the Judgment of the Selectmen of the Town, where they have their usual Place of Abode, shall respectively provide for, and equip themselves with such Arms and Accoutrements, as by this Act is directed for those of the Training Band, in the Militia aforesaid; and shall, in case of an Alarm, be under the Command of such Officers of the Militia, as by this Act is directed. *Provided,* that no Person above sixty Years of Age, nor such Millers and Ferrymen, as the Selectmen of their Town shall judge necessary to excuse therefrom, shall be compelled to march out of the Town wherein they have their usual Place of Abode.

Persons excepted.

The Alarm List to serve in Time of Action in a separate Corps.

*Provided also, and it is enacted by the Authority aforesaid,* That all such Persons belonging to the Alarm List, who are by this Act liable, in case of an Alarm, to be called to march, and serve without the Limits of the Town where they have their usual Abode, shall not be obliged to march, or serve in the Ranks with such as belong to the Training Band List; but, if Necessity shall require,

Digitized from Best Copy Available

require, shall march, and serve in a seperate Body and Corps by themselves, under the immediate Command of some Field Officer or Officers; and shall not be subject to the Command of any Officer or Officers, inferior to a Field Officer; nor shall the Judges, Justices and Sheriffs, in actual Commission, who shall have taken the Oath required by Law to qualify them for the Execution of their respective Offices, be subject or liable to be called out of the Towns, where they shall have their usual Abode, by any Officer inferior to the Colonel of a Regiment to which they belong: And the Clerk of each Company shall, when he takes a List of the Training Band, take an exact List of the Persons belonging to the Alarm List in his Company, and shall present the same to his Captain, with that of the Training Band; and the Captains, and all Officers, shall make the same Return of them, as of the rest of the Militia. And an Alarm may be made by firing three Guns one after another, or by firing a Beacon, the Drums beating an Alarm, all Persons being called upon to arm: Upon which all the trained Soldiers, and others capable to bear Arms, who are then resident in any Town, shall forthwith appear compleat, with their Arms and Ammunition, at the usual Place of Rendezvouz, or where the chief Officer shall appoint; there to attend such Command as shall be given for the common Defence, agreable to this Act.

Not to be subject to the Command of any Officers, inferior to a Field Officer.

18. *And be it further enacted*, That the Captain, or commanding Officer of every Company in this Colony, shall once every six Months, on one of the Days that he shall muster those of his Company belonging to the Training Band, call those of the Alarm List, within the Limits of the same together, within the Town where they are Inhabitants, and examine their Arms and Accoutrements; and if any such Person, belonging to the Alarm List, shall unnecessarily neglect to appear, after being duly warned, with his Arms and Accoutrements, he shall be liable to pay the same Fine, as is provided against those of the Training Band, in like Cases offending: And all Fines and Forfeitures, arising by Breach of this Act, against any of the said Alarm List, shall be recovered in the same Manner, as is provided for recovering the same against those of the Training Band, in like Case offending: And all those Persons in the Alarm List, shall be as capable of being elected to any Office in the said Militia, as if they were in the Training Band. And no Person belonging to, or being a Part of the established Forces of the United *American* Colonies, or of this Colony, shall, during the Time of his Engagement in the Services aforesaid, be elected to, or hold any Office in the Militia of this Colony.

Alarm List to be mustered twice a Year.

Penalty for neglecting to appear.

No Person belonging to the Army of the *United Colonies*, to be capable of holding any Office in the Militia.

19. *And be it further enacted by the Authority aforesaid*, That there shall be appointed by the General Assembly, a Deputy-Commissary for every Brigade; a Certificate of which Appointment, shall be sent them by the Secretary; and they shall be duly sworn to a faithful Discharge of the said Office: Which Deputies shall be accountable to, and obey the Commands in Matters respecting their Office, of the Commissary of this Colony. And when the Militia of any Town in the Colony, or a Part thereof, shall be drawn forth for the immediate Defence of this, or any of the United Colonies aforesaid, each Officer and Soldier shall provide for himself, at least three Days Allowance of Provisions: and the Selectmen of such Town shall immediately cause Carriages to attend them with further necessary Provisions, and Utensils to cook the same, and shall continue sending to the Commissary, or his Deputy, sufficient Supplies for the Part of the Militia, from their respective Towns aforesaid, until Certificates shall be given by the Commissary, or his Deputy, in the County from which said Militia goes, that the same can be otherwise supplied: And the Selectmen are directed to cause their Accounts of the Provision aforesaid, that shall be supplied by them, or such of the Utensils as shall be lost or damaged, together with the Charges of Transportation, to be laid before the General Court for Allowance, and to produce Receipts from the Commissary, or his Deputies, for such a Part thereof as shall be delivered to them respectively.

A Deputy-Commissary to be appointed for every Brigade.

