DEX26

ATF178

1804. —— Chap. 58—59.                                103

An Act to restrain the issuing of printed Promissory Notes of certain Denomina-  Chap. 58.
tions, and for other Purposes.

SECT. 1.  *BE it enacted by the Senate and House of Represen-*
*tatives, in General Court assembled, and by the authority of the*
*same,* That all bills, notes, checks, draughts or obligations what-   Notes, &c. un-
soever, under the amount of five dollars, payable to bearer or   der five dollars,
                                                                  to be in writ-
to order, shall be wholly in writing : And that all notes, bills,   ing; and print-
checks, draughts or obligations whatsoever, under the afore-   ed notes, &c.
                                                                  to be void.
said amount, and payable as aforesaid, which shall be made or
issued after the first day of April next, and which shall bear
the impression of types, plates, or printing, shall be utterly
void, and no action shall be thereon sustained in any court of
law.

SECT. 2.  *And be it further enacted,* That any person or   Penalty for
persons who shall issue or pass any bill, note, check, draught   passing other
                                                                  notes, &c.
or obligation whatsoever,* unless the same be wholly in writing   * 1804 ch. 136
as aforesaid, shall forfeit and pay a fine of four dollars, to be   § 2.
recovered by an action of the case, before any court compe-
tent to try the same; one moiety thereof for the use of the
complainant, and the other moiety for the use of the poor of
town where said bill, note, check, draught or obligation may
be issued or passed : *Provided however,* That nothing herein   Proviso.
contained shall affect the rights or privileges already granted
to any bank or banks incorporated within this Common-
wealth.

SECT. 3.  *And be it further enacted,* That the Secretary be,   Secretary di-
and he is hereby directed to cause this Act to be published as   rected.
soon as may be in all those newspapers in which the laws of
this Commonwealth are usually published.  [*Feb.* 18, 1805.]

An Act in addition to an Act, entitled, " An Act providing a more easy and simple   Chap. 59.
method than is now in use of Barring Estates Tail in Lands, and for making the   1791 ch. 60.
same liable to the Payment of the Debts of the Tenant in Tail."

*BE it enacted by the Senate and House of Representatives, in*
*General Court assembled, and by the authority of the same,* That
in all cases whatever, where an estate tail in remainder in lands   Remainders
and tenements, together with all remainders and reversions ex-   and reversions
                                                                   expectant on
pectant on the determination thereof, might by law be barred   the determina-
by a common recovery duly suffered, by the tenant of the free-   tion of estates
                                                                   tail, to be bar-
hold and remainder-man, joining therein, such estate tail, with   red by deeds of
all such remainders and reversions expectant on the determina-   tenant of the
                                                                   freehold and
tion thereof, shall be as effectually barred, to all intents and   remainderman,
purposes, by the deed or deeds of the tenant of the freehold   as by a com-
and of the remainder-man, as the same could be barred by the   mon recovery.
suffering such common recovery ; and the person or persons
to whom such deed or deeds shall be so made, shall hold the
lands and tenements so conveyed, to such uses as may be
therein expressed, in the same manner as though such uses
had been so expressed in the deeds made, declaring the uses
for which such common recovery might have been suffered.
*Provided,* That such deed or deeds, made for the purposes
aforesaid, be duly executed, acknowledged and recorded as
provided in the Act to which this is in addition.  [*Feb.* 18,
1805.]

App.065

ATF179

104    1804.——Chap. 60——75.

| | |
|---|---|
| Chap. 60.<br>31 Geo.II. ch.2. | An Act in addition to an Act, entitled, " An Act for regulating the Proprietors of the Meadow and Flat Ground, within the Cove called Little Harbour, in the Town of Hingham, in the County of Suffolk." [Feb. 18, 1805.] |
| Chap. 61. | An Act to incorporate the District of Carlisle, in the County of Middlesex, into a Town by the name of Carlisle. [Feb. 18, 1805.] |
| Chap. 62. | An Act to change the name of Pepperelborough to Saco. [Feb. 23, 1805.] |
| Chap. 63. | An Act to authorize the Second Parish in Scarborough to dispose of certain Real Estate. [Feb. 23, 1805.] |
| Chap. 64. | An Act incorporating sundry persons residing in the Towns of Sheffield, West-Stockbridge and Stockbridge, into The Protestant Episcopal Society of Great-Barrington. [Feb. 23, 1805.] |
| Chap. 65. | An Act to incorporate a number of the inhabitants of the Towns of New-Glouces-ter, Gray, Pegypscot and Poland, as a religious Society, by the name of The First Universalist Society of Christians in New-Gloucester. [Feb. 23, 1805.] |
| Chap. 66. | An Act to empower the Selectmen of the Town of Newburyport to increase the Number of Engine-Men in said Town. [March 1, 1805.] |
| Chap. 67.<br>1787 ch. 29.<br><br>Convicts enti-<br>tled to poor<br>debtor's oath. | An Act in addition to an Act, entitled, " An Act for the Relief of poor Prisoners who are committed on Execution for Debt."<br><br>BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That whenever any person shall have been convicted for any offence against Government, and shall have suffered the penalties of the law therefor, and cannot therefore be admitted as a witness in any civil or criminal action, and shall afterwards be committed for debt, and being poor and indigent shall be unable to pay prison charges, the same person may be admitted to the oath as prescribed by the Act to which this is an addition, he or she conforming to all the requisitions which are made in said Act. [March 1, 1805.] Further add. acts—1816 ch. 55 : 1817 ch. 186 : 1819 ch. 130. |
| Chap. 68. | An Act to incorporate certain Proprietors of Meadow Lands lying on Charles River, Stop River, and Boggastow Brook, within the Towns of Medway, Medfield and Sherburne, for the purpose of draining off the stagnant water, and for better improving the said lands. [March 1, 1805.] Add. act—1809 ch. 86. |
| Chap. 69. | An Act to authorize the raising a Fund for the Support of Public Schools in the Town of Warren, in the County of Lincoln. [March 4, 1805.] Add. act—1805 ch. 95. |
| Chap. 70. | An Act to incorporate a Part of the Counties of York and Cumberland into a separate County by the name of Oxford. [March 4, 1805.] Add. acts—1805 ch. 7 : 1806 ch. 99. |
| Chap. 71. | An Act to set off William Wilcox, with his family and estate, from the Town of Dartmouth, in the County of Bristol, and to annex them to the Town of Westport. [March 4, 1805.] |
| Chap. 72.<br>1799 ch. 21. | An Act providing for the Removal of a Toll-Gate, now standing in Greenwich, on The Sixth Massachusetts Turnpike Road. [March 4, 1805.] |
| Chap. 73.<br>1799 ch. 31. | An Act in addition to an Act, entitled, " An Act to regulate the Paving of Streets in the Town of Boston, and for removing Obstructions in the same." [March 4, 1805.] Further add. acts—1809 ch. 28 : 1816 ch. 90. |
| Chap. 74. | An Act to incorporate a number of the inhabitants of the Towns of Paris and Norway, as a religious Society, by the name of The First Independent Universalist Society in Paris and Norway. [March 4, 1805.] |
| Chap. 75. | An Act incorporating certain persons in the Towns of Lenox, Lee, Stockbridge and Pittsfield, in the County of Berkshire, by the name of The Protestant Episcopal Society of Lenox. [March 4, 1805.] Add. act—1807 ch. 26. |

App.066

ATF180

An Act to establish The Dorchester Turnpike Corporation.  [*March* 4, 1805.]     Chap. 76.

An Act to authorize The Cambridge and Concord Turnpike Corporation to make a Road from the Termination of their Turnpike to the Causeway of West-Boston Bridge.  [*March* 8, 1805.]     Chap. 77. 1803 ch. 108.

An Act in addition to an Act, entitled, "An Act to incorporate sundry persons by the name of The President, Directors and Company of the Maine Bank." [*March* 8, 1805.]     Chap. 78. 1802 ch. 19.

An Act making a temporary Alteration in the Toll to be received by The Proprietors of the Locks and Canals on Connecticut River.  [*March* 8, 1805.] Continued—1811 ch. 116.     Chap. 79. 1791 ch. 32.

An Act to incorporate the north-westerly part of the Town of Otisfield, and the easterly part of the Town of Bridgeton, in the County of Cumberland, into a separate Town by the name of Harrison.  [*March* 8, 1805.]     Chap. 80.

An Act to provide for the Proof of Fire Arms manufactured within this Commonwealth.     Chap. 81.

WHEREAS no provision hath been made by law for the proof of fire arms manufactured in this Commonwealth, by which it is apprehended that many may be introduced into use which are unsafe, and thereby the lives of the citizens be exposed : To prevent which,

Preamble.

Sect. 1. *Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That the Governor, by and with the advice and consent of the Council, be, and he hereby is empowered to appoint, in any part of this Commonwealth where the manufacture of fire arms is carried on, suitable persons to be provers of fire arms, not exceeding two in any county, who shall be sworn to the faithful discharge of their trust, whose duty it shall be to prove all musket barrels and pistol barrels, which being sufficiently ground, bored and breeched, shall be offered to him to be proved ;

Provers of fire arms to be appointed.

who shall prove the musket barrels twice in manner following, viz. first with a charge consisting of one eighteenth part of a pound of powder, one ounce of which, in a five and an half inch howitz, at an elevation of forty-five degrees, will carry a twenty-four pound shot eighty yards, with a ball suited to the bore of the barrel ; the second proof to be with a charge consisting of one twenty-second part of the same powder, with a ball suited to the bore of the barrel ; and shall prove the pistol barrels once with a charge consisting of one twenty-second part of a pound of powder, one ounce of which, in a five and half inch howitz, at an elevation of forty-five degrees, will carry a twenty-four pound shot seventy yards, with a ball suited to the bore of the barrel ;

How arms are to be proved.

Repealed, and other mode substituted—1813 ch. 192.

which said powder and ball it shall be the duty of the prover to provide ; and if the said musket and pistol barrels shall stand the proof aforesaid, and shall in no respect fail, then it shall be the duty of the said prover to stamp the same on the upper side, and within one and an half inches of the breech of said barrels, with a stamp consisting of the initial letters of the prover's name, and over those letters the letter P. also, in the line of the said initial letters, and further up said barrel the figures designating the year of our Lord in which the proof is made, and over the said figures the letter M. which said letters and figures shall be so deeply impressed on said barrel, as that the same cannot be erased or disfigured, and shall be in the form

How approved arms are to be marked.

     P   M

following AB 1805. And when any barrels shall burst or shall

in any manner fail in the proving as aforesaid, so that in the opinion of the prover they are unfit for use, they shall not be stamped, but the said prover shall suffer the owner to take them away; and any prover, so proving musket or pistol barrels as aforesaid, shall be entitled to receive from the owner, for each musket barrel thirty-three cents, and for each pistol barrel twenty-five cents, whether the same stand proof and are stamped or not.

*Fees.*

SECT. 2. *And be it further enacted,* That if any person, after the first day of June next, shall manufacture within this Commonwealth, any musket or pistol, without having the barrels proved and stamped as aforesaid, except such as are or may be manufactured in the armory of the United States, or in fulfilment of some contract made and entered into, or that may hereafter be made and entered into, for the manufacturing of fire arms for the United States, shall forfeit and pay for every such musket or pistol the sum of ten dollars, to be recovered in an action of debt, before any court proper to try the same, by any person who shall sue for and recover the same, to his own use.

*Penalty for not having arms proved.*

*Repealed— 1813 ch. 192.*

SECT. 3. *And be it further enacted,* That if any person, after the said first day of June next, shall sell and deliver, or shall knowingly purchase, any musket or pistol, which shall have been manufactured within this Commonwealth after the said first day of June next, which shall not have the marks of proof above required, the person so selling and the person so purchasing shall each forfeit the sum of ten dollars, to be recovered by action of debt, before any court proper to try the same, to the use of any person who shall sue for and recover the same.

*Penalty for selling or buying arms not proved.*

SECT. 4. *And be it further enacted,* That if any person shall falsely forge or alter the stamp of any prover of fire arms, so appointed as aforesaid, impressed on any musket or pistol barrel, pursuant to this Act, and be convicted thereof before the Supreme Judicial Court, he shall be punished by fine not exceeding fifty dollars, nor less than twenty dollars, according to the nature and aggravation of the offence. [*March* 8, 1805.] Add. act—1813 ch. 192.

*Penalty for forging stamp.*

**Chap. 82.**

An ACT to incorporate a number of the inhabitants in the Town of Limington, in the County of York, into a separate Religious Society, by the name of The First Baptist Society in Limington. [*March* 8, 1805.] Add. act—1807 ch. 85.

**Chap. 83.**

An ACT directing the Mode of attaching on Mesne Process, and selling by Execution, shares of Debtors in incorporated Companies.

SECT. 1. *BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That the share or shares or interest of any person, in any turnpike, bridge, canal or other company, which heretofore has been or hereafter may be incorporated by the Legislature of this Commonwealth, with all the rights and privileges appertaining to such shares, may be attached on mesne process and taken on execution; and when any such shares or interest shall be attached on mesne process, or taken on execution without such previous attachment, an attested copy or copies of such writ of attachment or execution shall, by the officer holding the same, be left with the clerk and treasurer or cashier of such company; and so many of said shares or so much of said interest may be sold on said execution at public vendue, to the highest bidder, as shall be sufficient to satisfy the same, and the charges of the sale, after notice shall have been given of the time and place of sale in manner as hereinafter provided; and in case the officer making the sale, or the purchaser or purchasers of any such shares or interest, do cause an attested copy or copies of such execution,

*Shares in incorporated companies may be attached on mesne process, taken in execution, and sold.*

*Form of service.*

*Sale on execution.*

App.068

ATF182

and the officer's return thereon to be left with such clerk and treasurer or cashier, within fourteen days after the sale is completed, and pay for the recording of the same, such purchaser or purchasers shall be thereby entitled to such shares and interest, with all the privileges appertaining thereto, and the income and dividends which may have accrued or been made on the same subsequent to the attachment thereof on mesne process; and it shall be the duty of the proper officer or officers of such corporation to issue to the purchaser or purchasers, under such execution, such certificates as by the by-laws and regulations of such corporation are the evidences of the shares or interest of a proprietor in such corporation.

*Certificates to be issued to purchasers.*

SECT. 2.  *Be it further enacted*, That an attachment of such shares or interest on mesne process shall hold the same, and also all dividends growing due after such attachment, to respond the final judgment, which may be rendered thereon, until the expiration of thirty days after the rendition of such judgment, and in case the same are not within that time taken by execution on such judgment, the shares, interests, or dividends so attached as aforesaid shall no longer be holden thereby; and an attested copy or copies of the execution left with the clerk and treasurer, or cashier of the corporation, and an advertisement of the time and place of sale being once published within said thirty day, shall be deemed a taking such shares or interests in execution, pursuant to the attachment on the original writ.

*Shares attached to be held till 30 days after judgment.*

*what shall be a taking in execution.*

SECT. 3.  *Be it further enacted*, That in making sale of any such shares or interest, the officer holding the execution shall give notice in writing of the time and place of sale to the judgment debtor, by leaving the same at his last and usual place of abode, if within the county in which the said officer dwells, and public notice of the said time and place of sale, by posting up notifications thereof in one or more public places in the town, district or plantation where such sale is to be made, and also in one or more public places in the two adjoining towns, thirty days at least before the time of sale, and further shall cause an advertisement, expressing the time and place of sale, and against whom such execution shall have issued, on which such shares or interests have been taken, to be published three weeks successively before the day of sale, in some public newspaper printed in the county where the sale is to be made, if any such be therein printed; and in case no such paper is therein printed; then such advertisement shall be published in some public newspaper in the nearest county wherein a newspaper shall be published; and in case the judgment debtor has at no time resided, or does not then dwell in such county, the posting up such notifications and publishing such advertisements in manner aforesaid, shall be deemed sufficient notice of such sale; and in case the shares or interest so notified for sale shall not, for want of purchasers, be disposed of at the time appointed for sale, the officer shall adjourn the sale for a time not exceeding three days, and from time to time, until the sale shall be completed; and the surplus monies (if any there

*What notices are to be given in case of sales of shares.*

108                    1804.——Chap. 83.

be) arising from such sale, beyond satisfying the contents of the execution and necessary intervening charges, the officer shall pay the debtor, or deposit the same with the treasurer or cashier of the corporation, for the benefit of the debtor, and subject to his order.

*Disposal of surplus money.*

Sect. 4. *Be it further enacted,* That whenever an officer, having a writ of attachment or execution against any person interested in any such company, shall exhibit to the clerk or cashier thereof such writ or execution, and request a certificate from him of the number of shares or amount of interest owned by the debtor in such company, it shall be the duty of such clerk or cashier to give the said officer a certificate of the number of shares or amount of interest holden and owned by the debtor in such company, and therein express the numbers or other marks by which such shares or interest are distinguished; and in case such clerk or cashier shall refuse to make and deliver to the officer such certificate, or shall wilfully make and deliver a false certificate thereof, such clerk or cashier shall be liable to pay to the creditor the full contents of such execution, and the contents of the judgment which may be recovered by the plaintiff in such writ of attachment; and the same may be recovered by the judgment creditor in an action of debt, in any court proper to try the same.

*Clerk or cashier to give certificates, of &c. shares, held by debtors, on request of officer holding a writ—*

*on penalty of paying the judgment.*

Sect. 5. *Be it further enacted,* That the shares and interest, held by any person or persons in any such company as aforesaid, may be attached on mesne process and taken and sold on execution in the manner provided by this Act, and no other, any thing in the Act incorporating such company to the contrary notwithstanding.

*Shares to be attached according to this Act only.*

Sect. 6. *Be it further enacted,* That whenever an officer shall have in his hands any money arising from the sale of such shares or interests, or from the sale of any equity of redemption, or personal property, more than sufficient to satisfy the execution or executions on which such shares or interests, equity of redemption or personal property, were taken and sold, such officer shall apply the same surplus money, or such part thereof as may be necessary, to the payment of any other execution which he may have in his hands unsatisfied against the same debtor, or which may be delivered to him before he shall have paid over such surplus money, any thing in this or any other law of this Commonwealth to the countrary notwithstanding. *Provided however,* That if such share or interest, equity of redemption, or personal property, shall, before such sale, have been attached on mesne process other than that on which such execution shall have issued, or shall have been taken on some other execution, and the said officer is duly notified thereof, he shall hold such surplus monies, subject to such attachment or execution, and shall apply the same to the payment of the execution which may issue on the judgment that may be rendered on such mesne process, and delivered to him within thirty days after the rendition of such judgment, or to the payment of the execution by which such shares or interest, equity of redemption, or personal property, had been taken

*Surplus money may go to satisfy another execution.*

*1819 ch. 87.*

*Proviso.*

App.070

ATF184

# DEX27

ATF185

546                    FIREARMS.—PAPER.

## CHAPTER CLXII.

### An Act to provide for the proof of Firearms.

SEC. 1. **B**E *it enacted by the Senate and House of Representatives, in Legislature assembled,* That the Governor, by and with the consent of the Council, be and he hereby is empowered to appoint suitable persons, to be provers of the barrels of all new, or unused firearms ; and it shall be the duty of each person so appointed, to prove and try the strength of the barrels of all firearms which shall be offered him for that purpose, in such manner as to satisfy himself of the strength of the same ; and shall in a permanent manner, mark and number every barrel by him so proved, and make, and deliver to the person applying to have the same proved, a certificate for each barrel proved, and found good in the form following :

*Governor to appoint provers of gun barrels.*

*Barrels to be marked and certificate given.*

I certify that on this    day of    A. D. 18    I proved for    , a musket, pistol, or rifle barrel, (as the case may be,) and which is numbered and marked as in the margin, and that the same is good and strong.

A. B. Prover of firearms.

SEC. 2. *Be it further enacted,* That each prover shall be entitled to receive from the person applying to have such barrel proved, twenty-five cents, in addition to the expense of the powder necessary for that purpose for each barrel so proved ; whether the same shall stand the proof and be marked or not.

*Prover's fees.*

SEC. 3. *Be it further enacted,* That if any person shall sell or offer for sale within this State, any new, or unused musket, rifle or pistol barrel, without having the same first proved, marked and certified according to the provisions of this Act, he shall forfeit for each barrel so sold, the sum of ten dollars, to be recovered by an action of debt before any Court proper to try the same ; to the use of any person who shall sue for and recover the same, or by indictment to the use of the State.

*Penalty for selling guns or pistols, not proved and marked.*

*How recovered.*

SEC. 4. *Be it further enacted,* That if any person shall falsely alter the stamp or mark or the certificate of any prover of firearms, appointed as aforesaid, and be convicted thereof before any Court proper to try the same, he shall forfeit and pay a fine of not more than one hundred dollars, nor less than twenty dollars, according to the nature and aggravation of the offence, for the use of the State.

*Penalty for altering marks or certificates.*

[*Approved March* 10, 1821.]

App.072

ATF186

DEX28

ATF187

hundred dollars, or to imprisonment not exceeding thirty days for the first offense, and sixty days for any subsequent offense. (1)

### CURRENCY UNAUTHORIZED.

**54.** ISSUING OR UTTERING.] § 54. Whoever issues or passes any note, bill, [*360 order or check, other than foreign bills of exchange, the notes or bills of the United States, or of some bank incorporated by the laws of this state, or of the United States, or of some one of the United States, or by the laws of either of the British provinces of North America, with intent that the same shall be circulated as currency, shall be fined not less than 100 nor more than $1,000 for each offense, and shall not be permitted to collect any demand arising therefrom. [R. S. 1845, p. 175, § 136; L. 1867, p. 49, § 1.

### DEADLY WEAPONS.

**54a.** HAVING IN POSSESSION OR SELLING.] § 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That whoever shall have in his possession, or sell, give or loan, hire or barter, or whoever shall offer to sell, give, loan, hire or barter, to any person within this state, any slung-shot or metallic knuckles, or other deadly weapon of like character, or any person in whose possession such weapons shall be found, shall be guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than ten dollars ($10), nor more than two hundred dollars ($200). (2)

**54b.** SELLING OR GIVING TO MINOR.] § 2. Whoever, not being the father, guardian or employer of the minor herein named, by himself or agent, shall sell, give, loan, hire or barter, or shall offer to sell, give, loan, hire or barter to any minor within this state, any pistol, revolver, derringer, bowie knife, dirk or other deadly weapon of like character, capable of being secreted upon the person, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25), nor more than two hundred dollars ($200). (2)

**54c.** REGISTER TO BE KEPT—WHAT IT SHALL CONTAIN.] § 3. All persons dealing in deadly weapons, hereinbefore mentioned, at retail within this state, shall keep a register of all such weapons sold or given away by them. Such register shall contain the date of the sale or gift, the name and age of the person to whom the weapon is sold or given, the price of the said weapon, and the purpose for which it is purchased or obtained. The said register shall be in the following form:

| No. of weapon. | To whom sold or given. | Age of purchaser. | Kind and description of weapon. | For what purpose purchased or obtained. | Price of weapon. |
|---|---|---|---|---|---|

Said register, shall be kept open for the inspection of the public, and all persons who may wish to examine the same, may do so at all reasonable times during business hours. A failure to keep such register, or to allow an examination of the same, or to record therein any sale or gift of a deadly weapon, or the keeping of a false register, shall be a misdemeanor, and shall subject the offender to a fine of not less than twenty-five dollars ($25), nor more than two hundred dollars ($200). (2)

**54d.** CARRYING CONCEALED WEAPONS.] § 4. Whoever shall carry a concealed weapon upon or about his person, of the character in this act specified, or razor as a weapon, or whoever, in a threatening or boisterous manner, shall display or flourish any deadly weapon, shall be guilty of a misdemeanor, and shall be fined in any sum not less than twenty-five dollars ($25), nor more than two hundred dollars ($200). (2)

**54e.** FINES HOW RECOVERED—WHERE PAID—SECOND VIOLATION.] § 5. All fines and penalties specified in this act, may be recovered by information, complaint or indictment, or other appropriate remedy, in any court of competent jurisdiction; and when recovered, shall be paid into the county treasury of the county where the conviction is had, and become a part of the current revenue of the county; or, the said fines and penalties may be recovered by *qui tam* action, one-half to be paid to the informer, and the other half to be paid into the county treasury as aforesaid. For a second violation of any of the provisions of this act, the offender shall be fined in double the amount herein specified; or, may be committed to the county jail for any term not exceeding twenty days, in the discretion of the court. (2)

(1) AN ACT to prevent the playing of cards, balls or other article or device used in gaming, by minors in saloons or places where intoxicating liquors are sold. [Approved and in force May 29, 1879. L. 1879, p. 115; Legal News Ed., p. 94.]

Generated through HathiTrust on 2025-11-28 19:55 GMT
https://hdl.handle.net/2027/mdp.35112105474110 / Public Domain, Google-digitized

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

ATF188

DEX29

ATF189

 27 Stat. 116-117

52 Cong. Ch. 159, July 13, 1892, 27 Stat. 116

UNITED STATES STATUTES AT LARGE

52ND CONGRESS - 1ST SESSION
Convening December 7, 1891

An Act

To punish the carrying or selling of deadly or dangerous weapons within the District of Columbia, and for other purposes.

July 13, 1892

**End of Document**                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.

ATF190

DEX30

ATF191

# THE

# COLONIAL LAWS

OF

# MASSACHUSETTS.

REPRINTED FROM THE EDITION OF 1672,

WITH THE SUPPLEMENTS THROUGH 1686.

Published by Order of the City Council of Boston,

UNDER THE SUPERVISION OF WILLIAM H. WHITMORE,

RECORD COMMISSIONER.

CONTAINING A NEW AND COMPLETE INDEX.



BOSTON:
1887.

App.074

ATF192

and Chattel as ſhall be found in any Corn-field or other incloſure.

And whoſoever Impounds any Swine or Chattel, ſhall give preſent no-
tice to the Owner if he be known, or otherwiſe they ſhall be cryed at
the two next Lectures or Markets; And if Swine or Chattel eſcape out
of Pound, the Owner if known, ſhall pay all damages according to Law.

*A.57.p.24*

And every perſon or perſons having notice given them, or otherwiſe
left in writing at their Houſe or place of their uſual abode, of any of
their Chattel Impounded or otherwayes Reſtrained, ſhall forthwith give
ſatisfaction to the party ſo wronged, or otherwiſe Replevie their Chattel,
and proſecute the ſame according to Law, upon peril of ſuffering all the
loſs and damage that ſhall come to their Chattel by ſtanding in the Pound
or other lawful place of Reſtraint.  [*1645, 47, 57.*]

Cattle impoun-
ded to be repleï-
ved or damage
ſatisfied

**2.** And if any perſon ſhall reſiſt or reſcue any Chattel going to
Pound, or ſhall by any way or means convey them out of Pound or other
Cuſtody of the Law, whereby the party wronged may loſe his damages,
and the Law be deluded, that in caſe of meer reſcues, the party ſo offend-
ing ſhall forfeit to the Treaſury *forty ſhillings.*

Reſcues and
Pound breach

Fine or

And in caſe of Pound breach *five pounds,* and ſhall alſo pay all damages
to the party wronged, and if in the reſcues any bodily harm be done to
the perſon of any Man or other Creature, they may have remedy
againſt the Reſcuers; And if either be done by any not of ability to an-
ſwer the forfeiture and damages aforeſaid, they ſhall be openly Whipped
by Warrant from any Magiſtrate before whom the offender is convicted
in the Town or Plantation where the offence was committed, not ex-
ceeding *twenty ſtripes* for the meer Reſcue or Pound breach; And for all
damages to the party, they ſhall ſatisfie by ſervice, as in caſe of Theft.

be whipped

And if it appear there were any procurement of the Owner of the
Chattel thereunto, and that they were Abetters therein, they ſhall pay
forfeiture and damages as if themſelves had done it.  [*1647.*]

## P O W D E R.

VVHereas by favour of the Government in England, ſeveral quantities
of Powder and other Amunition are yearly Imported into this Juriſ-
diction for our neceſſary uſe and defence; To the end the favour we receive
may not be Abuſed, nor our ſelves Deprived of the juſt and neceſſary uſe
thereof;

*A.17.p.5.*

It is hereby Ordered and Enacted; That all Merchants or others,
that ſhall import into this Juriſdiction either Powder, Lead, Bullets Shot,
or any Amunition whatſoever, ſhall give particular notice of the quantity
thereof to the *Publick Notary,* upon the pain and penalty of *forty
pounds,* within one Month after the Landing of ſuch Goods, who is
hereby enjoyned to take particular notice of the ſame, with the Mark
and Number, and faithfully to enter the ſame in a Book, and the
Names of the Perſons to whom they are ſold, or into whoſe Cuſtody or
power

Powder impor-
ted to be Entre
with the pub-
lick Notary

F f

App.075

ATF193

power they are committed, that he may give account thereof upon Oath
to the Governour, Deputy Governeur or any of the Council from time
to time; And the ſaid Notary is hereby prohibited, upon the penalty of
*one hundred pounds,* to grant Certificate to any Merchant or other of any
ſuch Goods but ſuch as he ſhall have particular notice of, and entred as
aforeſaid.

*And to the end this Order may be duely obſerved, and that no perſon
may plead ignorance thereof ;*

It is hereby Ordered, That the Captain of the Caſtle ſhall upon the
arrival of any Ship or Veſſel in the Maſſachuſets Bay, from any forraign
parts, give notice of the contents of this Order, to the Maſter or Mer-
chant of any ſuch Veſſels, and the Conſtables of all other Port-Towns in this
Juriſdiction, are hereby required to do the ſame. [ *1651.* ]

*L. 1. p. 45.*

2. And it is further Ordered ; That no perſon (except for the de-
fence of themſelves and their Veſſels at Sea) ſhall tranſport any Gun-
powder out of this Juriſdiction, without licenſe firſt obtained from ſome
two of the Magiſtrates, upon penalty of forfeiting all ſuch Powder as
ſhall be tranſporting or tranſported, or the value thereof.

*And that there may be no defect for want of an Officer to take care
herein ;*

*Searchers for-
powder export-
ing*

This Court, the Court of Aſſiſtants, or any Shire Court, ſhall appoint
meet perſons, from time to time in all needful places, who have hereby
power granted them, to ſearch all Perſons and Veſſels that are or any
way ſhall be ſuſpicious to them to be breakers of this Order, and what
they finde in any Veſſel or Hands, without licenſe as aforeſaid, to ſeize the
ſame, and to keep the one half to their own uſe in recompence of their
pains, and to deliver the other half forthwith to the Treaſurer. [ *1645,
51.* ]

## Preſcriptions.

IT is Ordered, Decreed, and by this Court Declared ; That no Cuſtome
or Preſcription ſhall ever prevail amongſt us in any Moral caſe, (our
meaning is) to maintain any thing that can be proved to be Morally ſin-
ful by the Word of God. [ *1641.* ]

## Priſoners, Priſon, Houſe of Correction.

*Priſoners carri-
ed at their own
charge*

IT is Ordered ; That ſuch Malefactors as are committed to any common
Priſon, ſhall be conveyed thither at their own charge if they be able,
otherwiſe at the charge of the Country. [ *1646.* ]

2. For

ATF194

DEX31

ATF195

# THE

# GENERAL LAWS

OF

# Massachusetts,

FROM THE ADOPTION OF THE CONSTITUTION,

TO FEBRUARY, 1822.

WITH THE

# CONSTITUTIONS

OF THE

# United States and of this Commonwealth,

TOGETHER WITH

THEIR RESPECTIVE AMENDMENTS, PREFIXED.

———

REVISED AND PUBLISHED, BY

# AUTHORITY OF THE LEGISLATURE,

IN CONFORMITY WITH A RESOLUTION PASSED

22D. FEBRUARY, 1822.

———

BY ASAHEL STEARNS & LEMUEL SHAW, ESQUIRES,

COMMISSIONERS.

THERON METCALF, ESQ. EDITOR.

———

IN TWO VOLUMES.

.........................

VOL. II.

.........................

## BOSTON :

PUBLISHED BY WELLS & LILLY AND CUMMINGS & HILLIARD.

..............

1823.

App.078

ATF196

198                          1808. —— Chap. 46—52.

with the advice of the Council, is hereby authorized to make.
And the gaoler so appointed shall give such bonds and in the
same manner, as is required of a sheriff, for the faithful per-
formance of the duties of his office, and shall continue in office
during the vacancy in the office of sheriff.

**Defaults of de-**
**puties, &c. af-**
**ter death, &c.**
**of sheriff.**

**Proviso.**

Sect. 2. *Be it further enacted*, That the defaults or mis-
feasances in office, of any gaoler, or deputy-sheriff, after the
death or resignation of any sheriff, by whom he was appointed,
shall be adjudged a breach of the condition of the bond given
by such sheriff: *Provided, however*, that this act shall not be
construed to make any surety, in any such bond, which has
heretofore been given by such sheriff, liable to any suit which
could not heretofore be legally prosecuted against him.

And, whereas doubts have arisen respecting the authority
and duty of deputy-sheriffs to execute such precepts as may
be in their hands at the time of the accruing of a vacancy in
the office of sheriff in certain cases: Therefore,

**Deputy sheriffs**
**to serve pre-**
**cepts in their**
**hands at the**
**time a vacan-**
**cy happens in**
**the office of**
**sheriff.**

Sect. 3. *Be it further enacted*, That in every case of a
vacancy in the office of sheriff in any county, by death, resig-
nation, removal, or otherwise, every deputy sheriff, in office
under such sheriff, having any writ or precept in his hands, at
the time of such vacancy, shall have the same authority, and
shall be under the same obligation to serve, execute, and re-
turn such writ or precept, as if such sheriff had continued in
office. [*Feb. 24, 1809.*] Further add. acts—1811 ch. 102:
1813 ch. 189: 1822 ch. 20.

**Chap. 47.**       An Act to incorporate certain persons as Trustees, to improve and manage a Fund
towards the support of Schools, in the north westerly parish in the town of Box-
ford. [*Feb. 27, 1809.*]

**Chap. 48.**       An Act to incorporate sundry persons into a Company, by the name of The Boyl-
ston Market Association. [*Feb. 27, 1809.*]

**Chap. 49.**
**1807 ch. 93.**     An Act confirming the laying out the road of the Housatonick Turnpike Corpora-
tion, at and near the line of the State of New-York. [*Feb. 27, 1809.*]

**Chap. 50.**       An Act to incorporate Benjamin Dearborn and others into a Society by the name
and style of The Massachusetts Association for the encouragement of useful in-
ventions. [*Feb. 27, 1809.*]

**Chap. 51.**       An Act to incorporate Rufus Pierce and others, for certain purposes. [*Feb. 27,
1809.*]

**Chap. 52.**       An Act providing for the appointment of Inspectors, and regulating the man-
ufactory of Gun-Powder.

Sect. 1. *BE it enacted by the Senate and House of Repre-*
*sentatives, in General Court assembled, and by the authority of*
*the same*, That his Excellency the Governor, by and with
the advice of Council, be, and he is hereby authorized to ap-
point an inspector of gunpowder for every public powder
magazine, and at every manufactory of gunpowder in this
Commonwealth, and at such other places, as may by him be
thought necessary; and his Excellency the Governor, by and
with the advice of Council, is hereby further authorized and
empowered to remove said inspectors, or any of them at
pleasure, and may by new appointments from time to time fill
any vacancy, or vacancies which may happen.

**Governor to**
**appoint inspec-**
**tors of gun-**
**powder.**

App.079

ATF197

Sect. 2. *Be it further enacted*, That from and after the first day of July next, all gunpowder which shall be manufactured within this Commonwealth shall be composed of the following proportions, and quality of materials, that is, every one hundred parts of gunpowder, shall be composed of fourteen parts of fresh burnt coal, made from wood which forms the least ashes, and which has been carefully and well prepared, and made into coal, after being stripped of its bark, ten parts of pure sulphur, and seventy-six parts of purified nitre.

*Materials of which gunpowder shall be composed.*

Sect. 3. *Be it further enacted*, That it shall be the duty of each of said inspectors to inspect, examine and prove all gunpowder, which after the first day of July next, shall be deposited at any public powder magazine, or manufactured in this Commonwealth, before the same shall be removed from the manufactory, or received into such public powder magazine, and if upon such inspection and examination it shall appear to the inspector, that such gunpowder is well manufactured, and composed of pure materials, and of the proper proportions of materials, and such gunpowder shall be of the proof herein after mentioned, the inspector shall mark each cask, containing gunpowder by him inspected, examined and proved as aforesaid, with the words Massachusetts Inspected Proof, and with his christian and surname, and shall also mark in figures upon each cask the quantity of powder contained therein, and the year in which the inspection is made.

*Duty of inspectors,*

*Casks to be marked.*

Sect. 4. *Be it further enacted*, That no gunpowder within this Commonwealth shall be considered to be of proof unless one ounce thereof, placed in the chamber of a four and an half inch howitzer, with the howitzer elevated so as to form an angle of forty-five degrees with the horizon, will, upon being fired, throw a twelve pound shot seventy-five yards at the least.

*Proof of powder.*

Sect. 5. *Be it further enacted*, That whenever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this Commonwealth, which is not well manufactured, or which is composed of impure materials, or of an improper proportion of materials, and which shall not be of the proof herein before mentioned, the inspector in such case shall mark each cask containing such impure, ill manufactured or deficient gunpowder, with the word "Condemned" on both heads of the cask, and with the same word on the side thereof, with the christian and surname of the inspector on one head of the cask.

*Casks of bad powder to be marked.*

Sect. 6. *Be it further enacted*, That if any person shall knowingly sell any condemned gunpowder, as and for good gunpowder, or shall fraudulently alter, or deface any mark, or marks, placed by any inspector upon any cask or casks containing gunpowder, or shall fraudulently put any gunpowder, which shall not have been inspected, or which has been condemned, into any cask or casks, which shall have been marked by any inspector, agreeably to the provisions contained in the

*Penalty for selling condemned powder for good, and for altering marks on casks, &c.*

App.080

ATF198

200                    1808. —— Chap. 52—56.

third section of this Act, every such person so offending shall forfeit and pay not less than two hundred, nor more than five hundred dollars, for each and every offence, to be recovered in an action of debt in any court of competent jurisdiction, one half to the use of the Commonwealth, the other half to the use of him or them, who shall sue and prosecute for the same.

*Inspector to be sworn.*

*His fees.*

Sect. 7. *Be it further enacted,* That each inspector who may be appointed by virtue of this Act, shall, before he acts as inspector, be sworn to the faithful and impartial discharge of the duties of his office, and each inspector shall be allowed one cent for each pound of gunpowder by him examined, inspected and proved, whether the same be by him approved or condemned, to be paid by the owner or owners of the gunpowder.

*Powder not to be sold or exported, before inspection.*

Sect. 8. *Be it further enacted,* That if any manufacturer of gun powder shall sell or dispose of, or shall cause or permit to be sold or disposed of, or shall export, or cause to be exported without the limits of this Commonwealth, any powder of his manufacture, before the same has been inspected and marked agreeably to the provisions of this Act, he shall forfeit and pay the sum of fifty cents for every pound of powder so sold, disposed of, or exported, to be recovered in the manner provided in the sixth section of this Act.

