DEX45

ATF354

## REVENUE.

—

## CHAPTER LXXII.

### AN ACT TO RAISE REVENUE.

**Section 1.** *Be it enacted by the General Assembly of the State of North Carolina, and it is hereby enacted by the authority of the same,* That for the support of the State government, and to meet appropriations made by law, the taxes hereinafter designated, payable in the existing National currency, shall be annually assessed and collected under the rules and regulations prescribed in this Act, and in the Act for Collecting Revenue, ratified March 12th, 1866, all the provisions of which, except so far as modified or repealed, shall be held applicable to secure the assessment, collection and return of the taxes herein imposed.

*Taxes levied annually—how payable—collected under Act of March 12th, 1866.*

### RULES OF TAXATION.

**Rule 1.** Taxes hereinafter imposed on purchases, sales, or receipts, earnings, income or profits, shall be, unless otherwise directed, on the total amount thereof during the year preceding the 1st day of April of each year: *Provided,* That purchases, sales, or receipts, earnings or profits, on which taxes were paid for the three months, preceding the first day of July, 1866, under the Revenue Act, ratified March 12th, 1866, shall be exempt.

*Purchases, sales, &c.*

**Rule 2.** Articles taxed *ad valorem* shall not be liable to such tax, when in the hands of traders and others who list the purchases or sales of said articles.

*Merchandise not taxed ad valorem.*

**Rule 3.** Property and purchases, sales or receipts, taxed at a higher rate, shall not be liable to pay any other tax, at a lower rate, but the imposition of a tax for license to carry

*License tax not relieve from other taxes.*

App.237

ATF355

on any trade or business, shall not relieve the property or stock in trade from the property tax, unless there is likewise a tax on the receipts, purchases, earnings or sales of such business or trade.

RULE 4. When the purchases, receipts, earnings or sales of any Corporation or Joint Stock Company are taxed, the shares of stock therein owned by individuals shall not be liable to *ad valorem* tax.

*Shares of stock not taxable, when?*

RULE 5. Corporations and Joint Stock Companies, except as hereinafter is excepted, shall be liable to taxation in the same manner as individuals, and shall list their property and other taxables, through their chief officer or agent, and no person shall be required to include, as part of his personal property and investments, any share or portion of the capital stock or property of any company or corporation, which is required to list its capital and property for taxation in this State.

*Corporations list their property.*

RULE 6. Rail Road, Turnpike, Plank Road, Canal and Navigation Companies shall not be required to list their property or capital, but the shares thereof shall be listed by the stockholders thereof as a part of their investments.

*Except R. R. &c. Companies.*

RULE 7. The powers and duties in this Act, or in any other Act, relating to the collection and return of State and county taxes, entrusted to and required of Sheriffs, shall likewise be entrusted to and required of Tax Collectors, when such officers are in any county appointed.

*Tax Collectors same powers, &c., as Sheriffs.*

RULE 8. Whenever the Sheriff is authorized to collect taxes on unlisted subjects, he is authorized and directed to administer an oath, to ascertain the true amount of taxes due.

*Sheriff authorized to administer oaths*

## SCHEDULE A.

The property and other subjects, designated in the several sections of this schedule, shall be annually listed at the times designated in the said Act for collecting Revenue, to the list-taker in the several districts of the counties, and, where taxed *ad valorem*, shall be listed at the value thereof, in national currency, on the 1st of April preceding.

*Subjects listed as of April 1st.*

ATF356

Until otherwise directed by the General Assembly, real property shall be rated at the valuation of 1860, as modified in certain cases, by the assessment of 1866, under the provisions of sections 28 and 29, of the Act for Collecting Revenue, and by such further modifications as may be hereafter made, under the provisions of said sections. There shall be a new valuation of real estate during the year 1868, as prescribed in said Act for Collecting Revenue. The tax herein imposed shall not be on said valuation, but the same shall be reported by the Clerks of the several County Courts, on or before the 1st day of August of said year, to the Public Treasurer, by him to be laid before the next General Assembly. The personal property shall be valued on oath by the tax payer, at the usual selling price of similar property at the time of listing, and at the place where the same may then be, and if there be no usual selling price known to the person whose duty it shall be to fix a value thereon, then at such price as it is believed could be obtained therefor in money, at such time and place. It shall be the duty of the list-taker to examine carefully each return presented to him, and if, in his judgment, he shall find the property embraced in the same, below the value thereof, it shall be his duty to assess the true value thereon. If the person making such returns shall be dissatisfied with the valuation of the list-taker, he may select some disinterested person, and the list-taker shall choose a second, and these two a third, a majority of whom shall determine the amount of assessment on the property embraced in the said return.

*Valuation of land.*

*New valuation in 1868.*

*Valuation of Personalty.*

## 1. POLL TAX.

On each taxable poll or male between the ages of 21 and 45, except those maimed or permanently disabled, and also except such poor and infirm persons as the County Court may declare and record fit subjects of exemption, the tax shall be fifty cents. It shall be the duty of all persons and corporations to list and pay the tax of such persons liable to the same, as are in their employment, on the 1st day of

*Poll tax. Exemptions.*

*Employers list laborers.*

7

April of each year, as laborers, and the amount of said tax may be retained out of any moneys due such employees, Such employees shall be listed in the county where they are employed.   And, upon failure so to do, any person or persons subject to such poll-tax, removing himself or themselves from one county into another, on, before, or just after the 1st day of April, of each year, shall take with him or them a certificate from the tax list-taker, of his or their district, or some other responsible man, who may have listed him or them, showing him or them to be duly listed for such tax—upon failure so to do, shall be subject to double tax, retained from his or their wages by the first person employing him or them, whose duty it shall be to pay over the same to the Sheriff and take his receipt therefor, otherwise to be subject to said double tax ; in every instance ascertained and collectable by distraint.

*Laborers got certificates, when?*

## CLASS 1.

The following subjects in Class 1st. shall pay a tax of one-tenth of one per cent., on the cash value thereof, to be estimated as hereinbefore prescribed.

SECTION 1. Real property, with the improvements thereon, including entries of land.

*Realty.*

SEC. 2. All waggons and other farming utensils, neat cattle, horses, mules, asses, jennets, hogs and sheep, made and raised for sale.

*Farming implements and live stock.*

SEC. 3. Household furniture, exceeding $300 in value. This paragraph includes, besides other furniture, clocks, pictures, other than family portraits, and books over the vaule of $500.

*Furniture and books.*

SEC. 4. Agricultural products, except family supplies for one year, in the hands of the producer, after the expiration of twelve months from the time the same were produced.

*Agricultural products hoarded.*

SEC. 5. Agricultural products, in possession of a purchaser, who does not pay tax on such products as a merchant or trader.  Family supplies for one year shall be exempt.

*Agricultural products bought on speculation.*

SEC. 6. Solvent credits, deducting therefrom the liabilities of the tax-payer as principal and as surety, where the prin-

cipal is insolvent, the term "credits" to include all claims or demands owing to the tax-payer, whether due or not, whether payable in money or other things, and whether owing by persons within or without the State.    Merchants and other traders shall not be bound to list the credits accruing in the regular course of their business, during the twelve months preceding the 1st day of April of the year of listing.    No deduction shall be made on account of any obligation given to an insurance company, except to the amount of an assessment already made, nor on account of any unpaid subscription to any institution, society, corporation or company. *Solvent creditors.*

SEC. 7. Investments in public bonds and stocks, and the bonds and stocks, or shares, of such corporations and joint stock companies, as do not list their property for taxation as prescribed in Rule 5.    This section shall include securities of any State or Government, or municipal corporation, not exempt by the laws of this State or the United States; also shares of stock in Rail Road, Turnpike, Plank Road, Canal and Navigation Companies, whether in or out of the State, as prescribed in Rule 6. *Public bonds and Railroad, &c., stocks.*

SEC. 8. Moneys above $100 in value, the term "money" to include coin, bullion, bank notes, and the notes of any State or Government, designed to circulate as money, also deposits in this State or elsewhere, with individuals or corporations, payable on demand.    Coin and bullion, as well as notes, shall be listed at their value in such currency as is commonly paid for taxes. *Money.*

SEC. 9. Ships, barges, boats and other water craft, or any interest therein, with their tackling, rigging and furniture, and all else pertaining to them, if exceeding one thousand dollars in value, whether in the waters of this State at the time of listing or not. *Shipping.*

SEC. 10. Capital invested, used or employed in any trade or business, other than is mentioned specially in this class, except where said trade or business is taxed in this Act on the purchases, sales or receipts thereof. *Capital in business.*

SEC. 11. All shares of stock in any National Bank, located within this State, whether held or owned by residents or non-residents of this State, shall be listed for taxation and *National Banks.*

App.241

ATF359

taxed in the county where the Bank is located, one-tenth of one per cent. on the value of said shares, to be listed and paid by the Cashier.

## CLASS 2.

The subjects mentioned in Class 2nd shall pay a tax of one-half of one per cent. *ad valorem.*

Watches.

SEC. 1. Gold, silver, and other watches, if exceeding $10 in value.

Gold & silver and plated ware.

SEC. 2. Gold and silver ware and plated ware, if exceeding in value $25.

Jewelry.

SEC. 3. Jewelry worn by males, including watch chains, seals and keys, if collectively exceeding $25 in value.

Pleasure carriages and horses.

SEC. 4. Pleasure carriages and other vehicles, for the conveyance of persons, and also pleasure horses, if exceeding $50 in value.

Musical instruments.

SEC. 5. Harps, Pianos, Violins and other musical instruments in use, if exceeding in value $50.

Salaries and fees.

SEC. 6. The amount of salaries and fees, if exceeding $500, received, or which might have been received, during the year, either in money or thing of value, in consideration of the discharge of any office or employment, in the service of the United States, or of this or any other State, or of any company, firm or person, except where the service is exclusively that of a minister of the gospel.

## CLASS 3.

The subjects and persons mentioned in this Class shall be taxed as is specially mentioned.

SEC. 1. On the nett income and profits derived by each person, joint stock company and corporation, from any occupation, employment or business in which they may have been engaged, and from every investment of labor, skill, property or money, and the nett income and profit from any

Nett income.

source whatever (except "salaries and fees") during the year preceding the 1st day of April in each year, as follows: If said income amounts to $500 and less than three thou-

ATF360

sand dollars, one-half of one per cent; if amounting to three
thousand dollars and upwards, one per cent.    The tax im-
posed in this section shall be in addition to other taxes in
this Act imposed, except where laid on gross receipts and
dividends and profits elsewhere taxed, and shall include
interest on securities of the United States, of this State, or
other State or Government.

In estimating the nett income, the only deduction by
way of expenses shall be, first, taxes other than the income
tax due this State. **Deductions.**

Second, Rent for use of buildings or other property, or
interest on incumbrances on property, used in the business
from which the income is derived.

Third, Usual or ordinary repairs, but not for new build-
ings or permanent improvements.

Fourth, Cost or value of the labor, (except that of the
tax-payer himself,) raw material, food, and all other neces-
sary expenses incidental to the business from which the
income is derived.

The tax-payer shall return to the list-taker the gross
amount of his income, and the gross amount of expenses to
be deducted therefrom.

SEC. 2. Every person who brings into this State, or buys
from a non-resident, his agent or consignee, by sample or
otherwise, spirituous or vinous liquors, ale, porter, lager
beer, or other malt liquors, for the purpose of sale, ten per
cent. on the amount of his purchases during the year pre-
ceding the 1st of April of each year; such tax not to be less
than thirty cents per gallon. **Spirituous &c., liquors, from out the State.**

SEC. 3. Every person who buys to sell again, spirituous,
vinous or malt liquors, from the maker in this State, his
agent, factor or consignee, five per cent. on the amount of
his purchases during the said year, not to be less than ten
cents per gallon : *Provided*, That whenever the purchaser
of liquors mentioned in this or the preceding section agrees
to pay the tax due the United States or this State on such
liquors, said tax shall be held part of the purchases. **Liquors in the State.**

Any person in possession of any of the liquors named in
this or the preceding section, shall be deemed liable to pay
the highest of said taxes, unless he proves by the oath of

App.243

ATF361

himself and also of a credible witness, or certificate of a
Sheriff or list-taker, that the said liquors have been duly
listed in this State.

**Ferries, &c.**  SEC. 4. The tax on Public Ferries, Toll Gates, Toll
Bridges, shall be on the nett receipts, if exceeding $500, ten
per cent. ; on Gates across highways ten dollars.

SEC. 5. Every merchant, jeweler, grocer, druggist, pro-
**Merchants, &c.** duce dealer, and every other trader, who, as principal or
agent, carries on the business of buying or selling goods,
wares or merchandise of whatever name or description,
one tenth of one per cent. on the total amount of his pur-
chases, in or out of the State, for cash or on credit.

Commission merchants, factors, produce brokers, and
**Commission merchants, &c** other persons selling for others as factors or agents, shall
pay a tax of one-fifth of one per cent on the gross amount
of their sales during the year.

The tax on purchases or sales, as the case may be, of arti-
cles, the growth or manufacture of this State, if bought in
the State, and articles, the growth or manufacture of ad-
joining States, if brought into this State for sale by the
grower or manufacturer, shall be only one-twentieth of one
per cent.

Purchases taxed at a different rate from that imposed in
this section, shall not be listed under this section. Mer-
chants and other traders shall list separately their pur-
chases of liquors, ready made clothing and other articles
taxed at a higher rate.

SEC. 6. Dealers in ready made clothing for males shall
**Ready-made clothing.** pay one-half of one per cent. on the total amount of pur-
chases during said year.

SEC. 7. On the gross receipts of hotels, restaurants, and
**Hotels, &c.** eating houses, if exceeding $300, the tax shall be one-
fourth of one per cent.

**Gas compa-nies.** SEC. 8. On the gross receipts of gas companies, one-half
of one per cent.

SEC. 9. Every money or exchange, bond or note broker,
**Money, &c., brokers.** private banker or agent of a foreign broker or banker, in
addition to the *ad valorem* tax on their capital invested,
and the tax on their nett income, shall pay, if employing a

App.244

ATF362

Case 8:23-cv-00223-MSS-NHA    Document 69-4    Filed 11/28/25    Page 10 of 171 PageID 1015

capital of twenty thousand dollars, or more, a license tax of one hundred dollars; if a capital of less than twenty thousand dollars and not less than ten thousand dollars, fifty dollars; and if a capital of ten thousand dollars or less, a tax of twenty-five dollars; and also ten dollars additional for each county in which they have an agency.

SEC. 10. Every person who purchases in or out of the State for sale, or brings into the State for sale, playing cards, shall pay a tax of twenty-five cents for each separate **Playing cards.** deck or pack so bought or brought into the State. For failure to list and pay this tax, the Sheriff shall collect by distress or otherwise, $500, one moiety of which shall be accounted for as taxes, the other moiety to be retained by the Sheriff.

SEC. 11. On each stud-horse and jackass let to mares for **Stud-horse,** a price, there shall be a tax equal in amount to one-half the **&c** price charged for the season.

SEC. 12. Every person, who, for himself or as agent of **Riding vehi-** another, sells riding vehicles manufactured out of the State, **cles made out** shall pay one per cent. on his sales. **of State.**

SEC. 13. Every auctioneer, on all goods, wares or merchandize, sold by himself, whether the growth or manufacture of this State or not, shall pay one-half of one per cent. **Auctioneer.** on the gross amount of sales, and if by itinerant traders, or such as are not residents of the State, two per cent. on the gross amount of sales, subject to all the regulations and exemptions set forth in the tenth chapter of the Revised Code, entitled "Auctions and Auctioneers."

SEC. 14. Every dirk, bowie knife, pistol, sword cane, dirk **Dirks, pis-** cane and rifle cane, (except arms used for mustering and **tols, &c.** police duty,) used or worn about the person of any one, at any time during the year, one dollar : *Provided*, That any person who shall wear said weapons and fail to list the same and pay the tax, shall be guilty of a misdemeanor, and shall forfeit the weapon worn, the same to be sold by the Sheriff and the proceeds of said sale to be appropriated to the county fund.

Parents or guardians shall list any of said arms worn or used as aforesaid by their minor children or wards.

App.245

ATF363

SEC. 15. Persons commonly called "Dead-heads," travel-
ing on Rail Roads or Canals, paying nothing or less than
**Dead-heads.** two cents per mile, shall be taxed one cent for each mile so
traveled during the year preceding the 1st day of April;
but public officers, officers of Rail Road and Canal Compa-
nies, and Ministers of the Gospel, shall not be held to list
the number of miles traveled on official duty.

SEC. 16. Upon all real and personal estate, whether legal
**Collateral de-** or equitable, situate within the State, which shall descend
**scents.** or be devised or bequeathed to any collateral relation or
person, other than a lineal descendant or ancestor of the
husband or wife of the deceased, or husband or wife of such
ancestor or descendant, or to which such collateral relation
may become entitled, under the law, for the distribution of
intestate estates, and which real and personal estate may
not be required in payment of debts and other liabilities,
the following per centum tax upon the value thereof shall
be paid :

1. If such collateral relation be a brother or sister of the
father or mother of the deceased, or issue of such brother
or sister, a tax of one per cent.

2. If such collateral re ation be a more remote relation,
or the devisee or legatee be a stranger, a tax of one and
one-half per cent.

**Realty.** The real estate liable to taxation shall be listed by the
devisee or heir in a separate column, designating its proper
per cent tax.

The personal estate, or real estate reduced to assetts, shall
**Personalty.** be liable to the tax in the hands of the executor or admin-
istrator, and shall be paid by him, before his administration
account is audited or the estate is settled, to the Sheriff of
the county. If the real estate descended or devised shall
not be the entire inheritance, the heir or devisee shall pay
a *pro rata* part of the tax, corresponding with the relative
value of the estate or interest.

If the legacy or distributive share to be received shall not
be the entire property, such legatee or distributee shall, in
like manner, pay a *pro rata* part of the tax, according to
the value of his interest.

ATF364

Case 8:23-cv-00223-MSS-NHA     Document 69-4     Filed 11/28/25     Page 12 of 171 PageID 1017

Whenever the personal property in the hands of such *Personalty, how valued.* administrator or executor, (the same not being needed to be converted into money in the course of the administration,) shall be of uncertain value, he shall apply to the County Court to appoint three impartial men of probity, to assess the value thereof; and such assessment being returned to Court and being confirmed, shall be conclusive of the value.

To facilitate the collection of the tax on collaterals, every executor or administrator shall return in his inventory, whether the estate of the deceased goes to the lineal or *Duties of Executor, &c.* collateral relations, or to a stranger, and if to collaterals, the degree of relationship of such collaterals to the deceased, under penalty of one hundred dollars, to be recovered in the name and for the use of the State; and it shall be the duty of the Clerk of Court of Pleas and Quarter Sessions, to furnish the Sheriff with the names of the executors and administrators, who make such returns, after each and every term of his Court.

## SCHEDULE B.

The Sheriff shall collect the taxes set forth in this Schedule annually, unless otherwise directed, and shall, unless *License granted.* provision is made to the contrary, grant to the tax-payer license to carry on his business, or use the articles taxed, until the 1st day of July ensuing. But persons having already paid tax under the Revenue Act, ratified March 12, 1866, for license to carry on any business, or use any article for twelve months from July 1st, 1866, shall not pay any further tax under this Act, prior to July 1st, 1867. Retailers of spirituous liquors, who have paid tax according to law, may retail for twelve months from the time of issuing their license without further payment. There shall be no license required of horse and mule drovers, and itinerant sellers of live stock, books and other articles, as mentioned in proviso 3, section 18, of this Schedule.

SECTION 1. Traveling Theatrical Companies for each *Theatrical exhibitions.* county, shall pay ten dollars for each exhibition. When

App.247

ATF365

Case 8:23-cv-00223-MSS-NHA    Document 69-4    Filed 11/28/25    Page 13 of 171 PageID
1018

Theatrical exhibitions are by the season of not less than three months, the tax shall be one hundred dollars.

**Concerts, Lectures.** SEC. 2. On Concerts and Musical Entertainments for profit, shall be paid for each county, five dollars. On each Lecture for reward, five dollars.

**Menageries, Curiosities, &c.** SEC. 3. On Menageries, Museums, Wax Works or Curiosities of any kind, natural or artificial, (except paintings and statuary,) on each day's and night's exhibiting, shall be paid ten dollars.

**Circus.** SEC. 4. On every exhibition of a circus, for each day or part of a day, twenty dollars for each county, and for each side show to a circus, five dollars.

**Other exhibitions.** SEC. 5. On itinerant companies or persons who exhibit for amusement of the public, otherwise than is mentioned in the four preceding sections, for each county five dollars. Exhibitions of the character mentioned in the preceding sections, in counties whose seats contain less than one thou-**Half price in certain counties.** sand inhabitants, shall be taxed only one-half the amount above designated. Exhibitions given without charge for admission, and also those exclusively for charitable objects, shall be exempt.

**Spirit rappings.** SEC. 6. On each public exhibition of Spirit rappings, or other device, by whatever name called, which professes to reveal communications from the spirits of the living or dead, for profit or otherwise, one hundred dollars.

**Gift enterprises.** SEC. 7. On all gift enterprises, or any person or establishment offering any article for sale, and proposing to present purchasers with any gift or prize, as an inducement to purchase, within the limits of the State, ten dollars for each day such person or establishment continues in operation. This tax shall not be construed to relieve such persons or establishment from any penalties incurred by violation of law.

**Home Insurance Companies.** SEC. 8. Every Insurance Company, incorporated by this State, taking new policies, $50.

**Agency of Banks.** SEC. 9. Every Agency of a Bank incorporated out of the State, $250.

**Billiard tables.** SEC. 10. The tax on public billiard tables shall be $50 each; on private billiard tables $10 each.

ATF366

When said tables may be used for four months or less, one-half of the above rates shall only be payable.

SEC. 11. To keep a ten pin alley, or alley of like kind, or bowling saloon, or bagatelle table, or any other table, stand or place, for any other game or play, with or without a name, unless such alley, stand, place, or game, is kept for amusement or exercise alone, and not prohibited by law, there shall be a license tax of $25. When the same may be used for four months, one-half of the above rates shall only be paid. *Ten pin alleys, &c.*

SEC. 12. Any person whose occupation is to keep horses or vehicles to let or to carry persons or things for reward, shall pay a tax of five dollars, and, in addition, fifty cents for each stall. *Livery Stables*

SEC. 13. Every licensed retailed of spirituous liquors, wines or cordials, fifty dollars for one year. Every retailer of malt liquors only shall pay twenty dollars. The taxes in this section shall be in addition to the tax imposed on purchases of liquors in Schedule A. *Retailers.*

SEC. 14. Any person using a distillery for spirituous liquors, distilled for his own use or for sale, or for others, shall pay, if from grain, twenty-five cents per gallon. No person shall distill any spirituous liquor from grain without a license from the County Court, or the Special Court, out of term time, who shall meet at the Court House, and report their proceedings in writing to the Clerk of the County Court. It shall be the duty of the Clerk to inform the Sheriff of the persons to whom licenses have been granted, and any person distilling without such license shall pay a tax of ten dollars for every day or part a of day, he may so unlawfully distill. For the aforesaid taxes and penalty, the Sheriff, if need be, shall distrain and sell the still and fixtures, as well as any other property of the party liable. It shall be the duty of the Sheriff to collect the taxes, by this section imposed, quarterly, on the first days of April, July, October and January; and to ascertain the amount thereof, he may enter on the premises where the still is located, and may examine the books of the distiller. If the distiller should refuse to disclose on oath, the number *Distillations from grain.*

of gallons by him distilled, he shall pay as taxes $500, which the Sheriff shall collect by distraint of the still and fixures, or any other personal property of the distiller, three-fourths of which shall be accounted for as taxes, and one-fourth he may retain to his own use.

SEC. 15. Every itinerant dentist, portrait or miniature painter, daguerrean artist and other persons taking like-nesses of the human face, ten dollars for each county in which he carries on his business: *Provided*, That such person as shall furnish satisfactory evidence to the Sheriff of the county in which he proposes to practice, that he is a resident of the State, and has listed the receipts of his profession for the previous year, shall be exempt from the tax imposed in this paragraph.

*Itinerant Dentists, Daguerreotypists, &c.*

SEC. 16. Every non resident horse or mule drover, or person who receives horses or mules to sell for a non-resident, one-half of one per cent. on the amount of each sale or profit made by exchange of horses or mules, due as soon as the sale is effected, and upon his neglect or failure to pay such tax, in every county in which he sells, he shall forfeit and pay the sum of one hundred dollars, which shall be collected by the Sheriff by distress or otherwise, one-half to his own use and one-half to the use of the State. Every horse or mule drover shall be considered a non-resident, unless the Sheriff has satisfactory evidence that he is a resident of the State; and the Sheriff shall have power and authority to examine on oath, at any time, any horse or mule drover, or person who receives horses or mules to sell for another, as to whether he has made any sale or exchange, and as to whether he is a non-resident, or agent of a non-resident, and on his failure to answer, he shall be subject to the same penalty as for failure or neglect to pay such tax.

*Non-resident horse drovers*

SEC. 17. Every stud horse or jackass let to mares for a price, belonging to a non-resident of the State, ten dollars, unless the highest price demanded for the season, for one mare, exceed that sum, in which case the amount thus demanded shall be paid for the license. The payment to one Sheriff, and the license under his hand, shall protect the subject in this section taxed in any county of this State.

*Stud horses, &c., of non-residents.*

App.250

ATF368

Case 8:23-cv-00223-MSS-NHA     Document 69-4     Filed 11/28/25     Page 16 of 171 PageID 1021

Every stud horse or jackass shall be considered as belonging to a non-resident, unless the Sheriff is furnished with satisfactory evidence that the owner is a resident of the State.

SEC. 18. Every person that peddles goods, wares, or merchandise, either by land or water, not the growth or manufature of this State, or any drugs, nostrums or medicines, whether such person travel on foot or with a conveyance or otherwise, shall first have proved to the County Court or three Justices out of term time, that he is of good moral character, and shall have obtained from the Court or Justices (who may, in their discretion, make or refuse,) an order to the Sheriff to grant him peddler's license, to expire on the first of July next ensuing. And the Sheriff, on production of a copy of such order, certified by the Clerk of such Court, shall grant such license for his county on the receipt of twenty dollars tax : *Provided*, (1.) That not more than one person shall peddle under the license. (2.) That any person who temporarily carries on a business as a merchant in any public place, and then removes his goods, shall be deemed a peddler. (3.) That nothing in this section contained shall prevent any person from freely selling live stock, vegetables, fruits, oysters, fish, books, charts, maps, printed music, or the articles of his own growth or manufacture. (4.) That nothing herein contained shall release peddlers from paying the tax imposed in this Act, on persons who deal in the same species of merchandise, which tax shall be collected or secured in the same manner as in the case of other merchants and traders.

*Peddlers.*

*Prove character.*

SEC. 19. Every itinerant who deals in or puts up lightning rods, five dollars for each county in which he carries on his business.

*Lightning rod men.*

SEC. 20. Every itinerant who sells spirituous liquors, wines or cordials, not the product of his own farm, in quantities equal to one quart and less than one barrel, shall pay twenty-five dollars for every county, and be under the same rules and restrictions as peddlers, except that an order from court or justices shall not be required for a license.

*Itinerant liquor sellers.*

ATF369

Gypsies.

SEC. 21. Every company of Gypsies, or strolling company of persons who make a support by pretending to tell fortunes, horse-trading, tinkering or begging, fifty dollars in each county in which they offer to practice any of their crafts, recoverable out of any property belonging to any one of the company. But nothing herein contained shall be so construed as to exempt them from indictment, or penalties imposed by law.

Sellers by samples, &c.

SEC. 22. Every non-resident or drummer, or agent of a non-resident, who shall sell any spirituous, vinous or malt liquors, goods, wares or merchandise, by sample or otherwise, whether delivered or to be delivered, shall pay on his sales a tax of like amount as is payable by residents on their purchases or sales, as the case may be, of similar articles. Before making such sales, he shall obtain from the Sheriff of the county, in which he proposes to do business, a license in writing, which the Sheriff may give on his entering into bond in the sum of $500, with sufficient security, conditioned to pay the taxes herein imposed, when demanded by the Sheriff. Any person violating the provisions of this paragraph shall forfeit and pay $500 to the Sheriff, to be collected by distress or otherwise; $400 of which shall be accounted for as other tax, and the residue he may retain to his own use, or to the use of the informer.

Amendment of Act to Collect Revenue.

SEC. 23. Section 80 of the " Act for Collecting Revenue," ratified the 12th day of March, 1866, shall be amended to read as follows:

Sheriff take bond of new merchants, &c

It shall be the duty of the Sheriff to demand, that every merchant, trader, auctioneer, commission merchant, liquor seller or other persons required to list their purchases, sales or receipts, commencing business after the 1st of April of each year, shall give bond with sufficient security payable to the State in double the supposed amount of taxes, conditioned that he will list his purchases, sales or receipts and pay taxes on the same as the law requires. The Sheriff failing to perform the duties of this section imposed, shall be liable to pay the taxes which, by such negligence, he fails to collect. If such merchant or trader shall desire to

leave the State before the time of listing taxables, he may list and pay to the Sheriff, who is authorized to surrender the said bond, if, in his opinion, a fair disclosure is made to him.

SEC. 24. Section 96 of the Act for collecting Revenue shall be amended to read as follows: The Sheriff, for his services in collecting and paying the public taxes into the Treasury, shall receive a compensation of two per cent. on the nett amount received by him from the Clerk for taxes imposed by Schedule C. of the Revenue Act, and five per cent. on sums not exceeding ten thousand dollars collected by him from every other source, and on the excess of ten thousand dollars, four per cent., to be deducted in the settlement of his account with the Comptroller. For collecting and paying county taxes, for whatever purpose laid, the Sheriff shall receive the same per centum compensation, as above allowed on public taxes.

*Compensation of Sheriffs.*

## SCHEDULE C.

The taxes embraced in Schedule C shall be listed and paid as is specially therein directed.

SEC. 1. Every Express Company shall make return to the Public Treasurer on or before the 1st Mondays of January, April, July and October of each year, of the gross earnings and receipts of such Company, within the State of North Carolina, during the three months next preceding. The said report shall be verified by the oath of the chief officer or agent of the Company, at its principal office in the State, and he shall require from the several agents, employed by the Company, a report of their transactions, on oath, which report shall accompany the report of the chief officer. The said Company shall, on or before the 3rd Monday of each of said months, pay on gross receipts one per cent. for each three months, and for failure to make such report, or pay such tax, the Company shall pay as taxes $2,000, to be collected by such Sheriff as the Public Treasurer may designate, by distress or otherwise.

*Express Companies.*

ATF371

Sec. 2. Every Telegraph Company doing business in
this State, shall, at the times, and in the manner, prescribed
in the preceding section, make report of the receipts of said
Company within this State, and pay to the Public Treasurer one-half of one per cent. for each three months, and in
case of default of such report or payment, the Company
shall pay as tax $1,000, to be collected by such Sheriff as
the Public Treasurer shall designate, by distress or otherwise.

*Telegraph Companies.*

Sec. 3. Every Insurance Company, not incorporated by
this State, doing business therein, shall, in April and October of each year, make report to the Public Treasurer, on
oath, showing the amount of assessments collected, or premiums received, and obligations for premiums from such
business, for the six months ending on the 1st day of April
and October next preceding, and shall immediately pay
one per cent. on the amount of said assessments, premiums
and obligations for premiums. On failure to comply with
the provisions of this section, the Company shall pay, as
taxes, $2,000, and the principal agent shall be liable therefor, to be collected by such Sheriff as may be designated by
the Public Treasurer, by distress or otherwise.

*Foreign Insurance Companies.*

Sec. 4. The chief officers of Banks, including Savings
Banks, and such Insurance Companies as are incorporated
by this State, shall, in April and October of each year, certify on oath the amount of dividends declared, or which
have been earned, if any, and shall pay into the Public
Treasury, upon such dividends, three per cent. On failure
to comply with the provisions of this section, said Banks or
Companies shall pay, as taxes, $1,000, to be collected by
such Sheriff as the Public Treasurer may designate, by
distress or otherwise.

*Banks and home Insurance Companies.*

Sec. 5. Whenever the seal of the State, of the Treasury
department, a notary public, or other public officer required by
law to keep a seal, shall be affixed to any paper except as herein
after is excepted, the tax shall be as follows, to be paid by
the party applying for the same : For the seal of the State,
one dollar, to be collected and paid into the Treasury by the
Private Secretary of the Governor; for the seal of the Public

*Seals.*

App.254

ATF372

Case 8:23-cv-00223-MSS-NHA    Document 69-4    Filed 11/28/25    Page 20 of 171 PageID
1025

Treasurer, to be collected by him and accounted for as other public monies, fifty cents; for the seal of the Supreme Court fifty cents, to be collected by the Clerk and paid by him into the Treasury, and for the seal of a Notary Public, or other public officer, twenty-five cents, to be collected and paid over by the officer collecting the same, to the Sheriff of the county where such seal is kept. Said officer, shall keep an account of the number of times their seals may be used, and shall deliver to the proper officer a sworn statement thereof. Whenever a scroll is used in the absence of a seal by any of said officers, the said tax shall be on the scroll. Seal made for the use of any County, or State, or other Government, or used on the Commissions of officers in the militia, justices of the peace, or any public officer not having a salary, or under the pension laws, shall be exempt from taxation: *Provided*, That the provisions of this section shall not extend to seals of Courts of Equity, Superior or County Courts.

Exemptions

SEC. 6. On each marriage license, mortgage deed, marriage contract, and deed in trust to secure creditors, there shall be a tax of one dollar. On every other deed conveying or contracting to convey title to real estate, and on all other instruments admitted to registration, where the consideration exceeds $300 and is less than $1,000, 50 cents, and 25 cents in addition for every additional $1,000. Where any of the foregoing instruments are proved before the Clerk of the County Court, he shall be charged with the collection of the tax as heretofore. Where probate is otherwise made, the Register shall collect and pay the same, less five per cent. commissions, to the Sheriff, rendering a sworn statement of the number and character of the instruments admitted to registration and of the taxes due thereon, which the Sheriff shall file with the Clerk of the County Court, as directed by section eighty-three of the Act for Collecting Revenue.

Marriage license, Mortgage & other deeds.

Register collect, when?

SEC. 7. On every charter of incorporation of any company granted by the General Assembly, other than those for charity, benevolence or literature, where the corporations had power to become incorporate under the provisions

Charters of Mining and Manufac'ring Companies

8

App.255

ATF373

Case 8:23-cv-00223-MSS-NHA    Document 69-4    Filed 11/28/25    Page 21 of 171 PageID
1026

of chapter twenty-six, Revised Code, entitled "Corporations,"
and on any amendment of every such charter, whether
originally granted by the General Assembly or secured by
letters patent or otherwise, there shall be a tax of twenty-
five dollars, paid directly to the Public Treasurer.    No com-
pany shall be organized under such special Act of incorpor-
ation or derive benefit from any act to amend their charter,
without first obtaining a certified copy of such Act from
the Secretary of State, which shall not be furnished until
the Treasurer's receipt for the said tax shall be filed in the
office of the said Secretary.    The benefits of this section
shall extend to all charters granted at the sessions of the
Legislature for 1865 and 1866, and the Convention of 1866,
not heretofore accepted by the Corporators.

## EXEMPTIONS.

SEC. 8.  The following property shall be exempt from tax-
ation, in addition to those articles specially mentioned as
exempt :

1st.  The property belonging to the United States or to

*Public prop-erty.* this State,  or to any County or Incorporated City or Town.

2nd.  The property belonging to and set apart and exclu-
*Property of Colleges and Schools and Churches.* sively used for the University, Colleges, Institutes, Acade-
mics, Schools for the education of youth, or the support of
the poor or afflicted.    Such property as may be especially
set apart for and appropriated to the exercises of divine
worship or the propagation of the Gospel, or used as
parsonages.

3rd.  Such property as may be set apart for grave yards
*Graveyards.* and burial lots, except such as is held with the view to profit,
or for the purpose of speculating in the sale thereof.

*Agricultural Societies.* 4.  Such property of the State and Agricultural Societies,
as may be set apart and used by them for agricultural fairs.

5th.  All fire engines and other implements used for the
*Fire engines, &c.* extinguishment of fires, with the buildings exclusively
used and necessary for the safe keeping thereof.

ATF374

Case 8:23-cv-00223-MSS-NHA    Document 69-4    Filed 11/28/25    Page 22 of 171 PageID
1027

6th. Each person in this State may hold, exempt from taxation, personal property of any description, of which he is the actual owner, not exceeding one hundred dollars in value, except such property as is specifically taxed. *$100 of personalty not specifically taxed.*

7th. The property and poll of all persons, who have lost an arm, leg, hand or foot, or who have been disabled from performing ordinary manual labor, by any other wound, or any disease or accident; also the property of widows: *Provided,* That the property exempted of such person herein included, shall not exceed two hundred and fifty dollars in value; *And provided, further,* That the excess over two hundred and fifty dollars in value, of the property of all such persons, shall be subject to taxation as other property, and it shall be the duty of the County Courts, in the several counties of this State, upon motion, to examine the claims of all persons, claiming the benefits of the foregoing section, and, upon proof that they are included within its provisions, to grant certificates of exemption to such persons, which certificates shall be issued by the clerk, and he shall receive no fee therefor. *$250 of property of those maimed, and of widows.*

SEC. 9. The Act of the General Assembly, ratified March 12th, 1866, entitled "an Act to Raise Revenue," and all other laws imposing taxes, the subjects of which are revised in this Act, are hereby repealed: *Provided,* That this repeal shall not extend to the provisions of any law, so far as they relate to the taxes listed, or which ought to have been listed, or which may be due previous to the ratification of this act. *Repeal*

SEC. 10. *Be it further enacted,* That this act shall be in force from and after its ratification.

Ratified the 26th day of February, A. D., 1867.

App.257

ATF375

DEX46

PUBLIC LAWS—COUNTY BONDS, TAXES, ETC.    27

Bibb county to issue bonds—Camden, Glynn and Effingham counties to levy a special tax.

# TITLE VI.

## COUNTY BONDS, TAXES, ETC.

BIBB COUNTY. (No. 40.)
Sec. 1. Bonds authorized for building Court House and Jail.
2. Sale and payment of bonds.
CAMDEN, GLYNN AND EFFINGHAM COUNTIES. (No. 41.)
3. Tax on dogs and guns authorized.
4. Owners of plantations to make returns.
DECATUR CO.. (Nos. 42, 43.
5. Payment of Jurors.
6. By extra tax.
7. Issue of bonds for building bridge.
8. Tax for payment.
9. Right of way, damages.
10. Rates of toll.
11. Amount and sale of bonds.
ECHOLS CO.. (No. 44.)
12. Extra tax for building bridge legalized.

LOWNDES CO., (No. 45, 46.)
13. Issue of bonds for building Court House and Jail.
14. Signing and registering.
15. Coupons receivable for county dues.
16. Tax for payment of bonds.
17. Issue of scrip legalized.
RANDOLPH CO.. (No. 47.)
18. Tax for 1866 legalized.
RICHMOND CO.. (No. 48.)
19. Extra tax for county purposes.
THOMAS AND MITCHELL COS.. (No. 49.]
20. Issue of bonds for taking railroad stock.
21. Legal voters to consent to subscription.

### (No. 40.)

*An Act to authorize the Inferior Court of Bibb county to issue their bonds for the purpose of raising funds to build a new Court House and Jail.*

1. SECTION I. *The General Assembly of the State of Georgia do enact,* That the Inferior Court of Bibb county shall have power and authority to issue their bonds in such sums as they may deem proper, and having not longer than ten years to run, bearing seven per cent. interest; such bonds to amount, in the aggregate, to not more than fifty thousand dollars, for the purpose of raising funds to build a new Court House and Jail for the county of Bibb. *Amount of bonds.*

2. SEC. II. The bonds authorized by this act shall be approved and signed by all the Justices of the Inferior Court in their official capacity, and may be sold in the market or at public outcry, as the Inferior Court may direct; at any rate not less than ninety per cent. of their nominal value, and when so issued and sold shall be valid and binding on the county of Bibb, and for the payment of which, and the interest thereon, the Inferior Court shall provide by taxation. *How sold. Payment, how provided for.*

SEC. III. Repeals conflicting laws.

Assented to 13th of December, 1866.

### (No. 41.)

*An Act to authorize the Justices of the Inferior Courts of Camden, Glynn and Effingham counties to levy a special tax for county purposes, and to regulate the same.*

3. SECTION I. *The General Assembly of the State of Georgia do enact,* That the Justices of the Inferior Courts of Camden, Glynn and Effingham counties be and they are hereby authorized to levy and *Justices of Infr Court authorized to levy tax.*

ATF377

Grand and petit jurors compensated in Decatur county—Decatur county to issue bonds.

collect a tax of two dollars per head on each and every dog over the number of three, and one dollar a piece on every gun or pistol, musket or rifle over the number of three kept or owned on any plantation in the counties aforesaid ; the said tax to be applied to such county purposes as the said courts shall direct.

**Planters required to render full return upon oath.** 4. SEC. II. That the owner of every plantation in said counties shall be required to render, upon oath, a full return of every dog, gun, pistol, musket, or rifle so held or kept as aforesaid, and shall be held responsible for the tax imposed upon them, which tax the said Inferior Courts are hereby authorized and empowered to enforce, as in other cases.

SEC. III. Repeals conflicting laws.

Approved 7th of December, 1866.

### (No. 42.)

*An Act to compensate Grand and Petit Jurors of the Superior, Inferior and County Courts in the county of Decatur, in this State, and to authorize the levy of an extra tax for said purpose.*

**Compensation of Jurors.** 5. SECTION I. *The General Assembly of the State of Georgia do enact,* That from and immediately after the passage of this act Grand and Petit Jurors who may serve in the Superior or County Courts in the county of Decatur shall be entitled to receive for each and every day they may serve as such jurors, two dollars ; *provided* he shall **Proviso.** produce the certificate of the sheriff, countersigned by the presiding Judge or Justice, of the time he has served, which certificate shall be a warrant for the sum allowed, and a voucher to the treasurer of the county for paying the same.

**Inf'r Court may collect Jury tax.** 6. SEC. II. That the Inferior Court of Decatur county is authorized and required to levy and have collected an extra tax, to be styled the "Jury Tax," of sufficient amount to pay all jurors in said county as provided for in the first section of this act.

**Acts shall be of force.** SEC. III. That this act shall be of force immediately after its passage, and all conflicting laws are repealed.

Assented to 12th of December, 1866.

### (No. 43.)

*An Act to authorize the Justices of the Inferior Court of Decatur County to issue Bonds for the payment of erecting a Bridge over Flint River, within the limits of Bainbridge, or for the payment of stock in a corporate company for that purpose.*

**Bonds.** 7. SECTION I. *The General Assembly of the State of Georgia do enact,* That a majority of the Justices of the Inferior Court of Decatur county may issue bonds, payable in two, three, four, five, six, seven, eight, nine and ten years, and if in their judgment it would be better, up to twenty years, with a rate of interest not greater than that rate fixed by law ; which bonds, so issued, shall be signed by

App.260

ATF378

DEX47

§ 491. *Licenses issued by probate judge; contents; rights limited; fee for issuing.*—Upon the payment of such amount to the probate judge, he shall issue the license, which shall set forth the name of the person, firm, company, or corporation, the business which it is proposed to carry on, and the location where it is to be established; or, if a peddler, whether he proposes to travel on foot, on horse, or in a wagon; and such license shall not be transferable, nor shall it entitle the holder thereof to carry on or exercise any other business or profession than the one therein named, nor at any other location than the one therein specified; and the probate judge shall be paid for making out such license a fee of not more than fifty cents by the person receiving the same. (1)

§ 492. *List of licenses granted, and amount of taxes received therefor furnished solicitor for grand jury.*—The probate judge in each county, on the first day of each circuit court, must furnish to the acting solicitor, to be by him laid before the grand jury, a statement in writing showing the licenses granted and the taxes received thereon within the last twelve months preceding such court, to whom and for what such license was granted.

§ 493. *Quarterly list, with money received, certified to auditor; per cent. allowed probate judge.*—In the second week in March, and every three months thereafter, the judge of probate shall forward to the auditor of the state a certified list of all licenses issued by the probate judge, together with the money received by him on such licenses, and shall receive the same per cent. for such services as is allowed by law for receiving and paying out money for the counties.

§ 494. *License for one year; expires December 31; after July first half prices of licenses, and for what required.*—All licenses shall expire on the thirty-first day of December in each year, and shall be for one year, unless the business licensed shall commence after the first of July, in which case the price of the license shall be one-half the amount of a year's license. The prices of licenses shall be as follows, to-wit:

1. *a* For each public race track, at or within five miles of any city or town containing less than five thousand inhabitants, one hundred dollars; at or within five miles of any city or town containing more than five thousand inhabitants, two hundred dollars.

*a* As amended, Feb. 9, 1877, p. 16

2. For retailers of spirituous, vinous or malt liquors, on any steamboat or water craft, one hundred dollars; in any city, town or village of less than one thousand inhabitants, or any other place, fifty dollars; and in any city, town or village of more than one thousand, and less than five thousand inhabitants, one hundred dollars; in any city of over five thousand inhabitants, one hundred and twenty-five dollars.

Any person who sells or disposes of spirituous, vinous or malt liquors, or intoxicating bitters, in any quantity less than one quart shall be deemed a retail dealer; but each retailer of spirituous, vinous or malt liquors, outside the following described boundaries in the city of Mobile, to-wit:

Right bank of Mobile river on the east, Church street on the south, Joachim street on the west, St. Michael street on the north, including those settled on the north side of St. Michael street, on the west side of Joachim, and on the south side of Church street, shall be charged a state license of seventy-five dollars; but dealers in lager beer exclusively shall be charged one-fourth the rates

(1) In absence of licensed principal, clerk may legally carry on business under the license. - 37 Ala. 151.

App.262

ATF380

charged for license for selling ardent spirits; and any person who takes out and pays for a retail license, shall not be required to take out a license as a wholesale dealer; and when a retail license is taken out after the first of January, the price of the license shall be the same as for a license for twelve months.

3. For wholesale dealers in spirituous, vinous or malt liquors, in any place of less than one thousand inhabitants, thirty dollars; in any place of over one thousand and under three thousand inhabitants, fifty dollars; in any city of over three thousand inhabitants, seventy-five dollars; but wholesale dealers living outside of the limits prescribed in preceding section in the city of Mobile, shall be charged fifty dollars.

Any person dealing in said articles who shall sell, barter or exchange, or in any way dispose of or permit to be taken, spirituous, vinous or malt liquors in any quantity less than one quart, or who shall permit the same to be drunk by the glass or single drink in or about his place of business, shall be deemed a retail dealer; and any dealer so disposing of spirituous, vinous or malt liquors, only in quantity of one quart or more, shall be deemed a wholesale dealer; but any person having taken out a license as a retail dealer, is authorized to sell at wholesale without additional license.

4. For compounders and rectifiers of spirituous or vinous liquors, one hundred dollars. Any person who rectifies, purifies, or refines distilled spirits or wines, by any process, or who mixes distilled spirits or wines with any chemicals, or compounds liquors for sale under any name, shall be deemed a compounder and rectifier; but a wholesale dealer, who pays under the preceding paragraph an equal or larger license tax, shall be exempt from this tax.

5. For distillers of spirituous liquors, fifty dollars; but this shall not apply to the distilling of fruits.

6. For brewers, fifteen dollars.

7. For pawn brokers, fifty dollars.

8. For peddlers in a wagon, forty dollars; for peddlers on a horse, twenty dollars; for peddlers on foot, ten dollars. A peddler's license shall entitle him to peddle only in the county where it is taken out; but this shall not apply to any articles produced or manufactured in this state, except as otherwise provided. And it is hereby made the duty of justices of the peace and notaries public in this state to demand of peddlers in their several precincts their licenses; and unless they exhibit the same, or show that they have a right under the law to peddle the articles carried by them without a license, such justices and notaries public must issue warrants for the arrest of such peddlers, returnable to any court in said county having criminal jurisdiction, which warrants may be executed by the sheriff or any constable of the county. (1) *a* But it shall be lawful for any citizen of this state having but one *a* March 8, 1876, arm or one leg, or who labors under any other physical disability *p.* 101. of making a livelihood by labor, to peddle in any county in this state by taking out a license in any one county, the payment of such license tax to be evidenced by the receipt of any judge of probate. Before such person shall engage in peddling he shall obtain a certificate from two regularly practicing physicians, setting forth the character of the disability under which he labors, and that the same is sufficient to bring him within this provision;

(1) Making it misdemeanor to peddle without license constitutional.—51 Ala. 52.

Case 8:23-cv-00223-MSS-NHA     Document 69-4     Filed 11/28/25     Page 29 of 171 PageID 1034

and the certificate shall be a condition precedent to this exemption.*

10. For bowling alleys, for the use of which money or other compensation is charged, twenty-five dollars for each alley.

11. For billiard tables, for the use of which money or any compensation is charged, twenty-five dollars for each table; and this amount for every billiard table on the premises where a bar or drinking saloon is kept, whether its use is charged for or not. (2)

12. For any table on which the game of pool is played, one hundred dollars.

13. For bagatelle or jenny lind tables, fifty dollars; and the same amount for any other table or device of any kind from which any kind of profit is derived to the keeper.

b Amendment, Jan. 22, 1877, p. 12.

14. b For theatres in towns or cities containing more than two thousand inhabitants, $50 00; in towns or cities containing less than two thousand inhabitants, $25 00; but the owners or managers of theatres holding such licenses must issue tickets of admission to all persons whom they admit to their exhibitions, and must thereon assign a particular seat to each such visitor in such part of the theatre as the convenience of the owners or managers may require.

15. For dealers in pistols, bowie-knives and dirk-knives, whether the principal stock in trade or not, fifty dollars.

16. For peddlers of medicines or other articles of like character, twenty-five dollars for each county in which they peddle.

17. For each sewing machine company, selling sewing machines by themselves or their agents, one hundred dollars as a state tax. The payment of this tax to the state, evidenced by the receipt of any probate judge, shall exempt the company from payment of this state tax in any other county; but each county in which the company may have an agent, a license of twenty dollars shall be paid for county purposes.

c Amendment, Feb. 9, 1877, p. 18.

18. c For each exhibition of a circus in towns or cities having more than five thousand inhabitants, one hundred dollars; in all other places, fifty dollars.

19. For each exhibition of a menagerie or museum, twenty dollars.

20. For each exhibition of a side-show accompanying a circus, menagerie or museum, ten dollars.

21. For each exhibition of feats of legerdemain or slight-of-hand, or other exhibition, or entertainments, ten dollars.

22. For concerts, musical entertainments and public lectures, where charges are made for admission and not given for charitable purposes, each entertainment five dollars.

23. For each shooting gallery, twenty-five dollars.

24. For each chicken or cock pit, twenty-five dollars.

§ 495. *Fifty per cent. may be added by county: commissions of probate judge.*—The courts of county commissioners are hereby authorized to add to the price of licenses, for county purposes, such sums as they may designate, not to exceed fifty per cent. on the state licenses, except as herein otherwise provided, and the judge of probate is allowed two and a half per cent. for the collection and payment of the license money to the officer to whom it is to be paid, to be deducted from his said collections.

§ 496. *Retailing on steamboats; licenses posted up, and forfeited*

* Subdivision 9, requiring drummers, commercial travelers or agents, who sell by samples, to pay license tax, repealed December 14, 1876, p. 11.
(2) 49 Ala. 37.

App.264

ATF382

DEX48

ATF383

For Support of State Government 1883-84.

# TITLE II.

## TAXES.

### ACTS.

FOR SUPPORT OF STATE GOVERNMENT 1883–84.

To extend time for returning wild lands and payment of taxes thereon for 1882.
Taxation of railroads by counties and municipal corporations on property not used in their ordinary business.
For taxing rolling stock and personal property of railroads partly in this and partly in other States.
Amending of Act of, September 28th, 1881, as to record of wild land returns, notification to owner, etc.

FOR SUPPORT OF STATE GOVERNMENT 1883-84.

### No. 18

An Act to levy and collect a tax for the support of the State Government and the public institutions; to pay the interest and maturing principal of the public debt and for educational and other purposes herein mentioned for each of the fiscal years eighteen hundred and eighty-three and eighteen hundred and eighty-four.

**Tax for 1883-4.**
**Not to exceed two and one-half tenths of one per cent.**
SECTION I. *Be it enacted by the General Assembly of the State of Georgia,* That the Governor be authorized and empowered, with the assistance of the Comptroller-General, to assess and levy a tax on the taxable property of the State, which will not exceed two and one-half tenths of one per cent. for each of the fiscal years eighteen hundred and eighty-three and eighteen hundred and eighty-four.

**Specific taxes.**
SEC. II. *Be it further enacted by the authority aforesaid,* That in addition to the *ad valorem* tax on real and personal property, as required by the Constitution, and provided for in the preceding section, the following specific taxes shall be levied and collected for each of said fiscal years of eighteen hundred and eighty-three and eighteen hundred and eighty-four:

App.266

ATF384

For Support of State Government 1883-84.

First—Upon every practitioner of law, medicine, or dentistry, ten dollars; and no municipal corportion or county authorities, shall levy any additional tax on said professions, either as license, fee or otherwise. *Practitioners of law, medicine and dentistry.*

Second—Upon every daguerrean, ambrotype, photographic and similar artist, ten dollars. *Daguerrean and similar artists.*

Third—Upon every person carrying on the business of an auctioneer, twenty-five dollars for each county in which they may carry on such business. *Auctioneers.*

Fourth—Upon every keeper of a pool, billiard or bagatelle table, kept for public use (whether in a saloon, barroom, hotel or other public place), twenty-five dollars for each table. *Keepers of pool, billiard and bagatelle tables.*

Fifth—Upon every keeper of any other table, stand or place, or any game or play, with or without a name (unless kept for exercise or amusement, not prohibited by law, and not kept for gain, directly or indirectly), fifty dollars in each county. *Of any other table, stand or place for games.*

Sixth—Upon every keeper of a ten pin alley, or other alley of like character kept for public play, twenty-five dollars for each place of business. *Tenpin and other alleys.*

Seventh—Upon every traveling vendor of patent or proprietary medicines, special nostrums, jewelry, paper, soap or other articles of like character, twenty-five dollars in each county where they may offer such articles for sale; *provided*, this shall not apply to maimed Confederate soldiers, who are now, or may hereafter be licensed, by the ordinaries of the various counties to peddle without license, in conformity with section 534, Code of 1872. *Traveling Vendors of patent medicines, etc.*

Eighth—Upon every person or firm soliciting policies of insurance or otherwise acting as agent of an insurance company, ten dollars in each county in this State in which such firm, person or agent may solicit business, and upon every person or firm soliciting business, or acting as agent for any matrimonial, natal, or nuptial association or company, twenty-five dollars for each company in each county in which such person, firm or agent may solicit business. *Agents of insurance companies. Of matrimonial, natal or nuptial associations.*

Ninth—Upon each emigrant agent, employer or emeployé of such agent doing business in this State, the sum of five hundred dollars for each county in which such business is conducted. *Emigrant agents and their employes.*

Tenth—Upon traveling vendors using boats for the purpose of selling goods on the rivers within the limits of this State, the sum of fifty dollars in each county where they may sell their wares, and said tax shall be a lien on the boat and its contents without regard to ownership thereof. *Traveling Vendors using boats.*

Eleventh—Upon all lightning rod dealers, the sum of twenty-five dollars for each and every county in which they may operate. *Lightning-rod dealers.*

Twelfth—Upon every person or firm who, as agent for resident or non-resident owner, holds or keeps for hire or sale on commission any piano or pianos, or other musical instruments, the sum of twenty-five dollars for each county in which such person or firm does business. *Agents for dealers or owners of musical instruments.*

Thirteenth—Upon each and every male inhabitant in this State, on the first day of April, between the ages of twenty-one and sixty *Poll-tax.*

App.267

ATF385

36                    PART I.—TITLE II.—Taxes.

For Support of State Government 1883–84.

years, a poll tax of one dollar for each of said years 1883 and 1884, which tax shall be for educational purposes.

**Shows and Exhibitions.** Fourteenth—Upon all shows and exhibitions (except such as histrionic, musical, dramatical, operatic and elocutionary), including side-shows accompaying circus companies, twenty-five dollars in each and every city or town of five thousand inhabitants; twenty dollars in city or town of four thousand and under five thousand inhabitants; and fifteen dollars in city or town with less than four thousand inhabitants; said tax so collected shall be for educational purposes.

**Circus Companies.** Fifteenth—Upon every circus company, two hundred dollars each day it may exhibit in the State of Georgia; said tax shall be for educational purposes.

**Liquor dealers.** Sixteenth—Upon all dealers in spirituous or malt liquors and intoxicating bitters, whether dealing in either or all thereof, the sum of twenty-five dollars for each place of business in each county **Proviso.** where same are sold; *provided*, this tax shall not relieve such dealers from any local tax or prohibitory law in reference to the retail of spirituous and intoxicating liquors or intoxicating bitters, nor be required of those who sell by wholesale spirits manufactured of apples, peaches, grapes or other fruits grown on their own lands when sold in quantities not less than five gallons; said tax shall be for educational purposes.

**Sewing Machine Agents and dealers.** Seventeenth—Upon every person acting as the agent, other than the general agent or manager of sewing machine companies, or of wholesale dealers in sewing machines, or of the general agent or manager of sewing machine companies, or any person selling for a retail dealer, or any retail dealer who shall peddle sewing machines, ten dollars in each county where said person may do business as such agent of such sewing machine company, or as the agent of any general agent or manager of sewing machine companies, or as the agent of any wholesale or retail dealer in sewing machines, or such peddler for the purpose of selling single machines to consumers, and not for the purpose of selling to other dealers ex- **Proviso in favor of maimed confederate soldiers.** clusively; *provided*, that this tax of ten dollars shall not apply to maimed Confederate soldiers, who are now or may hereafter be licensed by the ordinaries of the various counties to peddle without license, in conformity with section 534, Code of 1873; *provided, further*, that such maimed soldiers shall peddle said machines in **This tax to be a lien on property of principal.** their own right, and not as agent or employés of another. This tax upon such agents shall operate as a lien upon any property of the person or firm (for whom the agent is doing business) to be found in the State; and before such agent or peddler, being a retail **Record to be made with Ordinary.** dealer, shall be authorized to sell sewing machines as an agent of such sewing machine company, or as the agent of a general agent or manager of sewing machine companies, or as the agent of such wholesale or retail dealer in sewing machines as herein defined, he shall make record of the fact of his being an agent with the ordinary of the county in which he or she proposes to do business, **Penalty for failure.** and upon failure to do so shall be liable to indictment, and on conviction shall be fined in a sum of not less than fifty dollars, nor

App.268

ATF386

more than one hundred dollars, at the discretion of the court trying same, and one-half of such fine shall go to any person who shall report the violation of this law.

Eighteenth—And upon all dealers in pistols, revolvers, dirk or Bowie knives, the sum of twenty-five dollars for each place of business in each county where the same are sold, and said tax shall be for educational purposes. The tax provided by this paragraph shall be assessed against all dealers in the articles herein enumerated, on and after the first day of April, 1883, and such dealer shall not be liable for said tax of twenty-five dollars prior to the first of April, 1883. *Dealers in weapons.*

SEC. III. *Be it further enacted by the authority aforesaid,* That the taxes provided for in paragraphs 1, 2 and 13, shall be returned to the tax receiver in the county of the residence of the person liable for such tax, and shall by the receiver of tax returns be entered upon his digest of taxable property; and that the taxes provided for in paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17 and 18 of section II of this Act, shall be returned and paid to the tax collectors of the counties where such vocations are carried on. *Returns for taxes in certain paragraphs. Of counties where avocations are carried on.*

SEC. IV. *Be it further enacted by the authority aforesaid,* That the taxes provided for in paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17 and 18, of section II of this Act, shall be paid in full for the fiscal years for which they are levied to the tax collectors of the counties where such vocations are carried on at the time of commencing to do business specified in said paragraphs. *Payments of certain taxes.*

SEC. V. *Be it further enacted by the authority aforesaid,* That all foreign and home insurance companies doing business in this State shall pay one per cent. on all premiums in money or otherwise received by them, and in addition to the tax imposed by this Act on the gross receipts of such insurance companies; all such companies doing a brokerage business in this State, such as discounting notes, bills, drafts or exchange, lending money, or in any manner doing a business pertaining to banking or brokerage business, shall be taxed upon the capital so employed in the same manner and at the same rate as other moneyed capital in the hands of *private* individuals is taxed; and every individual or firm engaged in the business of selling or buying farm products for future delivery (commonly called "futures") shall pay a tax of two hundred dollars each per annum; *provided,* that this tax shall not be demanded of any cotton warehouseman, dealer in actual cotton, or any provision broker who takes orders in the regular course of their trade. *Insurance companies. When brokerage business is done. Farm products for future delivery. Proviso.*

SEC. VI. *Be it further enacted by the authority aforesaid,* That the president of all building and loan associations, or associations of like character, shall be required to return to the tax receiver of the county where such associations are located, at its true market value, the stock of such associations owned by the stockholders thereof, upon which, as shown by the books of such associations, no advance has been made on money borrowed thereon by the individual stockholders therein, to be taxed as other money capital in the hands of private individuals is taxed; *provided,* that no tax shall be re- *Building and loan associations. Proviso.*

App.269

ATF387

38                    PART I.—TITLE II.—Taxes.

For Support of State Government 1883-84.

quired of real estate and building associations to be paid upon any portion of its capital which has been loaned or advanced to a shareholder upon real estate, upon which real estate tax is payable by said shareholder.

**Returns to be made by Presidents of manufacturing and other corporations.** Sec. VII. *Be it further enacted by the authority aforesaid,* That the president of all manufacturing and other incorporated companies (or their agents), other than railroad, insurance, telegraph, telephone, express, sleeping and palace car companies shall be required to return all of their property whatever of their respective companies, at its true market value, to the tax receiver of the county where same is located (or where the principal business of each company is located), to be taxed for State and county purposes, as other property in this State is taxed.

**Taxes and returns for express, telegraph, telephone, sleeping and palace car companies.** Sec. VIII. *Be it further enacted by the authority aforesaid,* That all express, telegraph, telephone and sleeping and palace car companies doing business in this State shall pay a tax of one per cent. on their gross receipts, and the superintendent or general agent of each express, telegraph, telephone, sleeping and palace car company doing business in this State shall make a quarterly return, under oath, as follows: on the last day of March, June, September and December of each year to the Comptroller-General, showing an account of their gross receipts during the quarter ending on that day, and said taxes herein levied upon such gross receipts, as shown by said quarterly returns, shall be paid by the respective companies to the Comptroller-General at the time of making said return.

**Sewing machine companies and wholesale dealers.** Sec. IX *Be it further enacted,* That each sewing machine company, home or foreign, selling or dealing in sewing machines, of home or foreign manufacture, by itself or its agents, in this State, and all wholesale dealers in sewing machines selling sewing machines of home or foreign manufacture to other wholesale or retail dealers shall pay the sum of two hundred dollars for each fiscal year or fractional part thereof to the Comptroller-General at the time of commencement of business for each fiscal year or fractional part thereof, and all sewing machines belonging to such companies, dealers or their agents, in possession of such companies, dealers, their agents or others, shall be liable to seizure and sale for the payment of such tax. **Not liable for local taxes.** This tax shall be for the whole State, and such companies, their general agents and wholesale dealears, shall not be liable for any county tax or license fees by the counties for selling sewing machines **Tax to be paid for each company.** therein. In cases where wholesale dealers sell sewing machines manufactured by different companies, such dealers shall pay the tax above provided for separately for each company whose manufacture of machines may be sold by such dealers. Any person who, after the first day of April, 1883, shall violate the provisions of this section shall be liable to indictment, and on conviction shall be fined in a sum of not more than two hundred and fifty dollars and not less than fifty dollars, in the discretion of the court trying the same, and one-half of such fine shall be paid to any person who may report the violation of the provisions of this section.

Sec. X. *Be it further enacted by the authority aforesaid,* That each iron safe company selling or dealing in new iron safes, by itself or

App.270

ATF388

PART I.—TITLE II.—Taxes.                    39

For Support of State Government 1883–84.

agent, and all dealers in iron safes selling or dealing in new iron *Iron safe companies and dealers in iron safes.* safes, and any individual or company making a regular business in dealing in or selling second hand iron safes in this State, shall pay to the Comptroller-General two hundred dollars at the time of commencement of business for each fiscal year or fractional part thereof, and all safes belonging to such companies, dealers or their agents, in possession of such companies, dealers, their agents or others, shall be liable to seizure and sale for payment of such tax.

Sec. XI. *Be it further enacted by the authority aforesaid,* That no tax *Banks and Banking Associations.* shall be assessed upon the capital of banks or banking associations organized under the authority of this State, or of the United States, and located in this State, but the shares of the stockholders of such banks or banking associations, whether resident or non-resident owners, shall be taxed in the county where such banks or banking associations, whether resident or non-resident owners, shall be taxed in the county where such banks or banking associations are located, and not elsewhere, at the same rate provided in this Act for the taxation of moneyed capital in the hands of private individuals; *pro- Proviso. vided,* that nothing in this section contained shall be construed to relieve such banks or banking associations from the tax on property owned by them as provided in section 7 of this Act.

Sec. XII. *Be it further enacted by the authority aforesaid,* That the *Returns and payment of tax on railroad companies.* presidents of all railroad companies doing business in this State shall make return to the Comptroller-General as now provided by law for the taxation of the property or gross receipts or net income of railroads, and shall pay to the Comptroller-General the tax to which such property or gross receipts or net income may be subject, according to the provisions of this Act and the laws now in force *Penalty for failure to return and pay tax.* relating to tax on railroads; and on failure to make returns or refusal to pay tax, said companies shall be liable to all the penalties now provided by law.

Sec. XIII. *Be it further enacted by the authority aforesaid,* That the *Returns for corporations to be made to Comptroller General, except such as are to be made to tax receivers.* president or principal agents of all incorporated companies herein mentioned, except such as are required to make return to the tax receivers of the counties, shall make returns to the Comptroller-General, under the rules and regulations provided by law for such returns, and subject to the same penalties and modes of procedure for the enforcement of taxes from companies or persons required by law to make returns to the Comptroller-General.

Sec. XIV. *Be it further enacted by the authority aforesaid,* That the *Oath to be taken in making returns.* oath to be administered to all persons making returns of their taxable property shall be in the following words: "You do solemnly swear that you will true answers make to all lawful questions which I may put to you touching the return you are about to make; and that you will make a true return of all your cash or moneyed capital, and every other species of property at its true and full market value, on the first day of April, preceding, to the best of your knowledge and belief, so help you God;" and it shall be the duty of the *Duty of officers to make inquiry.* officers receiving such returns to inquire of each and every person taking such oath, touching all his taxable property and the market value of same, and to propound such questions as may be published

App.271

ATF389

To Extend the Time for Returning Wild Lands and Payment of Taxes thereon for 1882.

by the Comptroller-General under the law for the purpose of elicit-
ing full and true returns of the taxable property of this State.

**Power of Comptroller-General as to time for making returns and payment.** SEC. XV. *Be it further enacted by the authority aforesaid*, That the
Comptroller-General is authorized and empowered to order the tax
receivers of this State to commence receiving the returns of taxa-
ble property immediately after the first day of April of the years
1883 and 1884, and the Comptroller-General is empowered and re-
quired to cause the taxes to be collected and paid into the State
Treasury by the twentieth day of December of each of said years
1883 and 1884.

SEC. XVI. *Be it further enacted by the authority aforesaid*, That all
laws and parts of laws in conflict with this Act be, and the same
are hereby repealed.

Approved December 9, 1882.

## TO EXTEND THE TIME FOR RETURNING WILD LANDS AND
PAYMENT OF TAXES THEREON FOR 1882.

### No 38.

An Act to extend the time for returning wild lands for taxation
in this State, and for the payment of taxes due on such lands for
the year 1882, and for other purposes herein mentioned.

**Act of Sep. 28, 1881, requiring returns made and taxes paid in counties where wild lands lie.** WHEREAS, the General Assembly of the State of Georgia passed
an Act, approved September 28, 1881, providing for the return of
wild lands to the receiver of tax returns and the tax thereon to
be paid to the tax collectors of the counties where such lands
are located ; and *whereas*, the said law going into effect before the
provisions of the same were generally known to the owners of such
lands, thereby causing a large number of such owners to be late
in making their returns of such lands to the proper receiver for
taxation, as required by the Act above mentioned ; and *whereas*, in a
number of counties in this State delays have occurred in the
levying of the tax for county purposes, whereby owners or their
agents of such lands in such counties have been unable to ascertain
the amount of tax due for the present year and to pay the same
to the tax collector in the time prescribed by law : therefore,

**Time extended for returning wild lands. Tax receivers to receive returns of wild land for 1882 and retained in their county showing returns of such lands for the year report same to Comptroller-General.** SECTION I. *Be it enacted by the General Assembly of Georgia*, That
the time for returning wild lands in this State for the year 1882 be
extended until the first day of February, 1883, and the receivers of
the several counties are hereby empowered and required to receive
such returns as may be made of such lands as provided by said Act
of September 28, 1881, and to enter same upon wild land digest
retained in their county showing returns of such lands for the year
1882, and when such returns as may be made under provision of this
Act are received by them, they shall forward a copy of same to the
Comptroller-General so that he may enter the same on the digest

App.272

ATF390

DEX49

ATF391

129

the purposes named be changed, and all transfers of funds from one account to another are hereby expressly prohibited.

SEC. 3. That section thirty-nine hundred and fifty-eight of the revised statutes of Ohio, and section thirty-nine hundred and fifty-nine of said revised statutes, as amended by an act entitled "an act to amend section thirty-nine hundred and fifty-nine of the revised statutes of Ohio," passed April 7, 1882, be amended so as to read as follows:

Section 3958. Each board of education, except in cities of the first grade of the first class, shall annually, at a regular or special meeting to be held between the third Monday in April and the first Monday in June, determine by estimate as nearly as practicable the entire amount of money necessary to be levied as a contingent fund, for the continuance of the school or schools of the district after the state funds are exhausted, to purchase sites for school-houses, to erect, purchase, lease, repair and furnish school-houses, and build additions thereto, and for other school expenses. *Board of education to make estimates of amount necessary for continuance of schools, etc.*

Section 3959. . Such estimate and levy shall not exceed in cities of the first class, second grade, five mills; and in all other districts, except in cities of the first grade of the first class, seven mills on each dollar of valuation of taxable property; provided, however, that nothing in this section shall be construed as impairing the power of any municipality therein mentioned to make any levy heretofore authorized additional to that allowed by law at the time of such authorization. *Amount of levy.*

SEC. 4. That said section 2689, as amended April 16, 1881, and original section 3958, and said act entitled "an act to amend section 3959 of the revised statutes of Ohio," passed April 7, 1882, be and the same are hereby repealed.

SEC. 5. This act shall take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.

---

[House Bill No. 275.]

## AN ACT

To provide a license on trades, business and professions carried on in cities of the first grade of the first class, and providing for the enforcement and collection of fines and penalties for carrying on business without license, and for other purposes.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That in cities of the first grade of the first class, no person shall be engaged in any trade, business, or profession hereinafter mentioned, until he or she shall have obtained a license therefor, as hereinafter provided. *License in certain cities.*

9

App.274

ATF392

130

**Penalty.**

Sec. 2. Any person who shall violate any of the provisions of this act, shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than one thousand (1000) dollars, nor less than fifty (50) dollars, or by imprisonment for not more than six months, or by both.

**License not transferable unless by permission of comptroller.**

Sec. 3. No license granted or issued under any of the provisions of this act, shall be in any manner assignable or transferable, or shall authorize any person other than is therein mentioned or named to do business, or shall authorize any other business than is therein mentioned or named to be done or transacted, or the business therein named or mentioned to be done or transacted at any place other than is therein mentioned or named, without permission from the comptroller of said city indorsed thereon.

The comptroller shall, at the time of granting such permission, immediately record such change or transfer upon the proper registry.

**Form of license.**

A license for any business conducted at any particular or fixed locality, shall authorize the transaction of such business by an individual, a firm, or a corporation.

Every such license shall specify, by name, the person, firm, or corporation to whom or which it shall be issued, and shall designate the particular place at which the business shall be carried on.

**License heretofore issued shall be valid.**

Sec. 4. All licenses heretofore issued by the mayor or other duly authorized officer, and now unexpired, shall be valid until the time for which they were granted shall expire.

**Sworn statement to be rendered in certain cases.**

Sec. 5. In all cases where the amount of license to be paid by any person, firm, or corporation is based upon or regulated by the amount of sales effected or business transacted, such person, firm, or corporation shall render a sworn statement to the comptroller, of the total amount of sales made or business done by them, respectively, during the six months preceding the application for a license, which statement shall determine the amount for which such license shall be issued.

**Evidence of liability.**

Sec. 6. Upon the trial of any criminal action brought under or arising from any provision or provisions of this act, the fact that the party thereto represented himself or herself as engaged in any business or occupation, for the transaction of which a license is by this act required, or that such party exhibited a sign indicating such business or calling, shall be conclusive evidence of the liability of such party to pay a license.

**License to be exhibited.**

Sec. 7. Every person having a license under the provisions of this act, shall exhibit the same at all times while in force, in some conspicuous part of his or her place of business, and shall produce the same when applying for a renewal, or when requested to produce it by any municipal officer, or by any member of the police department.

Every peddler, while engaged in peddling, shall carry his

App.275

ATF393

**131**

or her license, and shall exhibit the same, if requested by any municipal officer.

SEC. 8. All licenses, excepting to places of amusement, entertainment, performances, or exhibitions, shall date from the first day of January or July of each year, and shall be issued for one year from either of the aforesaid dates. All licenses for theaters, concert-halls, places of amusement, entertainments, performances, or exhibitions, may be issued for the period of one year, or for any shorter time. *(Date and term of license.)*

SEC. 9. All licenses which shall become due on the first day of January or July, shall be considered delinquent if not paid within fifteen (15) days thereafter; or, for every month or fraction of a month a license shall remain delinquent, after the fifteen days allowed from the first day of January or July, as aforesaid, there shall be added to the whole amount of such license a penalty of two per cent., which shall be collected in the same manner as the license. *(When due. Penalty for delinquency.)*

But the addition, if any, penalty to a license, shall not exempt the person from whom said license may be collectible from any penalty to which he or she may be liable for violating any of the provisions of this act.

SEC. 10. If, at any time, it shall be made to appear to the satisfaction of the mayor, that any licensed person has violated any of the provisions of this act, then the said mayor shall revoke his or her license, and such licensed person shall cease to have any authority thereunder. *(License may be revoked.)*

SEC. 11. In all cases where the rates of license depend upon the receipts or profits of the business, or upon the amount of business done, or upon the number of vehicles used, or upon any other matter peculiarly within the knowledge of the applicant for the license, such applicant may be examined in regard to such matters, and may be required to subscribe to a sworn statement or affidavit, that he has, to the best of his knowledge and belief, truly answered all questions touching the amount of license for which he or she applies or is liable. And if any person applying for license shall make any false statement in regard to his or her business, with intent thereby to procure a license at less rates than those provided in this act, he or she shall be deemed guilty of misdemeanor, and upon conviction thereof, shall be punished as provided in section 2 of this act, and may be adjudged also to forfeit his license. *(Proceedings when license depends upon receipts.)*

SEC. 12. The conviction and punishment of any person for transacting any business without a license, shall not excuse or exempt such person from the payment of any license, due or unpaid at the time of such conviction. *(Conviction not to exempt.)*

*Dance-houses and Ball-rooms.*

SEC. 13. Keepers of public dance-houses or ball-rooms shall pay a license fee of three hundred (300) dollars per annum, or ten (10) dollars per night; provided, however, that no license shall be issued without the consent of the mayor.

App.276

ATF394

132

### Scavengers.

Sec. 14. Every person, company, or corporation who shall empty, clean, or remove the contents of any privy-vault, or in any manner engage in the business of scavenger, shall pay a license fee of twenty-five (25) dollars per annum.

### Intelligence Offices.

Sec. 15. Each keeper of an intelligence office, or employment office, shall pay a license of fifty (50) dollars per annum; provided, however, that no license shall be issued without the consent of the mayor.

### Pawnbrokers.

Sec. 16. Each keeper of a pawnbroker's or loan office shall pay a license fee of two hundred and fifty (250) dollars per annum.

### Billiard and Pool-tables.

Sec. 17. Each proprietor of a billiard or pool-table shall pay a license of twenty-five (25) dollars for one such table, and fifteen (15) dollars for each additional table, per annum.

### Bowling-Alleys.

Sec. 18. Each proprietor of a bowling-alley shall pay a license fee of twenty-five (25) dollars for one alley, and fifteen (15) dollars for each additional alley, per annum.

### Peddlers.

Sec. 19. Peddlers or hawkers of produce or goods from vehicles drawn by animal power, shall pay a license of twenty-five (25) dollars per annum, and those selling goods from vehicles drawn by hand or carried, shall pay a license fee of fifteen (15) dollars per annum. Peddlers or hawkers of meat, fish, game, poultry, oysters, vegetables, fruit, candies, groceries, produce and dairy products, from stands, shall pay a license fee of fifteen (15) dollars per annum; provided, that any person selling produce of his own raising, shall not be liable for license for selling the same.

### Circuses and Menageries.

Sec. 20. For each circus or menagerie, the owner thereof shall pay license fees as follows:

For the first day, one hundred (100) dollars; for each succeeding day, seventy-five (75) dollars.

For each side-show, concert, musical or minstrel entertainment, or exhibition of monsters or freaks of nature, twenty-five (25) dollars for the first day, and fifteen (15) dollars for each additional day; provided, however, that no license shall be issued without the consent of the mayor.

ATF395

133

*Sewerage.*

SEC. 21.  No connection shall be made with any sewer or drain without the payment of a license fee of five (5) dollars, and an agreement, in writing, of the person applying therefor, that he will indemnify and save harmless such cities from all loss or damage that may be occasioned in any wise by accident or the want of care or skill on his part in the prosecution of such work, or that may be occasioned by reason of any opening by him made or caused to be made in any street, lane, avenue, market-place or common, in the making of any connection with any public or private sewer as aforesaid; and further, that he will promptly at the proper time replace and restore the street over such opening to as good condition as he found it previous to opening the same; provided, that no license shall be issued, except by the consent of the board of public works.

*Theaters, Concert-halls, etc.*

SEC. 22.  Every proprietor or lessee of any theater, concert-hall, or any place of amusement, entertainment, or exhibition, shall pay license, according to their seating capacity—one seat is twenty inches—as follows:

*First*—Those seating nine hundred and seventy-five (975) persons or more, shall pay a license, if issued for one year, of three hundred (300) dollars; if for three months, one hundred (100) dollars; if for one month, fifty (50) dollars; if for one day, five (5) dollars.

*Second*—Those seating less than nine hundred and seventy-five (975) persons, shall pay a license, if issued for one year, of two hundred (200) dollars; if for three months, seventy-five (75) dollars; if for one month, forty (40) dollars; if for one day, five (5) dollars; provided, however, that no license shall be issued without consent of the mayor.

*Hotels, Boarding-houses, Lodging-houses, Restaurants, etc.*

SEC. 23.  All keepers of hotels, boarding-houses, lodging-houses, dining-saloons, restaurants, ice-cream saloons, or places of amusement, shall pay an annual license fee as follows:

Those whose gross receipts are over one million (1,000,000) dollars per annum, five hundred (500) dollars.

Those whose gross receipts are over six hundred thousand (600,000) dollars per annum, and less than one million (1,000,000) dollars per annum, three hundred and fifty (350) dollars.

Those whose gross receipts are over three hundred thousand (300,000) and less than six hundred thousand (600,000) dollars per annum, two hundred and fifty (250) dollars.

Those whose gross receipts are over two hundred thousand (200,000) and less than three hundred thousand (300,000) dollars per annum, one hundred and fifty (150) dollars.

Those whose gross receipts are over one hundred thousand

134

(100,000) and less than two hundred thousand (200,000) dollars per annum, one hundred (100) dollars.

Those whose gross receipts are over sixty thousand (60,000) and less than one hundred thousand (100,000) dollars per annum, seventy-five (75) dollars.

Those whose gross receipts are more than twenty-five thousand (25,000) and less than sixty thousand (60,000) dollars per annum, fifty (50) dollars.

Those whose gross receipts are more than five thousand (5,000) and less than twenty-five thousand (25,000) dollars per annum, twenty-five (25) dollars.

Those whose gross receipts are more than three thousand (3,000) dollars per annum and under five thousand (5,000) dollars per annum, ten (10) dollars.

### Vendors of Gunpowder, and Shooting-galleries.

SEC. 24.  All vendors of gunpowder shall pay a license fee of fifteen (15) dollars per annum.

All keepers or owners of gunpowder magazines shall pay a license fee of one hundred (100) dollars per annum.

SEC. 25.  All keepers of shooting-galleries shall pay a license fee of thirty (30) dollars per annum, exclusive of the license fee for gunpowder.

### Livery and Sale-stables.

SEC. 26.  All keepers or owners of livery, sale, or boarding-stables, shall pay licenses as follows :

For those whose gross receipts for the hiring, boarding, and sales of horses and carriages amount to more than fifteen thousand (15,000) dollars per annum, twenty-five (25) dollars per annum.

For those whose gross receipts amount to less than fifteen thousand (15,000) dollars per annum, fifteen (15) dollars per annum.

### Dancing and Riding-schools.

SEC. 27.  Keepers of dancing and riding-academies or schools, whose gross receipts are less than six thousand (6,000) dollars per annum, shall pay a license fee of fifty (50) dollars per annum ; and those whose gross receipts are more than six thousand (6,000) dollars per annum, shall pay a license fee of seventy-five (75) dollars per annum.

### Building Permits.

SEC. 28.  Each applicant for the use of streets or other spaces belonging to the city, for the purpose of depositing building material thereon, shall pay license fees for each permit as follows :

For the use of twenty feet, or less, one (1) dollar.

For the use of more than twenty and less than forty feet, two (2) dollars.

For the use of more than forty feet, and less than seventy-five feet, four (4) dollars.

ATF397

135

For the use of more than seventy-five feet, and less than
one hundred feet, five (5) dollars.

For one hundred feet and over, ten (10) dollars.

Provided, that no license shall be issued except by the
consent of the board of public works.

### Hacks and Vehicles.

SEC. 29.   The owners of all vehicles used upon the streets
of the city, shall pay annual license fees as follows :

For each buggy or sulky, three (3) dollars.

For each cab or hack, five (5) dollars.

For each one-horse private carriage, three (3) dollars.

For each two-horse private carriage, five (5) dollars.

For each hotel coach or carriage, ten (10) dollars.

For each one-horse cart, three (3) dollars.

For each one-horse dray or truck, five (5) dollars.

For each furniture car, ten (10) dollars.

For each baggage wagon, ten (10) dollars.

For each two-horse omnibus, ten (10) dollars.

For each four-horse omnibus, fifteen (15) dollars.

For each six-horse omnibus, twenty-five (25) dollars.

For each two-horse wagon used for hauling boilers, en-
gines, safes, stone, brick, lumber, logs, or merchandise, fifteen
(15) dollars.

For each four-horse wagon, used as above, twenty-five (25)
dollars.

For each wagon not before mentioned, drawn by one horse,
three (3) dollars.

Drawn by two horses, ten (10) dollars.

Drawn by three horses, fifteen (15) dollars.

Drawn by four horses, twenty (20) dollars.

Drawn by six horses, twenty-five (25) dollars; provided,
that none of the provisions of this act shall be held to apply
to farmers marketing the products of their own farms, ex-
cept when engaged in huckstering.

SEC. 30.   Keepers of race-courses and ball-grounds, and
persons engaged in public exhibitions therein, shall pay a
license fee as follows:

For each exhibition not continuing for more than one day,
and for each day of any exhibition, five (5) dollars; pro-
vided, that the keeper of any race-course or ball-grounds, by
payment of one hundred (100) dollars, may procure therefor
a license for the period of six months, or any portion thereof,
which license shall exempt from further license all persons
engaged in any exhibition at or upon such race-course or
ball-grounds; but no such license shall be granted unless
applied for and paid for at least six hours previous to the
opening of the exhibition intended to be included within
the license.

### Dogs.

SEC. 31.   The license tax on every dog shall be two (2)
dollars per annum; provided, whenever a dog-check issued

136

by the comptroller has been lost, taken, or stolen by parties unknown to the owner of such dog, he may, on payment of fifty (50) cents, and on making and subscribing to an affidavit, receive from the comptroller a duplicate dog-check for the remaining portion of the then current year.

SEC. 32.   Storage of petroleum, or the product of petroleum, shall be subject to such rules or regulations as are, or may be adopted by the city council, and shall pay a license fee of fifty (50) dollars per annum ; provided, that no license shall be issued without the consent of the fire commissioners.

SEC. 33.   Street musicians shall pay a license of twenty-five (25) dollars per annum for each instrument used, but no license shall be issued except by the consent of the mayor.

SEC. 34.   Bill-posters, advertising sign-painters, and street-car advertisers, shall pay a license of twenty-five (25) dollars per annum.

### Second-hand Articles and Junk-dealers.

SEC. 35.   Every dealer in second-hand articles and keepers of junk-shops, shall pay a license of fifty (50) dollars per annum.

### Astrologers, Fortune-tellers, Seers, Mediums, etc.

SEC. 36.   Astrologers, fortune-tellers, clairvoyants, mediums, seers, etc., shall pay a license of three hundred (300) dollars per annum.

SEC. 37.   Auctioneers shall pay a license as follows :

*First* —Those whose sales amount to one million (1,000,000) dollars and over, per annum, seven hundred and fifty (750) dollars per annum.

*Second*—Those whose sales amount to six hundred thousand (600,000) dollars, and less than one million (1,000,000) dollars per annum, five hundred (500) dollars per annum.

*Third* —Those whose sales amount to three hundred thousand (300,000) dollars, and less than six hundred thousand (600,000) dollars per annum, two hundred and fifty (250) dollars per annum.

*Fourth*—Those whose sales amount to one hundred and fifty thousand (150,000) and less than three hundred thousand (300,000) dollars per annum, one hundred (100) dollars per annum.

*Fifth*—Those whose sales amount to seventy-five thousand (75,000) and less than one hundred and fifty thousand (150,-000) dollars per annum, fifty (50) dollars per annum.

*Sixth*—Those whose sales amount to less than seventy-five thousand (75,000) dollars per annum, twenty-five (25) dollars per annum.

Moneys received from license ; how distributed.
SEC. 38.   All moneys received for license from vehicles of all descriptions, shall be placed to the credit of the street repairing fund.

All other moneys received for licenses issued under this act, shall be placed to the credit of the general fund.

App.281

ATF399

137

SEC. 39.   All moneys due or to become due and payable to
the comptroller for the improvement of streets, and the
occupation of stalls and benches, and all moneys due or to
become due and payable to the mayor for street-car licenses,
or for percentage of gross earnings, shall be paid to the city
treasurer, upon the certificate of the comptroller stating the
amount of money required by law to be paid therefor; said
certificate shall be delivered to the city treasurer, who shall,
upon the receipt of the money stated therein, give a certifi-
cate of payment stating the amount of money paid; said
certificate of payment shall be presented to the comptroller,
who thereupon shall issue his receipt, retaining the treas-
urer's certificate of payment as his voucher therefor.

SEC. 40.   It shall be the duty of the comptroller or his dep-
uties, in connection with the mayor and the police, to enforce
the payment of licenses, to examine places of business and
persons liable to pay licenses, and to see that such licenses
are taken out, and that no other business than that described
in the license is carried on or transacted by the party and
at the place named in the license.

SEC. 41.   Every person engaged in any trade, occupation,
or profession for which a license is imposed by this act, shall,
at the time of procuring the same, make application to the
comptroller, and shall state under oath or affirmation such
facts as may be applicable to said license.   The comptroller
shall then issue to the applicant a certificate stating the
particular kind of license for which application has been
made, and the amount of money required by law to be paid
therefor.   Said certificate shall be delivered to the city treas-
urer, who shall, upon receipt of the sum of money stated
therein, give a certificate of payment stating the amount of
money paid.   Said certificate of payment shall be presented
to the comptroller, who thereupon shall issue said license;
and on all moneys paid in for licenses said comptroller shall
receive a commission of five (5) per cent. on an amount not
to exceed eighty thousand (80,000) dollars.

SEC. 42.   The comptroller shall sign, issue, and keep a
record of licenses, in books to be prepared for that purpose,
as follows:

*First*—A book to be designated a "License Cash Book," in
which entries shall be made under appropriate headings,
showing the receipts each day; the names of parties receiv-
ing license; their residence or place of business; the num-
ber and class of license issued; the amount received for each
license, and the period of time for which each license is
issued, with reference to the number and page of the ledger
(hereinafter provided for) wherein the same is entered.

*Second*—A book to be designated as "License Ledger," in
which entries of all moneys received for licenses shall be
posted from the cash-book.   In said ledger shall be entered,
in alphabetical order, under appropriate headings, the names
of parties to whom licenses have been issued, their residence,
or place of business, the period for which licenses have been

*Marginal notes:*

Certain moneys to be paid to city treasurer.

Duties of comptroller, mayor and police.

How license obtained.

Perquisites of comptroller.

Records to be kept by comptroller.

App.282

ATF400

138

issued, amount received for each license, and the date of payment.

*Third*—He shall also keep such other book or books, as shall, in his judgment, be necessary, and all of the books hereinbefore provided to be kept, shall have such additional entries made in them, respectively, as may be required; and he is hereby authorized to employ such assistants as shall, in his judgment, be necessary to enforce the provisions of this act, who shall be paid, together with all charges for books hereinbefore provided, from the five (5) per cent. allowance by this act to the comptroller from his license collections.

**Police to enforce provisions of this act.**

SEC. 43.  It shall be the duty of all police or other officers clothed with police powers, to enforce the provisions of this act.

SEC. 44.  All acts and parts of acts, ordinances and parts of ordinances, conflicting with any of the provisions of this act, be and the same are hereby repealed, as to cities of the first grade of the first-class.

SEC. 45.  This act shall take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.

———

[Senate Bill No. 224.]

AN ACT

To amend section 5018 of the revised statutes of Ohio.

SECTION 1.  *Be it enacted by the General Assembly of the State of Ohio,* That section fifty hundred and eighteen of the revised statutes of Ohio be so amended as to read as follows:

**When plaintiff in execution or attachment may be substituted for officer.**

Section 5018.  In an action against an officer for the recovery of property taken under an execution, or attachment, the court may, upon application of the defendant, or of the party in whose favor the execution, or attachment, issued, permit the latter to be substituted as the defendant in such action, security for costs having been given, or the court may order such substitution to be made on application of the officer.

SEC. 2.  This act to take effect and be in force from and after its passage.

O. J. HODGE,
*Speaker of the House of Representatives.*
R. G. RICHARDS,
*President of the Senate.*

Passed April 16, 1883.

App.283

ATF401

DEX50

ATF402

bly Districts, shall constitute the Seventy-eighth Assembly District.

SEC. 80.  The County of San Bernardino shall constitute the Seventy-ninth Assembly District. <sup>Seventy-ninth.</sup>

SEC. 81.  The County of San Diego shall constitute the Eightieth Assembly District. <sup>Eightieth.</sup>

SEC. 82.  Each Assembly District shall elect one member of the Assembly, as follows: A member of the Assembly shall be elected in each Assembly District at the general election, to be held in the year eighteen hundred and eighty-four, and every two years thereafter. <sup>One member to be elected from each District.</sup>

SEC. 83.  Neither Boards of Supervisors, municipal authorities, or any other officer, shall have power to alter the boundaries of any township, ward, election precinct, or other local subdivision of any county, city, or town, so as to change the boundaries of any Assembly District as defined in this Act. <sup>Boundaries, etc., shall not be changed.</sup>

SEC. 84.  All Acts and parts of Acts in conflict with this Act are hereby repealed. <sup>Repeal of conflicting Acts.</sup>

---

## CHAPTER XLVIII.

*An Act to repeal an Act entitled "An Act to amend an Act to regulate the practice of pharmacy in the City and County of San Francisco," passed March 28, A. D. 1872, and passed by the State Legislature February 3, A. D. 1876.*

[Approved March 13, 1883.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows:*

SECTION 1.  An Act entitled an Act to amend an Act entitled an Act to regulate the practice of pharmacy in the City and County of San Francisco, passed February third, eighteen hundred and seventy-six, is hereby repealed. <sup>Repeal of Pharmacy Act.</sup>

SEC. 2.  This Act to take effect immediately after its passage.

---

## CHAPTER XLIX.

*An Act to provide for the organization, incorporation, and government of municipal corporations.*

[Approved March 13, 1883.]

*The People of the State of California, represented in Senate and Assembly, do enact as follows:*

### CHAPTER I.

#### ORGANIZATION OF MUNICIPAL CORPORATIONS.

SECTION 1.  Any portion of a county containing not less than five hundred inhabitants, and not incorporated as a

110                    STATUTES OF CALIFORNIA,

of this chapter; and until the Auditor certifies in writing, signed by his name, that there is sufficient money in the proper fund, and that the authorization can be made without violating the provisions of this chapter, no further proceedings shall be had with such bill. It shall be the duty of the Auditor, with reasonable promptness, to ascertain the facts, and to give the certificate when the facts warrant him in doing so, and not otherwise.

Powers.

SEC. 62. The powers of the Municipal Council, and all other Boards, Commissioners, and officers, are those specially named in this chapter, and they are prohibited from exercising any other.

Enacting clause.

SEC. 63. The enacting clause of ordinances shall be in the following terms: "The Municipal Council of the City and County of ——, or City of ——, (as the case may be), hereby ordains as follows."

Further powers.

SEC. 64. The Municipal Council shall further have power by regulation or ordinance:

Selling and leasing property.

*First*—To provide for the security, custody, and administration of all property of such city, or city and county, and to purchase land required for municipal purposes without any power to sell or incumber the same, or lease any part thereof for more than three years; except, however, that such personal property belonging to the fire, street, or other departments, as they deem unsuited to the uses and purposes for which the same was designed, or so much worn and dilapidated as not to be worth repairing, may be sold or exchanged.

Opening streets.

*Second*—To provide for cases omitted in this chapter, and in conformity with the principles adopted in it, for opening, altering, extending, constructing, repairing, or otherwise improving public streets and highways at the expense of the property benefited thereby, without any recourse in any event upon such city, or city and county, or the public treasury, for any portion of the expense of such work, or any delinquency of the property holders or owners.

Lighting streets.

*Third*—To provide for lighting the streets. But no contract for lighting streets or public buildings shall ever be made for more than one year in duration; nor shall any contract to pay more for gas or other illuminating material than is legally charged to ordinary consumers, or than the usual market rates, be valid.

To provide water.

*Fourth*—To provide water for all municipal purposes, and to pay for the same where lawful and necessary. In case water is supplied to such city, or city and county, for municipal purposes, any person, corporation, or association holding a valid franchise under the laws of this State to collect water rates for the use of water, then such city, or city and county, when it is lawful and necessary, shall pay the lawful rates, and no more, as established each year for water supplied for other than municipal purposes; and it shall not be lawful to make any special contract with such person, corporation, or association for water so as to vary from the rates fixed by law.

App.302

ATF404

*Fifth*—To regulate market houses and market places.

*Sixth*—To provide for inclosing, improving, and regulating all public grounds of such city, or city and county.

*Seventh*—To prohibit the erection of wooden buildings or structures within any fixed limits where the streets have been established and graded, or ordered to be graded, or to restrict and limit the height of such buildings or structures; to regulate the sale, storage, and use of gunpowder, and to restrict the limits within which may be manufactured or kept giant powder, dynamite, nitro-glycerine, or other explosive or combustible materials and substances, and the maintenance of acid works; and make all useful regulations in relation to the manufacture, storage, and transportation of all such substances, and the maintenance of acid works, slaughter houses, brick burning, tanneries, and all other manufactures and works of every description that may jeopardize the public safety, and to exclude them from the city, or city and county, when necessary, or to restrict them, or any of them, to a district. To make all necessary regulations for protection against fire, as well as such rules and regulations concerning the erection and use of buildings as may be necessary for the safety of the inhabitants.

*Eighth*—To permit the laying down of railroad tracks and the running of cars thereon along any street, or portion of street, for the sole purpose of excavating and filling in a street, or a portion of a street, or adjoining lots, and for such limited time as may be necessary for the purpose aforesaid, and no longer.

*Ninth*—To determine the fines, forfeitures, and penalties that shall be incurred for the breach of regulations established by the said Municipal Council, and also for a violation of the provisions of this chapter, where no penalty is affixed thereto or provided by law; but no penalty to be imposed shall exceed the amount of one thousand dollars, or six months imprisonment, or both. And every violation of any lawful order or regulation, or ordinances of the Municipal Council, is hereby declared a misdemeanor or public offense, and all prosecutions for the same shall be in the name of the people of the State of California.

*Tenth*—To regulate and provide for the employment of prisoners sentenced to labor on the public works of such city, or city and county, and to maintain and regulate city, or city and county, jails and prisons, with manufacturing or other laboring establishments or appliances connected therewith.

*Eleventh*—To provide a suitable office and jury room, and dead house or morgue, with the furniture necessary to enable the Coroner to efficiently discharge the duties of his office, and to make the necessary appropriation therefor; and to audit and pay for the necessary expenses of maintaining the morgue and offices attached, such sum as may be necessary, not to exceed seventy-five dollars per month, out of the General Fund.

*[marginal notes:]* To regulate markets. Regulating public grounds. Establish fire limits, etc. To permit laying down railroad tracks. Fix penalties. Employment of prisoners. To provide certain offices.

App. 303

ATF405

156 STATUTES OF CALIFORNIA,

for the erection and repair of buildings, and other expenses of the Fire Department. To appropriate a sum not to exceed thirty thousand ($30,000) dollars for the purchase of horses and apparatus for the Fire Department.

**Allowance to disabled member.**

SEC. 152. Whenever a member of the Paid Fire Department of such city, or city and county, shall become disabled by reason of injuries received at any fire, so as to be unable to perform his duties, the Municipal Council, upon the recommendation of the Board of Fire Commissioners, is hereby authorized and empowered to allow said disabled man a sum not exceeding fifty ($50) dollars per month, for not to exceed three (3) months, payable out of the General Fund of such city, or city and county, in the same manner and form as other payments are made out of said fund.

**"Fireman's Charitable Fund."**

SEC. 153. The Municipal Council shall provide, by ordinance, for the payment into a "Fireman's Charitable Fund" of such city, or city and county, of all moneys received for licenses for the storage, manufacture, or sale of gunpowder, blasting powder, gun cotton, fireworks, nitro-glycerine, dualine, or any explosive oils or compounds, or as a municipal tax upon the same; also, all fines collected in the Police Court for violations of fire ordinances. Said fund shall be under the direction and control of and subject to such regulations as may be prescribed by the Board of Fire Commissioners.

**Assistant Foreman and Clerk.**

SEC. 154. The Chief Engineer shall have power to appoint one member of each company to act as Assistant Foreman; also, one member to act as Clerk; said Clerk to receive five ($5) dollars per month extra pay.

**Organization of Board and time of meeting.**

SEC. 155. The Fire Commissioners shall organize said Board immediately upon their appointment, and on the first Monday after the first day of January of each and every year thereafter, by selecting one of their number as President, and they shall meet at least once in each month publicly at their office, to transact the business of said Fire Department; and, in addition to the stated meetings, they shall meet twice in each month for the purpose of investigating charges against officers, members, and employés of said department for violating any of the rules and regulations thereof; and shall hold such intermediate sessions as they shall deem necessary to the proper administration of the Fire Department.

**Eligibility.**

No person shall be eligible to any position in said department who is not a citizen of the United States, or a resident of such city, or city and county, at least two years, nor under twenty-one (21) years of age at the time of his appointment.

**Investigations, how conducted.**

SEC. 156. In all investigations for violation of the rules and regulations of the Fire Department, the President of the Board of Fire Commissioners shall have power to issue subpœnas, and administer oaths, and compel the attendance of witnesses before him by attachment or otherwise. All subpœnas issued by him shall be in such form as he may prescribe, and shall be served by any police officer or by any peace officer of such city, or city and county. Any person who refuses to attend or testify in obedience to such subpœ-

ATF406

or shall fail to qualify by taking the oath of office, as prescribed by law, or to file his official bond, whenever such bond is required, within ten days from the time his election is duly ascertained and declared, his office shall be thereby absolutely vacated, and the City Council shall thereupon fill the vacancy, upon nomination by the Mayor.

Oath of office.

SEC. 306. Every officer provided for in this chapter shall, before entering upon the duties of his office, take and file with the Treasurer the constitutional oath of office; *provided*, that the oath of office of the Treasurer shall be filed with the Mayor.

Salaries.

SEC. 307. The salaries of the officers of such city shall be as follows: Mayor, one thousand dollars per annum; Clerk and Treasurer, two thousand dollars per annum; Assistant to the Clerk and Treasurer, twelve hundred dollars per annum; Clerk of the Police Court, twelve hundred dollars per annum; Clerk to the Police Court, nine hundred dollars per annum; City Attorney, two thousand dollars per annum; Street Superintendent, eighteen hundred dollars per annum; Captain of Police, eighteen hundred dollars per annum; Police Detective, fifteen hundred dollars per annum; School Superintendent, two thousand dollars per annum; Assistant School Superintendent, twelve hundred dollars per annum; Policemen, nine hundred dollars per annum each. The Mayor may appoint a clerk, who shall receive a salary of nine hundred dollars per annum. The salaries of all officers shall be paid in monthly installments, at the end of each and every month of service.

## ARTICLE III.

### LEGISLATIVE DEPARTMENT.

Time of meeting.

SEC. 319. The City Council shall meet on the first Monday after their election, and at such other times as they may, by ordinance, appoint. A majority of the Council shall constitute a quorum for the transaction of business. They shall

Quorum.
Rules.

determine the rules of their proceedings, and judge of the qualification and election of all officers; and shall provide, by ordinance, the method of calling special meetings of the Council. Their sittings shall be public. A journal of their

Journal.

proceedings shall be kept by the Clerk, under their direction; and the ayes and noes shall be taken and entered on the

Powers.

journal at the request of any member. They shall prescribe, by ordinance, the duties of all officers whose duties are not defined in this Act. They shall have the power to raise, by tax, not exceeding one per cent for all purposes (except for the redemption of bonds) on the assessed value of the real and personal property within the limits of such city, moneys for the establishment and support of free common schools, and to provide suitable grounds and buildings therefor, and defraying the ordinary expenses of the city, as well as for paving, planking, or otherwise improving the streets of the city. They shall also have power to pass all proper and necessary ordinances for the regulation and sale of city property, and to give deeds therefor. They shall have power to

open, alter, establish, grade, or otherwise improve and regu-  Powers.
late streets, alleys, and lanes, and the sidewalks upon the
same; to construct and keep in repair bridges, so as not to
interfere with navigation, fences, public places, wharves,
docks, ferries, piers, slips, sewers, and wells, and to make
assessments therefor; to regulate and collect tolls, wharfage,
dockage, and cranage, upon all water craft, and all goods
landed; to make regulations for securing the health, clean-
liness, ornament, peace, and good order of the city; for
preventing and extinguishing fires, and appointing and regu-
lating firemen, policemen, and such other officers as may be
necessary to appoint; for the care and regulation of prisons
and markets; for licensing, taxing, and regulating all such
vehicles, business, and employments, as the public good may
require, and as may not be prohibited by law; to levy a tax
license upon all dogs, or otherwise prevent the same from
running at large in the streets and public grounds of the city;
to regulate and suppress all occupations, houses, places,
amusements, and exhibitions which are against good morals,
or contrary to the public order and decency; for the regu-
lation and location of slaughter houses, markets, stables,
and gas works, and houses for the storage of gunpowder and
other combustible materials, and limit the quantity of com-
bustible or explosive materials to be stored in any one place;
for prohibiting or suppressing the erection of slaughter
houses, or the slaughtering of animals within the limits of
the city, and for prohibiting or suppressing the erection, or
carrying on of any soap or glue factory, tanyard, powder
magazine, or other nuisance within the limits of the city;
and to declare what shall constitute a nuisance; and to
make and enforce within its limits all such local, police,
sanitary, and other regulations as are not in conflict with
general laws; and provide suitable buildings for the man-
agement, good government, and general welfare of the city.
They shall also have power to pass such ordinance or ordi-
nances as may be necessary to prevent animals from run-
ning at large within the limits of the city; to establish a
pound, and appoint a Poundkeeper, and prescribe his duties,
and to provide for the public sale, by the Poundkeeper, of
such animals as may be impounded, in the same way and
upon like notice that personal property is sold by execution
under the laws of this State; *provided*, that the owner or
owners of such property so impounded may reclaim the
same at any time before sale, upon payment of costs and
charges of taking up and impounding; and, within thirty
days after the sale, upon proof of ownership of the property
sold, duly made before the Mayor, and upon payment of
the costs and expenses of impounding and selling, and upon
the payment of the sum of one dollar to the Mayor, as a fee
for the investigation of the question of ownership, and for
his certificate to that effect, such owner or owners may
receive the purchase money arising from such sale or sales.
Penalties for the violation of any and all ordinances shall  Penalties for
be by fine, not exceeding one hundred dollars, and in case  violation of
the fine be not paid, then the person or persons may be  ordinance.

ATF408

226                    STATUTES OF CALIFORNIA,

No addition-   any extra or additional compensation to that in this chapter
al compensa-   expressly authorized to any officer for the rendition of
tion.          services that the City Council have power to require the
               officer to perform by virtue of his office.

Ward            SEC. 611.  In case any such city shall, at the time of its
division.      organization under this Act be divided into wards, such
               divisions shall continue, but the City Council may, at any
               time not within three months previous to an annual city
               election, change the boundaries of such wards, or divide it
               into others, not exceeding six in number; *provided*, that such
               change shall not affect the term of office of any Councilman
               or School Trustee, but they shall serve out their term for
               the ward in which their residence may be; but if more
               reside within any one ward than the proportion to which it
               is entitled, those of the shortest unexpired term shall, by the
               Council, be assigned for such unexpired term to a ward
               where there is a vacancy.  The representation of each ward
               in the City Council shall be as near as may be in proportion
               to its population, but each ward shall have two School
               Trustees.

                            ARTICLE III.

                        LEGISLATIVE DEPARTMENT.

City Council.   SEC. 620.  The Mayor and Councilmen of the several wards
               shall constitute the City Council, and at its first meeting in
               January next after a city election, shall elect a City Clerk,
               City Treasurer, and one of their own body as President of
               the City Council, and at any time when the Mayor and Pres-
               ident are both absent may elect a President pro tem., who
               shall act during such absence.  They shall also, at such time,
               designate the number of policemen for such city, to be elected
               as hereinafter provided.

Meetings.       SEC. 621.  A majority of the Councilmen elect shall con-
               stitute a quorum for the transaction of business.  A less num-
               ber may adjourn from time to time, and they may compel
               the attendance of absent members.  The Council may punish
               their members for disorderly conduct, and upon written
               charges to be entered on their journal, for such conduct,
               after trial, may expel a member by a vote of two thirds of all
               the members elected.  The Mayor shall have a vote only
               in case of a tie in the votes of the other members.  They
               shall determine their rules of proceeding and the qualifica-
               tion of members.  The sittings of the Council shall be open
               to the public, except where the interests of the city shall
               require secrecy.  A journal of all their proceedings shall be
               kept by the Clerk under their direction.  At any time, at
               the request of any two members, the ayes and noes on any
               question shall be taken and entered upon the journal.

Powers of       SEC. 622.  The City Council shall have power and authority
Council.       to make and pass all bylaws, ordinances, orders, and res-
               olutions not repugnant to the Constitution of the United
               States, or of the State of California, or the provisions of this
               charter, necessary for the municipal government and the
               management of the affairs of the city, for the execution
               of the powers vested in said body corporate, and for carrying

App.418

ATF409

into effect the provisions of this chapter; to fix and collect a license tax on and to regulate theaters, melodeons, balls, concerts, dances, and all theatrical, melodeon, circus, or other performances, and all performances where an admission fee is charged, or which may be held in any house or place where wines or liquors are sold to the participators; also all shows, billiard tables, bowling alleys, exhibitions, or amusements; to fix and collect a license tax on and to regulate all **License tax.** taverns, hotels, restaurants, saloons, barrooms, banks, brokers, manufactories, livery stable keepers, express companies, and persons engaged in transmitting letters or packages, railroad, stage, and steamboat companies or owners, whose principal place of business is in such city, or who shall have an agency therein; to license and regulate auctioneers; to license, regulate, tax, prohibit, or suppress all tippling houses, dramshops, saloons, bars, barrooms, raffles, hawkers, peddlers, pawnbrokers, refreshment or coffee stands, booths, or sheds; to prohibit or suppress, or to license and regulate all dance houses, fandango houses, cock fights, dog fights, or any exhibition or show of any animal or animals; to license and tax hackney coaches, cabs, omnibuses, drays, market wagons, and all other vehicles used for hire, and to regulate their stands, and to fix the rates to be charged for the transportation of persons, baggage, and property; and to license or suppress runners for steamboats, railroads, taverns, or hotels; and to fix and collect a license tax upon all occupations and trades, and all and every kind of business authorized by law, not heretofore specified; *and provided*, that in the **Discretion as to amount.** business of selling intoxicating drinks, wines, ales, and beers, in less quantities than one quart, or to be drank on the premises where sold, and on any other business, trade, or calling not provided by law to be licensed for State and county purposes, the amount of license shall be fixed at the discretion of the City Council, as they may deem the interests and good order of the city may require; also to prevent and restrain any riot or riotous assemblage, disturbance of the peace, or disorderly conduct, in any place, house, or street in the city; to prevent, remove, and abate nuisances at the expense of the parties creating, causing, or committing, or maintaining the same; to establish, maintain, and regulate a common pound for estrays, and to appoint a Poundkeeper, who shall be paid out of the fines and fees imposed and collected of the owners of any animals impounded, and from **Nuisances.** no other source; to prevent and regulate the running at large of any and all domestic animals within the city limits, or any parts thereof; and to regulate or prevent the keeping of such animals within any part of the city; to control and regulate slaughter houses, wash houses, laundries, tanneries, forges, and offensive trades, and to provide for their exclusion or removal from the city limits, or from any part thereof; to provide, by regulation, for the prevention and summary removal of all filth and garbage in the streets, sloughs, alleys, back yards, or public grounds of such city, or elsewhere therein; to establish, alter, and repair city prisons, and to provide for the regulation

ATF410

228                    STATUTES OF CALIFORNIA,

of the same, and for the safe keeping of persons committed
thereto; to provide for the care, feeding, and clothing of the
city prisoners; to provide for the formation of a chaingang
for persons convicted of crimes or misdemeanors, and
their proper employment and compulsory working for the
benefit of the city; and also to provide for the arrest and
**Gambling.** compulsory working of vagrants; to prohibit and suppress
all gaming, and all gambling or disorderly houses, and
houses of ill-fame, and all immoral and indecent amusements,
exhibitions, and shows; to establish and regulate markets
and market places; to fix and regulate the speed at which
railroad cars may run within the city limits, or any portion
thereof; to provide for and regulate the commons of the
city; to regulate and prohibit fast driving or riding in
any portion of the city; to regulate or prohibit the loading
or storage of gunpowder and combustible or explosive
materials in the city, or transporting the same through
its streets or over its waters; to have, purchase, hold, use,
and enjoy property of every name or kind whatsoever, and
the same to sell, lease, transfer, mortgage, convey, control, or
improve; to build, erect, or construct houses, buildings, or
structures of any kind needful for the use or purposes of such
**Fire Depart-** city; to establish, continue, regulate, and maintain a fire
**ment.** department for such city, to change or reorganize the same,
and to disband any company or companies of the said de-
partment; also to discontinue and disband said fire depart-
ment, and to create, organize, establish, and maintain a paid
fire department for such city; *provided*, that nothing in this
chapter shall be construed to authorize the said City Coun-
cil to disband or discontinue the fire department of any city
having, at the time of its organization under this Act, a vol-
unteer fire department organized and existing, or to create,
establish, and maintain a paid fire department therein,
without first submitting the proposition of establishing a
paid fire department for such city to the legal voters
thereof, at a general city election, for decision, and not after
such election, unless thereat a majority of all the votes cast
**Exempt** at such election are in favor thereof; and in the event that
**firemen.** any time hereafter the volunteer fire department of such city
shall be disorganized or disbanded, and a paid fire depart-
ment established in its stead, then every person who shall
have been an active fireman for the space of two years next
before the date of such disbanding and establishing, shall
be entitled to and shall receive an exempt fireman's cer-
tificate, and such certificate shall entitle the person to whom
it is issued to all benefits and immunities accorded by the
laws of this State in regard to exempt firemen; to institute
and perfect any and all measures and means for the preven-
tion or extinguishment of fires; to establish fire limits, and
the same to alter at pleasure; to regulate or prevent the erec-
tion of wooden or other buildings or structures of combusti-
ble materials; to regulate the construction of buildings,
sheds, awnings, signs, or any structures of a dangerous or
unsafe character; to adopt, enter into, and carry out means
for securing a supply of water for the use of such city or its

ATF411

DEX51

ATF412

601                              1884–85.

a mortgage upon the real estate upon which the said buildings are to be erected, and upon the buildings so erected, and said mortgage may be signed and executed by the mayor in such manner as the board may direct.

Approved February 17, 1885.

---

No. 337.]               AN ACT               [S. 321½.

To amend an act to prohibit the sale or disposing of spirituous, vinous or malt liquors, or other intoxicating beverages, in the counties of Monroe, Escambia and Pickens on and after January 1st, 1882, approved February 23d, 1881.

SECTION 1. *Be it enacted by the General Assembly of Alabama,* That section one of an act entitled "an act to prohibit the sale or disposing of spirituous, vinous or malt liquors, or other intoxicating beverages, in the counties of Monroe, Escambia and Pickens on and after January 1st, 1882, be so amended as to read as follows: Amendment of prohibitory law in cert'in counties.

SECTION 1. *Be it enacted by the General Assembly of Alabama,* That on and after the passage of this act, it shall be unlawful for any person or persons to sell, keep for sale, or otherwise dispose of, any spirituous, vinous or malt liquors, or other intoxicating bitters or beverages, within the limits of the counties of Monroe and Escambia.

Approved February 17, 1885.

---

No. 338.]               AN ACT               [S. 340.

To amend sections 17 and 20 of an act to amend an act to establish a new charter for the city of Birmingham, approved February 17, 1883.

SECTION 1. *Be it enacted by the General Assembly of Alabama,* That section 17 of an act to amend an act to establish a new charter for the city of Birmingham, approved February 17, 1883, be amended so as to read as follows: Sec. 17. Be it further enacted, That it shall be the To amend act to 'stablish new charter for Birmingham.

duty of the mayor to preside and keep order at the meetings of the board; he shall call special meetings of the board whenever, in his opinion, the interest of the city requires it; he shall keep an office in said city and hear and determine all cases of violations of all by-laws or ordinances, or charter, of said city and punish the offenders in such manner as the board may direct; he shall receive such fees and salary as may be prescribed by the board; and he shall possess within the corporate

**Mayor vested with powers of justice of peace**

limits of said city all the powers and jurisdiction of a justice of the peace in both civil and criminal cases, and shall be subject to all the corresponding duties and liabilities of a justice of the peace; *Provided*, that he shall not be required to take jurisdiction of, try or determine any cause, civil or criminal, as *ex officio* justice of the peace, that has not already come before him as mayor of said city. From any judgment or decision of said mayor,

**Appeal may be taken to city court.**

as such, an appeal may be taken by the defendant to the City Court of Birmingham (the cause to be at issue in said City Court within 30 days from the date of such appeal) upon defendants entering into bond, with good and sufficient security, to appear at the term of the court to which the appeal is taken, and from term to term thereafter until discharged by law; to abide by and perform whatever sentence may be adjudged against him, the bond to be payable to the mayor and aldermen of Birmingham, in such penalty as the mayor may prescribe, and to be approved by him, and such cause shall be placed on the criminal side of the docket, and if the defendant be convicted, the court or jury trying the case may impose fine and imprisonment, one or both, just as the mayor could have done under the ordinance of the city on the trial before him, and if the fine be not paid or imprisonment be imposed, the defendant shall be remanded to the city prison, there to remain until discharged, as provided by the ordinance of said city upon conviction before the mayor. And in case the defendant do not appear at the trial, but make default, then his bond shall be declared forfeited and judgment shall be rendered thereon against the defendant and his sureties as in State cases, except that the judgment shall be in favor of the mayor and aldermen of Birmingham; *Provided*, that such appeal be taken and fully perfected

**Time of appeal**

within five days from the rendition of such judgment by

603                                                    1884–85.

the mayor, and the case shall be tried *de novo*, and it shall
be the duty of the court to speed the trial thereof.    The
mayor shall have jurisdiction of all proceedings by mo-
tion, *scire facias*, or other writs instituted for the collec-
tion of any penal bond payable to said mayor and alder-
men of Birmingham, taken under this act, or under the
ordinances of said city passed in pursuance of this act,
and from his judgment rendered in such proceeding exe-
cution thereon may issue and be enforced as executions
from justices court; the said mayor shall have the right, Authority and
when the good or safety of the city may require it, to powers of the
call upon or demand the aid of the sheriff of Jefferson mayor.
county, und may also require the aid and support of vol-
unteer or militia companies in said city for the protection
of said city ; he may punish any contempt while holding
his court, or while the board is in session, by fine not ex-
ceeding twenty-five dollars, and by imprisonment for not
longer than ten days, one or both ; he shall, at least once
in every six months, make a statement to the board in
writing of the financial condition of the city, which such
statement shall be published in at least one of the papers
published in the city ; he shall have the power to suspend
the marshal, or any policeman, until the next regular May suspend
meeting of the board and report to said meeting the fact marshal.
of such suspension and the cause thereof ; and he shall
do and perform such other and further duties as the board
may require.

SEC. 2.    *Be it further enacted,* That subdivision 25
of section 20 of said act be so amended as to add to the Schedule of li-
schedule of licenses, therein contained, the following vo- censes amend-
cations, with amounts of licenses to be imposed and col- ed.
lected thereon respectively, which such licenses may be
imposed and collected as well for the year 1885 as for
each subsequent year, to-wit : Dealers in cigars and to-
bacco, whether the principal stock in trade or not, each,
$10.00 ; photograph or art galleries, whether in house or
tent, $25.00 ; lumber dealers, each person or firm, $25.00 ;
newsdealers, each person or firm, $10.00 ; fruit stands,
each, $10.00 ; green grocers, each, $25.00 ; marble yards,
each, $20.00 ; architects or superintendents of buildings,
each, $25.00 ; railroad companies, or individuals running
what are commonly known as commissary cars or grab
cars, for each car used in selling goods within the cor-
porate limits, $100.00 ; confectioneries, each, $10.00 ;

App.475

ATF415

dealers in fire-works, pyrotechnics, each, $10.00; dealers
in coal, including those who buy coal and haul it into the
city for sale, $10.00; dealers in brick, each, $10.00;
dealers in wood, including those who buy wood and haul
it into the city for sale, each, $10.00; boot-blacks, each,
$2.50; dealers in pistol cartridges, $5.00.

Approved February 17, 1885.

No. 339.]            AN ACT            [S. 350.

To amend section 24 of an act entitled an act to incorpo-
rate the Mobile Railroad and Harbor Company, ap-
proved December 7, 1867.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That section 24 of an act entitled an act to in-

Act amended.
corporate the Mobile Railroad and Harbor Company, ap-
proved December 7, 1867, be amended so as to read as
follows: That this company shall commence the con-
struction of the harbor and railroad within three years
from the first day of January, 1885, and finish the same
within five years from that date, otherwise this charter
shall be forfeited.

Approved February 17, 1885.

No. 340.]            AN ACT            [S. 366.

To relieve John Holbrook of Hale county from the dis-
abilities of non-age.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That John Holbrook of Hale county, Ala-

Relief of John
Holbrook.
bama, be and he is hereby relieved of all the disabilities of
non-age, and that he be and is hereby authorized to sue
and be sued, contract and be contracted with, to receive
and take possession of his estate and to give receipts and
acquittances therefor, to purchase, mortgage and sell real
and personal property and to do and to perform all things

ATF416

DEX52

ATF417

For Support of State Government 1885-86.

# TITLE II.

## TAXES.

### ACTS.

For support of State Government for 1885-86.
For new Capitol.
Record of tax defaulters.
Correct returns of property for taxation.

## FOR SUPPORT OF STATE GOVERNMENT 1885-86.

### No. 52.

An Act to levy and collect a tax for the support of the State Gov-
ernment and the public institutions; to pay the interest and
maturing principal of the Public Debt, and for educational and
other purposes herein mentioned, for each of the fiscal years
eighteen hundred and eighty-five and eighteen hundred and
eighty-six, and to prescribe what persons, professions and prop-
erty are liable to taxation; to prescribe the method of collecting
said taxes, and to provide penalties and forfeitures for non-pay-
ment of taxes, and for other purposes.

Tax for 1885-6.

SECTION I. *Be it enacted by the General Assembly of the State of Georgia,*
That the Governor be authorized and empowered, with the assist-
ance of the Comptroller General, to assess and levy a tax on the

Three-tenths of one per cent.

taxable property of this State of three-tenths of one per cent. for
each of the fiscal years eighteen hundred and eighty-five and
eighteen hundred and eighty-six.

Specific Taxes.

SEC. II. *Be it further enacted by the authority aforesaid,* That in
addition to the *ad valorem* tax on real and personal property, as re-
quired by the Constitution, and provided for in the preceding sec-
tion, the following specific taxes shall be levied and collected for
each of said fiscal years eighteen hundred and eighty-five and
eighteen hundred and eighty six:

PART I.—TITLE II.—Taxes.                    21

For Support of State Government 1885-86.

*First.*—Upon each and every male inhabitant of the State, on the Poll Tax. first day of April, between the ages of twenty-one and sixty years, a poll tax of one dollar for each of said years 1885 and 1886, which tax shall be for educational purposes; *Provided*, this tax shall not Proviso. be demanded of crippled, maimed and disabled Confederate soldiers, Confederate Soldiers. relieved of such tax under and by authority of an Act approved July 23, 1883.

*Second.*—Upon every practitioner of law, medicine or dentistry, Practitioners of Law, ten dollars, and no municipal corporation or county authorities shall Medicine levy any additional tax on said professions, either as license fee or and Dentistry. otherwise.

*Third.*—Upon every daguerrean, ambrotype, photographic and Daguerrean and similar artist, ten dollars. other artist.

*Fourth.*—Upon every person carrying on the business of auction- Auctioneers. eer, twenty-five dollars for each county in which they may carry on such business.

*Fifth.*—Upon every keeper of a pool, billiard or bagatelle table, Keepers of Pool, Bil- kept for public use, whether in a saloon, bar-room, hotel or other liard or public place, twenty-five dollars for each table. Bagatelle tables.

*Sixth.*—Upon every keeper of any other table, stand, or place for Keepers of other the performance of any game or play, and upon the keeper of any tables and flying horses, or any other game or play (unless kept for exercise games. or amusement, not prohibited by law, and not kept for gain, directly or indirectly), twenty-five dollars in each county.

*Seventh.*—Upon every keeper of a ten-pin alley, or alley of like Ten-pin character, kept for public play, twenty-five dollars for each place of Alleys. business.

*Eighth.*—Upon every traveling vendor of patent or proprietary Traveling Vendors of medicines, special nostrums. jewelry, paper, soap, or other articles Medicines. of like character, twenty-five dollars in each county where they may offer such articles for sale; *Provided*, this shall not apply to Proviso. maimed Confederate soldiers who are now, or may hereafter be, li- Confederate Sol- censed by the Ordinaries of the various counties to peddle without diers. license, in conformity with section 534 of the Code of Georgia of 1882.

*Ninth.*—Upon every person or firm soliciting policies of insur- Agents of Insurance ance, or otherwise acting as agent of an insurance company, ten dol- Compa- lars in each county in this State in which such firm, person or nies. Matri- monial, agent may solicit business; and upon every person or firm soliciting Natal or business, or acting as agent for any matrimonial, natal or nup- Nuptial Associa- tial association or company, twenty-five dollars for each company in tions. each county in the State in which such person, firm or agent may solicit business.

*Tenth.*—Upon each emigrant agent or employer or employee of Emigrant such agent doing business in this State, the sum of five hundred Agents. dollars for each county in which such business is conducted.

*Eleventh.*—Upon every traveling vendor using boats for the pur- Vendors traveling pose of selling goods on the rivers within the limits of this State, in boats. the sum of fifty dollars in each county where they may sell their

App.479

ATF419

22                    PART. I—TITLE II.—Taxes.

**Proviso, Confederate Soldiers.** wares, and said tax shall be a lien on the boat and its contents without regard to ownership thereof ; *Provided,* this shall not apply to maimed Confederate soldiers, who are now, or may hereafter be, licensed by the Ordinaries of the various counties to peddle without license, in conformity with section 534 of the Code of Georgia of 1882.

**Lightning Rod dealers.** *Twelfth.*—Upon all itinerant lightning rod dealers, the sum of twenty-five dollars for each and every county in which they may operate.

**Agents for Pianos and Musical Instruments.** *Thirteenth.*—Upon every person or firm who, as agent for, resident or non-resident owners, holds or keeps for hire or sale any piano or pianos, or other musical instrument, the sum of twenty-five dollars for each county in which such person or firm does business.

**Shows and Exhibitions.** *Fourteenth.*—Upon all shows and exhibitions (except such as histrionic, musical, dramatical, operatic and elocutionary,) including side shows accompanying circus companies, twenty five dollars in each and every city or town of five thousand inhabitants ; twenty dollars in cities or towns of four thousand and under five thousand inhabitants, and fifteen dollars in city or town of less than four thousand inhabitants ; said tax so collected shall be for educational purposes.

**Circus Companies.** *Fifteenth*—Upon every circus company, two hundred dollars each day it may exhibit in the State of Georgia ; said tax shall be for educational purposes.

**Dealers in Liquors.** *Sixteenth.*—Upon all dealers in spirituous or malt liquors, intoxicating bitters, or brandy fruits, whether dealing in either or all thereof, the sum of fifty dollars for each place of business in each county where the same are sold ; *Provided,* this tax shall not relieve such dealers from any local tax or prohibitory law in reference to the retail of spirituous or intoxicating liquors, nor be required of those who sell by wholesale spirits manufactured of apples, peaches, grapes or other fruits grown on their own lands when sold in quantities not less than five gallons ; *Provided,* that nothing in this Act shall be so construed as to levy a tax on domestic wines manufactured from grapes grown on their own lands ; said tax shall be for educational purposes.

**Proviso.**

**Proviso, excepting Domestic Wines.**

**Sewing Machine Agents.** *Seventeenth.*—Upon any person who, as agent of any sewing machine company, or as agent for any dealers in sewing machines, or as a peddler of sewing machines, shall sell sewing machines, ten dollars in each county where said person may do business as such agent or peddler for such sewing machine company, or dealers in sewing machines, for the purpose of selling single machines to consumers, and not for the purpose of selling to other dealers exclusively. The Tax Collector shall issue to such person as pays said tax a license, which the licensee shall keep conspicuously posted at his place of business, or on his peddling vehicle ; *Provided,* that the tax of ten dollars shall not apply to maimed Confederate soldiers who are now, or who may hereafter be, licensed by the Ordinaries of

**License.**

**Proviso, Confederate Soldiers.**

ATF420

Case 8:23-cv-00223-MSS-NHA     Document 69-4     Filed 11/28/25     Page 68 of 171 PageID 1073

For Support of State Government 1885-86.

the various counties to peddle, in conformity with section 534 of the Code of 1882 ; *Provided further.* that such maimed soldier shall peddle such machines in his own right, and not as agent or employee of another. This tax upon such agents shall operate as a lien upon  *Lien.* any property of the person or firm (for whom the agent is doing business) to be found in this State. Before such agent or peddler shall be authorized to sell sewing machines, as agent for any sewing machine company, or as agent for any dealers in sewing machines, he shall make record of the fact of his being such agent or peddler with  *Record of* the Ordinary of the county in which he proposes to do business.  *Agency.* Upon failure to do so, or to post the license as herein required, he  *Penalty.* shall be liable to indictment for a misdemeanor, and on conviction shall be fined in a sum of not less than fifty dollars nor more than one hundred dollars. at the discretion of the court trying the same. One-half of such fine shall go to any person who shall report the violation of this law.

*Eighteenth.*—And upon all dealers in pistols, toy pistols, revolvers.  *Dealers in* pistol or revolver cartridges, dirks or bowie knives, the sum of one  *Pistols, etc.* hundred dollars for each place of business in each county where the same are sold.

*Nineteenth.*—Every individual or firm, or his or their agents, en-  *Dealers in* gaged in the business of selling or buying farm products for future  *Futures.* delivery (commonly called "futures") shall pay a tax of five hundred dollars, each, per annum to the Tax Collector of the county where each business is carried on ; *Provided,* that this tax shall not  *Proviso.* be demanded of any cotton warehouseman, dealer in cotton, or any provision broker who takes orders in the regular course of their trade only for the actual and *bona fide* delivery of cotton and other produce so ordered, and where by the terms of the contract it is not left to the option of the party so ordering, or the party taking such order, to avoid the delivery of the produce or products by paying the difference in the market price of such produce or products at the time of delivery ; *Provided further,* that such cotton warehouse-  *Proviso.* man, dealer in actual cotton, or any provision broker does not carry on the business of buying futures in connection with his or their other business.

*Twentieth.*—On each Iron Safe Company, selling or dealing in new  *Dealers in* iron safes by itself, or agent, and all dealers in iron safes, selling or  *Iron Safes.* dealing in new iron safes, and any individual or company making a regular business of dealing in or selling second-hand iron safes in this State, shall pay to the Tax Collector of each county in which they may do business, the sum of twenty-five dollars at the time of commencement of business for each fiscal year or fractional part thereof, and all safes belonging to such companies, dealers, their  *Lien.* agents or others shall be liable to seizure and sale for payment of such tax.

*Twenty-first.*—Upon all itinerant traders and peddlers in buggies.  *Buggies,* wagons, carts, carriages or like vehicles, the sum of twenty-five  *Wagons,*  *etc.* dollars for each county in which they do business ; *Provided,* that

App.481

ATF421

---

Record of Tax Defaulters.—Correct Returns of Property for Taxation.

---

## RECORD OF TAX DEFAULTERS.

### No. 393.

An Act to require the Tax Collectors of the several counties of this
State to record the names of all persons who have not paid their
State and county taxes in their respective counties; to pre-
scribe how such record shall be kept and how taxes collected from
such persons shall be credited, and for other purposes.

**Record to
be kept of
tax default-
ers.**

SECTION I. *Be it enacted by the General Assembly of the State of Geor-
gia,* That from and after the passage of this Act, it shall be the duty
of the Tax Collectors of the several counties of this State to record
in a book kept for the purpose, in alphabetical order and by militia
districts, the names of all persons who have not paid their taxes,
placing opposite the name of such person the amount he is due
for such tax, said record to be made in a well-bound book, to be fur-
nished at the expense of the county, and the record so required to

**Record to
be filed.**

be made shall be filed by the first day of July of each year with
the court or Board of Commissioners having charge and control
of the county affairs.

**Tax col-
lected after
record
made, how
applied.**

SEC. II. *Be it further enacted,* That when any tax shall be collected
after said record is made, it shall be applied to oldest tax demand
against said person paying the same.

**Pay of tax-
collector.**

SEC. III. *Be it further enacted,* That for the service in making said
record, the Tax Collector shall have the sum of five dollars
for every hundred names so recorded on said book, to be paid out of

**Failure to
discharge
the duty.**

the county treasury, and for his failure to discharge the duties
herein required of him, such Collector shall forfeit one-fourth of his
commissions.

SEC. IV. *Be it further enacted,* That all laws and parts of laws in
conflict with this Act be, and the same are hereby repealed.

Approved October 15, 1885.

---

## CORRECT RETURNS OF PROPERTY FOR TAXATION.

### No. 457.

An Act to provide for the correct returns of the property in this
State for the purpose of taxation, and for other purposes.

**List of
questions
for tax
payers.**

SECTION I. *Be it enacted by the General Assembly of the State of Geor-
gia,* That for the purpose of having a full and correct return of the
real and personal property in this State, it shall be the duty
of the Receiver of Tax Returns to present a list to each tax-payer,
which shall contain the following:

App.486

ATF422

Correct Returns of Property for Taxation.

How many acres of land, except wild lands, do you own, or of how many are you the holder, either as parent, husband, trustee, executor, administrator, or agent? Where is the same located by number, district and section? What is the value thereof?

How many city or town lots, with improvements thereon, and what is the value thereof?

How many shares in the bank of which you are president, and what is the value thereof?

How much capital have you in the bank of which you are president, as a sinking fund, or surplus fund, and not represented in the value of the shares?

How much property, real and personal, does the bank of which you are president own, not used in the banking business, and what is the value thereof?

How much money or capital has the building association, or the building and loan association, of which you are the president, in loans?

How much money on hand? How many notes, or other obligations for money, and the value thereof?

The value of merchandise of all kinds on hand?

The amount of capital invested in shipping and tonnage?

The amount of capital invested in stocks of companies, other than such companies as are required to be returned by the president, or their agents, either to the Tax Receiver or the Comptroller-General?

How much capital invested in bonds, except bonds of the United States and such bonds of this State as are by law exempt from taxation?

How much capital has the manufacturing company of which you are president, or agent, invested in the manufacture of woolen or cotton fabrics, and what is the value of your stock on hand, and what is your surplus fund?

How much capital have you invested in iron works, foundries and machine shops, including machinery?

How much capital have you invested in mining, and what is your surplus fund?

What is the value of your household furniture, including your tableware?

What is the value of your kitchen furniture?

What is the value of your office furniture?

How many pianos, organs and other musical instruments, and the value of the same?

What is the value of your library, paintings, pictures and statuary?

The value of your gold watches?

The value of your silver watches?

The value of your watches made from materials other than gold or silver?

App.487

ATF423

Correct Returns of Property for Taxation.

The value of gold and silverware?

The value of diamonds and jewelry?

The number of horses and the value thereof?

The number of mules and asses, and the value thereof?

The number of cattle, and the value thereof?

The number of sheep, and the value thereof?

The number of goats, and the value thereof?

The number of hogs, and the value thereof?

The number of wagons, carriages and buggies, and the value thereof?

The value of agricultural tools, implements and machinery?

The value of cotton, corn and other farm products on hand and for sale?

The value of guns, pistols, bowie-knives and such articles?

The value of sewing machines?

The value of all other personal property not herein mentioned?

**Personal property includes what.** Sec. II. *Be it further enacted,* That personal property shall be construed, for purposes of taxation, to include all goods, chattels, moneys, credits and effects, whatsoever they may be, all ships, boats and vessels belonging to the inhabitants of this State, whether at home or abroad, and all capital invested therein; all money within or without the State due the person to be taxed; all stocks and securities, whether in corporations within this Sate or in other States, owned by citizens of this State, unless exempt by the laws of the United States or of this State.

**Oath of tax payer.** Sec. III. *Be it further enacted,* That the oath to be attached to the lists provided for in this Act shall be as follows: "I do solemnly swear that I have carefully read (or have heard read) and have duly considered the questions propounded in the foregoing tax list, and that the value placed by me on the property returned, as shown by said list, is at the true market value thereof; and I further swear that I returned, for the purposes of being taxed thereon, every species of property that I own in my own right, or have control of, either as agent, executor, administrator or otherwise; and that, in making said return for the purpose of being taxed thereon, I have not attempted, either by transferring my property to another or by any other means sought to evade the laws governing taxation in this State. I do further swear that, in making said return, I have done so by estimating the true worth and value of every species of property con- **Signature and attestation of oath.** tained therein." Which oath shall be subscribed by the persons making the return, and the administration and taking of the oath shall be attested by the Receiver of Tax Returns.

**Comptroller-General to furnish lists.** Sec. IV. *Be it further enacted,* That it shall be the duty of the Comptroller-General to have the lists provided for in this Act printed, with the oath required by preceding sections attached thereto, and at the time of forwarding the digests to the Receivers of Tax Returns, as now required by law, he shall forward to each Receiver of Tax Returns a sufficient number of such lists to enable

App.488

ATF424

_Correct Returns of Property for Taxation._

them to take the returns of the tax-payers of their respective counties.

Sec. V. *Be it further enacted,* That all laws and parts of laws in conflict with this Act be, and the same are hereby repealed.

Approved October 20, 1885.

ATF425

DEX53

ATF426

31                                    1886–87.

No. 3.]                AN ACT.            [H. B. 940.

To fix the rate of taxation in this State.

SECTION 1. *Be it enacted by the General Assembly of* Where collec-
*Alabama,* That on all property liable to taxation in this ted.
State, there shall be assessed and collected a tax of five
and one-half tenths of one per centum for the fiscal
year ending September 30th, 1888, and five-tenths of
one per centum for each year thereafter.
Approved February 28th, 1887.

———

No. 4.]                AN ACT             [H. B. 211.

To amend sections 4 and 11, and sub-division 8 of
section 2, sub-division 2, 5 and 6 of section 6, and
sub-divisions 2, 3, 4, 5, 6, 9, 10, 17, 18, 20, 29, 31, 32,
33 and 34 of section 14, and to repeal sub-division 8
of section 6, of an act entitled " An Act to levy taxes
for the use of the State and the counties thereof,"
approved December 12, 1884, and for other pur-
poses.

SECTION 1. *Be it enacted by the General Assembly of*
*Alabama,* That sections 4 and 11, and sub-division 8 of
section 2, and sub-divisions 2, 5 and 6 of section 6, and
sub-divisions 2, 3, 4, 5, 6, 9, 10, 17, 18, 20, 29, 31, 32, 33    Sections
and 34 of section 14 of an act to levy taxes for the use amended.
of the State and the counties thereof, approved De-
cember 12, 1884, be and they are hereby amended so as
to read as follows : That sub-division 8 of section 2
be amended so as to read as follows :  8. The follow-
ing property to be selected by the head of each family,
viz: household and kitchen furniture, not to exceed in    Property ex-
value one hundred and fifty dollars ; one yoke of oxen, empt.
one cart or wagon, two cows and calves, twenty head
of stock hogs, ten head of sheep, all poultry, all agri-
cultural products of the preceding year which are on
hand, in the hands of the producer on the first of
January thereafter, provisions and supplies on hand
for the current year for the use of the family and the
making of the crop, all wearing apparel, all looms and

ATF427

32

spinning wheels, kept for use of the family, farming tools to the value of twenty-five dollars, tools and implements of mechanics to the value of twenty-five dollars, one sewing machine in each family when the taxable property does not exceed two hundred and fifty dollars ; *Provided*, that no property or subject of taxation shall be exempt from taxation, nor shall any credit, abatement, or deduction be allowed therefrom, unless such property or subject of taxation is entered by the tax-payer upon his assessment list and returned by him under oath to the tax assessor.

**Proviso.**

Sec. 2. That section 4 be amended so as to read as follows : All taxes, unless otherwise herein directed, shall become due and payable on the first day of October in each year, and shall become delinquent if not paid on or before the thirty-first day of December in each year, except in cases where parties are about to remove from the county, and except also poll taxes, which shall become delinquent if not paid on or before the first day of December in each year, after which last date as to poll taxes, the tax collector may proceed to enforce payment by garnishment, or the seizure and sale of personal property, as herein provided for the collection of other delinquent taxes.

**When taxes are due.**

Sec. 3. That sub-divisions 2, 5 and 6 of section 6, be amended so as to read as follows :

2. On gross amount of premiums (after deducting therefrom the expenditures, losses paid and return premiums) received from their business in this State during each tax year by any life, fire or marine insurance company not chartered by this State, and doing business herein by agents or otherwise, at the rate of one per cent., each agent in this State of any insurance company organized under the laws of any other State or country and doing business in this State, shall annually, in the month of January, return to the assessor of the county in which such agency is located, a sworn statement of the gross receipts of such agency for the year ending on the first day of the month, including all notes, accounts and other things received or agreed upon as a compensation for insurance at such agency, with a statement of expenditures, losses paid and return premiums, and the company shall be charged with taxes at the place of such agency on the amount

**Insurance companies.**

**Agent must make statement.**

App.492

ATF428

33                                    1886–87.

so returned, and the agent shall also be personally re-
sponsible for such taxes, and may retain in his hand a     Agent re-
sufficient amount of the company's assets to pay the       sponsible for taxes.
same unless the same shall be paid by the company,
but no corporation not incorporated under the laws of
the State, nor any foreign society, firm or partnership    Foreign com-
shall do business in this State except through an agent    panies must
duly authorized, and accrdited for the purposes of         have an agent.
said business and for all purposes connected with li-
censes and taxation and service of process, said agent
to be appointed by authentic act, and a certified copy
of the act to be deposited in the office of the Auditor
of this State. Any person or firm who shall fill up or     Who are
sign a policy or certificate of insurance, on open ma-     agents.
rine or fire insurance policy, or otherwise issue by a
corporation or association, or persons not located or
represented in this State by a legally authorized agent,
shall be considered an agent of such corporation, or
association, and shall be liable for all licenses, taxes
and penalties enforced by the provisions of this act,
upon such person, corporation and association, as if       Penalty.
represented by a legally appointed agent; any agent or
company refusing or failing to make returns within
the time prescribed by law or refusing to pay the
amount assessed as tax shall forever be debarred from
doing business in this State.

5. On the gross receipts during such tax year of all
cotton pickeries, cotton seed oil mills, and from the
storage of cotton or merchandise or produce, and on        Oil and gas
the gross amount of income, of all gas works, electric     works.
light companies, water works, ferries, toll bridges,
public mills and gins used in ginning for tolls, cotton
compresses, after deducting the expense of carrying on
such business at the rate of one per cent.

6. On the gross amount of the receipts by any and          Telegraph
every telegraph, telephone, and express company, de-       and express
rived from the business done by it in this State, at the   companies.
rate of two dollars on the hundred dollars.

SEC. 4.   That section 11 be amended so as to read as
follows :  Section 11.  On the last secular day in March   Judge of pro-
and every three months thereafter, the judge of probate    bate makes re-
shall forward to the auditor of the State a certified list turn to audi-
of all licenses issued by him, and at the same time pay    tor.
to the State treasurer the money received by him for
   3

ATF429

such licenses belonging to the State, and to the county treasurer the portion belonging to the county, and shall receive two and a half per cent. for the collection and payment of the license money to the officer, State or county, to whom it is to be paid, to be deducted from his said collection.  If any probate judge fails to comply with the provisions of this section within ten days after the date at which he is required to make a report of licenses issued and money received by him, the auditor shall forthwith report the facts to the Governor, who shall cite said judge to show why he has not made returns of such certified lists of licenses as required by law, and if such judge fails to show sufficient cause for such failure, the Governor shall direct the attorney general to institute impeachment proceedings against such delinquent probate judge before the Supreme Court of the State.

*Penalty on probate judges for failure.*

SEC. 5.  That subdivisions 2, 3, 4, 5, 6, 9, 10, 17, 18, 29, 31, 32 and 34 of section 14 be amended so as to read as follows :  Section 14, subdivision—

*Steamboat and railroad license.*

2.  For the retail of spirituous, vinous or malt liquors on any steamboat or water craft or on any sleeping, dining or buffet car, two hundred and fifty dollars, for the collection of which the State shall have a preferred lien on all such steamboats or other water crafts and cars named for the amount required by law to be paid for such licenses to retail vinous, spirituous or malt liquors on such steamboat or water craft and cars, to be enforced wherever such liquors are retailed by any person on any such boat or water craft or cars, with the knowledge or consent of the captain or conductor without having first procured a license, as provided by law, and the tax collector of any county, where such vessels may ply or cars run, is required to enforce this lien, in the same manner, and by the same proceedings as are authorized for the collection of taxes on steamboats and on railroad cars.

*How enforced.*

3.  For retailers of spirituous, vinous, or malt liquors, except as hereinafter provided in any city, town, village, or any other place of less than one thousand inhabitants, one hundred and twenty-five dollars, and in any city, town or village of more than one thousand inhabitants and less than three thousand inhabitants, one hundred and seventy-five dollars, and any city con-

*Retail license.*

ATF430

taining three thousand inhabitants or more, and less
than ten thousand inhabitants, two hundred and fifty
dollars, in any city of more than ten thousand inhabit- Lager beer.
ants, three hundred dollars. *Provided, further,* that
dealers in lager beer exclusively, shall be charged one-
fourth of the rates charged for retailers of spirituous,
vinous or malt liquors, as graded above, and any per-
son who takes out and pays for a retail license shall
not be required to take out a license as a wholesale
dealer, and when a retail license is taken out after the
first day of January and before the first day of July,
the price of the license shall be the same as for a
license for twelve months.

4.   For wholesale dealers in spirituous, vinous or
malt liquors in any place, two hundred dollars. Any
person dealing in said articles, who shall sell, barter dealers.
or exchange, or in any way dispose of, or permit to be
taken, spirituous, vinous or malt liquors in any quan-
tity less than one quart, or who shall permit the same
to be drunk by the glass, or single drink, in or about
his place of business, shall be deemed a retail dealer,
and any dealer so disposing of spirituous, vinous or
malt liquors, only in the quantity of one quart or more,
shall be deemed a wholesale dealer, but any person
having taken out a license as a retail dealer, is author-
ized to sell at wholesale without additional license.

5.   For compounders and rectifiers of spirituous, Rectifiers.
or vinous liquors, two hundred dollars; any person
who rectifies, purifies or refines distilled spirits or
wines by any process, or who mixes distilled spirits or
wines with any chemicals, or compounds liquors for
sale under any name, shall be deemed a compounder
and rectifier.

6.   For distillers of spirituous liquors, two hundred
dollars; but this shall not apply to the distilling of Distillers.
fruits.

9.   For peddlers in a wagon drawn by one horse or
other animal, forty dollars; if drawn by two horses or
other animals, fifty-five dollars; for peddlers on a horse Peddlers.
or other animal, twenty-five dollars; for peddlers on
foot, fifteen dollars; for peddlers accompanied by sing-
ers or performers on any musical instrument, one hun-
dred dollars; *provided,* that peddlers of tin ware only,
who shall pay all lawful fees and one-third of the

license fees herein provided, shall be entitled to such
license; *Provided further*, that peddlers of wooden and
stone or clay hollow-ware only, shall not be required
to procure a license. A peddler's license shall entitle
him to peddle only in the county where it is taken out;
and it is hereby made the duty of county court judges,
justices of the peace, notaries public, mayors, record-
ers and intendants of cities or towns, sheriffs, deputy
sheriffs, constables, city or town marshals, policemen,
and all other officers authorized by law to make ar-
rests, to demand of peddlers, itinerant dealers and
travelling agents their licenses, and unless they exhibit
same, or show that they have the right to peddle the
goods carried by them, or to carry on the business they
are engaged in, without a license, such county court
judges, justices, notaries, with powers of a justice,
mayors, recorders, intendants, must issue warrants for
the arrest of such peddlers, itinerant dealers or travel-
ling agents, returnable to any court in the county hav-
ing criminal jurisdiction, which warrants may be exe-
cuted by the sheriff, deputy sheriff, any constable of
the county, any city or town marshal, policeman or
any other officer having authority to make arrests; but
it shall be lawful for any person having but one arm,
or but one leg, or who labors under any other physical
disability, of making a livelihood by labor, to peddle
in any county in the State free of license on the filing
of the certificates of two regularly licensed physicians,
in the office of probate of the county of his permanent
residence, to the effect that such cripple is permanently
disabled, and that he cannot by labor make a liveli-
hood for himself and family. This shall not be so con-
strued as to require a license on peddlers of fish, oys-
ters, game, fresh meats, poultry, fruit and all farm pro-
ducts raised by the seller.

10. Upon transient or itinerant auctioneers or deal-
ers in goods, wares or merchandise, other than licensed
**Auctioneers.** peddlers and traveling agents of wholesale dealers in
said articles, making sale thereof by sample, fifty dol-
lars; itinerant dealers in fruit trees, vines, shrubs or
**Fruit tree dealers.** plants of any kind, fifty dollars.

17. For dealers in pistols or pistol cartridges, or
**Pistols, &c.** bowie knives, or dirk knives, whether principal stock
in trade or not, three hundred dollars.

App.496

ATF432

1886–87

18.  For peddlers of medicines or other articles of like character, spectacles or eye-glasses, one hundred dollars for each county in which they peddle.  For peddlers of medicines, with vocal or instrumental music, or both, two hundred and fifty dollars for each county in which they peddle. *Medicines.*

20.  For each sewing machine, stove, range or clock company selling sewing machines, stoves, ranges or clocks, either themselves or by their agents, or through consignees, and all persons who engage in the business of selling sewing machines, stoves, ranges or clocks, shall pay to the State twenty-five dollars for each county in which they may so sell, but when merchants engaged in a general business keep sewing machines, stoves, ranges or clocks as a part of their stock in trade, they shall not be required to pay the tax herein provided, in the county in which they are engaged in such general business. *Sewing machines, stoves and clocks.*

29.  For each company of traders, or fortune tellers, usually known as gypsies, ten dollars for each county. *Fortune tellers.*

31.  For fortune tellers, twenty-five dollars.

32.  The owner or master of any steamboat or other water craft plying in any rivers of the State, who engage in the business of buying, selling or bartering any goods, wares, merchandise, produce or commodity whatever on or from said boat, must pay a license of two hundred and fifty dollars, and the party so licensed shall thereby be entitled to carry on such business on the boat therein named, in any county in which said boat is navigated, provided cities and towns in which such person engages in such business, may impose such license as is exacted of like business in said city or town.  The owner, conductor, or person in charge of every supply car, or car from which any goods, wares or merchandise are sold, whether to the servants of the railroad company or others, must pay a license of one hundred dollars, and the person so licensed shall thereby be entitled to carry on such business in the car therein named in any county in which said car is run or drawn, but each of said counties may charge a license therefor of ten dollars. *Steamboats. Selling goods on cars.*

33.  For travelling agents of wholesale dealers in goods, wares and merchandise a tax of ten dollars, to

ATF433

be taken out in only one county, and should any such agent fail to take out such license all contracts made by him shall be void, and in any proceedings to enforce any such contract, the burden of proof shall be upon the party selling such goods, wares and merchandise, to show that such license has been taken out at the time such contract was made.

*Drummers.*

34. Each dealer in playing cards, five dollars. Any person who engages in the business of buying or selling futures for speculation or on commission, shall pay a license tax of three hundred dollars, provided this shall not be held to legalize any contract which would otherwise be invalid.

*Playing cards.*

*Dealing in futures.*

SEC. 15. *Be it further enacted,* That sub-division eight of section six is hereby repealed.

SEC. 16. *Be it further enacted,* That the one-fourth of one per cent. levied and assessed in the county of Lee for the tax year beginning January 1st, 1886, to reimburse the State for the investment of certain revenues in the compromise and settlement of the railroad bonded indebtedness of said county, shall be collected by the tax commissioner of said county as he collects the State and county tax, and shall be paid into the State Treasury, and the postponement of said tax of one-fourth of one per cent. shall not be construed to be for any other year than the tax years 1887 and 1888.

*Lee county.*

Approved December 11, 1886.

--------

No. 5.]                    AN ACT                    [H. B. 245.

To make appropriations for the ordinary expenses of the Executive, Legislative and Judicial Departments of the State, for interest on the public debt, and for public schools.

SECTION 1. *Be it enacted by the General Assembly of Alabama,* That the following sums of money, or so much of each sum as may be necessary, be and they are hereby appropriated for the purposes hereinafter specified, to be paid out of any moneys in the Treasury not otherwise appropriated, for the fiscal years end-

App.498

ATF434

# DEX54

ATF435

# TITLE II.

## TAXES.

### ACTS.

General Tax Act for 1887 and 1888.
Tax for new capitol.
Providing for correct tax returns.

### GENERAL TAX ACT FOR 1887 AND 1888.

An Act to levy and collect a tax for the support of the State government and the public institutions; to pay the interest of the public debt, and for educational and other purposes herein mentioned, for each of the fiscal years eighteen hundred and eighty-seven and eighteen hundred and eighty-eight, and to prescribe what persons, professions and property are liable to taxation; to prescribe the method of collecting said taxes, and to provide penalties and forfeitures for non-payment of taxes, and for other purposes.

*General ad enlorem tax*    SECTION I. *Be it enacted by the General Assembly of the State of Georgia,* That the Governor be authorized and empowered, with the assistance of the Comptroller-General, to assess and levy a tax on the taxable property of this State of two and sixty hundredths of a mill for each of the fiscal years eighteen hundred and eighty-seven and eighteen hundred and eighty-eight.

*Specific taxes.*    SEC. II. *Be it further enacted by the authority aforesaid,* That in addition to the *ad valorem* tax on real and personal property, as required by the Constitution and provided for in the preceding section, the following specific taxes shall be levied and collected for each of said fiscal years eighteen hundred and eighty-seven and eighteen hundred and eighty-eight:

*Poll tax.*    First—Upon each and every male inhabitant of the State, on the first day of April, between the ages of twenty-one and sixty years, a poll tax of one dollar for each of said years 1887 and

App.500

ATF436

1888, which tax shall be for educational purposes: *Provided*, Exemptions. this tax shall not be demanded of blind persons, nor of crippled, maimed or disabled Confederate soldiers relieved of such tax under and by authority of an Act approved July 23d, 1883.

Second—Upon every practitioner of law, medicine or dentistry, Lawyers, dentists, presidents of each of the banks in the State, each agent or firm doctors and officers negotiating loans and charging therefor, the presidents of each of various companies of the railroad companies, presidents of each of the express, telegraph, telephone, electric light and gas companies doing business in this State, and in case the president of any such companies do not reside in this State, then in such case upon the superintendent or general agent of such companies who may reside in this State, ten dollars, and no municipal corporation or county authorities shall levy any additional tax on said professions either as license fee or otherwise.

Third—Upon every daguerrean, ambrotype, photographic and Daguerrean and other artists. similar artist, ten dollars.

Fourth—Upon every person carrying on the business of auc-Auctioneers. tioneer, for pay or compensation, twenty-five dollars for each county in which they may carry on such business.

Fifth—Upon every keeper of a pool, billiard or bagatelle table Keepers of pool and other tables. kept for public use, whether in a saloon, bar-room, hotel or other public place, twenty-five dollars for each table.

Sixth—Upon every keeper of any other table, stand or place Gaming tables, for the performance of any game or play, and upon the keeper stands, etc of any flying horses, or any other game or play (unless kept for exercise or amusement, not prohibited by law, and not kept for gain, directly or indirectly), twenty-five dollars in each county.

Seventh—Upon every keeper of a ten-pin alley, or alley of Ten-pin alleys. like character, kept for public play, and upon every keeper of a Shooting gallery. shooting gallery, twenty-five dollars for each place of business.

Eighth—Upon every traveling vendor of patent or proprietary Traveling vendors. medicines, special nostrums, jewelry, paper, soap or other articles of like character, twenty-five dollars in each county where they may offer such articles for sale.

Ninth—Upon every insurance agent (whether person or firm) Insurance agents. doing business in this State, ten dollars, and upon every agent of a matrimonial, natal or nuptial company doing business in this State, fifty dollars, which said agents must pay for each county in which he or they shall solicit business for any of their companies. Said tax shall be paid by said agents to the Comptroller-General and shall be in addition to the license fee required of insurance companies by the Act approved March 19, 1869. The receipt of the Comptroller-General for the payment of this tax, together with his certificate as provided by said Act approved

ATF437

16              PART I.—TITLE II.—Taxes.

General Tax Act for 1887 and 1888.

March 19, 1869, shall constitute the license for said agents to transact business for their companies in each of the counties designated by said certificates.

**Emigrant agents and their employers.** Tenth—Upon each emigrant agent, or employer or employee of such agent doing business in this State, the sum of five hundred dollars for each county in which such business is conducted.

**Vendors in boats.** Eleventh—Upon every traveling vendor using boats for the purpose of selling goods on the rivers or waters within the limits of this State, the sum of fifty dollars in each county where they may sell their wares, and said tax shall be a lien on the boat and its contents without regard to the ownership thereof.

**Itinerant lightning-rod dealers** Twelfth—Upon all itinerant lightning-rod dealers or agents, the sum of twenty-five dollars for each and every county in which they may operate.

**Agents for musical instruments.** Thirteenth—Upon every person or firm who, as agent for resident or non-resident owners, holds or keeps for hire or sale any piano or pianos, or other musical instrument, twenty-five dollars for each county in which such person or firm does business.

**Shows and exhibitions.** Fourteenth—Upon all shows and exhibitions (except such as histrionic, musical, dramatic, operatic and elocutionary), including side-shows accompanying circus companies, twenty-five dollars in each and every city or town of five thousand inhabitants; twenty dollars in cities or towns of four thousand and under five thousand inhabitants, and fifteen dollars in cities or towns of less than four thousand inhabitants; said tax, so collected, shall be for educational purposes.

**Circus companies** Fifteenth—Upon every circus company, two hundred dollars each day it may exhibit in the State of Georgia; said tax shall be for educational purposes.

**Liquor dealers.** Sixteenth—Upon all dealers in spirituous or malt liquors, intoxicating bitters or brandy fruits, or domestic wines, whether dealing in either or all thereof, fifty dollars for each place of business in each county where the same are sold: *Provided*, this tax **Proviso.** shall not relieve such dealers from any local tax or prohibitory law in reference to the retail of spirituous or intoxicating liquors, nor be required of those who sell by wholesale spirits manufactured of apples, peaches, grapes, blackberries or other fruits grown on their own lands, when sold in quantities not less than five gallons: *Provided*, that nothing in this Act shall be so construed as to levy a tax on dealers in domestic wines manufactered from grapes grown on their own lands; said tax shall be for educational purposes.

**Sewing machine companies.** Seventeenth—Upon every sewing machine company selling or dealing in sewing machines, by itself or its agents, in this State, and upon all wholesale dealers in sewing machines selling sewing

App.502

ATF438

PART I.—TITLE II.—Taxes.                    17

machines manufactured by companies that have not paid the tax    Wholesale dealers.
herein required, two hundred dollars for each fiscal year or frac-
tional part thereof, to be paid to the Comptroller-General at the
time of commencement of business, and in addition to the above
amount, said companies or wholesale dealers shall furnish the
Comptroller-General a list of all agents authorized to sell machines,    List of agents.
and shall pay to said Comptroller-General the sum of ten dollars    Agents' tax.
for each of their agents, in each county, for each fiscal year or
fractional part thereof, and upon the payment of said sum, the
Comptroller-General shall issue to each of said agents a certifi-
cate of authority to transact business in this State; and all sew-
ing machines belonging to such companies, dealers or their agents,
in possession of such companies, dealers, their agents or others,
shall be liable to seizure and sale for the payment of such license
fees and tax.   This tax shall be for the whole State, and such
companies, their agents and wholesale dealers, shall not be liable
for any county tax or license fees by the counties for selling sew-
ing machines therein; and said agents shall be required to reg-    Registry of sewing machine agents.
ister their names with the Ordinary and exhibit their license from
the Comptroller-General at the time of registering, and thereaf-
ter keep the same posted on their wagons or vehicles, or at their
places of business.   When a company or wholesale dealer trans-
fers an agent from one county to another, said company or deal-
ers shall notify the Comptroller-General in advance of said trans-
fer.   In cases where wholesale dealers sell sewing machines man-    Dealers for several companies
ufactured by different companies, such dealers shall pay the
license fees and tax above provided for separately for each com-
pany whose manufacture of machines may be sold by such deal-
ers, unless each of said companies has itself paid such license
fees and tax.   Any person who shall violate the provisions of this    Penalty.
section shall be liable to indictment for misdemeanor, and on con-
viction shall be fined not more than five hundred dollars and not
less than one hundred dollars, in the discretion of the court try-
ing the same.   If said fine is not paid within the time pre-
scribed by the court, such person so fined shall be imprisoned as
prescribed in section 4310 of the Code.

Eighteenth—Upon all dealers in pistols, toy pistols, revolvers,    Dealers in arms.
pistol or revolver cartridges, dirks or bowie knives, one hundred
dollars for each place of business in each county where the same
are sold.

Nineteenth—Upon every individual or firm, or his or their    Dealers in futures.
agents, engaged in the business of selling or buying farm products
for future delivery (commonly called "futures"), five hundred dol-
lars each per annum for the county where each business is carried on:
*Provided*, that this tax shall not be demanded of any cotton ware-    Proviso.

2

PART I.—TITLE II.—Taxes.    17

General Tax Act for 1887 and 1888.

machines manufactured by companies that have not paid the tax <sub>Wholesale dealers.</sub> herein required, two hundred dollars for each fiscal year or fractional part thereof, to be paid to the Comptroller-General at the time of commencement of business, and in addition to the above amount, said companies or wholesale dealers shall furnish the Comptroller-General a list of all agents authorized to sell machines, <sub>List of agents. Agents' tax.</sub> and shall pay to said Comptroller-General the sum of ten dollars for each of their agents, in each county, for each fiscal year or fractional part thereof, and upon the payment of said sum, the Comptroller-General shall issue to each of said agents a certificate of authority to transact business in this State; and all sewing machines belonging to such companies, dealers or their agents, in possession of such companies, dealers, their agents or others, shall be liable to seizure and sale for the payment of such license fees and tax. This tax shall be for the whole State, and such companies, their agents and wholesale dealers, shall not be liable for any county tax or license fees by the counties for selling sewing machines therein; and said agents shall be required to reg- <sub>Registry of sewing machine agents.</sub> ister their names with the Ordinary and exhibit their license from the Comptroller-General at the time of registering, and thereafter keep the same posted on their wagons or vehicles, or at their places of business. When a company or wholesale dealer transfers an agent from one county to another, said company or dealers shall notify the Comptroller-General in advance of said transfer. In cases where wholesale dealers sell sewing machines man- <sub>Dealers for several companies</sub> ufactured by different companies, such dealers shall pay the license fees and tax above provided for separately for each company whose manufacture of machines may be sold by such dealers, unless each of said companies has itself paid such license fees and tax. Any person who shall violate the provisions of this <sub>Penalty.</sub> section shall be liable to indictment for misdemeanor, and on conviction shall be fined not more than five hundred dollars and not less than one hundred dollars, in the discretion of the court trying the same. If said fine is not paid within the time prescribed by the court, such person so fined shall be imprisoned as prescribed in section 4310 of the Code.

Eighteenth—Upon all dealers in pistols, toy pistols, revolvers, <sub>Dealers in arms.</sub> pistol or revolver cartridges, dirks or bowie knives, one hundred dollars for each place of business in each county where the same are sold.

Nineteenth—Upon every individual or firm, or his or their <sub>Dealers in futures.</sub> agents, engaged in the business of selling or buying farm products for future delivery (commonly called "futures"), five hundred dollars each per annum for the county where each business is carried on: *Provided*, that this tax shall not be demanded of any cotton ware- <sub>Proviso.</sub>

2

ATF440

General Tax Act for 1887 and 1888.

houseman, dealer in cotton or any provision broker who takes orders in the regular course of their trade only for the actual and *bona fide* delivery of cotton and other produce so ordered, and where, by the terms of the contract, it is not left to the option of the party so ordering, or the party taking such order, to avoid the delivery of the produce or products by paying the difference in the market price of such produce or products at the time of delivery: *Provided further,* that such cotton warehouseman, dealer in actual cotton or any provision broker does not carry on the business of buying futures in connection with his or their other business.

**Iron safe companies**
**Dealers.**
Twentieth—Upon each iron safe company selling or dealing in new iron safes by itself or agent, and upon all dealers in iron safes selling or dealing in new iron safes, and upon any individual or company making a regular business of dealing in or selling second-hand iron safes in this State, twenty-five dollars for each county in which they may do business at the time of the commencement of their business for each fiscal year or fractional part thereof, and all safes belonging to such companies, dealers, their agents or others shall be liable to seizure and sale for payment of such tax. Before such agent or dealer shall be authorized to sell iron safes, as agent for any iron safe company, or as agent **Records.** for any dealers in iron safes, he shall make record of the fact of his being such agent or dealer with the Ordinary of the county in which he proposes to do business; and it shall be the duty of said Ordinary to immediately notify the Comptroller-General, and upon failure to register with the Ordinary, as herein required, **Penalty.** he shall be liable to indictment for a misdemeanor, and on conviction shall be fined not less than fifty dollars nor more than one hundred dollars, at the discretion of the court trying the same, or be imprisoned, as prescribed in section 4310 of the Code.

**Peddlers of vehicles.**
Twenty-first—Upon all itinerant traders and peddlers in buggies, wagons, carts, carriages or like vehicles, twenty-five dollars for each county in which they do business. So much of paragraph 20, section 2, as requires agents or dealers in iron safes to record their agency with the Ordinaries of counties and provides penalties for failing to do so shall apply to the itinerant traders and peddlers named in this paragraph, and it shall be the duty of all Ordinaries to immediately notify the Comptroller-General when such agencies are recorded.

**Peddlers of stoves, etc.**
Twenty-second—Upon every peddler of stoves or ranges for cooking purposes, the sum of one hundred dollars in every county in which such peddler may do business. So much of paragraph 20, section 2, as requires agents or dealers in iron safes

PART I.—TITLE II.—Taxes.    .19

to record their agency with the Ordinaries of counties and pro-
vides penalties for failing to do so shall apply to peddlers of
stoves and cooking ranges, and it shall be the duty of all Ordin-
aries to immediately notify the Comptroller-General when such
agencies are recorded.

Twenty-third—Upon every person or firm, for himself or agent  Dealers in
for resident or non-resident owners, who holds or keeps for hire  billiard
and like
or sale any billiard, pool or other table of like character, fifty  tables.
dollars for each county in which such person or firm does busi-
ness.

Twenty-fourth—*Be it further enacted by the authority afore-*  Relief of
*said*, That blind persons and Confederate soldiers relieved by the  blind per-
sons and
proviso in paragraph first of this section from the payment of the  Confede-
rate sol-
tax designated in that paragraph shall be relieved also from the  diers.
payment of the taxes designated in paragraphs 6, 7, 8 and 11 of
this section if carrying on and dependent upon the kinds of busi-
ness designated therein: *Provided*, that before any person shall  Proviso.
be entitled to the benefit of any of the exemptions provided for
in this paragraph, he shall go before the Ordinary of the county
in which he proposes to carry on business and make and file an
affidavit setting forth the facts that he is entitled to such exemp-
tion, and that he is the proprietor of the business he proposes to
conduct and is conducting the same for himself and not for
another.

Twenty-fifth—Upon every traveling agent of any nurseryman  Agents of
vending trees or shrubbery in this State, the sum of twenty-five  nurseries,
etc.
dollars in each county in which said agent may canvass.

Sec. III. *Be it further enacted by the authority aforesaid,*  Returns of
That the taxes provided for in paragraphs 1, 2 and 3 of second  taxes in
par. 1, 2 and
section of this Act shall be returned to the Tax Receiver in the  3, sec. 2nd.
county of the residence of the person liable for such tax, and
shall, by the receiver of tax returns, be entered upon his digest
of taxable property, and that the taxes provided for in paragraphs  Of other
4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22 and 23  taxes.
of section second of this Act shall be returned and paid to the
Tax Collectors of the counties where such vocations are carried
on.

Sec. IV. *Be it further enacted by the authority aforesaid,*  Payment
of certain
That the taxes provided for in paragraphs 4, 5, 6, 7, 8, 10, 11,  taxes.
12, 13, 14, 15, 16, 18, 19, 20, 21, 22 and 23 of second section of
this Act shall be paid in full for the fiscal years for which they
are levied to the Tax Collectors of the counties where such vo-
cations are carried on at the time of commencing to do the busi-
ness specified in said paragraphs.

App.505

ATF442

20.                    PART I.—TITLE II.—Taxes.

Insurance
companies

Sec. V. *Be it further enacted by the authority aforesaid,* That all foreign and home insurance companies doing business in this State shall pay one per centum on all premiums in money or otherwise received by them: *Provided,* this shall not include return premiums on canceled policies, and in addition to the tax imposed by this Act upon the gross receipts of such insurance companies, all such companies doing brokerage business in this State, such as discounting notes, bills, drafts or exchange, lending money or in any manner doing a business pertaining to banking or brokerage business, shall be taxed upon the capital so employed in the same manner and at the same rate as other moneyed capital in the hands of private individuals is taxed.

Building
and loan
associa-
tions.

Returns.

Sec. VI. *Be it further enacted by the authority aforesaid,* That the presidents of all building and loan associations, and other associations of like character, shall be required to return to the Tax Receiver of the county where such associations are located, at its true market value, the stock of such associations owned by the stockholders thereof, upon which, as shown by the books of such associations, no advance has been made, or money borrowed thereon, by the individual stockholders therein, to be taxed as other moneyed capital in the hands of private individuals is taxed:

Proviso.

*Provided,* that no tax shall be required of real estate and building associations, to be paid upon any portion of their capital which has been loaned or advanced to a shareholder upon real estate, upon which real estate tax is payable by said shareholder.

Returns of
corpora-
tions gene-
rally.

Sec. VII. *Be it further enacted by the authority aforesaid,* That the presidents of all manufacturing and other incorporated companies (or their agents), other than railroad, insurance, telegraph, telephone, electric light, express, sleeping and palace car companies, shall be required to return all their property whatever of their respective companies at its true market value to the Tax Receiver of the county where the same is located, or where the principal business of each company is located, to be taxed for State and county purposes as other property in this State is taxed.

Tax on ex-
press, tele-
graph and
electric
light com-
panies.

Sec. VIII. *Be it further enacted,* That all persons or companies, including railroad companies, doing an express, telegraph or electric light business and charging the public therefor in this State, shall pay a tax of one and one-half per cent. on their gross receipts, and all persons, or the superintendent or general agent of each telegraph, express or electric light company, or the president of each railroad company doing such business in this State, shall make a quarterly return under oath as follows:

Returns.

on the last day of March, June, September and December in each year to the Comptroller-General, showing a full account of their

App.506

ATF443

PART I.—TITLE II.—Taxes.   21

gross receipts during the quarter ending on such date, and said taxes herein levied upon such gross receipts, as shown ·by said quarterly returns, shall be paid by the respective persons or companies to the Comptroller-General at the time of making such returns; the gross receipts herein named shall be construed to mean the full amount of all money received within this State. If any person, superintendent, agent or president, as the case may be, whose duty it is to make returns under this paragraph, shall fail so to do within thirty days after the time herein required, such person, superintendent, agent or president shall be liable to **Penalty for failure.** indictment, and upon conviction shall be punished as prescribed in section 4310 of the Code of 1882.

*Second*—That each telephone company shall pay a tax for **Telephone companies.** each of the years 1887 and 1888 of one dollar for each telephone station or box with instruments complete rented or used by their subscribers, and the superintendent or general manager of the company shall make returns under oath and payments to the **Returns.** Comptroller-General on the dates named in the first paragraph of this section.

*Third*—That each company doing business in this State as a **Sleeping or palace car companies** sleeping or palace car company only shall pay a tax of two thousand dollars per year for each of the years 1887 and 1888, which tax shall be payable in quarterly installments to the Comptroller-General on the dates named in the first paragraph of this section.

SEC. IX. *Be it further enacted by the authority aforesaid,* That **Bank stock** no tax shall be assessed upon the capital of banks or banking associations, organized under the authority of this State, or of the United States, and located within this State, but the shares of the stockholders of such bank or banking associations, whether resident or non-resident owners, shall be taxed in the county where such bank or banking associations are located, and not **Where taxed.** elsewhere, at their true and full market value, at the same rate provided in this Act for the taxation of moneyed capital in the hands of private individuals: *Provided,* that nothing in this sec- **Proviso.** tion contained shall be construed to relieve such banks or banking associations from the tax on property owned by them, as provided for in section VII of this Act.

SEC. X. *Be it further enacted by the authority aforesaid,* That **Returns for railroad companies** the presidents of all railroad companies doing business in this State shall make returns to the Comptroller-General, as now provided by law; for the taxation of the property or gross receipts or net income of railroads, and shall pay to the Comptroller- **Payment of their taxes.** General the tax to which such property or gross receipts or net income may be subject, according to the provisions of this Act

General Tax Act for 1887 and 1888.

and the laws now in force relating to the tax on railroads, and on failure to make returns or refusal to pay tax, said companies shall be liable to all the penalties now provided by law.

**Returns of corporations.** SEC. XI. *Be it further enacted by the authority aforesaid*, That the presidents or principal agents of all the incorporated companies herein mentioned, except such as are required to make returns to the Tax Receivers of the counties, shall make returns to the Comptroller-General, under the rules and regulations provided by law for such returns and subject to the same penalties and modes of procedure for the enforcement of taxes, from companies or persons required by law to make returns to the Comptroller-General.

**Oath for tax returns** SEC. XII. *Be it further enacted by the authority aforesaid*, That the oath to be administered to all persons making returns of their taxable property shall be the oath required under the Act of October 20th, 1885, to be attached to the printed lists furnished under said Act and presented to each tax-payer: *Provided*, that **Proviso.** non-residents, females and sick persons may subscribe to the oath herein required before any person authorized by law to administer oaths, and cause same to be delivered to the Tax Receiver.

**When returns are to be received.** SEC. XIII. *Be it further enacted by the authority aforesaid*, That the Comptroller-General is authorized and empowered to order the Tax Receivers of this State to commence receiving the returns of taxable property immediately after the first day of April of the years 1887 and 1888, and that the Comptroller-General is empowered and required to cause the taxes to be collected and **Time of payment.** paid into the State treasury by the 20th of December of each of said years 1887 and 1888.

SEC. XIV. *Be it further enacted by the authority aforesaid*, That all laws and parts of laws in conflict with this Act be, and the same are hereby repealed.

Approved December 22d, 1886.

App.508

ATF445

DEX55

ATF446

530

or to be brought under existing laws, shall in any
manner be affected, impaired or altered by the pas-
sage of this act; and all existing laws and ordinances
of said city adopted in pursuance of law, shall be and
remain in force until repealed or modified by the mayor
and aldermen of Talladega ; and all powers granted by
this act, shall and must be liberally construed in
of the power of the city to pass such laws.

Approved February 28, 1887.

---

No. 220.]            AN ACT            [H. B. 901.

To enlarge the powers of the Warrior Coalfield Con-
struction and Development Company.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That the Warrior Coalfield Construction and
Development company (a corporation organized under
the laws of the State of New York), have, and the
power is hereby conferred on said company to buy,
lease, own, hold, and sell coal and other mineral lands
in this State, and to open up and operate mines on
the same, together with such other powers or privi-
leges as may be necessary or incident thereto ; *Pro-*
Proviso. *vided,* said company shall keep an office in each county
where they conduct any business, and a designated
agent therein upon whom legal process may be served,
and said corporation shall be to all intents and pur-
poses a domestic corporation.

Approved February 28th, 1887.

---

No. 221.]            AN ACT            [H. B. 654.

To amend section 2, and sub-division 25, of section 20,
of an act approved February 17th, 1883, entitled an
act to establish a new charter for the city of Bir-
mingham, approved March 1st, 1881.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That section 2, of an act approved February

App.510

ATF447

531                                          1886–87.

17th, 1883, entitled an act to establish a new charter
for the city of Birmingham, approved March 1st, 1881,
be so amended as to read as follows :

Section 2. Be it further enacted, The corporate limits
of said city of Birmingham shall embrace all the ter- **Corporate limits.**
ritory lying between Ninth Avenue north, and Eighth
Avenue south, and between Twenty-seventh Street and
Thirteenth Street ; *Provided*, that the people living in
the new territory shall be liable to pay city taxes for
the year 1883, as if they lived in the corporate limits
of said city on the 1st day of January, 1883 ; *And pro-
vided further*, that the corporate authorities of said
city shall have police jurisdiction of all territory lying **Police juris-diction.**
within three miles of the court house of Jefferson
county, Alabama, and shall have authority to punish
all offenses committed within said territory as if the
same were committed within the corporate limits of
said city ; *And provided further*, that no spirituous,
malt, vinous or intoxicating liquors shall be sold or
given away between the western boundary of said city
and the eastern boundary of the town of Elyton. The
said city is hereby divided into four wards, as follows :

The first ward shall include all that part of the city **1st ward.**
between the western limits of the city and Eighteenth
street.

The second ward shall include all that part of the **2d ward.**
city between Eighteenth and Twentieth streets.

The third ward shall include all that part of the city **3d ward.**
between Twentieth street and Twenty-second street.

And the fourth ward shall include all that part of **4th ward.**
the city lying between Twenty-second street and the
eastern limits of the city. Said wards may be changed
or altered as said corporate authorities may see fit.

SEC. 2. *Be it further enacted*, That sub-division 25
of section 20 of an act approved February 17th, 1883,
entitled an act to establish a new charter for the city
of Birmingham, approved March 1st, 1881, be so
amended as to read as follows :

Sub-division 25. That said board shall have power
to pass all by-laws, ordinances and resolutions for the **General pow-ers of board.**
grading and paving of streets and sidewalks in said
city by the respective owners of real estate fronting
thereon, and to enforce obedience to such ordinances
by such fines, forfeitures and punishments as they may

App.511

ATF448

532

provide, to be assessed, collected and imposed as other
fines and forfeitures and punishments ; and said board
shall have power to license such business and voca-
tions as are now licensed by the State, and other here-
inbelow named, and to punish all persons who do bus-
iness in said city without having taken out such
licenses, and to impose and collect such licenses not
to exceed the following amounts, and those fixed by
the State, to-wit : Auctioneers, (resident), $50.00; (non-
resident), $100.00; barber shops, for each chair, $2.00;
banks and bank agents, and dealers in exchange,
$100.00; commission merchants and brokers, whether
by sample or otherwise, $50.00; druggists and apothe-
caries, each person or firm, $25.00; express companies,
$100.00; hotels, each, $25.00; restaurants, each, $10.00;
life, accident or fire insurance agents, each, for each
company represented, $100.00; livery or sale stables,
each, $10.00; itinerant traders, by sample or other-
wise, $10.00; dealers in fish or oysters, each, $20.00;
transient physicians or venders of patent medicines,
each, $25.00; undertakers, each, $50.00; keeping studs
or jacks, each, $5.00; commercial telegraph companies,
$100.00; carts, drays, wagons, hacks, coaches or om-
nibusses, each, $20.00; warehouses and public weigh-
ers, each, $50.00; dealers in commercial fertilizers,
each, $25.00; cotton buyers, each, $10.00; dealers
(other than general dealer) in wagons, buggies or
carriages, $25.00; watchmakers or jewelers, each do-
ing business for himself, $10.00; bakers, each, $10.00;
tin shops, each, $10.00 ; coal or wood dealers, each,
$10.00 ; dealers in lumber, each, $25.00 ; dealers in
brick, each, $50.00 ; dancing masters, each, $10.00 ;
skating rinks, each, $25.00 ; ice cream saloons, each,
$10.00 ; real estate agents, each, $25.00 ; telephone ex-
changes, each, $100.00 ; plumbers or gas fitters, each,
$25.00 ; ice factories, each, $25.00 ; lightning rod
agents, each, $25.00 ; drummers or commercial agents,
selling to consumers, each, $10.00 ; dealers in tobacco
or cigars, whether principal stock in trade or not,
each, $10.00; photograph or art galleries, whether in
house or tent, $25.00 ; news dealers, each, $10.00];
fruit stands, each, $10.00 ; green grocers, each, $25.00 ;
marble yards, each, $20.00 ; architects or superintend-
ents of buildings, each, $25.00 ; commissary or grab

*Licenses.*

ATF449

cars, whether run by railroads or individuals, for each car used in selling goods within the corporate limits, $100.00; confectioneries, each, $10.00; dealers in fire works or pyrotechnics, each, $10.00; boot blacks, each, $10.00; dealers in pistol cartridges, each, $5.00; veterinary surgeons, each, $20.00; job printing offices, when run by steam, gas or water power, $25.00; job printing offices, when run by hand, each, $15.00; newspaper offices, daily, each, $25.00; newspaper offices, weekly, each, $15.00; newspaper offices, each, monthly, $10.00; wood sawyers, by machinery, $15.00; each railroad company running cars into the city limits, $500.00; each sleeping car company running cars through the city, $100.00; each railroad or steamboat ticket broker or scalper, $25.00; each loan association or company, **Licenses.** $100.00; candy manufactories, each, $10.00; each dealer in machinery or agricultural implements, when principal stock in trade, $25.00; each person, firm or corporation operating a corn or flour mill, $50.00; each agent for the sale of cotton gins, $25.00; each person, firm or corporation operating a buggy, wagon or carriage manufactory or repair shop, $25.00; each water company, $500.00; laundries, each, $25.00; each wholesale dealer in oils, and each agent for same, $50.00; each contractor or firm, $25.00; each person running a hand-cart, $10.00; each stencil cutter, $10.00; each cotton press or compress, $100.00; each drummer or runner for a hotel or boarding house, $10.00; each saw mill, $50.00; each sash or blind factory, or agent for same, $50.00; each person engaged in the business of making abstracts of titles, $10.00; sausage factories, each, $10.00; lawyers, doctors, dentists, whose gross business does not exceed $3,000.00 each, $10.00; whose gross business does not exceed $5,000.00, each, $15.00; whose gross business does not exceed $50,000.00, each, $30.00; junk dealers or dealers in hides, when principal stock in trade, each, $25.00; each drover or dealer in horses or mules, other than liverymen, $50.00; cabinet makers or proprietors of woodshops, each, $10.00; building and loan associations, each, $100.00; cotton buyers or brokers, not including merchants who pay merchandise tax, $25.00; each merchant tailor, $10.00; every grinder of a hand organ or strolling band of music, per week, $5.00; each the-

ATF450

atrical, opera or other troupe acting or performing in
the city, each day, $5.00; civil engineers or surveyors,
each, $25.00; bill or note collectors, each, $10.00; each
proprietor of intelligence office, $25.00; every bottler
of beer or ale, $25.00; dealers in ice, each, $10.00;
each gas company or other light company, $500.00;
each street railroad company, $250.00; each bill poster
or distributor, $10.00; each gun shop or gun repair
shop, $10.00; each dye house, $10.00; each cigar
manufactory, $10.00; each millinery establishment,
$10.00; each person who gives suppers not exclusively
for charitable purposes, where a charge is made, each,
$5.00; each dancing house or hall, $15.00; each public
hall, $10.00.

SEC. 3. *Be it further enacted,* That this act shall
take effect immediately upon its approval, and section
2 of an act approved February 17, 1885, entitled an
act to amend sections 17 and 20 of an act to amend an
act to establish a new charter for the city of Birming-
ham, approved February 17, 1883, and all laws, general
or special, in conflict with the provisions hereof, are
hereby repealed.

When act
takes effect.

Approved February 28, 1887.

---

No. 222.]                **AN ACT**                [H. B. 738.

To confer certain rights and privileges in the State of
Alabama upon the Atlanta and Alabama Railway
Company, a corporation chartered by the laws of
the State of Georgia, and for other purposes.

SECTION 1. *Be it enacted by the General Assembly of
Alabama,* That the Atlanta and Alabama Railway
Company, a corporation chartered by the laws of the
State of Georgia, and composed of the following in-
corporators, to-wit: Lawrence E. O'Keefe, Augustus
D. Adair, Charles B. Austin and Henry B. Tompkins,
of the city of Atlanta, in the State of Georgia; W. A.
Handley, of Randolph county, Alabama; J. C. Cooper,
of Tallapoosa county, and R. C. Sandlin, of Coosa
county, Alabama, is hereby authorized and empow-
ered to construct and operate its line or lines of rail-

Names of
corporators.

DEX56

ATF452

record, book, paper, contract, return, or other document, or of the official statement of any account between him and the state, in the office of the auditor or treasurer, certified by the auditor, if the original is in his office, or by the treasurer, if in his office, under the great seal of the state, shall be received as evidence in any case in which the original would be competent, unless the defendant shall deny under oath that he made or executed such original.

**627. Assessor and collector may contract for stationery, printing, etc.**—The tax-collector and tax-assessor are authorized to purchase necessary books and stationery, and to contract for the necessary printing in their respective offices, with the approval of the court of county commissioners. <span style="float:right">Ib. sec. 132.</span>

**628. Penalty against officer failing to pay over money collected.**—Upon a verdict being returned in favor of the state, in any suit brought by the state against any officer charged with the collection of any revenue for the state, and his sureties, or either, for the recovery of any such revenue collected by him, a judgment must be rendered for the amount of such verdict, and twenty per cent. thereon. * <span style="float:right">Ib. sec. 41.</span>

---

# CHAPTER 9.

### LICENSES.

Article 1.—Business and callings for which licenses are required; prices of licenses.

2.—Issue and expiration of licenses, and other general provisions.

## Article I.

BUSINESS AND CALLINGS FOR WHICH LICENSES ARE REQUIRED; PRICES OF LICENSES.

**629. Persons required to take out licenses, and prices to be paid therefor.**—Licenses are required of all persons engaging in, or carrying on any business, or doing any act in this section <span style="float:right">Dec. 12, 1884, p. 3, sec. 14.</span>

---

\* On Feb. 18, 1887, "An act to amend section 499 of the Code of Alabama," was approved (Pamph. Acts 1886–7, p. 143); and the section, as amended, is as follows :

"Section 499. **Cities and towns may adopt provisions of this chapter.**—Any incorporated city or town in this state may, by an ordinance, adopt the provisions of this chapter, regulating the assessment and collection of taxes by such city officers or agents, so far as the same may be applicable, and shall have the same right to sell property and make titles to property sold for taxes, as is provided for collecting state and county taxes; but any such city or town must first, by ordinance, adopt such parts of this chapter for said purposes as they desire to put in force; but no city (except Mobile, Montgomery, Marion, Brewton, Cullman and Selma), or town, or county shall assess, levy or collect any license tax on any business or occupation upon which the state does not assess, levy, or collect such license tax. Nothing herein contained shall affect the provisions of the act for the reduction and funding of the debt of the city of Mobile, approved March 9th, 1875. The city council of Opelika may assess, levy and collect a license tax on banks or bankers, the keepers of livery stables, of meat markets, and those engaged in the business of running drays and hacks for hire." The provisions of the chapter referred to (chapter 2 of title VII. of part 1 of Code of 1876) were superseded by subsequent legislation embodied in this Code, in which no provision of like import to that embraced in section 499 of Code of 1876 was contained; and hence, it was omitted by the commissioners from this Code. The chapter referred to corresponds, in subject-matter, with this title of this Code.

App.516

ATF453

specified, for which shall be paid, for the use of the state, the following taxes, to-wit:

Subd. 1.

1. For each public race-track, at or within five miles of any city or town containing less than five thousand inhabitants, one hundred dollars; at or within five miles of any city or town containing more than five thousand inhabitants, two hundred dollars.

Subd. 2.

2. For the retail of spirituous, vinous, or malt liquors, on any steamboat or other water-craft, or on any sleeping, dining, or buffet-car, two hundred and fifty dollars, for which the state shall have a preferred lien on such steamboat or other water-craft, and cars named; and such lien may be enforced whenever any such liquors are retailed by any person on such steamboat or other water-craft, or cars, with the knowledge or consent of the captain, or conductor, without having first procured a license therefor, as provided by law; and the tax-collector of any county in which such steamboat or other water-craft may ply, or cars run, is required to enforce such lien in the same manner, and by the same proceedings, as are authorized for the collection of taxes on personal property.

Subd. 3.

3. For retailers of spirituous, vinous, or malt liquors in any city, town, village, or any other place, of less than one thousand inhabitants, one hundred and twenty-five dollars; in any city, town, or village of more than one thousand, and less than three thousand inhabitants, one hundred and seventy-five dollars; and in any city or town containing three thousand or more, and less than ten thousand inhabitants, two hundred and fifty dollars; and in any city of more than ten thousand inhabitants, three hundred dollars. But dealers in lager beer exclusively shall be charged one-fourth of the above rates. Any person who pays for and takes out a license as a retailer, shall not be required to pay for, and take out a license as a wholesale dealer in such liquors; and when a retail license is taken out after the first day of January, and before the first day of July, the price of the license shall be the same as for a license for twelve months. Any person who sells or disposes of spirituous, vinous, or malt liquors, or intoxicating bitters, in any quantity less than a quart, shall be deemed a retail dealer.

Subd. 4.

4. For wholesale dealers in spirituous, vinous, or malt liquors in any place, two hundred dollars. Any person dealing in said articles, who shall sell, barter, or exchange, or in any way dispose of, or permit to be taken, spiritous, vinous, or malt liquors, in any quantity less than one quart, or who shall permit the same to be drunk by the glass, or single drink, in or about his place of business, shall be deemed a retail dealer; and any dealer so disposing of spirituous, vinous, or malt liquors, only in the quantity of one quart or more, shall be deemed a wholesale dealer.

Subd. 5.

5. For compounders and rectifiers of spirituous or vinous liquors, two hundred dollars. Any person who rectifies, purifies, or refines distilled spirits or wines, by any process, or who mixes distilled spirits or wines with any chemicals, or compounds liquors for sale under any name, shall be deemed a compounder and rectifier.

App.517

ATF454

6. For distillers of spirituous liquors, two hundred dollars; Subd. 6. but this shall not apply to the distilling of fruits.

Grant v. State, 73 Ala. 13; Johnson v. State, 44 Ala. 414.

7. For brewers, fifteen dollars. Subd. 7.

8. For bowling alleys, for the use of which money or other Subd. 11. compensation is charged, twenty-five dollars for each alley; and for each bowling alley kept in connection with a drinking saloon, whether compensation is charged or not, twenty-five dollars.

9. For each billiard table, for the use of which money or Subd. 12. other compensation is charged, and which is not kept in connection with the business of a bar-room or drinking saloon, twenty-five dollars.

10. For each billiard table kept in connection with the busi- Subd. 13. ness of a bar-room or drinking saloon, whether its use be charged for or not, fifty dollars.

11. For each table upon which the game of pin-pool is played, Subd. 14. one hundred dollars.

12. For each table upon which a game of pool is played with Ib. fifteen balls, more or less, and not pin-pool, for the use of which money or other thing of value is charged, or, when kept in connection with a bar-room or drinking saloon, whether its use be charged for or not, fifty dollars.

13. For each bagatelle or Jenny-Lind table, or any other ta- Subd. 15. ble or device of any kind from which any kind of profit is derived by the keeper, fifty dollars.

14. For each table or device, or set of dominoe bones, kept Subd. 13. in connection with a bar-room or drinking saloon for use in playing the game commonly known as dominoes, twenty-five dollars; and for each dice-box and dice kept in a bar-room or drinking saloon, twenty-five dollars.

15. For each theatre in towns or cities containing more than Subd. 16, as eight thousand inhabitants, one hundred dollars; but this price amended Feb. shall not be charged for licenses for open air or summer theatres, 17, 1885, p. 70. such as at Mobile on the bay shore, and known as Frascati, but for each such open air or summer theatre, twenty-five dollars; in towns or cities containing less than eight thousand and more than two thousand inhabitants, fifty dollars; and in towns or cities containing less than two thousand inhabitants, twenty-five dollars; but the owner or manager of any theatre holding any such license must issue tickets of admission to all persons whom they admit to their exhibitions, and must thereon assign a particular seat to each such person, in such part of the theatre as the convenience of such owner or manager may require. This license shall only extend to dramatic and operatic exhibitions; and if any doubt arises as to the character of an entertainment proposed to be exhibited in any theatre, the judge of probate of the county in which the theatre is situated shall determine whether or not it is covered by the theatrical license.

16. For each public hall let for hire, twenty-five dollars. Ib.

17. For each concert, musical entertainment, public lecture, Subd. 26. or other public exhibition or entertainment, where charges are made for admission, or for the use of any instrument or device, or the participation in any exercise or entertainment, not given

14

194       PART 1.]                    LICENSES.                    [TITLE 7,

for charitable, school, or religious purposes, and not otherwise
provided for, five dollars; but the provisions of this subdivision
shall not apply to exhibitions or entertainments given in thea-
tres, where the owner or manager thereof has taken out license
as owner or manager.

*Subd. 22.*    18. For each day's exhibition of a circus in towns or cities
having more than five thousand inhabitants, or within two
miles thereof, one hundred and fifty dollars; in all other places,
one hundred dollars.

*Subd. 23.*    19. For each exhibition of a menagerie or museum, twenty
dollars.

*Subd. 24.*    20. For each exhibition of a side show accompanying a circus,
menagerie, or museum, ten dollars.

*Subd. 25.*    21. For each exhibition of feats of legerdemain or sleight-of-
hand, or other exhibition or entertainment of like kind, ten
dollars.

*Subd. 28.*    22. For each cockpit, two hundred and fifty dollars.
*Subd. 31.*    23. For each fortune teller, twenty-five dollars.
*Subd. 29.*    24. For each company of traders or fortune tellers, usually
known as Gypsies, ten dollars for each county.

*Subd. 27.*    25. For each shooting gallery, twenty-five dollars.
*Subd. 30.'*   26. For each skating rink, twenty-five dollars.
*Subd. 34.*    27. For dealers in playing cards, five dollars.
*Subd. 17.*    28. For dealers in pistols, or pistol cartridges, or bowie knives,
or dirk knives, whether principal stock in trade or not, three
hundred dollars.

Porter v. State, 58 Ala. 66.

*Subd. 18.*    29. For each peddler of medicines or other articles of like
character, spectacles or eye-glasses, one hundred dollars for
each county in which they peddle.

*Dec. 11, 1885, p. 31, sec. 5, subd. 18.*    30. For peddlers of medicines, with vocal or instrumental
music, or both, two hundred and fifty dollars for each county
in which they peddle.

*Dec. 12, 1884, p. 3, sec. 14, subd. 9.*    31. For peddlers in a wagon drawn by one horse, or other an-
imal, forty dollars; in a wagon drawn by two horses, or other
animals, fifty-five dollars; on a horse, or other animal, twenty-
five dollars; on foot, fifteen dollars; when accompanied by sing-
ers or performers on any musical instruments, one hundred
dollars; but for peddlers of tinware only, who shall pay all lawful
fees, one-third of the license fees herein provided; peddlers of
wooden and stone or clay hollow-ware only, shall not be re-
quired to procure license.  A peddler's license shall entitle him
to peddle only in the county where it is taken out.  It shall be
the duty of county court judges, justices of the peace, and no-
taries public having and exercising the jurisdiction of justices
of the peace, mayors, recorders and intendants of cities or
towns, and all officers authorized to make arrests, to demand of
peddlers, itinerant dealers and traveling agents their licenses,
and unless they exhibit the same, or show that they have a
right under the law to peddle the articles carried by them, or to
carry on the business they are engaged in without a license,
such county court judges, notaries, mayors, recorders, or in-
tendants must issue warrants for the arrest of such peddlers,
itinerant dealers, or traveling agents, returnable to any court of
their county having criminal jurisdiction, which warrants may

ATF456

be executed by the sheriff, or by any constable of the county, any city or town marshal, policeman, or any officer having authority to make arrests. It shall, however, be lawful for any person having but one arm, or but one leg, or who labors under any other physical disability, preventing him from making a livelihood by labor, to peddle in any county in this state free of license, on the filing of the certificates of two regularly licensed physicians in the office of the judge of probate of the county of his permanent residence, to the effect that he is permanently disabled, and that he cannot by labor make a livelihood for himself or family; but this shall not be so construed as to require a license on peddlers of fish, oysters, game, fresh meats, poultry, fruit and all farm products raised by the seller.

Vines v. State, 69 Ala. 73.

32. For pawn-brokers, fifty dollars. *Subd. 8.*

33. For each person or firm engaged in the business of buying *Subd. 34.* or selling futures for speculation, or on a commission, three hundred dollars; but this shall not be held to legalize any contract which would otherwise be invalid.

34. For transient or itinerant auctioneers, or dealers in goods, *Subd. 10.* wares and merchandise, other than licensed peddlers, and other than traveling agents of wholesale dealers in said articles, making sale thereof by sample, fifty dollars.

35. For traveling agents of wholesale dealers in goods, wares *Subd. 33.* and merchandise, ten dollars, a license to be taken out in only one county; and should any such agent fail to take out such license, all contracts made by him shall be void, and in any proceedings to enforce any such contract, the burden of proof shall be upon the party selling such goods, wares and merchandise to show that such license had been taken out at the time such contract was made.

36. For itinerant dealers in fruit trees, vines, or shrubs, or *Subd. 10.* plants of any kind, fifty dollars.

37. The owner or master of any steamboat, or other water-*Subd. 32.* craft, plying any of the rivers of this state, who engages in the business of buying, selling, or bartering any goods, wares, merchandise, produce, or commodity whatever, on or from such boat or water-craft, must pay a license of two hundred and fifty dollars; and the party so licensed shall thereby be entitled to carry on such business on the boat or water-craft therein named in any county in which the same is navigated; but cities and towns, in which such person engages in such business, may impose such license as is exacted of like business in such city or town.

38. The owner, conductor, or person in charge of every sup-*Subd. 32.* ply car, or car from which any goods, wares, or merchandise are sold, whether to the servants of the railroad company, or to others, must pay a license of one hundred dollars; and the person so licensed shall thereby be entitled to carry on such business in the car therein named, in any county in which such car is run or drawn; but each of such counties may charge a license therefor of ten dollars.

39. Each lightning-rod company selling lightning rods in per-*Subd. 19.* son or through agents, and all persons engaged in the business of selling lightning-rods, shall pay to the state a license tax of fifty dollars. The payment of this tax to the state, evidenced

by the receipt of any judge of probate, shall exempt such company or person from the payment of such tax in any other county; but in each county in which such company or person carries on such business, a license tax of ten dollars shall be paid for county purposes.

**Subd. 20.**  40. Each sewing machine, stove, range, or clock company, selling sewing machines, stoves, ranges, or clocks, either in person or through agents, or consignees, and all persons who engage in the business of selling sewing machines, stoves, ranges, or clocks, shall pay to the state twenty-five dollars for each county in which they may so sell; but when merchants, engaged in a general business, keep sewing machines, stoves, ranges, or clocks, as a part of their stock in trade, they shall not be required to pay the tax herein provided.

Merritt v. State, 59 Ala. 46.

**Subd. 21.**  41. Each and every person, partnership, or corporation, who engages in the business of inquiring into and reporting upon the credit and standing of persons engaged in business in this state, shall pay a license tax of three hundred dollars; and the payment of this tax to the state, evidenced by the receipt of any judge of probate, shall exempt such person, partnership, or corporation from the payment of such tax in any other county; and payment of such tax shall not, when it has been paid by such person, partnership, or corporation, be required of any of their agents or correspondents in the state.*

**Feb. 17, 1885, p. 21, sec. 48.**  **630. Licenses for county purposes; amounts, how determined.**—The court of county commissioners of each county, except in cases otherwise provided, may, at any regular or special term, add to the taxes specified in the last preceding section such amounts, not exceeding fifty per cent. of such taxes, for county purposes, as, in their judgment, may be necessary.

## ARTICLE II.

ISSUE AND EXPIRATION OF LICENSES, AND OTHER GENERAL PROVISIONS.

**Dec. 12, 1884, p. 3, sec. 8.**  **631. Unlawful to engage in certain businesses without license.**—It shall be unlawful for any person, firm, or corporation to engage in or carry on any business, or do any act for which a license is by law required, without having first paid for and taken out a license therefor in the manner in this article provided.

**Ib. secs. 5, 8, 9; Feb. 17, 1885, p. 21, sec. 53.**  **632. Payment for, and issue and contents of license.**—Before any person, firm, or corporation shall engage in, or carry on any business, or do any act, for which a license is by law required, he or they shall pay to the judge of probate of the county in which it is proposed to engage in, or carry on such business, or to do such act, the amount required for such license; and upon such payment, and a fee of fifty cents to such judge for issuing the same, such judge shall issue the license, countersigned by him, in the form, and on a blank to be fur-

---

* By act approved February 28th, 1887 (Pamph Acts 1886–7, p. 105), foreign insurance companies, not including "any secret or benevolent society, such as Masons, Odd Fellows, Knights of Pythias, Knights of Honor, Iron Hall, or orders of like kind," are required to "pay into the state treasury the sum of one hundred dollars per annum for the privilege of carrying on such business" in the state.

App.521

ATF458

nished by the auditor, which shall set forth the name of the person, firm, or corporation applying therefor, the business or act which it is proposed to carry on or do thereunder, the location where it is proposed to carry on such business, or to do such act, the amount paid for such license, and the time for which it is issued; and if the license is for a peddler, whether he proposes to travel on foot, on horse, or in a wagon; and such license shall not be transferable, nor shall it entitle the holder thereof to carry on any other business, or to do any other act than that named therein, or at any other location than that therein specified.

Powell v. State, 69 Ala. 11; Wharton v. King, Ib. 365.

**633. Report of licenses issued, and payment of money collected; commissions.**—On the last secular day in March, and every three months thereafter, the judge of probate shall forward to the auditor a certified list of all licenses issued by him, stating therein for what business issued, the amount collected for each license, and from whom; and at the same time he shall pay to the state treasurer the money received by him for such licenses belonging to the state, and to the county treasurer the money received by him for such licenses belonging to the county; and for the collection of such licenses, and for such payments, he shall be entitled to commissions on the amount collected at the rate of two and a half per cent., which he may deduct from such collection. If any probate judge fails to comply with the provisions of this section, within ten days after the date at which he is required to make a report of licenses issued and money received by him, the auditor shall forthwith report the facts to the governor, who shall cite such judge to show why he has not made returns of such certified list of licenses, as required by law; and if such judge fails to show sufficient cause for such failure, the governor shall direct the attorney-general to institute impeachment proceedings against such delinquent probate judge before the supreme court of the state.

<span style="float:right">Ib. sec. 11; Feb. 17, 1885, p. 21, sec. 130.</span>

**634. Expiration of licenses; time for which issued; exceptions.**—All licenses shall expire on the thirty-first day of December, in each year, and shall be for one year, unless the business licensed shall commence after the first of July, in which case the price of the license shall be half the amount of the year's license.

<span style="float:right">Dec. 12, 1884, p. 3, sec. 12.</span>

**635. License for selling liquors on steamboats; where issued.**—Licenses for selling spirituous, vinous, or malt liquors on steamboats, or other water-craft, may be taken out in any county through which they run; and when taken out in any one of such counties, the person taking out such license may sell the liquors authorized thereby in any county in or through which such steamboat, or other water-craft, is navigated.

<span style="float:right">Ib. sec. 13.</span>

**636. Licenses to retailers posted; penalty for failure.**—All licenses for the retail of spirituous, vinous, or malt liquors must be kept posted up in plain sight near the bar; and a failure to comply with this section forfeits the license.

<span style="float:right">Ib. sec. 13.</span>

**637. Account of licenses kept, and report thereof to auditor; inspection of books, etc., by auditor.**—Each judge of probate shall keep in a book in his office, prepared for that purpose, an accurate account of all licenses received by him from the aud-

<span style="float:right">Feb. 17, 1885, p. 21, sec. 53.</span>

itor, and of the disposition made of them by him, and of all money received by him from licenses issued by him; and he shall, on the demand of the auditor, at any time exhibit to him, or to any agent appointed by him for that purpose, such book, and also the originals of all licenses then remaining in his hands and not issued.

**638. Forms of licenses prepared by auditor; blanks furnished judges of probate.**—It shall be the duty of the auditor, with the approval of the governor, to prepare and have printed, suitable forms of licenses, and, as often as need be, to furnish to the several judges of probate blank licenses, signed by him, sufficient for the probable wants of their respective counties, taking their receipts for the same.

*Ib. sec. 139.*

---

# TITLE VIII.

### THE PUBLIC PROPERTY OF THE STATE.

Chapter 1.—Salt springs.
2.—Other public property.

---

## CHAPTER 1.

### SALT SPRINGS.

**639** (526). **Salt springs may be leased by the governor.** The governor may lease the salt springs, and lands granted to the state under the second clause of the sixth section of the act of congress of second March, one thousand eight hundred and nineteen, to the best advantage, in conformity with the provisions of the grant.

**640** (527). **Governor appoints agent.**—The governor may appoint a suitable agent, whose duty it shall be to superintend the salt springs and salt lands donated to the state by the congress of the United States; to prevent all trespass and waste on such lands; to lease the springs and lands on such terms and conditions as he may see fit; to settle all accounts with any former agent or agents, lessee or lessees; to take charge of all property of every kind on such lands; to collect all property, debts and demands, due the state from all and every person, and, generally, to save and to secure to the state whatever property, debts and demands may be due the state on account of such lands. The agent shall report, every six months, to the governor all the property of every kind collected or received, and all settlements made by him, and, generally, all his actings and doings in regard to the salt lands.

**641** (528). **Compensation.**—The agent shall receive such compensation for his services as the governor may deem proper and right, not to exceed one thousand dollars for any one year, and may be removed at any time by the governor, and a successor appointed.

App.523

ATF460

DEX57

ATF461

oned in the county jail or sentenced to hard labor for the county for not more than three months, at the discretion of the court trying the same; *And provided further*, That this act go into effect on the first day of January, 1889.

Approved December 12, 1888.

---

No. 189.]              AN ACT              [H. B. 139

To regulate the fees of constables in criminal cases in Macon county.

SECTION 1. *Be it enacted by the General Assembly of Alabama*, That the fees of constables in criminal cases in Macon county, shall be as follows: For executing a search warrant by day, one dollar and fifty cents; for executing a search warrant by night, two dollars; for executing any other warrant, one dollar; for serving each subpœna or notice issued by a justice of the peace, forty cents; for serving each subpœna or notice issued by the county court, sixty cents; for carrying a person before a magistrate under a warrant of arrest, or to jail when committed thereto, for himself and each necessary guard, to be proved by his own oath, for each mile ten cents going and returning. {Constable's fees in Macon county.}

SEC. 2. *Be it further enacted*, That whatever fees under the Code, constables are entitled to, not enumerated in the above schedule of fees, shall remain in full force and effect, and this act shall not be construed as in any wise repealing the same.

Approved December 12, 1888.

---

No. 190.]              AN ACT              [H. B. 131

To amend the charter of the town of Bessemer, and to re-incorporate the same as the city of Bessemer, and to establish a charter therefor.

SECTION 1. *Be it enacted by the General Assembly of Alabama*, That the inhabitants of the present town of {City of Bessemer.}

Bessemer, in the county of Jefferson and State of Alabama, be and the same are hereby re-incorporated, as the city of Bessemer, with all the powers and privileges appertaining to cities in this State, and that the charter of the present town of Bessemer, be altered, amended and enlarged in conformity herewith.

**Powers.**

SEC. 2. *Be it further enacted*, That the inhabitants of the said city of Bessemer, shall be and continue a body politic and corporate, by the name of the city of Bessemer, and by this name may sue and be sued, contract and be contracted with, receive, grant and do all other acts as natural persons, in respect to the powers herein granted, may purchase and hold real, personal and mixed property, and dispose of the same for the use and benefit of the city, and may have and use a city seal, which may be changed and altered at pleasure.

**Limits.**

SEC. 3. *Be it further enacted*, That the corporate limits of the said city of Bessemer shall embrace all the territory in the following limits, to-wit: Beginning at a point on the Alabama Great Southern Railway at the intersection of Twelfth (12th) street and running thence along Twelfth (12th) street to Tenth (10th) avenue, thence along Tenth (10th) avenue to Thirty-second street, thence along Thirty-second street to a continuation of the line of Fairfax avenue, thence along Fairfax avenue to the intersection of south line, section ten (10), township nineteen (19), south, range four (4), west, thence along section line to intersection of continuation of Twelfth (12th) street, thence to the point of beginning. The said city is divided into four wards, as follows: The

**First ward.**

first ward shall include all that part of the city which is included in the following limits, to-wit: Commencing at the intersection of south line of section ten (10) and Fairfax avenue, and running thence along Twelfth (12th) street to Alabama avenue, thence along Alabama avenue to Twenty-second (22d) street, thence along Twenty-second (22d) street to Fairfax avenue, thence along a continuation of the line of Fairfax avenue to the point

**Second ward.**

of beginning. The second ward shall include all that part of the city embraced in the following limits, to wit: Commencing at the intersection of Alabama avenue and Twelfth (12th) street, thence along Twelfth (12th) street to Tenth (10th) avenue, thence along Tenth (10th) ave-

App.526

ATF463

nue to Twenty-second (22d) street, thence along Twenty-
second (22d) street to Alabama avenue, thence along
Alabama avenue to the point of beginning.    The third
ward shall include the following portion of the said city, Third ward.
to-wit:    Commencing at the intersection of Twenty-
second (22d) street and the Alabama Great Southern
Railroad, and running thence along the track of the said
railroad to Thirty-second (32d) street, thence along
Thirty-second (32d) street to a continuation of Fairfax
avenue, thence along a continuation of the line of Fair-
fax avenue to Twenty-second (22d) street, thence along
Twenty-second (22d) street to the point of the beginning.
The fourth ward shall include the following portion of
said city, to-wit:    Commencing at the intersection of the Fourth ward.
Alabama Great Southern Railroad and Twenty-second
(22d) street, thence along Twenty-second street to Tenth
avenue, thence along Tenth avenue to Thirty-second (32d)
street, thence along Thirty-second (32d) street to the Ala-
bama Great Southern Railroad, thence along the track of
the said railroad to the point of beginning.

SEC. 4.    *Be it further enacted*,    That the government
of said city shall consist of, and its corporate power be
exercised by a mayor and eight aldermen, who are resi- Mayor and al-
dents of said city, who shall be elected as hereinafter dermen; elec-
provided, on the second Monday in September, eighteen tion of.
hundred and eighty-nine (1889), and beginning on the
second Monday in September thereafter, by ballot of the
male inhabitants of the said city, of and over the age of
twenty-one years, who have resided in said city for three
months and in the State for twelve months next preced-
ing such election, and are qualified electors, under the
general election laws of the State, and are registered as
hereinafter provided; and should the election not take
place on the day fixed for the bi-ennial election of mayor
and aldermen, the corporation shall not for that cause be
dissolved, but the incumbents shall remain in office till
their successors shall be elected and qualified; and it
shall be the duty of the mayor and aldermen to fix some
day, as early as convenient, within one month thereafter,
on which day the said election shall be held, and should
the mayor and aldermen fail or neglect to provide for
the election as herein described, they shall be guilty of a
misdemeanor; and should a vacancy occur in the board
by the death, resignation or removal from the city, or

ATF464

from any other cause, except on a contest of election as now provided by law, the remaining members of the board shall fill the vacancy at the next regular meeting after such vacancy occurs.

SEC. 5.  *Be it further enacted*,  That said election shall be conducted according to the laws governing elections for officers under the laws of this State, except as declared in this act; but no person shall be entitled to vote at said election in said city, unless he possesses the qualifications mentioned in the seventh article of the constitution of this State, and shall have resided in said city for three months, and in the ward in which he proposes to vote thirty days, and shall have caused himself to be registered in the ward of his residence, in the manner hereinafter provided, and shall have produced and surrendered to the inspectors of election, at the polling place of said ward, the original certificate of such registration hereinafter provided.

*Elections governed by State election laws.*

SEC. 6. .  *Be it further enacted*,  That at said election there shall be one polling place in each ward, and it shall be the duty of the mayor and city clerk to provide for the opening of said polls, and to give ten days' notice by publication in a newspaper or newspapers of said city, of the time and place of holding such election, and the names of the inspectors of election for each polling place. The said mayor and aldermen shall appoint the said inspectors, who shall perform the duty of returning officers.  The number of said inspectors so appointed, shall be three for each polling place in said city, one of whom shall be a member of each political party, if practicable, and said inspectors shall be qualified electors at said election.

*Polling places.*

SEC. 7.  *Be it further enacted*, That at least twenty days before the second Monday in September on which the election is to be held, it shall be the duty of the mayor and aldermen to appoint one person of each place of registration, to act as a register of voters, the place of registration in each ward to be appointed by the board; said registrars shall respectively commence registration on the third Monday in August next preceding the election, and shall continue the same until within seven days of said election, at which time said registration shall be closed.  Each of said registrars shall give at least five days notice, by advertisement in some newspaper pub-

*Registration.*

*Duties of registrars.*

189                                                          1888–89

lished in said city, of his appointment, and of the time
and place at which he will attend and make registration
of votes, as hereinafter required, and should any of the
registrars so appointed fail to act, or from any cause a
vacancy should occur in said appointments, then the
board shall appoint some other party in his stead. Be-
fore registration is made of any applicant therefor, said
registrar must be satisfied by personal knowledge, or suffi-
cient evidence, that such applicant has resided at least
three months in the city, and thirty days in the ward in
which he proposes to register and vote, and that he will
be legally entitled to vote at the then next ensuing elec-
tion for municipal officers of said city, according to the
requirements of the fourth section of this act, and said
registrar being satisfied, must thereupon place the name
of such applicant upon the registration list, together with
his color, and the ward of his residence, bounding the
latter by streets and avenues, and giving such other de-
scription as may be easily intelligible. The name of the
party registering shall be placed upon said list alphabeti-
cally, and be numbered in order of registration, and said
registrar must furnish each person so registered a cer-
tificate of his registration, giving his name, age, ward of
residence, and the number of his registration. The right
of any person to be registered as a voter may be chal-
lenged in the same manner as hereinafter provided, for
the challenging of any person who may claim the right
to vote at any municipal election of said city, and in case
the registrar is in doubt, and cannot decide for himself
any matter pertaining to his duties as registrar under this
act, then said registrar shall take the advice upon such
matters of some competent practicing attorney at law in
said city, to be selected by him ; *Provided, however*, that
when an applicant for registration is identified, by some
person known to the registrar, who will make oath to the
identity of the applicant, and such applicant will sub-
scribe the following oath: "I solemnly swear or affirm that
I have resided in the State of Alabama one year, in the
city of Bessemer three months, and in the ward in which
I now live thirty days, next preceding this election, that
I am twenty-one years of age, and that I have never been
convicted of any crime involving moral turpitude," in
such event the registrar is required to furnish to said ap-
plicant the necessary certificate of registration, with the

ATF466

190

name of the person who identified said applicant endorsed thereon. And it shall be the further duty of the registrar to furnish the inspectors for his ward with a list of the voters subscribed under the provisions of this section. Each of said registrars shall carefully preserve the original registration list of the voters registered by him, and make or cause to be made a correct copy thereof, and certify said original copy over his signature, and immediately after the closing of the registration list, shall deliver the said original and said copy to the mayor of said city.

**Affidavit of registrars.**

SEC. 8. *Be it further enacted,* That before entering upon the charge of said duties, each of said registrars shall make and subscribe an affidavit before some officer authorized to take affidavits, that he will faithfully and truly perform the duties of registrar by this act imposed on him, and that he will honestly, without fear, favor or affection, or prejudice, and without reward or the hope thereof, cause registration to be made of all persons who may personally apply therefor, and show that they are legally entitled to vote at the next ensuing election, and of no other person. Said affidavit shall be filed by said registrar in the office of the city clerk. For every wilful violation of their duty as such registrars, they shall, on conviction, pay a fine of two hundred dollars for the use of the city of Bessemer.

**Penalty.**

SEC. 9. *Be it further enacted,* That as soon as practicable, the mayor of said city shall cause at least fifty carefully corrected copies of each of said registration lists of the city to be printed, and shall furnish to each of the inspectors of election one printed copy of the registration list, to be used at such election; one of these printed copies shall be designated and used by each set of said inspectors, as their official copy, and shall be then returned with the ballots cast at such election, as part of their official returns as herein directed. It shall be the duty of said mayor at least one day before said election, to post at the post-office door, or some other public place, in said city, one copy of the registration list. The original of said list, and the certified manuscript copies as received from the registrars, shall, after said printed lists have been prepared, be by the mayor deposited with the city clerk, to be preserved among the records of said

**Fifty copies to be printed.**

**Copy to be posted, etc.**

ATF467

city, said original lists to be used, however, by the in-
spectors of said election.

Sec. 10.  *Be it further enacted*, That the inspectors of
said election shall not receive the vote or ballot of any
person whose name does not appear upon the registra-
tion list, as having registered in the ward in which he
proposes to vote, as furnished by the mayor, and who
does not at the time of voting present and surrender to
the inspectors of election, his certificate of registration
issued to him under the provisions of section five of this
act, to be by said inspectors then and there cancelled, and
does not on demand make satisfactory proof of his iden-
tity with the person whose name may be on said regis-
tration list.  For the purpose of such election the printed
lists furnished to the inspectors by the mayor, and here-
inbefore described as the official lists, shall be taken to be
correct, but subject, if error be alleged to be corrected by
comparison with the original registration lists for that
ward, which for that purpose shall be in the custody of
the inspectors at the time and place of such election.
Upon the receipt of any vote by the inspectors they shall
forthwith draw a line with red ink on said official regis-
tration list, over the name voted ; the said inspectors
shall immediately after the polls are closed, proceed to
count the ballots cast at their respective polling places,
and certify the result of the election to the mayor and
aldermen of said city.  They shall enclose the ballots
cast in their respective boxes with the poll list and regis-
tration list of the city for that ward, and the certificates
of registration surrendered at the election, together with
their said certificates of the result, in the box in which
are placed the ballots received at such election, and after
carefully sealing the same, deliver said box, with its con-
tents, to the clerk of the city, who shall give to said in-
spectors his receipt for said box, stating in said receipt
the condition of said box when received by him.

Sec. 11.  *Be it further enacted*, That the said mayor
and aldermen of said city, or a majority of them, shall
immediately after the delivery of the boxes, poll lists,
and inspectors certificates of the respective polling places
as hereinbefore required to said clerk, proceed to open
the said boxes, and by a footing up of the returns as made
by the inspectors of the several polling places (and by a
count of the votes if deemed necessary by the board), as-

*Marginal notes:*
Duties of in-
spectors **of**
election.

Duties of may-
or and alder-
men.

certain which of the candidates have received the highest number of votes for the respective offices, and declare the election to their respective offices of the persons who shall have received the largest number of legal votes for their respective offices to be filled at said election, and shall give certificates of election to their respective offices to the persons so found to be elected. But in case said mayor and aldermen, or a majority, were candidates at said election, then the clerk, the treasurer, and the marshal of said city, shall foot up the returns, after being duly sworn to act fairly and honestly in the premises, and declare the result and issue the certificates of election as above stated. The said certificate of election so issued, by the said mayor and aldermen, or a majority of them, or by the clerk, treasurer and marshal, shall entitle the persons so certified to the possession of their respective offices, immediately upon the expiration of the term of their predecessors, as fixed by the statutes, subject, however, to contestation of their right, as is now, or may be provided by acts of the general assembly for judge of probate.

Challenges.

SEC. 12. *Be it further enacted,* That any person offering to vote at any municipal election in the city of Bessemer, may be challenged by either of the inspectors, or by any qualified elector, and it is the duty of each inspector to challenge any person offering to vote, whom he knows or suspects not to be qualified under this act as an elector. When any person is challenged, if his ballot is not withdrawn, one of the inspectors must tender him the following oath: "You do solemnly swear that you will fully and truly answer all questions that may be put to you touching your qualifications as an elector." The inspectors, or one of them, must then examine him as to his qualifications under this act. When a vote is so challenged the same must be counted by the inspectors, but such vote must also be deposited in a separate box, and so designated to the board as a contested vote.

Illegal registration or voting a felony.

SEC. 13. *Be it further enacted,* That any person who falsely personates another, and thereby casts a vote to which he is not entitled, or thereby obtains registration as a voter to which he is not entitled, or attempts by such false personation of another to obtain such registration, or after having once voted at such election, votes a second time, or attempts to vote a second time, whether in the

App.532

ATF469

193                                                    1888–89

same ward or in another, or shall vote at such election, when not entitled to do so, or shall falsely attempt to do so, or after once having obtained registration in any ward, he shall cause himself to be registered a second time, or attempt to obtain a second registration, whether in the same or another name, or shall aid or assist another not entitled, knowing him not to be entitled, to vote or to obtain registration as a voter, or shall wilfully give a false answer to any question put to him by any inspector or registrar, shall be guilty of a felony, and on conviction, shall be punished by imprisonment in the penitentiary or hard labor for the county for the space of not less than six months or more than one year.

Sec. 14. *Be it further enacted*, That no person shall hold the office of mayor or alderman of said city, who has not resided therein for one year next preceding the election, and the aldermen must be residents of the wards and qualified voters therein for which they are respectively elected at the time of their election. *One year in city, to be mayor or alderman.*

Sec. 15. *Be it further enacted*, That the ballots cast at each election held under this act shall, after the same are counted, if the board deem it necessary to count them, be sealed up by the mayor and aldermen of said city, and deposited with the clerk of the circuit court of Jefferson county, Alabama, who shall preserve the same for twenty days after the election is declared, and then if there is no contest, said clerk shall destroy the same; but in the event of a contest, the same shall be delivered to the judge trying the same. *Ballots to be deposited with circuit clerk.*

Sec. 16. *Be it further enacted*, That any election held under this act, may be contested in the same manner, as is or may be provided for by the laws of this State, for the contest of the election of judge of probate, and shall so far as practicable apply to the contest of elections held under this act. *Contests.*

Sec. 17. *Be it further enacted*. That a majority of the board shall be required to transact any corporate business, but any number not less than three, may assemble at their regular place of meeting and adjourn from day to day, and compel the attendence of absent members in such manner and under such penalties as the board may prescribe, that the board may determine the rules of its proceedings, may fine its members for absence or disorderly behavior. In the absence of the mayor at *Quorum, etc.*

13

any meeting of the board, the members present may elect a presiding officer, and in case of sickness or temporary absence of the mayor from the city, or inability to serve from any other good cause, he may appoint any one of the aldermen to act as mayor during such sickness or absence, and such mayor *pro tempore* shall have all the powers of the mayor, and shall perform all the duties of the same.

SEC. 18.    *Be it further enacted,* That it shall be the duty of the mayor to preside and keep order at the meet-ings of the board; he shall call special meetings of the board, whenever, in his opinion, the interest of the city requires it; he shall keep an office in said city and hear and determine all cases of violation of all by-laws or ordinances, or the charter of said city, and punish the offenders in such manner as the board may direct; he shall receive such fees and salary as may be prescribed by the board; and he shall possess within the corporate limits of said city all the powers and jurisdiction of a justice of the peace in both civil and criminal cases, and shall be subject to all corresponding duties and liabilities of a justice of the peace.    *Provided,* that he shall not be required to take jurisdiction of, try, or determine any cause, civil or criminal, as ex officio justice of the peace, that has not already come before him as mayor of said city.    From any judgment or decision of said mayor, as such, an appeal may be taken by the defendant to the criminal court of Birmingham (the cause to be at issue in said criminal court within thirty days from the date of such appeal) upon defendants entering into bond, with good and sufficient security, to appear at the term of the court to which the appeal is taken, and from term to term thereafter until discharged by the law; to abide by and perform whatever sentence may be adjudged against him, the bond to be payable to the mayor and aldermen of Bessemer, in such penalties as the mayor may prescribe, and to be approved by him, and such case shall be placed on the criminal side of the docket, and if the defendant be convicted the court or jury trying the case may impose fines and imprisonment, one or both, just as the mayor could have done under the ordinance of the city on the trial before him, and if the fine be not paid or imprisonment be imposed, the defendant shall be remanded to the city prison, there to remain until dis-

*Duties of mayor.*

*Appeals.*

App.534

ATF471

charged as provided by the ordinances of said city upon conviction before the mayor. And in case the defendant do not appear at the trial, but make default, then his bond shall be declared forfeited and judgment shall be rendered thereon against the defendant and his sureties, as in State cases, except that the judgment shall be in favor of the mayor and aldermen of Bessemer. *Provided,* that such appeal be taken and fully perfected within five days from the rendition of such judgment by the mayor, and the case shall be tried *de novo,* and it shall be the duty of the court to speed the trial thereof. The mayor shall have jurisdiction of all proceedings by motion, *scire facias,* or other writs instituted for the collection of any penal bond, payable to said mayor and aldermen of Bessemer, taken under this act or under the ordinances of said city passed in pursuance of this act, and from his judgment, rendered in such proceedings, executions thereon may issue and be enforced as executions from justice court; the said mayor shall have the right, when the good or safety of the city may require it, to call upon or demand the aid of the sheriff of Jefferson county. He may punish any contempt while holding his court, or while the board is in session, by a fine not exceeding twenty-five dollars, and by imprisonment for not longer than ten days, one or both; he shall at least once in six months make a statement to the board in writing of the financial condition of the city, which said statement shall be published in at least one of the papers published in the city; he shall have the power to suspend the marshal, or any policeman until the next regular meeting of the board, and report to said meeting the fact of such suspension and the cause thereof, and he shall do and perform such other and further duties as the board may require.

*Powers of mayor.*

SEC. 19. *Be it further enacted,* That the board may appoint a city marshal, clerk and treasurer of said city, and such other officers as they may see fit, and think necessary for the good government of the said city, and to carry out the powers herein granted, and may prescribe the duties of such officers, and their liabilities and powers, and may require them to give bond in such sums as they see fit for the faithful discharge of their duties, and may remove and discharge any of its officers and employees at pleasure, and fix the salaries of the same.

*Officers to be appointed.*

**1888–89**                    **196**

For any breach of the bonds of such officers, suit may be
brought in the circuit court of Jefferson county, Ala-
bama, or before any court having jurisdiction, and such
suit shall be governed in the manner as other like suits.
The city shall keep a regular record of all proceedings,
orders, regulations, resolutions and ordinances of the
board, which shall be read to the board and signed by the
mayor or acting mayor, when approved by the board, and
the same shall have the force and effect of a record, and a
copy thereof certified by the clerk shall be *prima facie*
evidence in any court of record or elsewhere, and said
record shall at all times be open for inspection.

*Breach of bond*

*Record of pro-
ceedings as ev-
idence.*

SEC. 20.  *Be it further enacted*, That the marshal
shall have in said city all the powers of constable under
the laws of this State, and be entitled to all the fees of
such constable.  He shall possess within the limits of
said city all the powers of a peace officer.  He shall ex-
ecute the orders, notices, and processes of the board, or
of the mayor, and shall have the power, if the board so
orders, to make arrests, either with or without warrant;
and he shall perform such other duties as the board may
prescribe; *Provided*, That he shall not be compelled to
execute any process as constable, except by order of the
board, or of the mayor or acting mayor.

*Duties of mar-
shal.*

SEC. 21.  *Be it further enacted*. That the said mayor
and aldermen shall have full and complete power.  (1) To
make, adopt and declare motions, resolutions, by-laws and
ordinances, in the manner hereinafter provided, upon
whatever subject they see fit, to carry out the powers
herein granted, and for the good government and order
of said city, and to affix thereto such penalties for the
violation of the same by fine not exceeding one hundred
dollars, and by imprisonment or hard labor for the city
not exceeding thirty days, one or both, and all persons
convicted for breach of any by-laws or ordinances failing
to pay or secure such fines may be imprisoned for such
failure, or placed at hard labor for the city, until such
fine and costs are paid, in such manner and for such time
as the board may direct, not longer than thirty days.
(2) To pass all laws and ordinances necessary and proper
to prevent contagious and infectious diseases from being
introduced into said city; to establish and regulate an
efficient quarantine within said city and within ten miles
thereof, and to punish any breach of quarantine laws and
to prescribe the duties and fix the salaries and compensa-
tion of all such health officials as they deem necessary,

*Powers of the
mayor and al-
dermen.*

197                                                          1888–89

under existing health laws of the State.   (3) To prevent and remove all nuisances at the expense of the person causing the same, or upon whose premises the same may be found.   (4) To establish, set up and regulate hospitals, poor-houses, work-houses and houses of correction.   (5) To license, tax, regulate and restrain theatrical or other amusements, and the selling, retailing or giving away of vinous, malt or intoxicating liquors.   (6) To restrain or prohibit gambling houses, houses of ill-fame, disorderly conduct, breaches of the peace, riots and all unlawful assemblies and public indecencies, and to restrain chicken fighting and all games and sports of an immoral character.   (7) To appoint and regulate night and day watchmen, police control and captains thereof.   (8) To divide the city into wards and regulate and change the same.   (9) To establish, regulate and control markets and market-houses, and to pass by-laws and ordinances regulating the sale of meats, vegetables or other like articles within certain places and within certain houses.   (10) To sink, repair and regulate public wells and cisterns, to establish and regulate fire-plugs, and public hydrants, and to make all needful provisions for the supply of the city with water, gas and gas-lights, electric and other lights and to control street lamps.   (11) To establish streets, avenues and alleys, and regulate and control the paving, and curbing of streets and side-walks and the giving of the grade thereof.   (12) To establish and build drains, sewers, aqueducts and reservoirs and to regulate the same, and to pass all laws, ordinances and resolutions to compel owners of lots or real property to ditch and drain the same at the expense of the owner, and to punish any refusal or neglect of such owner or person in charge of said lot or property by fine and imprisonment, one or both.   (13) To establish, lay out and improve public parks, and to regulate the same.   (14) To establish, regulate or change fire limits within said city, and to pass all laws necessary for the protection of said city against fire, and for this purpose may remove any wooden building or structure, paying the owner thereof a reasonable price; to regulate and control the location and building of powder magazines within three miles of said city.   (15) To lay out, regulate, improve and control cemeteries and burial grounds, and to sell burial lots in the same.   (16) To prevent the running at large on the streets of all

cows, hogs, dogs, or other animals, and to pass all laws deemed necessary by the board for the sale and impounding of said stock. (17) To establish, regulate and control free white public schools and free colored public schools in said city, and to pay the teachers thereof; *Provided,* That no more than one-tenth of the gross general revenue of said city may be so expended. (18) To regulate and control the running of cars or locomotives upon or across the streets, avenues or alleys of the said city, and to regulate and control the speed of such cars, engines or trains, within the corporate limits of said city. (19) To pass all laws necessary and proper for the arrest, with or without warrant, of any person against whom there is a charge made of violating any city or State law, and to confine such person until duly discharged by law; to pass all laws needful for the issuance and execution of such warrants. (20) To make and ordain all laws necessary concerning idlers, paupers, vagrants and disorderly or vicious persons, and correcting and restraining their vicious habits, and all persons convicted of a breach of the by-laws and ordinances of said city, failing to pay such fine and costs that may be imposed by the mayor, or acting mayor, may be placed at hard labor for the city or imprisoned until such fine and costs are paid; and in case any person put to hard labor for the city fails to work faithfully, he may be tried for such failure by the mayor, or acting mayor, and if convicted shall be punished by fine not exceeding one hundred dollars, and by additional hard labor not exceeding thirty days one or both. (21) To pass by-laws and ordinances in relation to auctioneers, carrying on their business on the streets, and to regulate and prohibit the same. (22) To punish all persons who in any manner obstructs the marshal, captain of police or any policeman, or other officer in the arrest of any person in said city, or in the lawful discharge ot any of their duties in said city, and for the punishment of all persons, who when called upon to aid in the arrest of any person shall fail to aid or give such assistance. (23) The said board shall have power to pass and establish inspection laws within the city, the weighing and measuring of all kinds of produce or provisions for man or beast, and to provide for the inspection and guaging of liquors. (24) To regulate and control the manner of building par-

ATF475

199

tition walls and partition fences, and to regulate the keeping, carriage and storage of gun powder, blasting powder and other explosives or dangerous material within said city. To regulate and control the cleaning and sweeping of chimneys, the use of lights, stove pipes and flues in all stores, ware-houses, shops, stables, kitchens and other places. (25) The said board shall have power to pass by-laws, ordinances and resolutions for the grading and paving any side-walks in said city by the respective owners of real estate fronting thereon, and to enforce obedience to such ordinances by such fines, forfeitures and punishments as they may provide to be assessed and collected and imposed as other fines and forfeitures and punishments; to license such business and vocations as are now licensed by the State, and others hereinafter named, and to impose and collect licenses thereupon in the following amounts, re- Licenses. spectively: auctioneer (resident), $50.00; (non resident), $100.00. Barber shops (for each chair), $2.00. Banks and bank agents and dealers in exchange—$100.00. Commission merchants and brokers, whether by exchange or otherwise, $50.00. Lawyers, doctors and dentists, who have practised for three years, (each firm) $10.00, and no additional charges shall be made for fees, etc., when this amount is charged. Druggists and apothecaries (each firm), $25.00. Express companies, each $100.00. Hotels, each $25.00. Restaurants, 10.00. Life, accident and fire insurance agents, for each company represented, $10.00. Livery and sale stables, $10.00. Itinerant traders, either by sample or otherwise, $10.00. Dealers in fish or oysters, or either, $20.00. Transient physicians and vendors of patent medicines, $25.00. Undertakers, $25.00. Keeping studs or jacks, each, $5.00. Commercial telegraph companies, $100.00. Carts, drays, wagons, hacks, coaches or omnibuses, each, $20.00. Warehouses and public weighers, each $25.00. Dealers in commercial fertilizers, each $25.00. Cotton buyers, $10.00. Dealer (other than general dealer) in wagons, buggies or carriages, not manufactured in the city, $25.00. Dealer in general merchandise, $25.00. Watch-maker or jeweler, doing business for himself, each, $10.00. Bakers, each, $10.00. Tin shops, each $10.00. Printing offices, each, $10.00. Coal or wood yards, each, $10.00. Lumber yards, each $25.00. Brick yards, each, $10.00. Dancing masters, each, $10.00. Skating rinks, each

ATF476

$10.00.   Ice cream saloons, each, $10.00.   Real estate agents, each, $25.00.  Telephone exchange, each, $100.00. Plumbers or gas fitters, each, $10.00. Ice factories, each, $25.00.   Lightning rod agents, each, $25.00.   Drummers or commercial agents selling consumers, each, $10.00.   Dealers in cigars or tobacco, whether the principal stock in trade or not, each, $10.00.  Photograph or art gallery, whether in house or tent, $25.00.  Lumber dealers, each person or firm, 25.00.  News dealers, each person or firm, $10.00.  Fruit stands, each $10.00.  Green grocers, each, $25.00.  Marble yards, each, $20.00.  Architects or superintendents of buildings, each, $25.00. Railroad companies or individuals running what are commonly known as commissary cars or grab cars, for each car used in the selling of goods within the corporate limits, $100.00.  Confectioneries, each, $10.00.  Dealers in fire works, pyrotechnics, each, $10.00.  Dealers in coal, including those who buy coal and haul it into the city for sale, $10.00.  Dealers in brick, each, $10.00. Dealers in wood, including those who buy and haul it into the city for sale, each $10.00.  Boot blacks, each,

**Taxes.**  $2.50.  Dealers in pistol cartridges $5.00.  *Provided*, that said board shall have the power to assess, levy and to collect against general dealers in merchandise, resident of said city, a tax of one-half of one per cent on the first of January of each year, to assess, levy and collect against general dealers in merchandise, who are transient, a tax of one-half of one per cent on the largest amount of merchandise on hand at any one time while engaged in the business;  *Provided*, that the tax above provided for shall be in lieu of the *ad valorem* tax of one-half of one per cent hereinafter authorized to be imposed on certain merchandise ; to assess, levy and collect taxes on all property in said city for each year, not exceeding one-half of one per centum on the value thereof.  The assessments herein mentioned are to be made by the clerk of the city upon the State and county assessment books, as assessed for State taxes the preceding year, and it shall be the duty of said board to associate with the county tax assessor, one good and discreet citizen of the city, who shall assist the said county tax assessor in assessing the property of the said city ; *Provided*, that in case any property has escaped taxation in previous years, said clerk shall assess the same to be collected as other taxes

ATF477

are collected ; and, *Provided further*, that if there was
any property in the city on the first day of January of
the current year, which was not in the city on the first
day of January of the preceding year, or if there were
improvements on the first day of January of the then
current year erected on property materially enhancing
the value of such property, which said improvement had
not been erected on the first day of January of the pre-
ceding year, and consequently not assessed for State tax-
ation during the preceding year, then it shall be lawful
for the clerk of the board, and it shall be his duty to
assess such property or improvements at a fair valuation,
which said valuation shall be added to the valuation as
assessed for the State taxes for the preceding year, and
the taxes so assessed shall be collected as the other assess-
ments are collected.

SEC. 22. *Be it further enacted*, 1. That all the pro-
visions of this act before becoming operative, shall re-
quire formal enactment by the mayor and aldermen in
council assembled, and such enactment shall be either
by resolution, ordinance, mandate or by-law. 2. That
in the passage of all laws and ordinances for the erec-
tion of public improvements, all penal ordinances, and
all ordinances on the appropriation, expenditure or
payment of moneys, the contracting of any debt or
the making of any contract for the payment of money
for more than fifty dollars, except appropriations for
the regular salaries of officers and employees of the
city, the ayes and nays shall be taken and entered up-
on the minutes of the council proceedings; and the
vote of the majority of the whole number of aldermen
shall be necessary to pass any law or ordinance upon
any one of the above subjects; and in all other cases
a majority only of the members present may act; *Pro-
vided, however*, that any member of the council may at
any meeting thereof, regular or adjourned or special,
call for the ayes and nays on any other question, and
any member of the council may have his protest
against the passage of any measure spread upon the
minutes of the council proceedings. 3. That all laws
and ordinances before passing, shall be read three
times, and after the first reading shall be referred to
the appropriate committee and receive its endorsement
or disapproval before being called up for the second

*[margin note: Proceedings in enacting ordi-nances. etc]*

ATF478

1888–89                                   202

and third reading and final psssage, but this shall not
be construed as requiring each reading to be at differ-
ent meetings, unless hereinafter provided.  All new
ordinances containing a penalty, all ordinances af-
fecting property rights generally, or to operate
upon the public at large, all ordinances for the
creation of any city indebtedness or for the creation
of any contract to which the city may be a party, all
ordinances levying a license or a tax, and all ordinan-
ces for the repeal of, or for the purpose of amending
any existing ordinance, shall be referred to the appro-
priate committee, and lie over until the next regular
meeting of the council, before coming up for the sec-
ond and third reading and final passage; and all other
ordinances may be passed at the meeting at which
they are introduced, by complying with the provisions

**Approval of veto by mayor.** of this act.  4. That after the due passage of any law
or ordinance and before it shall go into effect, the same
shall be submitted to the mayor for his approval,
which, if given, shall be expressed by signing thereto
the word, "approved," with his signature and the date
of approval.  If he should not approve the ordinance
he shall not sign it, but shall at and not later than the
next regular meeting of the council, or sooner at a
special meeting thereof called for that purpose, return
the same to the city council with his reasons for veto-
ing the same attached thereto; and if not so returned
within the time required, the ordinance shall have all
the effect as if approved by him, and after due publi-
cation, shall become a law.  If at the meeting the or-
dinance so returned, the city council shall pass the
said ordinance by a two-thirds vote of the whole num-
ber thereof over his veto, it shall have the same effect,
and after publication, become a law, as if approved by
him; and it shall express, when published, that it was
passed over his veto by the required vote.  The may-
or shall have no right to cast any vote except in cases
of a tie vote; and any member of the council failing or
refusing to vote shall be taken as voting in the nega-
tive.  5. That no law or ordinance shall be enforced

**Ordinances: when take ef-fect.** until ten days from the date of the due publication
thereof, provided this shall not apply to ordinances
which do not effect the public generally, which said
ordinances shall take effect from and after due passage

and approval.  6. That the city clerk shall keep a register of ordinances in which he shall record all ordinances duly passed and published, and shall add to the record of each ordinance his certificate, which said certificate must show that all the requirements of the law relating to the passage and publication of said ordinance have been complied with, shall give the date of its passage, the name of the newspaper in which it was published and the page of the minute book containing the minutes of the meeting at which it was passed.  7. That no ordinance passed otherwise than in the manner required by this section shall have any force and effect whatsoever, but shall be, *ab initio*, void.

SEC. 23.  *Be it further enacted*, That for the trial of all violations of the laws and ordinances of the city, and the punishment of offenders therefor, there shall be a mayor's court, to be held by him daily except on Sundays and legal holidays, under the mode of procedure governing county courts, and under such other rules and regulations not inconsistent therewith as the city council may provide, with the right of appeal from any judgment or decision of said court as is hereinafter provided. <span style="font-variant:small-caps">Mayor's court.</span>

SEC. 24.  *Be it further enacted*, That the city of Bessemer shall have a prior lien upon all real and personal estate assessed for taxes over and above all other liens that may exist thereupon, except those of the State and county ; and upon all sales made under and by virtue of such assessments the tax collector of said city shall by a deed convey to the purchaser at such sale or sales a title superior in the order of priority of liens to that of any lien then existing save those of the State ; *Provided*, that when a tax is assessed upon property the owner of which is not known, sixty days notice of the sale, specifying the amount of the tax shall be given in some newspaper in said city before the sale ; *And provided fu ther*, that no sale of real estate for the payment of taxes assessed against it shall be invalid on account of the same having been assessed as belonging to any other person than the owner, or as the property of an unknown owner or on account of any informality or irregularity whatever in the proceedings for the assessment or sale, unless the Lien on property for taxes.

ATF480

person impeaching said sale shall show that the taxes
so assessed on said property and all penalties and costs
accruing on such assessments and the proceedings for
sale were paid at the time of such sale.

SEC. 25.  *Be it further enacted,* That the said board
is hereby authorized and empowered to pass laws for

Sale of proper-
ty for taxes.

sale of real estate and personal property in said city
for taxes whether said real estate and personal prop-
erty belongs to resident or non-resident owners, or to
persons unknown, and to authorize the sale of any one
lot or subdivision of lot, or so much of the property
as may be necessary to pay the taxes due, and that
the owner or any one for him, or any mortgagee or
person having a lien be allowed to redeem at any time
within two years from the sale on paying the pur-
chaser or the city treasurer for him double the amount
of taxes, costs, expenditures of sale paid by the pur-
chaser, and five dollars for the expense of re-convey-
ance, and the legal interest on the amount paid at
such sale from the date of sale to the day of redemp-
tion ; any surplus arising from said sale to be paid
into the city treasury to be kept as a separate fund by
said officer for the owner upon the responsibility of
his bond.  Interest shall be collected on all taxes as-

Interest, etc.

sessed from the first of May next after the assessment,
if not paid by that day ; and that when any lot or part
of a lot has been assessed to an unknown owner, the
assessment shall be *prima facie* evidence of the fact,
and that the board may by its agent purchase real es-
tate sold for the taxes, and in such event the deed for
the same shall be made to the mayor of the said city
and his successors in office, to be held by him or the
city ; which may be redeemed as other land sold for
taxes aforesaid, and when so redeemed they may or
shall be reconveyed to the owner at the expense of the
latter as aforesaid.

SEC. 26.  *Be it further enacted,* That the mayor and
aldermen of said city be, and they are hereby author-

Sinking fund,
etc.

ized and required to establish a sinking fund to pro-
vide for the payment of the interest on any of the
bonds which may hereafter be issued by law, and for
the payment and redemption of such bonds at maturity,
and they shall appropriate to said fund, not exceeding
twenty-five per cent. of the revenue received on ac-

App.544

ATF481

205                                                     **1888–89**

count of licenses and tax on all property within said
city, and shall require all persons paying taxes or li-
censes, at least twenty-five per centum thereof in cur-
rency or so much thereof as may be required, or the
board may see fit ; and the mayor and aldermen shall
have the power to collect all taxes of said city, and all
fines and forfeitures imposed for violation of any city
ordinance, by execution, levy and sale, and from the
operation of such execution no property of any citizen
of said city, or other person shall be exempt ; *Provided,*
that said mode of collection shall not prevent the col-
lection of such in any other manner herein provided.

SEC. 27. *Be it further enacted,* That said board shall
have authority to require all male inhabitants of said
city who have resided therein ten days, and who are
between the ages of eighteen and fifty years, to work
upon the streets of said city, for at least five days in
each year, under the direction of such officer as the
board may appoint ; *Provided,* that any person so re-
quired to work may relieve himself from so working,
by paying into the city treasury a sum not more than
five dollars, all moneys so collected or paid, to be
used and applied exclusively to the improvement of
the streets ; *Provided further,* that the inhabitants of
said city shall be exempt from working on roads or
highways outside the limits of said city ; *Provided
further,* that no male inhabitant of said city between
the ages of eighteen and fifty years shall be exempt
from the operation of this section, except such as the
board may hereinafter expressly by ordinance so ex-
empt.

SEC. 28. *Be it further enacted,* That it shall be un-
lawful for any officer of said city, either directly or in-
directly, by himself or by his agent purchase, deal in
or traffic in any manner in a claim, debt, warrant, or
script due from the city any person found so dealing,
shall be guilty of a misdemeanor, and shall be pun-
ished by fine not less than ten, nor more than one
one hundred dollars, but nothing herein shall prevent
an officer or agent from selling such claims as he may
have on hand at the passage of this act or may ac-
quire directly from the city, or from receiving in good
faith any city claim in payment of a debt due to him,
nor from purchasing in good faith, so much of such

*Working on streets.*

*Officers not to deal in city claims.*

ATF482

claim as may be necessary to pay his taxes and licenses for the current year.

SEC. 29. *Be it further enacted,* That whenever any person in the custody of the city authorities before or after conviction of a violation of the city ordinance, and is held for such by said city, and such prisoner has violated any State law, and is charged therewith, such prisoner shall be held by said city authorities until such time as the sentence of the mayor shall be fully performed and discharged, except in cases where said party is demanded by the State authorities under a charge of felony; and the said city authorities shall then deliver such prisoner to the sheriff of Jefferson county; and such city officers in actual charge of said prisoner, in the event of the escape of such prisoner through the fault or negligence of such officers during the time they held the prisoner, shall be liable for such escape, and shall be punished as is now or may hereafter be prescribed by the State law for an escape.

*City pris'n'rs.*

SEC. 30. *Be it further enacted,* That the board may pass all necessary and needful laws to compel persons to work upon the streets or elsewhere who refuse to work when being under the sentence of the mayor for a violation of any city ordinance.

*Prisoners to work street's.*

SEC. 31. *Be it further enacted,* That in case the said city has not at any time sufficient room for persons sentenced to imprisonment for violation of city laws or ordinances, such person may be confined in the county jail of Jefferson county, Alabama, until the board can provide for the confinement in the city prison; and while such persons are confined in the jail, the sheriff of said county shall receive for keeping and feeding such prisoners the same compensation allowed him for keeping other prisoners. The city of Bessemer shall be responsible for the payment of feeding the prisoners, which shall be paid in advance, when required by the sheriff.

*City prisoners may be put in county jail*

SEC. 32. *Be it further enacted,* That the mayor and aldermen of Bessemer shall have exclusive power and authority to levy, assess and collect all poll tax from the inhabitants of said city liable to pay such tax, to be used and applied exclusively to the public schools of the city; the poll tax collected from the white inhabitants to be for the use and benefit of the free white

*City to collect poll tax for schools.*

App.546

ATF483

207                                    1888–89

schools of said city, and that collected from the colored
inhabitants to be for the use and benefit of the colored
free schools of the city ; said tax to be assessed and
collected by such officers as the board may appoint,
under such rules and regulations as the board may
prescribe, and officers to have the same rights, powers
and remedies for the collection of said poll tax as are
now given to the tax-collector and other officers of
Jefferson county.

SEC. 33.   *Be it further enacted,* That said mayor and
aldermen of Bessemer shall have the right to build and Sew'rs through
construct underground sewers through private prop- private proper-
erty anywhere in said city, paying to the owner such ty.
damage, if any, as may thereby be done to said prop-
erty ; and for the purpose of ascertaining such dam-
ages, said city may proceed by writ of *ad quad damnum*
as now provided by law in such cases, except that the
jury shall consist of only five freeholders of said city,
and such jurors shall be entitled to only one dollar per
day, each, while serving.  The judge of probate shall
be entitled for his services only five dollars, and the
sheriff to only two dollars and fifty cents for his ser-
vices, in such proceedings,  And in case one contin-
uous sewer is to be run through the lands of several
joint owners, the whole may be joined in one proceed-
ing, the damages of any, however, to be assessed to
each joint owner separately.

SEC. 34.   *Be it further enacted,* That the present
charter of the city of Bessemer, and all laws and parts Conflicting
of laws in conflict with the provisions of this act, be laws repealed.
and the same are hereby repealed ; *Provided,* That no
prosecution, suit or claim whatever, pending or to be
brought, under existing laws, shall in any manner be
affected, impaired or altered by the passage of this
act ; and all existing laws and ordinances of said city,
adopted in pursuance of law, shall be and remain in
force until repealed or modified by the mayor and
aldermen of Bessemer, and all the powers granted by
this act shall and must be liberally construed in favor
of the power of the city to pass such laws.

SEC. 35.   *Be it further enacted,* That the said cor- Police jurisdic-
porate authorities of the city of Bessemer shall have tion.
as full and ample police jurisdiction in every respect
over the territory extending for one mile in every di-

.

App.547

ATF484

208

rection from the corporate limits of the said city, as is herein given to them over and concerning the territory so embraced within the said corporate limits.

SEC. 36. *Be it further enacted,* That the present incumbents of the offices of intendent and councilors of the said town of Bessemer shall continue to hold offices as the mayor and aldermen respectively of the said city of Bessemer, and shall act as such, and exercise each and every of the rights, powers and authority herein conferred upon said mayor and aldermen until the first election of mayor and aldermen provided for in this act.

SEC. 37. *Be it further enacted,* That after January 1st, 1889, it shall be unlawful to sell, barter, give away or otherwise dispose of spirituous, vinous or malt Liquor license. liquors, or other intoxicating beverages within the corporate limits of said city of Bessemer; *Provided, however,* That the mayor and board of aldermen of said city be authorized to license, regulate and restrain the sale, giving away and other disposition of spirituous, vinous, malt and other intoxicating liquors, bitters and beverages, in the following described district, situated in the corporate limits of the said city of Bessemer, viz: At a point commencing at the intersection of Seventeenth (17th) street and (5th) avenue, thence along Seventeenth (17th) street to Carolina avenue, thence along Carolina avenue to Short street, thence along Short street to an alley between Carolina and Arlington avenues, thence along said alley to Berney street, thence along Berney street to Berkley avenue, thence along Berkley avenue to Burke street, thence along Burke street to Carolina avenue, thence along Carolina avenue to Twenty-second (22nd) street, thence along Twenty-second street to Fifth (5th) avenue, thence along Fifth avenue to the place of beginning.

SEC. 38. *Be it further enacted,* That the board of mayor and aldermen of said city be, and they are City bonds. hereby authorized to issue bonds of said city, to an amount not exceeding thirty thousand dollars, for the purposes hereinafter named, in denominations of not less than one hundred dollars each, and payable fifty years from their issuance, with coupons attached, bearing interest at a rate not exceeding eight per cent. per annum, and payable semi-annually to bearer, said

App.548

ATF485

209                    1888-89

bonds and coupons being payable at some place designated by the board.

SEC. 39.  *Be it further enacted*, That the bonds authorized to be issued under the provisions of this act, shall be signed by the mayor and countersigned by the treasurer of said city, and the seal of the city shall be affixed thereto, and the city treasurer shall keep a correct record and account of all such bonds issued and disposed of under this act.

SEC. 40.  *Be it further enacted*, That the mayor and aldermen of said city are hereby empowered to do any and all things that may be necessary to carry out the powers hereby granted, and no technical informality, neglect or omissions in the proceedings or record of said board shall in any wise vitiate or annul said bonds or coupons, which shall have all the properties and protection of commercial paper, and shall be receivable upon and after maturity for all dues to the city in the way of taxes and otherwise.

SEC. 41.  *Be it further enacted*, That said mayor and aldermen are hereby authorized to negotiate and sell such bonds as are issued by them by virtue of this act; and the proceeds of said bonds shall be paid over to and kept by the treasurer of said city, to be used and applied in building and constructing sewers in said city, and in erecting city buildings in said city, and in grading and making improvements of any and all kinds upon the streets of said city.

SEC. 42.  *Be it further enacted*, That the use, payment and application of said money shall be under the direction of said board of mayor and aldermen of said city, and the said treasurer shall be responsible for the safe keeping of the proceeds arising from the sale of said bonds, which may come into his hands in his official capacity, the same as other city funds, and there shall be no commissions paid said city treasurer for receiving or disbursing the funds arising from the sale of bonds named in this act.

SEC. 43.  *Be it further enacted*, That in addition to the powers and privileges herein conferred, the said city of Bessemer shall also have, possess and enjoy all rights, powers, privileges and franchises which may be conferred upon municipal corporations of like character by the laws of the State.

Other powers.

14

210

Sec. 44. *Be it further enacted*, That all laws and
parts of laws, general, special or local in any way in-
consistent with or repugnant to any of the provisions
of this act be, and the same are hereby repealed.

Approved December 12, 1888.

---

No. 191.]        AN ACT        [H. B. 630

To prescribe the civil jurisdiction and regulate the
practice in civil cases of the city court of Mobile
county.

*Whereas*, by the usage and practice prevailing in the
county of Mobile, the trial of criminal cases has de-
volved exclusively upon the city court of said county,
while the civil side of said court is crowded with civil
causes, whereby much delay in the determination of
such civil causes have resulted; and

*Whereas*, it is desirable that to afford suitors speedy
remedy for the recovery in said court of ordinary
debts and the like, the civil jurisdiction of said court
should be limited : Therefore

Section 1. *Be it enacted by the General Assembly of
Alabama*, That from and after the passage of this act,
jurisdiction in civil causes at law (except in actions to
try titles to land, and in actions for the recovery of
damages for injury to reputation, person or property,
whether such damages are sought to be recovered for
negligence or a breach of duty enjoined by law or by
contract with the parties, expressed or implied,) be
and is hereby conferred upon the city court of Mobile
county, and all powers of a civil nature now exercised
by the circuit courts of the State and the judges
thereof, not above excepted, be and the same are
hereby conferred respectively upon the said city court
of said county and the judge thereof.

*Powers con-
ferred on city
court of Mo-
bile.*

Sec. 2. *Be it further enacted*, That the said city
court shall meet for trial of civil causes on the first
Mondays of April, July and November in each year,
may continue in session for the trial of such causes
until the last day of each said months, and any sum-
mons or other mesne process may be made returnable

*Trial of civil
causes.*

DEX58

ATF488

# TITLE II.

## TAXES.

### ACTS.

General Tax Act for 1889 and 1890.
Providing for finishing payments on New Capitol.
Providing for furnishing New Capitol.
Creating Sinking Fund to retire maturing Bonds.

### GENERAL TAX ACT FOR 1889 AND 1890.

### No. 123.

An Act to levy and collect a tax for the support of the State government and the public institutions ; for educational purposes in instructing children in the elementary branches of an English education only ; to pay the interest of the public debt, and to pay maimed Confederate soldiers such amounts as are allowed them by law, for each of the fiscal years eighteen hundred and eighty-nine and eighteen hundred and ninety, and to prescribe what persons, professions and property are liable to taxation ; to describe the method of receiving and collecting said taxes ; to prescribe the method of ascertaining the property of this State subject to taxation ; prescribe additional questions to be propounded to tax payers, and to provide penalties and forfeitures for non-payment of taxes, and for other purposes.

SECTION I. *Be it enacted by the General Assembly of the State of* **Georgia**, That the Governor be authorized and empowered, with the assistance of the Comptroller-General to assess and levy a tax on the taxable property of this State of two and seven-tenths mills per centum for the fiscal year eighteen hundred and eighty-nine, and two and four-tenths mills per centum for the fiscal year eighteen hundred and ninety. And the Governor be, and is hereby, authorized and empowered by and with the assistance of the Comp-

General ad valorem tax.

App.552

ATF489

20                    PART I —TITLE II.—Taxes

**Special educational tax.** troller-General to assess and levy, in addition to the foregoing general State tax, a tax of one-half of a mill for the year eighteen hundred and eighty-nine, and a tax of one mill for the year eighteen hundred and ninety, on all of the taxable property of this State for the purpose of raising the funds necessary to meet the appropriations by this General Assembly for educational purposes in instructing children in the elementary branches of an English education only.

**Specific taxes.** SEC. II. *Be it further enacted by the authority aforesaid*, That in addition to the *ad valorem* tax on real and personal property, as required by the Constitution, and provided for in the preceding section, the following specific taxes shall be levied and collected for each of the said fiscal years, eighteen hundred and eighty-nine and eighteen hundred and ninety.

**Poll tax.** First—Upon each and every male inhabitant of the State, between the ages of twenty-one and sixty years, on the first day of April, a poll tax of one dollar for each of the said years, 1889 and 1890, which tax shall be for educational purposes in instructing children in the elementary branches of an English education only ; *Provided*, this tax shall not be demanded of blind persons, **Exemptions.** nor of crippled, maimed or disabled confederate soldiers, relieved of such tax under and by authority of an Act approved July 23, 1883.

**Lawyers, doctors, dentists and officers of various companies.** Second—Upon every practitioner of law, medicine or dentistry, presidents of each of the banks in the State, each agent or firm negotiating loans, and charging therefor, the presidents of each of the railroad companies, presidents of each of the express, telegraph, telephone, electric light and gas companies, doing business in this State, and in case the presidents of any such companies do not reside in this State, then in such case, upon the superintendent or general agent of such companies who may reside in this State, ten dollars and no muncipal corporation or county authorities shall levy any additional tax on said professions either as license fee or otherwise.

**Photographic and other artists.** Third—Upon every daguerrean, ambrotype, photographic, and similar artist, ten dollars in each county in which they may carry on business.

**Keepers of billiard and other tables.** Fourth—Upon every person carrying on the business of auctioneer, for pay or compensation, twenty-five dollars for each county in which they may carry on such business.

**Gaming tables, etc.** Fifth—Upon every keeper of a pool, billiard or bagatelle table kept for public use, whether in a saloon, bar-room, hotel or other public place, twenty-five dollars for each table.

Sixth—Upon every keeper of any other table, stand or place for the performance of any game or play, and upon the keeper of

ATF490

PART I.—TITLE II.—Taxes.                                    21

General Tax Act for 1889 and 1890.

any flying horses, or any other game or play, (unless kept for
exercise or amusement not prohibited by law), and not kept for
gain, directly or indirectly, twenty-five dollars in each county.

Seventh—Upon every keeper of a ten pin alley, or alley of like Ten-pin al-leys and
character, kept for public play, and upon every keeper of a shoot- shooting galleries.
ing gallery, twenty-five dollars for each place of business.

Eighth—Upon every traveling vendor of patent or proprietary Traveling vendors.
medicines, special nostrums, jewelry, paper, soap, or other arti-
cles of like character, twenty-five dollars in each county where
they may offer such articles for sale.

Ninth—Upon every local insurance agent doing business in this Insurance agents.
State, ten dollars for each county in which they shall solicit busi-
ness, and upon every agent of a matrimonial, natal or nuptial
company, or traveling, special or general agent, of life, fire, acci-
dent, or other insurance company doing business in this State, fifty
dollars, which said agents must pay before he or they shall be
authorized to act as an agent for any of their companies.  Said
tax shall be paid by said agents to the Comptroller-General, and
shall be in addition to the license fee required of insurance com-
panies by the Act approved October 24, 1887. The receipt of the
Comptroller-General for the payment of this tax, together with
his certificate, as provided by said Act, approved October 24,
1887, shall constitute the license for said agents to transact busi-
ness for their companies, as designated by said certificates: *Pro-
vided*, this tax shall not be required of agents of assessment, life
insurance companies, or mutual aid societies.

Tenth.—Upon each emigrant agent, or employer or employé of Emigrant agents, etc.
such agent doing business in this State, the sum of five hundred
dollars for each county in which such business is conducted.

Eleventh —Upon every traveling vendor using boats for the Vendors in boats.
purpose of selling goods on the rivers or waters within the limits
of this State, the sum of fifty dollars in each county where they
may sell their wares, and said tax shall be a lien on the boat and
its contents without regard to the ownership thereof.

Twelfth.—Upon all itinerant lightning rod dealers or agents, Itinerant lightning-
the sum of twenty-five dollars for each and every county in which rod dealers.
they may operate.

Thirteenth.—Upon all shows and exhibitions (except such as Shows and exhibitions
histrionic, musical, operatic and elocutionary) including side shows
accompanying circus companies, twenty-five dollars in each and
every city or town of five thousand inhabitants, twenty dollars in
cities or towns of four thousand and under five thousand inhabi-
tants, and fifteen dollars in cities or towns of less than four thous-
and inhabitants.  Said tax, so collected, shall be for educational
purposes.

App.554

ATF491

22                       PART I.—TITLE II.—Taxes.

General Tax Act for 1889 and 1890.

**Circus companies.** Fourteenth—Upon every circus company, two hundred dollars each day it may exhibit in the State of Georgia; said tax shall be for educational purposes.

**Liquor dealers.** Fifteenth—Upon all dealers in spirituous or malt liquors, intoxicating bitters or brandy fruits or domestic wines, whether dealing in either or all thereof, fifty dollars for each place of business in each county where the same are sold: *Provided*, this tax shall not **Proviso.** relieve such dealers from any local tax or prohibitory law in reference to the retail of spirituous or intoxicating liquors, nor be required of those who sell by wholesale spirits manufactured of apples, peaches, grapes, blackberries or other fruits grown on their own lands, when sold in quantities not less than five gallons: **Domestic wines exempt.** *Provided*, that nothing in this Act shall be so construed as to levy a tax on dealers in domestic wines manufactured from grapes or berries purchased by or grown on lands owned, leased or rented by said dealer. Said tax shall be for educational purposes.

**Sewing machine peddlers.** Sixteenth—Upon every peddler or traveling agent selling or offering to sell sewing machines, the sum of twenty five dollars for each county in which they do business.

**Dealers in arms.** Seventeenth—Upon all dealers in pistols, toy pistols shooting with metallic caps, or cartridges, dirks or bowie knives, twenty-five dollars for each place of business in each county where the same are sold.

**Dealers in futures.** Eighteenth—Upon every individual or firm, or his or their agents, engaged in the business of selling or buying farm products, sugar, coffee and salt and meat for future delivery (commonly called "futures"), five hundred dollars each per annum for the county where such business is carried on: *Provided*, that this tax **Proviso.** shall not be demanded of any cotton warehouseman, dealer in cotton, or any provision broker, who takes orders in the regular course of their trade only for the actual and *bona fide* delivery of cotton and other produce so ordered, and where, by the terms of the contract, it is not left to the option of the party so ordering, or the party taking such order, to avoid the delivery of the pro-**Additional proviso.** duce or products by paying the difference in the market price of such produce or products at the time of delivery: *Provided further*, that such cotton warehouseman, dealer in actual cotton or any provision broker does not carry on the business of buying futures in connection with his or their other business.

**Stove or clock peddlers.** Nineteenth—Upon every peddler of stoves or ranges for cooking purposes, or clocks, the sum of one hundred dollars in every county in which such peddler may do business.

**Billiard and pool tables.** Twentieth—Upon every person or firm, for himself or agent for resident or non resident owners, who holds or keeps for hire or sale any billiard, pool or other table of like character, fifty dollars for each county in which such person or firm does business.

ATF492

•

PART I—TITLE II.—Taxes.                                              23

General Tax Act for 1889 and 1890.

Twenty-first—*Be it further enacted by the authority aforesaid,* Relief of blind persons and Confederate soldiers relieved by the persons and That blind persons and Confederate soldiers relieved by the Confederate soldiers.
proviso in paragraph first of this section, from the payment of the
tax designated in that paragraph shall be relieved, also, from the
payment of the taxes designated in paragraphs 6, 7, 8 and 11, of
this section, if carrying on and dependent upon the kinds of
business designated therein : *Provided,* that before any person Proviso.
shall be entitled to the benefit of any of the exemptions provided
for in this paragraph, he shall go before the Ordinary of the
county in which he proposes to carry on business, and make and
file an affidavit, setting forth the facts that he is entitled to such
exemption, and that he is the proprietor of the business he
proposes to conduct, and is conducting the same for himself and
not for another.

Sec. III. *Be it further enacted by the authority aforesaid,* That Return, entry, etc., of certain taxes.
the taxes provided for in paragraphs 1 and 2, of section 2, of this
Act, shall be returned to the Tax Receiver in the county of the
residence of the person liable to such tax, and shall, by the
Receiver of Tax Returns, be entered upon his digest of taxable
property, and that the taxes provided for in paragraphs 3, 4, 5, 6,
7, 8, 10, 11, 12, 13, 14, 15, 17, 18, 19 and 20, of section 2, of
this Act, shall be returned and paid to the Tax Collectors of the
counties where such vocations are carried on.

Sec. IV. *Be it further enacted by the authority aforesaid,* That the Payment of certain taxes.
taxes provided for in paragraphs 3, 4, 5, 6, 7, 8, 10, 11, 12, 13,
14, 15, 16, 17, 18, 19 and 20, of section 2, of this Act, shall be
paid in full for the fiscal years for which they are levied to the Tax
Collectors of the counties where such vocations are carried on at
the time of commencing to do the business specified in said para-
graphs. Before any person taxed by paragraphs 3, 4, 5, 6, 7, 8,
10, 11, 12, 17, 18, 19 and 20, of section 2, of this Act, shall be
authorized to carry on said business, they shall go before the Registry with Ordinary.
Ordinary of the county in which they propose to do business and
register their names, place of business, and at the same time pay
their taxes to the Tax Collector ; and it shall be the duty of said
Ordinary to immediately notify the Comptroller-General and the
Tax Collector. Any person failing to register with the Ordinary, Fine for failure to register.
as herein required, shall be liable to indictment for a misdemeanor,
and on conviction, shall be fined not less than fifty dollars, nor
more than two hundred dollars, at the discretion of the court try-
ing the same, or be imprisoned as prescribed by section 4310 of
the Code.

Sec. V. *Be it further enacted by the authority aforesaid,* That all Insurance companies.
foreign and home insurance companies doing business in this State
shall pay one per cent. on all premiums in money or otherwise
received by them : *Provided,* this shall not include return pre- Proviso.

App.556

ATF493

General Tax Act for 1881 an 1 18 0.

miums on cancelled policies; and in addition to the tax imposed by this Act upon the gross receipts of such insurance companies, all such companies doing brokerage business in this State, such as discounting notes, bills, drafts or exchange, lending money, or in any manner doing a business pertaining to banking or brokerage business, shall be taxed upon the capital so employed in the same manner and at the same rate as other moneyed capital in the hands of private individuals is taxed.

**Building and Loan Associations.** Sec. VI. *Be it further enacted by the authority aforesaid.* That the presidents of all building and loan associations, and other associations of like character, shall be required to return to the Tax Receiver of the county where such associations are located, at its true market value, the stock of such associations owned by the stockholders thereof, (upon which, as shown by the books of such associations, no advance has been made, or money borrowed thereon, by the individual stockholders therein) to be taxed as other moneyed capital in the hands of private individuals is taxed:

**Proviso.** *Provided,* That no tax shall be required of real estate and building associations, to be paid upon any portion of their capital which has been loaned or advanced to a shareholder upon real estate, upon which real estate tax is payable by said shareholder.

**Returns of corporations, generally.** Sec. VII. *Be it further enacted by the authority aforesaid,* That the Presidents of all manufacturing and other incorporated companies (or their agents) other than railroad, insurance, telegraph, telephone, express, sleeping and palace car companies, shall be required to return all their property whatever of their respective companies at its true market value to the Tax Receiver of the county where the same is located, or where the principal business of each company is located, to be taxed for State and county purposes as other property in this State is taxed. The President of every manufacturing company shall be required to answer under oath, in addition to those now provided by law, the following questions:

**President must answer under oath.**

**Questions specified.** First—What is the value of raw material on hand April 1st?

Second—What is the value of manufactured goods or articles on hand April 1st?

Third—What amount of money, bonds, notes, accounts, and choses-in-action of every kind did you own on April 1st?

Fourth—And what other property of every kind did your company own on April 1st?

And such company shall be taxed upon its entire property so ascertained.

**Tax on express, telegraph and electric light companies.** Sec. VIII. *Be it further enacted,* That all persons or companies, including railroad companies, doing an express or telegraph business, and charging the public therefor, in this State, shall pay two and one-half per cent. on their gross receipts; and all persons, or the Superintendent or General Agent of each telegraph or express

ATF494

## PART I.—TITLE II.—TAXES. 25

company, or the President of each railroad company doing such **Quarterly returns.** business in this State shall make a quarterly return under oath as follows: On the last day of March, June, September and December in each year to the Comptroller-General, showing a full account of their gross receipts during the quarter ending on such **Showing gross receipts.** date, and said taxes herein levied upon such gross receipts as shown by said quarterly returns shall be paid by the respective persons or companies to the Comptroller-General at the same time of making such returns. The gross receipts herein named shall be construed to mean the full amount of all money received from business done within this State. If any person, superintendent, **Penalty for failure.** agent or president, as the case may be, whose duty it is to make returns under this paragraph, shall fail to do so within thirty days after the time herein required, such person, superintendent, agent or president, shall be liable to indictment, and upon conviction shall be punished as prescribed in section 4310 of the Code of 1882.

Second—That each telephone company shall pay a tax for each **Telephone companies.** of the years, 1889 and 1890 of one dollar for each telephone station or box with instruments complete, rented or used by their subscribers, and the superintendent or general manager of the **Returns.** company shall make returns under oath and payments to the Comptroller General on the dates named in the first paragraph of section.

Third—That each non resident person or company whose **Non-resident owners of sleeping-cars.** sleeping cars are run in this State, except the sleeping cars of railroad companies that are taxed as hereinafter provided for, shall **How taxed.** be taxed as follows: Ascertain the whole number of miles of the lines of railroads over which such sleeping cars are run, and ascertain the entire value of all the sleeping cars of such person or company, then tax such sleeping cars at the regular tax rate, in the same proportion to the entire value of such sleeping cars that the length of lines in this State, over which such cars run bears to the length of the lines of all the railroads over which such sleeping cars are run. The return shall be made to Comptroller General by **Returns.** the president, manager, general agent or person in control of such cars in this State. The Comptroller General shall frame such questions as will elicit the information sought, and answers thereto shall be made under oath. If the president, manager general agent or person in control of such sleeping cars, shall fail or refuse to answer under oath the questions so propounded, then the Comptroller General shall get the information from such source or **Double tax where no return.** sources as he may, and he shall assess a double tax on such sleeping cars. If the taxes herein provided for are not paid, the Comptroller General shall issue execution against the owner of such cars, which may be levied by the sheriff of any county in

ATF495

26    PART'I.—TITLE II.—Taxes.

General Tax Act for 1889 and 1890.

Levy, where tax not paid. — this State upon the sleeping car or cars of the owner who has failed to pay the taxes.

Bank stock. — Sec. IX. *Be it further enacted by the authority aforesaid,* That no tax shall be assessed upon the capital of banks or banking associations organized under the authority of this State or of the United States and located within this State, but the shares of the stockholders of such bank or banking associations, whether resident or non-resident owners, shall be taxed in the county where

Where taxed. — such bank or banking associations are located and not elsewhere, at their true and full market value, at the same rate provided in this Act for the taxation of moneyed capital in the hands of private individuals: *Provided,* that nothing in this section contained shall be construed to relieve such banks or banking associations from the tax on property owned by them as provided for in section

Proviso. — seven of this Act: *Provided further,* that nothing herein contained shall be construed to levy any tax on real and personal property held or owned by any bank or banking association, the value of which is represented in the market value of its shares of stock That each bank and banking association shall pay tax on its surplus and individual profits.

Returns for railroad companies. — Sec. X. *Be it further enacted by the authority aforesaid,* That the presidents of all the railroad companies doing business in this State shall make returns to the Comptroller-General, as now provided by law, for the taxation of the property, of the gross receipts or net income of such railroads, and shall pay to the Comptroller-

Payment of their taxes. — General the tax to which such property or gross receipts or net income may be subject according to the provisions of this Act, and the laws now in force relating to the tax on railroads, and on failure to make returns, or refusal to pay tax, said companies shall

President must answer under oath. — be liable to all the penalties now provided by law. The Comptroller-General shall cause questions to be printed as hereinafter set out, which shall be answered under oath by the president of each railroad company doing business in this State, to-wit:

Value of tracks, etc. — First—What is the value of your tracks, including main, side and spur tracks and road-bed in this State?

Of depot buildings. — Second—What is the value of your depot buildings within this State?

Water tanks, etc. — Third—What is the value of your water tanks, pumps, stationary engines, wood sheds, saws and coal structures within this State?

Other buildings. — Fourth—What is the value of all other buildings owned by your company within this State and used for railroad purposes? And in this way the real value of the road shall be ascertained. All property owned by railroad companies and not used for railroad purposes shall be returned to the Tax Receiver of the county where it is situated.

App.559

ATF496

PART I.—TITLE II.—Taxes.    27

General Tax Act for 1889 and 1890.

Fifth—How many locomotives does your company own, and Locomotives and cars. what is the value of each? How many passenger cars, and the value of each? How many sleeping cars, and the value of each? How many express cars, and the value of each? How many baggage cars, and the value of each? How many mail cars, and the value of each? How many freight cars, and the value of each? How many "cab" or "caboose" cars, and the value of each? How many stock cars, and the value of each? How many platform cars, and the value of each? How many of all other kinds of cars not herein enumerated, and the value of each?

Sixth—What is the value of hand cars, pole cars, crank cars Tools and implements. and tools and implements of every kind used in railroading that are kept and used within this State by your company?

Seventh—And the president of every railroad company resident in this State, and every railroad company whose principal place of doing business is in this State, shall also pay tax on all Money and unpaid dividends. money of his railroad company on hand on April 1, in each year, and on such dividends as have been declared but not paid out on hand at said date.

Eighth—All the property of railroad companies doing business Tax rate. in this State shall be taxed at the same rate as property of natural Exceptions persons is taxed, except as follows:

1st—Except that portion of the property of each railroad First. company that is exempt by its charter from taxation.

2nd—Except in the case of a railroad company doing business in this State, and whose line of road runs into another State, then its locomotives and cars shall be taxed as follows: The value How ascertained. of all its locomotives and cars shall be ascertained; the length of the line of such railroad company shall be ascertained, and locomotives and cars of such railroad company shall be taxed at the regular tax rate in the same proportion to the entire value of its locomotives and cars that the line in this State bears to the entire line of said company.

3rd—Except in case of a railroad company chartered by the Third. laws of another State, but who has a place of general business here, its money on hand, and declared but unpaid dividends o hand in this State on April 1st in each year, shall be taxed as fol lows: Ascertain the entire length of said line of railroad and the How determined. entire money on hand as aforesaid in this State, then such money in this State is to be taxed in the same proportion to the entire money aforesaid that the length of the line in this State bears to the entire line.

Ninth—In the event the Comptroller-General is dissatisfied with Assessors provided for. the returns made by any railroad company of its property for taxation, he shall report the same to the Governor, who shall appoint three competent and disinterested men to examine the property

App.560

ATF497

28                    PART I.—TITLE II.—Taxes.

and assess the same, who shall be paid each, four dollars per diem for the actual number of days so employed. If the railroad company is dissatisfied with such assessment, arbitration can be had as now provided by law.

**Non-resi-dent opera-tors of sleeping cars.** Tenth—That every railroad company that pulls over its road sleeping cars of any person or corporation not a resident of this State, and except such sleeping cars as are taxed as property of railroad companies as herein provided, such railroad company shall pay a license for pulling such cars in each of the years 1889 **License tax deter-mined.** and 1890, as follows: A railroad company whose line is not less than fifty, nor more than one hundred miles long, shall pay a license of one hundred dollars. If more than one hundred and not more than one hundred and fifty miles long, one hundred and fifty dollars. If more than one hundred and fifty, and not more than two hundred miles long, two hundred dollars. If two hundred and fifty miles long, two hundred and fifty dollars, and if longer than two hundred and fifty miles, three hundred dollars. Which license tax shall be paid to the Comptroller-General.

**Returns of corpora-tions.** SEC. XI. *Be it further enacted by the authority aforesaid*, That the presidents or principal agents of all the incorporated companies herein mentioned, except such as are required to make returns to the Tax Receivers of the counties, shall make returns to the Comptroller-General, under the rules and regulations provided by law for such returns, and subject to the same penalties and modes of procedure for the enforcement of taxes from companies or persons required by law to make returns to the Comptroller-General.

**Oath for returns.** SEC. XII. *Be it further enacted by the authority aforesaid*, That the oath to be administered to all persons making returns of their taxable property shall be the oath required under the Act of October 20, 1885, to be attached to the printed lists furnished **Proviso.** under said Act, and presented to each tax payer: *Provided*, that non-residents, females and sick persons may subscribe the oath herein required before any person authorized by law to administer oaths, and cause same to be delivered to the Tax Receiver.

**When re-turns are to be re-ceived.** SEC. XIII. *Be it further enacted by the authority aforesaid*, That the Comptroller-General is authorized and empowered to order the Tax Receivers of this State to commence receiving the returns of taxable property immediately after the first day of April of the years 1889 and 1890, and that the Comptroller-General is empowered and required to cause the taxes to be collected and paid into the State Treasury by the 20th of December each of said of years 1889 and 1890.

**Owners of vessels, boats, etc.** SEC. XIV. *Be it further enacted by the authority aforesaid*, That any person or company, resident of this State, who is the owner of a vessel, boats or water craft of any description, shall answer under oath the number of vessels, boats and other water crafts

App.561

ATF498

PART I.—TITLE II.—Taxes.                                    29

General Tax Act for 1889 and 1890.

owned by them and the value of each, and make a return of the *Must return same.*
same to the Tax Receiver of the county of the residence of such
person or company, and the same shall be taxed as other property
is taxed: *Provided*, however, that this section shall not apply to *Proviso.*
vessels, boats or other water crafts owned by corporations or joint
stock companies upon whose capital stock a tax is paid as pro-
vided in section seven of this Act.

Sec. XV. *Be it further enacted by the authority aforesaid*, That in *Returns must be for par value.*
returning property for taxes, all property shall be returned at its
value—promissory notes, accounts, judgments, mortgages, liens
of all kinds, and all choses-in-action shall be given in at their value,
whether solvent or partially solvent. Every person shall return *Property of wife or minor children.*
for taxes all jewelry, and all other property of every kind owned
by his wife and minor children, unless the members of his or her
family return their property for taxation. In addition to the
questions now propounded to tax payers by the Tax Receivers,
questions shall be framed by the Comptroller General to reach all *Additional questions:*
property upon which a tax is imposed by this Act; and especially
the following questions:

First—The number of horses, mules, oxen, cows, sheep, hogs, *Live stock,*
goats, and of all other animals upon which a tax is imposed by
law, and state the value of each.

Second—The kind and value of property owned by the wife and *Wife's and minor children's property.*
minor children of the tax payer, and not returned for taxes by the
owners thereof.

Third—Whether solvent or partially solvent, give the value of *Securities.*
your bonds, stocks of non resident companies or corporations or
of companies or corporations in this State whose capital stock is
not returned by the president of such company or corporation, all
notes, accounts, judgments, mortgages, liens and other choses in
action of every kind, whether such bonds, stocks, notes, etc., are
held by the tax payer in Georgia or held by some other person for
him, either in or out of this State. There shall be no deduction
from the value of property returned for taxes on account of any
indebtedness of such tax payer.

Sec. XVI. *Be it further enacted by the authority aforesaid*, That
all laws and parts of laws in conflict with this Act be and they are
hereby repealed.

Approved December 26, 1888.

App.562

ATF499

DEX59

ATF500

SEC. 4. That said association shall have power to make such laws **By-laws.** and regulations as may be necessary for the government of the association not inconsistent with the laws of North Carolina.

SEC. 5. That the place of business of said association shall be at **Location.** Red Springs in the county of Robeson and state of North Carolina.

SEC. 6. That said association is founded for the purpose of en- **Objects.** couraging and fostering all industrial enterprises including manu- **Fairs.** facturing, agriculture, horticulture, and the raising and improvement of live stock by holding fairs annually, or oftener, as the interests of said association may require, and by awarding premiums for the exhibition of articles and for other purposes for which said association is created.

SEC. 7. That said association may purchase and hold real estate to **May buy and** an amount not exceeding twenty-five thousand dollars, and personal **hold real and personal estate.** property to an amount not exceeding five thousand dollars. That said association may purchase real estate and sell the same and convey such real estate to purchasers in fee-simple. That all purchases and sales of real estate shall be determined by a stock vote, and all conveyances shall be signed by the president and secretary of said association.

SEC. 8. That the par value of shares in the stock of said associa- **Shares.** tion shall be ten dollars per share. That the private property of stockholders shall not be liable for the debts of the association. **Stockholders not personally liable.**

SEC. 9. That all laws and parts of laws inconsistent with this act **Repealing clause.** are hereby repealed.

SEC. 10. That this act shall be in force from and after its ratification.

Ratified the 9th day of March, A. D. 1891.

---

## CHAPTER 327.

### An act to charter the town of Leicester in the county of Buncombe, North Carolina.

*The General Assembly of North Carolina do enact :*

SECTION 1. That the town of Leicester in the county of Buncombe, **Name.** be and the same is hereby chartered under the name and style of the town of Leicester, and that J. B. Wilson shall be mayor of said town **Commissioners.** and that D. F. Summey, R. D. F. Robeson, R. T. Poor, Lon Wells and M. E. Hayes, and their successors in office, shall be commissioners of said town, and shall be and are hereby declared a body corporate and politic, with succession during the corporate existence of said town, and shall be styled the commissioners and aldermen of the town

App.564

ATF501

1414                          1891.—Private—Chapter 327.

**Powers.**

[of] Leicester; and as such shall have power to sue and be sued, plead and be impleaded, and have and use a common seal and acquire real and personal estate to the amount of ten thousand dollars. That the said J. B. Wilson and the commissioners aforesaid shall continue in office as such and perform all the duties pertaining to their offices of mayor and commissioners of said town until their successors shall be elected and qualified as hereinafter provided.

**Term of office.**

**Corporate limits.**

Sec. 2. That the corporate limits of said town shall be and are hereby declared to be included within and up to the following boundaries, to-wit, one-half mile in every direction from the brick store known as the Hampton and Brown house.

**Officers.**

Sec. 3. That the officers of said town shall consist of a mayor and five commissioners to be elected by the qualified voters of said town annually on the first Monday in May.

**Election.**

Sec. 4. Said election of said mayor and commissioners shall be held at the brick store of Hampton and Brown in said town and no person shall be entitled to vote at said election or at any election in said town for municipal purposes unless he shall be an elector of the State of North Carolina and shall have resided ninety days next preceding the day of election within the said corporation.

**Appointment of registrar.**

**Judges of election.**

Sec. 5. It shall be the duty of the commissioners of said town, on the second Monday in March in each year, to appoint a registrar and two judges of election, who shall be qualified voters of said town, and who shall within ten days thereafter be notified of their appointment by the constable of said town; the registrar so appointed shall immediately make publication at the door of the brick house and three other public places in said town of his appointment as such. He shall be furnished with a registration book by the commissioners

**Duties of registrar.**

of said town, and it shall be his duty to register the qualified voters of said town in such a manner that said book shall show an accurate list of the names of the qualified voters residing in said town; he shall also, between the hours of sunrise and sunset on each day (Sundays excepted), for thirty days preceding each election, keep open said book for the registration of any electors residing in said town entitled to register whose names have never before been registered in said town, or do not appear on the registration book; but the commissioners of said town may, if they think proper, upon giving thirty days' notice at four public places in said town, require an entirely new registration of voters before any election held therein.

**Oath of election officers.**

Sec. 6. The registrar and judges of election, before entering upon the discharge of their duties, shall take the oath prescribed by article six, section four of the constitution of North Carolina, before some justice of the peace of Buncombe county.

**Duties of election officers concerning registration, &c.**

Sec. 7. It shall be the duty of [the] registrar and judges of election to attend at the polling place in said town with the registration book on Monday preceding the election from the hour of nine o'clock

App.565

ATF502

A. M. to the hour of five o'clock P. M., when and where the said book shall be opened to the inspection of the electors of said town, and any of the electors shall be allowed to object to the name of any person appearing in said book. In case of any such objection the registrar shall enter upon his book opposite the name of the person **Challenges.** so objected to the word "Challenged," and shall appoint a time and place on or before election day, when he, together with said judges of election, shall hear and decide said objection, giving due notice to the voter so objected to: *Provided*, that nothing contained in this section shall be construed to prohibit the right of any elector to challenge or object to the name of any person registering or offering to register at any time other than that specified. Any person challenged or objected to [who] shall be found not duly qualified as provided for in this charter his name shall be erased from the registration book, and he shall not be allowed to vote at any election held in said town for municipal purposes.

SEC. 8. The said judge of election, together with the registrar, who **Duties on day of** shall take with him the registration book, shall assemble at the poll-**election.** ing place on the day of election held in said town and shall open the polls at seven o'clock, A. M. They shall superintend said election and keep the polls open until sunset, when the polls shall be closed and [the] votes for mayor and commissioners shall be counted out by them. They shall keep poll-books and write in them the names of every person voting at said election, and at the close thereof shall certify said poll-lists and deposit them with the clerk and treasurer of said town, and said poll-books shall in any trial for illegal or fraudulent voting be received as evidence; if for any cause any of the judges of election shall fail to attend, the registrar shall appoint some discreet person or persons to fill the vacancy who shall be sworn by him before acting.

SEC. 9. The voters shall vote by ballot, having the name of the **Ballots.** mayor and commissioners on one ballot, either in writing or printing, on white paper and without any device, and the person having the highest number of votes shall be declared elected by the judges of election, who shall certify said fact to the town clerk and treasurer, and in case of a tie the judges of election shall determine by ballot who is elected.

SEC. 10. That no person shall be eligible to any office in said town **Eligibility to** unless he shall be [a] qualified voter therein.       **office.**

SEC. 11. That immediately after each election it shall be the duty **Duty of clerk to** of the town clerk and treasurer to notify in writing the mayor and **notify officers** commissioners elect of their election.       **elect.**

SEC. 12. That the mayor and commissioners elect shall, within three **Oath of mayor** days after being notified by the town clerk and treasurer, before **and commissioners.** some justice of the peace in said county take the oath prescribed for

ATF503

1416                          1891.—Private—Chapter 327.

public officers, and an oath that they will faithfully and impartially discharge the duties imposed on them by law.

**Penalty for refusing to qualify.** Sec. 13. That any person elected mayor or commissioner of said town under the provisions of this charter refusing to qualify and act as such for one month after such election shall forfeit and pay the sum of ten dollars, one-half to the person suing for the same and the other half to said town, to be applied by the commissioners of said town to the use and benefit thereof; said sum shall be recovered in any ordinary civil action before a justice of the peace of said county in the name of the State of North Carolina.

**Quorum.** Sec. 14. That a majority of said commissioners shall constitute a quorum for the transaction of business.

**Duties of mayor.** Sec. 15. That the mayor when present shall preside at all the meetings of the commissioners; he shall also have power to call meetings when he may deem it necessary, and may vote only in case of a tie. In the absence or sickness of the mayor the commissioners of said town shall select one of their own number to act as mayor *pro tempore*, who shall, while acting as such, have all power and authority conferred by this charter on the mayor of said town.

**Vacancies, how filled.** Sec. 16. If for any cause there should be a vacancy in the office of mayor or commissioner of said town, the board of commissioners thereof shall be and are hereby empowered to fill said vacancy or vacancies, and their appointee or appointees shall hold office until the next regular election herein provided for.

**Election of clerk and treasurer.** Sec. 17. That said commissioners shall at the first meeting after their election select one of their own number or some other discreet person as town clerk and treasurer, who shall hold office for one year or until a successor shall be elected and qualified. He shall act as secretary to the board of commissioners and treasurer of said town, and before entering upon the discharge of the duties of the office **Bond.** shall give good and sufficient bond with sureties to be approved by the board of commissioners of said town in the sum of such bond as [the] commissioners may require, payable to the state of North Carolina and conditioned upon his faithful accounting for and paying over all moneys that may come into his hands as treasurer of said town and for the faithful discharge of his duties as secretary of said board of commissioners. The commissioners of said town may require of **Monthly statements.** said clerk and treasurer a monthly statement and exhibit of receipts and disbursements, and if he fails for thirty days after having been required to make such exhibit to render the same, it shall be and is hereby declared a breach of his official bond, and the commissioners are authorized and empowered to declare the office vacant and to appoint his successor. All suits entered on the official bond of any of the officers of said town shall be in the name of the state of North Carolina, to the use of the board of commissioners of the town of Leicester against the said official and his sureties.

ATF504

SEC. 18. The said commissioners shall, at the first meeting after **Town constable.** their election, select some one to act as constable of said town, who shall hold his office for one year or until his successor is elected and **Duties and term.** qualified. He shall before entering upon the discharge of the duties of his office enter into bond in such sum as the said commissioners may require, with good and sufficient sureties to be approved by the **Bond.** board of commissioners, payable to the state of North Carolina and conditioned upon his faithfully executing and returning to the proper authorities all process that may come into his hands as said constable, upon his faithfully accounting for and paying over to the proper authority all moneys that may come into his hands from any source as said constable, upon his faithfully collecting and paying over all taxes levied by the commissioners of said town, and in all other respects executing to the best of his ability and honestly and faithfully all the duties imposed upon him by this charter or by the board of commissioners of said town.

SEC. 19. The commissioners of said town shall have power to make **By-laws and** such by-laws and adopt such regulations or ordinances for the gov- **ordinances.** ernment of said town as a majority of them may deem necessary to promote the interest and insure the good order and government of said town, for the improvement of the streets and the preservation of the health of the same, and to make all such other police regulations as the interest, comfort and convenience of the citizens of the said town may require.

SEC. 20. The commissioners of said town may pass laws for abat- **Nuisances.** ing and preventing nuisances of any kind therein.

SEC. 21. Any person or persons violating any ordinance of said **Violation of ordi-** town shall be deemed guilty of a misdemeanor, and shall be punished **nances a misde-** upon conviction thereof before the mayor of said town by a fine **meanor.** not exceeding fifty dollars or by imprisonment not exceeding thirty days.

SEC. 22. In all cases where an offender has been convicted before **Offenders may be** the mayor of said town for the violation of any ordinances thereof **sentenced to** and a fine has been imposed on such offender [for] the said violation **work on streets.** the mayor of said town, at the time of entering judgment agains such offender thereof, may order that on failure to pay such fine to the constable of said town for the space of one day, such offender so convicted shall, by the constable of Leicester, [be] put the [to] work on the streets of said town for a time to be fixed by the mayor, not exceeding ten days, when he shall be discharged.

SEC. 23. The mayor of said town shall have power to hear and **Power of mayor** determine all charges or indictments against any person or persons **to try warrants.** for the violation of the ordinances of said town, and in addition thereto shall have all the power, jurisdiction and authority of a justice of the peace over all crimes and criminal offences committed within the corporate limits of said town.

ATF505

1418    1891.—Private—Chapter 327.

Duties and powers of constable.

SEC. 24. The constable of said town shall execute all process placed in his hands by the mayor; shall have authority to preserve the peace of said town, and within the corporate limits thereof shall have the authority in criminal matters and be entitled to the same fees as a sheriff has in the county; and in the collection of the taxes of the said town levied by the authorities thereof shall have the same power and authority as are given to sheriff[s] by law, except as hereinafter provided for by this charter.

Officer cannot make contract with corporation.

SEC. 25. It shall not be lawful for the mayor or any commissioner of said town, clerk or constable, or any other official officer of said town to demand or receive, either directly or indirectly, any consideration for work or labor done or material furnished to said town by said official : *Provided, however,* that the commissioners of said town may determine the compensation or salary of the mayor, town clerk and treasurer and town constable.

Powers to lay out streets.

SEC. 26. The commissioners of said town shall have power to open and lay out any new street within the corporate limits of said town whenever a majority of them may think necessary, and shall have power at any time to widen, enlarge, make narrower, change, extend or discontinue any street or streets within any part thereof within the corporate limits of said town, and shall have power to condemn and appropriate any land necessary for the purpose of this section or making compensation as hereinafter provided to the owner or owners of said lands. It shall be the duty of the commissioners of said town to tender through their clerk and treasurer the amount they may think the owner of any land may

Damages.

be entitled to [as] damages for the opening out, changing or discontinuing any street or streets across his lands; and if such amount shall not be accepted in full satisfaction therefor, the mayor of said town shall have the power to issue an order directed to the town

Condemnation of land.

constable, commanding him to summon as jurors six citizens of said town, freeholders, connected neither by consanguinity nor affinity with the mayor or commissioners of said town or the person or persons over whose lands said street proposed to be changed or discontinued runs, or over whose lands said proposed new street will run; said order shall direct the town constable to summon said jurors to meet on the land over which the proposed street is to be laid out or changed, or discontinued, on a day not exceeding ten days from the day of summoning them, and the owner or owners of said lands

Procedure.

shall be notified by the constable of said town of the summoning of said jurors and the time and place of their meeting and the purpose of their meeting for five days before the day when the said jurors will meet to open and lay out any new street or alter, change or discontinue any street already laid out. Said jurors, attended by the constable, after being sworn by the mayor to do strict and impartial justice between the parties, shall proceed to lay open, lay out, change,

App.569

ATF506

1891,—Private—Chapter 327.                    1419

narrow or widen such street or streets as the case may be, and shall
assess the damages sustained by the owner or owners of such land,
and in assessing the damages they shall consider the improvements
to said land or lands, caused by the opening, laying out and chang-
ing, making narrow or wider of said street or streets, and such esti-
mated improvements shall be deducted from the damages assessed
by them. And the said jurors shall under their hands and seals
make a return of their proceedings to the mayor of said town, and
the board of commissioners of the said town shall make compen-
sation to such owner or owners of said land for the amount of damages
so assessing [assessed]. On the return of the report of said jurors to
the mayor of said town, and the payment or tender of payment to
the owner or owners of said lands by the town clerk and treasurer,
under the order and direction of said commissioners of said town, of
the amount of damages so assessed, said new street or streets so laid
out, altered or changed, made narrower or wider shall be in all
respects one of the streets of said town and under the control of the
board of commissioners of said town.

Sec. 27. That the said commissioners shall have power to construct **Sidewalks.**
and repair sidewalks on any of the streets of said town.

Sec. 28. That the commissioners of said town may establish a **Market.**
market and regulate the same, and prescribe at what place in the
corporation shall be sold marketable things, and in what manner,
whether by weight or measure.

Sec. 29. That they may erect at some suitable place within said **Public scales.**
corporation public scales for the purpose of weighing fodder, hay,
oats or rye in straw, and live stock on foot offered for sale in said
town, and for the purpose of weighing the same may appoint a
weigher, fix his fees and determine by whom they shall be paid, and **Weigher; fees.**
they may require all persons buying or selling the articles mentioned
in this section within the corporate limits of said town to have the
same weighed at said scales by said public weigher.

Sec. 30. That the commissioners of said town may take such meas- **Contagious dis-**
ures as they may deem requisite, or pass such ordinances or regula- **eases.**
tions as they may think necessary to prevent the entrance into or
spreading within the limits of said town of any contagious or infec-
tious disease or diseases, and may take any action necessary in their
opinion to preserve the public health of said town.

Sec. 31. The board of commissioners of said town shall have power **Taxes.**
annually to levy and cause to be collected taxes for necessary town
purposes on all real property, all moneys, credits, investments in
bonds, stocks, joint stock companies and all other personal property,
and on the taxable polls within the limits of said town: *Provided,*
*however,* that the taxes levied by them shall not exceed thirty cents **Thirty cents on**
on the hundred dollars valuation on all real and personal property **$100.**
and sixty cents on each taxable poll, and the valuation of all prop-

App.570

ATF507

erty within said town as taxed by said town commissioners shall be the same as that at which it is assessed for taxation for state and county purposes.

**Taxes, when payable. Duty of constable.**

SEC. 32. That all taxes levied by said town commissioner: shall be due and payabl_ on the ..... of each year to the constable of said town, and after that time may be collected by him distraining any personal property of the tax-payer to be found in said town.

**Advertisement for listing taxes.**

SEC. 33. On the first Monday in July of each and every year, the clerk and treasurer of said town shall by advertisement at the court-house door and from [four] other public places in said town notify all persons in said town liable to taxation to come forward and make returns of their tax-list to him within thirty days of publication of said notice; all persons within said town and liable to taxation shall

**Tax-payer to make returns.**

make returns of all their taxable property to said town clerk under oath, and he is hereby authorized and empowered to administer to such tax-payers on oath that he will well and truly return all property owned by him within said town and liable to taxation under the provisions of the charter. Said list so returned shall state the age of the tax-payer and all property real or personal liable to taxation owned by him, with an accurate description of all real property owned by him when he is required by law to return the same to the list-taker of Leicester township to be assessed for taxation for state and county purposes.

**Taxes, how listed; in case of infants, &c.**

SEC. 34. All persons owning any property within said town liable to taxation for town purposes, shall return the same to the town clerk as provided in section thirty-three of this charter, and all property therein liable to such taxation owned by minors, lunatics or persons *non compos mentis* shall be returned as herein provided by their guardian, if they have such.

**Taxes to be listed by executors, &c.**

SEC. 35. All property liable to taxation for town purposes in said town, and held by executors, administrators or trustees, shall be returned by them in that capacity; and the individual property of all such guardians, executors, administrators or trustees shall be first distrained or attached by the constable for the satisfaction of the taxes due on all property so returned by them; and the constable of said town is hereby authorized, at any time after the taxes may be due the town on said property, as aforesaid, to distrain any personal property of said guardian, executor, administrator or trustee to be found in said town.

**Tax-list to be made out by clerk.**

SEC. 36. The town clerk and treasurer of said town shall make out a full and complete list of all taxable property in said town so returned to him, and of all the taxable polls in said town, and if any person or persons in said town liable to taxation shall fail to make return to the clerk as herein provided for, for thirty days after the third Monday in October of each year, the town clerk shall make return of the taxable property of such person or persons, and his

App.571

ATF508

1891.—Private—Chapter 327.                    1421

age if he is liable to poll-tax; and such person or persons so failing to make returns of their property and poll shall be liable to double property and poll-tax, to be collected as other property and poll-taxes. **Double-tax, when to be imposed.** The town clerk of the said town shall complete the tax-list and place it or a certified copy thereof in the hands of the constable of said town on the third Monday in November of each year. Such tax-list or copy thereof, certified by the clerk, when placed in the hands of the town constable shall have the force and effect of an execution.

Sec. 37. The lien of the town taxes shall attach to all real property **Lien of taxes.** subject to taxation on and after the third Monday in November of each year, and shall continue until such taxes, together with any penalty that shall accrue thereon, shall be paid. All personal property liable to taxation of tax-payers within the town shall be liable to be seized and sold, after ten days' notice at the court-house and four other public places in said town, in satisfaction of taxes by the town constable after said taxes shall have become due and payable.

Sec. 38. Whenever the taxes due of [to] said town shall be unpaid **Collection of unpaid taxes by distraint.** the constable of said town shall immediately proceed to collect them as follows: First. If the party charged, or his agent, have personal property in said town equal in value to the taxes charged against him, the constable shall seize and sell the same under [the same] rules as sheriffs are required to sell personal property under execution, and his fees for such levy or sale shall be fifty cents. Second. If the party charged has not personal property to be found in said town of sufficient value to satisfy his taxes the constable of said town shall levy upon any lands of the delinquent to be found within the town. The levy shall con- **Levy.** tain an accurate description of the lands, with the name of the owner or owners, the amount of taxes due by the delinquent, and a list thereof shall be by the constable returned by [to] the town clerk and treasurer, who shall enter the same in a book to be kept for that purpose, charging therefor twenty-five cents for each levy. Third. The con- **Notice to tax-payer.** stable shall notify the delinquent of such levy and the day and places of sale by service of a notice stating these particulars on him personally if he be a resident of said town; if the delinquent does not reside in said town, but his residence is known or can by reasonable diligence be ascertained, the notice shall be mailed postpaid to such delinquent; if the residence of the delinquent cannot with reasonable diligence be ascertained, the constable shall post a notice substantially as above described at the court-house door and four other public places in said town at least thirty days before the sale of the land, and this last mentioned notice shall be posted as in all cases of sale of land for taxes in said town. Fourth. The sale shall be made at the court-house in said town and shall be on one of the days prescribed for sale of real estate under execution, and shall be conducted in all respects as are sales under execution. If the delinquent reside out of said town and his address be known to the constable the constable

ATF509

shall within one month after the sale mail to him notice of the sale and the date thereof, of the name and address of the purchaser of the same, bill and of the amount of the taxes and cost to be paid by such delinquent as a condition on [of] its redemption.

**Sale of land; method.** Sec. 39. The whole tract or lot of land belonging to a delinquent person or company shall be set up for sale at the same time and shall be struck off to him who will pay the amount of the taxes for the smallest part of the land. At all such sales the mayor may become a bidder and purchase the whole lot or tract of land for the taxes due and expenses for the use of the town in case no one will offer to pay the taxes and cost for a less quantity.

**Time to redeem.** Sec. 40. The delinquent may retain possession of the property for twelve months after the sale, and within that time may redeem it by paying the purchaser the amount paid by him and twenty-five per centum in addition thereto; at the time of said payment to the **Twenty-five per cent. added.** purchaser he shall give to the delinquent a receipt thereof [therefor]. If he shall refuse or cannot be found in said town the delinquent may pay the same to the town clerk and treasurer; he shall give a receipt therefor and such payment shall be equivalent to payment to the purchaser. After such payment to the purchaser or town clerk all rights under the purchase shall cease.

**Receipt to purchaser at tax sale.** Sec. 41. At the time of such purchase of real estate for taxes the town constable on receipt of the amount bid for such real estate shall give the purchaser a receipt, stating the amount bid, by whom, and for what purpose, and describing the land sold, stating further the owner of said land and the amount of taxes due.

**On failure to redeem, deed to be executed.** Sec. 42. If the delinquent, his agent or attorney, shall fail to redeem as provided in section forty-one hereof for twelve months, at the expiration of that time the purchaser may present his receipt referred to in section forty-one hereof, and the town constable of said town shall execute a deed in fee to the purchaser, and if the purchaser is dead to his heirs at law or assignee for the land for which said purchaser agreed to pay the amount called for in the receipt, and for **Fee of constable.** said service the constable shall be allowed one dollar to be paid by the purchaser. The deed from the constable to the purchaser shall be registered in the register's office of Buncombe county within six months from the time of the executing and delivering thereof, and when so registered shall convey to the grantee all the estate in the land for which the said purchaser bid which the delinquent, his agent or attorney had at the time of the sale for taxes.

**Redemption of property bid in by mayor.** Sec. 43. All real estate bid in by the mayor of said town for the use of the town at sales made by the constable for taxes may be redeemed as hereinbefore provided by the payment on the part of the delinquent, his agent or attorney, of the amount bid and twenty-five per centum additional to the town clerk and treasurer within twelve months.

ATF510

1891.—PRIVATE—CHAPTER 327.                    1423

SEC. 44. The commissioners of said town shall have power to **Privilege taxes.**
annually levy and cause to be collected for the necessary expenses of
said town such privilege taxes as shall seem to them fair and equit-
able on the professions, callings, trades, occupations, and all other
business carried on in said town: that is to say, on every merchant, **Merchants, law-**
lawyer, physician, dentist, druggist, artisan, mechanic, daguerrean **yers, doctors, &c.**
artist or other picture; on all officers or agents of incorporated com-
panies; on all clerks or employees of other persons or corporations;
on every drummer, unless the state license under which he acts shall **Drummer.**
have been issued to such drummer by the treasurer of the state in
the name of such drummer and not in the name of the person, firm
or corporation for whom he is acting or doing business; on all edi- **Privilege tax on**
tors, printers, butchers, tinners, carpenters, shoemakers, wheel- **numerous occu-**
wrights, carriage, buggy or wagon-makers, jewelers, liquor dealers, **pations.**
confection grocers, bar-tenders, harness-makers, saddlers, black-
smiths, billiard or bagatelle-table, public or private boarding inns, or
ten-pin alley; on all lectures for reward, on all riding or pleasure
vehicles, on all gold, silver or metal watches, on all pianos, on all
pistols, dirks, bowie-knives or sword canes, on every livery-stable
and every distillery, on every hotel, boarding-house, restaurant or
eating saloon, on all draught carts, wagon, carriage, buggies, on all
horses, cattle, sheep, hogs, goats or dogs, owned or kept in said town,
on every stallion [or] jackass kept or exhibited in said town, on all
itinerant traders, peddlers or bankers, on all and every person or
persons, company or companies who may exhibit, sing, play, act or
perform, or anything for which they charge or receive any gratuity,
fee or pay or reward whatsoever within the limits of said town; and
the commissioners of said town shall prescribe when the license tax
herein provided for shall be due and payable.

SEC. 45. The board of commissioners of said town shall have full **License tax on**
and complete control of the sale or vending of spirituous or malt **liquor dealers.**
liquors, wines or cider within the limits of said corporation, and may
permit the same to be sold by persons of good moral character resi-
dent therein; shall prescribe the rules and regulations under which
the same may be sold; shall prescribe the license tax therefor, which **Not less than**
shall not be less than one thousand dollars annually, and when the **$1,000.**
same shall be due and payable, and shall have full power and
authority to revoke and amend any license by them granted at any
time without refunding any part of the license tax.

SEC. 46. That it shall be the duty of the town clerk and treasurer **Ordinances to be**
to post all ordinances adopted by the board of commissioners of said **posted.**
town at the court-house and four other public places in said town
for five days, and all ordinances shall go into effect from and after
the expiration of five days from the time they shall have been posted.

SEC. 47. That all laws heretofore passed for the better government **Repealing clause.**

DEX60

ATF512

430    THE CRIMINAL STATUTES

## CHAPTER XXVIII.

### Violations of the License Laws by Insurance and Other Companies, Emigrant Agents, Owners of Shows, &c., Persons Selling Pistols, &c.

SEC.
486. Insurance companies doing business without a license.
487. Foreign companies, such as fire and life insurance, building and loan associations, land loan associations, &c., doing business without a license.
488. Soliciting emigrants without a license.

SEC.
489. Violation of law by persons representing plays, shows, &c.
490. Sale of pistols, &c., without license.
491. Who are agents of insurance companies; not to solicit insurance without license; not to represent himself as agent.
492. How license shall be issued; not transferable.

**Penalty for insurance companies acting without license.**
*1866, XIV., 205; 1888, XX., 63.*

**Section 486.** (*1357.*) Any person who shall transact any business of insurance in this State for any company of the United States or foreign State not incorporated by the laws of this State without first having obtained license by law required, or after his license has been withdrawn, or shall in any way violate the provisions of the General Statutes in relation to license of insurance companies or agents thereof, shall upon conviction in any Court of competent jurisdiction be fined for every such offense not more than one hundred dollars : *Provided*, That nothing contained in this Section shall release any such company or companies upon any policy issued or delivered by it or them.

**Penalty for foreign company failing to secure license.**
*1892, XXI., 90.*

**Sec. 487.** The penalties and forfeitures imposed upon insurance companies for failure to comply with the law shall apply and be imposed upon any foreign company required by law to take out a license, such as insurance companies of all classes, foreign land loan associations, foreign building and loan associations, foreign banking associations.

**Misdemeanor to solicit emigrants without.**
*1891, XX., 1084; 1893, XXI., 439.*

**Sec. 488.** No person shall carry on the business of an emigrant agent in this State between the first day of January and the first day of July of any year without having first obtained a license therefor from the State Treasurer. The term "emigrant agent," as contemplated in this Section, shall be construed to

**Who are emigrant agents.**

mean any person engaged in hiring laborers or soliciting emigrants in this State to be employed beyond the limits of the same. Any person shall be entitled to a license, which shall be good between the first day of January and the first day of July of any one year, upon payment into the State Treasury for the use of the State the sum of five hundred dollars in each County in which he operates or solicits emigrants for each year so en-

ATF513

OF SOUTH CAROLINA. 431

A. D. 1894.

gaged. Any person doing the business of an emigrant agent between the first day of January and the first day of July of any year without having first obtained such license shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by fine not less than five hundred dollars and not more than one thousand dollars, or may be imprisoned at hard labor not exceeding two years, for each and every offense, within the discretion of the Court.

Penalty.

**Sec. 489.** (*1759.*) Any person or persons, company or companies, representing publicly for gain or reward any play, comedy, tragedy, interlude or farce, or other entertainment of the stage, or any part therein, all fortune tellers, and those who exhibit wax figures, or shows of any kind whatsoever, and any circus or other show traveling in connection therewith, who shall give any exhibition without complying with the law imposing a tax or license therefor shall upon conviction in any Court of competent jurisdiction be fined in the sum of two hundred dollars and all costs and be imprisoned in the County jail for not less than one month nor more than three months, in the discretion of the Court.

Violation of law by persons representing plays, shows, &c. 1875, XV., 845.

**Sec. 490.** No person or corporation within the limits of this State shall sell or offer for sale any pistol, rifle cartridge or pistol cartridge less than .45 calibre, or metal knuckles, without first obtaining a license from the County in which such person or corporation is doing business so to do. The County Board of Commissioners of the several Counties of this State are authorized to issue licenses in their respective Counties for the sale of pistols and pistol and rifle cartridges of less than .45 calibre, and metal knuckles, upon the payment to the County Treasurer by the person or corporation so applying for said license of the sum of twenty-five dollars annually; and any person who shall sell or offer for sale any pistol, or pistol or rifle cartridge of less than .45 calibre, or metal knuckles, without having obtained the license provided for in this Section shall be deemed guilty of a misdemeanor, and on conviction shall be punished by a fine not exceeding five hundred dollars, or by imprisonment not exceeding one year, or both, at the discretion of the Court.

Sale of pistols, &c., without license a misdemeanor. 1890, XX., 653; 1891, *Ib.*, 1101.

County Board of Commissioners to issue license. *Ib.;* 1893, XXI., 436.

Penalty.

**Sec. 491.** Any person who solicits insurance in behalf of any insurance company not organized under or incorporated by the laws of this State, or who takes or transmits other than for himself any application for insurance or any policy of insurance to or from such company, or who advertises or otherwise gives

Who are agents of insurance companies; not to solicit insurance without license; not to represent himself as agent. 1888, XVIII., 460

App.577

ATF514

432     THE CRIMINAL STATUTES

A. D. 1894.

notice that he will receive or transmit the same, or who shall receive or deliver a policy of insurance of any such company, or who shall examine or inspect any risk, or receive, collect or transmit any premium of insurance, or make or forward any diagram of any building or buildings, or do or perform any other act or thing, in the making or consummating of any contract of insurance for or with any such insurance company, other than for himself, or who shall examine into or adjust or aid in adjusting any loss for or in behalf of any such insurance company, whether any such acts shall be done at the instance or request or by the employment of such insurance company, shall be held to be acting as the agent of the company for which the act is done or the risk taken, or who shall, either by advertisement or by sign, represent himself as the agent of an insurance company, or who shall do anything connected with the business of insurance, without having a license from the Comptroller-General, shall be fined for every such offense not less than one hundred dollars nor more than five hundred dollars, at the discretion of the Judge.

Penalty.

How license shall be issued; not transferable

Ib.

**Sec. 492.** That a license issued to any agent of an insurance company shall specify the County or Counties in which said agent is authorized to take risks, and that no agent shall be authorized to take any risk on or to insure any property located or held in any County not named in his license. Any agent holding a license from the Comptroller-General shall have no authority to delegate to another any of the rights or privileges granted by such license, and any person or persons doing any business of insurance whatever under authority of a license issued to another shall be deemed guilty of a violation of the insurance laws. Any person or persons violating any of the provisions of this Section shall be liable to the fines prescribed in the preceding Section.

Penalty.

App.578

ATF515

DEX61

ATF516

161

What shall be done when application of persons of color is refused.

SECTION 2. Any such company which shall refuse the application of any such colored person for insurance upon such person's life, shall furnish such person with the certificate of some regular examining physician of such company who has made examination of such person, stating that such person's application has been refused, not because such person is a person of color, but solely upon such grounds of the general health and hope of longevity of such person as would be applicable to white persons of the same age and sex.

Penalty for violating this act.

SECTION 3. Any corporation, or the officer or agent of any corporation, violating any of the provisions of this act, either by demanding or receiving from such colored person such different or greater premium, or by allowing any discount or rebate upon the premiums paid or to be paid by white persons of the same age, sex, general condition of health and hope of longevity, or by making or requiring any rebate, diminution or discount upon the sum to be paid upon a policy in case of the death of such colored person insured, or by failing to furnish the certificate required by section second, shall for each offense be fined not less than one hundred nor more than two hundred dollars. But nothing in this act shall be so construed as to require any agent or company to take or receive the application for insurance of any person.

SECTION 4. This act shall take effect upon its passage.

ELBERT L. LAMPSON,
*Speaker of the House of Representatives.*
WM. C. LYON,
*President of the Senate.*

Passed March 28, 1889.

———

[House Bill No. 777.]

AN ACT

To amend section 2669 of the Revised Statutes, as amended April 22, 1885.

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That section 2669 of the Revised Statutes, as amended April 22, 1885, be so amended as to read as follows:

General licensing powers of council.

Sec. 2669. The council of any city or village may provide by ordinance for licensing all exhibiters of shows or performances of any kind, not prohibited by law, hawkers, peddlers, auctioneers of horses and other animals on the highways or public grounds of the corporation, venders of gun powder and other explosives, taverns and houses of public entertainment, and hucksters in the public streets or markets, and, in granting such license, may exact and receive such sum of money as it may think reasonable; but nothing in this section shall be construed to authorize any municipal corporation to require of the owner of any product of his own

App.580

ATF517

165

raising, or the manufacturer of any article manufactured by him, license to vend or sell in any way, by himself or agent, any such article or product; provided, that in cities and villages, the council may confer upon, vest in and delegate to the mayor of such city or village, the authority to grant and issue licenses and revoke the same. Provided further, that nothing herein contained shall be construed to limit the power conferred upon cities and villages in section 1692 of said Revised Statutes.

SECTION 2. That section 2669, amended April 22, 1885, be and the same is hereby repealed.

SECTION 3. This act shall take effect and be in force from and after its passage.

ELBERT L. LAMPSON,
*Speaker of the House of Representatives.*
WM. C. LYON,
*President of the Senate.*

Passed March 28, 1889.

---

[House Bill No. 808.]

AN ACT

To amend section 4 of an act passed April 5, 1888 (O. L., v. 85, p. 158), entitled "an act to amend sections 1, 2, 3 and 4 of an act entitled 'an act to provide for the relief of indigent Union soldiers, sailors and marines, and the indigent wives, widows and minor children of indigent or deceased Union soldiers, sailors and marines,' passed March 4, 1887, and to amend section 4 of an act passed May 19, 1886 (O. L., v. 83, p. 232)," passed March 16, 1887 (O. L., v. 84, p. 100), and to amend section 5 of an act entitled "an act to provide for the relief of indigent Union soldiers, sailors and marines, and the indigent wives, widows and minor children of indigent or deceased Union soldiers, sailors and marines," passed May 19, 1886 (O. L., v. 83, p. 232).

SECTION 1. *Be it enacted by the General Assembly of the State of Ohio,* That section 4 of the above entitled act, passed April 5, 1888, be amended so as to read as follows:

SEC. 4. The soldiers' relief commission shall meet at the office of the county commissioners, or in a suitable room furnished by them for that purpose, on the fourth Monday of November of each year, and at such other times as may be necessary, and examine carefully the several lists of those reported by the trustees and councilmen, or their agents, and also the cases of all not included in the said lists, who, before and during their session, may have made application to said commission for aid under the provisions of this act; and being satisfied that those so reported or so making application as aforesaid, or any of them, are in need of assistance and are entitled thereto under the provisions of this act, shall fix the amount to be paid per month in each case to person or family. Upon the conclusion of said examination and the determina-

Duties of commission.

DEX62

ATF519



# Harry Toulmin, Ordinances of the City of Saint Paul, from May, 1887, to July, 1889 Page 90, Image 90 (1889) available at The Making of Modern Law: Primary Sources.

*YEAR:* 1889

*CATEGORY:* Registration and Taxation

*JURISDICTION:* State

Ordinances of the City of St. Paul, [Establishing and Fixing the License to be Paid to the City of St. Paul for Conducting, Managing or Carrying on Either or any of the Different Branches of Business Hereinafter Mentioned and Limiting the Duration Thereof, and Also Repealing Certain Ordinances Herein Named,] § 2. The different and various kinds of business, employments and avocations

for which licenses are hereby fixed and established, and the sum and amount of the license for each separate one are as follows, to wit: Gun powder .................$15.00.

DEX63

ATF522



heinonline.org | holsupport@wshein.com

**CITATIONS:**

**Bluebook 21st ed.**
1795 436 .

**ALWD 7th ed.**
, , 1795 436 .

**Chicago 17th ed.**
"," Massachusetts - Acts & Laws, January Session : 436-436

**AGLC 4th ed.**
'' Massachusetts - Acts & Laws, January Session 436

**OSCOLA 4th ed.**
'' 1795 436

**Date Downloaded:**    Mon Nov 24 11:39:29 2025

**Source:**    https://heinonline.org/HOL/Page?handle=hein.ssl/ssma0327&id=2

**Terms, Conditions & Use of PDF Document:**
Please note, citations are provided as a general guideline. Users should consult their preferred citation format's style manual
for proper formatting. Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the
license agreement available at: https://heinonline.org/HOL/License. The search text of this PDF is generated from uncorrected
OCR text. To obtain permission to use this article beyond the scope of your license, please use: https://www.copyright.com.

*HeinOnline is a product of William S. Hein & Co., Inc. | 2350 North Forest Road, Getzville, NY 14068*

ATF523

*In the Year of our LORD,* 1795.

on faid fence, till it comes to the land improved by *George Sumner* ; then through faid land nearly the fame courfe, till it comes to the fouth-weft corner of faid *George Sumner's* home meadow, fo called ; then turning and running eafterly in faid meadow, as the ditch which forms the fence is made, till it comes to the fouth end of *Benjamin Hawes's* meadow ; then in the line between faid *Hawes's* meadow, and the land of *William Richards* ; then in the line between faid *Richards's* home lot, and the meadow lots, till it comes to *Cumming's* brook, fo called ; thence on faid brook, till it comes to the line between *Stoughton* and *Sharon* ; thence on faid line till it comes to *Neponfet river* ; thence wefterly on faid river, till it comes to *Traphole brook* ; thence on faid brook, till it comes to the bounds firft mentioned—fhall be confidered as *one Common and General Field* ; and that the proprietors of faid lands, their heirs and fucceffors be, and they hereby are incorporated and invefted with all the powers and privileges which the proprietors of Common and General Fields by Law are invefted with.

[This Act paffed *January* 22, 1795.]

## C H A P.  II.

An Act for repealing an Act, made and paffed in the year of our Lord, one Thoufand fix Hundred and Ninety-two, entitled, " An Act for punifhing Criminal Offenders," and for re-enacting certain Provifions therein.

Act repealed.

BE it enacted by the Senate and Houfe of Reprefentatives, *in General Court affembled, and by the authority of the fame,* That the faid Act be, and hereby is repealed, and made wholly null and void.

Juftices of the Peace empowered.

*And be it further enacted by the authority aforefaid,* That every Juftice of the Peace, within the county for which he may be commiffioned, may caufe to be ftaid and arrefted, all affrayers, rioters, difturbers, or breakers of the peace, and fuch as fhall ride or go armed offenfively, to the fear or terror of the good citizens of this Commonwealth, or fuch others as may utter any menaces or threatening fpeeches, and upon view of fuch Juftice, confeffion of the delinquent, or other legal conviction of any fuch offence, fhall require of the offender to find fureties for his keeping the Peace, and being of the good behaviour ; and in want thereof, to commit him to prifon until he fhall comply with fuch requifition : And may further punifh the breach of the Peace in any perfon that fhall affault or ftrike another, by fine to the Commonwealth, not exceeding *twenty fhillings,* and require fureties, as aforefaid, or bind the offender, to appear and anfwer for his offence, at the next Court of General Seffions of the Peace, as the nature or circumftances of the cafe may require.

[This Act paffed *January* 29, 1795.]

C H A P.

ATF524