IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSIAH COLON, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 8:23-cv-223-MSS-MRM |

**JOINT MOTION FOR BRIEFING SCHEDULE EXTENSION**

Plaintiffs and Defendants have conferred and jointly move for a 14-day extension of the current summary judgment briefing schedule. The parties state as follows in support of their request:

1. Pursuant to the Court's September 15, 2025 Order, ECF No. 62, the parties submitted a status report proposing a briefing schedule for cross-motions for summary judgment, Joint Status Report, ECF No. 63. Consistent with that proposed schedule, Plaintiffs filed their summary judgment motion on October 3, 2025. *See* Pls.' Mot. for Summ. J., ECF No. 64.

2. Defendants subsequently filed a consent motion for a stay of that briefing schedule in light of the lapse of appropriations to the Department of Justice. *See* Defs.' Consent Mot. to Stay Summ. J. Briefing Schedule in Light of Lapse of

1

Appropriations, ECF No. 65. The Court granted that motion, stayed the case until Department of Justice attorneys were permitted to resume their usual civil litigation functions, and extended the briefing schedule such that Defendants' combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment would be due 14 days after appropriations were restored and all remaining deadlines tracked the original timeframes proposed by the parties. *See* Order, ECF No. 66.

3. Appropriations were restored to the Department of Justice on November 13, 2025, and consistent with the Court's Order (and accounting for the November 28, 2025 Thanksgiving holiday), Defendants filed their summary judgment brief on November 29, 2025. *See* Defs.' Cross-Mot. for Summ. J. and Opp. to Pls.' Mot. for Summ. J., ECF No. 69.

4. Per the Court's previous Order, ECF No. 66, the remainder of the briefing schedule currently tracks the timelines originally proposed by the parties before the lapse of appropriations. Now, however, those deadlines are set to fall over the December holidays, with Plaintiffs' combined opposition and reply brief due on December 19, 2025 and Defendants' reply brief due on January 9, 2026.

5. Accordingly, the parties request a 14-day extension of the remaining summary judgment briefing deadlines. The parties have conferred and agree that the proposed extension will facilitate better communication with their clients and, in turn, better briefing that will be more helpful to the Court. With the requested

extension, Plaintiffs' brief would be due on January 2, 2025 and Defendants' brief would be due on January 23, 2025.

The parties appreciate the Court's consideration.

Dated: December 4, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Taylor Pitz
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*

3