UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE №: 8:23-cv-223

JOSIAH COLON, *et al.*,

       *Plaintiffs,*

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

       *Defendants.*

_____/

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(j), Plaintiffs notify the Court of *Silencer Shop Foundation v. Bureau of Alcohol, Tobacco, Firearms and Explosives, No. 6:25-cv-00056-H,* consolidated with *Jensen v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 6:26-cv-00227-H, Doc. 136 (N.D. Tex. Aug. 5, 2026).

The decision supplements Plaintiffs' challenge to 26 U.S.C. §§ 5861(b)–(d) and their request for permanent injunctive relief. *See* Doc. 64 at 4–5, 19–24; Doc. 73 at 20. The court identified § 5861(b)–(f) among the NFA provisions challenged in that action, slip op. at 3 n.1, and concluded:

> In sum, the Court concludes that the challenged NFA provisions exceed Congress's Article I enumerated powers and are therefore unconstitutional. At the parties' urging, the Court does not reach the plaintiffs' Second Amendment claims. . . . The plaintiffs are entitled to a permanent injunction against the challenged NFA provisions.

1

*Id.* at 65.

Respectfully submitted,

DATED: August 5, 2026

/s/Matthew Larosiere
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2026, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will

provide notice to all counsel of record.

/s/ Matthew Larosiere
Matthew Larosiere