**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSIAH COLON, *et al.*,

*Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,

*Defendants*.

Case No. 8:23-cv-223-MSS-MRM

**JOINT NOTICE**

The parties have conferred and agree that the Court should proceed to address the pending cross-motions for summary judgment. The parties agree that the relief in *Silencer Shop* is party-specific, and that decision did not resolve the Second Amendment claim Plaintiffs assert in this case.

No decision has been made regarding appeal in *Silencer Shop Foundation v. ATF*, No. 6:25-cv-056, 2026 WL 2255460 (N.D. Tex. Aug. 5, 2026), and the Government's time for appeal has not run.

Dated: August 27, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov
*Counsel for Defendants*

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Plaintiffs*