His Duty.

20. *And*

Digitized from Best Copy Available

20. *And be it further enacted,* That there shall be a Stock of Powder and Ammunition in each Town provided, and constantly kept; which shall be one Barrel of good Gunpowder, containing one Hundred Pounds, three Hundred Weight of Leaden Balls of different Sizes, and Buck Shot, and three Hundred Flints for every sixty Soldiers of the Training Band, and the same Proportion for any greater or lesser Number; and the Selectmen of every Town in this Colony, shall procure and provide such Stock of Ammunition, as soon as may be; and the Selectmen of each Town shall be, and hereby are, impowered to raise Money by Tax, on the Polls and Estates of their Town, for the Purposes aforesaid, by the same Rule as other Town Charges are assessed; and shall by Warrant under their Hands, commit the same to the Constable or Constables of their Town, who are hereby impowered and directed to collect the same, in the same Manner as is provided for the Collector of other Taxes, and shall be held to pay the same to the Town Treasurer, as other Taxes, and shall be liable, in Case of Default, to have the same levied of them by an Execution from the said Treasurer, as in other Cases of a delinquent Constable is provided: And the said Treasurer is hereby impowered to award the same.

Powder and Ammunition to be kept in each Town.

21. *And be it further enacted,* That there be Military Watches appointed, and kept in every Town, at such Time, and in such Places, and in such Numbers, and under such Regulations, as the Commission Officers of such Town shall appoint, or as they may receive Orders from the chief Officer of their Regiment; and that all Persons within the Training Band, or Alarm List, under sixty Years of Age, shall by themselves, or some meet Person in their Stead, to the Acceptance of the Commander of the Watch, attend the same, on Penalty of *five Shillings* for each Defect, there having been due Warning given. And the Commission Officers, or the major Part of them of any Town, are hereby ordered and directed, to proportion the Burthen of such Watches, equally on those in the Training Band, and Alarm List, excepting such as are more than sixty Years of Age as aforesaid, under the Penalty of being dealt with in the Manner provided by this Act against those who shall be guilty of Fraud, or the lawless Exercise of Power.

And Military Watches.

Penalty for Neglect.

22. *And be it further enacted,* That each and every Fine and Forfeiture arising by Breach of this Act, when recovered, shall be paid to the Treasurer of the Town in which the Person offending has his usual Place of Abode, to be by the Selectmen of such Town appropriated to the Use of purchasing Guns and Accoutrements, for those who are unable to purchase the same for themselves; and for purchasing Drums and Fifes, and to be drawn out by the Selectmen of each Town from Time to Time, as there shall be Occasion.

The Disposition of the Fines arising by Breach of this Act.

23. *And be it further enacted by the Authority aforesaid,* That each Brigadier of this Colony, shall keep constantly provided, at the Expence of the same, two good Field Pieces, that shall carry a Shot of not more than six, nor less than two Pounds Weight, mounted on good and substantial travelling Carriages; together with Harnesses, Rammers, Ladles, Sponges, Powder-Horns, and other necessary Accoutrements for the same; and shall also keep constantly provided at the Expence of the Colony, for each Field Piece as aforesaid, forty Rounds of Iron Shot, forty Cases of Iron or Leaden Ball, and eighty Rounds of Powder, with Cartridges for the same; and shall likewise cause a Company of Matrosses to be inlisted in his Brigade, for each Field Piece: Which Companies shall consist of thirty-six Men each, including Officers, and be chosen from two separate Regiments, and one Town in each Regiment, as the Brigadier shall direct; and shall respectively choose Captains, and other proper Officers, and be subject to the Field Officers of their respective Regiments, and to the same Laws and Regulations, as are provided in this Act, for the other Companies of the Train-Band; any Thing in this Act notwithstanding.

Two Field-Pieces to be provided,

and two Companies of Matrosses to be raised in each Brigade.

CHAP.

Digitized from Best Copy Available

# DEX25

# CHAP. 33.

AN ACT for regulating the militia of the State of New-York

PASSED the 3d of April, 1778.

Preamble.

WHEREAS the wisdom and experience of ages point out a well regulated militia as the only secure means for defending a State against external invasions and internal commotions and insurrections;

*And whereas* this and the other United States of *America* are now invaded by foreign enemies and the safety of this State may be indangered by intestine commotions and insurrections;

*And whereas* it is therefore become the duty of the legislature of the State to put the militia thereof on such an establishment as will most effectually encourage a martial spirit, among the people; provide for the internal and external security of the State and enable it most vigorously to co-operate with the other United States in a cause no less noble and exalted than the defence of the common rights and liberties of *America* against hostile tyranny and oppression;

Persons to be enrolled.