*Forfeiture for knowingly selling, &c. bad powder.*

Sect. 9. *Be it further enacted,* That if any person within this Commonwealth, after the first day of July next shall knowingly sell, expose, or offer for sale within this Commonwealth any gunpowder which is not well manufactured, or which is composed of impure materials, and which shall not be of the proof herein before required, shall forfeit and pay not less than five dollars, nor more than fifty dollars, for each and every offence, to be recovered in the manner provided in the sixth section of this Act. [*March* 1, 1809.] Add. acts —1809 ch. 118 : 1810 ch. 73.

*Chap. 53.*

An Act authorizing the several Courts of Common Pleas in this Commonwealth, to allow accounts, and order payment, for services and expenses incident to said courts.

BE *it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That the several Courts of Common Pleas in this Commonwealth be, and they are hereby authorized and empowered to receive, examine, and allow the accounts, and order payment out of the treasury of their respective counties for services and expenses incident to said courts, any law to the contrary notwithstanding. [*March* 1, 1809.] Power transferred to the Circuit Courts—1811 ch. 33 : and thence to the Court of Common Pleas for the Commonwealth—1820 ch. 79.

*Chap. 54.*
1803 ch. 146.

An Act in addition to an Act, entitled, "An Act establishing the Hartford and Dedham Turnpike Corporation." [*March* 1, 1809.] Further add. act—1812 ch. 91.

*Chap. 55.*

An Act to incorporate a Religious Society in the Second Parish in Shapleigh. [*March* 1, 1809.]

*Chap. 56.*

An Act to incorporate a number of the inhabitants of the Town of Parsonsfield, in the County of York, into a Religious Society, by the name of The First Baptist Society in Parsonsfield. [*March* 1, 1809.]

DEX32

ATF200

being laid before the Committee of the Pay-Table, they shall draw an order on the Colony Treasurer to pay such claimant or claimants the amount of the aforesaid bounty or premium on such nitre or salt petre out of the Colony treasury and charge the same to the Colony's account, who shall accept and pay such order accordingly.

*Be it also enacted*, That every town in this Colony, which hath and doth send Representatives to the General Assembly, in which salt petre or nitre works are not or shall not be erected and the manufacture of salt petre is not or shall not be carried on by some private person or persons, shall be and are hereby enjoined as soon as may be to erect one set of such works and carry on the manufacture of nitre or salt petre in the same; and that it shall be the duty of the selectmen of each town in this Colony, and they are hereby authorized and enjoined, at the expence and for the benefit of said town, to cause such works to be erected and said manufacture to be carried on in the same accordingly.

*Be it also enacted*, That no salt petre, nitre or gun-powder made and manufactured, or that shall be made and manufactured in this Colony, shall be exported out of the same by land or water without the licence of the General Assembly or his Honor the Governor and Committee of Safety, under the penalty of twenty pounds for every hundred weight of such salt petre, nitre or gun-powder, and proportionably for a greater or lesser quantity so without licence exported; to be recovered by bill, plaint or information, in any court of record in this Colony by law proper to take cognizance thereof.

And whereas it is necessary that two powder-mills be immediately erected in this Colony for manufacturing gun-powder,

*Be it further enacted by the authority aforesaid*, That a bounty or premium of thirty pounds shall be paid out of the Colony treasury to the person or persons who shall erect the first powder-mill in this Colony, and shall make and manufacture therein five hundred pounds weight of good and merchantable gun-powder; also that a bounty or premium

Generated on 2023-08-13 15:23 GMT / https://hdl.handle.net/2027/njp.32101067880268
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
PRINCETON UNIVERSITY

App.083

ATF201

# DEX33

ATF202

said magazine, all the gun-powder by him so brought as
aforesaid ; and if he shall neglect so to do, he shall pay a
fine of thirty pounds, for the use of the poor of said
Portsmouth, to be recovered by said overseers in manner
aforesaid.

**Keeper of magazine to be chosen.** SECT. 3. *And be it further enacted,* That there shall be
chosen annually, or oftener if necessity require, by the
inhabitants of said Portsmouth, being legal voters, a keep-
er of said magazine, whose duty it shall be to receive in-
to and deliver out of said magazine, all the powder so de-
posited, and to account therefor, who shall have a right to
demand and receive for his time and trouble in attending
on said business, at the rate of one shilling per hundred
weight, for all quantities of powder above ten pounds, that
he shall so receive into, and deliver out of said magazine;
and for all quantities under ten pounds, at the rate of a
half penny per pound.

SECT. 4. *And be it further enacted,* That no person shall
transport or carry through the compact part of the town
of Portsmouth, more than ten ·pounds of gun-powder at
any time without the same is in a close carriage, or is suffi-
ciently covered, on penalty of forfeiting the sum of one
dollar for each offence, to be recovered and applied in the
same manner as is herein before directed.

SECT. 5. *And be it further enacted,* That the act to pre-
vent the keeping large quantities of gun-powder in private
houses in Portsmouth, passed the twenty-eighth day of
February, one thousand seven hundred and eighty-six, be,
and hereby is repealed.

*Approved February* 18, 1794.

---

## CHAPTER II.

**Passed June 21, 1820.** *AN ACT to provide for the appointment of inspectors and re-
gulating the manufactory of gunpowder.*

SECT. 1. **B**E *it enacted by the senate and house of repre-
sentatives, in general court convened,* That his excellency the
**Inspectors of gunpowder to be appointed.** governor by and with the advice of council, be, and he is
hereby authorized to appoint an inspector of gunpowder
for every public powder magazine, and at every manufac-
tory of gunpowder in this state, and at such other places as
may by him be thought necessary ; and his excellency the
governor by and with the advice of council is hereby fur-
ther authorized and empowered to remove said inspectors
or any of them at pleasure, and may by new appoint-
ments from time to time fill any vacancy or vacancies
which may happen.

App.085

ATF203

SECT. 2. *And be it further enacted,* That from and after the first day of July next, all gunpowder which shall be manufactured within this state, shall be composed of the following proportions and quality of materials, that is, every one hundred parts of gunpowder shall be composed of fourteen parts of fresh burnt coal, made from wood which forms the least ashes, and which has been carefully and well prepared and made into coal, after being stripped of its bark ; ten parts of pure sulphur, and seventy-six parts of purified nitre.

*Proportion and quality of materials for the manufacture of gunpowder.*

SECT. 3. *And be it further enacted,* That it shall be the duty of each of said inspectors to inspect, examine and prove all gunpowder which after the first day of July next shall be deposited at any public powder magazine, or manufactory in this state, before the same shall be removed from the manufactory or received into such public powder magazine, and if upon inspection and examination it shall appear to the inspector that such gunpowder is well manufactured and composed of pure materials, and such gunpowder shall be of the proof hereinafter mentioned, the inspector shall mark each cask containing gunpowder by him inspected, examined, and proved as aforesaid, with the words "*New-Hampshire inspected proof,*" and with his christian and surname, and shall also in figures mark upon each cask the quantity of powder contained therein, and the year in which the inspection is made.

*Duty of inspectors.*

SECT. 4. *And be it further enacted,* That no gunpowder within this state shall be considered to be of proof unless one ounce thereof, placed in the chamber of a four and an half inch howitzer, with the howitzer elevated so as to form an angle of forty-five degrees with the horizon, will, upon being fired, throw a twelve pound shot seventy-five yards at the least.

*Proof of quality of gunpowder.*

SECT. 5. *And be it further enacted,* That whenever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this state, which is not well manufactured, or which is composed of impure materials, or of any improper proportion of materials, and which shall not be of the proof herein before mentioned, the inspector, in such case, shall mark each cask containing such impure, ill-manufactured, or deficient gun-powder, with the word "*Condemned,*" on both heads of the cask, and with the same words on the side thereof, with the christian and surname of the inspector on one head of the cask.

*Inspectors to mark bad powder.*

SECT. 6. *And be it further enacted,* That if any person shall knowingly sell any condemned gunpowder, or shall fraudulently alter or deface any mark or marks, placed by any inspector upon any cask or casks containing gunpowder, or shall fraudulently put any gunpowder, which shall not have been inspected, or which has been condemned,

*Penalty for selling condemned powder.*

App.086

ATF204

into any cask or casks, which shall have been marked by any inspector agreeably to the provisions contained in the third section of this act, every such person, so offending, shall forfeit and pay not less than two hundred nor more than five hundred dollars, for each and every offence, to be recovered in an action of debt, in any court of competent jurisdiction, one half thereof to the use of the state, the other to the use of him or them who shall sue and prosecute for the same.

**Inspector's fees and oath of office.**

Sect. 7. *And be it further enacted,* That each inspector who may be appointed by virtue of this act, shall, before he acts as inspector, be sworn to the faithful and impartial discharge of the duties of his office, and each inspector shall be allowed one cent for each pound of gunpowder, by him examined, inspected and proved, whether the same be by him approved or condemned, to be paid by the owner or owners of the gunpowder.

**Penalty for selling uninspected powder.**

Sect. 8. *And be it further enacted,* That if any manufacturer of gunpowder shall sell or dispose of, or shall cause or permit to be sold or disposed of, or shall export or cause to be exported without the limits of this state, any powder of his manufacture, before the same has been inspected and marked agreeably to the provisions of this act, he shall forfeit and pay the sum of fifty cents for every pound of powder so sold, disposed of, or exported, to be recovered in the manner provided in the sixth section of this act.

**Penalty for selling powder made of impure materials.**

Sect. 9. *And be it further enacted,* That if any person within this state, after the first day of January next, shall knowingly sell, expose or offer for sale, within this state, any gunpowder which is not well manufactured, or which is composed of impure materials, and which shall not be of the proof herein before required, shall forfeit and pay not less than five dollars nor more than fifty dollars for each and every offence, to be recovered in the manner provided in the sixth section of this act.

*Approved June* 21, 1820.

———

## CHAPTER III.

**Passed July 6, 1827.**

*AN ACT to regulate the keeping and selling and transporting of gunpowder.*

Sect. 1. **B**e *it enacted by the senate and house of representatives, in general court convened,* That there shall not at any time be kept in any warehouse, store, shop or other building in the compact part of any town or village in this state, a quantity of gunpowder, greater than one quarter cask or twenty-five pounds ; and any person or persons

**Penalty for keeping more than a quarter cask.**

App.087

ATF205

so keeping a greater quantity, shall forfeit and pay for every day during which such greater quantity shall be kept as aforesaid, a sum not exceeding five dollars nor less than one dollar, to be sued for and recovered by the firewards or selectmen in an action of debt, in the name of the town, before any justice of the peace or court proper to try the same, with costs of suit ; and the whole of said forfeiture so recovered shall be for the use of the town, to be expended by the firewards or selectmen in purchasing materials necessary and proper to be used for the extinguishing of fires.

SECT. 2. *And be it further enacted,* That the firewards, or a major part of them, or the selectmen of any town, are hereby authorized and empowered to search any warehouse, store, shop, or other building in the compact part of any town, or village in this state, where they have cause to suspect that gunpowder, in a greater quantity than one quarter cask, or twenty-five pounds, may be kept or stored, and in case of finding any gun-powder, kept as aforesaid, in a quantity greater than one quarter cask, or twenty-five pounds, the said firewards or selectmen, are hereby authorized and empowered to seize the same, and the said gunpowder so kept, and stored, contrary to the provisions of this act, shall be forfeited to the town, and the firewards or selectmen, so finding and seizing the same, shall sell said gunpowder at auction, and the avails thereof, to be expended for the purposes aforesaid.

*Firewards or selectmen may search for, seize and sell any greater quantity.*

SECT. 3. *And be it further enacted,* That every person keeping gunpowder to sell by retail, in any quantity less than one quarter cask, or twenty-five pounds, and who shall not at all times, keep the same in a tin cannister, or cannisters, or other incombustible vessel, or vessels, covered and secured from fire, or if said gunpowder be kept in a wooden cask, or casks, said cask, or casks, shall be enveloped in substantial and close leathern bags, or sacks, shall forfeit and pay for each and every day he, she, or they, shall so keep it, a sum not exceeding five dollars, nor less than one dollar, to be sued for, and recovered in the manner and for the purposes aforesaid.

*Manner of keeping less than a quarter cask to sell by retail.*

SECT. 4. *And be it further enacted,* That gunpowder shall not be transported, or carried through the compact part of any town or village, in any cart, wagon, or other open carriage, in a quantity greater than four quarter casks, or one hundred pounds at any one time, nor unless the casks containing the gunpowder so transported, be enveloped in substantial leathern bags, or sacks, and any person or persons transporting gunpowder, as aforesaid, in a greater quantity, and without being enveloped, as aforesaid, except the same be conveyed in a closely covered carriage, shall forfeit and pay a sum, not more than fifty dollars, nor less than fifteen dollars, to be sued for and recovered

*Transporting gunpowder through the compact part of any town.*

App.088

ATF206

DEX34

ATF207

**1820.**                              10

clerks office to be approved by the judge granting the same, con-
ditioned for prosecuting the said writ of error to effect, and pay and
satisfy the judgment of the court.

Sec. 9. *And be it further enacted,* That it shall be the duty of the
court to which the writ of error *coram vobis* shall be returned, to

*Writ co-* try the same at the return term, and in all cases of affirmance
*ram vobis* judgment shall be rendered against the plaintiff in error, and his, her,
*to be tried* or their security for the amount of the judgment which shall have
*at return*
*term.* been suspended together with five per cent damages, interest and
costs.

*Every* Sec. 10. *And be it further enacted,* That it shall be lawful for any
*judge may*
*give an o-* Judge of the Supreme Court, who shall not have given an opinion in
*pinion.* the case below, to set in the trial of the said cause in the Supreme
Court.

*Damages* Sec. 11. *And be it further enacted,* That whenever the judgment of
*on writs of* a circuit court shall on an appeal or writ of error to the Supreme
*error.* Court be affirmed ten per cent damages shall be allowed, and not
more : *Provided,* That no damages shall be allowed in any cause
in the Supreme Court unless the judgment of the court below shall
have been suspended.

## An Act to raise a revenue for the support of gov-ernment, for the year one thousand eight hun-dred and twenty one.

Section 1, BE it enacted by the Senate and House of Representatives
of the State of Alabama in General Assembly convened, That all the
*Land taxes* lands liable to taxation in this state shall be taxed according to their
value which value, shall be ascertained and returned upon the oath,
or affirmation, as the case may be, of the owner or owners or persons
liable to pay taxes for the same.

Sec. 2. *And be it further enacted, by the authority aforesaid,* That
the sum of sixteen cents for every hundred dollars value be paid on all
*Land tax* lands within this State, which may have been cleared out of the land
*regulated* office, and to which a complete title has been obtained by the same.
*by instal-* And the tax on all lands purchased of the United States, and liable
*ments paid* to taxation, shall be proportioned to the number of instalments paid
by the owner or owners on the first day of January next, preceding
the time of making his, her, or their return of lands liable to taxation
as aforesaid, namely, if one instalment only be paid to the govern-
ment of the United States, four cents for every hundred dollars value :
if two instalments, eight cents for every hundred dollars value. And
in like proportion where three instalments shall have been paid.

*Taxable* Sec. 3. *And be it further enacted,* That the sum of thirty cents be
*objects.* paid on every hundred dollars value of all lands, lots, or build-
ings within any city or town, to be estimated by the person giving
*Sale of mer-* in the same, upon oath. And thirty cents for every hundred dollars
*chandize.* on the amount of merchandize sold within the year immediately pre-
ceding the first day of January, in each and every year, to be esti-
mated by the owner, or in his absence by the principal clerk giving
*Slaves.* in the same on oath : for slaves of all ages under sixty years, fifty
*free people* cents each : for all free male negroes, and mulattoes over twenty-
*of color.* one years, five dollars : for all free white males under the age of for-
*Poll tax.* ty-five, and above the age of twenty-one years, one dollar each as a

App.090

ATF208

**11**                                                                    **1820.**

poll tax : for all pleasure carriages, two per centum, on every hun- | Pleasure
dred dollars of their estimated value, to be ascertained by the oath of | carriage.
the party giving in the same to the assessor : for every horse kept ex- | Horse for
clusively for the saddle or pleasure carriage, one dollar : for every | saddle or
race horse, five dollars : for every public race tract, twenty dollars : | carriage.
for every stud horse or jack-ass, the amount for which said stud or | Racehorse
jack may stand by the season : for every head of neat cattle, | Race tract Studs and
(oxen used in the yoke excepted) which may be owned by | Jacks.
any one man, over and above twenty-five head, four cents : for every | Cattle.
billiard table kept for play, two hundred dollars : for each licence | Billiard tables.
granted to hawkers or pedlars, fifty dollars for each county in which | Pedlars.
they trade, to be paid to the clerk of the court at the time of taking
out the same : on all goods sold at auction, other than those which are | Auctions.
exempted by law, two per centum on the amount of sale : on every
practising attorney, five dollars: on every practising physician, five | Attornies.
dollars : for every gold watch kept for use one dollar : for every | Physicians
silver or other watch kept for use, fifty cents : and for every clock | Watches. Clocks.
kept for use, one dollar : for money loaned at interest, twenty-five | Money at
cents for every hundred dollars : <mark>for every dirk, one dollar : for every</mark> | interest.
<mark>sword cane, one dollar : for every pocket or side pistol, one dollar :</mark> | Dirks,
<mark>for every dirk knife with a spring to prevent it from shutting, one dol-</mark>
<mark>lar</mark> : and on the sale of every pack of playing cards, an additional tax of | Cards.
one dollar.

Sec. 4. *And be it further enacted,* That on every original writ, and
subpoena in chancery, there shall be paid at the time of taking out
the same, to the clerks of the circuit courts in each and every county,
the sum of fifty cents, and on every writ of error and appeal one dollar : | tax on writ
and it shall be the duty of the clerks aforesaid, respectively to make a
return of the same, and pay over the money thus collected to the
tax collectors of their respective counties, on or before the day on
which the said tax collectors may be required to settle their accounts,
with the Treasury of this State.

Sec. 5. *And be it further enacted,* That for every tavern license in
any city or town, there shall be paid as tax twenty dollars : for keep- | Tax on ta-
ing a house of public entertainment in any city or town without retail- | vern licen-
ing spirituous liquors, ten dollars : on every retailer of spirituous li- | ces and re-
quors in any city or town, twenty-five dollars : on every retailer of spi- | tailers.
rituous liquors in the country, or on the road or highways, without keep-
ing accommodations for man and horse, fifteen dollars : and on all
houses of public entertainment on the roads and highways, retailing spi-
rituous liquors, ten dollars, which tax shall be paid to the clerk issuing
the license, and by him immediately to the tax collectors, and the clerk
shall receive for his services the fees heretofore allowed for issuing li-
censes : and no county tax shall be paid on licenses except such as may
be levied by the county court of such county.

Sec. 6. *And be it further enacted,* That on all shares of Bank stock,
in any bank in the state, held by any individual, partnership, or body
corporate, there shall be levied and collected yearly a revenue at the | Bank stock
rate of fifty cents on each share of one hundred dollars : *Provided* | taxable.
*nevertheless,* that if any bank in this state shall refuse to pay specie for
their notes after the first day of July next, then and in that case, there
shall be levied and collected an additional tax of fifty cents on each
share held as aforesaid in any bank or banks so refusing to pay spe-
cie for their notes: And the President and Directors or Cashier, on | When to
making out their last dividend for each preceding year shall return the | pay over.

App.091

ATF209

**1820.**                                    12

said amount of taxes, and pay the same into the Treasury of this state
and shall produce the Treasurer's receipt on or before the first day of
**Penalty for failure.** January in every year, and on failure thereof, the President and Di-
rectors of said bank or any number of them in their individual capaci-
ty shall pay to the state two thousand dollars; and in case of any such
failure, it shall be the duty of the Comptroller of Public Accounts to di-
rect the Solicitor of the Circuit in which such defaulting bank or banks
may be to proceed to the recovery of the same, on motion in the cir-
cuit court; the said Comptroller of Public Accounts giving notice in
the Cahawba Press to the said defaulting bank or banks of such mo-
tion so to be made, and the certificate of said Comptroller shall be
deemed and taken as full and sufficient evidence of such default or
failure.

Sec. 7. *And be it further enacted,* That when the time shall have
**Lands and lots not re-turned how assessed** expired within which the lists of taxable property are to be received,
it shall be the duty of the assessor of taxes to ascertain whether there
be any lands or town lots within their respective counties sold under
the authority of the United States previously to the first day of Sep-
tember, one thousand eight hundred and nineteen which have not
been assessed: and in case any such be found, which have not been
forfeited he shall assess the same according to the rule of assessment
prescribed by law on town lots and lands for which a complete title
has been obtained. and such lots or lands shall be double taxed.

Sec. 8. *And be it further enacted,* That the collectors of taxes in
**Collectors to make distress.** the several counties, shall at the time and in the manner prescribed
by law make distress and sale of the goods and chattels, lands and
tenements of all delinquents in making return of taxable property, or
in payment of taxes; and in cases of taxes assessed in the manner di-
rected in the preceeding section, on lands or town lots to which a com-
plete title has not been obtained and in which other property sufficient
to satisfy the taxes due, together with all costs and charges accruing
thereon, cannot be found, it is hereby expressly made the duty of the
respective collectors of taxes to give notice by advertisement at the
door of the courthouse of the proper county and at two other public pla-
ces within the county, that on a certain day (which shall be at least thir-
ty days after the date of such advertisements) he shall at the court house
of his county, offer for rent the town lot or lots or so much of the land,
(as the case may be) and for such term as may be necessary to satisfy
the taxes due and costs and charges thereon, and he shall, accordingly
offer for rent to the highest bidder until the first of January succeeding
the January immediately ensuing, the town lot or lots or such portion
of the lands (as the case may be) as he may designate beginning in the
case of lands with ten acres, or with as much less than ten acres as may
be necessary to pay said tax and costs, or by adding ten thereto as
often as may be necessary to obtain by such rent a sufficient sum to sat-
isfy the taxes and costs: and in case the town lot or lots, or lands can-
not be rented for a sufficient sum on the terms aforesaid they shall be
offered for two years from the first of January immediately ensuing or
until a complete title to the same shall be produced or the same shall
be forfeited to the United States: *Provided,* that the production of a
complete title shall in every case aforesaid entitle the owner to the pos-
session of the premises, upon reimbursing the amount paid for taxes,
and the charges thereon to the party by whom such payment has been
made and saving to the occupant the crop which may be on the prem-
ises: and should the rent in any case exceed the amount of taxes and

App.092

ATF210

charges, the rightful owner of the town lot, or lots or lands (as the case may be,) shall be entitled to receive the overplus.

Sec. 9. *And be it further enacted*, That the collectors of taxes respectively, shall by an instrument of writing, convey to the party renting the premises, as aforesaid, the use thereof for and during the time for which they were rented, and shall in addition to the compensation allowed by law be entitled to receive two dollars for executing every such instrument of writing; and such instrument conveying the use of the premises as aforesaid, shall be good and sufficient both in law and equity : *Provided*, that whenever the tax collector shall find the tenant in possession who may refuse to pay the tax or render possession of the premises which may be thus taxed and unpaid, he shall have full power to proceed instanter in the same manner as is or may be authorized in case of forcible entry and detainer; and the refusal of the tenant in possession to render peaceable possession of the premises on demand shall be considered as evidence of forcible detainer.

Sec. 10. *And be it further enacted*, That every person who shall exhibit or cause to be exhibited for hire or emolument any museum, wax works, paintings, representations, feats of activity, slights of hand or plays, shall first obtain from the clerk of the county court of the county where the same may be exhibited a license authorizing the same, for which the party applying shall pay to the clerk twenty dollars together with one dollar as a fee to the clerk for issuing the same, and the clerk shall account for the said tax in the same manner as he is required to account for taxes collected on retail and tavern licences---and every person who shall exhibit as aforesaid without first obtaining such license shall forfeit and pay the sum of fifty dollars, to be recovered before any Justice of the Peace at the suit of said clerk, or any other person in the name of the clerk, which sum so recovered shall be paid over as aforesaid after deducting therefrom ten dollars for the use of the person who may sue as aforesaid.

Sec. 11. *And be it further enacted*, That stud horses, and jack asses shall be taxed from and after the first day of April; and the assessor shall take the lists of those articles in relation to that day instead of the first day of January; and it shall be the duty of the collectors of the revenue to collect the tax on all jack-asses and stud horses which have stood the season in their respective counties whether they have been listed with the assessor or not, and account for the receipts as other taxes. [*Approved December 20, 1820.*]

*Marginal notes:* Collecto to execu transfers. — Tax on shows. — Penalty for exhibiting without licence. — Tax of Studhors and Asse.

## An Act to incorporate the Cahawba Navigation Company.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened*, That Edwin D. King, Joel L. Jones, James L. Baird, Thoms Read, John Durden, and Temple Lea, and such persons as shall be associated with them, are hereby declared a body corporate, under the name and style of the Cahawba Navigation Company, who shall be authorized to receive subscriptions and donations, and apply the same in such manner as they shall direct to the improvement of the navigation of Cahawba river, from the town of Cahawba, to the falls of the river of the same name.

*Marginal notes:* Commissioners. — Recei donation how appl ed.

App.093

ATF211

DEX35

ATF212

# LAWS OF ALABAMA.

—

[No. 1.]                    AN ACT                    1851-'52.

Further to equalize and improve the Revenue Laws.

SEC. 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That there shall also be annually assessed and paid on all passes, canals or channels, or property of the like kind, estimated in the manner of. mills, distilleries, manufacturing establishments, &c., the same tax as is paid on toll bridges, turnpikes and ferries, that is to say for each hundred dollars of the real value of property twenty-five cents, ............................................. $0 25. *Property taxed.*

On all money which is purposely kept out at interest, whether lent to persons, corporations or companies, in or out of this State, in any form or manner whatever, and whether the evidence of such indebtedness is annually or otherwise renewed or not, and on which tax is not paid in some other form or manner to the State annually, the same rate shall be annually assessed and paid as on money loaned out at or under the legal rate of interest, that is to say for each hundred dollars, and at that rate, twenty-five cents........................................... 25    *Tax on money at interest.*

On every deck or part of a deck of playing cards sold or kept for use, ten cents..................... 10    *Cards.*

On every bowie knife or revolving pistol, two dollars ..................................... $2 00    *Bowie knive and pistols.*

SEC. 2. *Be it further enacted,* That hereafter, to provide against omissions and evasions, all lands shall be assessed and taxes paid thereon in the county in which it lies, whether a tract be divided by a county line or not.    *Whose land shall be assess*

SEC. 3. *Be it further enacted,* That the property of soldiers who served in the war with Mexico, and of those who served in the Florida war, as well as those who served in the war of 1812, and of their widows in case of their decease, is exempt from taxation to the extent the same is exempt from execution.    *Soldiers exempe*

SEC. 4. *Be it further enacted,* That licenses may hereafter be granted by judges of probate of the different counties to, practice the daguerrean art at one station in the    *Daguerreotyp ists.*

App.095

ATF213

county or in a village not having more than five hundred inhabitants on the applicant paying as a State tax.. $5 00

In towns with not more than four thousand inhabitants ................ ......... ......$10 00

In cities with more than four thousand inhabitants. 25 00

To practice the art generally any where in the State ................ ......... .......... 50 00

*Circus companies.* For the exhibition of a circus, feats of activity and slight of hand, for each exhibition not exceeding twenty-four hours ..... ............... ... 10 00

These provisions are to supersede rates prescribed in the code.  A license may be obtained as aforesaid for a ten pin alley at any watering place for *ten-pin alleys.* six months only by paying annually as heretofore, ten dollars .....:. ...... ..:..... .:..... ......$10 00

*Billiard tables.* And for a billiard table...... ...... .......... ... 25 00

But if used for a longer time during the year, under any pretence, the owner or proprietor of the alley or billard table shall be liable to indictment in the same manner as if no license had been granted.  And it is *Duties of judge of probate, treasurer, &c.* hereby expressly made the duty of the judge of probate of each county by himself or agent to enquire of every person doing or offering to do any business for which a license is required under this or any other act, and ascertain whether the law has been complied with, and if not to cause the person to be bound over to court.  When any citizen, assessor or other public officer may have information and believe that money due for the tax will be lost to the treasury by removals or otherwise, unless received immediately, the same may be paid to the county treasurer, who is required to give duplicate receipts therefor, one to the person paying, the other to the judge of probate, who shall endorse it to the collector.  The treasurer shall pay the same over to the collector so soon as collections commence to be paid over by him as other money, and the treasurer charging himself with any portion thereof which belongs to the county treasury.  And all moneys due the county treasury shall be paid over as soon as collections are completed to the county treasurer, or it shall be the duty of the treasurer as well as that of the solicitor of the district in his absence or default, in the name of the county, on three days, *How taxes may be collected.* previous notice, to move for and obtain a judgment for the same, the interest and costs ; and ten per cent. damages may be added by the court, if the circumstances require it, against any officer and his securities on their official bonds or other person holding the same.

5

Sec. 5. *Be it further enacted,* That instead of a transcript or copy of the assessment books by the assessor, the judge of probate is required to make out and forward to the comptroller of public accounts an abstract of the same in such form as said comptroller may prescribe and direct; and the court of commissioners may make such allowance to said judge therefor as they may think adequate and just. And the judge and commissioners shall hereafter receive $2 50 per day (five cents per mile for travel and ferriage) while closely and necessarily engaged in examining the books and performing other duties in connection with the revenue; but the judge and one commissioner only shall be competent to do all such duty in the event a fuller attendance is not deemed indispensable by the court.

*Judge of probate to make abstract.*

*Per diem of judge and commissioners.*

Sec. 6. *Be it further enacted,* That hereafter the tax collector shall pay the assessor his commissions or other dues, taking from him duplicate receipts, one to be received, allowed and filed by the comptroller if necessary and if the same be correct. And it shall hereafter be the duty of the tax collectors of the several counties to record the receipts they obtain from the comptroller as early as practicable in the office of the judge of probate of the respective counties, in such accessible form or place as the judge may prescribe, so as to readily detect, by reference to the different counties, any errors or deficiences in the comptroller's office.

*How assessor shall be paid.*

*Tax-collectors to record receipts.*

Sec. 7. *Be it further enacted,* That after either the assessor or collector shall have faithfully given the notices required by law to give in or pay taxes, if any person, without sufficient cause, fail or refuse to appear and give in or pay tax, and it thereby becomes necessary for such officer to visit the residence of such person, said officer is authorised to charge therefor (if in a city or town twenty-five cents, if in the country) fifty cents, to be charged and collected at the same time and in the same manner as taxes. But if either of said officers presume to charge or collect any such sum when the proper notice had not been given in good faith, or when from other cause it was improper, the same may be recovered back with costs before any justice of the county.

*Extra charges for failure to give in.*

Sec. 8. *Be it further enacted,* That no higher nor additional tax shall be paid on account of the code adopted at the present session coming into operation and changing the tax year so as to make it end on the 31st of August or other time; and to provide against that as well as to avoid

*New Code not to interfere with tax laws.*

App.097

ATF215

1851–'52.                                    6

any other·conflict or irregularity in the operation of any
provisions of the revenue laws, full power and authority
are hereby given to the comptroller to order the assessors or
collectors either to abate and deduct from the assessment
(or to add to) the same in such manner as to obviate the
**Tax not to be**
**paid twice.**
tax being paid twice over the same lapse of time, and to
prevent a chasm during which no tax would be paid.  He
is also authorised at all times to adopt any other rules and
regulations for like purposes, submitting the same to the
governor for his examination and approval, and shall.com-
municate the same to the different officers concerned by
printed circular or otherwise.

Sec. 9.  *Be it further enacted*, That it shall be the
**Comptroller to**
**publish and dis-**
**tribute revenue**
**acts.**
duty of the comptroller to publish and distribute, as early as
practicable after the adjournment of the assembly, this act
and only such other parts of the existing revenue laws,
embracing the subjects and sources of taxation, as he may
deem sufficient ; condensed in such form as he may choose
and as he may deem best calculated to give a full and
thorough understanding of the same, and to secure an equal
and uniform compliance therewith.

Sec. 10.  *Be it further enacted*, That the tax law for the
**Tax law for**
**Mobile.**
city of Mobile be and the same is so amended that the tax
collector may sell real or personal property for taxes with-
out the necessity of exhausting the personal property be-
fore selling real estate as required by law, either for city or
special taxes of any kind, and the fees to the collector for
every such sale shall be the same as those specified in sec-
tion twenty-two, under the act of 1844, (consolidating the
several acts of incorporation of the city of Mobile and to
alter and amend the same, approved the 15th January,
1844 )

Sec. 11.  *Be it further enacted*, That if any person or
**Mobile contin-**
**ued.**
persons shall be dissatisfied with the assessed value of his,
her or their real estate in the city of Mobile, and shall give
notice to the mayor or aldermen and council of the same,
witnesses shall be heard on oath to affix a proper valuation.

Sec. 12.  *And be it further enacted*, That all laws and
**Repealing**
**clause.**
parts of laws contravening the provisions of this act be and
the same are hereby repealed : *Provided*, That no prosecu-
tion, suit or claim whatever pending or to be brought under
existing laws shall in any manner be effected, impaired or
altered by the passage of this act.

JOHN D. RATHER, Speaker of the House.
CHARLES McLEMORE, President of the Senate.
Approved, February 10, 1852.
H. W. COLLIER.

App.098

ATF216

DEX36

ATF217

259                                          1866–7.

No. 259.]              AN ACT

To relieve the Trustees of Lagrange College, in Franklin
county.

SECTION 1. *Be it enacted by the Senate and House of
Representatives of the State of Alabama in General Assembly convened,* That the trustees of Lagrange college and
their securities be and they are hereby relieved from any
and all liabilities which they or any of them may have
incurred under the provisions of an act entitled "An Act
to loan a certain fund to Lagrange college, in the county
of Franklin," and that all notes, bonds, deeds of trust,
or mortgage, or other security given by said trustees,
pursuant to the requirements of said entitled act, be cancelled by the comptroller of public accounts.

*Relieved from liabilities.*

Approved, January 29, 1867.

No. 260.]              AN ACT

To establish Revenue Laws of the State of Alabama.

CHAPTER I—*Exemptions.*

SECTION 1. *Be it enacted by the Senate and House of
Representatives of the State of Alabama in General Assembly convened,* That the following rules as to the taxation
of persons and property are hereby established, to-wit:

*Rules prescribed, and exemptions.*

1. All lands subject to taxation must be taxed in proportion to their value.

2. All lands belonging to citizens of the United States
residing out of the State cannot be taxed higher than
lands belonging to persons residing therein.

3. No tax can be imposed on land the property of the
United States.

4. All the navigable waters within the State are to
remain forever public highways, free to the citizens of
the State and the United States, without any tax, impost
or toll thereon imposed by the State.

5. The following persons and property are exempt
from taxation:

All property belonging to the State, or any county,
city or town thereof, or the State Bank, or its branches.

All property of the United States.

ATF218

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 42 of 176 PageID
871

All religious books kept by ministers of the gospel
and colporteurs, for sale or gratuitous distribution, on
hand at any one time, to an amount not exceeding in
value five hundred dollars' worth in any one year.

All property of literary, scientific and benevolent in-
stitutions, actually used for the purposes for which said
institutions were created, not exempting, however, any
of such property when employed in any other than the
regular business of such institutions.

Houses of religious worship, and their appurtenances.

Places and monuments of the dead, and implements of
burial.

All tools and implements in actual use of any calling,
occupation or trade, to the value of one hundred dollars.

All insane persons and their property, to the value of
one thousand dollars.

All disabled or crippled persons, whose taxable prop-
erty does not exceed five hundred dollars, from any poll tax.

All lands donated by acts of Congress to railroads in
this State remaining unsold and uncultivated.

### Chapter II—*Subjects of Taxation.*

Sec. 2. *Be it further enacted,* That taxes are to be as-
sessed by the assessor in each county on and from the
following subjects, and at the following rates, to-wit:

Poll tax.

1. On every male inhabitant between the ages of eigh-
teen and fifty, (except those persons between the ages of
eighteen and twenty-one, the emoluments of whose labor
go to parents or masters) the sum of two dollars; and
to insure the payment of such tax, it shall be the duty

Corporations, &c., give num- ber of employ- ees.

of all partnerships, associations, corporations, officers or
individuals to return to the assessor the number and
names of persons in their employment on the first day of
February of each year, as clerks, book-keepers, overseers,
deputies, agents, workmen, journeymen, or laborers sub-
ject to such tax, which tax the assessor shall assess
against such employer, by them to be deducted out of
the hire, wages or salary of such employees as before
enumerated; and upon the failure of any employer to
make return of such employees when called upon by
the assessor to do so, the assessor shall proceed to ascer-
tain the number of such employees from the best
sources of information practicable, and such employer so
failing shall be held liable in double the amount of the tax.

App.101

ATF219

261                                               1866–7.

2. On all real estate, to be estimated at its market value in money, according to the best judgment the assessor can form by information, inspection or otherwise, taking into consideration its location, whether in town, city or the country, its proximity to local advantages, its quality of soil, growth of timber, mines, minerals, quarries, or coal beds, and the amount and character of improvements, three-tenths of one per cent. *ad valorem.*

Real estate, 3-10 of 1 per cent.

3. On all mills, foundries, forges, mining establishments, quarries, lime or marble works, gin and carriage making shops, tanneries, and other manufacturing establishments.

Articles taxed 3-10 of 1 per cent.

On all wharves and wharf boats, toll bridges and ferries, turnpikes, and all passes, channels or canals, where tolls are charged.

On all stocks of goods, wares and merchandise on hand to be assessed upon not less than the largest amount on hand at any one time during the preceding year, and this shall include all merchandise kept on plantations for sale, or to be dealt out to laborers; *Provided,* That any goods, wares or merchandise offered for sale by any dealear or person, commencing business subsequent to the first day of January of the current tax year, shall become at once liable to the tax levied by this act, and must be estimated upon the maximum amount thereof.

On all horses and mules not used strictly for agricultural purposes, except studs, jacks and race horses.

On all cattle on the excess over five head.

On all household furniture, on the excess over three hundred dollars.

On all libraries not exempted by law, on the excess over three hundred dollars.

On all clocks kept for use, and

On all other property, real, personal, or mixed, not otherwise specified and taxed herein, or exempted therefrom—and this shall not be construed to tax the crops produced upon lands within this State taxed under the second paragraph of this section, as real estate—three tenths of one per cent. *ad valorem; Provided,* No hogs, sheep, goats, or poultry, kept or raised for the use of any family, or work oxen, or animals used for agricultural purposes exclusively, and no farming tools and implements of husbandry necessary on the farm, shall be taxed by this act.

4. On all vehicles not exclusively used for agricultural purposes.

ATF220

1866–7.                                          262

On all jewelry, plate and silver ware, ornaments and

*Articles taxed ½ of 1 per cent.* articles of taste, pianos and other musical instruments, and paintings, except family portraits.

On all cotton presses and pickeries.

On all studs, jacks, and race horses.

On all gold and silver watches, and gold safety chains.