*Be it therefore enacted by the People of the State of* New-York *represented in Senate and Assembly, and it is hereby enacted by the authority of the same.* That every able bodied male person Indians and slaves excepted residing within this State from sixteen years of age to fifty (except such persons as are herein after excepted) shall immediately after the passing of this act tender himself to be enrolled as of the militia to the captain or in his absence the next commanding officer of the beat wherein he shall reside who shall inrol him accordingly and in case of delay, or neglect to make such tender as aforesaid the said captain or commanding officer shall cause such person to be enrolled and to be duly warned thereof. In order that the militia may receive augmentation from the annual increase of the number of the inhabitants of this State that every captain or other commanding officer of a company shall from time to time enter on the said roll every male person able bodied and free (except as herein before and after excepted) who shall from time to time arrive at the age of sixteen years or come to reside or sojourn within his beat and without delay notify such inrollment to each person so inrolled respectively, by some inferior officer of the company who on oath shall be a competent witness to prove such notice. That if any dispute should arise with respect to the age or ability to bear arms of any person it shall be determined by the captain or commanding officer of the company, with right of appeal to any person who may conceive himself aggrieved, to the colonel or commanding officer of the regiment whose determination in the case shall be final. That every person so inrolled and notified shall within twenty days thereafter respectively furnish and provide himself at his own expence with a good musket or firelock fit for service a sufficient bayonet with a good belt, a pouch or cartouch box containing not less than sixteen cartridges suited to the bore of the musket or firelock each cartridge containing a proper quantity of powder and ball or in lieu of such pouch or cartouch box and cartriges with a quantity of powder and ball respectively disposed of in a powder horn and shot bag and wadding equivalent to such cartriges, and two spare flints a blanket and a knapsack and shall appear, so armed accoutred and provided when called out to exercise or duty as herein after directed except that when called out

Enrollment to be made by captains.

Disputes, how to be determined.

Equipments.

Generated on 2024-01-10 20:20 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from HARVARD UNIVERSITY

to exercise only he may appear without blanket or knapsack. And if any such person shall appear to the captain or commanding officer to be too poor to arm accoutre and provide himself in manner aforesaid he shall be supplied for the purpose out of the monies to arise from the fines from time to time to accrue in the regiment to which he shall belong; and in case of deficiency thereof out of the public magazines of stores of this State by order of the person administring the government of this State for the time being.

Brigadier generals.

That there shall be one brigadier general for the county of *Tryon*, one for the county of *Albany*, one for the bounties of *Gloucester* and *Cumberland*, one for the county of *Charlotte* one for the county of *Dutchess*, one for the county of *Ulster*, one for the county of *Orange*, one for the county of *Westchester*, one for the city and county of *New-York*, one for the counties of *Queens*, *Kings* and *Richmond*, and one for the county of *Suffolk* each of whom shall respectively have rank authority and command in the militia of this State like as a brigadier general in the army of the United States of *America*. But his command unless in the field shall not extend beyond his proper brigade.

Colonels may be appointed commandants of brigades.

*Provided nevertheless* That it shall be lawful for the person administering the government of this State for the time being, by and with the consent and advice of the council of appointment to appoint colonels commandant instead of brigadiers general in such of the said brigades, as the said person administring the government and council of appointment shall deem necessary and expedient. And that the said colonels commandant shall have the like command in their respective brigades with brigadiers general and when in the field shall take rank of all colonels or other officers commanding regiments and if any person so to be appointed a colonel commandant should be a colonel of a regiment of militia he shall still continue in the command of the said regiment.

Division of State into regiments, etc.

That the present division of the State into regiments and companies shall be and remain, with power nevertheless to the person administring the government of this State for the time being by general orders to be issued for that purpose to abridge or enlarge the limits of the present regiments or companies, or to form new regiments or companies as he from time to time shall think most conducive to the public service. Copies of such general orders to be filed in the clerks office of the county where the regiment or company shall be.

Brigade major

That each brigadier general shall have one brigade major of his own choice, each of whom shall rank as major in the militia.

Regimental and company officers.

That each regiment shall have and be commanded by one colonel, one lieutenant-colonel, and one major unless in cases where it shall be thought necessary to appoint two majors with the rank authority and command to them respectively belonging as field officers. That each company shall be officered by one captain, one first lieutenant, one second lieutenant and one ensign as commissioned officers and by four serjeants four corporals one drummer and one fifer, and the staff of each regiment shall be one adjutant and one quarter master who shall respectively rank as first lieutenants. And the sergeants, corporals, drummers and fifers shall be appointed by the captains or other commanding officers of the several companies; and if any person so to be appointed a sergeant or corporal shall refuse to accept the said office he shall forfeit the sum of five pounds to be adjudged levied and disposed of in manner as is herein directed, in cases of persons neglecting squad duty.