On all money hoarded, or kept on deposit subject to order, either in or out of the State, except funds held subject to draft in the prosecution of a regular exchange business, and except also money kept on hand to defray current family expenses, for a period not exceeding one year.

On all money loaned, and solvent credits bearing interest, from which credits the indebtedness of the tax payer shall be deducted, and the excess only shall be taxed.

On all money employed in buying or trading in paper, or in a regular exchange business, or invested in paper, whether by individuals or corporations, except where the money so employed or invested is otherwise taxed as capital.

On the capital stock, actually paid in, of all incorporated companies, created under any law of the State, whether general or special, (except railroads,) and not exempted by their charter from such tax, except any portion that may be invested in property and taxed otherwise as property, one half of one per cent. *ad valorem.*

5. On the gross amount of all sales at auction, made in or during the tax year preceding the assessment, ex-

*Auction sales ½ of 1 per cent.* cept those made by or under the direction of executors, administrators, and guardians, as such, by order of court or under legal process, and under any deed, will, or mortgage, at the rate of one fourth of one per cent *ad valorem.*

6. On the gross amount of premiums, (after deducting

*Premiums 1 per cent.* threfrom all return premiums,) received from their business in this State during such tax year, by any insurance company not chartered by this State, and doing business herein by agents or otherwise, at the rate of one per cent.

7. On the gross amount of commissions or sums

*Gross commissions, &c., 1 per cent.* charged or received in or during such tax year, by any factor, commission merchant, or auctioneer, in buying, selling, or any other act done in the course of their business.

App.103

ATF221

On the gross receipts, during such tax year, of all cotton pickeries, and from the storage of cotton, or other merchandise, or produce, at the rate of one per cent. *Cotton pickeries 1 per cent.*

8. On every pack, or part of a pack of playing cards, sold by wholesale, retail, or otherwise disposed of, during such tax year, fifty cents. *Playing cards 50 cents.*

9. On every legacy, where letters testamentary have not been taken out in this State, received by any person other than the child, adopted child, grandchild, brother, sister, father, mother, husband, or wife, and on all property given by deed or otherwise, to any such person, on the amount or value thereof, to be assessed to the beneficiary, guardian, trustee, or legal representative, at the rate of three per cent. *Bowie knives 3 per cent.*

10. On all pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each, and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and said tax shall be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment, when demanded by the assessor, said pistols, revolvers, bowie knives, or knives of like description, shall be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same shall be sold at public outcry before the court house door, after five days notice; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, shall be paid over to the person from whom the said pistol, revolver, bowie knife, or knives of like description, were taken, and the net amount collected by him shall be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto. *Pistols $2 00.* *Bowie knives.* *How collected.*

11. On all steamboats, vessels, and other water crafts plying in the navigable waters of the State, at the rate of one dollar per ton of the registered tonnage thereof, which shall be assessed and collected at the port where such vessels are registered, if practicable; otherwise, at any other port or landing within the State where such vessels may be; but this shall not include flat-bottom *Steamboats $1 00 per ton.*

Other boats.

sail boats, or other like craft, employed exclusively in the transportation of wood, lumber, or coal, which shall only be assessed at the rate of twenty-five cents per ton.

Banking associations 2 per cent.

12. On the gross profits of all banking associations, created under the laws of the United States, at the rate of two per cent.

Acts of incorporation one tenth of 1 per cent. estimated value.

13. On all acts of incorporation granted by the general assembly, other than acts incorporating cities or towns, and acts incorporating manufacturing companies, an *ad valorem* tax of one tenth of one per cent. on the estimated value of the interest involved, or capital authorized as a bonus to be due and payable to the tax collector of the county in which the office of such incorporation may be located, whenever such corporation shall commence actual operation; and this shall apply to all such acts passed by the present general assembly.

Dividends of incorporated companies 1 per cent.

14. On all dividends declared or earned and not divided by incorporated companies created under the laws of this State, (except railroads,) to be assessed to and paid by the companies earning or declaring the same, a tax of one per cent.

Gross receipts of railroads ½ of 1 per cent.

15. On the gross receipts of all railroads and horse railroad companies, for freight and passengers, within the limits of this State, a tax of one half of one per cent.; *Provided, however,* That upon any railroad extending beyond the limits of this State, this tax shall only be assessed upon such *pro rata* portion of the receipts of such company, as the length of the road within the State may bear to the entire length of the road upon which the earnings accrue.

Petroleum companies 1 per cent.

16. On the gross receipts of all petroleum and oil companies, or distillers of coal oil, a tax of one per cent.

Profits.

SEC. 3. *Be it further enacted,* That there shall be assessed and collected upon the annual gains, profits, or incomes of every person residing within the State, from whatever sources derived, and upon all salaries and fees

Salaries and fees.

of public officers, and upon the salaries of all other persons, upon the excess of such gains, profits, incomes, fees,

1 per cent.

or salaries, over five hundred dollars, at the rate of one

Proviso.

per cent. *ad valorem; Provided,* That in estimating the annual gains, profits, or income, of any person, all national, state, county, municipal taxes assessed to and paid by such person within the year, except the tax assessed under this section, shall be deducted therefrom; also, all income derived from dividends, or on shares in the

App.105

ATF223

Case 8:23-cv-00223-MSS-NHA     Document 69-3     Filed 11/28/25     Page 47 of 176 PageID 876

capital stock of any incorporated company, (where such tax has been assessed and paid by such incorporated company;) also, the amount paid by any person for the rent of the homestead used, or the rental value of the same, if owned by himself or his family; also, when any person rents buildings, lands, or other property, or hires labor to cultivate such lands, or to conduct any other business from which such income is actually derived, or pays interest upon any actual incumbrance thereon, the amount actually paid for such rent, labor or interest, or the rental value of any lands cultivated as above, if owned by the occupant thereof, shall be deducted; also, the amount paid out for usual ordinary repairs, not including any new buildings or permanent improvements, shall be deducted; *Provided, also,* That any person shall be exempted from the operations of this section, upon whose gross receipts, commissions or profits, taxes are assessed under the provisions of the second section of this act.

CHAPTER III.—*Licenses and Taxes to be collected by the Probate Judge.*

SEC. 4. *Be it further enacted,* That the following taxes shall be assessed and collected by the judges of probate, to-wit:

1. On every legacy subject to assessment left by any will on which letters testamentary are taken out in this State, there must be assessed and collected by the judge of probate of the county in which such letters are taken out, a tax of one-half of one per cent. *ad valorem,* and if not paid on the receipt of such legacy, such judge must issue execution for the amount of such assessment against the executor or his administrator, and his securities, to be collected and returned as other executions from the probate court. — *Legacy.*

2. On each lecturer for which entrance fees are charged, three dollars; if not paid to the judge of probate on demand, the lecturer to be brought before such judge or any justice of the peace, and fined ten dollars for each lecture he has failed to pay for on demand. — *Lecturers, $10.*

On each public race track for one year, on every hundred dollars, and at that rate of the gross annual income, as near as the same can be ascertained, five dollars, but in no case less than fifty dollars. — *Race tracks.*

App. 106

ATF224

Concerts.

4. On all concerts and musical entertainments for profit, except for charitable purposes, five dollars.

Menageries.

5. On all menageries, museums, wax works, or curiosities of any kind (except paintings and statuary,) on each day's and night's exhibition, twenty-five dollars.

Circus.

6. On each exhibition of a circus of feats of activity and sleight of hand, of dwarfs, or persons of unusual size, or persons or animals deformed, not exceeding thirty-five dollars.

Spirit rappings.

7. On each exhibition of spirit rappings, spiritual manifestations or other device by whatever name called, which proposes to reveal communications from the spirits of the living or dead for profit, twenty-five dollars.

Gift enterprises.

8. On all gift enterprises, so-called, or any person or establishment offering any article for sale, and presenting or proposing to present purchasers with any gift or prize as an inducement to purchase within the limits of this State, one hundred dollars for each and every day such person or establishment continues in operation, and this tax shall not be construed to be a license to conduct such business.

Lotteries.

9. On all persons selling or offering to sell tickets in any lottery or gift enterprise within the limits of this State, a tax of one hundred dollars for each and every day such tickets are sold or offered ; and this shall not be construed to be a license to conduct such business, nor to relieve any person from the pains and penalties otherwise prescribed by the laws, and twenty per cent. of the tax collected shall be paid to the informant.

Raffle.

10. On every article, piece of property, or money put up or disposed of by raffle, in such tax year, a tax at the rate of five per cent. *ad valorem* on the amount at which the same is put up ; *Provided*, That a permit or license for such raffle shall first be obtained from the probate judge, and the tax herein assessed shall be paid to the said judge as hereinafter provided, before such license can be issued, under penalty of a forfeiture of the prop-

Proviso.

erty ; *Provided further*, That the managers of any fair for the benefit of any charitable, benevolent, or religious association, upon making proof to the probate judge aforesaid, that the proceeds of any contemplated raffle will be strictly applied to the benefit of such association, shall be exempted from the tax assessed thereon.

SEC. 5. *Be it further enacted*, That licenses are to be granted and issued by the judges of probate on the pay-

ATF225

ment of the following sums as State tax, the county tax thereon and fees.

1. To retail for one year spirituous or vinous liquors on any steamboat or water-craft, one hundred and sev- Retailers. enty-five dollars; in a city or town having more than one thousand and less than five thousand inhabitants, one hundred dollars; in a city or town having more than five thousand inhabitants, one hundred and fifty dollars; in a city, town or village having more than five hundred and less than one thousand inhabitants, seventy-five dollars; in villages having less than five hundred inhabitants, and in the country, fifty dollars; *Provided*, That any person not a regular merchant or distiller, who shall sell or dispose of spirituous liquors, in any quantity to consumers, must first take out the retail license required by this paragraph; *Provided*, That any person who shall sell or dispose of spirituous liquors in any quantity less thon one *quart*, must first take out the retail license required by this paragraph.

2. To carry on the business of an auctioneer through- Auctioneers. out the State for one year, twenty-five dollars; *Provided*, This section shall not apply to those who do not auctioneer for pay.

3. To practice or carry on the business for one year of taking pictures, by whatever mode, or on whatever Taking pic-material, (except drawing by the eye and hand, and the tures. painting in oil or water colors of family portraits and other pictures,) at one place in the country, five dollars; in a village not having more than five hundred inhabitants, five dollars; in towns not having more than four thousand inhabitants, twenty dollars; in towns or cities having over four thousand inhabitants, fifty dollars, and to practice the art generally in the State, fifty dollars.

4. To carry on the business of dentistry by any itin- Dentistry. erant dentist throughout the State, for one year, twenty-five dollars.

5. To keep a billiard table for public play for one year, at any one place in the country, or in a village of Billiard table. not more than five hundred inhabitants, twenty-five dollars; in a town or village having over five hundred and not more than twenty-five hundred inhabitants, fifty dollars; in a town having more than twenty-five hundred and not over four thousand inhabitants, seventy-five dollars; in a city or town having more than four thousand

ATF226

inhabitants, one hundred dollars ; at a watering place for six months, fifty dollars ; but if used for a longer time than the six months under any pretense, the owner or proprietor of the table shall be liable to indictment in the same manner as if no license had been granted.

Pool table.

6. To keep a billiard or other table on which the game of pool is played, for one year, five hundred dollars, and any person permitting the game of pool to be played on any such table without taking out license therefor, shall be guilty of a misdemeanor, and upon conviction shall be punished by a fine of not less than one thousand dollars, or imprisonment not exceeding twelve months, at the discretion of the jury trying the case.

Ten-pin alley.

7. To keep a ten-pin alley, or alley of like kind, a bagatelle table or any other table, stand, or place for any other game of play with or without a name, unless such alley, table, stand, place, or game is kept for exercise or amusement alone, and not prohibited by law, for one year, twenty-five dollars

Hotel, &c.

8. To keep a hotel or house of entertainment for transient persons for one year, at one place, in a city, town, or village, watering place, place of summer resort, or within one mile of any such place, on each hundred dollars of the annual rent, or estimated rent thereof, five dollars ; but in no case less than ten dollars.

Restaurant.

9. To keep a restaurant or eating house at any one place in a county for one year, twenty-five dollars.

Lager beer saloon.

10. To keep a lager beer saloon for one year at any one place in a city having more than five thousand inhabitants, one hundred dollars ; in a city, town or village, having less than five thousand and more than one thousand inhabitants, fifty dollars ; in any village having less than one thousand inhabitants, or in the country, twenty-five dollars.

Theatres.

11. For a local theatre, for one year, two hundred dollars ; for a traveling theatrical company, for one year, for the State, one hundred dollars.

Peddlers.

12. To peddle one year on any one steamboat or other water-craft (not to include the retail of liquors), five hundred dollars ; in a wagon—for each wagon in a county, two hundred dollars : on a horse—for each horse in a county, one hundred dollars ; and on foot, for each person in a county, fifty dollars ; but this shall not include the peddling of pottery, tin-ware, shoes, hats, or other articles, manufactured, grown, or raised within the limits

ATF227

of this State ; *Provided*, That any person proposing to peddle such articles, must first make oath before the judge of probate of the county wherein the same are manufactured, that he will not peddle any other than the articles aforesaid, and the probate judge shall then give such person a certificate or license, authorizing him to peddle such articles of home manufacture, within the limits of this State, for one year, for which certificate or license he shall pay the sum of three dollars. *(Proviso.)*

13. To sell, or expose for sale, for one year, at any one place, any pictorial or illustrated weekly, or monthly paper, periodical or magazine, published outside the limits of this State and not in a foreign country, and to vend the same on the streets, or on boats, or railroad cars, fifty dollars. *(Pictorial newspapers.)*

14. To keep a news depot, for one year, in any city, town, or village, for the sale of any newspaper, periodical or magazine, not including pictorials provided for in the preceding paragraph, ten dollars. *(News depot.)*

15. To keep a barber shop or hair dressing saloon, in any city, town or village containing more than one thousand inhabitants, for one year, twenty-five dollars; in any town or village containing less than one thousand inhabitants, fifteen dollars. *(Barber shop.)*

16. To keep a pawn broker's establishment, for one year, one hundred dollars ; and it shall not be lawful for any person to carry on such business, or loan money on the pledge of any article, without first procuring a license therefor. *(Pawn brokers.)*

17. To practice fortune telling or clairvoyancy, or pretending to foretell future events for profit, fifteen dollars for each and every day such person shall continue such occupation ; and any person practicing the same without first taking out license therefor, shall be guilty of a misdemeanor, and punished by fine or imprisonment, at the discretion of the jury trying the same. *(Fortune telling.)*

SEC. 6. *Be it further enacted*, That there shall be assessed and collected on all distilleries of this State a tax of five cents per gallon, on every gallon of spirits distilled as aforesaid, full returns of which shall be made every month, under oath, and payment made to the probate judge of the county where said still is located; and in default of such returns and payment within fifteen days after the time when the same became due, it shall be the duty of the probate judge, or, in case of his fail- *(Distilleries 5 cents per gallon.)*

ATF228

Penalty for
default to make
returns.

ure, of the county assessor, to make an assessment of the
quantity distilled during the period of such default, ac-
cording to the best information he can obtain, and shall
assess an additional tax of fifty per cent. upon the
amount of such default, one-half of which additional
tax shall be divided between the probate judge or coun-
ty assessor, as the case may be, and the tax collector,
and the other half go to the State; and any distiller in
default as aforesaid shall also be guilty of a misde-
meanor, and on conviction, shall be fined in a sum, not
less than one hundred dollars, for every such default, and
for neglect of duty in assessing and collecting the taxes
assessed under this section, the probate judge shall be
liable to the State in the full amount of said tax.   A
bill of the tax assessed under this section shall be certi-
fied to the tax collector, who shall proceed to collect the
same in the manner authorized by section sixty-six of
this act.

CHAPTER IV—*Taxes payable to Comptroller, and Stamps.*

Duties of
agents of tele-
graph compa-
nies.

SEC. 7. *Be it further enacted,* That the secretaries,
treasurers, superintendents, agents or managers of the
several telegraph companies, now or hereafter doing
business in this State, shall, on or before the fifteenth day
of April, 1866, and within the first fifteen days of April
in each year thereafter, make out, under oath, and de-
liver to the Comptroller, true and full statements of the
gross amount of receipts for telegraphic messages at
each of the offices or places of doing business, of the
said companies respectively, within the limits of this
State, received from and after the first day of October,
1865, and each of said telegraph companies shall within
the first twenty days of April, 1866, and annually there-
after, pay to the Comptroller a tax of two per cent. upon
the gross amount of all receipts for telegraphic messages
paid to such company within the limits of this State,
between the first day of October, 1865, and the first day
of April, 1866, and for each succeeding year; and the
payment of such tax shall be in lieu of all other taxes
upon the capital stock or other property of said tele-
graph companies used exclusively in its telegraphic busi-

Proviso.

ness; *Provided, however,* That whenever any such com-
pany shall fail to make the returns and payments re-
quired under this section, the Comptroller shall proceed

ATF229

forthwith to estimate, upon the best information he can obtain, the probable amount of the tax for which such company would be liable, to which he shall make an addition of fifty per cent; and shall make out a bill of the same, which shall be certified by him and placed in the hands of the tax collector of any county in which such defaulting company may have property, who shall proceed to collect the same according to the provisions of section sixty-six of this act.

SEC. 8. *Be it further enacted,* That the secretaries, superintendents, agents, or managers of the several express companies, now or hereafter doing business in this State, shall, on or before the fifteenth day of April, 1866, and within the first fifteen days of April in each year thereafter, make out, under oath, and deliver to the Comptroller, true and full statements of the gross amounts of express charges made by or paid to said companies respectively, at each of the offices or places of doing business of said respective companies, within the limits of this State, and each of said express companies shall, within the first twenty days of April, 1866, and annually thereafter, pay to the Comptroller a tax of two per cent. upon the gross amount of all express charges made by or paid to such company, within the limits of this State, between the first day of October, 1865, and the first day of April, 1866, and each succeeding year; and the payment of such tax shall be in lieu of all other taxes upon the capital stock or other property of said express companies exclusively employed in its express business; *Provided, however,* That whenever any such company shall fail to make the returns and payment required under this section, the comptroller shall forthwith proceed to estimate, upon the best information he can obtain, the probable amount of the tax for which such company would be liable, to which he shall make an addition of fifty per cent., and shall make out a bill of the same, which shall be certified by him and placed in the hands of the tax collector of any county in which such defaulting company may have property, who shall proceed to collect the same according to the provisions of section sixty-six of this act; *And provided, also,* That the Comptroller is authorized to accept from such company the sum of five thousand dollars in lieu and full satisfaction of the tax then due under this section from such company.

*Duties of agents of express companies.*

*Make out gross amount of receipts.*

*Proviso.*

*If fail to pay, how collected.*

App.112

ATF230

SEC. 9. *Be it further enacted*, That it shall be the duty of the comptroller, and he is hereby required to keep on hand a supply of adhesive stamps, of the denominations of one dollar and two dollars each, to be printed in separate colors, similar to those used by the United States, and to bear an appropriate device and the words "State of Alabama, Tax on Seals, one dollar," or "two dollars," as the case may be; and it shall be his duty to give public notice to that effect to all officers required to employ said stamps under the provisions of this act, and such officers are hereby required and directed to procure such stamps from the Comptroller, from time to time, after the publication of such notice, in such sums as they may deem necessary, and the Comptroller shall sell the stamps aforesaid to such officers, and to no other persons, upon the payment by them of the amount or value such stamps represent; *Provided, however*, That any officer purchasing stamps as aforesaid in the aggregate amount of fifty dollars and upwards, at any one time, shall be allowed a deduction of five per cent. upon the amount or value thereof.

*Marginal note: Stamps to be kept on hand by comptroller.*

*Marginal note: Officers to procure stamps.*

*Marginal note: Proviso.*

SEC. 10. *Be it further enacted*, That it shall be the duty of each notary public, probate judge, commissioners for other States, clerk of circuit, clerk of city court, register in chancery, or other public officer, that may be required to employ a seal by the laws of the State, officiating within the limits of this State, to firmly affix or cause to be affixed, one adhesive stamp, provided for in the preceding section of this act, of the value of one dollar upon each official impress of the seal of such notary public, probate judge, commissioner for other States, clerk of circuit court, clerk of city court, register in chancery or other public officer, and the officer fixing the stamp as aforesaid, shall proceed to cancel the same by writing or stamping his signature and date across the face of said stamp, and such stamp shall be considered as part and parcel of the official seal of said officer, without which stamp the said seal shall not be valid, and such officer shall be authorized to collect the value of said stamp from the party for whose use or benefit the same may be employed.

*Marginal note: Duties of certain officers.*

*Marginal note: To stamp all seals.*

*Marginal note: No seal valid without stamp.*

SEC. 11. *Be it further enacted*, That it shall be the duty of the clerk of the supreme court, comptroller, and secretary of State of the State of Alabama, to affix or cause to be affixed one adhesive stamp as provided for

*Marginal note: Clerk sup. ct., comptroller and sec state affix stamp.*

App.113

ATF231

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 55 of 176 PageID 884

in section eight of this act, of the value of two dollars
upon each official impress of the seal of the supreme
court and of the seal of the State as aforesaid, and the
officer affixing said stamp, shall proceed to cancel the
same in like manner, and shall be subject to all the pro-
visions and regulations set forth in the section next pre-
ceding, so far as the same may be applicable.

CHAPTER V—*Special Tax on Liquors.*

SEC. 12. *Be it further enacted,* That any person or
persons introducing spirituous liquors into this State, for
sale or use, in any quantity exceeding one gallon, shall *Importing liquors.*
pay the tax collector of the county into which such
liquor is introduced, a tax of five cents on each and every
gallon thereof; *Provided, however,* That any such liquors *Not liable to double tax.*
distilled or resold in the State having paid one such tax,
shall not be liable to any tax on the resale; *Provided,
also,* That alcohol employed for medicinal or manufac- *Alcohol for medical pur-
turing purposes, shall be exempted from the operations poses exempt.*
of this section; *Provided, further,* That this shall not ap-
ply to any such liquors imported from foreign countries, *Proviso.*
when sold in the original packages, nor to any liquors
sold at wholesale, for export in good faith, beyond the
limits of the State, and not for consumption within the
State.

SEC. 13. *Be it further enacted,* That it shall be the
duty of every vendor, owner or consignee, with power
of sale of spirituous liquors, bringing any such liquors *Vendor to make returns.*
within the State, or having the same on hand to make,
on the first Monday of each month, full returns under
oath of each and every gallon of such liquors received
during the previous month, to the tax collector of the
county into which the same may be brought, and to pay *Pay the tax.*
the taxes thereon prescribed in the twelfth section of
this act, and for every case of failure to make returns and *Penalty for failure.*
payment as aforesaid, such vendor, owner, or consignee
shall pay an additional tax of fifty per cent., and the collec-
tor shall proceed to collect the amount due in the same
manner as provided in section sixty-fifth of this act, or he
may take possession of the liquors as authorized in section
fourteenth; and in case of a fraudulent return, the party *Fraudulent return.*
making such return, shall be guilty of a misdemeanor,
and upon conviction, shall be punished by a fine of not
less than one thousand dollars, or imprisonment for not

18

App.114

ATF232

**Proviso.**

more than three years, at the discretion of the jury trying the cause; *Provided*, That the first return made under this act, shall embrace all liquors that may be on hand at the date of such return, on which no tax has been paid.

SEC. 14. *Be it further enacted*, That it shall be the duty of the tax collector of any county into which spir-

**Liquors continued.**

ituous liquors may be brought, or offered for sale, and returns have not been made to him therefor, as provided in the thirteenth section of this act, to ascertain whether all such liquors have paid the taxes prescribed by the

**Duty of tax collectors.**

twelfth section of this act, and for this purpose, he shall examine the owner or vendor under oath, who shall

**Examine vendor under oath.**

show to the satisfaction of the collector, that such tax has been paid on all liquors in his possession, or sold by him, and failing to do so, or to make payment, the tax collector may take possession of such liquors, and if the

**Sell in ten days.**

tax is not paid thereon within ten days the collector shall proceed to sell the same at public outcry, after giving three days notice thereof, and after deducting from the proceeds of such sale the tax and expenses of sale, shall refund the overplus, if any, to the owner of such liquors.

CHAPTER VI—*Tax Year, Terms, &c.*

**Tax year.**

SEC. 15. *Be it further enacted*, That the tax year shall be the year ending with the 31st day of December, each year, and all property, unless therein otherwise provided, shall be given in by and assessed to the person, company, corporation, partnership or association, owning or hav-

**To whom assessed.**

ing in possession the same, on the first day of January, of the year for which the assessment is being made, and

**Tax a lien.**

the lien for taxes shall attach to all property for its taxes, whenever, and so soon as such property becomes liable for tax under this act.

SEC. 16. *Be it further enacted*, That all incomes, gross

**Sales, &c. estimated from 31st Dec.**

receipts, profits, salaries, and sales, shall be estimated for the year ending on the 31st day of December last, preceding the assessment, except wherein otherwise provided, but the first assessment made under this act shall embrace incomes, gross receipts, profits, salaries or sales, between the 1st day of October, 1865, and the 31st day of December, 1866, and annually thereafter.

**Assessment commence 1st March.**

SEC. 17. *Be it further enacted*, That the assessment shall not be commenced until the first day of March, in

App. 115

ATF233

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 57 of 176 PageID 886

each year, and shall be finished by the first day of *August*, following ; partners may be assessed in their joint names and the property of each shall be liable for the whole tax.

SEC. 18. *Be it further enacted,* That the collection of taxes shall not commence before the first day of September, in each year, unless in cases where parties owing taxes are about to remove from the county ; and shall be closed as early after the first day of January following, as possible, and positively by the next first day of March.
<span style="float:right">Collection commences 1st Sept.</span>
<span style="float:right">Exception.</span>

SEC. 19. *Be it further enacted,* That the commissioners' court in each county, shall hold regular terms on the second Monday in February, and on the second Monday in August of each year, besides two other terms to be held, as may be by law required or allowed.
<span style="float:right">Comm'rs Ct. hold term when.</span>

## CHAPTER VII—*Duties of Tax Payers.*

SEC. 20. *Be it further enacted,* That it shall be the duty of all persons liable to taxation in each election precinct, upon notice given by the assessor as hereinafter provided, to attend at the time and place designated in such precinct, and render to the assessor, in writing, a complete list of all the items upon which they are liable to be taxed, by township, range and section or sub-divisions of the sections, from which list the assessor shall make out the assessments, and the tax payer shall subscribe an affidavit thereon, that such assessment contains a correct list of his, her or their taxable property, to the best of their knowledge and belief.
<span style="float:right">Attend and render list.</span>
<span style="float:right">By T., R. and section.</span>

SEC. 21. *Be it further enacted,* That if the owner of any taxable property within a county resides out of the county, or is by reason of any infirmity or disability, unable to attend the appointment of the assessor, or is a female. such person may send the list required in the last section by another person, and if such list be satisfactory to the assessor, such other person may subscribe the assessment for the tax-payer.
<span style="float:right">To whom tax collector may send list.</span>

SEC. 22. *Be it further enacted,* That any tax-payer having failed to make return of any taxable property to the assessor at his appointment, may make return of the same to him or his deputy at his office or wherever he may be found, by the first day of June following.
<span style="float:right">Penalty for failing to render assessment.</span>

SEC. 23. *Be it further enacted,* That it shall be the duty of tax-payers in each election precinct within their

App.116

ATF234

**Duty of tax payers.** county to attend the appointments of the tax-collector as advertised for their precinct, and pay the taxes due by them to the State and county together, with any **Attend appointments.** special or other tax authorized by law, and in case of failure so to attend or send an agent, may pay their **Penalty for failure.** taxes to the collector at any time before the 15th day of December in such year.

SEC. 24. *Be it further enacted,* That it shall be the duty of every tax-payer to report all new comers in his county, within his knowledge, to the assessor, such other **Report all new comers.** persons as have been assessed who he believes to be about to leave the county without paying his taxes to the tax-collector, and any person who is engaged in any business for which he has not, but should have procured a license, to the probate judge.

CHAPTER VIII—*Election, Bond, Duties and Powers of Tax Assessors.*

SEC. 25. *Be it further enacted,* That the tax assessor elected in each county on the sixth day of November, **Who assessor.** 1865, is hereby declared to be the duly elected assessor for the time for which he was elected; and that the tax assessor in each county shall be elected by the legally qualified voters of the county, on the first Monday of August, 1867, and every two years thereafter, and the term **Term commence when.** of office of said assessor shall commence on the first day of January, 1868, and continue for two years thereafter.

SEC. 26. *Be it further enacted,* That before entering upon the duties of his office, the assessor shall execute **Make bond.** his bond, with security in the sum of two thousand dollars, payable to the State of Alabama, and conditioned faithfully to discharge the duties of his office as tax assessor, which bond shall be approved by the probate judge of the county, and executed in duplicate parts, one **Where filed.** of which must be filed in the office of the probate judge, and the other, by the assessor, in the office of the comptroller of public accounts.

SEC. 27. *Be it further enacted,* That the assessors shall **Give notice 15 days.** give at the least fifteen days notice, by bills posted at three or more public places in each election precinct, or twenty days notice in some newspaper published in the county, of the time and place in each election precinct, that he will attend to assess the taxes.

SEC. 28. *Be it further enacted,* That upon the failure

App.117

ATF235

of the assessor to attend any appointment made by him
in any precinct, he shall, after legal notice, fill a new ap- *Failing to at-tend, fill new appointment.*
pointment, or, at his option, forfeit all claims to fees
from such persons in such precincts as were disappoint-
ed by his non-attendance as assessor.

SEC. 29. *Be it further enacted,* That the taxable prop-
erty of each tax payer shall be entered, by the assessor, *Enter property on list.*
upon a blank assessment list, in the form of an account,
which shows the items of taxation assessed, amount or
value of each item upon which they are liable to pay
taxes, the amount of tax thereon extended, and the total
amount of tax due by such tax payer. The tax payer *Tax payer sign.*
shall sign an affidavit thereon, and it shall be dated and
attested by the assessor.

SEC. 30. *Be it further enacted,* That after the asses-
sor shall have completed his sittings, as required by sec- *When make de-mand on delin-quent tax pay-ers.*
tion 27 of this act, in each year, he shall make a demand,
in person or by deputy, upon delinquent tax payers, or
such as have failed to meet him at his appointments,
wherever he may find them; and when unable to find
them, he may leave a written notice at the residence of
each such delinquent, and it shall be the duty of such
delinquent to make a return to the assessor before the
first day of June following, at his office, or wherever he
may be found.

SEC. 31. *Be it further enacted,* That having failed to
procure from any delinquent a list of taxable property, *How ascertain what taxable.*
before the first day of June, the assessor shall ascertain from
inquiry or otherwise, the property and other items of
taxation, upon which such person is liable to be taxed,
to the best of his information and judgment, and assess
a double tax upon the same.

SEC. 32. *Be it further enacted,* That whenever the as-
sessor shall discover persons who, or property which,
have escaped taxation in any previous assessment, he *How assess property that has escaped tax-ation.*
shall assess the taxes thereon for such years as such per-
sons or property have escaped taxation, and where he
has reason to believe that any person who has been as-
sessed, is about to leave the county, he shall at once no-
tify the tax collector, and on failure of the tax collector
to act, he shall collect the taxes of such person, and pay
the same over to the tax collector, taking his receipt
therefor.

SEC. 33. *Be it further enacted,* That the better to ena-
ble the assessor to comply with the requirements of par-

App.118

ATF236

agraph second, section second of this act, he shall be em-

Empowered to summon witnesses.

powered to summon witnesses to appear before him, at such time and place, in the precinct in which the real estate is located as he may designate, to testify upon oath (which oath the assessor may administer,) as to the value of any real estate of which he may be otherwise unable to form a judgment.

SEC. 34. *Be it further enacted*, That the sheriff, or any

Sheriff summon witnesses.

constable of the county, shall serve such summons, for which he shall receive out of the county treasury, upon the certificate of the assessor, or order of the commis- sioners' court, such compensation as is by the law al- lowed for summoning other witnesses.

SEC. 35. *Be it further enacted*, That the assessor may himself summon, instanter, any person as witness to tes- tify, upon oath, as to the correctness or fairness of any

When assessor may summon witnesses.

assessment of which he may have reason to suspect the truth or fairness, and the assessor must return to the so- licitor in his county, or directly to the grand jury, any person refusing or wilfully failing to comply with any of the provisions of this act relating to the assessment.

SEC. 36. *Be it further enacted*, That the assessment provided for in section twenty-nine, shall be entered in a

Assessment in section 30; how entered in book.

book suitably ruled and substantially bound, which book shall show, in separate columns, the names of the persons assessed in each precinct, in alphabetical order, the num- ber of acres of land assessed to each person, the value of the same, together with any other real estate, the num- ber, amount or value of any other species of taxable property and items of taxation assessed, the amount of tax on each item, the amount of tax against each person, the total amount of each item, and the tax thereon for each page and precinct, and the whole number, amount and value of each separate item entered therein, the ag- gregate amount of taxes thereon, and the total amount of the assessment for the county, which book of assess- ment shall be delivered to the probate judge of the county by the first Monday of August of each year.

SEC. 37. *Be it further enacted*, That whenever the com- missioners' court of any county, at the last term in any

Duty of com- missioners' court.

year, shall deem that the revenue would be augmented thereby, the probate judge shall order the assessor, at

When assessor make list of land.

his next assessment, in addition to the ordinary duties of his office, to make out a list of all the lands in such county, in a book properly ruled and bound, and begin-

ATF237

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 61 of 176 PageID 890

ning with the lowest section, township and range, and proceeding in numerical order to the highest, setting opposite to each division or subdivision of section the name of the owner thereof; and when the owner is not known, these words, "owner unknown;" and he shall charge up to the owner unknown, in the assessment book, as to an individual, the taxes upon such land; such statement or list may be included in the same volume with the assessment of tax.

SEC. 38. *Be it further enacted*, That tax assessors shall be authorized to appoint a deputy, and the acts of such deputy in his capacity as such shall be recognized as the act of the assessor; *Provided however*, That the assessor shall be responsible for any loss sustained by any tax payer by reason of any unlawful act or assessment of such deputy: and that such deputy shall receive no compensation for his services, out of the county or State revenue.

*May appoint a deputy.*

SEC. 39. *Be it further enacted*, That the assessor is authorized to purchase or contract for the books, stationery and printing necessary to carry out the provisions of this act, and the commissioners' court shall order payment for the same.

*Assessor purchase books.*

## CHAPTER IX—*Compensation of Assessors.*

SEC. 40. *Be it further enacted*, That the assessors shall be entitled to receive from the tax collector out of the first moneys received for the State, giving duplicate receipts therefor, the following commission upon the amount of State taxes assessed by him, to-wit: On the first five hundred dollars ten per cent., on the next five hundred dollars five per cent., on the next one thousand dollars, two and one-half per cent.; upon the amount of taxes assessed upon property which has escaped taxation in assessments for previous years, twenty per cent., and on the balance, two per cent., and he shall also receive from the tax collector one half of the above rate of commission upon the amount of county taxes, giving duplicate receipts therefor.

*Pay of assessor.*

SEC. 41. *Be it further enacted*, That the assessor shall receive for the labor required of him by section thirty-seven, out of the county treasury, such sum as the court of county commissioners may allow.

*Pay for duties under section 37*

SEC. 42. *Be it further enacted*, That for making the

ATF238

Case 8:23-cv-00223-MSS-NHA     Document 69-3     Filed 11/28/25     Page 62 of 176 PageID 891

demand, or giving the notice required by section thirty, the assessor shall be entitled to charge each delinquent **Charge against** tax payer seventy-five cents to be charged upon the **as-** **delinquent tax** sessment of such delinquent, which the tax collector shall **payer.** collect as other taxes, and pay over to the assessor.

## CHAPTER X—*Election, Bond, Duties and Powers of Tax Collectors.*

SEC. 43. *Be it further enacted,* That the tax collector elected in each county on the 6th day of November, 1865, is hereby declared to be duly elected tax collector for the term for which he was elected, and that the tax **Election first** collector shall be elected by the legal voters of each **Monday in Au-** county on the first Monday in August, 1867, and every **gust, 1867.** two years thereafter, and the term of office of such tax **Term com-** collector shall commence on the first of January, 1868, **mence.** and continue for two years thereafter.

SEC. 44. *Be it further enacted,* That when a vacancy occurs from any cause, the commissioners' court shall fill **Vacancy pro** such vacancy as soon as a special term of said court **vided for.** can be called for that purpose, or at a regular term thereof.

SEC. 45. *Be it further enacted,* That before entering **Give bond.** upon the duties of his office, the tax collector shall give bond in double the probable amount of the taxes of the county, to be determined by the judge of probate of the county, which must be executed in duplicate parts, ap- **Filed.** proved by such judge, one part to be filed and recorded in his office, and the other to be filed by such tax collector in the office of the comptroller of public accounts.

SEC. 46. *Be it further enacted,* That such bond shall **Bond a lien.** operate from its execution as a lien in favor of the State or county, on the property of such tax collector, for the amount of any judgment which may be rendered against him in his official capacity for State or county taxes, and on the property of his securities from the date of his de- fault.

SEC. 47. *Be it further enacted,* That the tax-collector **Notice to tax** shall give at least fifteen days notice by bills posted at **payers.** three or more public places in each election precinct, and twenty days' notice in some newspaper published in the county, if such there be, of the time and place in each precinct that he will attend for the purpose of re- ceiving taxes.

ATF239

281                                                    1866–7.

SEC. 48. *Be it further enacted*, That upon the failure of the collector to attend any appointment made by him in any precinct, he shall at his option after legal notice, fill a new appointment for such precinct, or forfeit all claims to fees from such persons in such precinct as were disappointed by his non-attendance as collector.

<span style="float:right">Failing to attend.</span>

SEC. 49. *Be it further enacted*, That he shall proceed at such appointments to collect the taxes provided for in this act, together with the county tax, and such other special taxes, forfeitures and fees as may be by law required of him to collect, receipting for the same upon a printed list in the form of an account which shall show the number, amount or value of each item upon which they are liable to pay a tax, the amount of the tax thereon extended, and the total amount of taxes due by such tax payer, which receipt he shall deliver to the tax payer.

<span style="float:right">To collect at meeting.</span>

SEC. 50. *Be it further enacted*, That after the collector shall have completed his sittings for the collection of the taxes as required by section 47 of this act, he or his authorized deputy shall make a personal demand upon delinquent tax-payers wherever they may be found, for the amount of their taxes and costs, and when unable to find them, shall leave a written notice at the place of residence of such tax-payers ; and it shall be the duty of such delinquent, within the next fifteen days, to make payment in full of their taxes, forfeitures and fees to the collector or his deputy.

<span style="float:right">Delinquents.</span>

SEC. 51. *Be it further enacted*, That it shall be the duty of the collector while engaged in the collection of taxes, to assess the taxes of all persons who have escaped the tax-assessor entering up all such assessments, in the back part of the books of assessments for each year.