Generated on 2024-01-10 20:20 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from HARVARD UNIVERSITY

Case 8:23-cv-00223-MSS-NHA Document 69-2 Filed 11/28/25 Page 170 of 177
PageID 822



Colors.

That each regiment shall be provided with a standard or colours at the expence of the field officers, and each company with a drum and a fife, at the expence of the commissioned officers thereof.

Troopers.

*And whereas* it is or may be necessary that some troops of horse and companies of grenadiers be kept up within this State, that therefore in each county there may be troopers not exceeding fifty officers included to be formed into one or two troops each having one captain one first and one second lieutenant, and one cornet, two serjeants and two corporals to be composed of volunteers from the foot militia of this State, or others already in the horse service, and also a company of grenadiers in each regiment of foot which may conveniently furnish the same. That the said troops of horse and companies of granadiers shall respectively be formed and composed of volunteers in the respective beats and regiments respectively inhabiting at such convenient distances from each other that they may with ease and dispatch be called out for training and discipline, or for service. *Provided*, That no grenadier company shall be established in any regiment, except with the consent of all the field officers nor exceed sixty men officers included.

Consent necessary.

Enlistments to be certified.

That on every such inlistment of a volunteer the captain of such troop of horse or of such company of Grenadiers do immediately certify to the captain of the beat from which such volunteer shall inlist, the inlistment of the said voluntier into the troop of horse or company of grenadiers.

Equipments.

That each trooper shall be equipt furnished and provided with a good serviceable horse at least fourteen hands high with a good saddle, housen, holsters breast-plate and crupper a case of good pistols, a good horseman's sword, a pair of boots and a pair of spurs and a carbine well fixed with a good belt swivel and buckets and a cartridge box to contain twelve cartridges at least. That each grenadier shall be be equipt and furnished with a grenadier's cap a good musket and bayonet a broad sword a belt, pouch or cartridge box and so equipt and furnished, they the troopers and grenadiers shall respectively be called out in squads and companies as often (for the usesand purposes intended by this law) and under the direction of their inferior and principal officers as is hereby required with respect to the rest of the militia of this State.

Appearance at reviews, training days, etc.

That each non commissioned officer and private shall at every exercise by squads as herein after mentioned, and at every company or regimental training field day or review herein after directed, attend at the place or parade alotted for the squad, company or regiment to which he shall belong armed accoutred and provided as above directed.

Companies to be divided into squads, etc.

That the several companies of militia, horse and foot shall each be divided by the commissioned officers thereof into four squads, and one squad thereof shall be exercised and trained to discipline by the captain and the other three squads, by the other three commissioned officers of the company respectively, on each of which squads of foot one serjeant and one corporal and of which squads of horse one serjeant or one corporal shall attend for the purpose of assisting in exercising and training the squad, and in forming the squads, attention shall be paid to the respective places of abode of the several officers and privates of the company, by placing the privates respectively in the squad belonging to the officer nearest to whom they shall respectively reside. And the several officers are hereby authorized and required to call out their respective squads and exercise and discipline them twice a month sufficiently for their due instruction and improvement. That in order

Generated on 2024-01-10 20:21 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google





Original from
HARVARD UNIVERSITY

to the same purpose and for compleating proper company returns every captain or other commanding officer of every company of militia whether horse or foot shall once in every two months call out his company to his place of parade which shall be the most convenient for the purpose where he shall parade his company, see that the non commissioned officers and privates are properly armed accoutred equipped and provided; note the several defaulters and sufficiently exercise and discipline the company for their due instruction and improvement. And if upon such exercise and discipline it shall appear to the officers of the said company or the majority of them that any of the said men are so perfect in the exercise as that they ought to be excused from squad duty, they are hereby authorized to give such person or persons an exemption from squad duty under their hands.

Company parades.

Exemptions from squad duty.

That each colonel or commanding officer of a regiment shall in the first or second week in *April* and in the first or second week in *November* in every year call out his regiment to his regimental parade, which shall be the place in his district the most convenient for the purpose and having paraded the same shall require from the captain or commanding officer of every beat in the regiment a return thereof expressing the exempts, and the absentees and the causes of the respective exemptions and absences, cause the said regiment except the excempts thus paraded, to be called by the company rolls and the arms, ammunition and accoutrements of each man to be examined, and the defaulters to be noted, and shall cause them to be sufficiently exercised trained and disciplined for their instruction and improvement, and shall within two weeks thereafter respectively make or cause a compleat regimental return (expressing therein by name the exempts or absentees) to be made to the governor or commander in chief for the time being until a brigadier-general be appointed to the brigade to which the regiment shall belong.

Regimental parades.