<span style="float:right">How collect escaped taxes.</span>

SEC. 52. *Be it further enacted*, That the tax collector shall enter in a book, which he shall keep for the purpose, a list of all such tax-payers as become liable to the forfeiture hereinafter imposed for failure to render lists of their taxable property by the first day of June, and to pay the same by the 15th day of December ; the amount of such forfeiture, and the total amount of forfeitures for the county, to the correctness of which he shall make oath before the probate judge, on or before the first day of March in each year, and he shall settle with the county treasurer and assessor by the same.

<span style="float:right">Keep list of delinquents.</span>

SEC. 53. *Be it further enacted*, That during the first

App. 122

ATF240

1866–7.                                    282

week of January in each year, the tax collector shall ac-

*When to ac-count.*

count to the comptroller, under oath, for the whole amount of State taxes by him collected up to that date, first deducting the commissions and fees allowed him by the law, and on or before the first day of March following, he shall make a final settlement with the comptroller, and pay over to the treasurer the balances of the taxes due from his county; and he shall also account to the comptroller, and pay over to the treasurer all moneys received by him from sales of land bought in by the State.

SEC. 54. *Be it further enacted,* That after the first

*When to levy.*

day of January in each year, the tax collector shall proceed without delay to levy upon any personal property of delinquent tax payers (and no property shall be exempt from sale for taxes,) and after ten days' notice at three or more public places in the precinct in which such delinquent resides, shall sell the same at the place of voting in such precinct, or so much as may be sufficient to satisfy the taxes, forfeitures, fees and costs of such

*Collection.*

sale; *Provided,* The tax payer may at any moment before the sale, pay the taxes, &c., and thereby release his property; *And provided further,* That no personal property sold for taxes shall be subject to redemption, except at the option of the purchaser; and it shall also be the duty of each tax collector to ascertain in his respective county who are the insolvent or defaulting tax payers;

*Ascertain who are delinquents.*

and it shall be his duty to ascertain who, if any person or persons, are indebted to or has in his or their possession, or under their control, any money or effects, the property of the said defaulting tax payer, or insolvent tax payer: and upon the ascertainment of the fact, the tax collector shall forthwith serve the said debtor, or person who may be so indebted, or have property or effects belonging to the defaulting or insolvent tax payer, with personal notice in writing, to appear before any justice of the peace in said county on a day therein named, not to exceed ten days, to answer as a garnishee, under

*Garnishee debtor.*

oath, as to his indebtedness, and what money or effects he may have in his hands belonging to said defaulting or insolvent tax payer, and the same proceedings shall be had thereon as is now provided by law in cases of garnishment; *And provided further,* That the sum of one dollar shall be paid to the tax collector for his extra service in each case, and two dollars shall be paid the jus-

ATF241

Case 8:23-cv-00223-MSS-NHA     Document 69-3     Filed 11/28/25     Page 65 of 176 PageID 894

tice trying the same, and the usual collecting fees shall be paid the officer collecting the same, as is now by law, to be assessed against the defaulting or insolvent tax-payer; the proceedings to be in the name of the State.

SEC. 55. *Be it further enacted*, That where no per-sonal property can be found, the tax collector shall levy upon real estate of any delinquent tax payer; and such as has been assessed to "owner unknown," and taxes remain unpaid, after three weeks notice by bills posted in three public places in the precinct where such real estate is lo-cated, and at the court house door, or by three insertions in any weekly newspaper in the county, such advertise-ment describing concisely such real estate, and stating the time and place of sale; and if the taxes, cost and expenses, including the advertisement, are not paid by the day of sale, the tax collector must, between the hours of 10 and 12 in the morning, commence the sale of such real estate to the highest bidder for cash, and continue the sale from day to day, until enough of each parcel is sold to pay all State and county taxes, together with costs and expenses due from the owner of such real estate.

*Levy upon real estate.*

SEC. 56. *Be it further enacted*, That the tax collector shall report to the commissioners' court, at the Febru-ary term in each year, on oath, a list of persons, out of whom he has been unable to make the taxes, which shall be termed, "List of Insolvencies;" and also, a list of such persons as have been overcharged by the assessor, which shall be termed, "List of Errors in Assessment;" and such court, after examining such lists, and correct-ing the errors, if any, shall give him credit for the amount of county taxes due thereon. The probate judge shall certify such list to the comptroller, who shall allow the collector credit on his final settlement for the amount of taxes due the State thereon.

*Report to com-missioners.*

*Insolvent list.*

SEC. 57. *Be it further enacted*, That immediately after the sale provided for in section fifty-five, the tax collec-tor shall make out and deliver to each purchaser of real estate at such sale, a certificate of purchase, which shall show a description of the real estate, that such real es-tate was assessed by the assessor, to whom assessed, the date of the assessment, for what year the taxes were due, the amount of the taxes due thereon, the forfeitures, fees and costs, that it was advertised, and how long it was offered for sale and what time, who became the pur-chaser, and at what price.

*Certificate of purchase to is-sue.*

ATF242

Sec. 58. *Be it further enacted*, That when such real estate shall fail to demand a bid sufficient to cover the taxes and costs, the collector shall bid off the same in the name of the State of Alabama, and make a certificate of purchase to the State, and deliver the same to the comptroller on his final settlement.

*When collector may bid in.*

Sec. 59. *Be it further enacted*, That the collector shall within five days after the sale of any real estate for taxes, make out and deliver to the probate judge of his county a statement upon oath, showing in appropriate columns the description of the real estate, to whom assessed, the amount of taxes for which it was sold, the aggregate amount of forfeitures, fees and costs, by whom purchased, the amount of purchase money, and the day of sale, which statement must be put upon record by the probate judge, in the record book of deeds, which record shall be free for the inspection of all persons.

*Collector report to probate judge.*

Sec. 60. *Be it further enacted*, That no sale of personal property or real estate, for taxes, is invalid on account of the same having been assessed to any other than its owner, if such real estate were in other respects sufficiently described, and the taxes, costs and expenses were unpaid at the time of sale.

*Sale of property not invalid.*

Sec. 61. *Be it further enacted*, That it is illegal for any tax assessor, collector, or judge of probate in the county in which any real estate is sold for taxes, to bid at such sale, either directly or indirectly, except as provided in section fifty-eight of this act.

*When illegal for officers to bid.*

Sec. 62. *Be it further enacted*, That whenever the proceeds of the sale of any property for taxes shall amount to more than the taxes and other charges against the same, the collector shall deposit such excess with the county treasurer, taking separate receipts for the overplus in each case.

*When proceeds amount to more than taxes.*

Sec. 63. *Be it further enacted*, That whenever the former owner of any property sold for taxes, shall apply to the tax collector for the excess of the purchase money, the collector shall deliver to him the receipt for the same, which he shall present to the county treasurer for payment  The tax collector in each county shall pay into the State treasury all gold and silver coin received by him for taxes.

*Disposition of excess.*

Sec. 64. *Be it further enacted*, That the tax collector shall make, monthly, a full report in duplicate, under oath, to the judge of probate of his county, of all taxes assessed, and collections made by him under sections 12,

*Tax collector report monthly in certain cases.*

App.125

ATF243

Case 8:23-cv-00223-MSS-NHA     Document 69-3     Filed 11/28/25     Page 67 of 176 PageID
896

13 and 14 of this act, which report shall embrace, in separate columns, the name of all persons making returns, the number of gallons, and amount of tax chargeable to each person, and amount of penalties incurred, and total amount collected, which report shall be certified to the comptroller by the judge of probate, and the duplicate thereof be retained and filed in his office for inspection.

SEC. 65. *Be it further enacted,* That it shall be the duty of any tax collector, whenever upon information or otherwise, he has reason to believe that any person owing taxes to the State is about to leave, or remove his property from the county or State, or that the State is in danger of losing such taxes, to make out a bill showing the amount of taxes for which such person is liable, which bill shall be certified by him, and such certified bill shall operate as a writ of *fieri facias,* and he shall proceed to collect the same by levy and sale, and the same proceedings shall be allowed as are allowed upon proceedings on writs of *fieri facias,* by the sheriff.

*When tax payer about to leave.*

*Duty of tax collector.*

## CHAPTER XI—*Compensation of Collectors.*

SEC. 66. *Be it further enacted,* That the tax collector shall be entitled to commissions to be allowed by the comptroller, on his settlements, in January and February, upon the amount of the State taxes collected by him, as follows:   On the first five hundred dollars of State taxes, ten per cent.; on the next five hundred dollars, five per cent.; on the next thousand dollars, two and one half per cent.; on the amount of taxes by him assessed, five per cent.; on the balance two per cent., and he shall be authorized to retain the same rate of commissions out of the county taxes; and on the special taxes collected under sections 12, 13 and 14 of this act, on the first thousand dollars, five per cent., and on the balance, two and one half per cent.

*Tax collector's commissions.*

SEC. 67. *Be it further enacted,* That the collector shall receive eight dollars, and at that rate, for every hundred miles traveled in going to and returning from the seat of government for the purpose of making his returns and paying the taxes, twice in each year, by the nearest public route of travel.

*Mileage.*

SEC. 68. *Be it further enacted,* That for making the demand or giving the notice required by section fifty, the collector shall collect for his own use, in addition to

*Additional compensation.*

App.126

ATF244

the tax, seventy-five cents; and for making a levy and sale, the collector shall be entitled, for each, to one dollar.

SEC. 69. *Be it further enacted,* That for advertising, he shall charge for every section or fractional part of a section so advertised, one dollar; and for making the certificates required in sections fifty-seven and fifty-eight, to be paid by the grantees, one dollar each.

*Pay for adver-tising.*

## CHAPTER XII—*Duties and powers of Probate Judges and Commissioners' Courts, in matters of Revenue.*

SEC. 70. *Be it further enacted,* That the commission-ers' court of each county shall, on the second Monday of August in each year, examine the books of the assessor and the original assessment, and in case errors are found, shall require the assessor to enter the necessary corrections plainly upon the book and upon the original assessment, and the books so corrected shall be deemed the original assessment book and shall remain in the cus-tody of the probate judge as a book of record, and the original assessments, as taken and attested by the as-sessor, and so corrected, shall be delivered to the tax col-lector and filed in his office.

*Commission-ers' court to ex-amine assess-ments.*

SEC. 71. *Be it further enacted,* That if the perform-ance of the duty imposed by the preceding section shall require more than three days, the judge of probate and one commissioner, aided by the assessor, shall be compe-tent to continue such examination and revision.

*Authority to continue exam-ination.*

SEC. 72. *Be it further enacted,* That the commission-ers' court shall determine and order the rate of per centum to be collected for county purposes upon the amount of State tax, as shown by the assessment book; *Provided, however,* That the county tax shall not exceed fifty per centum of the State tax as aforesaid.

*Commission-ers' court to fix county tax.*

SEC. 73. *Be it further enacted,* That it shall be the duty of the probate judge and assessor in each county, during the August term of the commissioners' court each year, to destroy all the tax lists prior to the assess-ment lists of the last two years preceding, and the books of assessment for previous years shall hereafter be deemed evidence of the contents of such lists.

*Destroy tax list.*

SEC. 74. *Be it further enacted,* That on or before the first day of September in each year the probate judge in each county shall make out and forward to the Comp-

*Probate judge forward tax book to comp-troller.*

287                                                1866–7.

troller a correct abstract of the new tax book, showing the total number, amount or value of each item of taxation contained therein, the aggregate tax on each item extended into a colum, and the total amount, by the addition of the sums so extended, of the State tax due from the county, which abstract shall be made out and certified upon blank forms furnished by the Comptroller.

Sec. 75. *Be it further enacted*, That it shall be the duty of the probate judge in each county to issue and collect the money for licenses, and to assess and collect such taxes as are provided for in sections fourth and fifth of this act.

*Probate judge collect certain taxes.*

Sec. 76. *Be it further enacted*, That it shall be the duty of the judge of probate of each county in this State, under rules and regulations to be prescribed by the Comptroller of Public Accounts for that purpose, to make returns to the office of the Comptroller, at least once in every three months, on oath, which returns shall show the amount of moneys received to date, on account of the State, for licenses or on any other account; such returns must show to whom and for what each license was granted, and the amount received therefor, and the amount received from any other person, and for what; and said return must be transmitted in duplicate to the Comptroller, for the last and at the commencement of every new quarter or other period fixed by the Comptroller, and the Comptroller is authorized to require payment upon such terms as he may prescribe in circulars issued for that purpose, or by special directions, as he may think the best interest of the State requires; *Provided*, That he may authorize the monthly or quarterly deposit by judges of probate or any other officer holding public moneys in any bank located in or convenient to the county of such public officer, upon such terms as he may prescribe; *Provided*, That it shall be the duty of all judges of probate and tax collectors to report to the Comptroller of Public Accounts from time to time, whenever the receipts of such office shall amount to the sum of one thousand dollars.

*Probate judge make quarterly returns*

*Show amount received for licenses.*

*Proviso.*

*Proviso.*

Sec. 77. *Be it further enacted*, That where any real estate shall be redeemed, it shall be the duty of the probate judge to enter in the records provided for in section 59, opposite the tract or tracts redeemed in columns left for the purpose, the name of the person so redeeming the same, and the amount of redemption money paid

*Redemption of real estate.*

App.128

ATF246

by such person, and the judge shall deposit such redemption money in the county treasury, and when the purchaser shall demand of the probate judge the amount of the redemption money, he shall give the purchaser an order on the treasurer for the same.

*Deposit in county treas'y.*

SEC. 78. *Be it further enacted,* That it shall be the duty of the probate judge in each county, by himself or agent, to inquire of every person doing or offering to do, any business or thing for which a license is required, or a tax to be paid to him, and ascertain whether the law has been complied with, and if not, to cause such person to be bound over to court.

*Probate judge bind over to court in certain cases*

SEC. 79. *Be it further enacted,* That it shall be the duty of the probate judge in each county, on the first day of each circuit court, to furnish to the solicitor of the district a statement in writing, showing the licenses granted and the taxes received under sections fourth and fifth of this act, within the two years preceding such court, to whom and for what such license was granted, and from whom and for what such taxes were received.

*Furnish statement to the solicitor.*

## CHAPTER XIII—*Compensation of Probate Judges.*

SEC. 80. *Be it further enacted,* That the probate judge shall be entitled to compensation for his services in connection with the revenue as follows:

1. For issuing any license, to be paid by person taking out the license, two dollars.

2. For making out abstract of the tax book for the Comptroller, six dollars, to be paid out of the county treasury.

*Abstract.*

3. For making out the list required by section 79, two dollars, to be paid out of the county treasury.

*List.*

4. For making record of tax sales, for each hundred words fifteen cents, to be paid out of the county treasury.

*Record of sales.*

5. For making the necessary entries in the redemption of real estate, for each entry one dollar.

*Entries of redemption.*

6. For making deed to purchaser of lands at tax sale, two dollars, to be paid by grantee.

*Making deed.*

7. For collecting and paying over the taxes authorized under chapter III of this act, on the first five hundred dollars of State taxes, ten per cent.; on the next five hundred dollars, five per cent.; on the next thousand dollars, two and one-half per cent.; on the balance, two per cent.; and he shall be authorized to retain the

*Collecting and paying over money.*

ATF247

289                                    1866–7.

same rate of commissions out of any county taxes col-
lected by him under the provisions of the third chapter.

### CHAPTER XIV—*Redemption of Real Estate.*

SEC. 81. *Be it further enacted,* That real estate sold
under the provisions of this act, and not purchased by
the State, may be redeemed any time before the expira-    In 3 years.
tion of three years from the date of sale, by paying to    Conditions.
the probate judge of the county in which said lands
were sold, the amount of purchase-money, with interest
thereon, at the rate of twenty per cent. per annum from
the date of sale, cost of the certificate of purchase, all
taxes on such land which have accrued subsequently to
the sale, (unless said taxes have been paid to the col-
lector, as may be shown by his receipt,) and the sum of
one dollar to the judge; but the real estate of any in-
fant, married woman, or lunatic, when sold for taxes,    When married
may be redeemed, upon producing satisfactory evidence    women, luna-
of ownership, at any time within one year after such    may redeem.
disability is removed, upon the terms above specified.

SEC. 82. *Be it further enacted,* That lands purchased    When lands
by the State for taxes may be redeemed by paying the    purchased by
Comptroller, at any time within two years after the sale,    be redeemed.
the amount of taxes, cost and expenses for which said
land was sold, and the taxes accruing thereon to the time
of redemption, and the sum of one dollar as a fee to the
Comptroller, or if belonging to an infant, married wo-
man or lunatic, on the same terms, by producing satis-
factory proof of ownership, at any time within one year
after the removal of such disability.

SEC. 83. *Be it further enacted,* That the provisions of    Two preceding
the two preceding sections, in favor of minors, married    sections do not
women or lunatics, can in no case extend to the redemp-    ried women.
tion of land for a longer term than ten years from the
date of sale.

SEC. 84. *Be it further enacted,* That in each case of
redemption under section eighty-one, the amount for    County treas-
which the lands were sold, the interest thereon, and the    chaser, when.
costs of the certificate of purchase as in said section pro-
vided for, must be paid to the purchaser at the tax sale,
his assigns or legal representatives, by the county treas-
urer, upon the production of the order of the probate
judge.

SEC. 85. *Be it further enacted,* That when any real
    19

App.130

ATF248

290

*Duty of probate judge and comptroller when lands are redeemed.* estate is redeemed under the provisions of this chapter, the probate judge, if redeemed under section eighty-one, or the comptroller, if redeemed under section eighty-two, must make out and deliver to the person redeeming, a certificate, specifying the amount paid, the lands redeemed, as whose property such lands were sold, and the date of sale, which certificate is presumptive evidence of the facts thus set forth.

SEC. 86. *Be it further enacted.* That the receipts of the redemption money for any tract of land by the purchaser, *Receipt operates as release.* operates as a release of all claims to such tract under or by virtue of the purchase.

SEC. 87. *Be it further enacted,* That at any time after the expiration of three years from the sale of any real *Probate judge to execute deed.* estate for taxes, if the same has not been redeemed, the probate judge of the proper county, on the production of the certificate of purchase, and payment of his fees for the same, must execute and deliver to the purchaser, his heirs or assigns, a deed of conveyance for the real estate described in the certificate, or that portion which has not been redeemed; such deed must contain the same recital as the certificate of purchase, and the tracts of land sold as the property of the same person to the same purchaser at the same sale, may be included in the same deed.

CHAPTER XV—*Collection of Tax on Steamboats, &c.*

SEC. 88. *Be it further enacted,* That the tax imposed by paragraph thirteen, section two, of this act, must be *What collectors collect tax.* assessed and collected by the tax collectors of the counties of Mobile, Barbour, Coosa and Madison, or other counties, where such steamboats, vessels or water craft, may ply, or by their authorized deputies or agents.

SEC. 89. *Be it further enacted,* That such tax collectors must each year demand of the captain, clerk, or *Demand to be made of captain.* agent, or person in charge of said steamboat, vessel or water craft, if the taxes of the same have been paid, and on failure to produce a receipt therefor by a tax collector, authorized by the preceding section to collect such taxes, must at once proceed to assess the same, and if *May seize boat.* not paid on demand, to seize such steamboat, vessel or water craft, her tackle, apparel and furniture, and after twenty days notice by bills posted in twenty public places of the county, or two weeks publication in some

newspaper published in the county, a copy of which notice, must be posted at the court house door, and on board of the steamboat, vessel or water craft so seized, stating time and place of sale, and the taxes, costs and expenses of keeping, remaining unpaid to the day of sale, shall proceed to sell the same, or so much thereof, as will pay the taxes and expenses for keeping, and costs.

SEC. 90. *Be it further enacted,* That if such steamboat, vessel, or water craft, with her tackle, apparel and furniture, or so much as is necessary, cannot be seized, the collector must make the amount of taxes assessed, and all costs and expenses by seizure of, and sale of enough of the real or personal property of the captain, owner, clerk or agent, of such steamboat, vessel or water craft, to be sold as other property of the same kind, for non-payment of taxes. *May seize other property of captain, &c.*

SEC. 91. *Be it further enacted,* That the surplus of the sale provided for by the two preceding sections over the amount of the taxes, expenses and costs, must be by the tax collector paid into the county treasury of his county, for the use of the owner, within five days after the sale. *Surplus of sale, how disposed of.*

## CHAPTER XVI—*Miscellaneous Provisions.*

SEC. 92. *Be it further enacted,* That it shall be the duty of the comptroller, on or before the fifteenth day of August, in each year, to instruct the several tax collectors in the State by circular, what kind of funds shall be receivable for taxes, and if any at a discount, what rate of discount, and the tax collector shall be governed thereby, and collect accordingly. *Comptroller instruct collectors what kind of funds.*

SEC. 93. *Be it further enacted,* That the Governor on receiving satisfactory evidence of the failure of any bank or depreciation of any other currency, receivable for taxes during the period for collecting taxes, must direct the comptroller to issue circulars to the several tax collectors of the State, advising them of such failure or depreciation. *Governor on failure of bank, notify comptroller.*

SEC. 94. *Be it further enacted,* That in case of the death of any tax collector, his executor or administrator, must, within two months after the grant of letters testamentary or of administration, settle all of the unsettled accounts of such collectors with the comptroller, and pay into the State treasury all moneys received by such *How deceased collectors accounts settled.*

App.132

ATF250

collector on account of the State, deducting therefrom, all fees, commissions and allowances to which by law he is entitled.

**State has preference lien.** Sec. 95. *Be it further enacted*, That for the taxes imposed by virtue of this act, the State shall have a preference lien over all incumbrances or securities whatsoever, and all taxes assessed against any person or persons under this act, or for which such persons may become liable for the current year, shall be a lien upon the real and personal estate of such persons within the county in which the assessment is made, from the first of January of that year. A lien is also created on all steamboats **Lien on steamboats.** or other water craft, for the amount required by law to be paid for a license to retail vinous or spirituous liquors, on such steamboat or water craft, to be enforced whenever such liquors are retailed by any person on any such boat or water craft, with the knowledge or consent of the captain, without having first procured a license as provided by law; and the tax collectors of the counties of Mobile, Barbour, Coosa and Madison, or other coun- **Collectors enforce lien.** ties where such vessels may ply, are required to enforce this lien in the same manner, and by the same proceedings as by this act, authorized for the collection of the taxes on steamboats, which amount shall be collected for each offense.

Sec. 96. *Be it further enacted*, That for collecting the taxes on steamboats and other water craft, and the licenses for retailing liquor upon the same, the collectors of the **Additional compensation to collectors.** counties mentioned in the preceding section, shall receive, in addition to their other compensation, five per cent. upon the amount by them so collected.

Sec. 97. *Be it further enacted*, That the tax collector of Mobile county, must, after the time for commencing **T. C. of Mobile deposit in bank of Mobile.** his annual collections, deposit at the end of thirty days in the bank of Mobile, to the credit of the State treasurer, the amount collected by him up to the date of such deposit, deducting therefrom, the fees and allowances made him by law, taking triplicate receipts therefor, one of which he must forward within five days to the comptroller of public accounts, one to the State treasurer, and the other he shall keep as his own voucher.

## Chapter XVII—*Penalties.*

Sec. 98. *Be it further enacted*, That for a failure to

ATF251

293                                    1866–7.

give the notice required of the comptroller in section *Penalty upon comptroller.*
ninety-two, he shall be deemed guilty of a misdemeanor,
and fined not less than two hundred dollars.

SEC. 99. *Be it further enacted,* That summary judg- *Summary judgment in favor of comptroller.*
ments must be rendered in favor of the comptroller of
public accounts against the defaulters hereinafter named,
and their securities in any court of the county of Mont-
gomery, having jurisdiction, on ten days' notice.

1. Against any officer required to use a seal for the *Officer failing to use stamp.*
neglect or failure to affix the stamps required under sec-
tions nine and ten of this act, fifty dollars for each of-
fense ; one-half to go to the informer, and the solicitor's
fee shall be fifteen dollars.

2. Against any probate judge for failing to comply *Probate judge failing to comply with section seventy-six*
with the requisitions of section seventy-six, for not less
than two hundred dollars.

3. For failing to make out and forward abstracts ac- *Failure to forward abstract.*
cording to the requirements of section seventy-four, for
not less than one hundred dollars.

4. For failure to furnish the statement provided for in *Furnish statement under section seventy-nine.*
section seventy-nine, for not less than one hundred dollars.

5. For failing to certify and forward report to comp- *Failing to certify under section sixty-four.*
troller, as directed in section sixty-four, for not less than
one hundred dollars.

6. Against any county treasurer for failing to pay over
the excess of purchase-money as provided in section
sixty-three, to the former owner of any property sold for
taxes, for not less than two hundred dollars.

7. For failing to pay over the redemption money to *Failure to pay over redemption money.*
purchaser where lands or other property have been re-
deemed, as provided in section seventy-seven, for not less
than two hundred dollars.

8. Against the county treasurers of Mobile, Barbour, *County treasurer failing to pay over surplus of sale.*
Coosa and Madison, or other counties, for failing to pay
over surplus of sale to the owner as provided in section
ninety-one, for not less than two hundred dollars. *Tax assessor for failing to comply with section thirty-six.*

9. Against any tax assessor for failing to comply with
the requirements of section thirty-six, for every ten days
he so fails, for not less than fifty dollars.

10. For making up a false and fraudulent assessment, *Making false assessment.*
for each offense, for not less than one hundred dollars.

11. For willful neglect or failure to perform the duty *Uunder paragraphs one, two and eleven, section two.*
required of him, in enforcing paragraphs one, ten and
eleven of section two, for two hundred dollars.

12. Against any tax collector for collecting more tax

App.134

ATF252

Tax collector for collecting more tax than is lawful.

from any person than authorized by law, or justified by the assessment, for each offense, not less than one hundred dollars.

Levying on real estate when there is personal.

13. For levying on the real estate of any tax payer where such tax payer owns personal property within the reach of such collector, for not less than twenty-five dollars.

Failing to make statement under section fifty-two.

14. For failing to make the statement provided for by section fifty-two, within the time required, for each week he so fails, not less than ten dollars.

For not paying over surplus of sale.

15. For not paying over surplus of sale as provided in sections sixty-two and ninety-one, for not less than one hundred dollars.

Violating sections sixty three and four.

16. For violation of sections sixty-three and sixty-four, for not less than two hundred dollars.

Violating section sixty-one.

17. Against any probate judge, tax assessor or collector, for violation of section sixty-one, for not less than one hundred dollars.

Unlawful conversion.

SEC. 100. *Be it further enacted,* That if any officer or person knowingly converts or applies any of the revenue of the State, or of any county thereof to his own use, or the use of any other person, he shall be deemed guilty of a misdemeanor, and upon conviction thereof be fined not less than five hundred dollars, and imprisoned in the penitentiary not less than one year, one or both, at the discretion of the jury trying the same.

Any officer wilfully neglecting duty.

Misdemeanor.

Fine.

SEC. 101. *Be it further enacted,* That if any officer or person on whom any duty is imposed by any section of this act, wilfully neglects to perform such duty, in case no other provision has been made for the punishment of such neglect, he is guilty of a misdemeanor, and shall be fined not less than twenty, nor more than one hundred dollars, at the discretion of the jury trying the same.

Tax-payer making false return.

Penalty.

SEC. 102. *Be it further enacted,* That any tax payer who shall knowingly render a false or fraudulent tax list, for the purpose of defrauding the State or his county, shall be deemed guilty of a misdemeanor, and fined on conviction not less than two hundred dollars, and imprisoned not less than six months in the county jail.

Tax-payer refusing to return.

Misdemeanor.

SEC. 103. *Be it further enacted,* That any tax payer refusing or wilfully failing to render a return of any item specified in this act, or who shall evade or attempt to evade a compliance with the revenue laws of this State, shall be deemed guilty of a misdemeanor, and upon con-

App.135

ATF253

Case 8:23-cv-00223-MSS-NHA      Document 69-3      Filed 11/28/25      Page 77 of 176 PageID 906

viction shall be fined not less than fifty dollars, or imprisoned not more than twelve months, at the discretion of the court or jury trying the case : one half of whatever fine may be imposed shall go to the solicitor as his fee for a conviction, and the other half to the county treasury. **Penalty.**

SEC. 104. *Be it further enacted,* That upon the failure of any tax assessor or collector to make a return to the solicitor of any tax payer refusing or wilfully failing to render a return, or attempting to evade the revenue laws in the manner set forth in the preceding section, such assessor or collector shall be deemed guilty of a misdemeanor, and upon conviction fined not less than one hundred dollars ; one-half of which shall go to the solicitor for his fee for a conviction, and the other half to the informant, if any, otherwise to the county treasurer, and upon the failure of the solicitor to bring the matter of the assessor's or collector's complaint before the next grand jury, he may be prosecuted by the assessor or collector for malfeasance at the expense of the county, and upon conviction fined not less than two hundred dollars. **Assessor or tax collector failing to return to solicitor.** **Misdemeanor.** **Duty of solicitor.**

SEC. 105. *Be it further enacted,* That any person summoned in accordance with the provisions of section thirty-three or thirty-five who shall fail to attend or refuse to testify, shall be deemed guilty of a misdemeanor, and shall be fined not less than twenty-five dollars. **Witness failing to testify.**

SEC. 106. *Be it further enacted,* That if any person does any act or does any business for which a license is required to be taken out, or tax paid under the provisions of sections four and five, without having first taken out and paid for such license, or paid such tax, shall be deemed guilty of a misdemeanor, and shall be fined double the amount of such license or tax so required by him. **Failing to take out license.** **Misdemeanor.**

SEC. 107. *Be it further enacted,* That the comptroller of public accounts must, without delay, after the approval of this act, cause the same to be printed once a week for four weeks in one newspaper having the largest circulation, published at each Mobile, Selma, Montgomery and Huntsville, and also in pamphlet form in the number of copies sufficient for distribution. **Repealed by supplemental act.** **Printing in newspaper.**

SEC. 108. *Be it further enacted,* That the act to secure taxes from transient dealers, and all laws and parts of laws conflicting with the provisions of this act be and **Act as to transient dealers repealed.**

App.136

ATF254

the same are hereby repealed ; *Provided*, That this section shall not be construed to repeal any special acts heretofore passed in relation to taxes to be assessed in any county for special purposes, but the same shall continue in full force and effect.

**Proviso.**

SEC. 109. *Be it further enacted*, That the comptroller of public accounts shall, immediately after the approval of this act, digest the penalties imposed in this act, and cause five thousand copies of the same to be printed upon single pages, so that the same may be posted, and distribute the same to the judges of probate of the several counties, to be by said judges distributed among the several precincts of their counties, that tax payers and public officers may be informed of the penalties herein imposed.

**Comptroller to print penalties and distribute.**

Approved, February 19, 1867.

---

No. 261.]                    AN ACT

To incorporate the Arbacoochee and North Alabama
Gold Mining Company.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened*, That William P. Beasley, James Bell, Dr. M. R. Bell, Dr. O. W. Shephard, Robert S. Heflin. William H. Smith, Matthew Creamer, and such other persons as they may associate with them, and their successors and assigns, shall be, and they are hereby declared (as soon as they shall organize under this act) a body politic and corporate, under the name and style of the "Arbacoochee and North Alabama Gold Mining Company," for the purpose of working or mining for gold or any other valuable minerals or metals on any lands said company may now own, or may hereafter own, or that they may become possessed of, either by purchase or lease in this State, and by that name may sue or be sued, plead or be impleaded, answer or be answered unto, in any court of law or equity, in this State, having competent jurisdiction ; and shall enjoy succession of officers and members for ten years ; may have and use a common seal, and alter the same at pleasure, may make, ordain, and establish such by-laws, rules and regulations

**Incorporators.**

**Name of company.**

ATF255

DEX37

ATF256

4. All property of literary, scientific, and benevolent institutions, *Societies.* actually used for the purposes for which said institutions were created, not exempting, however, any of such property when employed in any other than the regular business of such institutions.

5. Houses of religious worship, and their appurtenances. *Houses of worship*

6. Places and monuments of the dead, and implements of burial. *Burial places.*

7. All tools and implements in actual use of any calling, occupa- *Tools of trade.* tion or trade, to the value of one hundred dollars.

8. All insane persons and their property, to the value of one *Insane persons.* thousand dollars.

9. All disabled or crippled persons, whose taxable property does *Crippled.* not exceed five hundred dollars, from any poll tax.

10. All lands donated by acts of congress to railroads in this state *Railroad lands.* remaining unsold and uncultivated.

---

## ARTICLE II.

*Subjects and rates of assessment by assessors as to property and persons.*

SECTION.                                                | SECTION.
434.   Subjects and rates of assessment                 | 435.   Assessment of incomes, &c.
       by assessors.

§ 434. *Subjects and rates of assessment by assessors.*—ᵃTaxes must be *a. 19 Feb'y, 67,* assessed by the assessor in each county on and from the following *p. 209. § 2.* subjects, and at the following rates, to-wit:

1. On every male inhabitant between the ages of eighteen and and fifty, (except those persons between the ages of eighteen and *Polls.* twenty-one, the emoluments of whose labor go to parents or masters) the sum of two dollars; and to insure the payment of such tax, all partnerships, associations, corporations, officers or individuals must return to the assessor the number and names of persons in their employment on the first day of February of each year, as clerks, book-keepers, overseers, deputies, agents, workmen, journeymen, or laborers subject to such tax, which tax the assessor shall assess against such employers, by them to be deducted out of the hire, wages or salary of such employees as before enumerated; and upon the failure of any employer to make return of such employees when called upon by the assessor to do so, the assessor must proceed to ascertain the number of such employees from the best sources of information practicable, and such employer so failing shall be held liable in double the amount of the tax.

2. On all real estate, to be estimated at its market value in money, *3-10 of 1 per ct.* according to the best judgment the assessor can form by informa- *Real Estate.* tion, inspection or otherwise, taking into consideration its location, whether in town, city or the country, its proximity to local advantages, its quality of soil, growth of timber, mines, minerals, quarries, or coal beds, and the amount and character of improvements, three-tenths of one per cent. *ad valorem.*

3. On all mills, foundries, forges, mining establishments, quarries, *Mills.* lime or marble works, gin and carriage making shops, tanneries, and other manufacturing establishments;

On all wharves and wharf boats, toll bridges and ferries, turn- *Wharves, &c.* pikes, and all passes, channels or canals, where tolls are charged;

On all stocks of goods, wares and merchandise on hand to be as- *Merchandise.* sessed upon not less than the largest amount on hand at any one

ATF257

time during the preceding year, and this shall include all merchandise kept on plantations for sale, or to be dealt out to laborers; but any goods, wares or merchandise offered for sale by any dealer or person, commencing business subsequent to the first day of January of the current tax year, shall become at once liable to the tax levied by this act, and must be estimated by the maximum amount thereof;

**Horses.** On all horses and mules not used strictly for agricultural purposes, except studs, jacks and race horses;

**Cattle.** On all cattle on the excess over five head;

**Furniture.** On all household furniture, on the excess over three hundred dollars;

**Libraries.** On all libraries not exempted by law, on the excess over three hundred dollars;

**Clocks.** On all clocks kept for use; and

**Other property.** On all other property, real, personal, or mixed, not otherwise specified and taxed herein—and this shall not be construed to tax the crops produced upon lands within the state taxed under the second subdivision of this section, as real estate—three-tenths of one per cent. *ad valorem;* but no hogs, sheep, goats, or poultry, kept or raised for the use of any family, or work oxen, or animals used for agricultural purposes exclusively, and no farming tools and implements of husbandry necessary on the farm, shall be taxed by this act.

**⅓ of 1 per cent. Vehicles.** 4. On all vehicles not exclusively used for agricultural purposes;

**Jewelry, &c.** On all jewelry, plate and silver ware, ornaments and articles of taste, pianos and other musical instruments, and paintings, except family portraits;

**Cotton presses.** On all cotton presses and pickeries;

**Studs, &c.** On all studs, jacks, and race horses;

**Watches, &c.** On all gold and silver watches, and gold safety chains;

**Money hoarded.** On all money hoarded, or kept on deposit subject to order, either in or out of the state, except funds held subject to draft in the prosecution of a regular exchange business, and except also money kept on hand to defray current family expenses, for a period not exceeding one year;

**Money loaned.** On all money loaned, and solvent credits bearing interest, from which credits the indebtedness of the tax payer shall be deducted, and the excess only shall be taxed;

**Money employed.** On all money employed in buying or trading in paper, or in a regular exchange business, or invested in paper, whether by individuals or corporations, except where the money so employed or invested is otherwise taxed as capital;

**Stock of corporations.** On the capital stock, actually paid in, of all incorporated companies, created under any law of the state, whether general or special, (except railroads,) and not exempted by their charter from such tax, except any portion that may be invested in property and taxed otherwise as property, one-half of one per cent. *ad valorem.*

**⅓ of 1 per cent. Auction sales.** 5. On the gross amount of all sales at auction, made in or during the tax year preceding the assessment, except those made by or under the direction of executors, administrators and guardians, as such, by order of court or under legal process, and under any deed, will or mortgage, at the rate of one-fourth of one per cent.

**1 per cent. Foreign insurance companies on premium.** 6. On the gross amount of premiums, (after deducting therefrom all return premiums,) received from their business in this state during such tax year, by any insurance company not chartered by this state, and doing business herein by agents or otherwise, at the rate of one per cent.

**Gross commissions, &c.** 7. On the gross amount of commissions or sums charged or re-

App.140

ATF258

ceived in or during such tax year, by any factor, commission merchant, or auctioneer, in buying, selling, or any other act done in the course of their business;

On the gross receipts, during such tax year, of all cotton pickeries, and from the storage of cotton, or other merchandise, or produce, at the rate of one per cent.    *Cotton.*

8. On every pack, or part of a pack of playing cards, sold by wholesale, retail, or otherwise disposed of, during such tax year, fifty cents.    *Cards, 50 cents.*

9. On every legacy, where letters testamentary have not been taken out in this state, received by any person other than the child, adopted child, grandchild, brother, sister, father, mother, husband, or wife, and on all property given by deed or otherwise, to any such person, on the amount or value thereof, to be assessed to the beneficiary, guardian, trustee, or legal representative, at the rate of three per cent.    *Legacies, 3 per cent.*

10. On all pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each; and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and such tax must be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment when demanded by the assessor, such pistols, revolvers, bowie knives, or knives of like description, must be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same must be sold at public outcry before the court house door, after five days notice ; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, must be paid over to the person from whom the said pistol, revolver, bowie knife, or knife of like description, was taken, and the net amount collected by him must be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto.    *Pistols, knives.*

11. On all steamboats, vessels, and other water crafts plying in the navigable waters of the state, at the rate of one dollar per ton of the registered tonnage thereof, which must be assessed and collected at the port where such vessels are registered, if practicable ; otherwise, at any other port or landing within the state where such vessels may be; but this does not include flat-bottom sail boats, or other like craft, employed exclusively in the transportation of wood, lumber, or coal, which shall only be assessed at the rate of twenty-five cents per ton.    *Steamboats.*    *Other boats.*

12. On the gross profits of all banking associations, created under the laws of the United States, at the rate of two per cent.    *Banking companies.*

13. On all acts of incorporation granted by the general assembly, other than acts incorporating cities or towns, and acts incorporating manufacturing companies, an *ad valorem* tax of one tenth of one per cent. on the estimated value of the interest involved, or capital authorized as a bonus, to be due and payable to the tax collector of the county in which the office of such incorporation may be located, whenever such corporation shall commence actual operation; and this shall apply to all such acts passed by the general assembly of 1866–7.    *Acts of incorporation.*

14. On all dividends declared or earned and not divided by incorporated companies created under the laws of this state, (except rail-    *Dividends.*

ATF259

roads,) to be assessed to and paid by the companies earning or declaring the same, a tax of one per cent.