That every troop of horse, shall on every regimental field day above mentioned attend and parade with the regiment under the command of the colonel, or other field officer of the district wherein the captain of the said troop shall reside and the captain or commanding officer of the troop, shall there be required by the colonel or commanding officer of the regiment to make him a proper return of the troop in the same manner as is above directed to be required of the captain of the companies of foot belonging to the regiment cause them to be called off by the return and proper inspection to be made of their respective horses arms, ammunition and accoutrements and their respective defaults to be noted And shall cause the captain or commanding officer of the troop to train exercise and discipline the same sufficiently for their instruction and improvement, and shall include them in his regimental return aforesaid.

Troops of horse to parade with regiment.

That every commissioned officer of the militia in this State who shall omit or neglect to perform any of the duties by this act injoined on him of inrolling training exercising and discipling in and to the use of arms the militia of this State or making perfect returns of the militia or not calling out to actual service the militia or any part thereof when necessary; and shall if under the rank of a brigadier be thereof convicted by a brigade court martial from the brigade to which he shall belong consisting of at least thirteen members, which court martial the brigadier is hereby authorised and required to appoint and direct to sit, and the sentence thereon be confirmed in manner herein after mentioned be *ipso facto* removed from his office and reduced to do duty in the ranks, as a foot soldier any exemption from duty to the contrary in any wise notwithstanding.

Officers neglecting duty to be court-martialed.

Generated on 2024-01-10 20:19 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from HARVARD UNIVERSITY

Meeting of general and field officers to review court-martial proceedings.

*And be it enacted by the authority aforesaid* That the brigadier general and the field officers of each brigade shall on the second Tuesday in *January* and the second Tuesday in *June* yearly and every year meet together at such town or place within the brigade as the brigadier general shall appoint. To which meeting all sentences of courts martial in such brigades not before confirmed or disallowed shall be brought and shall by the said brigadier general or next commanding officer and field officers or the majority of them be respectively confirmed or disallowed upon determining all which the brigadier general or next commanding officer shall sit as president and shall immediately thereafter particularly report under his hand to the person administering the government of this State all such sentences as shall be so confirmed, and all brigadier generals, for offences, not particularly provided for in this law, shall be tried by a general court martial to be appointed by the commander in chief of the militia of this State and if on conviction the sentence thereof be confirmed by such commander in chief of the militia for the time being, that thereupon such brigadier general shall be removed from his office. That all sentences of courts martial so confirmed shall be by the person administring the government of this State, from time to time laid before the council of appointment to the end that they may appoint others instead of the officers so found guilty.

Fines for non-appearance by non-commissioned officers, etc.

That every foot soldier of the said militia who shall neglect to appear when called out, without sufficient excuse shall for every such offence forfeit the sum of twenty shillings and if he shall appear wanting any of the arms ammunition or accoutrements prescribed for him by this law without sufficient excuse he shall for every deficiency forfeit the sum of eight shillings; and if any noncommissioned officer or private in any troop of horse shall be charged with either of the said offences and shall not have sufficient excuse he shall forfeit for the offence of not appearing forty shillings and for every other of the said offences sixteen shillings. That all fines to arise from offences in a squad or company only shall be adjudged of and inflicted by the commissioned officers of such company and shall be levied with costs by warrant under the hand and seal of the captain or the commanding officer respectively directed to one or more of the sergeants of the said company by distress and sale of the goods and chattels of the offender and paid by the sergeant or sergeants to the said captain of the company or commanding officer.

How collected.

And that all fines to arise from the like offences upon the calling out of a regiment shall be adjudged of and inflicted by the field officers or the major part of them of the regiment and shall be levied, with costs by warrant under the hand and seal of the colonel of the regiment directed to one or more of the sergeants of the said regiment by distress and sale of the goods and chattels of the offenders respectively and by him paid to the said colonel or commanding officer; all which fines shall by them respectively be paid over to the quarter-master of the said regiment to be by him laid out under the direction of the field officers of the said regiment for arming accoutring and furnishing with ammunition the privates thereof in manner aforesaid; and where in any case no goods or chattels shall be found, then on such warrant such sergeant or sergeants shall take the body of the offender and him convey to the common goal of the county there to be kept in safe custody until he pay the said fine with costs and such goaler is hereby required and commanded to receive such offender with the warrant and him safely to keep until he shall have paid the said fine and costs. Which goaler shall on demand by such sergeant or sergeants pay the same to him or them and

Generated on 2024-01-10 20:21 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from HARVARD UNIVERSITY

thereupon such fines shall be disposed of in manner herein before directed for the disposal of fines.

Rank. That a captain of horse shall rank as eldest captain of the regiment and all officers in the militia shall take rank according to the dates of their commissions preference nevertheless being given to him who was entitled to rank, by a former commission before any other person in the same line of office with him to whom he had preference in rank by such former commission.

Returns to be made. That from all returns, to be made by the colonels or commanding officers of regiments respectively to the respective brigadiers general, brigade returns shall without delay be made to the commander in chief.