15. On the gross receipts of all railroads and horse railroad companies, for freight and passengers, within the limits of this state, a tax of one half of one per cent.; but upon any railroad extending beyond the limits of this state, this tax shall only be assessed upon such *pro rata* portion of the receipts of such company, as the length of the road within the state may bear to the entire length of the road upon which the earnings accrue.

*Gross receipts of railroads.*

16. On the gross receipts of all petroleum and oil companies, or distillers of coal oil, a tax of one per cent.

*Petroleum.*

§ 435. *Assessment of incomes, salaries, &c.*—[b]There must be assessed and collected upon the annual gains, profits, or incomes, of every person residing within the state, from whatever sources derived, and upon all salaries and fees of public officers, and upon the salaries of all other persons, upon the excess of such gains, profits, incomes, fees, or salaries, over five hundred dollars, at the rate of one per cent. In estimating the annual gains, profits, or income, of any person, all national, state, county and municipal taxes assessed to and paid by such person within the year, except the tax assessed under this section, must be deducted therefrom; also, all income derived from dividends, or on shares in the capital stock of any incorporated company, (where such tax has been assessed and paid by such incorporated company;) also, the amount paid by any person for the rent of the homestead used, or the rental value of the same, if owned by himself or his family; also, when any person rents buildings, lands, or other property, or hires labor to cultivate such lands, or to conduct any other business from which such income is actually derived, or pays interest upon any actual incumbrance thereon, the amount actually paid for such rent, labor, or interest, or the rental value of any lands cultivated as above, if owned by the occupant thereof, must be deducted; also, the amount paid out for usual ordinary repairs, not including any new buildings or permanent improvements, must be deducted; *Provided*, That any person shall be exempted from the operations of this section, upon whose gross receipts, commissions, or profits, taxes are assessed under the provisions of the preceding section.

*b. 19 Feb'y, 67, p. 264, § 4.*

---

## ARTICLE III.

*Licenses and taxes to be collected by the probate judge.*

| SECTION. | | SECTION. | |
|---|---|---|---|
| 436. | Taxes collected by probate judge. | 439. | To what time, person and place licenses are restricted. |
| 437. | Licenses issued by the probate judge. | | |
| 438. | Tax on distilleries payable to probate judge, &c. | | |

§ 436. *Taxes collected by the probate judge.*—[a]Taxes must be assessed and collected by the judge of probate, as follows, to-wit:

*a. 19 Feb'y, 67, p. 265, § 4.*

1. On every legacy subject to assessment, left by any will on which letters testamentary are taken out in this state, there must be assessed and collected by the judge of probate of the county in which such letters are taken out, a tax of one-half of one per cent. *ad valorem*, and if not paid on the receipt of such legacy, such judge must issue execution for the amount of such assessment, against the exec-

*Legacy.*

DEX38

ATF261

( 36 )

**Widow may make her election of dower.** the statute of which this is an amendment, she shall make her election either of dower or of a childs part, within twelve months after the probate of the will or granting letters of administration, or she shall be confined to her dower.

**Fee simple title in widow.** Sec. 2. That if a widow take dower, she shall be entitled only to a life estate in the real property, to return at her death, to the estate of her deceased husband for distribution; if she takes a childs part, she shall have in the property set apart to her, a fee simple estate in the real property, and an absolute title to the personal property including slaves, with power to control or dispose of the same by will, deed or otherwise.

Passed February 6th 1838.—Approved 8th Feb. 1838.

———

No. 24. AN ACT in addition to An Act, (approved January 30th, 1835,) entitled An Act to prevent any person in this Territory from carrying arms secretly.

**Venders to get license.** Section 1. Be it enacted by the Governor and Legislative Council of the Territory of Florida, That from and after the passage of this act, it shall not be lawful for any person or persons in this Territory to vend dirks, pocket pistols, sword canes, or bowie knives, until he or they shall have first paid to the treasurer of the county in which he or they intend to vend weapons, a tax of two hundred dollars per annum, and all persons carrying said weapons openly shall pay to the officer aforesaid a tax of ten dollars per annum; and it shall be the duty of said officer to give the parties so paying a written certificate, stating that they have complied with the provisions of this act. Four **moneys how appropriated.** fifths of all monies so collected to be applied by the county courts to county purposes, the other fifth to be paid to the prosecuting attorney.

**Penalty.** Sec. 2. Be it further enacted, That if any person shall be known to violate this act, he or they so offending, shall be subject to an indictment, and on conviction, to a fine of not less than two hundred nor exceeding five hundred dollars, at the discretion of the court.

**Judges to charge grand juries.** Sec. 3. Be it further enacted, That it shall be the duty of the several Judges of the Superior Courts of this Territory, to give this act in charge to the grand jurors of their respective districts at each term of the court.

Passed 5th February, 1838.—Approved 10th Feb. 1838.

ATF262

DEX39

ATF263

Offices again separated, February 24, 1844 s. 12, a, 16.　But see March 5, 1846, a. 17, s 12.

The other sections of this act, of a general nature, have been re-enacted or superseded.　They make several provisions of local and particular relief.

ART. 16. *An Act to Amend and Reduce into one the several Acts in relation to the Revenue of this State, and for other purposes —February* 4, 1844 . . 57 *to* 8 6.

§ 1. *Rates of Taxation.*　The following taxes shall be assessed and collected within this state, to wit: An *ad valorem* tax of three-tenths of one per cent. on all lands of this state, not excepted by the ordinance admitting this state into the Union, or specially exempted by provisions of this act—on all money loaned at interest by individuals, or employed by them in the purchase of notes, bonds, checks, bills of credit of any description whatever as security for money advanced—on all goods, wares, and merchandize sold by any regular merchant—on all bank stock, subscribed for in any incorporated bank in this state, which shall not have paid a bonus for its charter, or been exempted by the provisions thereof (except stock subscribed for and owned by the state, or some incorporated literary or charitable institution.)　An *ad valorem* tax of two and one-half per cent. on all merchandize sold by an auctioneer or transient vender of goods ; an *ad valorem* tax of one per cent, on each pleasure-carriage, watch, and clock (except such as are kept for sale by merchants and artizans.)　A tax of ten dollars on each nine or ten pin alley, or any alley of the same kind kept for public play ; a tax of fifty dollars per annum on each theatre and each race track ; and one dollar on each and every Bowie knife ; a tax of one cent on each head of cattle over the number of twenty owned by any one individual ; a poll tax of fifty cents on every free free white male between the ages of twenty-one and fifty years ; a tax of one dollar and a half on each and every free colored male between the age of twenty one and fifty years ; and of seventy-five cents for each and every slave under sixty and over five years of age ; and on each slave under the age of five years, twenty-five cents ; an *ad valorem* tax of two per cent. on all gold or silver above the amount of fifty dollars manufactured otherwise than into coin, except jewelry worn about the person, and such as is kept for sale by merchants or artizans ; an *ad valorem* tax of three-tenths of one per cent., on each piano ; an *ad valorem* tax of one per cent. on each race, saddle, or carriage horse, and each horse kept by livery-stable keepers for hire : a *ad valorem* tax of one-fourth of one per cent. on all public toll ferries, bridges, and turnpikes ; a tax of two dollars on each duelling or pocket pistol, except such as are kept for sale by merchants or artizans, or kept for use by military companies ; for each stallion or jackass, for whose services as such money or other valuable thing is received, a sum equal to the price of one mare, to be demanded and collected at any time during the season by the assessor, who shall pay over the same to the tax collector.

Tax on slaves and land changed a. 17, s. 1.

6. *In what County Person and Property Assessed.*　Every person shall be assessed in the county in which he resides at the time of assessment, for each and every article and item of taxation which he or she is liable to pay under the provisions of the first section of this act : and when the line between two counties divides a tract of land, it shall, if occupied, be assessed in the county in which the occupant resides ; if unoccupied, each part shall be assessed in the county in which the same may lie ; and all personal property owned by any person in any county other than that of his or her residence, shall be assessed in the county in which the same is situated ; and if he or she

App.146

ATF264

DEX40

ATF265

412                        LAWS OF MISSISSIPPI.

filing in the office of the Secretary of State
a copy of said acceptance, so far as to bestow
upon the Company accepting its provisions,
all the powers and privileges granted by
this act.

Approved Feb. 21, 1867.

---

## CHAPTER CCCXVII.

AN ACT to amend an act entitled an act to raise a revenue
to defray the expenses of the Government of the State
of Mississippi, approved December 5th, 1865.

SECTION 1. *Be it enacted by the Legislature
of the State of Mississippi,* That a tax of
one per cent. upon the gross amount of any
and all collateral inheritances, devices or be-
quests received by any beneficiary or recipi-
ent thereof, shall hereafter be assessed and
collected from said beneficiary or recipi-
ent.

*Bequests, in-
heritances.*

SEC. 2. *Be it further enacted,* That hereafter
the following taxes shall be assessed and col-
lected, to-wit:

On each and every pistol which has more
than one barrel or revolver, the sum of two
dollars.

On each and every single barrel pistol, the
sum of one dollar.

*Pistols.*

On each rifle, shotgun, or army gun, the
sum of fifty cents.

*Shotguns.*

On each and every bowie-knife, sword-cane
or dirk, the sum of two dollars.

*Bowie-knives.*

And it shall be the duty of the Assessor,
when he assesses the taxes imposed by this

ATF266

section, to collect at the time of the assessment, the said tax, and pay the same over to the Sheriff, with the names of the parties from whom it was collected, and for his services in collecting, the said Assessor shall have the right to reserve five per cent.

*Duty and fee of Assessor.*

On all dogs of every name and species, the sum of forty cents.

*Dogs.*

On each and every male inhabitant of this State, between the ages of twenty-one years and fifty-five years, the sum of two dollars, except disabled State and Confederate soldiers, to be assessed and collected in accordance with the provisions of the act to which this is an amendment.

*Poll tax.*

On each and every bale of cotton, the sum of fifty cents; all of which taxes to be assessed and collected, as now provided by law: *Provided*, That this tax on cotton shall not take effect until the first day of September, 1867.

*Cotton.*

On the gross amount of any prizes in money or property drawn by any person in any lottery, gift enterprise or any other scheme of chance authorized by law, the sum of five per cent., which it shall be the duty of the manager or agent who pays said prize to the party who drew it to collect and pay over to the Sheriff; and it is hereby made the duty of the Assessors to require all managers of lotteries, gift enterprizes or companies chartered by this State, or their agents, to give in on oath a list of prizes, either of money or property which have passed through their hands, or which have come to their knownledge.

*Tax on prizes*

Sec. 3. *Be it further enacted*, That hereafter any and all flat-boats, or other water craft which bring down or deal exclusively in provisions or breadstuffs shall be exempted from all tax levied by the act to which this

App. 149

ATF267

**414**                         ·LAWS OF MISSISSIPPI.

*Flat-boats.* act is an amendment, or any other act upon payment of one half of one per cent. on amount of gross sales.

Sec. 4. *Be it further enacted,* That all cotton of any crop or growth of any year prior to the year 1867, hereafter shipped or sent to market shall be subject to a tax of one dollar per bale.

*Cotton.*

Sec. 5. *Be it further enacted,* That a tax of two thousand dollars shall hereafter be paid annually by each and every express company doing business in this State, and that after the first day of May next, any express company, or agent of any express company, who shall presume to transact any express business, without the payment of the tax herein imposed, shall be liable, upon conviction, to a fine of not less than five thousand dollars, and imprisonment in the county jail not less than twelve months, or both, at the discretion of the court, and that said tax shall be paid into the Treasury of the State, and the receipt of the Treasurer shall be sufficient authority for any express company to carry on their business until the commencement of the next fiscal year.

*Express companies.*

Sec. 6. *Be it further enacted,* That the tax on breweries for the manufacture of malt liquors in this State, shall be one hundred dollars per annum.

*Breweries.*

Sec. 7. *Be it further enacted,* That a tax of three-tenths of one per centum shall be levied and collected from the lessors upon the amount of annual rents of lands and tenements in this State.

*Rents.*

Sec. 8. *Be it further enacted,* That the taxes herein levied shall be assessed and collected as now provided by law, and that all acts and parts of acts inconsistent with this act, be, and they are hereby repealed.

Approved Feb. 21, 1867.

ATF268

DEX41

ATF269

ander R. Richmon, minors' of Pike county, and John S. Roberts, minor of Monroe county, be, and the same are hereby removed; that they may contract and be contracted with, sue and be sued, plead and be impleaded and enjoy all other privileges of citizenship the same as though they had attained the full age of majority, except the right to vote and hold office.

SEC. 2. *Be it further enacted,* That this take effect and be in force from and after its passage.

Approved Feb. 7, 1867.

— — —

## CHAPTER CCXLIX.

AN ACT to tax Guns and Pistols in the county of Washington.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That a tax of not less than five dollars or more than fifteen dollars shall be levied and assessed annually by the Board of Police of Washington county upon every gun and pistol which may be in the possession of any person in said county, which tax shall be payable at any time on demand, by the Sheriff, and if not so paid, it shall be the duty of the Sheriff to forthwith distrain and seize such gun or pistol, and sell the same for cash at the door of the Court House, after giving ten days notice by advertisement, posted in front of said Court House, and out of the proceeds of such sale, there shall be paid the amount of such tax and the cost of sale, and if any surplus remains, it shall be paid to the owner of such

*Extent of tax*

*Notice to be given.*

ATF270

328 LAWS OF MISSISSIPPI.

gun or pistol. The amount of the tax so assessed and collected, shall be paid to the county Treasurer, and shall constitute a part of the bridge fund of said county.

SEC. 2. *Be it further enacted*, That this act take effect and be in force from and after its passage.

Approved Feb. 7, 1867.

---

## CHAPTER CCL.

AN ACT for the relief of Martha B. Pittman, of Coahama county.

WHEREAS, Martha Pittman became the executrix, in the county of Choctaw, in this State, of the estate of the late M. B. Pittman, of said county, deceased, and whereas, the estate of the said deceased consists chiefly of land which is situated in the county of Coahoma, where the said Martha Pittman resides: and whereas, it is attended with great inconvenience to said Martha Pittman to attend the Probate Court of said county of Choctaw, and would be to the advantage of said estate to have the same administered in the county of Coahoma; therefore,

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi*, That the Judge of Probate in and for the county of Choctaw, be, and is hereby authorized and required, at the cost and charges of the said estate of M. B. Pittman, to transfer and trans-

Records to be transferred. mit to the Judge of Probate of the county of Coahoma, a full and complete copy of the

App.153

ATF271

DEX42

ATF272

## REVENUE.

## CHAPTER CXXI.

AN ACT to provide for the increase of the Public Revenue, and for other purposes.

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That hereafter there shall be levied annually the sum of three cents upon every dollar of interest secured or actually due from or by any solvent debtor or debtors, whether from individuals, companies, corporations, or in any other way; upon all sums of money at interest, whether in this State or out of it, at any time during the year next preceding the time the owner or owners thereof shall give in his, or her or their tax list: *Provided,* that guardians shall give in the money of each of their wards as a distinct and separate fund, and not as a fund held in common. *[margin: Tax on interest.]*

Sec. 2. *Be it further enacted,* That hereafter there shall be levied annually the sum of twenty cents upon every hundred dollars employed in buying and selling slaves, and that there there shall be levied annually the sum of ten cents upon every hundred dollars vested in every other species of trade; and the sum of three cents upon every dollar of dividend or profit actually due or received upon sums of money invested in steam vessels (excepting the profits of such vessels as are under the burden of twenty tons,) or vested in stocks of any kind, or on shares of any incorporated or trading company, whether in this State or out of it, at any time during the year immediately preceding the time when the owner or owners thereof shall give in his, her or their tax list: *Provided,* that this act shall only authorize the taxing of such profits as the banks of this State shall make from trading in *[margin: On capital in trading for slaves, and other species of trade, vessels, and trading companies.]* *[margin: Proviso.]*

stocks and bonds as distinguished from "bills receivable," *and provided further*, that every person shall have thirty dollars of interest, dividend or profit, and an amount equal to the sum of interest, which he, she or they owe, or pay, or secure to be paid on his, her or their own debt or debts, which shall not be subject to the tax imposed by this act; *and provided further*, that this act shall not extend to the interest or dividends accruing to any literary institution, or to funds appropriated for public or private charities, devoted to the purposes of education, or to the maintenance of the poor or afflicted.

Sec. 3. Be *it further enacted*, That so much of the capital stock in trade of any merchant or jeweler, wholesale or commission merchant, as is now taxed by the 14th section of the 102 chapter of the Revised Statutes, shall be exempt from the provisions of this act: *Provided*, that the interest on all bonds, or notes, which any such merchant, jeweler, wholesale or commission merchant may own over and above the amount of the interest upon his own indebtedness and thirty dollars, shall not be considered as a part of his capital stock in trade, but shall be subject to the tax imposed by the first section of this act.

<div style="float:left">On merchants & jewellers.</div>

Sec. 4. Be *it further enacted*, That hereafter, there shall be imposed and levied annually the following taxes, to wit : On all Surgeon Dentists, all practicing Physicians, all practicing Lawyers and on all other persons, (except Ministers of the Gospel of every denomination, Governor of the State and Judges of the Supreme and Superior Courts) whose practice, salaries or fees, or all together, shall yield an annual income of five hundred dollars, the sum of three dollars for the first five hundred, and two dollars for every additional five hundred dollars.

<div style="float:left">On Dentists, Physicians and Lawyers.</div>

Sec. 5. *Be it further enacted*, That there shall be imposed and levied annually an *ad valorem* tax of one per centum on all gold and silver plate, and ornamental jewelry,

REVENUE.                                    1850-'51    243

in use by the owner or owners thereof, of the value of fifty On plate, dollars or upwards; on all sulkies, gigs, buggies, barouches, jewelry, vehicles, carriages, and all other pleasure vehicles whatsoever, in use &c. by the owner or owners thereof, of the value of seventy-five dollars and under one hundred dollars, fifty cents; on all of the value of one hundred dollars, and under two hundred dollars, one dollar; on all of the value of two hundred dollars and under three hundred dollars, two dollars; on all of the value of three hundred dollars and under four hundred dollars, three dollars; and on all of the value of four hundred dollars and upwards, four dollars; on all gold watches, one dollar, and on all silver watches twenty-five cents, in use, (except such of each as are kept in shops and stores for sale;) on all harps in use by the owner or owners thereof, two dollars; on all piano fortes in use by the owner or owners thereof, one dollar; on all pistols (except such as shall be used exclusively for mustering, and also those kept in shops and stores for sale,) one dollar each; on all bowie-knives, one dollar each; and dirks and sword canes, fifty cents each; (except such as shall be kept in shops and stores for sale:) *Provided, however,* that only such pistols, bowie knives, dirks, and sword canes, as are used, worn or carried about the person of the owner, shall be subject to the above named taxes; on all retailers of wines, cordials, or spirituous liquors, *ten dollars;* on all billiard tables, *one hundred dollars;* on all bowling allies, whether called "nine pin," or "ten pin" allies, or by any other name, *twenty five dollars;* on every pack of playing cards, *twenty five cents;* and every merchant, shop keeper and public dealer, in goods, wares, merchandise, or other thing, shall be liable for the same, and shall state on oath how many packs he or she has sold within the year preceding the time he or she shall give in his or her tax list; on all mortgages and deeds of trust, which shall be registered, the sum of one dollar; and the register in each and every county shall be liable for the same, and

he is hereby required to give in to the justice taking the list of taxable property, the number of mortgages and deeds of trust by him registered in the preceding year, under a penalty of one hundred dollars, to be collected by the sheriff, and to pay the amount of taxes thereon, after deducting six per centum for his commissions; and the said register shall not be required to register any mortgage or deed of trust, until the person or persons presenting the same, shall have paid the tax hereby imposed, in addition to the fees now by law established.

**Toll bridges, ferries.**

Sec. 6.  *Be it further enacted,* That the owner or owners of every toll-bridge or ferry in this State, shall hereafter pay annually a tax equal to five times the sum of the largest toll by him or them demanded and received.

**Insurance companies.**

Sec. 7.  Be it *further enacted,* That the agent or agents of all insurance companies, not incorporated in this State, shall hereafter pay an annual tax of fifty dollars in every county where such agency shall be established, to be collected and accounted for by the sheriffs of the several counties as other taxes; and in case the said agent or agents shall fail to pay the tax hereby imposed, he or they shall be individually liable for a tax of one hundred dollars, to be collected by the sheriff of the county where such failure takes place, by distress and sale of the property of the said agent or agents, to be applied three-fourths to the use of the State and one-fourth to the use of the sheriff collecting the same.

**Circus riders and the like.**

Sec. 8.  Each and every company of circus riders or equestrian performers, and each and every person or company who shall exhibit any collection of animals, commonly known as a menagerie, for reward, shall, previously to exhibiting or performing in any county in this State, pay to the sheriff thereof fifty dollars; and all Ethiopian serenaders, comic singers, and performers on musical instruments, who exhibit or perform for reward, five dollars, as a tax to the State, to be accounted for by the sheriff as other State taxes: and on paying such tax, the sheriff who receives the same shall give

App.158

ATF276

a license to exhibit or perform in his county, which license
shall contain a list of such animals, or personal performers,
or other articles to be exhibited, and in that case, such com-
pany or person shall be authorized and permitted to perform
and exhibit, as aforesaid, in such county, and no other, for
the space of one year thereafter; and each and every com-
pany of circus riders or equestrian performers, or Ethiopian
serenaders, comic singers and performers on musical instru-
ments, or exhibiter of any collection of animals, commonly
known as a menagerie, who shall perform or exhibit in any
county in this State, without previously having paid the tax
herein directed, shall be liable to a forfeiture of one hundred
dollars, to be collected by the sheriff, by distress and sale of
the property of such delinquent, and to be applied one half
to the use of the State and the other half to the use of the
sheriff.

Sec. 9.   *Be it further enacted,* That the taxes, by this act re- turned and col- lected.
act imposed, shall be returned on oath to the justices of the
several counties in this State, appointed to take the list of
taxables and taxable property; and shall be collected by the
sheriffs of the several counties at the same time, and in the
same manner in which they now collect other State taxes,
and shall by them be paid into the treasury of the State at
the same time and under the same penalties which are now
prescribed by law, for the collection and payment of other
State taxes.

Sec. 10.   Each and every person shall annually render to Oath.
the justice of the peace appointed to take the list of taxa-
bles and taxable property, the amount of tax which he,
either in his own right, or in the right of any other person
or persons whomsoever, either as guardian, attorney, agent
or trustee, or in any other manner whatsoever is liable for,
under the revised[?] laws of this State; and it shall be the duty
of the said justice to administer the following oath to each
and every person giving a list of taxables and taxable prop-

App.159

ATF277

orty: You, A. B., do solemnly swear, (or affirm, as the case may be,) that you, either in your own right or the right of any other person, or persons whomsoever, either as guardian, attorney, agent or trustee, or in any other manner whatsoever, are not liable for more taxes, under the laws of this State, than the amount which you have now listed, and that in all other respects, the list by you now delivered, contains a just and true account of all the property which by law you are bound to list for taxation, to the best of your knowledge and belief: so help you God.

Sec. 11.  *Be it further enacted,* That it shall be the duty of every justice of the peace who shall take a list of taxable property, before administering the oath aforesaid, to call over to each person giving in his taxables, all the articles and subjects of taxation which he may be bound to list.

*Justice to read over taxables.*

Sec. 12.  Each and every person liable to pay taxes by and under the provisions of this act, who shall fail to list their taxable property, or any part thereof, or refuse to take the oath herein prescribed, shall, in addition to the payment of a double tax, forfeit and pay into the public treasury the sum of one hundred dollars for each year's failure or refusal; and it shall be the duty of the several sheriffs aforesaid, to levy, collect and account for the same, as in case of double tax, unless the county court shall, within nine months thereafter, on satisfactory cause shown by such delinquent, order said forfeiture to be released and remitted.

*Penalty for failing to list taxables.*

Sec. 13.  It shall be the duty of the several sheriffs to furnish the Attorney General and the Solicitors of their respective circuits, at the first superior court which shall happen after the tax lists are placed in their hands for collection, with a list of all the persons liable for taxes under this act, and who have failed to give in their taxable property or any part thereof; and, upon such information, or any other information, or upon good reason to believe that any person

*Duty of Sheriffs, Attorney General and Solicitors.*

App.160

ATF278

has failed to list his taxable property, the Attorney General and Solicitors of the several circuits, shall have power and authority to file bills in the several courts of equity in this State, against each and every person failing to render a list of taxables and taxable property as by this act required, and compel a discovery upon oath, which discovery shall not be held and deemed evidence to convict such person for any penalty by this act annexed to such failure.

Sec. 14. It shall be the duty of the Public Treasurer to have prepared and printed, on suitable paper, forms of tax-lists, with all the articles subject to taxation and to be listed under this act and all other laws now in force, mentioned *se-riatim* over the heads of parallel columns, in which the a-mount or quantity of each article to be listed is to be set down; and shall furnish to each county court clerk in this State two copies of the same for each tax collection district in said county; and the cost of preparing and printing the same shall be paid out of the public treasury. *Forms, Treasurer to prepare*

Sec. 15. It shall be the duty of the justice appointed to take the list of taxable property, to list the articles herein required to be listed in separate columns. And the clerks of the several county courts shall record, advertise and re-turn the same to the Comptroller's office, in the same man-ner, and in case of failure, under the same penalties, forfeit-ures and liabilities as are now prescribed by law in relation to other taxes. *Duty of justices and clerks.*

Sec. 16. It shall be the duty of the register in each and every county, on or before the first day of September in each and every year, to furnish the Comptroller with a cer-tificate of the name of the clerk of the county court, and the sureties to his bond for the faithful discharge of his du-ties in office; which certificate, when certified by the Comp-troller, shall, on motion of the Treasurer, for judgment a-gainst any such clerk, and his sureties, be deemed equally valid in law, with the bond of such clerk, and the court shall give judgment and award execution thereon accordingly. *Certifi-cate, reg-ister to furnish.*

App. 161

ATF279

248      REVISAL OF PUBLIC LAWS.      1850–'51

Penalty.

Sec. 17.  If any register shall fail to furnish the Comptroller with such certificate as directed in the last section, he shall forfeit and pay the sum of one thousand dollars, in each case, to be recovered by the Treasurer for the use of the State.

Court shall not tax.

Sec. 18.  *Be it further enacted,* That all the persons and property herein taxed, shall not be liable to be taxed by the several county courts.

Repealing clause.

Sec. 19.  *And be it further enacted,* That an act, entitled "An Act to increase the Revenue of the State" and ratified on the 29th day of January, 1849, and all other laws and clauses of laws coming within the meaning and purview of this act, be, and the same are hereby repealed: *provided,* that this repealing clause shall not affect the collection of any taxes now due under the revenue laws of this State.

[Ratified 28th January, 1851.]


REVISAL OF PUBLIC LAWS.

———

## CHAPTER CXXII.

AN ACT for revising and digesting the Public Statute Laws of this State.

Sec. 1.  *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That three commissioners be appointed by the Governor, to collate, digest and revise, all the public statute laws of this State now in force, and including those which

App.162

ATF280

# DEX43

ATF281

offer to take them on the most favorable terms to the company.

President to make return.

Sec. 5. *Be it further enacted,* That it shall become the further duty of the said president to make a full and fair return of the sale of said bonds to the next annual meeting of the stockholders of the company, in which return shall be stated the amount of bonds sold, the name of each purchaser and the rate of interest at which he purchased the bonds he holds on the company.

Sec. 6. *Be it further enacted,* That the bonds hereby authorized to be issued shall not be sold under par.

Sec. 7. *Be it further enacted,* That this act shall take effect from and after its ratification. [*Ratified the 2d day of February,* 1857.]

---

Chap. 33.

AN ACT TO EXTEND THE TIME OF PAYMENT OT THE BONDS DUE FROM THE SEABOARD AND ROANOKE RAILROAD COMPANY TO THE STATE.

Extends the time of payment five years.

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That the time of payment of the bonds held by the State against the Seaboard and Roanoke Company, be extended five years from the first day of January, 1857: *Provided,* Said company pays semi-annually the interest thereon, at the rate of six per cent. per annum. [*Ratified the 2d day of February,* 1857.]

---

## REVENUE.

Chap. 34.

### AN ACT ENTITLED "REVENUE."

Sec. 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same:*

The following taxes shall be annually collected and paid by the citizens and other persons, and by owners of property situate in the State, besides the taxes which by any other

ATF282

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 106 of 176
PageID 935

law may be imposed on them : unless the property in this
chapter described shall be expressly exempt from taxation
by this or some other law : the property and estate hereby *Exemptions.*
exempted from taxation, are all such and their profits, as
may belong to the State, or may belong to or be set apart
for the University and colleges, institutes, academies and
schools for the education of youth, or the support of the
poor or afflicted, or specially set apart for and appropriated
to divine worship.

2. There shall be annually levied upon all real property, *Land tax.*
with the improvements thereon, including entries of land,
fifteen cents on every hundred dollars value thereof.

3. If any person shall sell his real property and shall have *Land bound.*
no estate within reach of the sheriff to satisfy the taxes im-
posed thereon at the time when they become demandable,
the land shall be bound for the same, and the land shall be
bound in like manner for all the taxes, both real and per-
sonal, due from the original owner.

4. Upon every free male, between twenty-one and forty- *Poll tax.*
five years of age, a tax of fifty cents ; and upon every slave
of either sex, between twelve and fifty years of age, a tax
of fifty cents shall be paid by the owner, unless when the
owner may be a non-resident, then the hirer shall list and
pay the tax : *Provided, however*, That the county court may
exempt from a poll tax such poor and infirm persons, and
disabled and insane slaves as they may declare and record,
to be fit objects for exemption : *Provided further*, That the *Proviso.*
tax imposed by law for the insane asylum of North-Carolina
of one and three-fourth cents on every one hundred dollars
worth of land, and five and one-fourth cents on every tax-
able poll, is hereby discontinued.

5. Upon each toll gate of a turnpike road, a tax of fifteen *Toll gates.*
dollars shall be paid by every owner, and a tax of five dol-
lars per gate by every person who may be permitted to erect
gates across a highway ; and a tax equal to seven times the
largest toll by the owner demanded upon every public ferry,
and a tax of fifteen dollars on every toll bridge.

6. Upon every studhorse or jackass let to mares for a *Studs and Jacks.*
price, a tax of six dollars, unless the value of the highest
season for one mare shall exceed that sum, in which case a

tax of the highest price shall be paid, and they shall be listed by resident owners. Owners residing out of the State, of such as are kept within the same to be let to mares, shall pay the tax forthwith to the sheriff of any county in which the animal may stand, and in case of failure to do so the sheriff shall forthwith distrain and sell it for the tax.

**On collateral descents.**

7. Upon the value of all real and personal estate which shall descend upon, be devised or bequeathed to, or shall become distributable among other persons than lineal descendants, or to or for the benefit of the father or mother, or any lineal ancestor of the deceased, where the real estate descended or devised, or both descended and devised, on or to any heir or devisee, shall be of the value of three hundred dollars, or the personal estate bequeathed to any legatee, or distributive share, or both legacy and distributive share, shall be of the value of two hundred dollars; the following taxes shall be paid:

(1) When such collateral relation shall be a brother or sister of the deceased, or any descendant of a brother or sister, a tax of one per cent.

(2) When such collateral relation shall be a brother or sister of the father or mother of the deceased, or any descendant of a brother or sister of the father or mother of the deceased, a tax of two per cent.

(3) When such collateral relation shall be in any other degree of consanguinity to the deceased than is above described, or the legatee or devisee shall be a stranger in blood to the deceased, a tax of three per cent: *Provided however,* That no devise or bequest, or distributive share to the widow of the deceased, nor any devise or bequest to the wife or widow of a son of the deceased, nor to the husband of a daughter of the deceased, whether she be living or dead, shall be taxed; nor shall the husband of any deceased wife receiving her estate after her death, be subject to any tax therefor, unless the same would have been taxable had she been living.

**Proviso.**

**Executor or administrator to retain.**

8. The executor or administrator of every such deceased person, on his settlement of the estate, shall retain out of the legacy or distributive share of every such legatee, or next of kin, the tax properly chargeable thereon; and, in case he

App.166

ATF284

may have sold any real estate and there shall be a surplus in his hands not needed to pay debts and charges, he shall retain the proper tax of each person entitled to such surplus; which taxes he shall pay to the clerk of the court of pleas and quarter sessions of the county wherein the will was proved or administration granted.

9. If the executor or administrator shall fail to retain and pay the tax to the clerk, it shall be deemed a breach of his bond, if one shall have been executed, and the same shall be put in suit, on behalf of the State, by the county solicitor; or such executor, or administrator, with his sureties may be sued in equity at the cost of the State, in case of failure. *On failure to retain may be sued.*

10. Whenever the personal property in the hands of such executor or administrator (the same not being needed to be converted into money in the course of administration) shall be of an uncertain value, he shall apply to the county court, to appoint three impartial persons of probity to assess the value thereof; and such assessment being returned to the court and confirmed, shall be conclusive of the value. *How to act when the value is uncertain.*

11. The executor or administrator, as soon as he may ascertain that the land of the deceased will not be needed to pay his debts, shall report to the clerk of the court who receives the tax on personalty, an account of such real estate, and the tax thereon shall be paid by the heirs and devisees thereof respectively, to the said clerk; the value of the real estate to be ascertained as provided in the preceding section in relation to personalty, and the heir and devisee being duly notified of the motion to appoint commissioners. *Executor or administrator to report.*

12. If they, or any of them, fail to pay said tax within twelve months after the report of the executor or administrator, the clerk shall report such default to the commissioner for the judicial circuit; who, thereupon, shall cause a *scire facias* to issue to the defaulting person, to show cause why judgment shall not be rendered against him for the tax, and the real estate be sold to pay the same; and the court shall render judgment and cause the tax to be collected and paid to the clerk. *Scire facias in certain cases.*

13. The clerk shall keep a record of the taxes on the real and personal estate received by him in virtue of the six pre- *Clerk to keep a record.*

ATF285

ceding sections, and shall return to the comptroller a correct account of the same with his annual statement of other taxable property; and he shall annually return upon oath to the court of pleas and quarter sessions of his county, at the term next preceding the time at which the sheriff may settle with the comptroller, a correct account of the same, and immediately pay the money to the sheriff of the county, retaining three per cent. thereof for his services.

**Commissioners.** 14. The governor shall appoint in each judicial circuit, one or more commissioners, whose duty it shall be to institute and attend to all suits brought to enforce the collection of the tax laid in section *seven* of this chapter; and to bring suits and take such other steps as may be necessary to enforce the collection of all taxes due and unpaid, which have heretofore been laid on property real and personal, descended or devised to collateral relations'; and the commissioners shall receive such compensation for their services as the governor may allow.

**Intermeddlers in estates.** 15. In all cases where estates descend, or are devised to collateral relations, or strangers in blood, and the same shall be divided or settled, or an attempt be made to divide or settle them, without any lawful administration being had upon such estates, any person intermeddling in said estates, shall forfeit and pay the sum of five hundred dollars; to be sued for in the name of the State, in the superior court of the county wherein the testator or intestate had his domicil at the time of his death, and accounted for, when collected, as public tax.

**Administration.** 16. Whenever any person shall die, leaving no lineal descendants, and leaving property liable to the tax imposed by the *seventh* section of this chapter, and no administration shall be had on the estate, within three months thereafter, it shall be the duty of the county court, upon being informed of the fact, to grant administration thereof to the clerk of the county court, who shall retain and account for the tax according to the preceding sections of this chapter.

**Duty of commissioners.** 17. It shall be the duty of the commissioners to institute suit for all penalties incurred by clerks for failing to collect and account for the tax on collateral descents; which penalties shall be accounted for as public tax.

App.168

ATF286

1856-'57.——Chap. 34.                              33

18. Every conveyance made by such deceased person **Fraudulent conveyance void.** with intent fraudently to evade the collection of said taxes, or any of them, shall, as against the State, be void ; and the same shall be chargeable at the suit of the State, on the property conveyed, in the hands of such vendee or donee, and his assignee.

19. Upon every dollar, more than six dollars, of net in- **Tax on interest.** terest, not previously listed, either received during the year, next preceding the first day of April, or during that time, accrued, or converted into principal so as to become an interest-bearing subject, (whether demandable or not) on money owed, by solvent debtors, wherever they may reside, a tax of four cents.

20. Upon every dollar, more than six dollars, of net div- **On dividends, profits, &c.** idend or profit, not previously listed, actually due or received during the year, ending on the said first day of April : upon money invested in steam vessels of twenty tons burden or upward, or in *stocks* of any *kind*, or in *shares* of any *incorporated* or *trading* company, whether in or out of the State, and herein shall be included all *bank* dividends, *bonds* and *certificates* of debt, of any other State, a tax of four cents.

21. Such net interest, dividend, or profit, shall be ascer- **How ascertained.** tained by deducting from the whole amount thereof, such interest as during that time had accrued against the payer of the tax.

22. Upon every hundred dollars employed in buying **Tax on capital.** and selling slaves, upon speculation, a tax of thirty-three and one-third cents: upon all sums of one hundred dollars and upward, employed in any other species of trade, for profit, by buying and selling, not in this chapter specially taxed, a tax of twenty cents ; whether these trades be carried on with cash or upon credit.

23. Upon each sulky, gig, buggy, barouche, carriage, **Pleasure vehicles.** and other pleasure vehicles in use by the owner, or by his consent, of the value of fifty dollars, and upwards, there shall be paid a tax of one per cent. upon the value thereof.

(2) Upon all gold and silver plate and ornamental jewel- **Plate, &c.** ry in use, except ornamental jewelry worn by females, of as great a value as twenty-five dollars, one and one-fourth

3

App.169

ATF287

34                    1856–'57.——Chap. 84.

per cent. on the value: on each gold watch in use, one dollar and twenty-five cents; on each silver or other watch in use, thirty cents.

**Harps and pianos.**

(3) On each harp in use, two dollars and fifty cents; on each piano forte in use, one dollar and fifty cents.

**Pistols, &c.**

(4) On every pistol, except such as are used exclusively for mustering, and on every bowie-knife, one dollar and twenty-five cents; on dirks and sword canes, sixty-five cents: *Provided, however,* That of said arms, only such shall be taxable, as at some time within the year have been used, worn or carried about the person of the owner, or of some other, by his consent.