Position in line, etc. That one brigade, regiment, troop of horse, or company of foot (except grenadiers who shall form on the right of the regiment) shall not be considered as elder than or having rank or preference of the other. But each brigade regiment, troop of horse and company shall be posted and disposed of in the line on command as the commanding officer on the spot, shall on every occasion or emergency think proper.

Duty of commandants of brigades, etc., in case of invasion, etc. That on every emergency of a sudden invasion by the enemy or insurrection within this State, the commanding officer of any brigade regiment or company as the case may require shall immediately draw out the militia under his command and with them oppose the enemy, or the insurgents; and that all brigades, regiments and troops of horse and foot companies of the militia shall from time to time be subject to general brigade regimental and company orders as is usual according to the course and practice of war for suddenly taking the field for the purpose aforesaid. And all such orders by any officer under the rank of commander in chief shall be reported in writing by express to the governor or commander in chief for the time being and also to the colonel or commanding officer of the regiment if given by one under his command and if given by the colonel or the commanding officer of the regiment shall be reported to the brigadier general and if given by the brigadier general to the commander in chief; all which reports shall be acted upon by the respective persons to whom the same shall respectively be made as the emergency may require, and by such persons respectively be reported with their respective doings thereon to his next superior officer and so on in succession till they reach the commander in chief.

Pay and rations. That every person in the militia whether officer or private, when called out into actual service either to act separately or in conjunction with the troops of the United States of *America* shall from the time of his receiving due notice thereof from his commanding officer until he be properly discharged from that Service, if and as long as he shall perform the same and until properly discharged or dismissed be allowed pay and rations, according to the continental establishment; and on every wilful neglect or refusal to march after such notice as aforesaid shall be dealt with as a deserter, or having marched out on such notice, and before his proper discharge or dismission shall commit any offence or shall before such discharge or dismission desert from the corps to which he shall belong, or from his post shall for every such offence be subject to the rules and articles established by the continental congress for the better government of the troops raised or to be raised and kept in pay by and at the expence of the United States of *America* which shall be put in execution against the offender by the militia orders and authority in like manner as the same are put in execution in the continental army, against offenders therein by proper orders and authority thereof, and that in all such cases the governor or commander in chief for the time being and all militia officers subordinate to him shall and may enjoy and exercise

Liable to rules and articles of war from time of receiving notice.

Generated on 2024-01-10 20:23 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google
Digitized by Google
Original from HARVARD UNIVERSITY

all the powers by the said rules and articles of war given to the commander in chief of the army of the United States and the several officers subordinate to him in the said army.

Power to order out militia.

That the governor or commander in chief for the time being shall have power and authority from time to time in his discretion to order out the whole or any part of the militia of this State into actual service not only for the defence of this State but to give assistance to any of the other United States, or to reinforce the army of the United States or any part thereof and to cause them to march out of this State for either of the said purposes; *provided always* That none of the militia of this State shall be compelled to do duty out of the same, for a greater space of time than forty days.

Service out of State limited.

Regular courts martial to be instituted.

That for the several purposes aforesaid regular courts martial and of inquiry shall from time to time as cases may require be instituted and formed, and general brigade and regimental orders from time to time given upon the plan directed by the aforesaid rules and articles for the better government of the troops of the said United States, and by the officers in rank respectively in the militia, equal with those respectively authorized for the purpose by the said articles of war. In respect whereof the governor or commander in chief and all militia officers respectively shall be considered as on the same footing as the general and commander in chief of and as the officers in their respective ranks belonging to the army of the United States of *America*. *Provided always* That no commissioned military officer except when questioned upon the aforesaid rules and articles of war, shall be sentenced or adjudged to any other punishment than to be broke and rendered incapable of any military office whatsoever within this State. *And provided also* That it shall and may be lawful for a court martial, whenever they shall conceive it proper to fix and determine a fine for which any person adjudged to receive corporal punishment may commute such punishment, and if the said fine shall be paid within the time by the court martial for that purpose limited, the said person shall be accordingly acquitted of such corporal punishment. That all such fines shall be paid into the hands of the eldest militia officer from this State on the spot, and shall by him be paid into the treasury of this State.

Proviso as to sentence of commissioned officers.

Proviso as to fine instead of corporal punishment.