**Retailers and canes.**

(5) On all licensed retailers of wines, cordials, or spirituous liquors, thirty dollars; on all gold-headed walking canes, in use by the owner, fifty cents; on all silver-headed walking canes, in use by the owner, twenty-five cents.

**Tavern keepers.**

(6) All keepers of houses of public entertainment, whether in town or country, whose annual receipts amount to three hundred dollars or more, shall pay a tax of one-fourth of one per cent.: *Provided,* That nothing herein contained shall authorize the keepers of such houses to retail spirituous liquors, without taking a license to sell the same from the county courts, and paying tax for the same.

**Billiard tables.**

(7) On each public billiard table, one hundred and twenty-five dollars, except when there are more than one kept by the same individual in the same room; in that case, a tax of one hundred and twenty-five dollars, shall be paid on the first, and sixty-five dollars on each additional table; on each private billiard table, twenty-five dollars.

**Bowling alleys.**

(8) On each public bowling alley, commonly called nine pin or ten pin, or by what other name called, fifty dollars, and for each additional bowling alley, fifteen dollars.

**Livery stables.**

(9) On each livery stable, twenty-five dollars.

**Cards.**

(10) On each pack of playing cards, thirty-five cents, to be paid by the seller; and every merchant, shop-keeper, retailer, inn or ordinary or tavern-keeper, or public dealer in goods, wares and merchandise, or other thing, shall list the number of packs he may have sold during the year.

**Peddlers of patent medicines, &c.**

(11) On all peddlers of patent soap, medicines for killing crows, chinches and other vermin, for the curing of head-

App.170

ATF288

Case 8:23-cv-00223-MSS-NHA     Document 69-3     Filed 11/28/25     Page 112 of 176
PageID 941

ache, tooth-ache, or corns, and all patent medicines, razors, razor strops, a tax of ten dollars in every county in which they may so peddle. On every person engaged in putting up conductors for lightning, commonly called lightning rods or Franklins, thirty dollars per annum in every county in which he may be so engaged: and that daguerrotypists, ambrotypists, photographists, portrait and minature painters, be taxed ten dollars in every county in which they may take likenesses.

(12) On each mortgage deed, marriage contract, and deed **Mortgage deeds, &c.** in trust, made to secure debts and liabilities, which shall be registered, one dollar, which the register shall pay; the register shall not be obliged to record any such deed, unless the tax thereon is paid to him; and he shall endorse thereon the payment of the tax, and shall render on oath to the sheriff at the same time other taxables are listed, the number of such deeds by him registered in the preceding year, and pay over to the sheriff at the time of listing other property, all such moneys by him received, under the penalty of one hundred dollars; and the sheriff shall account for the same as other public taxes.

(13) There shall be levied upon every marriage license a **Marriage licenses.** tax to the State of one dollar, to be paid to the clerk at the time of issuing the same; which shall be accounted for as other taxes in his hands now are: *Provided*, He shall retain five per cent. for collecting the same.

(14) The taxes herein imposed on retailers, ordinaries and **To be paid in advance.** inns, and tavern-keepers, peddlers, billiard-tables, bowling-alleys and livery stables, shall annually be paid in advance to the sheriff of the county, who shall grant a license for the same. The applicant for license to retail spirituous liquors or to keep an ordinary or inn, having first obtained an order therefor, as provided in the chapter of the Revised Code, entitled "Ordinaries and Inns;" and any person offending against this provision shall pay a double tax, to be collected by distress.

24. On every merchant, merchant tailor, or jeweller, who **Merchants, druggists, auctioneers, &c.** shall sell goods, wares and merchandise, (other than ready made clothing,) one third of one per cent., and upon the amount of purchase of ready-made clothing of every kind,

ATF289

(whether for male or female,) one per cent. upon his capital. On every merchant, apothecary, druggist, or other dealer, consignee or agent, selling at wholesale or retail, spirituous liquors, wines, or cordials, five per cent. upon the capital so employed to be paid by the seller.  On every merchant or apothecary, selling drugs, medicines or nostrums as agent for the owner, if a non-resident, thirty-three and one-third per cent. of the value, to be paid by the seller.  On every commission merchant, two per cent. on the commissions received by him, when such goods belong to and are brought into the State by non-residents; but the provisions of this act shall not apply to our own merchants auctioneering off their own goods, at their usual place of business.  On every auctioneer, five per cent. upon the value of goods sold by him: *Provided*, That no tax shall be levied upon sales made under an execution or order issuing from any court, or from a justice of the peace, nor by an executor, administrator or trustee.  The capital aforesaid shall be the aggregate sum of the purchases of goods, wares and merchandise, made within the year preceding the first day of July, and herein shall be included the amount of the purchase of goods, wares and merchandise, and spirituous liquors, or other things not herein particularly enumerated, whether of this or any other State.  The commissions received by each commission merchant shall be computed by the same time, and also the amount of such articles, not the manufacture of this State, as are sent here to be sold by the consignees or agents of the owners.  All the tax contained in this section shall be listed on oath with the sheriff, and paid as merchant's tax.

*Proviso.* (margin)

*Bonds and notes not capital, but interest on them taxable.* (margin)

25. The bonds and notes payable to any merchant, merchant tailor, or jeweller, shall not be deemed part of his capital stock, but the interest on the same shall be taxed as other money at interest.

*To be paid to sheriff in advance.* (margin)

26. Every such merchant, merchant tailor, jeweller, or dealer in spirituous liquors, engaged in business in any county on the first day of July, shall apply to the sheriff of such county, and on paying the tax on his capital estimated as aforesaid, (the amount of which he shall swear to in an af-

ATF290

fidavit, subscribed and made before the sheriff) shall take a
receipt therefor and be allowed to carry on his business.

27. Every person opening such store after the first day of To give bond.
July, shall pay the tax, or shall execute and deposit with
the sheriff a bond with good security, payable to the State
of North-Carolina, to pay the tax on the amount of all his
purchases, including the present stock, also including amount
of purchase of spirituous liquors, to the first day of July
next succeeding, and therefor shall take from the sheriff a
receipt for such tax or bond, and be allowed to carry on his
business.

28. Every wholesale, retail or commission merchant, mer- Additional tax
chant tailor, jeweller, or dealer in spirituous liquors, who in certain cases.
shall sell any goods, wares, merchandise, or spirituous li-
quors, without first taking the receipt of the sheriff, as in
any of the forgoing sections of this chapter is provided,
shall pay an additional tax of one hundred dollars, which
the sheriff shall collect forthwith by distress, with the other
tax imposed on such merchant.

29. There shall be paid in advance to the sheriff of each Pedlars of
county, a tax of forty dollars, by every person who shall vehicles, &c.
offer for sale, or peddle in that county, any riding vehicle,
not of the manufacture of this State ; and on all horses and
mules brought into this State for sale, whether by citizens
of the State or others, there shall be paid to the sheriff a
tax of twelve dollars and fifty cents, for each county in
which any sale of such horses or mules may be made : *Pro-
vided*, That when any person shall offer for sale any vehi-
cle purchased for his own use, he shall not be subject to the
above tax.

30. Every person, whether by agency, or otherwise, en- Persons selling
gaged in buying and selling riding vehicles, not of the man- vehicles.
ufacture of this State, shall pay an annual tax of one per
cent., on the sums of their purchases of such riding vehicles
for the year preceding the first day of July, in like manner
as merchants and merchant tailors ; and every manufactu-
rer of such riding vehicles, shall pay in like manner as mer-
chants and merchant tailors, a tax of one-third of one per
cent. on the sums of their purchases, of any pieces or parts
of such riding vehicles, bought out of the State ; and all

ATF291

other manufacturers of whatsoever calling, shall pay a tax of one-third of one per cent. upon the sums of their purchases made out of the State.

**Selling by sample.**

31. There shall be paid in advance to the sheriff of each county, a tax of fifty dollars, by every person exhibiting, selling or offering to sell by sample any goods, wares or merchandise, not of the manufacture of this State.

**Sheriff to give receipt.**

32. On payment of the tax mentioned in the three preceding sections, the person paying the same, shall take the sheriff's receipt, specifying the county and purpose for which it is paid, and thereupon he may exercise such employment for one year, and sell at any places in the county for which the tax is paid: *Provided, always,* That such receipt shall not be construed to permit two or more persons to peddle under the same license, under the pretence of being partners in trade.

**Double tax.**

33. If any person shall offend against any of the four preceding sections, he shall pay to the sheriff double the tax due from him, which the sheriff shall forthwith collect by distress.

**Peddlers.**

34. Every peddler, except as hereinafter provided, of any other article, part of machinery, or thing whatsoever, than aforesaid, the whole or principal part whereof, in value, shall be not of the growth or manufacture of this State, who shall exercise such employment, without first having obtained an order, allowing him to peddle, from the court of pleas and quarter sessions of the county in which he proposes to peddle, and pay the tax in the following section imposed, shall pay a tax of one hundred dollars a year for each county in which he may so peddle, which the sheriff shall forthwith collect by distress.

**Who may peddle.**

35. Every person who shall prove to the court that he is of good moral character, and that he is a native or naturalized citizen of the United States, may be entitled to such order at the discretion of the county court, and on paying to the sheriff of the county for which the order was granted a tax of forty dollars, and taking a receipt therefor specifying the purpose and county, may peddle in that county for one year, either on land or water, articles, parts of machin-

App.174

ATF292

ory or other things of the kind mentioned in the preceding section.

36. *Provided*, (1) That when such licensed peddler shall Proviso. peddle altogether on the waters on the South side of Albemarle sound, and tributaries entering that side of the sound, (Roanoke and Cashie excepted,) he shall pay a tax of six dollars only.

(2) That any person may freely peddle live stock, (except horses and mules,) vegetables, fruits, oysters, or fish and salt fish, the growth or produce of the United States.

(3) That any person a citizen, and for twelve months a resident of the State, may freely peddle books, charts, maps, philosophical apparatus and music prints.

(4) That two persons shall not peddle under one license, under any pretence of being partners.

(5) That no licensed peddler shall sell any goods or other things at auction without incurring the duties on auction sales.

(6) That any person who shall procure houses for carrying on a temporary sale of goods at one or more public places in this State shall be deemed a peddler.

37. Upon all persons commonly known as brokers, who, Brokers. for the purpose of gain, shall be engaged in buying or selling bills of exchange, or the bills of any bank incorporated in this State, shall be levied a tax of three hundred dollars.

38. The tax shall be paid in advance to the sheriff of the county in which the calling is used, whose receipt therefor shall allow the person to act as broker aforesaid for one year, and if any without such authority shall act as such he shall pay a tax of three hundred dollars, which the sheriff shall forthwith collect by distress.

39 On surgeon dentists, practising physicians, practising Dentists, lawyers, State and county officers, persons in the employ- physicians, lawyers, &c. ment of incorporated or private companies, or of other individuals, and all other persons, (except ministers of the gospel,) whose practice, salaries, or fees, or all of them together, shall yield an annual gross income of five hundred dollars, whether payable annually, quarterly, monthly or otherwise, there shall be levied a tax of five dollars, and for all sums so received over five hundred dollars, there

App.175

ATF293

40                           1856-57.——Chap. 34.

shall be levied one per cent.; on every surgeon dentist, non-resident of this State, ten dollars for each county in which he practices.

Attorney's license.

40. Upon each license to attorneys to practice law in the county or superior court, fifteen dollars, to be paid at the time of obtaining license to the clerk of the supreme court; so much thereof as may be paid to the clerk at Raleigh, shall be paid by him into the public treasury, and so much as shall be received by the clerk at Morganton, shall be expended by him under the direction of the court, in the purchase of books for the library at that place, and the clerk shall be entitled to six per cent. for receiving and accounting for said money.

Insurance and express companies, &c.

41. Upon all insurance companies in this State an annual tax of one hundred dollars, and upon all insurance companies incorporated out of the State an annual tax of one hundred dollars for each county in which an agency may be established; the tax shall be paid in advance to the sheriff of the county where the company may transact its business; and if the tax be not paid in advance, the same shall be two hundred dollars, which the sheriff shall forthwith collect; each express company shall pay a tax of ten dollars for every county in which articles or packages may be delivered, and in case of failure to pay the sheriff in advance, a forfeiture of a double tax shall be imposed by the sheriff; and on all agencies of banks incorporated out of the State, a tax of five hundred dollars; the tax shall be paid in advance to the sheriff, and in case of failure a double tax shall be paid.

Circuses.

42. Upon every company of circus riders or equestrian performers, and upon every company or persons who, for reward, shall exhibit any collection of animals commonly known as a menagerie, an annual tax for each county wherein they may exhibit of seventy-five dollars.

Stage players, &c.

43. Upon every company of stage or theatrical players, sleight of hand performers, rope dancers, tumblers, wire-dancers, or company exhibiting for reward, artificial curiosities of any kind, (models of useful inventions excepted,) and on each one of such persons, where they perform or exhibit alone, an annual tax for each county wherein they may ex-

ATF294

hibit of forty dollars, and where two or more companies join together, fifty dollars for each company thus connected, and upon every person or company exhibiting any other natural curiosity, not already mentioned, an annual tax for each county wherein it may be exhibited, of twenty dollars.

44. Upon every person, or company of singers, dancers, ethiopian serenaders, or performers on musical instruments, who, for the public amusement, shall sing, dance, serenade, or play on musical instruments for reward; and upon every other public exhibition for amusement exhibited for reward, and upon every one who lectures for reward, an annual tax of ten dollars in every county where such exhibition is made or lecture delivered; unless the reward be devoted to some literary or charitable use in the State. *Singers, dancers, &c.*

45. The tax imposed in the three next preceding sections shall be paid in advance to the sheriff of the county in which the exhibition is to be made, who shall thereupon give a receipt for the same, specifying the county for which the tax is paid, and a list of the performances, animals or articles to be exhibited; and if such tax is not paid in advance, the sheriff shall forthwith collect a double tax. *To be paid in advance.*

46. Every peddler, stage player, sleight of hand performer, rope-dancer, tumbler, wire-dancer, company of circus-riders, or equestrian performers, exhibitor of natural or artificial curiosities, company of singers, serenaders or musical performers, dancers, and every other public exhibitor for reward, shall show his receipt for the tax to any justice of the peace or constable who may demand a view thereof; and it shall be the especial duty of constables to demand such view. *To show receipts.*

47. If the justice or constable shall be denied a view of the receipt, the offender shall forfeit and pay one hundred dollars, one-half for the State, and the other half for the constable or any other who will sue for the same; and the justice, if the denial be to him, shall forthwith issue his warrant for the recovery thereof, and if to a constable, he shall arrest the party, and carry him before some justice of the peace, who shall issue his warrant for the penalty, and determine the cause. *Forfeit for not showing.*

ATF295

42                          1856–'57.——Chap. 34.

Free negroes.

48. All free persons, living with and constituting a part of the family, and all colored persons living by consent on the lands of another, shall be listed by the head of the family, or owner of the land, as the case may be.

When to be listed.

49. Every kind of property, person, employment, profession, privilege or subject, on which a tax is imposed by this chapter, other than such whereon the tax imposed is demandable at the time it is laid, shall be listed for taxation—within the last twenty working days in July in every year.

What and who to list.

50. The real and personal estate, and other taxable subjects, unless otherwise provided, required to be listed for taxation, shall be such as were the property or in the possession of the owner, or were subjects of taxation on the first day of July preceding, and the polls shall be such as were of the required age on that day, and any freeman arriving at age after that day, and before an election, may list himself before the sheriff or his deputy, and pay down to the sheriff the poll tax of the year.

51. Lists of the taxables of testators, intestates, minors, lunatics, insane persons, absentees, and estates held in trust, shall be rendered by the executor, administrator, guardian, agent, trustee, or *cestui que* trust, as the case may be.

When lands have been divided.

52. When tracts of land or town lots have been divided after valuation by the board, the taker of tax lists shall affix and return the separate value of each part, making the sum of all the values equal to the valuation returned by the board; and the justice may swear and examine witnesses to aid him in the enquiry.

Justices to take list.

53. At the first court of pleas and quarter sessions of each county, held after the first day of April, the court shall annually appoint for each captain's district, a justice of the peace, to take the list of taxable property; whose names, with their respective districts, shall, during the term, be advertised at the court house by the clerk.

54. If the court should fail to make such appointment, any three justices of the peace of the county may meet at the office of the county court, on or before the first day of July, and appoint the takers of tax lists for the county, and the clerk shall record the same.

55. Notices of all appointments of the takers of tax lists

App.178

ATF296

as soon as they are made shall be issued and delivered by *To have notices.* the clerk to the sheriff, who shall serve them within ten days notice on each justice, and he shall advertise, at three several places within the district, at least ten days before the time of listing, the places and times, where and when he will attend for receiving the list of taxables.

56. The notice to be issued as aforesaid to the justice shall *Copy of returns, &c.* contain a copy of sections fifty-nine and sixty-six of this chapter; and at the same time, the clerk shall deliver to the sheriff, to be handed to each justice, a fair copy of the returns, made by the last preceding board of valuation of the assessment of real estate in his district, which copy the justice shall return, with his return of taxables to the clerk.

57. If any such justice should die, remove, or become *Vacancy, how filled.* incapable before his duties are performed, another shall be appointed by any three justices of the county, to be notified by the sheriff, for that purpose, and such justice shall take the list.

58. At the times and places appointed by the justice, the *Oath.* inhabitants of the district shall attend, and the justice shall read over to each one giving in his list all the articles and subjects of taxation; and thereupon, he shall render to the justice his list of taxables, and at the same time shall take the following oath: "You, A. B., do solemnly swear that you, either in your own right, or the right of any other person or persons whomsoever, either as guardian, attorney, agent, or trustee, or in any other manner whatsoever, are not liable for more taxes, under the laws of the State, than the amount which you have now listed; and that the list by you now delivered, contains at least as large an amount of interest, dividends, profits, practice, salaries and fees, as you are bound to list for taxation; and in all other respects contains a just and true account of all the property which by law you are bound to list for taxation, to the best of your knowledge and belief, so help you God."

59. No justice shall take the tax list of any one, but on *Proviso.* administering the foregoing oath, on pain of paying one hundred dollars to any one who will sue for it: *Provided, however,* That females, aged and infirm persons, and persons absent from the county during the days of listing tax-

ables, may on oath, before any other justice, render a list of his taxables; and the same being certified by such justice, shall be entered on the tax lists.

**Property where listed.** 60. Real estate shall always be listed in the county wherein it is situate. Personal property, and other subjects of taxation, shall be listed in the county where the owner or lister resides; but if the owner reside out of the State, they shall be listed in the county where his agent, or the person liable for the tax may reside: *Provided, however,* That when real estate shall lie in one or more counties, a list of such estate lying out of the county of the owner's residence, sworn before a justice of the county wherein the owners may reside, may be transmitted to the proper taker of the lists: *Provided, further,* That such slaves, or other taxable personal estate as are employed on the land of the owner, shall be listed where the land is listed.

**Double taxes.** 61. If any person bound to list taxables, in his own right, or in the right of another, shall fail to list the same, or any part thereof, the sheriff shall collect from him, and of his own proper estate, double the tax imposed on the property or subject not listed.

**Land not assessed.** 62. If the sheriff, or other person, shall discover that any land has not been assessed, he shall make it known to the county court; whereupon, a board shall be appointed to assess the same, who shall proceed in the manner herein provided; and the court shall ascertain the amount of tax which, within the ten preceding years the land has been liable for, but not paid; and the sheriff shall be ordered forthwith to collect treble the amount with interest, of all such tax, by distress or otherwise.

**Penalty for not refusing to take oath.** 63. If any person shall refuse to take the oath prescribed in the fifty-eighth section of this chapter, he shall be deemed guilty of a misdemeanor; and the justice shall forthwith commit him to the common jail, unless he will be recognised with sureties to appear at the next term of the superior court of the county to answer the charge; and on conviction or submission, he shall be fined one hundred dollars at least, more than the amount of his taxes.

**Duties of sheriff.** 94. It shall be the duty of the sheriffs to inform the attorney-general and solicitors of the State, for the circuits

App.180

ATF298

and counties, concerning all omissions by tax payers, done in their respective counties to defraud the State of its revenue; and the attorney-general and solicitors of the State, for circuits and counties, upon information, or good cause for suspicion, that any person has omitted to render his tax list, or has failed to render an accurate and fair list of all the property, estate and subjects, upon and for which he is liable to be taxed, shall file a bill in equity against the person so defaulting; and the answer of the defendant shall not be competent evidence against him in any criminal or penal prosecution whatever.

65. The comptroller, at the public cost, shall have pre- *Printed forms to be furnished by Comptroller.* pared and printed forms of tax lists, with all the articles and subjects of taxation, to be listed under this chapter, or any future law, mentioned separately over the heads of parallel columns, in which the amount or quantity or description of each article or subject to be listed is to be set down; and he shall annually furnish to each county court clerk, two or more copies thereof, for each collection district, as in the opinion of said comptroller may be deemed necessary.

66. The justice appointed to take the list of taxables shall set down each article or subject in its proper column, against the names of the person's listing, arranged in alphabetical order, and return the same to the clerk of the county court, at the term next after the time prescribed for taking the list; and as a part of his return, which he shall always subscribe, he shall state that the list of each person listing was rendered on oath, in the manner prescribed and enjoined by law.

67. If any justice appointed to take the list of taxables, *Duty of justices.* or any freeholder appointed to assess the value of land, shall wilfully refuse to discharge the duties of his appointment, he shall be deemed guilty of a misdemeanor.

68. The clerk on receiving the returns, shall record them *Duty of clerks.* at length, in alphabetical order, keeping the return of each district separate from the other; and at the next county court, after they are directed to be made, shall set up in some conspicuous part of the court-house, a copy of the whole, adding to the taxables of each person, the amount of tax for which he is liable; and any clerk offending against

App. 181

ATF299

any of the duties prescribed in this section, shall forfeit and pay one hundred dollars.

**Clerk to return to comptroller.** 69. The clerk, on or before the first day of June next, after the lists are returned, shall return to the comptroller an abstract of the same, showing the number of acres of land, and their value, the valuation of town lots, and the number of white and black polls, and specify every other subject of taxation, and the aggregate tax on the whole; at the same time, the clerk shall return to the comptroller an abstract of the lists of the county and poor taxes paid in his county, setting forth separately, the number of taxable white and black polls, the amount paid on each hundred dollars value of land, and also the gross amount of taxes of every kind levied for county purposes; and the comptroller, at the public cost, shall furnish the clerks with blank forms, and also make out a general statement of each subject of taxation paid in the State.

**Default of clerk—forfeit.** 70. And if any clerk shall offend against any of the duties prescribed in the preceding section, he shall forfeit and pay to the State one thousand dollars, to be recovered against him and the sureties of his bond in the superior court of Wake county, at the term next after the default, on motion of the attorney-general; and it shall be the duty of the comptroller to inform the attorney-general of such default.

71. The county court on the prescribed oath, may take the tax list of any person applying to list his taxables, at any time of such court, before the first day of March, upon his paying to the clerk one dollar for recording the same.

**Board of valuation.** 72. The several county courts, at the time when they shall appoint justices to take the tax lists for the year eighteen hundred and fifty-five, and at the same term, every five years thereafter, shall appoint two respectable freeholders, men of skill and probity, to be associated with each justice, and these three shall be styled a board of valuation. They shall be notified of their appointment by the clerk, and as such board shall ascertain, either by viewing the premises, or otherwise, as accurately as may be practicable, the cash value of the lands, or other real estate with the improvements thereon, situate within the districts for which they are appointed, and return the same to their respective

ATF300

county courts, in the manner herein prescribed; and for the
town of Wilmington, such a board shall be appointed every
two years, after the time of their appointment in the said
year eighteen hundred and fifty-five.

73. In estimating the value, the board may call and swear **Duty of board.**
witnesses to testify thereto; and they shall take into the es- **Oath.**
timate any fishery appurtenant thereto or used with the
land; also, all mines of metal, stone or coal, or other mat-
ter, discovered or supposed to exist, whereby the price of
the land is enhanced; also in ascertaining the value of im-
provements on real property, all machinery and fixtures for
manufacturing purposes, shall be taken into the estimate;
and when the same tract or body of land shall be in one or
more districts, the board where the owner resides shall as-
certain the value of the whole tract; and if the owner re-
sides in neither of the districts, the board where the greater
part may lie shall value the whole; and the board shall an-
nex to their return of their valuation the following affidavit,
subscribed by them, and sworn before and certified by some
justice of the peace:—"We solemnly swear that the fore-
going valuation of land, with the improvements thereon,
and privileges thereto attached, made by us, is, in our judg-
ments and belief, the actual value thereof in cash; and
that in making the same we have endeavored to do equal
justice to the public and to the individuals concerned; so
help us God."

74. The owner of land, or his agent, (if he be a non-resi- **Land, town**
dent) shall on oath furnish the board with a list, including **lots, &c.**
land entries, setting forth the separate tracts, and also the
several contiguous bodies or tracts of land owned by him in
the district, together with the names of the water-courses
or other remarkable places on or nearest to which they may
be situate, and the number of acres in each separate tract
or contiguous bodies of land; town lots shall be listed sepa-
rately, and each lot be numbered according to the plan of
the town; and each separate body of land and town lot,
shall be separately and distinctly valued and returned.

75. If the owner or his agent will not, on oath, state the **May order sur-**
number of acres, or if the statement is so vague that the **vey.**
board cannot, with reasonable certainty, determine the num-

ATF301

ber of acres, they shall procure the county or other surveyor to survey the land, at the cost of the owner, who be may warranted for his fees and other expenses, by the surveyor.

**Remedy for too high a valuation.** 76. If any one deem that too high a valuation has been put on his land, the county court, at the ensuing term, may reduce the same, on motion and satisfactory proof; or they may enquire into the complaint, by commissioners appointed for that purpose—and in all cases where land, after valuation, shall increase in value by reason of mines of metal, coal, stone, or other valuable thing being discovered or worked; or, if the same shall decrease in value by reason of fire or extraordinary causes, the justice taking the list shall appoint and swear two respectable and disinterested freeholders, who, with himself, shall reassess said land; and the justice shall affix their valuation to the land.

**Remedy, &c.** 77. That in like manner, if any one shall be charged with more poll or other subject of taxation than he is liable for, the court shall direct the clerk to render a true account thereof; a statement of all which certificates so given shall be returned to the comptroller, who shall credit the sheriff with the amount of the same.

**Pay of Board.** 78. The members of every board engaged in assessing the value of land, shall receive each, one dollar a day for the time engaged, to be paid by the county court.

**Pay of clerk.** 79. For all services of the clerks in relation to the taxes not in this chapter specially provided for, they shall be paid by the county such sum as the court may allow.

**Release from double taxes.** 80. The county courts may release any person from the payment of a double tax, for failing to list his taxables, in cases where it shall appear to the court by satisfactory proof that such failure occurred by reason of the sickness of the party, at the very time when the tax list was taken; or where it may appear that he rendered a list, and his name was omitted to be entered, or has been omitted in the duplicate prepared by the justice to be returned to the clerk, or other sufficient cause, to be judged of by the court; and the court shall have no power to remit a double tax in any other case, and they are expressly forbidden to do so.

**Duty of clerk.** 81. The clerk of the county court shall, on or before the

ATF302

first day of April, in the year ensuing the taking the lists,
deliver to the sheriff of the county a fair and accurate copy,
in alphabetical order, of the tax list, which shall contain the
public tax, or tax payable to the public treasurer, and the
taxes imposed by the justices of the county court; it shall
likewise designate the separate amount due from each sub-
ject of taxation, and extend the aggregate amounts due
from each person in columns; and if any clerk shall fail to
furnish the sheriff at the time provided with a copy of this
description, he shall be deemed guilty of a misdemeanor,
and the sheriff shall inform the grand jury thereof.

82. The sheriff shall forthwith proceed to collect said *Duty of sheriff.*
taxes, and when he shall collect, by his deputies, who are not
sworn, or others, such persons shall, in open court, or before
a justice of the peace of the county, take an oath, faithfully
and honestly to account for the same, with the sheriff, or
other person, authorized to receive them.

83. If any sheriff shall die during the time appointed for *Sheriff's sureties may collect.*
collecting the taxes, his sureties may collect them, and for
that purpose shall have all the powers and means of collect-
ing the same of the collectors and tax payers, as the sheriff
would have had; and shall be subject to all the remedies for
collection and settlement of the taxes on their bond or oth-
erwise, as might have been had against the sheriff if he
had lived.

84. The sheriff, and (in case of his death) his sureties *To have one year.*
shall have one year, and no longer, from the day prescribed
for his settlement and payment of the State taxes, to finish
the collection of all taxes; but this extension of time for
collection shall not extend the time of his settlement of the
taxes.

85. The sheriff shall collect the taxes as they are set down *Duty of sheriff.*
in the list, and, moreover, shall collect of all persons whose
taxables are not listed, double the taxes imposed on the
same subjects; and as to any land not listed, which may not
have been assessed at the last assessment, the same, in esti-
mating the double tax, shall be deemed to be of the value,
by acre, of the highest valued tract adjoining thereto.

86. Immediately on receiving the tax lists, the sheriff *Sheriff to advertise.*
shall advertise the fact, and that he holds them ready for

4

inspection. He shall also request therein all persons to inform him of any taxables which may not be listed.

**Sheriff may distrain.**

87. For the more efficient collection of the taxes the sheriff, at any time from the delivery to him of the lists 'til the first day of October in the next year, may, and if there be need, shall distrain and sell the property of the tax payer to satisfy the same, selling first his personal, and then his real estate.

**Persons about to remove.**

88. If any person liable for taxes on other subjects than land, shall be about to remove from the county, after listing time, and before the period for collection, the sheriff shall make affidavit thereof before the clerk, and obtain from him a certificate of the amount of such person's tax, and forthwith collect the same.

**Duty of sheriff.**

89. If any person be liable for taxes in any county wherein he shall have no property, but shall be supposed to have property in some other county, and will not pay his tax, the sheriff shall report the fact to the county court, held next after the first day of October, and thereupon the court shall direct the clerk to issue a *fieri facias* to the sheriff of that county, returnable to the court whence it issued, for such tax, and the costs of process and executing the same, which the sheriff shall execute in the manner of writs of execution in other cases, and the tax collected thereon shall be paid to the clerk of the court, and by him paid to the sheriff, to be accounted for as other taxes.

**Sale to be advertised.**

90. The sale under distress of personal estate for taxes shall be advertised ten days previous thereto, at three public places in the district wherein the delinquent tax payer shall reside, and if he reside not in the county, then in the district where the taxables were, or ought to have been listed; and the amount of tax due shall be stated in the advertisement.

91. The sale of land for taxes due thereon, shall be made under the following rules:

**Sales of land for taxes.**

(1.) The sheriff shall return to the court of pleas and quarter sessions of his county, held next after the first day of January, a list of the tracts of land which he proposes to sell for taxes, therein mentioning the owner or the supposed owner of each tract, and if such owner be unknown,

ATF304

the name of the last known or reputed owner, the situation of the tracts, and the amount of taxes for which they are respectively to be sold, which list shall be read aloud in open court, recorded by the clerk upon the minutes of the court, and a copy thereof shall be put up in some public part of the court-house.

(2) The county court shall order the clerk of the court to *Sales for taxes.* issue notice to every person whose land is returned as aforesaid; and a copy of the notice shall be served by the sheriff on the owner, or his agent, and returned to the next county court; and if the owner be a non-resident, the clerk shall publish the same in some newspaper printed in the State, in which advertisement shall be mentioned the situation of the land, the streams on or near which it lies, the estimated quantity, the names of the owners, where they are known, and the names of the tenants or occupiers of the same.

(3) The sales shall be made within the two terms next *Sales for taxes.* succeeding the term when the returns are made of lands to be sold, and at such place in the county as is directed for sale of land under execution; and the whole expense attendant on the advertising and sale, shall be chargeable on the lands and raised at the sale.

(4) The whole tract or contiguous body of land, belonging to one delinquent person or company, shall be set up for sale at the same time, and the bid shall be struck off to him who will pay the amount of taxes, with all the expenses aforesaid, for the smallest part of the land.

(5) At the second term next succeeding the term when the returns are made of lands to be sold, the sheriff shall return a list of the tracts actually sold for taxes, the quantity of the tract bought and to be laid off, the name of the purchaser, and the sum paid to the sheriff for taxes and charges, which list shall be read aloud by the clerk in open court, shall be recorded in the minutes of the court, and a copy thereof shall be put up by the clerk, during the term, in some public part of the court-house.

92. The land of an infant, lunatic, or person *non compos* Infants, lu-*mentis*, shall not be sold for taxes: *Provided, however,* natics, &c. That where land may be owned by such persons in common

with another or others, free of such disability, the share or interest of the persons so free, shall be subject to be sold for the taxes due on the whole tract; but before setting apart the quantity bid off, the purchaser by petition shall cause the tract to be divided among the tenants in common, and the share or interest of the defaulting tax-payer being set apart, the purchaser may proceed to lay off on such share the quantity by him bid off and secure the title as is before provided; and the time necessarily employed in procuring such division shall not be reckoned against the purchaser.

May redeem.   93. The owner of land sold for taxes under section ninety-one of this chapter, his heirs, executors or administrators, or any other person for them, may redeem the same from the purchaser, at any time within one year after the sale, by paying or tendering in payment to the purchaser or to the county court clerk of the court where the land lies, the full amount of the price paid to the sheriff, and twenty-five per cent. thereon.

If not redeemed, to be laid off.   94. If the land so sold shall not be redeemed within the period aforesaid, the purchaser may at the end of that time select the quantity of land struck off to him, out of any part of the tract or body of which the same was bid off; the said quantity to be laid off in one compact body, as nearly in a square as may be, and adjoining to some of the outlines of the whole tract or body of land.

Surveyor to make plat.   95. Within one year after the time of redemption shall have passed, the purchaser, at his own cost, his heirs, executors or administrators, or any other for them, may procure the quantity bid off to be surveyed by the county surveyor, who shall make out and certify, under his hand, a fair plat of the survey with the courses and distances fairly and truly set forth; and if the county surveyor, on request, shall fail to make such survey and plat, then any other surveyor may make and certify the same.

Sheriff to convey.   96. The sheriff on being presented with such certified plat, within the year after the time of redemption is passed, shall convey to the purchaser the land therein contained.

97. Where by any proviso of the law, any sheriff or officer, other than the person who sold for the taxes, shall be

App.188

ATF306

authorised to execute a conveyance for the land, the purchaser shall apply to the county court, and on showing to the court that such purchase had been made, and the price paid to the sheriff, who sold, and that he has paid the other taxes since accruing thereon, the court shall direct the present sheriff to execute a deed on the purchaser's producing to him a certified plat and survey, as is provided for in section ninety-five and ninety-six of this chapter. *May apply to court.*

98. The purchaser of land sold for taxes, under section ninety-one of this chapter, shall be considered as taking and holding the same subject to all the taxes accrued from the first day of April in the year preceding the purchase.

99. If any sheriff or clerk shall fail to perform any of the duties prescribed in sections ninety and ninety-one of this chapter, he shall forfeit and pay to the person aggrieved one hundred dollars, and shall moreover be liable, he and his sureties, on his bond for all such damages as any one may sustain by reason of such default. *Penalty on sheriff and clerk.*

100. If any county surveyor, being required within two months after the survey may be lawfully made, to survey the land bid off at sale for taxes, shall wilfully fail to do so within four months after such request, he shall forfeit and pay to the purchaser, or his executor, or administrator, one hundred dollars. *Forfeit by surveyor.*

101. If no person will bid a less quantity than the whole land, for the taxes, the bid shall be deemed the bid of the State, and the land shall be struck off to the State as the purchaser; and the sheriff shall report in writing to the county court, at the time he returns the list of lands sold for taxes, what and whose lands are thus struck off to the State, describing them particularly; which report shall be recorded on the minutes of the court, and thereupon the title of said lands shall be deemed to have been vested in the State from the time of purchase. *Bid off to State in certain cases.*

102. The clerk shall within twenty days after the return of the sheriff's report of the land sold to the State, make and certify two copies thereof; one of which he shall transmit to the comptroller, and the other deliver to the sheriff, (or to his sureties, when they act) who shall deposit the same with the secretary of state, to be by him recorded; *Clerk's report.*

App.189

ATF307

54                     1856–'57.——Chap. 34.

and the secretary shall grant to the sheriff a certificate, setting forth what and whose lands, and the quantity and value thereof, have been sold for taxes and struck off to the State.

**Failure of sheriff to report.**

103. If any sheriff or other person authorized thereto, shall sell for taxes and strike off any land to the State, and shall fail duly to report the same to the county court, or to duly obtain and deposit a copy thereof with the secretary of state, the comptroller shall, in his report to the treasurer, charge such sheriff (or other person acting in his stead) with the sum of two thousand dollars, and the treasurer shall recover the same as unpaid tax.

**May be redeemed.**

104. Lands bid off for the State may be redeemed in like time, and under the same rules and regulations as those purchased by individuals, except the payment, (which shall be double in amount of all the taxes for which they were sold) shall be made to the treasurer; and on his certificate thereof, the secretary of state shall, on being paid his fees, issue a grant to the original proprietor, his heirs or assigns, and at the same time shall certify the payment to the comptroller.

105. Lands bid off for the State shall, as to the person for whose tax the same is sold, his heirs or assigns, be liable to be entered as vacant lands; subject nevertheless, to the right of redemption within the time prescribed.

**Sheriff's sureties.**

106. When land shall be sold for its tax, and the sheriff shall die, or otherwise become unable to report his sales, his sureties may report the same within the time prescribed; and shall proceed as to the land bid off by the State, in the same manner as the sheriff might.

**When sheriff shall settle.**

107. The sheriff, and all receivers of public moneys, shall yearly settle their accounts with the comptroller, between the last day of June and the first day of October, (unless where the settlement of such persons may be specially directed to be made in another manner, or at another time,) so that it may be known what sum each one ought to pay into the treasury, and the comptroller shall forthwith report to the public treasurer the amount due from each accountant, setting forth therein (if a sheriff's account) the nett amount due from the sheriff to each fund; and therefor the

ATF308

treasurer shall raise an account against such person, and debit him accordingly.