Privates to be divided into classes and perform tour of duty in numerical order

That a roll of the privates of each company, horse and foot shall be made and divided by the captain or commanding officer of the company, into eight classes, as nearly equal in number to each other as conveniently may be and a sergeant or a corporal shall be allotted on the roll by the captain or commanding officer to each class; which said eight classes in each company shall, on detachments or drafts in pursuance of this law perform their tour of duty in numerical order; and to ascertain which class shall take the first, which the second which the third and which the fourth tour of duty on detachment and so on to the eighth class; eight slips of paper numbered respectively from one to eight inclusively shall be so rolled up or otherwise closed as to conceal the number, and being put into a hat box or vessel and well shook together in the same the sergeant or corporal of each class shall in the order to be directed by the captain or commanding officer in behalf of his class take out one of the ballots, and the numbers drawn by the sergeants and corporals respectively, shall determine the respective tours of duty of their several classes. The class which draws number one to have the first tour of duty, and so on the numerical order throughout all the eight classes, determining their respective tours of duty and in the same numerical order shall the eight classes continue their rotation without any new balloting until the numbers respectively contained in each class shall by the events

Tours of duty to be determined by ballot.

Generated on 2024-01-10 20:23 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from HARVARD UNIVERSITY

of war or other accidents become very unequal when there shall be a new balloting as above directed.

That when and as often as the classes shall be thus fixed each captain or commanding officer of each company shall form a roll consisting of the eight classes and containing the names of the men in each class with the names of the sergeant and corporal respectively prefixed to each class and numbered according to the order of balloting; which he shall keep for his own use guidance and direction and shall notify each sergeant corporal and private to what class he shall belong and shall return a copy thereof with the list of his commissioned officers prefixed thereto, without delay to the colonel or commanding officer of the regiment, who shall enter all such and every other company return, in a book to be kept by him for the purpose.

Roll of classes.

That the colonel or next commanding officer of the regiment shall on receipt of all the classed returns of the companies in his regiment convene together all the commissioned officers in his regiment and proceed in like manner to fix by ballot the respective tours of duty of all the commissioned officers under the rank and degree of a field officer from and including number one to and including such number as shall be equal to the number of companies in the regiment. Which balloting shall be made separately and severally in the four several lines of office and be entered by the colonel or commanding officer in his said book, as also the quota of each detachment both as to officers and privates in order thereby from time to time to ascertain the rotation of the service of both; which shall ever be determined by such quota's respectively.

Tours of duty to be fixed by ballot.

That if there be two majors belonging to a regiment they shall decide by lot which of them shall take the first tour of duty and the order or tour of duty thereby established shall ever after govern.

That to establish the rotation of duty on detachments among the several field officers in the regiments composing a brigade, the colonels, lieutenant colonels and majors shall without delay meet together and decide the same by several and separate lots in numerical order as aforesaid in the several lines of office; which being done a roll thereof shall immediately be made, and subscribed by them all and returned to the brigadier general of the brigade.

That to a brigadier generals command of detachments the person administring the government shall appoint such brigadier respectively as shall in his judgment appear most proper for advancement of the service.

Brigadier to be appointed by governor.

That every private shall be allowed to substitute on detachments an able bodied private in his stead who shall nevertheless take his own tour of duty in the order wherein it shall have been fixed as aforesaid; and that in case by sickness or unavoidable accident an officer or private shall be prevented from taking his tour of duty on any detachment, the next to him on the respective rolls of detachment without regard to classes with respect to privates shall fill his place and the person so prevented shall in return take the proper next tour of duty on detachment, of him so filling his place; and all classings as aforesaid shall go on in rotation in the several numerical orders abovementioned, as long and as often as the public service shall require the same. *Provided always* That the governor or commander in chief of the militia for the time being shall and may from time to time in his discretion order out on detachment as great a part of any brigade or regiment or troop of horse, or the whole militia into actual service; and also that the like discretionary power may on sudden emergencies and without waiting for the order of his superior officer, be exercised by the commanding officer of any brigade, or regiment or troop of horse, or foot company respectively over

Substitutes to be allowed.

Governor may order out whole or part of force.

Emergency cases like power exercised by com-

Generated on 2024-01-10 20:23 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from HARVARD UNIVERSITY

mending officers.

each such brigade regiment troop of horse or foot company respectively giving notice thereof in writing without delay, together with all things relating thereto as well to his commanding officer as to the governor or commander in chief for the time being.

Persons exempt from serving in enrolled militia.

That all persons under the age of fifty five years, who have held civil or military bommissions and are not or shall not be reappointed to their respective proper ranks of office and all other persons between the ages of fifty and fifty five years who have not associated and elected their officers, and shall associate themselves in manner herein after mentioned, shall be exempted from serving as part of the enrolled militia and within eight weeks after the passing of this act form themselves into voluntary associated regiments or companies according to their number in each respective county and recommend their own officers; and that all such associated regiments or companies whether already associated or hereafter to associate shall make returns thereof respectively to the governor or commander in chief for the time being without delay after the said term of eight weeks, who with the advice of the council of appointment shall issue commissions to them accordingly. In default of which returns they shall respectively do duty in the ranks with the militia of the beat within which they shall respectively reside until they shall respectively associate as aforesaid. That the substance of such associations shall be, that the associators will severally on all occasions obey the orders of their respective commanding officers and will in cases of invasion or incursions of the enemy or insurrections march to repel the enemy or suppress such insurrection, in like manner as the enrolled militia are compelled to do: So as that they shall not when called out in detachments be annexed to any other regiment or company or be under the immediate command of any other than their own officers.