108. The sheriff, in making his settlement as aforesaid, shall designate in a list by him rendered at the time, the different sources from which were raised the taxes accounted for by him, and the particular amount of tax received from each source; and the comptroller shall give to each sheriff a certified copy of such list, which the sheriff shall deposit with the clerk of the county court of his county, for public inspection; in such settlement, the sheriff shall be charged with the amount of public tax, as the same appears by the tax lists transmitted to the comptroller; also, with all double taxes, and taxes on unlisted property by him received, and with all other tax which he may have collected, or for which he is chargeable. *Sheriff's settlement.*

109. And he shall be credited (1) with the amount of State tax on land bid off by the State, with the costs attendant on the sale and procuring the title, and with commissions on the whole, including the county revenue, on producing the certificate of the secretary of state, as is provided in section one hundred and two of this chapter. (2) With all insolvent taxables allowed by the court, as hereinafter provided; and when the sheriff shall be required to settle before such taxables are allowed, he shall be credited with them in the next year's settlement; or the sheriff may at any time thereafter, on producing a certificate of such taxables allowed, procure an order from the comptroller on the treasurer for the amount thereof. *Sheriff's credits.*

110. The sheriff shall return upon oath to the court of pleas and quarter sessions of his county at the term next preceding the time at which he may settle with the comptroller, a list of all moneys which he may have received from the clerks of court, or as double taxes, from the taxes imposed on unlisted property, or on merchants, merchant tailors, jewellers, licensed retailers by small measure, houses of public entertainment, ordinary or inn keepers, billiard tables, bowling alleys, stage players, sleight of hand performers, rope dancers, tumblers, wire dancers, circus riders, equestrian performers, exhibitors of natural or artificial curiosities, apothecaries, druggists, non-resident owners of *Sheriff to make return to court.*

ATF309

studhorses and jackasses, horses and mules brought into the State for sale, sellers of carriages, buggies and other riding vehicles, manufacturers of riding vehicles on the sums of the purchases bought out of the State of any pieces or parts of such riding vehicles, and on all other manufacturers, upon the sums or amount of their purchases made out of the State, peddlers, brokers, insurance companies, agencies of banks incorporated out of the State, exhibitors of menegeries, dancers, ethiopian serenaders, performers for reward on musical instruments, and other exhibitions for public amusement, for reward, dealers in spirituous liquors, livery stables, county registers, auctioneers, commission merchants, and on any and all other subjects for which he ought to account.

Lists.

111. The list shall set forth the name of each person who may have paid any such tax, its amount, and for what it was paid, which shall be read aloud in open court, and shall be recorded on the minutes of the court by the clerk, who, during the space of six months after its return, shall keep a copy thereof set up in some public place in the court house and shall lay before each grand jury, during that time, a copy of the same.

112. If the term aforesaid of the county court shall be held before the sheriff can complete and return the collection of the taxes last aforesaid, or if from any other cause the sheriff have failed to make his return at that court, then the list of said taxes may be returned, and filed with the clerk of the court during vacation, and sworn and subscribed in the presence of the clerk before two justices of the county, and the same shall be recorded on the minutes of the court, and a copy set up and laid before the grand jury as aforesaid.

Duty of clerk.

113. The clerk, on application of the sheriff, shall deliver to him a true abstract of such return, which the sheriff shall deliver to the comptroller when he settles his account; and if any sheriff shall fail to deliver such abstract to the comptroller, the comptroller shall add to the taxes for which such sheriff is liable, one thousand dollars, and so report his account to the treasurer.

114. If any clerk shall fail to perform any duties requir-

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 134 of 176
PageID 963

ed in sections one hundred and eleven, one hundred and **Failure of clerk.**
twelve, and one hundred and thirteen of this chapter, or
shall falsely certify any such return of the sheriff, he shall
be deemed guilty of a misdemeanor, and, on conviction,
shall be removed from office.

115. If any register or clerk shall fail to pay to the sher- **Register.**
iff any tax which he ought to pay, the county solicitor, at
the instance of the sheriff, shall bring suit on his bond, and
shall recover in addition to the taxes withheld, or not ac-
counted for, one hundred dollars; and the whole recovery
shall be paid into the treasury by the sheriff.

116. No insolvent taxables shall be credited to the sheriff **Insolvents.**
in his settlement with the comptroller, but such as shall be
allowed by the county court; a list whereof containing the
names and amounts, and subscribed by the sheriff, he shall
return to the court at some term preceding said settlement;
and the same shall be allowed only on his making oath that
he has been at the dwelling house or usual place of abode,
of each of the tax payers, and could not there or elsewhere
in the county, find property wherewith to discharge his
taxes, or such part thereof as is returned unpaid; and that
the persons contained in the list were insolvent, at and du-
ring the time, when, by law, he ought to have endeavored
to collect their taxes; such list shall be recorded on the
minutes of the court, and a copy thereof, within ten days
after its return, shall be set up by the clerk, in some public
part of the court house: *Provided*, That when any sheriff
may be desirous of obtaining his allowance for insolvent
poll tax, that instead of swearing to his list, as the law now
directs, the same may be submitted to the county court, a
majority of justices being present, who shall consider and
examine said sheriff's list, and make him such allowance as
they may think just and proper.

117. If any sheriff shall return to court as insolvent, the **Sheriff.**
name of a person who is not listed, or has paid his taxes for
the year, or shall by himself or his deputy, collect from any
person his tax for the year, for which he has been returned
an insolvent, without accounting for the same; or if any
clerk shall fail to record or set up the return as required in
the preceding section, the person so offending shall forfeit

App.193

ATF311

Sheriff's oath.    and pay to the State, one hundred dollars, and the county
solicitor shall prosecute a suit for the same.

118. Every sheriff (or other person allowed by law to
collect and account in his stead) on settling his accounts
with the comptroller, shall take and subscribe his following
oath: "I, A. B., sheriff of the county of ——, do on this
the —— day of ——, one thousand eight hundred and ——,
make oath that the list now given in by me, is to the best
of my knowledge and belief, complete, perfect and entire,
and doth contain the full amount of all moneys, by me, or
for me received, or which ought to have been received, on
account of the public taxes for the year one thousand eight
hundred and ——, on listed and unlisted property; and all
double taxes, and all taxes received from clerks of courts,
and from insolvents not heretofore accounted for, and all
taxes received, or which ought to have been received, from
any other and all other sources whatsoever. And I do fur-
ther make oath, that if I, or any person for me, shall here-
after collect any unpaid tax now due, and not rendered in
said list, I will render a true account thereof, within one
year after collecting the same."

False return.    119. If the comptroller at any time shall have just cause
to suspect that any sheriff, or other person accounting in
his stead, may have made a false return, or sworn falsely in
any matter relative to the collecting or accounting for any
tax, he shall thereof inform the officer prosecuting in the
superior court of the county wherein the offence was com-
mitted, who shall take such steps as public justice may de-
mand.

Sheriff's com-
missions.    120. The sheriff for his services in collecting and paying
the public taxes into the treasury, shall receive a commis-
sion of three per cent. on the net amount received by him
from the clerk, for taxes imposed by the seventh section,
and five per cent. on the net amount of taxes collected from
every other source, to be deducted in the settlement of his
account with the comptroller.

For settlement
with treasurer.    121. And for his settlement with the treasurer, he shall
be paid by the treasurer three dollars for each day he may
be necessarily engaged therein, and two dollars for every
thirty miles of twice the estimated distance from his home

to the seat of government, by the most usual common highway.

122. In every case of failure by a sheriff or other accounting officer, to settle his accounts within due time, or to take the oath required on his settlement, the comptroller shall forthwith report to the treasurer the account of such sheriff or officer, deducting therefrom nothing for commissions, or insolvents, but adding thereto, one thousand dollars, for the amount of taxes supposed not to appear in the lists transmitted by the clerk; and if the whole amount be not paid, the treasurer, on motion of the attorney general in the superior court of Wake county, at the first court after the default shall have occurred, shall recover judgment against such defaulting officer and his sureties, for the amount reported against him, without other notice than is given by the delinquency of the officer.

*Failure to account.*

123. And to the end that their obligation and names may be known, the clerk of the county court, at the same time when he transmits to the comptroller the tax lists, shall transmit to him also a copy certified under the seal of the court, of the bond of the sheriff, upon pain for his default, of forfeiting to the State one thousand dollars; which the treasurer shall and is hereby specially charged to collect in like manner and at such time as is provided in the preceding section.

*Clerk's duties.*

124. The register of every county yearly, on or before the first day of September, shall transmit to the comptroller a certified copy of the bond of the clerk of the county court, as the same is registered, upon pain of forfeiting for his default to the State, one thousand dollars; which the treasurer is hereby specially charged to collect in like manner and time, as is provided in section one hundred and twenty-two of this chapter.

*Duty of register.*

125. In all suits directed by any law to be instituted on motion of the attorney general at the instance of the treasurer or comptroller, against any sheriff or clerk and his sureties, a copy of the bond of such officer, certified as aforesaid, and sent to the comptroller, and by the comptroller certified together with the default under his hand, shall be deemed sufficient evidence of the execution of such bond

*Evidence of default.*

ATF313

60                          1856-'57.——Chap. 34.

and the default of the officer, to allow the judgment to be entered.

**Default of register.**

126. And in case of the default by the register to duly certify and transmit the bond of the clerk in proper time, the comptroller shall forthwith proceed to procure such certified, and also a copy of the bond of the register certified by the keeper thereof, and shall proceed in the manner hereinbefore provided, against them and their sureties, at the first superior court in Wake after said copies shall be procured.

**Penalties.**

127. In every case of default by any clerk, sheriff, or justice of the peace in the discharge of any of the duties by this chapter imposed on any of them, where no penalty is provided, the defaulting officer shall forfeit and pay to the State, for each default, one hundred dollars. And all the penalties by this chapter imposed on such officers for the sole use of the State, may, when there is no special mode provided for recovering the same, be recovered in the name of the State, at the instance of the treasurer, on motion of the attorney general, or any of the solicitors of the State.

128. The certificate of the treasurer or comptroller of any matter of default in any of said officers, occurring at the office of the comptroller or treasurer, and copies of any papers in said offices duly certified by the proper keeper thereof, shall be admitted as evidence in any suit or prosecution whatsoever against them or others, and about any other matter whatsoever.

**Treasurer may obtain judgment.**

129. The treasurer may, on motion, obtain judgment in any court of record, against any person indebted to the State, in the same manner, and under the same rules and regulations which are prescribed in case of delinquent sheriffs, and the court shall award execution, though the amount of the claim be within the jurisdiction of a justice of the peace.

130. The sheriff shall specify in his receipts to tax-payers the amount of State tax and the amount of county tax separately.

**Tax on Cape Fear and Deep River works.**

131. The president and directors of the Cape Fear and Deep River Navigation Company, shall pay to the public treasurer, on the first Monday of January, eighteen hun-

dred and fifty-six, and annually thereafter, until the bonds issued under the authority of the act of eighteen hundred and fifty-four, chapter five, entitled "*An act to authorize the Cape Fear and Deep River Navigation Company to issue bonds, and for other purposes,*" shall have been paid, one *per centum* of the nett profits of said company, to be by him invested in State securities, which, with the interest annually accruing thereon reinvested, shall constitute a sinking fund, which shall be applied to the payment of the principal of said bonds, as they severally fall due.

132. A tax of two cents per ton, on all coal that shall be *Tax on coal shipped.* shipped and conveyed from the mines on Deep River, shall be annually levied, and paid as other taxes of the State are paid, and shall be collected by the sheriff of the county of Chatham, for the time being, and paid to the public treasurer; and when received, shall be invested and re-invested as prescribed in the preceding section, and shall constitute a sinking fund for the payment of the principal of said bonds, and shall be applied by the treasurer, as prescribed in said section; and when the debts and liabilities of the company shall have been discharged, the said tax shall constitute a part of the revenue of the State.

133. The president and cashier of the several banks in *Tax on banks.* this State, except the Bank of the State of North-Carolina, shall annually pay three-fourths of one per cent. into the treasury of the State, on the stock owned by individuals or corporations in the said banks, on or before the first day of October, in each and every year: *Provided,* The same does not reduce the annual profits of the owners thereof below six per cent.; and in case any one or more of them shall refuse or neglect to pay the tax as herein required, he or they shall forfeit and pay double the amount of said tax, and the same shall be sued for and recovered in the superior court of Wake county, by the attorney-general, for and in behalf of the State. [*Ratified the 2d day of February,* 1857.]

ATF315

DEX44

ATF316

and 15th lines the words "first volume of public acts," and insert the words " each of the volumes embracing both the public and private acts." [*Ratified the 16th day of February*, 1859.]

---

# REVENUE.

## Chap. 25.

### AN ACT ENTITLED REVENUE.

**District board of valuation, how appointed.** SECTION 1. *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That at the first Court of Pleas and Quarter Sessions for each county, held after the first day of July, 1859, and at the same term every four years thereafter, the court shall appoint one justice of the peace, and two freeholders, men of skill and probity, for each captain's district in the county, who shall be styled the district board of valuation of their respective districts. The clerk shall issue a notice of his appointment to each man, within ten days, and the sheriff shall serve the same within twenty days after adjournment of the court. Should the court fail to make the required appointments, or should, from any cause, a vacancy occur, any three justices of the peace may make the required appointments, or fill the vacancy.

**Board to ascertain value.** 2. This district board of valuation shall, as near as practicable, ascertain the cash value of every tract of land, or other real estate, with the improvements thereon, situate in their district, either by viewing the premises or otherwise.

**May call and swear witnesses.** 3. In estimating the value, the board may call and swear witnesses to testify thereto, and they shall take into the estimate any fishery appurtenant thereto or used with the land ; also all mines of metal, stone or coal, or other material discovered, or supposed to exist, whereby the price of land is enhanced ; also, all machinery and fixtures for manufacturing or mechanical purposes, that have been erected or used on the land. When a tract of land shall be in one or more districts, the board of the district in which the owner resides shall ascertain the value of the whole tract ; and if the owner reside in neither of the districts, the board

App.199

ATF317

of the district in which the larger part may lie, shall ascertain the value of the whole.

4. The owner of the land, or (if he be a non-resident) his agent shall furnish the district board with a list, including land entries, setting forth the separate tracts, and also the several contiguous bodies or tracts of land owned by him in the district, together with the names of the water courses, or other noted places on, or nearest to which they may be situated, and the number of acres in each separate tract or contiguous body of land.  *Owner to furnish list.*

5. Town lots shall be listed separately, and each lot be numbered according to the plot of the town. Each separate body or tract of land, and each town lot shall be separately and distinctly valued and returned.  *Town lots.*

6. The district boards shall, in each case, administer the following oath to the person furnishing the required list: "You, A. B., do solemnly swear that the list, by you furnished, contains a full statement of every tract of land and town lot in this district, for the taxes of which you are liable, either in your own right or the right of any other person, either as guardian, attorney, agent or trustee, or in any other manner whatsoever, to the best of your knowledge and belief, so help you God."  *Oath.*

7. If any person shall refuse to furnish the list required above, or to take the oath prescribed in the preceding section, he shall be deemed guilty of a misdemeanor, and the justices of the peace of said board shall bind him over to appear at the next term of the Superior Court of the county to answer the charge; and, on conviction or submission, he shall be fined at the discretion of the court.  *Refusal to take oath.*

8. When the owner of the land, or (if he be a non-resident of the State) his agent, be not a resident of the district where the land is situated, the required list, with affidavits of the same import as the above required oath, subscribed and sworn to before and certified by a justice of the peace, may be transmitted to the district board of valuation, and if received before the board shall be ready to value the land contained in the list, such list shall be received as though tendered and sworn to by the owner or agent in person.  *Non-residents.*

App.200

ATF318

30                          1858-'59.——Chap. 25.

**When list is not furnished.**

9. When the board of valuation are not furnished with a list sworn to as above required, or the owner or agent refuses to answer to the correctness of the statement as to the number of acres contained in any tract of land, they may procure a county or other surveyor, and have the same surveyed. And the surveyor may recover the amount of his fees and all expenses out of the owner of the land, before a justice of the peace, by warrant or attachment.

**Boards to value real property.**

10. The district boards of valuation shall, as soon as practicable after their appointment, proceed to value all real property in their respective districts, as above directed, complete the lists by the first of January, after their appointment, and annex the following affidavit, subscribed and sworn to before a justice of the peace, who shall certify the same : "We do solemnly swear that we have diligently enquired, and do not believe that there is any real property in the ——— district of ——— county, subject to taxation, that is not entered and valued in the above list, and the foregoing valuation of real property, with the improvements thereon, and privileges thereto attached, is in our judgment and belief the actual value thereof in cash ; and that in assessing the same, we have endeavored to do equal justice to the public and to the individuals concerned, so help us God." This list and valuation shall remain in the hands of the justice of the peace of the board, and be open to the inspection of any one who wishes to examine it, until returned as hereinafter directed.

**Justices to meet.**

11. On the second Monday of January, after the appointment of the district boards of valuation, the persons who were appointed as justices of the peace to be members of the different district boards, shall meet at the court house, and organize themselves into a county board of valuation, by electing, by ballot, one of their number chairman, and another secretary. In case a justice of the peace of any district board, from any cause cannot attend, the older of the two members of the board shall take his place.

**Boards to make returns of lists.**

12. To this county board of valuation shall the district boards of valuation make returns of their lists. This board shall carefully examine and compare all the lists, and if, in their opinion, the real property throughout the county shall

not have been assessed by a uniform standard of value, they may re-assess any district or any separate tract or tracts or lots of land.

13. If any one deem that too high a valuation was put on his land, he may apply to the county board of valuation for redress, and they shall duly consider the case and decide as in their judgment is right. The board may call, swear and examine witnesses, or in person view the land about the value of which they are in doubt.  *When valued too high.*

14. Two-thirds of the entire number of the members, composing the county board of valuation, shall form a quorum for the transaction of business, and the decision of a majority of the members present shall stand as the decision of the board.  *Two-thirds to be a quorum.*

15. If in the opinion of the county board of valuation, any tract or tracts of land or town lots have been assessed at too low a value, they shall make lists of such tracts or lots, and post them in at least two conspicuous places in the court house, at the time of their adjournment. After they shall have examined and compared the lists, heard the complaints of all who may feel themselves aggrieved by the valuation of their property, the board shall post the lists as above required, and adjourn until the first Monday in April following, when they shall again meet at the court house, hear the complaints of all who may feel themselves aggrieved by their former action, or by the original valuation, and decide each case as to them may appear right; and from this decision there shall be no appeal.  *When valued too low.*

16. When the county boards of valuation shall have performed the duty on them imposed, they shall return the lists received of the district boards of valuation, as by them revised and corrected, to the clerk of the county court, before whom they shall subscribe and swear to the following affidavit annexed to the lists returned: "We solemnly swear that the foregoing lists have been carefully examined and compared, and, in our judgment and belief, they do, as now corrected, exhibit the actual cash value of every tract or lot of land in this county, with the improvements thereon and privileges thereto attached; and in the discharge of our duties we have endeavored to do equal justice to the public  *Lists to be returned to clerk.*

App.202

ATF320

32                          1858-'59.———Chap. 25.

and the individuals concerned, so help us God." The clerk, on receiving the lists from the county board of valuation, shall record them in alphabetical order, keeping the return of each district separate from the other.

Compensation. 17. Each member of the county and district boards of valuation shall receive, out of the county treasury, such compensation as the county court may allow, which, however, shall in no case exceed two dollars a day for the time engaged in the discharge of his duties.

Takers of tax lists—how appointed. 18. At the first court of pleas and quarter sessions of each county, held after the first day of April in each year, the court shall annually appoint, for each captain's district, a justice of the peace or a freeholder of known skill and probity, to take the lists of taxable subjects, and the names of the appointees and of the districts for which they were appointed, shall, during the term, be advertised at the court house, by the clerk. Should the court fail to make such appointments, any three justices of the peace of the county may meet at the office of the county court clerk, on or before the first day of July, and appoint the takers of the lists of taxables, and the clerk shall record such appointments.

Appointments of takers of tax lists. 19. Notices of all appointments of takers of tax lists, as soon as made, shall be issued by the clerk to the sheriff, who shall serve them within ten days on each appointee, whose duty it shall be to advertise at three several places within the district, at least ten days before the time of listing, the places and times where and when he will attend for the purpose of receiving the lists of taxables; and the days thus determined on shall be between the second Monday in July and first Thursday in August.

Persons incapable of taking lists. 20. Should any person appointed to take the list of taxables, from any cause, become incapable to perform the duties, another shall be appointed by any three justices of the peace of the county, to be notified by the sheriff for that purpose, and the person thus appointed shall take the list of taxables.

Penalty for refusing to serve. 21. If any person appointed to assess the value of lands, or to take the lists of taxables, shall refuse or wilfully fail to discharge the duties of his appointment, he shall be deemed guilty of misdemeanor.

App.203

ATF321

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 145 of 176
PageID 974

22. Every person appointed to take the list of taxables, shall, before he enters upon the discharge of his duties, take the following oath, administered by a justice of the peace: "I, A. B., do solemnly swear that I will well and faithfully Oath. discharge the duties imposed by law on me as the taker of the list of taxables in ——— district, ——— county, without prejudice or partiality, to the best of my skill and ability, so help me God."

23. Every person appointed to take the list of taxables, Powers of takers of tax lists. shall, on taking the above oath, be invested with full power to administer oaths, and with all the other powers of a justice of the peace, so far as the same may be necessary to the proper discharge of his duties. Every person so appointed shall receive such compensation for his services as the county court may in its discretion allow, to be paid out of the county treasury.

24. Every taker of the list of taxables shall be furnished, Clerk to furnish copy of returns by preceding board. by the clerk of the county court, with a fair copy of the returns made by the last preceding board of valuation of the assessment of real estate in his district, and with the necessary number of printed forms of tax bills, furnished by the comptroller, under the provisions of this act.

25. All the property and other subjects of taxation shall To be taxed annually. be annually taxed, as by this act enacted, unless such property be expressly exempt from taxation by this or some other act; and the property and estate hereby exempted Exemptions. from taxation, are all such and their profits as may belong to the United States, or to this State, or may belong to or be set apart and exclusively used for the university and colleges, institutes, academies and schools for the education of youth, or the support of the poor or afflicted, or specially set apart for and appropriated to the exercises of divine worship or the propagation of the gospel, or such as may be set apart and kept for grave yards belonging to churches, religious societies, cities, towns or counties.

26. The taxes shall be annually collected and paid: First, How collected and paid. to the sheriffs, on all property and subjects of taxation required to be listed, as per schedule A; secondly, to the sheriffs, on all property and subjects of taxation which are not required to be listed, but an account of which is to be

3

App.204


ATF322

rendered on oath to the sheriffs, as per schedule B; thirdly, to the clerks of courts, and to the treasurer of the State, as per schedule C.

### Schedule A.

27. The following subjects shall be annually listed, and be taxed the amounts specified:

Land.

(1) Real property, with the improvements thereon, (including entries of land,) twenty cents on every hundred dollars of its value.

Polls.

(2) Every taxable poll eighty cents; *Provided*, That the county court may exempt from poll tax such poor and infirm persons, and disabled and insane slaves as they may declare and record fit objects of exemption.

Gates, &c.

(3) Every toll gate on a turnpike road, and every toll bridge, five per cent. on the gross receipts, and every gate permitted by the county court to be erected across a highway, fifteen dollars.

Ferries.

(4) Every ferry one per cent. on the total receipts of tolls during the year.

Studhorses, &c.

(5) Every studhorse or jackass, let to mares for a price, belonging to a resident of the State, six dollars, unless the highest price demanded for the season for one mare shall exceed that sum, in which case the amount thus demanded shall be paid as tax. The subject shall be listed, and the tax paid in the county in which the owner resides.

Interest, &c.

(6) Every dollar of net interest, not previously listed, received or accrued, (whether demandable or not,) on or before the first day of July of every year, on bonds or certificates of debt of the United States, of this State, (unless exempt by chapter 99 of the Revised Code, entitled "Public Debt,") or of any other State or government, or of any county or corporation, municipal or private, or on any bond, note, contract, account, or other claim or demand against solvent debtors, wherever they may reside, four cents.

Dividend and profit.

(7) Every dollar of net dividend or profit, not previously listed, declared, received, or due on or before the first day of July in each year, upon money, or capital invested in steam vessels of twenty tons burden or upwards, or in shares in any bank or other incorporation or trading company, four cents.

App.205

ATF323

(8) Such net interest, dividend and profit shall be ascer- <span>How ascertained.</span>
tained by deducting from the aggregate amount of interest,
dividends and profits accrued in favor of the person listing,
the amount of interest accrued against him during the year
ending on the first day of July.

(9) Every note shaver, or person who buys any note or <span>Note shavers.</span>
notes, bond or bonds made by individuals, shall list the
profits made and received or secured on all such purchases
made by him during the year ending on the first day of
July, whether made for cash or in exchange for other notes
or bonds, and pay a tax of ten per cent. on the aggregate
amount of such profits, in addition to the tax imposed by
this act on the interest he may receive on such notes or
bonds; *Provided*, There shall be no deduction made from
the profits in consequence of any losses sustained.

(10) Every person resident in this State, engaged in the <span>Negro traders.</span>
business of buying and selling slaves, whether the purchases
or sales be made in or out of the State, for cash or on a
credit, one-half of one per cent. on the total amount of all his
purchases, during the twelve months ending on the first day
of July of each year.

(11) Every person resident in this State, not a regular <span>Not regular traders.</span>
trader in slaves, who may buy a slave or slaves to sell again,
whether such purchase or sale be made in or out of the
State, for cash or on credit, one-half of one per cent. on the
total amount of his purchases during the twelve months
ending on the first day of July of each year.

(12) Every carriage, buggy or other vehicle kept for <span>Carriages, &c.</span>
pleasure or for the conveyance of persons, of the value of
fifty dollars or upwards, one per cent. on its value.

(13) All gold and silver plate, and gold and silver plated <span>Plate, &c.</span>
ware, and jewelry worn by males, including watch-chains,
seals and keys, when collectively of greater value than
twenty-five dollars, one per cent on their entire value.

(14) Every watch in use one per cent. on the value; <span>Watches.</span>
*Provided*, That all watches worn by ladies shall be exempt
from taxation. Every harp in use, $2.50; every piano in
use, $1.50.

(15) Every dirk, bowie-knife, pistol, sword-cane, dirk-cane <span>Dirks, &c.</span>
and rifle cane, used or worn about the person of any one

App.206

ATF324

at any time during the year, one dollar and twenty-five cents. Arms used for mustering shall be exempt from taxation.

**Dentists, physicians, &c.**

(16) Every resident surgeon-dentist, physician, lawyer, portrait or miniature painter, daguerrian artist, or other person taking likenesses of the human face: every commission merchant, factor, produce broker, and auctioneer; every State and county officer, and every person in the employment of incorporated or private companies, societies, institutions or individuals, and every other person, (except ministers of the gospel and judges of the superior and supreme courts) whose annual total receipts and income, (whether in money or otherwise) in the way of practice, salary, fees, wages, perquisites and emoluments, amount to, or are worth five hundred dollars or upwards, one per cent. on such total receipts and income.

**Liquors, &c.**

(17) Every resident of the State that brings into this State, or buys from a non-resident, whether by sample or otherwise, spirituous liquors, wines or cordials for the purpose of sale, ten per cent. on the amount of his purchases. Every person that buys to sell again, spirituous liquors, wines or cordials from the maker in this State, his agent, factor or commission merchant, five per cent. on his purchases.

**Collateral descent.**

(18) Upon all real and personal estate, whether legal or equitable, above the value of one hundred dollars, situated within this State, which shall descend, or be devised or bequeathed to any collateral relation, or person, other than a lineal ancestor or descendant, or the husband or wife of the deceased, or husband or wife of such ancestor or descendant, or to which such collateral relation may become entitled under the law for the distribution of intestates' estates, and which real and personal estate may not be required in payment of debts and other liabilities, the following per centum tax upon the value thereof, shall be paid:

(*Class* 1) If such collateral relation be a brother or sister, a tax of one per cent.

(*Class* 2) If such collateral relation be a brother or sister of the father or mother of the deceased, or child of such brother or sister, a tax of two per cent.

(*Class* 3) If such collateral relation be a more remote re-

lation, or the devisee or legatee be a stranger, a tax of three
per cent.

(19) The real estate liable to taxation shall be listed by *Who to list.*
the devisee or heir in a separate column, designating its pro-
per per cent. tax.

(20) The personal estate shall be liable to the tax, in the *Personal estate liable.*
hands of the executor or administrator, and shall be paid by
him before his administration account is audited, or the es-
tate settled, to the sheriff of the county.

(21) If the real estate descended or devised, shall not be
the entire inheritance, the heir or devisee shall pay a *pro
rata* tax corresponding with the relative value of his estate
or interest.

(22) If the legacy or distributive share to be received
shall not be the entire property, such legatee or distributee
shall, in like manner, pay a *pro rata* part of the tax, accord-
ing to the value of his interest.

(23) Whenever the personal property in the hands of such
executor or administrator (the same not being needed to be
converted into money in the course of the administration)
shall be of uncertain value, he shall apply to the county
court, to appoint three impartial men of probity to assess
the value thereof; and such assessment being returned to
court, and confirmed, shall be conclusive of the value.

28. Every person shall at such time and place as shall be *Real and per-
sonal estate to
be listed.*
designated by the persons appointed to take the list of tax-
ables, list all the real and personal estate, and other taxable
subjects enumerated in Schedule A of this act, which were
his property, or in his possession, or were the subjects of tax-
ation on the first day of July, of that year.

29. Lists of taxables of testators, intestates, minors, lunat- *Estates held in
trust, &c.*
ics, insane persons, absentees, and other estates held in trust,
shall be rendered by the executor, administrator, guardian,
agent, trustee, or *cestui que trust* as the case may be.

30. Real estate shall be listed in the county where situat- *Where to be
listed.*
ed, and where a tract of land is divided by a county line,
shall be listed in the county in which the larger portion shall
be situated; except when the owner resides in one of the
counties in which a portion of the tract is situated, in which
case he shall list in the county in which he resides.   Where

App.208

ATF326

38                                    1858-'59.——CHAP. 25.

the Pedee and main Yadkin river shall be the dividing line between counties, in that case the land shall be listed in the county where the same shall be situated.

**Where land has been divided.** 31. Where any tract of land, or town lot, shall have been divided after valuation by the board of valuation, the taker of the tax lists shall return the separate value of each part, making the aggregate value of the parts equal to the board valuation of the entire tract or lot, and the taker of the list may swear and examine witnesses to aid him in making the return correctly.

**Increase of value from mines, &c.** 32. When land or town lots, after valuation, shall increase in value by reason of mines of metal, coal, or other valuable thing being discovered or worked, or by reason of new buildings being erected; or where land or town lots, after valuation, shall decrease in value by reason of fire, or other extraordinary causes, or by reason of failure of mines, the person taking the tax list shall appoint and swear two respectable and disinterested freeholders, who, with him, shall re-value said land or lot, and such value shall be returned on the list.

**Listing of polls, &c.** 33. Every poll that is, or will be of the required age on the first day of July of any year, shall be listed that year. Every owner, if in the State, shall list his slaves in the county in which he resides; and if the owner be a non-resident of the State, the hirer or person who has the slaves in possession, shall list the same and pay taxes. Slaves hired out beyond the limits of the State shall be listed by the owners as well as those employed within the State.

**Where to be listed.** 34. Such slaves and other taxable personal estate as are employed on the land of the owner, shall be listed in the county in which the land is listed.

**Free persons of color.** 35. Every head of a family, or owner of land or town lot, who, on the first day of July shall have a free person of color subject to taxation, as a member of his family, or in his employment, or living on his land, or in his house, shall list such person for taxation, and pay the tax.

36. Personal property, and other subjects of taxation—unless otherwise directed in section 34—shall be listed in the district where the owner or lister resides; but if the owner

App.209

ATF327

reside out of the State, they shall be listed in the district where his agent, or the person liable for the tax may reside.

37. At the time and place appointed by the taker of the tax lists, the inhabitants of the district shall attend, and the taker of the list shall read over to each one giving in his list, all the articles and subjects of taxation, and thereupon he shall render to the taker of the list, his list of taxables, and at the same time take the following oath: "You, A. B., do solemnly swear that you have rendered a true and full statement of all subjects of taxation which you, in your own right, or as agent of, or in trust for any other person, or in any other capacity are by law required to list for taxation, according to your best knowledge, information and belief, so help you God." *Inhabitants to attend to list taxables.*

38. No taker of a tax list shall take the list of any one without administering the foregoing oath, on pain of paying one hundred dollars to any one who will sue for it: *Provided*, That females, aged and infirm persons, and persons not resident in the county, or absent from the county during the days of listing taxables, may transmit their lists to the taker of the tax lists, with the foregoing oath subscribed and sworn to before, and certified by a justice of the peace, which list, if transmitted to the taker of tax lists, on or before the day appointed for taking the lists, shall be entered by him as though sworn to in his presence. *Taker of tax list to administer oath.*

39. If any person shall refuse to take the oath prescribed in section 37 of this act, he shall be deemed guilty of a misdemeanor, and the taker of the tax lists shall forthwith bind him over to appear at the next term of the superior court of the county, to answer the charge, and on conviction or submission, he shall be fined one hundred dollars, at least, more than the amount of his taxes. *Penalty for refusing to take oath.*

40. If any person neglect to list his taxables on the day or days appointed for that purpose, he may list at any time before the lists are returned to the court, under the same rules and regulations as laid down for listing on appointed days, on paying to the person taking the list twenty-five cents, as compensation for his extra trouble. *Neglect to list.*

41. Every taker of the list of taxables shall set down on the blank lists furnished by the clerk, each article or sub- *Duties of list takers.*

App.210

ATF328

ject of taxation in its proper column, against the names of the persons listing, arranged in alphabetical order, and return the same to the clerk of the county court, at the term next after the time prescribed for taking the lists. He shall further make out a list of all the persons that should have listed in his district, and shall have failed to do so, and return the same, together with the copy of the last assessments of real estate in his district, as furnished to him by the clerk, under the provisions of this act, at the same time that he makes the return of the list of taxables.

**Endorsement on returns, &c.**  42. Each return thus made, shall have the following endorsement: "I, A. B., appointed to take the list of taxables in ——— district, do declare on oath I have taken, that the within lists correctly set forth all the property and other subjects of taxation required to be listed, as rendered to me by the persons listing the same; that in each case, the list of each person listing was rendered on oath in the manner prescribed and enjoined by law; and that further, the list of persons who failed to list, as required by law, contains the name of every delinquent in the district for which I was appointed, to the best of my knowledge and belief;" which endorsement shall be signed by the person making the return, in the presence of the clerk of the county court, who shall attest the same; and without such endorsement, signed and attested, as herein required, the return shall not be received unless it can be made to appear to the satisfaction of the court, that the taker of the list of taxables is prevented from attending the court by sickness or other unavoidable cause.

**When county court may take list.**  43. The county court, on the prescribed oath, may take the list of any person applying to list his taxables at any term of such court, before the first day of March, upon his paying to the clerk one dollar for recording the same.

**Relief for overcharge.**  44. If any one shall be charged with more polls or other subjects of taxation than he is liable for, he may apply to the county court for relief, and if the court shall find that he has cause for complaint, it shall direct the clerk to render a true account thereof, and the account thus rendered, certified by the clerk, shall be returned to the comptroller,

App.211

ATF329

who shall credit the sheriff with the overcharge in his settlement of that year.

45. If the application for relief be made to the court after the sheriff shall have settled the accounts with the comptroller, the court (twelve or a majority of the justices being present) shall carefully examine the case, and if, in its opinion, the applicant is entitled to relief, shall direct the clerk to record on the minute docket the cause of complaint and the amount which, in the opinion of the court, should be refunded to the applicant. The clerk shall make out a copy of such record, certify the same under the seal of the court, and deliver it to the applicant, who shall pay to the clerk a fee of fifty cents. Such copy shall then be transmitted to the comptroller of the State, who, on finding the proceedings in conformity with the requirements of this section, shall credit the treasurer of the State with the amount specified, and make an endorsement to that effect on the transcript. The treasurer shall, on presentation of such copy, thus endorsed, pay to the holder of the same the amount to be refunded.

*Justices to examine the case.*

46. The clerk on receiving the returns shall record them at length, in alphabetical order, keeping the return of each district separate from the other: and at the next county court, after they are directed to be made, shall set up in some conspicuous part in the court house, a copy of the whole, adding to the taxables of each person the amount of tax for which he is liable; and any clerk offending against any of the duties prescribed in this section, shall forfeit and pay one hundred dollars.

*Clerk to record the lists.*

47. The clerk on or before the first day of June next after the lists are returned, shall return to the comptroller an abstract of the same, showing the number of acres of land, and their value, and the value of town lots, and the number of white, free black, and slave polls, separately, and specify every other subject of taxation, and the amount as State tax paid on each subject, and the amount paid on the whole. At the same time the clerk shall return to the comptroller an abstract of the lists of the poor, county and school taxes, paid in his county, setting forth separately the tax levied on each poll, and on each hundred dollars value of real pro-

*Clerk to make return to Comptroller.*

App.212

ATF330

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 154 of 176
PageID 983

perty, for each purpose, and also the gross amount of taxes of every kind levied for county purposes.

**Penalty on clerk.**

48. If any clerk shall offend against any of the duties prescribed in the preceding section, or shall fail to return to the comptroller a copy of the sheriff's returns, made, sworn to and subscribed, as required in section 89 of this act, he shall forfeit and pay to the State one thousand dollars, to be recovered against him and the sureties of his bond, in the superior court of Wake county, at the term next after the default, on motion of the attorney general; and it shall be the duty of the comptroller to inform the attorney general of such default.

**Clerk's duties.**

49. The clerk of the county court shall, on or before the first day of April, in the year ensuing the taking the lists, deliver to the sheriff of the county a fair and accurate copy, in alphabetical order, of the tax lists, which shall contain the public tax, or tax payable to the public treasurer, and the taxes imposed by the justices of the county court; it shall likewise designate the separate amount due from each subject of taxation, and extend the aggregate amount due from each person in columns; and if any clerk shall fail to furnish the sheriff at the time prescribed with a copy of this description, he shall be deemed guilty of a misdemeanor, and the sheriff shall inform the grand jury thereof.

**Pay to clerks.**

50. For services of the clerks in relation to the taxes not in this chapter specially provided for, they shall be paid by the county such sum as the court may allow.

**Tax collectors.**

51. The sheriff shall forthwith proceed to collect said taxes, and when he shall collect, by his deputies or others who are not sworn, such persons shall in open court, or before a justice of the peace of the county, take an oath, faithfully and honestly to account for the same, with the sheriff, or other person authorized to receive them.

**Receipt.**

52. The sheriff shall give to each tax-payer one receipt for the amount of his State taxes, and another separate receipt for the amount of his county taxes.

**When sureties to collect.**

53. If any sheriff shall die during the time appointed for collecting taxes, his sureties may collect them, and for that purpose shall have all the powers and means of collecting the same of the collectors and tax-payers, as the sheriff

App.213

ATF331

1858-'59.——Chap. 25.

would have had; and shall be subject to all the remedies for collection and settlement of the taxes on their bond or otherwise, as might have been had against the sheriff if he had lived.