Ibid.

That the lieutenant-governor, members of the senate members of the assembly and their several clerks and all judicial officers, the secretary of this State, and two of his deputies, the treasurer, the auditor-general, and the attorney-general of this State, the commissioners for defeating conspiracies the clerks and registers of courts and the county clerks and sherifs and their respective deputies not exceeding one and the coroners not commissioned in the militia and all ministers of the Gospel and all physicians and surgeons except in their several and respective professions and callings and the actual occupant of every grist mill, and all ferrymen licensed by the governor or commander in chief for the time being shall notwithstanding their being respectively able bodied above sixteen and under sixty years of age and all such persons in the service or employ of the United States or of this State or engaged or employed in any manufacture or business so that it it would be for the good of the public that they should be exempted, who shall procure special exemptions from the commander in chief of the militia for the time being under his hand shall respectively be exempted from training and doing duty in the militia. But shall nevertheless be armed accoutred and provided as above mentioned.

Ibid.

That all those male persons between the ages of sixteen and fifty five years who in judgment of law are or shall be of the people called Quakers shall be exempted from all personal military service whatsoever to which they would respectively be subject by this law were they not respectively of the people called Quakers. And for such exemption shall yearly and every year severally pay the sum of ten pounds in lieu of all military service whatsoever required by this law except services on detachments and calling out the militia for actual service by virtue of this law in which cases each of them shall annually pay the sum of ten pounds

Payment to be made for exemption.

Generated on 2024-01-10 20:23 GMT / https://hdl.handle.net/2027/hvd.32044011878863
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google Original from HARVARD UNIVERSITY

and for the purpose of levying the said annual sums the captain of every beat shall annually return to the supervisors of the district wherein he shall reside a list of such Quakers as aforesaid residing within his beat. And the supervisors of the county at either of their meetings shall make out a separate tax list thereon with a warrant to be issued by them to the collectors respectively for levying the same in the manner prescribed by a certain law passed by the legislature of this State during this session entitled *An act for raising monies to be applied towards the public exigencies of this State*" and the monies to be levied on such warrant shall be paid and disposed of in such manner and subject to such deductions as by the said law is directed with respect to the monies to be levied by the said law on personal estates within this State, and in default of goods and chattels of any Quaker so to be assessed as aforesaid the warrant for levying the same shall authorize the collector to commit him to the county gaol and the keeper of the said gaol is hereby required to keep him in safe and secure custody in the said gaol until he shall have paid the sums so assessed on him as aforesaid, to the said collector who is hereby required to dispose of the same in manner aforesaid. *Provided always* That this law or any thing in the same contained shall not in cases of drafts or detachments of the militia affect any person who has furnished or shall furnish a sufficient able bodied man for service in one of the five continental regiments of this State pursuant to law. That in all cases where notice is required by this act verbal notice to the party himself or left at his usual place of abode with a person of the years of discretion by any commissioned or non commissioned officer or corporal of the company, shall be deemed a legal and sufficient notice.

Tax list and warrant to be issued by supervisors.

Proviso as to persons furnishing substitutes.

*And lastly* That every article, clause, provision, matter or thing in any law or resolution of the legislature, or any provincial congress, or convention or committee, or council of safety of this State for the regulation of the militia thereof which is repugnant to, or in any wise inconsistent with the provisions hereby made, or any or either of them, shall be and the same are hereby declared and enacted to be absolutely repealed and made null and void to all intents constructions and purposes whatsoever. And this act shall continue in force for the space of two years from the publication thereof and no longer.

Inconsistent acts repealed.

# CHAP. 34.

AN ACT to regulate the wages of mechanicks and labourers, the prices of goods and commodities and the charges of innholders, within this State, and for other purposes therein mentioned.

PASSED the 3d April, 1778.

WHEREAS the honorable the congress of the United States of *America* by certain resolutions bearing date the twenty second day of *November* in the year of our Lord one thousand seven hundred and seventy seven, did among other things therein mentioned recommend to the legislatures of the respective states of *New-Hampshire*, *Massachusetts-Bay*, *Rhode-Island* and *Providence Plantations Connecticut*, *New-York*, *New-Jersey*, *Pennsylvania* and *Delaware* respectively to appoint commissioners to convene at *New-Haven* in *Connecticut* on the fifteenth day of *January* then next in order to regulate and ascertain the price of

Preamble.

Generated on 2024-01-10 20:23 GMT / https://hdl.handle.net/2027/hvd.32044011878063
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google
Original from HARVARD UNIVERSITY