54. The sheriff, and (in case of his death) his sureties, shall have one year and no longer, from the day prescribed for his settlement and payment of the State taxes, to finish the collection of all taxes; but this extension of time for collection shall not extend the time of his settlement of the taxes. *To have one year.*

55. The sheriff shall collect the taxes as they are set down in the list, and, moreover, shall collect of all persons whose taxables are not listed, double the taxes imposed on the same subjects; and as to any land not listed, which may not have been assessed at the last assessment, the same, in estimating the double tax, shall be deemed to be of the value, by the acre, of the highest valued tract adjoining thereto. *Duties of sheriff.*

56. Immediately on receiving the tax lists, the sheriff shall advertise the fact, and that he holds them ready for inspection. He shall also request therein all persons to inform him of any taxables which may not be listed. For the more efficient collection of the taxes the sheriff at any time from the delivery to him of the lists till the first day of October in the next year, may, and if there be need, shall distrain and sell the property of the tax payer to satisfy the same, selling first his personal, and then his real estate. *Sheriff to advertise.*

57. In each case, in which the sheriff collects by distress, he shall be entitled to extra compensation of forty cents, to be collected with the tax. *Extra compensation.*

58. If any person liable for taxes on other subjects than land, shall be about to remove from the county, after listing time and before the period for collection, the sheriff shall make affidavit thereof before the clerk, and obtain from him a certificate of the amount of such person's tax, and forthwith collect the same. *Persons removing.*

59. If any person be liable for taxes in any county wherein he shall have no property, but shall be supposed to have property in some other county, and will not pay his tax, the sheriff shall report the fact to the county court, held *Persons liable for taxes in other counties.*

App.214

ATF332

44                          1858–'59.——Chap. 25.

next after the first day of October, and thereupon the court shall direct the clerk to issue a *fieri facias* to the sheriff of that county, returnable to the court whence it issued, for such tax and the cost of process and executing the same, which the sheriff shall execute in the manner of writs of execution in other cases; and the tax collected thereon shall be paid to the clerk of the court, and by him paid to the sheriff, to be accounted for as other taxes.

**Sale under distress.** 60. The sale under distress of personal estate for taxes shall be advertised ten days previous thereto, at three public places in the district wherein the delinquent tax payer shall reside, and if he reside not in the county, then in the district where the taxables were or ought to have been listed; and the amount of tax shall be stated in the advertisement.

**Rules for selling land for taxes.** 61. The sale of land for taxes due thereon, shall be made under the following rules:

(1) The sheriff shall return to the court of pleas and quarter sessions of his county, held next after the first day of January, a list of the tracts of land which he proposes to sell for taxes, therein mentioning the owner or the supposed owner of each tract, and if such owner be unknown, the last known or reputed owner, the situation of the tracts, and the amount of taxes for which they are respectively to be sold, which list shall be read aloud in open court, recorded by the clerk upon the minutes of the court, and a copy thereof shall be put up in some public part of the court house.

(2) The county court shall order the clerk of the court to issue notice to every person whose land is returned as aforesaid; and a copy of the notice shall be served by the sheriff on the owner, or his agent, and returned to the next county court; and if the owner be a non-resident, the clerk shall publish the same in some newspaper printed in the State, in which advertisement shall be mentioned the situation of the land, the streams on or near which it lies, the estimated quantity, the names of the owners, where they are known, and the names of the tenants or occupants of the same.

(3) The sales shall be made within the two terms next succeeding the term when the returns are made of lands to

be sold, and at such place in the county as is directed for the sale of land under execution; and the whole expense attendant on the advertising and sale, shall be chargeable on the lands and raised at the sale.

(4) The whole tract or contiguous body of land belonging to one delinquent person or company, shall be set up for sale at the same time, and the bid shall be struck off to him who will pay the amount of taxes, with the expenses aforesaid, for the smallest part of the land.

(5) At the second term next succeeding for the term when the returns are made of lands to be sold, the sheriff shall return a list of the tracts actually sold for taxes, the quantity of the tract bought and to be laid off, the name of the purchaser, and the sum paid to the sheriff for taxes and charges, which list shall be read aloud by the clerk in open court, shall be recorded in the minutes of the court, and a copy thereof shall be put up by the clerk, during the term, in some public part of the court house.

62. If any sheriff or clerk shall fail to perform any of the *Penalty on clerk or sheriff.* duties prescribed in sections 60 and 61 of this act, he shall forfeit and pay to the person aggrieved one hundred dollars and shall moreover be liable, he and his sureties on his bond, for all such damages as any one may sustain by reason of such default.

63. The land of an infant, lunatic or person *non compos* *Lunatics, &c.* *mentis*, shall not be sold for taxes; *Provided, however,* That when land may be owned by such persons in common with another or others, free of such disability, the share or interest of the person so free, shall be subject to be sold for the taxes due on the whole tract; but before setting apart the quantity bid off, the purchaser by petition shall cause the tract to be divided among the tenants in common, and the share or interest of the defaulting taxpayer being set apart, the purchaser may proceed to lay off on such share the quantity by him bid off, and secure the title as before provided; and the time necessarily employed in procuring such division shall not be reckoned against the purchaser.

64. The owner of land sold for taxes under section 61 of *Owners of lands sold for taxes.* this act, his heirs, executors or administrators, or any other person for them, may redeem the same from the purchaser,

App.216

ATF334

at any time within one year after the sale, by paying or tendering in payment to the purchaser or to the county court clerk of the county where the land lies, the full amount of the price paid to the sheriff, and twenty-five per cent. thereon.

If not redeemed, purchaser to select, &c.

65. If the land so sold, shall not be redeemed within the period aforesaid, the purchaser may at the end of that time select the quantity of land struck off to him, out of any part of the tract or body of which the same was bid off; the said quantity to be laid off in one compact body, as nearly square as may be, and adjoining to some of the outlines of the whole tract or body of land.

Quantity to be selected in one year.

66. Within one year after the time of redemption shall have passed, the purchaser, at his own cost, his heirs, executors or administrators, or any of them, may procure the quantity bid off to be surveyed by the county surveyor, who shall make out and certify, under his hand, a fair plat of the survey with the courses and distances fairly and truly set forth; and if the county surveyor, on request, shall fail to make such survey and plat, then any other surveyor may make and certify the same.

Sheriff to make title.

67. The sheriff on being presented with such certified plat, within the year after the time of the redemption is passed, shall convey to the purchaser the land therein contained.

Court to direct sheriff to make title.

68. When by any provision of the law, any sheriff or officer, other than the person who sold for the taxes, shall be authorized to execute a conveyance for the land, the purchaser shall apply to the county court, and on showing to the court that such purchase has been made, and the price paid to the sheriff, who sold, and that he has paid the other taxes since accruing thereon, the court shall direct the present sheriff to execute a deed on the purchaser's producing to him a certified plat and survey, as is provided for in sections 65 and 66 of this act.

69. The purchaser of land sold for taxes, under section 61 of this act, shall be considered as taking and holding the same, subject to all the taxes accrued from the first day of April in the year preceding the purchase.

Penalty on surveyor.

70. If any county surveyor, being required within two months after the survey may be lawfully made, to survey

the land bid off at sale for taxes, shall wilfully fail to do so within four months after such request, he shall forfeit and pay to the purchaser, or his executor or administrator, one hundred dollars.

71. If no person will bid a less quantity than the whole land, for the taxes, the bid shall be deemed the bid of the State, and the land shall be struck off to the State as the purchaser; and the sheriff shall report in writing to the county court, at the time he returns the list of lands sold for taxes, what and whose lands are thus struck off to the State, describing them particularly, which report shall be recorded on the minutes of the court, and thereupon the title of said lands shall be deemed to have been vested in the State from the time of purchase. *When to be deemed the bid of the State.*

72. The clerk shall, within twenty days after the return of the sheriff's report of the land sold to the State, make and certify two copies thereof; one of which he shall transmit to the comptroller, and the other deliver to the sheriff, (or to his sureties, when they act,) who shall deposit the same with the secretary of state, to be by him recorded; and the secretary shall grant to the sheriff a certificate, setting forth what and whose lands, and the quantity and value thereof, have been sold for the taxes and struck off to the State. *Clerk to make and certify two copies.*

73. If any sheriff or other person authorized thereto, shall sell for taxes and strike off any land to the State, and shall fail duly to report the same to the county court, or to duly obtain and deposit a copy thereof with the secretary of state, the comptroller shall, in his report to the treasurer, charge such sheriff (or other person acting in his stead) with the sum of two thousand dollars, and the treasurer shall recover the same as unpaid tax. *Penalty for not making return.*

74. Lands bid off for the State may be redeemed in like time, and under the same rules and regulations as those purchased by individuals, except the payment (which shall be double in amount of all the taxes for which they were sold) shall be made to the treasurer; and on his certificate thereof, the secretary of state shall, on being paid his fees, issue a grant to the original proprietor, his heirs or assigns, *How redeemed.*

App.218

ATF336

and at the same time shall certify the payment to the comptroller.

**Liable to entry.**  75. Lands bid off for the State shall, as to the person for whose tax the land is sold, his heirs or assigns, be liable to be entered as vacant lands, subject, nevertheless, to the right of redemption within the time prescribed.

**Sureties may report.**  76. When land shall be sold for its tax and the sheriff shall die, or otherwise become unable to report his sales, his sureties may report the same within the time prescribed, and shall proceed as to the land bid off by the State, in the same manner as the sheriff might.

**Real estate bound.**  77. When any person shall sell his real property, and shall have no estate within reach of the sheriff to satisfy the taxes due from him on any subject of taxation, the real property shall be bound for all such taxes.

**Conveyance to avoid taxes, void.**  78. Every conveyance made by any deceased person, with the fraudulent intent to evade the collection of any taxes by this act imposed, shall as against the State be void, and the taxes shall be chargeable at the suit of the State of North-Carolina on the property conveyed, in the hands of vendees and assignees.

**Lands not assessed.**  79. If the sheriff or other person shall discover that any land has not been assessed, he shall make it known to the county court; whereupon a board shall be appointed to assess the same, who shall proceed in the manner herein provided; and the court shall ascertain the amount of tax which within the ten preceding years the land has been liable for, but not paid; and the sheriff shall be ordered forthwith to collect treble the amount with interest, of all such tax, by distress or otherwise.

**Sher'ffs to inform Attorney General.**  80. It shall be the duty of the sheriffs to inform the attorney general and solicitors of the State, for the circuits and counties, concerning all omissions by tax-payers, done in their respective counties to defraud the State of its revenue; and the attorney general and solicitors of the State, for circuits and counties, upon information or good cause for suspicion, that any person has omitted to render his tax list, or has failed to render an accurate and fair list of all the property, estate and subjects on and for which he is liable to be taxed, shall file a bill in equity against the person so

defaulting; and the answer of the defendant shall not be competent evidence against him in any criminal or penal prosecution whatever. And whenever suit is brought or a bill (filed) in behalf of the State, under any of the provisions of this act, it shall be done in the name of the State of North-Carolina, unless otherwise directed.

81. The comptroller, at public cost, shall have prepared and printed forms of tax lists, with all the articles and subjects of taxation to be listed under this act or any future law, mentioned separately over the heads of parallel columns, in which the amount, or quantity, or description of each article or subject to be listed is to be set down; and he shall annually furnish each county court clerk with as many such blank lists, as in the opinion of the clerk may be required to supply the takers of the lists in his county; and further, the comptroller, at public cost, shall have prepared and printed, other blank forms adapted to the returns by this act required to be made by the clerks of county courts, and sheriffs, and he shall supply each clerk and sheriff with as many such blank forms as in his opinion may be needed. *Comptroller to furnish tax lists.*

## Schedule B.

### *Subjects taxed without being listed.*

82. The sheriff shall annually collect the taxes as set forth in this schedule, and grant to each party paying the tax, a license to carry on his business until the first day of July next ensuing, except in cases where the tax is on non resident traders in slaves, or horses and mule drovers, in which cases no license shall be required: *Sheriffs to collect.*

(1) Every company of circus riders, or exhibitors of collections of animals, seventy-five dollars for each county in which they shall perform or exhibit for reward. Every separate exhibition (commonly known as side shows) accompanying such performers or exhibitors, which cannot be seen without the payment of a separate charge, fifteen dollars for each county in which it is exhibited for reward. *Circus riders, &c.*

4

ATF338

50                          1858-'59.——Chap. 25.

Stage players, &c.

(2) Every company of stage or theatrical players, or persons performing feats of strength or agility, or exhibiting natural or artificial objects, except amateur performers, twenty dollars for each county in which they exhibit for reward.

Itinerant singers, &c.

(3) Every company of itinerant singers, or performers on musical instruments, or dancers, or itinerant companies, who otherwise exhibit for the public amusement, ten dollars for each county in which they exhibit for reward.

Insurance companies.

(4) Every insurance company incorporated by this State, except companies for mutual assurance, who take no policy out of the State, one hundred dollars.

(5) Every insurance company incorporated out of the State, one hundred dollars for each county in which an agency is established.

Bank agencies.

(6) Every agency of a bank incorporated out of the State, five hundred dollars.

Brokers, &c.

(7) Every money or exchange, bond or note broker, private banker or agent of a foreign broker or banker, three hundred dollars for each county in which he has an office or place of business.

Express companies.

(8) Every express company, ten dollars for each county in which it proposes to deliver packages.

Billiard tables.

(9) Every public billiard table, one hundred and twenty-five dollars; every private billiard table, twenty-five dollars.

Bowling alleys.

(10) Every public bowling alley, whether called a nine-pin or a ten-pin alley, or by any other name, fifty dollars; every private bowling alley, ten dollars.

Livery stables.

(11) Every livery stable, where horses and vehicles are kept for hire, twenty-five dollars.

Retailers.

(12) Every licensed retailer of spirituous liquors, wines or cordials, or retailer of malt liquors, thirty dollars. In addition to this, such retailer shall list the amount of liquors, wines and cordials as required in schedule A of this act, and pay the tax there imposed.

Dentists, painters, &c.

(13) Every itinerant surgeon-dentist, portrait or miniature painter, daguerreian artist, and other persons taking likenesses of the human face, ten dollars for each county in which he carries on his business: *Provided*, That such person as shall furnish satisfactory evidence to the sheriff of the

App.221

ATF339

Case 8:23-cv-00223-MSS-NHA   Document 69-3   Filed 11/28/25   Page 163 of 176 PageID 992

county, in which he proposes to practice, that he is a resident of the State, and has listed the receipts of his profession for the previous year, shall be exempt from the tax imposed in this paragraph.

(14) Every non-resident of the State, who, in person or by agent, shall purchase any slave or slaves in this State, shall, immediately after such purchase, become liable to pay a tax of one-half of one per cent. on the amount of his purchase, and upon his neglect or failure to pay such tax, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the sheriff, one-half to his own use and the other half to the use of the State. When the purchase was made by an agent, such agent shall be equally liable for the tax and forfeiture with his principal. *Dealers in slaves.*

* (15) Every non-resident of the State, who, either in person or by agent, brings a slave or slaves into the State, and sells, shall pay one-half of one per cent. on the amount of each sale effected. If he fail to pay this tax, the purchaser shall be liable for the same, and the sheriff of the county in which the sale was made, or in which the purchaser reside, shall collect by distress or otherwise out of the seller, if to be found in his county, and if the seller is not to be found, out of the buyer. *Non-resident dealers in slaves.*

(16) Every person that sells playing cards, a sum equal to thirty-five cents per pack on all cards sold by him during the year. *Cards.*

(17) Every person that, for himself, or as agent for another at his regular place of business, sells riding vehicles, manufactured out of this State, one per cent. on his sales. *Vehicles.*

(18) Every auctioneer, on all goods, wares or merchandize placed in his hands by a merchant resident in the State, (whether owner or not) or by a commission merchant, one per cent. on the gross amount of sales, and if by itinerant traders, or such as are not residents of the State, five per cent. on gross amount of sales, subject to all the regulations and exemptions set forth in the tenth chapter of Revised Code, entitled "*Auctions and Auctioneers.*" *Auctioneers.*

(19) Every merchant, merchant tailor, jeweller, grocer, druggist, apothecary, produce dealer, commission merchant, factor, produce broker, and every other trader, who, as prin- *Merchants, &c.*

App.222

ATF340

cipal, or agent for another, carries on the business of buying or selling goods, wares or merchandize of whatsoever name or description, and who is not taxed on his purchases in some other paragraph of this schedule, one-half of one per cent. on the total amount of his purchases, whether made in or out of the State, for cash, or on credit: *Provided,* That articles the growth or manufacture of this State, if bought in the State, and also articles the growth or manufacture of adjoining States, if brought into this State for sale by the grower or manufacturer, shall not be required to be returned in the amount of purchases, but shall be exempt from taxation.

Clothing.     (20) Every dealer in ready made-clothing (for males) one and one-half per cent. on total amount of purchases.

Patent medicines.     (21) Every person who, for himself, or as agent for another, sells patent medicines or nostrums, ten per cent. on amount of his sales.

Horse drovers, &c.     (22) Every non-resident horse or mule drover, or person who receives horses or mules to sell for a non-resident, one per cent. on the amount of each sale, due as soon as the sale is effected ; and upon his neglect or failure to pay such tax in every county in which he sells, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the sheriff, by distress or otherwise, one-half to his own use, and one-half to the use of the State.   Every horse or mule drover shall be considered a non-resident, unless the sheriff has satisfactory evidence that he is a resident of the State ; and the sheriff shall have power and authority to examine, on oath, at any time, every horse or mule drover, or person who receives horses or mules to sell for another, as to whether he has made any sale or exchange or not, and as to whether he is a non-resident, or agent of a non-resident ; and on his failure to answer, he shall be subject to the same penalty as for failure or neglect to pay such tax.

Studs & Jacks.     (23) Every stud-horse or jackass let to mares for a price, belonging to a non-resident of the State, ten dollars, unless the highest price demanded for the season, for one mare, shall exceed that sum, in which case the amount thus demanded shall be paid for the license.   The payment to one sheriff, and the license under his hand, shall protect the sub-

ject in this paragraph taxed, in any county of this State. Every such stud-horse or jackass shall be considered as belonging to a non-resident, unless the sheriff is furnished with satisfactory evidence that the owner is a resident of the State.

(24) Every person that peddles goods, wares or merchan- Peddlers, &c. dize, either by land or water, not the growth or manufacture of this State, or any drugs, nostrums or medicine, whether such person travel on foot, or with a conveyance, or otherwise, shall first have proved to the county court that he is a citizen of the United States, and is of good moral character, and shall have obtained from the court, (who may in its discretion, make or refuse) an order to the sheriff to grant him peddler's license, to expire on the 1st of July next ensuing. And the sheriff on production of a copy of such order, certified by the clerk of said court, shall grant such license for his county, on receipt of forty dollars tax: *Provided*, (1.) That not more than one person shall peddle under one license. (2.) That any person who temporarily carries on a business as merchant in any public place, and then removes his goods, shall be deemed a peddler. (3.) That nothing in this act contained, shall prevent any person from freely selling live stock, vegetables, fruits, oysters, fish, books, charts, maps, printed music, or the articles of his own growth or manufacture. (4.) That nothing herein contained shall release peddlers from paying the tax imposed in this act, on persons who deal in the same species of merchandise, which tax shall be collected or secured in the same manner as in case of other merchants or traders.

(25) Every itinerant who deals in or puts up lightning Lightning rods, or who sells spirituous liquors, wines or cordials, in rods. quantities from one quart to one barrel, shall be under the same rules and restrictions, and be liable to the same tax as peddlers, except that no order from court shall be required to entitle him to a license: *Provided*, That any person shall be permitted to sell any spirituous liquors, wines or cordials, made from products of his own farm ,without paying the tax in this paragraph imposed.

(26) Every company of gypsies or any strolling company Gypsies, &c. of persons who make a support by pretending to tell for-

tunes, horse trading, tinkering or bogging, one hundred dollars in each county in which they offer to practice any of their crafts, recoverable out of any property belonging to any one of the company. But nothing herein contained shall be so construed as to exempt them from indictment, or any other penalties now imposed by law.

(27) Every freeman that shall arrive at age after the 1st of July of any year, and before an election, may pay his poll tax for that year to the sheriff, or to his deputy, before the election, without listing.

(28) If any person bound to list taxables in his own right, or the right of another, shall fail to list the same, or any part thereof, the sheriff shall collect from him, and of his own proper estate, double the tax imposed on the property or subject not listed.

**County court may release.** 83. The county court may release any person from the payment of a double tax, for failing to list his taxables, in cases where it shall appear to the court by satisfactory evidence, that such failure occurred by reason of sickness of the party, at the very time when the list was taken, or when it may appear that he rendered a list, and his name was omitted to be entered, or was omitted in the duplicate prepared by the taker of the list to be returned to the clerk; or for other sufficient cause, to be judged of by the court.

**To be paid to sheriffs.** 84. On personal property in hands of executors and administrators bequeathed to, or as distributive shares to collateral relations or stangers, as set forth in schedule A, in connection with real estate descended or devised to collateral relations or strangers, the tax shall be paid to the sheriff direct.

**To render statement to sheriff.** 85. Every person that is intended to be taxed in §16, §17, §18, §19, §20, §21, and §24, of schedule B, and shall have been carrying on his business twelve months before the first day of July of any year, shall render to the sheriff a statement of the amount of his purchases (or sales, as the said paragraphs may require) of taxable articles, during the year ending on such first day of July, and shall sign and swear to an affidavit that his purchases (or sales as may be required) during that period did not exceed the amount stated, and on his paying the taxes imposed and enume

App.225

ATF343

rated in schedule B., shall be entitled to a license to carry on his business until the first of July, next ensuing.

86. Every person who is intended to be taxed in paragraphs 16, 17, 18, 19, 20, 21, and 24, of schedule B., commencing to do business, or who shall not have been doing business for twelve months before the first of July, shall pay at the end of the year for which his license is issued the taxes on his purchases or sales, as set forth in said paragraphs of schedule B; and to secure the same, he shall, before license is delivered, enter into bond with good sureties, payable to the State of North-Carolina, in such sum as the sheriff may deem sufficient, conditioned that he will render a true statement of the amount of his purchases (or sales, as this act may require) for the period embraced in his license, and pay his taxes thereon, on the first day of July when this license shall expire. *To enter into bond.*

87. Every person that shall carry on any business intended to be taxed, as per schedule B, without having previously received a license as required, shall, in addition to the taxes, forfeit and pay one hundred dollars, to be collected by distress or otherwise, by the sheriff, one-half to his own use, and the other half to the use of the State. *Forfeit.*

88. Every person intended to be taxed by sections 1, 2, 3, 13, 23, 24, 25 and 26, of schedule B, shall show his license, to any justice of the peace or constable, who may demand a view thereof; and it shall be the duty of every constable to demand such a view. And if such person fail to exhibit his license on demand thus made, he shall forfeit and pay one hundred dollars, recoverable on a warrant before a justice of the peace, one-half to the person suing out the warrant, and one-half to the use of the State, to be paid over to the sheriff and accounted for as taxes. *Shall show license.*

89. Every sheriff shall keep a record of the taxes collected by him from the clerks of courts, and under schedule B of this act, and of all forfeitures, arrears from insolvents, double taxes, and taxes on unlisted subjects, and on or before the second Monday in August, shall deliver to the clerk of the county court, a statement setting forth all sums received to that date, not previously accounted for, the date of each receipt, the person from whom received, the amount *Sheriff to keep record of taxes collected.*

App.226

ATF344

received from each person, the subjects on which received, and the aggregate amount, accompanied by an affidavit, signed and sworn to before the clerk and attested by him, that the statement is correct, and that no receipt has been omitted. And the clerk shall, before the third Monday in August, send a duplicate of said statement and affidavit to the comptroller of the State, register the same in a book kept in his office for that purpose, and keep a copy of the same posted in a conspicuous place in the court house, until the first day of January next ensuing.

Clerk's ab-
stract.

90. The clerk, on application of the sheriff, shall deliver to him a true abstract of such return, which the sheriff shall deliver to the comptroller when he settles his accounts; and if any sheriff shall fail to deliver such abstract to the comptroller, the comptroller shall add to the taxes for which such sheriff is liable, one thousand dollars, and so report his account to the treasurer.

Forfeiture of
Clerk.

91. If any clerk shall fail to perform any of the duties required in the preceding three sections of this act, or shall falsely certify to the abstract of the sheriff's return, he shall be deemed guilty of a misdemeanor, and on conviction, shall be removed from office.

92. If any person taxed in schedule B of this act, refuses or fails to pay the taxes imposed, and leaves the county before the sheriff can collect the forfeiture, the sheriff, in his own name, may recover the tax and forfeiture out of the delinquent, in any superior court of the State. The tax and forfeiture, when collected, shall be paid over by the sheriff, as originally required.

SCHEDULE C.

93. The following subjects shall be taxed the amounts specified, and the taxes collected and accounted for thus:

Corporations.

(1) Every corporation that might become incorporated by letters patent, under the provisions of chapter 26, Revised Code, entitled "Corporations," but shall fail to do so, and apply to the General Assembly and obtain a special act of incorporation, or shall obtain an act to amend their charter, whether it had been secured by letters patent under said

ATF345

Case 8:23-cv-00223-MSS-NHA    Document 69-3    Filed 11/28/25    Page 169 of 176
PageID 998

law or by a special act, twenty-five dollars for each act to incorporate or to amend; which tax shall be paid to the treasurer of the State.

(2) No corporation shall organize under such special act **Corporations.** of incorporation obtained as set forth in the preceding section, or derive any benefit under such act to amend their charter, until it shall first have obtained a certified copy of such act from the secretary of State, and the secretary shall, in no case, furnish such copy, until the company applying shall have delivered to him the treasurer's receipt for the tax assessed in the preceding section; which receipt the secretary shall file in his office.

(3) The president and cashier of each of the banks in this **Bank taxes.** State, on or before the first day of October, in each year, shall pay into the public treasury the following tax, to-wit: It the profits divided among the stockholders of the banks under their charge, during the year, amounted to not less than six, and not more than seven per cent., one-half of one per cent. on the stock owned by individuals or corporations; if over seven and not more than eight per cent., three-fourths of one per cent. on the stock thus owned; if more than eight per cent., one per cent. on the stock thus owned. In case the said officers of any bank shall neglect or fail to pay the tax as herein required, said bank shall pay double the amount of said tax, and the same shall be sued for and recovered by the attorney general in the name of the State, in the superior court of the county of Wake.

(4) Every license to an attorney to practice law in the **Attorneys** county or superior courts, fifteen dollars, to be paid at the **license.** time of obtaining the same, to the clerk of the supreme court, who shall before the first day of October in each year, render to the treasurer of the State a list, setting forth the names of the persons, from whom received, and the amounts received; and pay into the public treasury the total amount, less five per cent. commission, for receiving and accounting for the same.

(5) Every marriage license, one dollar; every mortgage **Marriage** deed, marriage contract, and deed in trust, made to secure **licenses, &c.** debts or liabilities, one dollar; and every other deed conveying title to real estate where the consideration is three

App.228

ATF346

hundred dollars or upwards, fifty cents, payable to the clerk
of the county court. No clerk shall grant such license, or
admit to probate such instrument, until the tax shall have
been paid, and the receipt shall be endorsed on such license
or instrument, and be registered with the same.

(6) Every broker, not a resident of the State, shall pay to
the cashier of the bank from which he draws any exchange
or specie, one-quarter of one per cent. on all such sums
drawn, to be accounted for to the State treasury by the said
cashier on oath.

**Clerk to keep record.**

94. Every clerk shall keep a record of the taxes received
by him, and to the county court next preceding the first of
July of each year, on the first day of the term, shall return
a statement setting forth the date of each receipt, the per-
son from whom received, the subject on which received,
and the amount received from each person, and the aggre-
gate amount received up to that date, and not previously
accounted for; and to this statement the clerk shall attach
an affidavit that such statement is correct, and that no re-
ceipt by himself or a deputy of his, has been omitted; which
affidavit shall be sworn to and subscribed in presence of the
chairman of the court, who shall attest the same. And the
county court clerk shall record such statement and affidavit
in a book kept for that purpose in his office, and keep a
copy of the same posted in some conspicuous place in the
court house, from the time at which the return shall be
made, until the first day of January next ensuing. And on
or before the second day of the term, the clerk shall pay
the sheriff the amount of the taxes received, as set forth in
said return, less three per cent. commissions, for receiving
and accounting for said taxes.

**Penalty on clerk.**

95. If any clerk shall fail to perform any duties required
in the preceding section, he shall be deemed guilty of a
misdemeanor, and on conviction shall be removed from of-
fice. And if any clerk shall fail to pay over to the sheriff
the amount of the taxes in his hands on the day specified,
the sheriff shall inform the county solicitor of the default,
and the county solicitor shall bring suit on his bond, and
shall recover, in addition to the taxes withheld or not ac-

App.229

ATF347

counted for, one hundred dollars; and the whole recovery
shall be paid into the treasury by the sheriff.

96. The sheriffs, and all receivers of public moneys, shall *Settlement with Comptroller.*
yearly settle their accounts with the comptroller, between
the last day of June and the first day of October, (unless
where the settlement of such persons may be specially di-
rected to be made in another manner, or at another time,)
so that it may be known what sum each one ought to pay
into the treasury; and the comptroller shall forthwith report
to the public treasurer the amount due from each account-
ant, setting forth therein (if a sheriff's account) the net
amount due from the sheriff to each fund; and therefor the
treasurer shall raise an account against such person, and
debit him accordingly.

97. The sheriff in making his settlement as aforesaid shall *Return of sources of taxation.*
designate in a list by him rendered at the time, the different
sources from which were raised the taxes accounted for by
him, and the particular amount of tax received from each
source; and the comptroller shall give to each sheriff a
certified copy of such list, which the sheriff shall deposit
with the clerk of the county court of his county, for public
inspection; in such settlement the sheriff shall be charged
with the amount of public tax as the same appears by the
tax list transmitted to the comptroller; also, with all double
taxes, and taxes on unlisted property by him received, and
with all other tax which he may have collected, or for which
he is chargeable.

98. He shall be credited (1) with the amount of State tax *Credits to sheriffs.*
on land bid off by the State, with the cost attendant on the
sale and procuring the title, and with commissions on the
whole, including the county revenue, on producing the cer-
tificate of the secretary of State, as is provided in section 72
of this act. (2) With all insolvent taxables allowed by the
court as hereinafter provided; and when the sheriff shall
be required to settle before such taxables are allowed, he
shall be credited with them in the next year's settlement, or
the sheriff may at any time thereafter, on producing certifi-
cates of such taxables allowed, procure an order from the
comptroller on the treasurer for the amount thereof. And,
in like manner, the sheriff shall have credit for any over-

App.230

ATF348

payment made in former settlement, by reason of any error in the clerk's abstract of taxables.

**Insolvents.**

99. No insolvent taxables shall be credited to the sheriff in his settlement with the comptroller, but such as shall be allowed by the county court; a list whereof, containing the names and amounts, and subscribed by the sheriff, he shall return to the court at some term preceding said settlement, and the same shall be allowed only on his making oath that he has been at the dwelling house or usual place of abode, of each of the tax-payers, and could not there or elsewhere in the county, find property wherewith to discharge his taxes, or such part thereof as is returned unpaid; and that the persons contained in the list were insolvent, at and during the time, when, by law, he ought to have endeavored to collect their taxes; such list shall be recorded on the minutes of the court, and a copy thereof, within ten days after its return, shall be set up by the clerk in some public part of the court house; *Provided*, That when the sheriff may be desirous of obtaining his allowance for insolvent poll tax, that instead of swearing to his list, as the law now directs, the same may be submitted to the county court, a majority of justices being present, who shall consider and examine said sheriff's list, and make him such allowance as they may think just and proper.

**Returns of insolvents, &c.**

100. If any sheriff shall return to court as insolvent the name of a person who is not listed, or has paid his taxes for the year, or shall, by himself or his deputy, collect from any person his tax for the year, for which he has been returned an insolvent, without accounting for the same; or if any clerk shall fail to record or set up the returns as required in the preceding section, the person so offending shall forfeit and pay to the State one hundred dollars, and the county solicitor shall prosecute a suit for the same.

**Oath of sheriffs or other collectors.**

101. Every sheriff or other person allowed by law to collect and account in his stead, on settling his accounts with the comptroller, shall take the following oath, administered by the comptroller, and subscribe the same in the presence of the comptroller, by whom it shall be attested; and the comptroller shall make no settlement with the sheriff, or any one in his stead, unless he have sworn to and subscri-

App.231

ATF349

1858-'59.——Chap. 25.

bed the oath as hereby required: I, A. B., sheriff of the county of ———, do on this the ——— day of ———, one thousand eight hundred and ———, make oath that the list now given in by me, is to the best of my knowledge and belief, complete, perfect and entire, and doth contain the full amount of all moneys, by me or for me received, or which ought to have been received, on account of the public taxes for the year one thousand eight hundred and ———, on listed and unlisted property ; and all double taxes, and all taxes received from clerks of courts, and from insolvents not heretofore accounted for, and all taxes received, or which ought to have been received from any other and all other sources whatsoever. And I do further make oath, that if I, or any person for me, shall hereafter collect any unpaid tax now due, and not rendered in said list, I will render a true account thereof, within one year after collecting the same."

102. If the comptroller at any time shall have just cause to suspect that any sheriff or other person accounting in his stead may have made a false return, or sworn falsely in any matter relative to the collecting or accounting for any tax, he shall thereof inform the officer prosecuting in the superior court of the county wherein the offence was committed, who shall take such steps as public justice may demand. *False returns.*

103. The sheriff for his services in collecting and paying the public taxes into the treasury, shall receive a compensation of two per cent. on the net amount received by him from the clerk, for taxes imposed by Schedule C of this act, and four per cent. on the amount of taxes collected from every other source, to be deducted in the settlement of his account with the comptroller. For collecting and paying county taxes, (for whatever purpose laid,) the sheriff shall receive the same per centum compensation as above allowed on public taxes. *Sheriff's compensation.*

104. And for his settlement with the treasurer, he shall be paid by the treasurer three dollars for each day he may be necessarily engaged therein, and two dollars for every thirty miles of twice the estimated distance from his home to the seat of government, by the most usual common highway.

App.232

ATF350

**In case of failure to settle accounts.** 105. In every case of failure by a sheriff or other accounting officer, to settle his accounts within due time, or to take the oath required on his settlement, the comptroller shall forthwith report to the treasurer the account of such sheriff or officer, deducting therefrom nothing for commissions or insolvents, but adding thereto one thousand dollars, for the amount of taxes supposed not to appear in the list transmitted by the clerk; and if the whole amount be not paid, the treasurer, on motion of the attorney-general in the superior court of Wake county, at the first court after the default shall have occurred, shall recover judgment against such defaulting officer and his sureties, for the amount reported against him, without other notice than is given by the delinquency of the officer.

**Clerk to transmit copy of bond.** 106. And to the end, that their obligation and names may be known, the clerk of the county court, at the same time when he transmits to the comptroller the tax list, shall transmit to him also a copy certified under the seal of the court, of the bond of the sheriff, upon pain for his default, of forfeiting to the State one thousand dollars; which the treasurer shall and is hereby specially charged to collect in like manner and at such time as is provided in the preceding section.

**Duty of register.** 107. The register of every county yearly, on or before the first day of September, shall transmit to the comptroller a certified copy of the bond of the clerk of the county court, as the same is registered, upon pain of forfeiting for his default to the State, one thousand dollars; which the treasurer is hereby specially charged to collect in like manner and time, as is provided in section one hundred and five of this act.

**Suits against sheriffs, clerks, &c.** 108. In all suits directed by any law to be instituted on motion of the attorney general at the instance of the treasurer or comptroller, against any sheriff or clerk, and his sureties, a copy of the bond of such officer, certified as aforesaid, and sent to the comptroller, and by the comptroller certified together with the default under his hand, shall be deemed sufficient evidence of the execution of such bond and the default of the officer, to allow the judgment to be entered.

App.233

ATF351

1858-'59.——Chap. 25.                                       63

109. And in case of the default by the register to duly   Register's
certify and transmit the bond of the clerk in proper time,   default, &c.
the comptroller shall forthwith proceed to procure such cer-
tified copy, and also a copy of the bond of the register cer-
tified by the keeper thereof, and shall proceed in the man-
ner hereinbefore provided against them and their sureties,
at the first superior court in Wake county after copies shall
have been procured.

110. In every case of default by any clerk, sheriff, or ta-   Default of
ker of the tax list, or assessor of the value of property in   clerks, sheriffs,
the discharge of any of the duties of this act, imposed on   &c.
any of them, where no penalty is provided, the defaulting
officer shall forfeit and pay to the State, for each default,
one hundred dollars. And all the penalties by this act im-
posed on such officers for the sole use of the State, may,
when there is no special mode provided for recovering the
same, be recovered in the name of the State, at the instance
of the treasurer, or [on] motion of the attorney general, or
any of the solicitors of the State.

111. The certificate of the treasurer or comptroller of any   Certificate to
matter of default in any of said officers, occurring at the   be evidence.
office of the comptroller or treasurer, and copies of any pa-
pers, in said offices duly certified by the proper keeper there-
of, shall be admitted as evidence in any suit or prosecution
whatsoever against them or others, and about any other
matter whatsoever.

112. The treasurer may, on motion, obtain judgment in   Treasurer may
any court of record, against any person indebted to the   obtain judg-
State, in the same manner, and under the same rules and   ment.
regulations which are prescribed in case of delinquent
sheriffs; and the court shall award execution, though the
amount of the claim be within the jurisdiction of a justice
of the peace.

113. If any person shall wilfully and corruptly commit   Penalty for
perjury in any oath required to be taken or administered by   perjury.
any section of this act, such persons shall be deemed guilty
of a misdemeanor, and on conviction, shall be subject to the
same pains and penalties as are imposed in section 29, chap-
ter 34, entitled "Crimes and Punishments," in the Revised
Code, on persons guilty of perjury.

ATF352

64                        1858–'59.——Chap. 25—26.

**Other laws repealed.** 114. All laws imposing taxes, the subjects of which are revised in this act, or imposing taxes upon subjects other than those revised in this act, are hereby repealed: *Provided,* That this repeal shall not be construed to extend to the provisions of any law so far as they relate to the taxes listed, or which ought to have been listed, or which may be due for the year 1858, or for any year previous thereto.

115. All other laws of this State coming in conflict with the provisions of this act, be, and the same are hereby repealed.

116. This act shall be in force from and after its ratification. [*Ratified the 16th day of February,* 1859.]

---

## RIVERS AND CREEKS.

*Ch'p. 26.* AN ACT TO AMEND CHAPTER ONE HUNDRED OF THE REVISED CODE, ENTITLED RIVERS AND CREEKS.

**Duty of commissioners.** *Be it enacted by the General Assembly of the State of North-Carolina, and it is hereby enacted by the authority of the same,* That the commissioners appointed by the county courts to examine and lay off the rivers and creeks within the county, or where the stream is a boundary between counties, pursuant to the provisions of chapter one hundred of the Revised Code, entitled "Rivers and Creeks," shall have power to lay off gates, with slopes attached thereto, upon any mill dam built across such stream, of such dimensions and construction as shall be sufficient for the convenient passage of floating logs and other timber, in cases where it may be deemed necessary by the said courts; and they shall return to the courts appointing them a plan of such gates, slopes and dams in writing.

**Report, &c.** That upon the confirmation of the report made by the commissioners, and notice thereof given to the owner or keeper of said mill, it shall be his duty forthwith to construct, and thereafter to keep and maintain at his expense, such gate and slope, for the use of persons floating logs and other timber as aforesaid, so long as said dam shall be kept up, or until otherwise ordered by the court.

ATF353